# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**LEXINGTON PRECISION CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**22-1830121** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Third Avenue, 15th Floor**<br>**New York, New York**<br>ZIP CODE **10023** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **SEE ATTACHED**<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a Consolidated Basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (on a Consolidated Basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Liabilities (on a Consolidated Basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **LEXINGTON PRECISION CORPORATION** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **Lexington Rubber Group, Inc.** | Case Number: **Pending** | Date Filed: **April 1, 2008** |
| District: **Southern District of New York** | Relationship: **Subsidiary Affiliate** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(*Check all applicable boxes*)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LEXINGTON PRECISION CORPORATION** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

x /s/ Richard P. Krasnow
Signature of Attorney for Debtor(s)

Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.
Printed Name of Attorney for Debtor(s)

Weil, Gotshal & Manges LLP
Firm Name

767 Fifth Avenue
Address

New York, New York 10153

(212) 310-8000
Telephone Number

April 1, 2008
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x /s/ Michael A. Lubin
Signature of Authorized Individual

Michael A. Lubin
Printed Name of Authorized Individual

Chairman of the Board of Directors and Co-Chief Executive Officer
Title of Authorized Individual

April 1, 2008
Date

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                      :
                                                           :     Chapter 11 Case No.
                                                           :
**LEXINGTON PRECISION CORPORATION**  :     08- _____ (     )
                                                           :
                                                           :
                             Debtor.                       :
-------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS[1]

Following is a list of creditors holding, as of March 21, 2008, the 30 largest unsecured claims against Lexington Precision Corporation and Lexington Rubber Group, Inc. on a consolidated basis.

Except as set forth above, the list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of chapter 11 of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| *(1)* <br> *Name of creditor and complete mailing address, including zip code* | *(2)* <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *(3)* <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | *(4)* <br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *(5)* <br> *Amount of claim as of March 21, 2008 (if secured also state value of security)* |
|---|---|---|---|---|
| Wilmington Trust Company Corporate Capital Markets <br> 11100 North Market Street <br> Rodney Square North <br> Wilmington, DE 19890 | Steve Cimalore, Senior Administrator <br> Phone: (302) 636-6058 <br> Fax: (302) 636.6436 | 12% Senior Subordinated Notes Due August 1, 2009 | | $43,154,457.40 |
| Wacker Silicones <br> 3301 Sutton Road <br> Adrian, MI 49221 | Luann Noelanders <br> Phone: (800) 554-1715 <br> Fax: (517) 264-8580 | Trade Payable | | $1,016,845.51 |
| Dow Corning STI <br> 111 S. Progress Drive <br> Kendallville, IN 46755 | Anne Tipple <br> Phone: (260) 347-5813 <br> Fax: (866) 804-8812 | Trade Payable | | $587,294.42 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

| *(1)* | *(2)* | *(3)* | *(4)* | *(5)* |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim as of March 21, 2008 (if secured also state value of security)* |
| Chase Brass & Copper, Inc. P.O. Box 152 Montpelier, OH 43543 | Cheryl Nofziger Phone: (419) 485-3193 Fax: (419)485-5949 | Trade Payable | | $445,086.77 |
| Momentive Performance Materials, Inc. 187 Danbury Road Wilson, CT 06897 | Linda Ayers Phone: (800) 332-3390 Fax: (304) 746-1623 | Trade Payable | | $314,342.75 |
| Earle M. Jorgensen Company 2060 Enterprise Parkway Twinsburg, OH 44087 | David O'Brien Phone: (215) 949-6639 Fax: (215) 949-6637 | Trade Payable | | $240,981.22 |
| Environmental Products & Services PO Box 4620 Burlington, VT 05406 | Phone: (802) 862-1212 Fax: (315) 471-3846 | Professional services | Disputed | $173,948.25 |
| Signature Aluminum 500 Edward Ave Richmond Hill, ONT L4C4Y | Chip Moore Phone: (905) 427-2228 Fax: (614) 262-5036 | Trade Payable | | $119,526.91 |
| Shin-Etsu Silicones of America, Inc. 1150 Damar Drive Akron, OH 44305 | Elaine McDowell Phone: (330) 630-9460 Fax: (330) 630-9460 | Trade Payable | | $110,710.63 |
| Ohio Edison PO Box 3637 Akron, OH 44309-3637 | Customer Service Phone: (800) 633-4766 Fax: (877) 289-3674 | Utility | | $105,335.25 |
| Keystone Profiles 220 Seventh Ave Beaver Falls, PA 15010 | Frank Cremeens Phone: (800) 777-1533 Fax: (724) 846-3901 | Trade Payable | | $87,090.44 |
| Channel Prime Alliance 800 Connecticut Ave Norwalk, CT 06854 | Ciara Dolloway Phone: (866) 92-9456 Fax: (484) 242-7174 | Trade Payable | | $86,493.00 |
| Vitex Corporation 43 Industrial Park Drive PO Box 6149 Franklin, NH 03235 | Brenda Goodearl Phone: (603) 934-1508 Fax: (314) 867-4304 | Trade Payable | | $81,325.94 |
| American Express PO Box 36001 Ft Lauderdale, FL 33336-0001 | Ann Jacobs Phone: (800) 528-2122 Fax: (626) 492-3888 | Trade Payable | | $77,877.99 |
| PPG Industries, Inc Dept at 40177 Atlanta, GA 31192 | Anew Johnson Phone: (724) 325-5262 Fax: (724) 325-5045 | Trade Payable | | $71,580.72 |
| Haley & Aldrich, Inc. 465 Medford Street Ste 2200 Boston, MA 02129-1400 | Steve Schalabba Phone: (617) 886-7400 Fax: (617) 886-7600 | Professional fees | | $63,452.48 |

