**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                       :        **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,**    :        08- _____ (  )
:
    Debtor.                                                :
:
------------------------------------------------------------x
:
In re                                                       :        **Chapter 11 Case No.**
:
**LEXINGTON RUBBER GROUP, INC.,**             :        08- _____ (  )
:
    Debtor.                                                :
:
------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)**
**AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Lexington Precision Corporation ("Lexington Precision") and Lexington Rubber Group, Inc. ("Lexington Rubber Group"), as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

1. Lexington Precision directly owns 100% of all classes of equity securities of Lexington Rubber Group.

2. No corporation directly or indirectly owns 10% or more of Lexington Precision's equity interests.

3. The following individuals own 10% or more of Lexington Precision's common stock: Michael A. Lubin (31%) and Warren Delano (26%).

NY2:\1730657\05\113DT05!.DOC\26690.0008

4.      The Debtors do not (i) directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded or (ii) own an interest in any general or limited partnership or joint venture.

Dated: April 1, 2008
       New York, New York

                                 Lexington Precision Corporation
                                 (for itself and on behalf of Lexington Rubber Group, Inc.)

                                 /s/ Michael A. Lubin
                                 Name:  Michael A. Lubin
                                 Title:  Chairman of the Board of Directors and Co-Chief Executive Officer