WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**LEXINGTON PRECISION CORP., et al.,**                      :    08- _____ (   )
                                                            :
         **Debtors.**                                       :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**DEBTORS' MOTION PURSUANT TO SECTION 105 OF
THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9007 FOR AUTHORITY TO ESTABLISH NOTICE PROCEDURES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Lexington Precision Corporation ("Lexington Precision") and Lexington Rubber Group, Inc. ("Lexington Rubber Group" and, together with Lexington Precision, "Lexington" or the "Debtors"), as debtors and debtors in possession, respectfully represent:

**Background**

    1.  On the date hereof (the "Commencement Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Contemporaneously herewith, the Debtors filed a motion seeking joint administration of their chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Lexington's Businesses

3. Lexington manufactures large volumes of high-quality rubber and metal components at competitive prices for use primarily in automobiles and medical devices. Lexington operates through two operating segments—the Rubber Group and the Metals Group. Lexington's components are generally sold to other manufacturers.

4. Lexington is one of North America's largest manufacturers of rubber components for the automotive industry. The Rubber Group's principal products are connector seals used in primary wire harnesses and insulators for ignition wire sets. The Rubber Group also manufactures and sells rubber components used in a variety of medical devices, including drug delivery systems, syringes, laparoscopic instruments, and catheters, which are sold to some of the world's largest medical device manufacturers.

5. The Metals Group manufactures high-volume aluminum, brass, steel, and stainless steel components machined from bars, forgings, and cold-headed blanks primarily for manufacturers within the automotive industry. These components are used in many applications, including heating and cooling systems, airbag systems, solenoids, switches, and valves.

6. Lexington is headquartered in New York, New York, and maintains manufacturing plants in New York, Georgia, Ohio, and South Carolina. As of February 29, 2008, Lexington employed approximately 651 permanent and 22 temporary employees, of which 134 are salaried employees and 517 are hourly employees. In 2007, Rubber Group net sales totaled $74.5 million and Metals Group net sales totaled $13.8 million. As of December 31,

2007, Lexington's consolidated unaudited financial statements reflected assets totaling approximately $52.6 million, and current liabilities totaling approximately $88.5 million. Notwithstanding the Debtors' negative "book net worth" calculated in accordance with generally accepted accounting principles, the Debtors have received a number of offers for all or portions of the assets and business of the Lexington Rubber Group, the largest of the Debtors' operations and the generator of the preponderance of the Debtors' sales and earnings, each of which clearly indicates that the value of the Debtors' assets far exceeds the Debtors' liabilities. Consequently, the Debtors believe that they are solvent and that the equity securities of Lexington Precision have significant value.

## Jurisdiction and Venue

7.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

8.  Pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9007, the Debtors request entry of an order approving proposed notice procedures to be used in connection with the administration of these cases.

A.  **The Master Service List**

9.  Approximately 1,000 creditors and parties in interest may be entitled to receive notice in these cases. Notice of all pleadings and other papers filed in these cases to each creditor and party in interest is unnecessary, and would be extremely burdensome and costly to the estates, as a result of photocopying and postage expenses as well as other expenses associated with such large mailings.

10. The Debtors therefore propose to establish a master service list (the "Master Service List"), a proposed copy of which is annexed hereto as Exhibit A, which includes: (i) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"); (ii) the Debtors; (iii) the attorneys for the Debtors; (iv) the attorneys for the agents for the Debtors' prepetition lenders; (v) the attorneys for the proposed postpetition lenders; (vi) the attorneys for the ad hoc committee of noteholders; (vii) the attorneys for any statutory committee(s), when appointed; (viii) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002; (ix) the Securities and Exchange Commission; (x) the Internal Revenue Service; and (xi) all other applicable government agencies to the extent required by the Bankruptcy Rules and the Local Bankruptcy Rules. The Debtors propose that notice of any relief sought or other pleadings in these chapter 11 cases only be served upon (a) the parties then-listed on the Master Service List, (a) any parties that have formally appeared and requested service pursuant to Bankruptcy Rule 2002 that have not yet been added to the Master Service List, and (c) any party whose interests the specific pleading affects.

