WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                         :      **Chapter 11 Case No.**
                                                   :
**LEXINGTON PRECISION CORPORATION,**  :      **08- 11153 (MG)**
                                                   :
        Debtor.                               :
                                                   :
---------------------------------------------------------------x
                                                   :
**In re**                                         :      **Chapter 11 Case No.**
                                                   :
**LEXINGTON RUBBER GROUP, INC.,**      :      **08- 11156 (MG)**
                                                   :
        Debtor.                               :
                                                   :
---------------------------------------------------------------x

**NOTICE OF COMMENCEMENT OF**
**CHAPTER 11 CASE AND FIRST DAY MOTIONS**

      PLEASE TAKE NOTICE that, on the date hereof, the above-captioned debtors (the "Debtor") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court");

      PLEASE TAKE FURTHER NOTICE that, in connection with the Debtors' chapter 11 cases, a hearing has been scheduled for *8:30 a.m. on, April 2, 2008, Court Room 701, United States Bankruptcy Judge Martin Glenn, Alexander Hamilton Custom House, One Bowling Green, New York, New York  10004-1408* (the "Hearing");

PLEASE TAKE FURTHER NOTICE that, at the Hearing, the Debtors will move the Bankruptcy Court for entry of the following orders:

**Procedural/Administrative Orders**

Order Pursuant to Rule 1015(b)of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases

Order Pursuant to Bankruptcy Rules 1007(c) and 2002(d) for an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs

Order Pursuant to Sections 105(a), 342(a), and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a) and 2002(a), (f) and (l), and Local Bankruptcy Rule 1007-1 for (i) a Waiver of the Requirement to File a List of Creditors and (ii) Approval of the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases

Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 for Authority to Establish Notice Procedures

Order Pursuant to Section 503(b) of the Bankruptcy Code Granting Administrative Priority Status to Undisputed Obligations to Vendors Arising from the Postpetition Delivery of Goods and Services Ordered in the Prepetition Period and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business

Order Pursuant to 28 U.S.C. § 156(c) and Local Rule 5075-1(a) for Authorization to (i) Employ and Retain Epic Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtors and (ii) Appoint Epic Bankruptcy Solutions, LLC as Agent for the Bankruptcy Court

Order Pursuant to Local Bankruptcy Rule 1007-2(e) Scheduling Initial Case Conference

**Substantive Orders**

Order Pursuant to Sections 105(a), 345(b), 363(c) and 364(a) of the Bankruptcy Code for (A) Authorization to (i) Continue Using Existing Centralized Cash Management System, (ii) Implement an Automatic Transfer of Lockbox Funds to the Master Operating Account; and (iii) Maintain Existing Bank Accounts and Business Forms, and (B) an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code

Order (A) for Authorization Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), and 364(e) to (i) Use Cash Collateral, (ii) Grant Adequate Protection to Prepetition Secured Lenders, and (iii) Obtain Postpetition Financing, and (B) to Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001

Order Pursuant to Sections 105(A), 345(B), and 363(C) of the Bankruptcy Code for an Interim Order (i) Authorizing the Implementation of Investment Guidelines and (ii) Scheduling a Hearing to Consider Such Relief on a Final and Permanent Basis

Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for an Order (i) Authorizing, But Not Directing, Payment of Wages, Compensation, and Employee Benefits (ii) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations and (iii) Scheduling A Final Hearing on The Relief Sought In The Motion

Order Pursuant to Sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code and Bankruptcy Rule 6003 Granting Authority to Honor Certain Prepetition Customer Programs and Scheduling A Final Hearing

Order Pursuant to Sections 105(a), and 363(b)(1) of the Bankruptcy Code for Entry of An Order (a) Authorizing the Debtors to Pay Common Carrier Charges, Equipment Processor Fees and Warehouse Fees and (b) Scheduling A Final Hearing

PLEASE TAKE FURTHER NOTICE that a full set of pleadings may be obtained at http://chapter 11.epiqsystems.com/lexington or by contacting Epiq Bankruptcy Solutions, LLC at (646) 282-2500.  **Any documents requested will be forwarded to the requesting party by electronic mail.**

Dated: April 1, 2008
New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession