## **EXHIBIT B**

Budget

**LEXINGTON PRECISION CORPORATION**

**FORECAST OF CASH RECEIPTS AND DISBURSEMENTS FROM APRIL 2 THROUGH JUNE 20, 2008**
(in thousands of dollars)

| | Week Ended | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2-4 Apr | 11-Apr | 18-Apr | 25-Apr | 2-May | 9-May | 16-May | 23-May | 30-May | 6-Jun | 13-Jun | 20-Jun |
| **Cash receipts:** | 1,286 | 1,365 | 1,578 | 1,664 | 1,562 | 1,664 | 1,794 | 1,400 | 1,889 | 1,511 | 1,433 | 1,425 |
| **Cash disbursements:** | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | |
| CapitalSource principal (1) | - | - | - | - | 269 | - | - | - | - | 269 | - | - |
| CapitalSource interest | - | - | - | - | 207 | - | - | - | - | 207 | - | - |
| CapitalSource fees (LOC & unused line) | - | - | - | - | 5 | - | - | - | - | 5 | - | - |
| DIP Interest and fees | 40 | - | 40 | 23 | - | - | - | - | 34 | - | - | - |
| L&D | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 339 | 338 | 666 | 333 | 666 | 333 | 666 | 334 | 665 | 334 | 659 | 326 |
| Retirement & Savings Plan 401(k) | 25 | 25 | 57 | 25 | 57 | 25 | 57 | 25 | 57 | 25 | 57 | 25 |
| Group Medical Care Plan Administrative Fees | - | - | 20 | - | - | - | 20 | - | - | - | - | 20 |
| Prescription drug plan | - | 25 | - | 25 | - | 25 | - | 25 | - | 25 | - | 25 |
| Reorganization professional fees and expenses | - | 125 | 125 | 25 | 175 | 175 | 25 | 90 | 25 | 75 | 125 | - |
| DIP legal counsel | - | - | - | - | 10 | - | - | - | - | 10 | - | - |
| Ordinary course professionals | - | - | - | - | 35 | - | - | - | - | 35 | - | 35 |
| Vendors - check disbursements (excluding Dow & Wacker): | | | | | | | | | | | | |
| Dow Corning | 34 | 40 | 51 | 69 | 133 | 44 | 51 | 83 | 75 | 83 | 75 | 83 |
| Wacker | 51 | 145 | 265 | 26 | 187 | 164 | 48 | 126 | 130 | 108 | 126 | 128 |
| All other excluding capex | 1,000 | 648 | 636 | 625 | 590 | 559 | 700 | 614 | 541 | 578 | 671 | 579 |
| Capex | 35 | 23 | 33 | 23 | 23 | 33 | 23 | 23 | 18 | 13 | 48 | 13 |
| Ohio BWC and UMR Health Disbursements | 36 | 60 | 60 | 60 | 60 | 120 | 60 | 60 | 60 | 60 | 60 | 60 |
| Commercial Traffic | 19 | 20 | 19 | 20 | 19 | 20 | 19 | 19 | 20 | 21 | 19 | 20 |
| Utilities | - | - | 130 | - | - | - | - | - | - | - | - | - |
| Total cash disbursed | 1,579 | 1,449 | 2,102 | 1,254 | 2,436 | 1,498 | 1,669 | 1,399 | 1,625 | 1,848 | 1,840 | 1,314 |
| **Net cash received (used)** | (293) | (84) | (524) | 410 | (874) | 166 | 125 | 1 | 264 | (337) | (407) | 111 |
| **Cumulative net cash received (used)** | (293) | (377) | (901) | (491) | (1,365) | (1,199) | (1,074) | (1,073) | (809) | (1,146) | (1,553) | (1,442) |
| **DIP loan proceeds** | 2,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| **Net cash available** | 1,707 | 1,623 | 3,099 | 3,509 | 2,635 | 2,801 | 2,926 | 2,927 | 3,191 | 2,854 | 2,447 | 2,558 |

(1) Subject to agreement on the waiver of default interest

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales (based on date shipped)** | 955 | 1,498 | 1,535 | 1,626 | 1,896 | 1,610 | 1,637 | 1,616 | 1,731 | 1,634 | 1,633 | 1,799 |
| **Net cumulative sales** | 955 | 2,453 | 3,988 | 5,614 | 7,510 | 9,120 | 10,757 | 12,373 | 14,104 | 15,738 | 17,371 | 19,170 |