**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORP., et al.,**             :        **08-11153 (MG)**
:
Debtors.                                    :        **(Jointly Administered)**
:
-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTIONS 105(a), 345(b), AND 363(c) OF THE BANKRUPTCY CODE SCHEDULING A HEARING FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF INVESTMENT GUIDELINES

Upon the motion, dated April 1, 2008 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc. as debtors and debtors in possession, (together, the "Debtors"), for an order pursuant to sections 105(a), 345(b), and 363(c) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an interim order (i) authorizing the implementation of investment guidelines attached to the Motion as Exhibit A; and (ii) scheduling a hearing (the "Final Hearing") to consider such relief on a final and permanent basis, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Southern District of New York (the "U.S. Trustee"), (ii) the attorneys for the agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed

postpetition lenders, (iv) the attorneys for the ad hoc committee of noteholders, and (v) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis), and it appearing that no other or further notice need be provided; and the Debtors having requested an adjournment of the consideration of the Motion until the Final Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the consideration of the Motion is adjourned until the Final Hearing; and it is further

ORDERED that the Final Hearing to consider entry of an order granting the relief requested in the Motion on a final and permanent basis shall be held on April 22, 2008 at 10:00 a.m. (Eastern time); and any objections to entry of such order shall be in writing, filed with the Court in accordance with General Order M-242, and served upon (i) the attorneys for the Debtors; (ii) the U.S. Trustee; (iii) the attorneys for the agents for the Debtors' prepetition lenders, (iv) the attorneys for the Debtors' proposed postpetition lenders, and (v) the attorneys for any statutory committee appointed in these cases, in each case so as to be received no later than 4:00 p.m. (Eastern Time) on April 16, 2008; and it is further

ORDERED that within three business after entry of this Order, the Debtors shall serve a copy of this Order on (i) the U.S. Trustee, (ii) the attorneys for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed postpetition lenders; (iv) the attorneys for the ad hoc committee of noteholders and (v) the Debtors' 30 largest unsecured creditors (on a consolidated basis).

Dated: April 2, 2008
    New York, New York

                                  /s/ Martin Glenn
                                  United States Bankruptcy Judge