UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                  :

In re                                        :         Chapter 11 Case No.
                                           :

LEXINGTON PRECISION CORP., et al.,     :         08-11153 (MG)
                                           :

      Debtors.                       :         (Jointly Administered)
                                           :
---------------------------------------------------------------x

## ORDER SCHEDULING A HEARING ON A MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO HONOR CERTAIN PREPETITION CUSTOMER PROGRAMS PURSUANT TO SECTIONS 105(a), 363, 503(b)(1), 1107(a), AND 1108 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6003

Upon the motion, dated April 1, 2008 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (together, the "Debtors"), pursuant to sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order, among other things, (a) authorizing the Debtors to perform and honor, in the Debtors' discretion, the Debtors' prepetition obligations related to certain customer programs and practices ("Customer Programs"), and (b) scheduling a hearing to consider entry of an order granting the relief requested on a permanent basis (the "Final Hearing"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States

Trustee for the Southern District of New York (the "U.S. Trustee"), (ii) the attorneys for the agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed postpetition lenders, (iv) the attorneys for the ad hoc committee of noteholders, and (v) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis), and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Interim Hearing"); and the appearances of all interested parties having been noted in the record of the Interim Hearing; and upon the Affidavit of Dennis J. Welhouse Pursuant to Local Bankruptcy Rule 1007-2, sworn to upon April 1, 2008 (the "Welhouse Affidavit"), the record of the Interim Hearing, and all of the proceedings had before the Court; and after due deliberation, it is

ORDERED that consideration of the Motion is adjourned until the Final Hearing; and it is further

ORDERED that the Final Hearing to consider entry of an order granting the relief requested in the Motion on a permanent basis shall be held on April 22, 2008 at 10:00 a.m. (Eastern time); and any objections to entry of such order shall be in writing, filed with the Court in accordance with General Order M-242, and served upon (i) the attorneys for the Debtors; (ii) the U.S. Trustee; (iii) the attorneys for the agents for the Debtors' prepetition lenders, (iv) the attorneys for the Debtors' proposed postpetition lenders, and (v) the attorneys for any statutory committee appointed in these cases, in each case so as to be received no later than 4:00 p.m. (Eastern Time) on April 16, 2008; and it is further

ORDERED that the Debtors shall serve this Order within three business days of its entry on (i) the U.S. Trustee, (ii) the attorneys for the agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' proposed postpetition lenders, (iv) the attorneys for

the ad hoc committee of noteholders, and (v) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); and it is further

Dated: April 2, 2008
      New York, New York

                                    /s/ Martin Glenn
                                    United States Bankruptcy Judge