**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                      :

**In re**                                     :         **Chapter 11 Case No.**

**LEXINGTON PRECISION CORP., et al.,**    :         **08-11153 (MG)**

           **Debtors.**                    :         **(Jointly Administered)**

-----------------------------------------------------------x

**ORDER PURSUANT TO LOCAL BANKRUPTCY
RULE 1007-2(e) SCHEDULING INITIAL CASE CONFERENCE**

Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors") having each filed a petition for reorganization under chapter 11 of the title 11 of the United States Code on April 1, 2008, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge in United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on April 22, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders

of the 10 largest unsecured claims determined on a consolidated basis), the holders of the five largest secured claims determined on a consolidated basis, any postpetition lender to the Debtors, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: April 2, 2008
      New York, New York

                                        /s/ Martin Glenn
                                        United States Bankruptcy Judge