ANDREWS KURTH LLP
Paul N. Silverstein  (PS 5098)
Jonathan I. Levine (JL 9674)
450 Lexington Avenue
New York, New York  10017
(212) 850-2800 (telephone)
(212) 850-2929 (facsimile)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | X |
| | : Chapter 11 Case |
| LEXINGTON PRECISION CORP., et al., | : |
| | : Case No. 08-11153 (MG) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | X |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, Andrews Kurth LLP ("AK") hereby enters its appearance pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in this case be given and served upon the person listed below at the following address and telephone/fax number:

> Paul Silverstein, Esq.
> Jonathan Levine, Esq.
> Andrews Kurth LLP
> 450 Lexington Avenue, 15th Floor
> New York, New York 10017
> Telephone:  (212) 850-2800
> Telecopier:  (212) 850-2929

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:   New York, New York
         April 3, 2008

                                  **ANDREWS KURTH LLP**

                            By: /s/ Jonathan I. Levine
                               Paul N. Silverstein (PS 5098)
                               Jonathan I. Levine (JL 9674)
                               450 Lexington Avenue, 15th Floor
                               New York, New York  10017
                               Telephone:  (212) 850-2800
                               Telecopier:  (212) 850-2929