Gayle P. Ehrlich (GE 6649)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
Telephone:  (617) 338-2800
Telecopier:  (617) 338-2880, 2883


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

In re                                                                Chapter 11 Case No. 08-11153(MG)

LEXINGTON PRECISION CORP., et al.          (Jointly Administered)
                                       Debtors.

-----------------------------------------------------x


NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

        PLEASE TAKE NOTICE that the undersigned, pursuant to Bankruptcy Rules 2002(g)

and 9010(b), hereby appears on behalf of Wilmington Trust Company, in its capacity as

Indenture Trustee, and requests that all notices given or required to be served in these

proceedings be served upon the following:


                Gayle P. Ehrlich, Esq.
                Sullivan & Worcester LLP
                One Post Office Square
                Boston, MA  02109
                Telephone:  (617) 338-2800
                Telecopier:  (617) 338-2880, 2883


        PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the

foregoing request includes all notices and papers referred to in the Bankruptcy Code or Rules

and additionally includes, without limitation, notice of any application, complaint, demand,

hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed

by mail, telephone or otherwise.

Dated:  April 7, 2008                              Respectfully submitted,


/s/Gayle P. Ehrlich
Gayle P. Ehrlich (6649)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Telephone:  (617) 338-2800
Telecopier:  (617) 338-2880, 2883