Aaron R. Cahn
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

- and -

WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attention:     John C. Tishler
               Robert J. Welhoelter
Telephone: (615) 244-6380
Facsimile:  (615) 244-6804

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re | Chapter 11 |
| **LEXINGTON PRECISION CORP., ET AL,** | Case No. 08-11153 (MG) |
| Debtors. | Notice of Appearance and Request for Notices |

    PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned hereby appears as counsel for CapitalSource Finance, LLC.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

        Waller Lansden Dortch & Davis, LLP
        511 Union Street, Suite 2700
        Nashville, Tennessee 37219
        Attention: John C. Tishler
                   Robert J. Welhoelter

1064579.1
6316020.1

Telephone: (615) 244-6380
Facsimile:  (615) 244-6804

- and –

Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Attention: Aaron R. Cahn
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Dated: New York, New York
April 8, 2008

CARTER, LEDYARD & MILBURN LLP

By: ___/s/ Aaron R. Cahn_____
Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200

- and -

WALLER LANSDEN DORTCH &
DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attention:    John C. Tishler
              Robert J. Welhoelter
Telephone: (615) 244-6380
Facsimile:   (615) 244-6804

1064579.1
6316020.1