Aaron R. Cahn
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

- and -

WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attention:     John C. Tishler
               Robert J. Welhoelter
Telephone: (615) 244-6380
Facsimile:  (615) 244-6804

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
**In Re**                                             :    Chapter 11
                                                      :
**LEXINGTON PRECISION CORP., ET AL,**                 :    Case No. 08-11153 (MG)
                                                      :
           Debtors.                                   :
                                                      :    <u>**AFFIDAVIT OF SERVICE**</u>
------------------------------------------------------x

STATE OF NEW YORK )
                  : ss.
COUNTY OF NEW YORK)

      JOSE L. ENCARNACION, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.
      That on the 8th day of April, 2008, I served true and correct copies of the NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by placing the same in first class post-paid envelopes addressed:

                        OFFICE OF THE UNITED STATES TRUSTEE
                        33 Whitehall Street
                        21st Floor
                        New York, New York  10004

1064579.1
6316338.1

    And on said day I deposited said envelope in a mail depository controlled and maintained by the United States Post Office located at 25 Broadway, New York, New York, to be dispatched by first class mail.

_Jose L. Encarnacion_
Jose L. Encarnacion

Sworn to before me this
8th day of April, 2008.

_____
Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010

1064579.1
6316338.1