UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re:

**LEXINGTON PRECISION CORPORATION**

Debtors.

Case No. 08-11153 (MG)

Chapter 11

Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Raymond M. Patella, a member in good standing of the bars in the Commonwealth of Pennsylvania, the bar in the State of New Jersey, the bar in the District of Columbia, the bar for the Eastern District of Pennsylvania, and the bar for the District of New Jersey, request admission, ***pro hac vice***, before the Honorable Judge Martin Glenn, to represent General Cable Industries, Inc., a party in interest, in the above-referenced case.

My address, telephone number and e-mail address are as follows:

> Raymond M. Patella
> Blank Rome LLP
> One Logan Square
> Philadelphia, PA  19103-6998
> Telephone:  215-569-5781
> Facsimile:  215-832-5781
> E-mail:  patella@blankrome.com

I have paid the fee of $25 upon filing of this Motion.

Dated: New York, New York
       April 9, 2008

*/s/ Raymond M. Patella*
Raymond M. Patella

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
In re:

**LEXINGTON PRECISION CORPORATION**

                Debtors.

------------------------------X

Case No. 08-11153 (MG)

Chapter 11

Jointly Administered

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Raymond M. Patella, having represented that he is a member in good standing of the bars in the Commonwealth of Pennsylvania, the bar in the State of New Jersey, the bar in the District of Columbia, the bar for the Eastern District of Pennsylvania, and the bar for the District of New Jersey, and having requested admission, ***pro hac vice***, to represent General Cable Industries, Inc., a party in interest, in the above-referenced case.

**ORDERED**, that Raymond M. Patella is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April ____, 2008

                                    HON. MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE