# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

In re:

**LEXINGTON PRECISION CORPORATION**

Debtors.

———————————————————————————X

Case No. 08-11153 (MG)

Chapter 11

Jointly Administered

## REQUEST FOR SERVICE OF PAPERS
## PURSUANT TO BANKRUPTCY RULE 2002

Notice is hereby given pursuant to Bankruptcy Rule 2002 that Blank Rome LLP, for and on behalf of General Cable Industries, Inc. ("General Cable") requests that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to Blank Rome LLP and General Cable at the following addresses:

Michael Z. Brownstein
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5520
(212) 885-5502 (facsimile)
mbrownstein@blankrome.com (email)

and

Raymond M. Patella
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5781
(215) 832-5781 (facsimile)
patella@blankrome.com (email)

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtors or debtors in possession or the property of such debtors or the debtors' estate.

Please take further notice that this Request for Service of Papers Pursuant to Bankruptcy Rule 2002 shall not be deemed or construed to be a waiver of any substantive or procedural right of General Cable, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against General Cable in this or any related case or where any proceeding is to be initiated by complaint against General Cable under applicable non-bankruptcy law, service shall be made on General Cable in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or

recoupments to which General Cable is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments General Cable expressly reserves.

| | |
|---|---|
| Dated: April 9, 2008 | Respectfully submitted, |
| | BLANK ROME LLP |
| | */s/ Raymond M. Patella* |
| | Raymond M. Patella |
| | One Logan Square |
| | 130 North 18th Street |
| | Philadelphia, PA  19103-6998 |
| | (215) 569-5500 |
| | (215) 569-5522 |
| | Attorneys for General Cable Industries, Inc. |