**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X

In re:

**LEXINGTON PRECISION CORPORATION**

Debtors.

Case No. 08-11153 (MG)

Chapter 11

Jointly Administered

---------------------------------X

## CERTIFICATE OF SERVICE

Raymond M. Patella hereby certifies that he caused a true and correct copy of the foregoing Request for Service of Papers Pursuant to Bankruptcy Rule 2002 to be served this 9th day of April, 2008, by U.S. Mail, prepaid postage, upon the following party:

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

*/s/ Raymond M. Patella*
Raymond M. Patella

900200.00030/21681045v.1