UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
In re                                                              :
                                                                      :     Case No. 08-11153 (MG)
LEXINGTON PRECISION CORP., et al.,  :
                                                                      :     (Jointly Administered)
                                                                      :
                                                                      :     (Chapter 11)
                          Debtor.               :
------------------------------------------------------X

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. Wilmington Trust Company
   1100 North Market Street
   Wilmington, Delaware 19890
   Attn: James J. McGinley (212-415-0522)

2. Jefferies High Yield Trading
   The Metro Center
   One Station Place, Three North
   Stamford, CT 06902
   Attn: Robert J. Welch (203-708-5800)

3. Wilfrid Aubrey, LLC
   100 William Street, Suite 1850
   New York, NY 10038
   Attn: Nicholas Walsh (212-675-4906)

4. Valhalla Capital Partners, LLC
   2527 Nelson Miller Pkwy.
   Suite 207
   Louisville, KY 40223
   ATTN: Ramond P. Mercherle (502-301-8400 ext 14)

5.  Momentive Performance Materials, Inc.
    c/o Janette Wendorf
    260 Hudson River Road
    Waterford, NY 12188
    Attn: Janelle Wendorf (518-233-5608)

6.  Wacker Chemical Corporation
    3301 Sutton Road
    Adrian, MI 49221
    Attn: James D. Lammers (517-264-8309)

7.  Environmental Products & Services of Vermont, Inc.
    532 State Fair Blvd.
    Syracuse, NY 13204
    Attn: Michael J. Lawler (315-451-6666 ext 213)

Dated: New York, New York
       April 11, 2008

                                    DIANA G. ADAMS
                                    UNITED STATES TRUSTEE

                              By:   /s/ Paul K. Schwartzberg
                                    Paul K. Schwartzberg - (PKS-9120)
                                    Trial Attorney

                                    33 Whitehall Street, 21st Floor
                                    New York, New York  10004
                                    Tel. No. (212) 510-0500