**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** § | | **Chapter 11 Case No.** |
| § | | **08-11153 (MG)** |
| **LEXINGTON PRECISION CORPORATION** § | | |
| § | | |
| **Debtor.** § | | |
| § | | |
| | | |
| **In re** § | | **Chapter 11 Case No.** |
| § | | **08-11156 (MG)** |
| **LEXINGTON RUBBER GROUP, INC.** § | | |
| § | | |
| **Debtor.** § | | |
| § | | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, William F. Harmeyer, a member in good standing of the bar in the State of Texas, (State Bar No. 09019000); the United States District Court, Southern District of Texas (Federal I.D. No. 149); the United States Court of Appeals, First, Third, Fourth, Fifth, Ninth and Eleventh Circuits; United States Court of Appeals for the Federal Circuit; United States District Court, Northern, Southern, Eastern and Western Districts of Texas; and United States Supreme Court; and request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, to represent PROCESS OILS, INC., a Creditor in the above referenced case.

My address is: 7322 Southwest Freeway, Suite 475, Houston, Texas 77074

My e-mail address is: wharmeyer@harmeyerlaw.com

My telephone number is: (713) 270-5552

My fax number is:    (713) 270-7128

1

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 4, 2008.
Houston, Texas

/s/William F. Harmeyer
William F. Harmeyer

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded via first class mail to:

| | |
|---|---|
| Richard P. Kransow, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Via Facsimile: (212) 310-8007, and<br>Via Email: richard.kransnow@weil.com | Attorney for Debtors |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | U.S. Trustee |

*/s/William F. Harmeyer*
William F. Harmeyer