**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** § | **Chapter 11 Case No.** | |
| § | **08-11153 (MG)** | |
| **LEXINGTON PRECISION CORPORATION** § | | |
| § | | |
| **Debtor.** § | | |
| § | | |

| | | |
|---|---|---|
| **In re** § | **Chapter 11 Case No.** | |
| § | **08-11156 (MG)** | |
| **LEXINGTON RUBBER GROUP, INC.** § | | |
| § | | |
| **Debtor.** § | | |
| § | | |

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

William F. Harmeyer, a member in good standing of the bar in the State of Texas, (State Bar No. 09019000); the United States District Court, Southern District of Texas (Federal I.D. No. 149); the United States Court of Appeals, First, Third, Fourth, Fifth, Ninth and Eleventh Circuits; United States Court of Appeals for the Federal Circuit; United States District Court, Northern, Southern Eastern and Western Districts of Texas; and United States Supreme Court; having requested admission**, *pro hac vice*,** to represent PROCESS OILS, INC., a creditor and interested party in the above referenced cases, before the Honorable Judge Martin Glenn,

**ORDERED,**

that William F. Harmeyer, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provided that the filing fee has been paid.

Dated:   April 14, 2008.
          Manhattan, New York

_____
UNITED STATES BANKRUPTCY JUDGE