| *(1)* | *(2)* | *(3)* | *(4)* | *(5)* |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim as of March 21, 2008 (if secured also state value of security)* |
| Degussa-Huls Corporation<br>379 Interpace Parkway<br>Parsippany, NJ 07660 | Fred Pacinich<br>Phone: (973) 541-8410<br>Fax: (973) 541-8410 | Trade Payable | | $56,305.29 |
| Lintech International<br>PO Box 10225<br>Macon, GA 31297 | Julie Van Brunt<br>Phone: (800) 652-9297<br>Fax: (800) 652-9297 | Trade Payable | | $54,038.40 |
| Imperial Die & mfg Co<br>22930 Royalton Road<br>Strongsville, OH 44149 | Ron Lapossy<br>Phone: (440) 268-9080<br>Fax: (440) 268-9040 | Trade Payable | | $53,220.00 |
| Gold Key Processing, LTD<br>14910 Madison Road<br>Middlefield, OH 44062 | Steve Harsh<br>Phone: (440) 632-0901<br>Fax: (440) 632-0929 | Trade Payable | | $51,451.37 |
| Process Oils, Inc.<br>11601 Katy Freeway<br>Ste 223<br>Houston, TX 77079 | Bob Hoch<br>Phone: (330) 494-9630<br>Fax: (330) 494-9630 | Trade Payable | | $50,886.27 |
| Goodyear Tire & Rubber Co.<br>5055 MLK Drive<br>Beaumont, TX 38024 | Derick McGinness<br>Phone: (330) 796-2121<br>Fax: (330) 796-1113 | Trade Payable | | $50,457.06 |
| Copper & Brass Sales<br>5755 Grant Avenue<br>Cleveland, OH 44105 | Dale Sawchik<br>Phone: (216) 883-8100<br>Fax: (216) 883-1066 | Trade Payable | | $50,068.27 |
| Dalton Box<br>612 East Callahan Rd<br>Dalton, GA 30721 | Sheila Blair<br>Phone: (706) 226-3580<br>Fax: (706) 277-3689 | Trade Payable | | $44,221.05 |
| Gosiger Machine Tools<br>PO Box 712288<br>Cincinnati, OH 45271 | Linda Duale<br>Phone: (440) 248-3111<br>Fax: (440) 248-3112 | Trade Payable | | $43,757.02 |
| Tecnnical Machine Products<br>5500 Walworth Avenue<br>Cleveland, OH 44102 | Sherry Fess<br>Phone: (216) 281-9500<br>Fax: (281) 281-0408 | Trade Payable | | $41,613.75 |
| Excellus Blue Cross<br>PO Box 4752<br>Rochester, NY 14692 | Customer Service<br>Phone: (585) 232-3310<br>Fax: (585) 238-4348 | Insurance | | $41,548.43 |
| Preferred Rubber Compounding<br>1020 Lambert Street<br>Barberton, OH 44203 | Michelle Parks<br>Phone: (330) 798-4909<br>Fax: (330) 798-4796 | Trade Payable | | $39,695.65 |
| China Auto Group<br>17815 Sky Park Circle, Suite D<br>Irvine, CA 92614 | Kim Taylor Domines<br>Phone: (949) 261-8208<br>Fax: (949) 767-5949 | Trade Payable | | $38,077.50 |
| Burnt Mountain Center, Inc<br>515 Pioneer Rd<br>Jasper, GA 30143 | Kim Hyde<br>Phone: (706) 692-6016<br>Fax: (706) 277-3689 | Trade Payable | | $37,832.78 |

**DECLARATION UNDER PENALTY OF PERJURY:**

        I, the undersigned authorized officer of Lexington Precision Corporation, named as the debtor in this case (the "<u>Debtor</u>"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the 30 Largest Unsecured Claims against the Debtor and that the list is true and correct to the best of my information and belief.

Dated: April 1, 2008

                                                                  /s/ Michael A. Lubin
                                                  Signature

                                                  Michael A. Lubin
                                                Chairman of the Board of Directors &
                                                Co-Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re                                            )
                                                 ) Chapter 11 Case No.
LEXINGTON PRECISION CORPORATION  )
                                                 ) 08-_____ (      )
                    Debtor.                   )
                                                 )

---

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number 0-3252.