11. Until the U.S. Trustee appoints a statutory creditors' committee (the "Committee"), the Debtors propose to include on the initial Master Service List the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis). Once the U.S. Trustee appoints the Committee, the Debtors will add the attorneys for the Committee to the Master Service List and remove from the list the holders of the 30 largest unsecured claims, unless any of such creditors has formally appeared and requested service in the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 2002.

12. The proceedings with respect to which notice would be limited to the Master Service List would include all matters covered by Bankruptcy Rule 2002, with the express exception of the following: (i) notice of (a) the first meeting of creditors pursuant to section 341 of the Bankruptcy Code, (b) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c), and (c) the time fixed for filing objections to, and the hearings to consider, approval of a disclosure statement and confirmation of a plan of reorganization; and (ii) notice and transmittal of ballots for accepting or rejecting a plan of reorganization. Notice of the foregoing matters would be given to all parties in interest in accordance with Bankruptcy Rule 2002, unless the Court orders, or the Bankruptcy Code prescribes, otherwise.

13. The Debtors will update the Master Service List on a monthly basis to include the name and address of any party in interest who has made a written request for notice since the end of the prior month. In the event any changes are made, the Debtors will file the updated Master Service List with the Court.

14. Upon the completion of noticing any particular matter, the noticing party or their agent shall file with the Court either an affidavit or certification of service, annexing thereto the list of parties receiving notice.

**B.** **Section 362(e) Relief**

15. The Debtors anticipate that parties may seek relief from the automatic stay and that their personnel and professionals will be involved in negotiations with respect to each of these requests. Due to the limited number of employees that are authorized to negotiate requests for relief from the automatic stay and the fact that all of such employees will be integrally involved in the Debtors' reorganization efforts, the time period set forth in section 362(e) of the Bankruptcy Code places an undue time constraint on the Debtors' efforts to resolve these issues

while at the same time focusing on the Debtors' reorganization, and as such, is burdensome to the Debtors' estates. Accordingly, the Debtors submit that, notwithstanding section 362(e), if a scheduled motion with respect to a request for relief under section 362(d) of the Bankruptcy Code is adjourned upon the Debtors' and the moving party's consent to a date on or after the 30th day after the moving party requested relief, the moving party shall be deemed to have consented to the continuation of the automatic stay in effect pending the conclusion of, or as a result of, a final hearing and determination under section 362(d) of the Bankruptcy Code and the moving party shall be deemed to have waived its right to assert the termination of the automatic stay under section 362(e) of the Bankruptcy Code.

    **C.**    **Cause Exists to Establish Notice Procedures**

    16.    Bankruptcy Rule 9007 grants the Court general authority to regulate the manner of any notices required to be given under the Bankruptcy Rules. Furthermore, section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

    17.    The Debtors believe that the administration of these chapter 11 cases would be more efficient and cost effective if the relief requested herein is granted and, therefore, the Debtors submit that the relief requested in this Motion is in the best interests of the Debtors, their creditors, and all parties in interest, and will not prejudice the rights of any party in interest in these cases.

**Memorandum of Law**

    18.    The Debtors submit that the relevant authorities are set forth herein, and accordingly, that the requirement contained in Local Bankruptcy Rule 9013-1(b) for the filing of a separate memorandum in support of the Motion is satisfied.

**Notice**

19. No trustee, examiner, or statutory creditors' committee has been appointed in these chapter 11 cases. Notice of this Motion has been provided to (i) the U.S. Trustee, (ii) the attorneys for the agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed postpetition lenders, (iv) the attorneys for the ad hoc committee of noteholders, and (v) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis). The Debtors submit that no other or further notice need be provided.