2. The following financial data is the latest available information and refers to the debtors' condition on December 31, 2007.

   a. Total assets on a consolidated basis                                      $ 52,730,000

   b. Total debts on a consolidated basis (including debts listed in 2.c., below)   $ 88,705,000

   Approximate number of record holders

   c. Debt securities held by more than 500 holders.                     NONE

   | secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

   d. Number of shares of preferred stock                                   3,300

   e. Number of shares of common stock                                      5,021,767[1]

       40,000 of these shares have been issued pursuant to the Company's 2005 Stock Award Plan and are voting, but unvested shares.

   Brief description of debtor's business:
       The debtor, together with its affiliate, manufactures large volumes of high-quality rubber and metal components at competitive prices for use by other manufacturers in automobile parts and medical devices.

3. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Michael A. Lubin (31%), Warren Delano (26%), and William B. Conner (7.8%).

---

[1] Includes 40,000 unvested shares with voting rights as of April 1, 2008.

CERTIFICATE OF RESOLUTIONS

I, Dennis J. Welhouse, Secretary of Lexington Precision Corporation, a Delaware corporation (the "Company"), hereby certify that at a special meeting of the Board of Directors of the Company duly called and held on April 1, 2008, the Board of Directors duly adopted the following resolutions in accordance with the requirements of Delaware General Corporation Law and that the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the Company's best interests, and the interests of the Company's creditors, employees, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

> RESOLVED, that each of the Chairman of the Board of Directors of the Company, the President, or the Chief Financial Officer of the Company (the "Authorized Officers"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as such Authorized Officer shall determine;

> RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to bankruptcy court approval;

> RESOLVED, that the investment banking firm of W. Y. Campbell & Company, One Woodward Avenue, 26th Floor, Detroit, Michigan 48226, is hereby employed as financial advisors for the Company in the Company's chapter 11 case, subject to bankruptcy court approval;

> RESOLVED, that the Authorized Officers of the Company are hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals and to perform any and all further acts and deeds the Authorized Officers deem necessary, proper or desirable in connection with the Company's chapter 11 case with a view to the successful prosecution of the Company's chapter 11 case;

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral stipulation and/or debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates;

RESOLVED, that the Authorized Officers of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certifications or other documents and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate a successful reorganization of the Company's business;

RESOLVED, that any and all past actions heretofore taken by officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of April, 2008.

                                                              /s/ Dennis J. Welhouse
                                                              By: Dennis J. Welhouse
                                                              Title: Secretary

# Lexington Precision Corporation
# Location of Debtors' Substantial Assets and Books & Records
# (On a Consolidated Basis)

| Substantial Assets | Books & Records |
|---|---|
| **Lexington Precision Corporation – Rochester, New York Facility**<br>677 Buffalo Road<br>Rochester, NY 14611<br>Phone: 585-235-0880 | **Lexington Precision Corporation**<br>Lexington Rubber Group, Inc.<br>30195 Chagrin Blvd., Ste. 208W<br>Cleveland, OH<br>Phone: 216-591-1070 |
| **Lexington Precision Corporation – Vienna, Ohio Facility**<br>1510 Ridge Road<br>Vienna, OH 44473<br>Phone: 330-856-1121 | **Lexington Precision Corporation – Rochester, New York Facility**<br>677 Buffalo Road<br>Rochester, NY 14611<br>Phone: 585-235-0880 |
| **Lexington Precision Corporation – North Canton, Ohio Liquid Molding Facility**<br>3565 Highland Park Street, NW<br>North Canton, OH 44720<br>Phone: 330-305-1040 | **Lexington Precision Corporation – Vienna, Ohio Facility**<br>1510 Ridge Road<br>Vienna, OH 44473<br>Phone: 330-856-1121 |
| **Lexington Precision Corporation – Jasper, Georgia Facility**<br>1076 Ridgewood Road<br>Jasper, GA 30143<br>Phone: 706-692-2417 | **Lexington Precision Corporation North – Canton, Ohio Engineering Center**<br>3565 Highland Park Street, NW<br>North Canton, OH 44720<br>Phone: 330-305-1040 |
| **Lexington Precision Corporation – Rock Hill, South Carolina Facility**<br>663 Bryant Blvd.<br>Rock Hill, SC 29732<br>Phone: 803-366-7036 | **Lexington Precision Corporation – Jasper, Georgia Facility**<br>1076 Ridgewood Road<br>Jasper, GA 30143<br>Phone: 706-692-2417 |
| **Lexington Precision Corporation – Engineering Center**<br>3565 Highland Park Street, NW<br>North Canton, OH 44720<br>Phone: 330-305-1040 | **Lexington Precision Corporation – Rock Hill, South Carolina Facility**<br>663 Bryant Blvd.<br>Rock Hill, SC 29732<br>Phone: 803-366-7036 |
| **Lexington Rubber Group, Inc.**[2]<br>Ellijay, GA 30540 | **Lexington Precision Corporation – North Canton, Ohio Liquid Molding Facility**<br>3565 Highland Park Street, NW<br>North Canton, OH 44720<br>Phone: 330-305-1040 |
|  | **Lexington Rubber Group, Inc.**<br>30195 Chagrin Blvd., Suite 208W<br>Cleveland, Ohio 44124-5703<br>Phone: 216-591-1070 |

---

[2] Undeveloped property without a specific street address.