20. No previous request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: April 1, 2008
    New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow, Esq.
Chritopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# INITIAL MASTER SERVICE LIST

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexington Precision Corporation | Michael A. Lubin | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Lexington Precision Corporation | Warren Delano | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Weil, Gotshal & Manges LLP | Christopher J. Marcus, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8106 | (212) 310-8007 | christopher.marcus@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| Weil, Gotshal & Manges LLP | John W. Lucas, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8415 | (212) 310-8007 | john.lucas@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| Waller, Lansden, Dortch, & Davis, LLP | John C. Tishler | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | | (615) 244-6804 | | Prepetition Lenders | |
| Webster Business Credit Corporation | Alan McKay | One State Street, 7th Floor | | New York | NY | 10004 | | (212) 806-4530 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| O'Melveny & Meyers, LLP | Gerald Bender, Esq. | Times Square Tower 7 Times Square | | New York | NY | 10036 | | (212) 326-2061 | | Proposed Postpetition Lenders | |
| Andrews Kurth LLP | Paul N. Silverstein | 450 Lexington Avenue | | New York | NY | 10017 | | (212) 813-8158 | | Attorneys for the AD Hoc Committee of Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | | (302) 636-6436 | | Prepetition Senior Subordinated Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | (302) 636-6058 | (302) 636-6436 | | Consolidated Top 30 Unsecured Creditor | |
| Wacker Silicones | Luann Noelanders | 3301 Sutton Road | | Adrian | MI | 49221 | (800) 554-1715 | (517) 264-8580 | | Consolidated Top 30 Unsecured Creditor | |
| Dow Corning STI | Anne Tipple | 111 S. Progress Drive | | Kendallville | IN | 46755 | (260) 347-5813 | (866) 804-8812 | | Consolidated Top 30 Unsecured Creditor | |
| Chase Brass & Copper, Inc. | Cheryl Nofziger | P.O. Box 152 | | Montpelier | OH | 43543-0152 | (419) 485-3193 | (419) 485-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Momentive Performance Materials, Inc. | Linda Ayers | 187 Danbury Road | | Wilson | CT | 06897 | (800) 332-3390 | (304) 746-1623 | | Consolidated Top 30 Unsecured Creditor | |
| Earle M. Jorgensen Company | David O' Brien | 2060 Enterprise Parkway | | Twinsburg | OH | 44087 | (215) 949-6639 | (215) 949-6637 | | Consolidated Top 30 Unsecured Creditor | |
| Shin-Etsu Silicones of America, Inc. | Elaine McDowell | 1150 Damar Drive | | Akron | OH | 44305 | (330) 630-9460 | (330) 630-9855 | | Consolidated Top 30 Unsecured Creditor | |
| Ohio Edison | Customer Service | P.O. Box 3637 | | Akron | OH | 44309-3637 | (800) 633-4766 | (877) 289-3674 | | Consolidated Top 30 Unsecured Creditor | |
| Goodyear Tire & Rubber Co. | Derick McGinness | 5055 MLK Drive | | Beaumont | TX | 38024 | (330) 796-2121 | (330) 796-1113 | | Consolidated Top 30 Unsecured Creditor | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Channel Prime Alliance | Ciara Dolloway | 800 Connecticut Ave | | Norwalk | CT | 06854 | (800) 322-0487 | (203) 831-4330 | | Consolidated Top 30 Unsecured Creditor | |
| Vitex Corporation | Brenda Goodearl | 43 Industrial Park Drive P.O. Box 6149 | | Franklin | NH | 03235 | (603) 934-1508 | (314) 867-4304 | | Consolidated Top 30 Unsecured Creditor | |
| Signature Aluminum | Chip Moore | 500 Edward Ave | | Richmond Hill | ONT | L4C4Y | (770) 254-7656 | (614) 262-5036 | | Consolidated Top 30 Unsecured Creditor | |
| Degussa-Huls Corporation | Fred Pacinich | 379 Interpace Parkway | | Parsippany | NJ | 07660 | (973) 541-8410 | (973) 541-8850 | | Consolidated Top 30 Unsecured Creditor | |
| American Express | Ann Jacobs | P.O. Box 36001 | | Ft. Lauderdale | FL | 33336-0001 | (800) 528-2122 | (626) 492-3888 | | Consolidated Top 30 Unsecured Creditor | |
| Lintech International | Julie Van Brunt | P.O. Box 10225 | | Macon | GA | 31297 | (800) 652-9297 | (478) 784-1745 | | Consolidated Top 30 Unsecured Creditor | |
| Imperial Die & mfg Co. | Ron Lapossy | 22930 Royalton Road | | Strongsville | OH | 44149 | (440) 268-9080 | (440) 268-9040 | | Consolidated Top 30 Unsecured Creditor | |
| Copper & Brass Sales | Dale Sawchik | 5755 Grant Avenue | | Cleveland | OH | 44105 | (216) 883-8100 | (216) 883-1066 | | Consolidated Top 30 Unsecured Creditor | |
| Dalton Box | Sheila Blair | 612 East Callahan Rd | | Dalton | GA | 30721 | (706) 226-3580 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Gosiger Machine Tools | Linda Duale | PO Box 712288 | | Cincinnati | OH | 45271 | (440) 248-3111 | (440) 248-3112 | | Consolidated Top 30 Unsecured Creditor | |
| Georgia Power | Customer Service | BIN #76141 P.O. Box 200127 | | Cartersville | GA | 30120 | (706) 236-1320 | (888) 655-5888 | | Consolidated Top 30 Unsecured Creditor | |
| Haley & Aldrich, Inc. | Steve Schalabba | 465 Medford Street, Ste 2200 | | Boston | MA | 02129-1400 | (617) 886-7400 | (617) 886-7600 | | Consolidated Top 30 Unsecured Creditor | |
| Gold Key Processing, LTD | Steve Harsh | 14910 Madison Road | | Middlefield | OH | 44062 | (440) 632-0901 | (440) 632-0929 | | Consolidated Top 30 Unsecured Creditor | |
| Keystone Profiles | Frank Cremeens | 220 Seventh Avenue | | Beaver Falls | PA | 15010 | (800) 777-1533 | (724) 846-3901 | | Consolidated Top 30 Unsecured Creditor | |
| Process Oils, Inc. | Bob Hoch | 11601 Katy Freeway, Ste 223 | | Houston | TX | 77079 | (330) 494-9630 | (330) 494-9630 | | Consolidated Top 30 Unsecured Creditor | |
| Lion Copolymer | Michelle Geidroz | 36191 Highway 30 | | Geismar | LA | 70734 | (225) 267-3780 | (225) 267-3411 | | Consolidated Top 30 Unsecured Creditor | |
| PPG Industries, Inc. | Anew Johnson | Dept. at 40177 | | Atlanta | GA | 31192 | (724) 325-5262 | (724) 325-5045 | | Consolidated Top 30 Unsecured Creditor | |
| Technical Machine Products | Sherry Fess | 5500 Walworth Avenue | | Cleveland | OH | 44102 | (216) 281-9500 | (281) 281-0408 | | Consolidated Top 30 Unsecured Creditor | |
| Excellus Blue Cross | Customer Service | PO Box 4752 | | Rochester | NY | 14692 | (585) 232-3310 | (585) 238-4348 | | Consolidated Top 30 Unsecured Creditor | |
| Preferred Rubber Compounding | Michelle Parks | 1020 Lambert Street | | Barberton | OH | 44203 | (330) 798-4909 | (330) 798-4796 | | Consolidated Top 30 Unsecured Creditor | |
| China Auto Group | Kim Taylor Domines | 17815 Sky Park Circle, Suite D | | Irvine | CA | 92614 | (949) 261-8208 | (949) 767-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Burnt Mountain Center, Inc | Kim Hyde | 515 Pioneer Rd | | Jasper | GA | 30143 | (706) 692-6016 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Environmental Products and Services | | PO Box 4620 | | Burlington | VT | 05406 | (802) 876-1212 | (315) 471-3846 | | Consolidated Top 30 Unsecured Creditor | |
| Local 1811, United Steelworkers of America, AFL-CIO, CLC c/o Lexington Medical | Wayne Robinson | P.O. box 4477 | | Rock Hill | SC | 29732 | (704) 454-7065 | (704) 454-7054 | | Consolidated Top 30 Unsecured Creditor | |
| International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO | Ken Ream | 111 Whitehead Lane, Suite #2 | | Monroeville | PA | 15146-2715 | (330) 719-7635 | (330) 395-4875 | | Consolidated Top 30 Unsecured Creditor | |
| Office of the United States Trustee for the Southern District of New York | | 33 Whitehall Street, 21st Floor | | New York | NY | 10004 | | | | Office of the US Trustee | |
| Securities and Exchange Commission | Regional Director | 233 Broadwy | | New York | NY | 10279 | | | | SEC | |
| Internal Revenue Service | District Director | 290 Broadway | | New York | NY | 10007 | | | | IRS | |
| New York State Sales Tax | | P.O. Box 1209 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New York State Tax Processing | | JAF Building, P.O. Box 1206 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |
| South Carolina Department of Revenue and Taxation | | Sales Tax Return | | Columbia | SC | 29214 | | | | Governmental Unit for Taxation | |
| Georgia Department of Revenue Sales & Use Tax Division | | P. O. Box 105296 | | Atlanta | GA | 30348 | | | | Governmental Unit for Taxation | |
| Treasurer of the State of Ohio | | P. O. Box 16561 | | Columbus | OH | 43266 | | | | Governmental Unit for Taxation | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
**LEXINGTON PRECISION CORP., et al.,**                 :    08- _____ (   )
:
      Debtors.                                  :    (Jointly Administered)
:
------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9007 ESTABLISHING NOTICE PROCEDURES

Upon the motion, dated April 1, 2008 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and debtors in possession, for entry of an order establishing notice procedures in these chapter 11 cases, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Southern District of New York, (ii) the attorneys for the agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed postpetition lenders, (iv) the attorneys for the ad hoc committee of noteholders, and (v) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis), and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the appearances of all interested parties having been noted in the record of

the Hearing; and upon the Affidavit of Dennis J. Welhouse pursuant to Local Bankruptcy Rule 1007-2, sworn to on April 1, 2008 (the "Welhouse Affidavit"), the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors shall establish a master service list (the "Master Service List"), which shall include: (i) the Office of the United States Trustee for the Southern District of New York ("U.S. Trustee"); (ii) the Debtors; (iii) the attorneys for the Debtors; (iv) the attorneys for the ad hoc committee of noteholders, (v) the attorneys for the Debtors' proposed postpetition lenders (vi) the attorneys for any statutory committees, when appointed; (viii) those persons who have formally appeared and requested service in these cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (ix) the Securities and Exchange Commission; (x) the Internal Revenue Service; and (xi) all other applicable government agencies to the extent required by the Bankruptcy Rules and the Local Bankruptcy Rules; and it is further

ORDERED that the initial Master Service List shall include the holders of the 30 largest unsecured claims against the Debtors (on an consolidated basis); provided, however, that at such time as the U.S. Trustee appoints a statutory creditors' committee (the "Committee") in the Debtors' chapter 11 cases, the Debtors shall update the initial Master Service List to include the attorneys for the Committee and remove the holders of the 30 largest unsecured claims

against the Debtors from the list unless any of such creditors has formally appeared and requested service in the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 2002; and it is further

ORDERED that, subject to the following decretal paragraph, notice of any relief sought or other pleadings in these chapter 11 cases shall be served upon only (i) the parties listed on the Master Service List, (ii) any parties that have formally appeared and requested service pursuant to Bankruptcy Rule 2002 and have not yet been added to the Master Service List as of the date of service of such notice or pleading, and (iii) any party whose interests are directly affected by a specific notice or pleading; and it is further

ORDERED that the matters for which notice shall be limited to the parties in the proceeding decretal paragraph, shall include all matters covered by Bankruptcy Rule 2002, with the express exception of the following: (i) notice of (a) the first meeting of creditors pursuant to section 341 of title 11 of the United States Code (the "Bankruptcy Code"), (b) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c), and (c) the time fixed for filing objections to, and the hearings to consider, approval of a disclosure statement and confirmation of a plan of reorganization and (ii) notice of and transmittal of ballots for accepting or rejecting a plan of reorganization, which notices shall be given to all parties in interest in accordance with Bankruptcy Rule 2002 unless this Court orders, or the Bankruptcy Code prescribes, otherwise; and it is further

ORDERED that the initial Master Service List, annexed to this order as Exhibit A, is approved and that the Debtors shall update the Master Service List on a monthly basis to include the names and addresses of any party in interest who has filed with the Court a written request for notice in accordance with Bankruptcy Rule 2002 since the end of the prior month

and, in the event any changes are made, file the updated Master Service List with the Court; and it is further

ORDERED that notwithstanding section 362(e) of the Bankruptcy Code, if a scheduled motion with respect to a request for relief under section 362(d) of the Bankruptcy Code is adjourned upon the Debtors' and the moving party's consent to a date on or after the 30th day after the moving party requested relief, the moving party shall be deemed to have consented to the continuation of the automatic stay in effect pending the conclusion of, or as a result of, a final hearing and determination under section 362(d) of the Bankruptcy Code, and the moving party shall be deemed to have waived its right to assert the termination of the automatic stay under section 362(e) of the Bankruptcy Code; and it is further

ORDERED that the requirement set forth in Local Bankruptcy Rule 9013-1(b) for the filing of a separate memorandum of law in support of the Motion is satisfied.


Dated: April __, 2008
      New York, New York

                                                          _____
                                                          United States Bankruptcy Judge

# EXHIBIT A

# INITIAL MASTER SERVICE LIST

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexington Precision Corporation | Michael A. Lubin | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Lexington Precision Corporation | Warren Delano | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Weil, Gotshal & Manges LLP | Christopher J. Marcus, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8106 | (212) 310-8007 | christopher.marcus@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| Weil, Gotshal & Manges LLP | John W. Lucas, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8415 | (212) 310-8007 | john.lucas@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| Waller, Lansden, Dortch, & Davis, LLP | John C. Tishler | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | | (615) 244-6804 | | Prepetition Lenders | |
| Webster Business Credit Corporation | Alan McKay | One State Street, 7th Floor | | New York | NY | 10004 | | (212) 806-4530 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| O'Melveny & Meyers, LLP | Gerald Bender, Esq. | Times Square Tower 7 Times Square | | New York | NY | 10036 | | (212) 326-2061 | | Proposed Postpetition Lenders | |
| Andrews Kurth LLP | Paul N. Silverstein | 450 Lexington Avenue | | New York | NY | 10017 | | (212) 813-8158 | | Attorneys for the AD Hoc Committee of Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | | (302) 636-6436 | | Prepetition Senior Subordinated Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | (302) 636-6058 | (302) 636-6436 | | Consolidated Top 30 Unsecured Creditor | |
| Wacker Silicones | Luann Noelanders | 3301 Sutton Road | | Adrian | MI | 49221 | (800) 554-1715 | (517) 264-8580 | | Consolidated Top 30 Unsecured Creditor | |
| Dow Corning STI | Anne Tipple | 111 S. Progress Drive | | Kendallville | IN | 46755 | (260) 347-5813 | (866) 804-8812 | | Consolidated Top 30 Unsecured Creditor | |
| Chase Brass & Copper, Inc. | Cheryl Nofziger | P.O. Box 152 | | Montpelier | OH | 43543-0152 | (419) 485-3193 | (419) 485-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Momentive Performance Materials, Inc. | Linda Ayers | 187 Danbury Road | | Wilson | CT | 06897 | (800) 332-3390 | (304) 746-1623 | | Consolidated Top 30 Unsecured Creditor | |
| Earle M. Jorgensen Company | David O' Brien | 2060 Enterprise Parkway | | Twinsburg | OH | 44087 | (215) 949-6639 | (215) 949-6637 | | Consolidated Top 30 Unsecured Creditor | |
| Shin-Etsu Silicones of America, Inc. | Elaine McDowell | 1150 Damar Drive | | Akron | OH | 44305 | (330) 630-9460 | (330) 630-9855 | | Consolidated Top 30 Unsecured Creditor | |
| Ohio Edison | Customer Service | P.O. Box 3637 | | Akron | OH | 44309-3637 | (800) 633-4766 | (877) 289-3674 | | Consolidated Top 30 Unsecured Creditor | |
| Goodyear Tire & Rubber Co. | Derick McGinness | 5055 MLK Drive | | Beaumont | TX | 38024 | (330) 796-2121 | (330) 796-1113 | | Consolidated Top 30 Unsecured Creditor | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Channel Prime Alliance | Ciara Dolloway | 800 Connecticut Ave | | Norwalk | CT | 06854 | (800) 322-0487 | (203) 831-4330 | | Consolidated Top 30 Unsecured Creditor | |
| Vitex Corporation | Brenda Goodearl | 43 Industrial Park Drive P.O. Box 6149 | | Franklin | NH | 03235 | (603) 934-1508 | (314) 867-4304 | | Consolidated Top 30 Unsecured Creditor | |
| Signature Aluminum | Chip Moore | 500 Edward Ave | | Richmond Hill | ONT | L4C4Y | (770) 254-7656 | (614) 262-5036 | | Consolidated Top 30 Unsecured Creditor | |
| Degussa-Huls Corporation | Fred Pacinich | 379 Interpace Parkway | | Parsippany | NJ | 07660 | (973) 541-8410 | (973) 541-8850 | | Consolidated Top 30 Unsecured Creditor | |
| American Express | Ann Jacobs | P.O. Box 36001 | | Ft. Lauderdale | FL | 33336-0001 | (800) 528-2122 | (626) 492-3888 | | Consolidated Top 30 Unsecured Creditor | |
| Lintech International | Julie Van Brunt | P.O. Box 10225 | | Macon | GA | 31297 | (800) 652-9297 | (478) 784-1745 | | Consolidated Top 30 Unsecured Creditor | |
| Imperial Die & mfg Co. | Ron Lapossy | 22930 Royalton Road | | Strongsville | OH | 44149 | (440) 268-9080 | (440) 268-9040 | | Consolidated Top 30 Unsecured Creditor | |
| Copper & Brass Sales | ale Sawchik | 5755 Grant Avenue | | Cleveland | OH | 44105 | (216) 883-8100 | (216) 883-1066 | | Consolidated Top 30 Unsecured Creditor | |
| Dalton Box | Sheila Blair | 612 East Callahan Rd | | Dalton | GA | 30721 | (706) 226-3580 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Gosiger Machine Tools | Linda Duale | PO Box 712288 | | Cincinnati | OH | 45271 | (440) 248-3111 | (440) 248-3112 | | Consolidated Top 30 Unsecured Creditor | |
| Georgia Power | Customer Service | BIN #76141 P.O. Box 200127 | | Cartersville | GA | 30120 | (706) 236-1320 | (888) 655-5888 | | Consolidated Top 30 Unsecured Creditor | |
| Haley & Aldrich, Inc. | Steve Schalabba | 465 Medford Street, Ste 2200 | | Boston | MA | 02129-1400 | (617) 886-7400 | (617) 886-7600 | | Consolidated Top 30 Unsecured Creditor | |
| Gold Key Processing, LTD | Steve Harsh | 14910 Madison Road | | Middlefield | OH | 44062 | (440) 632-0901 | (440) 632-0929 | | Consolidated Top 30 Unsecured Creditor | |
| Keystone Profiles | Frank Cremeens | 220 Seventh Avenue | | Beaver Falls | PA | 15010 | (800) 777-1533 | (724) 846-3901 | | Consolidated Top 30 Unsecured Creditor | |
| Process Oils, Inc. | Bob Hoch | 11601 Katy Freeway, Ste 223 | | Houston | TX | 77079 | (330) 494-9630 | (330) 494-9630 | | Consolidated Top 30 Unsecured Creditor | |
| Lion Copolymer | Michelle Geidroz | 36191 Highway 30 | | Geismar | LA | 70734 | (225) 267-3780 | (225) 267-3411 | | Consolidated Top 30 Unsecured Creditor | |
| PPG Industries, Inc. | Anew Johnson | Dept. at 40177 | | Atlanta | GA | 31192 | (724) 325-5262 | (724) 325-5045 | | Consolidated Top 30 Unsecured Creditor | |
| Technical Machine Products | Sherry Fess | 5500 Walworth Avenue | | Cleveland | OH | 44102 | (216) 281-9500 | (281) 281-0408 | | Consolidated Top 30 Unsecured Creditor | |
| Excellus Blue Cross | Customer Service | PO Box 4752 | | Rochester | NY | 14692 | (585) 232-3310 | (585) 238-4348 | | Consolidated Top 30 Unsecured Creditor | |
| Preferred Rubber Compounding | Michelle Parks | 1020 Lambert Street | | Barberton | OH | 44203 | (330) 798-4909 | (330) 798-4796 | | Consolidated Top 30 Unsecured Creditor | |
| China Auto Group | Kim Taylor Domines | 17815 Sky Park Circle, Suite D | | Irvine | CA | 92614 | (949) 261-8208 | (949) 767-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Burnt Mountain Center, Inc | Kim Hyde | 515 Pioneer Rd | | Jasper | GA | 30143 | (706) 692-6016 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Environmental Products and Services | | PO Box 4620 | | Burlington | VT | 05406 | (802) 876-1212 | (315) 471-3846 | | Consolidated Top 30 Unsecured Creditor | |
| Local 1811, United Steelworkers of America, AFL-CIO, CLC c/o Lexington Medical | Wayne Robinson | P.O. box 4477 | | Rock Hill | SC | 29732 | (704) 454-7065 | (704) 454-7054 | | Consolidated Top 30 Unsecured Creditor | |
| International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO | Ken Ream | 111 Whitehead Lane, Suite #2 | | Monroeville | PA | 15146-2715 | (330) 719-7635 | (330) 395-4875 | | Consolidated Top 30 Unsecured Creditor | |
| Office of the United States Trustee for the Southern District of New York | | 33 Whitehall Street, 21st Floor | | New York | NY | 10004 | | | | Office of the US Trustee | |
| Securities and Exchange Commission | Regional Director | 233 Broadwy | | New York | NY | 10279 | | | | SEC | |
| Internal Revenue Service | District Director | 290 Broadway | | New York | NY | 10007 | | | | IRS | |
| New York State Sales Tax | | P.O. Box 1209 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New York State Tax Processing | | JAF Building, P.O. Box 1206 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |
| South Carolina Department of Revenue and Taxation | | Sales Tax Return | | Columbia | SC | 29214 | | | | Governmental Unit for Taxation | |
| Georgia Department of Revenue Sales & Use Tax Division | | P. O. Box 105296 | | Atlanta | GA | 30348 | | | | Governmental Unit for Taxation | |
| Treasurer of the State of Ohio | | P. O. Box 16561 | | Columbus | OH | 43266 | | | | Governmental Unit for Taxation | |