# WILLIAM F. HARMEYER & ASSOCIATES, P.C.
## ATTORNEYS & COUNSELORS AT LAW

WILLIAM F. HARMEYER
Board Certified,
Civil Trial Law
Texas Board of Legal Specialization

475 Arena Tower One
Houston, Texas  77074
Tel. (713) 270-5552
Facsimile (713) 270-7128
wharmeyer@harmeyerlaw.com

---

Friday, April 04, 2008

**Via Facsimile (646) 282-2501, First Class Mail,
<u>and Certified Mail, Return Receipt Requested</u>**

Mr. Ross Matray
EPIQ Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Re:    Process Oils Inc.'s Reclamation Demand or, Alternatively, for Priority Claim
or Lien, Pursuant to 11 U.S.C. §546(c) and 11 U.S.C. §503(b)(9).**

Dear Mr. Matray:

On April 1, 2008, Lexington Precision Corporation and Lexington Rubber Group, Inc., (jointly "Lexington"), filed a voluntary bankruptcy petition under Chapter 11, Title 11, of the United States Code.

Prior to the bankruptcy filing date, Process Oils, Inc., ("Process Oils"), provided and shipped to Lexington Insulators, quantities of Procoil 950, which product was received by Lexington Insulators within the time period specified in 11 U.S.C. §546(c)(1).  Process Oils, Inc., hereby makes demand to Lexington for reclamation for the products listed on the attached 3 invoices, invoice numbers 34442, 34705, and 34885, pursuant to 11 USC §546(c). The Bills of Lading and Certificates of Analysis are attached to each of the invoices.  Please contact my office or Mr. Greg White at Process Oils (telephone 281/497-6202 or email gwhite@processoilsinc.com) for arrangement for return of the goods.

Very truly yours,

WILLIAM F. HARMEYER & ASSOCIATES, P.C.

William F. Harmeyer

WFH/lms
Enclosures



EXHIBIT

A

cc:    Richard P. Kransow, Esq.
       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Via Facsimile: (212) 310-8007 and
       Via Email: richard.kransnow@weil.com
       Attorney for Debtors

       Mr. Mike Lubin
       Chairman of the Board
       800 3rd Avenue 15th Floor
       New York, New York, 10022
       <u>Via Certified Mail, Return Receipt Requested</u>
       <u>and Email: mlubin@lexp.com</u>

       Mr. Chris Poirier
       Operations Manager
       Mixing Facility
       Lexington Insulators
       1076 Ridgewood Road
       Jasper, Georgia 30143-1366
       <u>Via Certified Mail, Return Receipt Requested</u>
       <u>and Email: cpoirier@insulators.lexp.com</u>

       Mr. Greg White
       Process Oils, Inc.
       One Sugar Creek Center Blvd. #920
       Sugar Land, Texas 77478
       Via Email: gwhite@processoilsinc.com

# PROCESS OILS, INC.
# INVOICE # 34885

# PROCESS OILS inc

**INVOICE**

One Sugar Creek Center Blvd., #920
Sugar Land, TX  77478
(281) 497-6202  FAX (281) 556-6038

| DATE | INVOICE # |
|------|-----------|
| 3/26/2008 | 34885 |

| BILL TO | SHIP TO |
|---------|---------|
| LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 | LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 |

| CMA P.O. # | CUSTOMER P.O... | TERMS | SALESMAN | SHIP DATE | VIA | FOB |
|------------|-----------------|-------|----------|-----------|-----|-----|
| 16491 | 24205 | NET 45 | RJH | 3/26/2008 | Prepaid | Jasper |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | RAILCAR NO. | AMOUNT |
|----------|-----------|-------------|------------|-------------|--------|
| 6,089 | Procoil 950 | Procoil 950  (Code #9000422) | 4.37 | | 26,608.93 |

REMITTANCE ADDRESS:

Process Oils, Inc.
Department 5329
PO Box 4228
Houston, TX  77210-4228

**TOTAL**          $26,608.93

CITGO Petroleum Corp        4047662743                    03/26 '08 J7:34 NO.002  01/03

M-38-78C (6-89)
QUESTION ON SHIPMENT
PHONE CITGO 1-800-331-4068

# BILL OF LADING

CSR: GOQUAIN - 03/17/2008

B/L No. 1800478628    Customer P.O. 16491    Release _____    Page   1 of 2

Req. Ship Date 03/26/2008    Reg. Delv. Date _____    Order No. 222175217    Order Date 03/17/2008

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |
| 627950001097 | PROCOIL 950 T/T | 1 | 1 | 44774 | ~~6100~~ 6089 |

CONTACT:: DEBBIE GRABHER 281-497-6202
RECEIVING HRS:: 8AM-3PM  M-F
CUST CODE:: 9000422
PLANT:
* REQUESTED SHIP DATE/TIME::3/26/08
* 5090 SN QUANTITY CAN NOT EXCEED 6100 GALLONS
* FAX BOL AND COA TO 281-556-6038
* SEND COA WITH DRIVER
* CUSTOMER CODE: #9000422 TO BE ON ALL PAPERWORK
CARRIER:
* CONTACT::
REVISION COMMENTS:
PRODUCT
COMPT
GRAVITY
LBS/GAL
TEMPERATURE
GROSS GALS
NET GALS @ 60
BATCH #

**STRAIGHT BILL OF LADING SHORT FORM-
ORIGINAL -- NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the
date of the issue of this Bill of Lading.

(XX CONSIGNEE
CODE  CUST    NAME OF CARRIER CUSTOMER TRUCK                    AGENTS NO.
AT  0012   Atlanta GA Lube Blend Plant          SHIPPER  CHEMICAL MARKETING ASSOCIATES
SHIPPING DATE

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, and the
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to Section 7 of conditions of
applicable bill of lading, if this shipment
is to be delivered to the consignee without
recourse on the consignor, the consignor
shall sign the following statement.

The carrier shall not make delivery of
this shipment without payment of freight
and all other lawful charges.

Cust. No. 207442        Region GA    LRBO    Sales Rep. 877
Consigned To   CHEMICAL MARKETING ASSOCIATES
Destination    PROCESS OILS  INC
               C/O LEXINGTON INSULATORS
               1076 RIDGEWOOD RD
               JASPER GA  30143-0000

Per _____
         (Signature of consignor)
If charges are to be prepaid, write or
stamp here, "To be Prepaid"

Route
Del. Carrier                    Car/Veh. Init./No.                    COLLECT

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT |
|---|---|---|
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 |
| | TOTAL | 44774 |

Received $ _____
to apply in prepayment of the charges on
the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only
the amount prepaid)

Charges Advanced
$ _____

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
NOTE -- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper's imprint not a part of Bill of Lading approved by the Interstate Commerce Commission.

PER _____                    Waccgmay  M. Duke  3/26/08

SHIPPER'S AGENT                    ORIGINAL - ACCOUNTING

**EMERGENCY CONTACT-CHEMTREC 800-424-9300**

04/04/2008 08:33 4047662743 CITGO PETROLEUM Corp 03/26 '08 7:34 NO.002 02/03

21-68-780 (8-99)

QUESTION ON SHIPMENT
PHONE CITGO 1-800-331-4088

# BILL OF LADING

CSR: BOQUAIN – 03/17/2008

B/L No. 1800478628   Customer P.O. 16491   Release _____   Page 2 of 2

Req. Ship Date 03/26/2008   Req. Dely. Date _____   Order No. 222175217   Order Date 03/17/2008

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |
| FACTOR USED APPT TIME 7:00 | ARRIVAL 7:00    START LOAD 7:15 | RELEASED 8:15 | | | |
| 6150 | Procoil 950 loaded @ 85° x .9901 = (6089) gal | | | | |
| | Comp #1   2600   gallons | | | | |
| | Comp #4   1000   gallons     #3008008756 | | | | |
| | Comp #5   2550   gallons | | | | |

Tri # W 32

**STRAIGHT BILL OF LADING SHORT FORM-
ORIGINAL — NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

AGENTS NO. _____

SHIPPER CHEMICAL MARKETING ASSOCIATES

CONSIGNEE Waccaman
CODE   CUST   NAME OF CARRIER CUSTOMER TRUCK
AT   0018   Atlanta GA Lube Blend Plant
SHIPPING DATE

Cust. No. 207442   Region GA   LRBO   Sales Rep. 877

Consigned To   CHEMICAL MARKETING ASSOCIATES
Destination   PROCESS OILS INC
C/O LEXINGTON INSULATORS
1076 RIDGEWOOD RD
JASPER GA 30143-0000   Seal #50338, 66, 28, 08

Route
Del. Carrier

Car/Veh. Init./No.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

COLLECT

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | |
|---|---|---|---|
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 | Received $ to apply in prepayment of the charges on the property described hereon. |
| | TOTAL | 44774 | Agent or Cashier |

DRIVER ACCEPTS RESPONSIBILITY FOR ENSURING SHIPMENT IS PROPERLY LOADED, SECURED, SEALED AND PLACARDED.

Per _____
(The signature here acknowledges only the amount prepaid)

Charges Advanced _____

†If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PER _____

Shipper's imprint not a part of bill of lading approved by the Interstate Commerce Commission.

Waccaman   3/26/08

SHIPPERS' AGENT   ORIGINAL - ACCOUNTING

EMERGENCY CONTACT-CHEMTREC 800-424-9300

# PROCESS OILS INC

**One Sugar Creek Center Blvd., # 920**
**Sugar Land, TX 77478**
**281 497-6202**
**Fax 281 556-6038**

**LEXINGTON INSULATORS**
**1076 RIDGEWOOD RD.**
**JASPER, GEORGIA**

| Date Shipped: | | | 3/26/2008 |
|---|---|---|---|
| Product: | PROCOIL 950 | | |
| Product Code No: | | | 9000422 |
| Register No. | | | 1800478628 |
| Batch Number: | | | 02756 |
| Purchase Order No. | | | 24205 |
| CMA Purchase Order No.: | | | 16491 |
| Carrier:   Waccamaw | | | 32 |
| Gallons: | | | 6,089 |
| | | | |
| | CITGO Certificate of Analysis | | |
| | | | |
| | | | |
| TEST PRESCRIBED | TEST METHOD | | |
| | | | |
| Viscosity @ 40°C cSt | D-445 | | 100.44 |
| | | | |
| Color | D-1500 | | L 2.5 |
| | | | |
| Appearance | | | Pass |
| | | | |
| Hot Plate Moisture | | | Pass |

✓ emailed

# PROCESS OILS, INC.
# INVOICE # 34705

04/04/2008  08:35  2815556P48  06

# PROCESS OILS INC

One Sugar Creek Center Blvd., #920
Sugar Land, TX  77478
(281) 497-6202  FAX (281) 556-6038

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/11/2008 | 34705 |

| BILL TO | SHIP TO |
|---------|---------|
| LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 | LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 |

| CMA P.O. # | CUSTOMER P.O. | TERMS | SALESMAN | SHIP DATE | VIA | FOB |
|------------|---------------|-------|----------|-----------|-----|-----|
| 16424 | 24132 | NET 45 | RJH | 3/11/2008 | Prepaid | Jasper |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | RAILCAR NO. | AMOUNT |
|----------|-----------|-------------|------------|-------------|--------|
| 6,092 | Procoil 950 | Procoil 950  (Code #9000422) | 4.37 | | 26,622.04 |

REMITTANCE ADDRESS:

Process Oils, Inc.
Department 5329
PO Box 4228
Houston, TX  77210-4228

| | TOTAL | $26,622.04 |
|--|-------|-----------|

04/04/2008   08:45   2815556643   CITGO   PAGE   02

# BILL OF LADING

i-760 (8-90)
ESTION ON SHIPMENT
ONE CITGO 1-800-831-4088

CSR: GOBUAIN - 03/03/2008   Page - 1 of 2

VISED 03/04/2008 19:38:38
L No. 1800476475   Customer P.O. 16424 / 34132   Release ___

Order No. 222109116   Order Date 03/03/2008

g. Ship Date 03/11/2008   Req. Dely. Date ___

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |
| ?7950001097 | PROCOIL 950 T/T | 1 | 1 | 44774 | 6100 6092 |

ONTACT:: DEBBIE BRABHER 281-497-6802
CEIVING HRS:: 8AM-3PM M-F
ST CODE:: 9000422
ANT:
REQUESTED SHIP DATE/TIME::3/11/08
6090 SN QUANTITY CAN NOT EXCEED 6100 GALLONS
FAX BOL AND COA TO 281-556-6088
SEND COA WITH DRIVER
CUSTOMER CODE: #9000422 TO BE ON ALL PAPERWORK
ARRIER: Waccamaw
CONTACT::
EVISION COMMENTS:
RODUCT
OMPT
RAVITY
BS/GAL
EMPERATURE
ROSS GALS
ET GALS @ 60
ATCH #

Trl # 808

**STRAIGHT BILL OF LADING SHORT FORM-ORIGINAL — NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CONSIGNEE Waccamaw
CODE CUST   NAME OF CARRIER CUSTOMER TRUCK
AT 0012 Atlanta GA Lube Blend Plant
SHIPPING FROM

AGENTS NO. ___

SHIPPER **CHEMICAL MARKETING ASSOCIATES**

Cust. No. 207442
Consigned To   CHEMICAL MARKETING ASSOCIATES
Destination   PROCESS OILS INC
C/O LEXINGTON INSULATORS
1076 RIDGEWOOD RD
JASPER GA 30143-0000

Region GA   LRBO   Sales Rep. 877

Seal # 48825,26,31,54

Car/Veh. Init./No.   COLLECT

Route
Del. Carrier

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT |
|---|---|---|
| | | 44774 |
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 |
| | TOTAL | |

Chemical Marketing 3/11/08

ORIGINAL - ACCOUNTING
CITGO Petroleum Corp   404766527 43

EMERGENCY CONTACT-CHEMTREC 800-424-9300

SHIPPERS' AGENT

03/11 '08 10:36 NO.877 01/03

# BILL OF LADING

J-780 (8-69)
ESTION ON SHIPMENT
ONE CITGO 1-800-331-4068                                    CSR: GOQUAIN - 03/08/2008
VISED 03/04/2008 19:38:38                    Release _____    Page  2 of 2
L No. 1B00476475    Customer P.O. 16424 / 24122

q. Ship Date 03/11/2008    Req. Dely. Date    Order No.222109114    Order Date 03/08/2008

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |
| | ACTOR USED | | | | |
| PPT TIME  7:00 | ARRIVAL 7:00    START LOAD 7:15    RELEASED 8:10 | | | | |
| 6176 | Procoil 950    loaded @ 94° x  9865 = 9092 g91 | | | | |
| | Comp#1    2500    gallons | | | # 2008002278 | |
| | Comp#3    1100    gallons | | | | |
| | Comp#4    2576    gallons | | | | |

Tr1 # 808

STRAIGHT BILL OF LADING SHORT-FORM
ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the
date of the issue of this Bill of Lading.

AGENTS NO.

☒ CONSIGNEE  Wasserman
CODE  CUST    NAME OF CARRIER CUSTOMER TRUCK
AT  0012    Atlanta GA Lube Blend Plant
SHIPPING DATE

SHIPPER CHEMICAL MARKETING ASSOCIATES

Cust. No. 207442          Region GA    LRBO    Sales Rep. 877
Consigned To    CHEMICAL MARKETING ASSOCIATES
Destination    PROCESS OILS  INC
C/O LEXINGTON INSULATORS
1076 RIDGEWOOD RD    Seal # 48825,26,31,54
JASPER GA  30143-0000

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Per _____ (Signature of Consignor)
If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Route
Del. Carrier    Car/Veh. Init./No.    COLLECT

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT |  |
|---|---|---|---|
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 | |
| | TOTAL | 44774 | |

DRIVER ACCEPTS RESPONSIBILITY FOR ENSURING SHIPMENT IS PROPERLY LOADED,
SECURED, SEALED AND PLACARDED.

If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the "Department of Transportation."

Chemical Marketing  3/11/08
Daniel _____
ORIGINAL - ACCOUNTING

# PROCESS OILS INC

**One Sugar Creek Center Blvd., # 920
Sugar Land, TX 77478
281 497-6202
Fax 281 556-6038**

**LEXINGTON INSULATORS
1076 RIDGEWOOD RD.
JASPER, GEORGIA**

| | | | |
|---|---|---|---|
| Date Shipped: | | | 3/11/2008 |
| Product: | PROCOIL 950 | | |
| Product Code No: | | | 9000422 |
| Register No. | | | 1800476475 |
| Batch Number: | | | 02278 |
| Purchase Order No. | | | 24132 |
| CMA Purchase Order  No.: | | | 16424 |
| Carrier:   Waccamaw | | | 808 |
| Gallons: | | | 6,092 |

| CITGO Certificate of Analysis | | | |
|---|---|---|---|
| | | | |
| **TEST PRESCRIBED** | **TEST METHOD** | | |
| | | | |
| Viscosity @ 40°C cSt | D-445 | | 97.86 |
| Color | D-1500 | | L 2.5 |
| Appearance | | | Pass |
| Hot Plate Moisture | | | Pass |

# PROCESS OILS, INC.
## INVOICE # 34442

04/04/2008 08:34 2815556748

# PROCESS OILS inc

One Sugar Creek Center Blvd., #920
Sugar Land, TX 77478
(281) 497-6202  FAX (281) 556-6038

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/15/2008 | 34442 |

| BILL TO | SHIP TO |
|---------|---------|
| LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 | LEXINGTON INSULATORS<br>1076 Ridgewood Road<br>Jasper, Georgia 30143-1366 |

| CMA P.O. # | CUSTOMER P.O... | TERMS | SALESMAN | SHIP DATE | VIA | FOB |
|------------|-----------------|-------|----------|-----------|-----|-----|
| 16279 | 23958 | NET 45 | RJH | 2/15/2008 | Prepaid | Jasper |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | RAILCAR NO. | AMOUNT |
|----------|-----------|-------------|------------|-------------|--------|
| 6,090 | Procoil 950 | Procoil 950  (Code #9000422) | 4.17 | | 25,395.30 |

REMITTANCE ADDRESS:

Process Oils, Inc.
Department 5329
PO Box 4228
Houston, TX 77210-4228

| | **TOTAL** | $25,395.30 |
|--|-----------|-----------|

# BILL OF LADING

CSR: GOQUAIN - 02/05/2008

Page 1 of 2

ON ON SHIPMENT
E CITGO 1-800-321-4068
SED 02/05/2008 16:30:37
No. 1800472063    Customer P.O. 16279 / 23958    Release

Ship Date 02/15/2008    Req. Dely. Date _____    Order No. 221969646    Order Date 02/05/2008

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |
| 750001097 | PROCOIL 950 T/T | 1 | 1 | 44774 | 6100 |
| TACT:: DEBBIE GRABHER 281-497-6202 | | | | | 6090 |

EIVING HRS:: 8AM-3PM M-F
T CODE:: 9000422
NT:
EQUESTED SHIP DATE/TIME::2/15/08
6090 SN QUANTITY CAN NOT EXCEED 6100 GALLONS
AX BOL AND COA TO 281-556-6038
SEND COA WITH DRIVER
CUSTOMER CODE: #9000422 TO BE ON ALL PAPERWORK
RRIER: Quality Carriers
CONTACT::
VISION COMMENTS:
ODUCT
MPT
AVITY
S/GAL
MPERATURE
OSS GALS
T GALS @ 60
TCH #

Trl # 7348

**STRAIGHT BILL OF LADING SHORT FORM—ORIGINAL — NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CONSIGNEE Quality Carriers
ODE CUST    NAME OF CARRIER CUSTOMER TRUCK

AGENTS NO. _____

SHIPPER CHEMICAL MARKETING ASSOCIATES

0012    Atlanta GA Lube Blend Plant
HIPPING DATE

ust. No. 207442    Region GA    LRBO    Sales Rep. 677

onsigned To    CHEMICAL MARKETING ASSOCIATES
estination    PROCESS OILS INC
C/O LEXINGTON INSULATORS
1076 RIDGEWOOD RD
JASPER GA 30143-0000    Seal # 47622

Route
Del. Carrier    Car/Veh. Init./No.

COLLECT

| NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT |
|---|---|---|
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 |
| | TOTAL | 44774 |

Chemical Marketing    3/15/08

SHIPPERS' AGENT    ORIGINAL - ACCOUNTING

-780 (8-69)
STION ON SHIPMENT
ONE CITGO 1-800-331-4066

# BILL OF LADING

CSR: GODQUAIN - 02/05/2008

ISED 02/05/2008 16:30:37                              Page  2 of 2
. No. 1800473063   Customer P.O. 16279 / 23958        Release

. Ship Date 02/15/2008   Req. Dely. Date         Order No. 281945646   Order Date 02/05/2008

| PRODUCT/ CONTAINER NUMBER | PRODUCT DESCRIPTION | CONTAINERS | | GROSS WEIGHT | QUANTITY SHIPPED |
|---|---|---|---|---|---|
| | | ORD. | SHPD. | | |

CTOR USED
PT TIME 7:00    ARRIVAL 7:00    START LOAD 7:00    RELEASED 9:15

6100  Procoil 950 loaded @ 64° x .9984 = 6090 gal
Camp #1 6100   gallons   #200800 1432

Trl # 7348

## STRAIGHT BILL OF LADING SHORT FORM- ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

CONSIGNEE  Quality Carriers
DE   CUST   NAME OF CARRIER   CUSTOMER TRUCK
0013  Atlanta GA Lube Blend Plant
HIPPING DATE

AGENTS NO.

SHIPPER CHEMICAL MARKETING ASSOCIATES

BST. No. 207442         Region GA   LRBO    Sales Rep. 877
onsigned To   CHEMICAL MARKETING ASSOCIATES
            PROCESS OILS  INC
            C/O LEXINGTON INSULATORS
estination  1076 RIDGEWOOD RD        seal # 47622
            JASPER GA  30143-0000

Car/Veh. Init./No.

COLLECT

| O. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT |
|---|---|---|
| 1 | T/T PETROLEUM LUBRICATING OIL | 44774 |
| | TOTAL | 44774 |

IVER ACCEPTS RESPONSIBILITY FOR ENSURING SHIPMENT IS PROPERLY LOADED,
ECURED, SEALED AND PLACARDED.

Chemical Marketing  2/15/08

ORIGINAL - ACCOUNTING

EMERGENCY CONTACT-CHEMTREC 800-424-9300
02/15 '08 10:08 NO.673  02/03

CITGO Petroleum Corp   4047662743

# PROCESS OILS INC

**One Sugar Creek Center Blvd., # 920**
**Sugar Land, TX 77478**
**281 497-6202**
**Fax 281 556-6038**

**LEXINGTON INSULATORS**
**1076 RIDGEWOOD RD.**
**JASPER, GEORGIA**

| | | |
|---|---|---|
| Date Shipped: | | 2/15/2008 |
| Product: | PROCOIL 950 | |
| Product Code No: | | 9000422 |
| Register No. | | 1800473063 |
| Batch Number: | | 01432 |
| Purchase Order No. | | 23958 |
| CMA Purchase Order No.: | | 16279 |
| Carrier:   Quality Carriers | | 7348 |
| Gallons: | | 6,090 |

**CITGO Certificate of Analysis**

| TEST PRESCRIBED | TEST METHOD | | |
|---|---|---|---|
| Viscosity @ 40°C cSt | D-445 | | 98.71 |
| Color | D-1500 | | L 2.5 |
| Appearance | | | Pass |
| Hot Plate Moisture | | | Pass |

475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074
Telephone (713) 270-5552
Facsimile (713) 270-7128

**WILLIAM F. HARMEYER &
ASSOCIATES, P.C.**



| To: | Mr. Ross Matray | From: | WILLIAM F. HARMEYER |
|---|---|---|---|
| Fax: | (646) 282-2501. | Pages: | 17 |
| To: | Mr. Richard Kransow | Date: | 4/4/2008 |
| Fax: | (212) 310-8007 | cc: | |
| To: | | | |
| Fax: | | | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

**CONFIDENTIALITY NOTE**
The information in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this facsimile is strictly prohibited. If you received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address on this cover sheet. Thank you.

TRANSMISSION VERIFICATION REPORT

TIME  : 04/04/2008 17:17
NAME  : HARMEYER ASSOCIATES
FAX   : 7132707128
TEL   : 7132705552
SER.# : BROB3J209264

| | |
|---|---|
| DATE,TIME | 04/04  17:12 |
| FAX NO./NAME | 12123108007 |
| DURATION | 00:05:07 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074
Telephone (713) 270-5552
Facsimile  (713) 270-7128



**WILLIAM F. HARMEYER & ASSOCIATES, P.C.**

# Fax

| To: | Mr. Ross Matray | From: | WILLIAM F. HARMEYER |
|---|---|---|---|
| Fax: | (646) 282-2501. | Pages: | 17 |
| To: | Mr. Richard Kransow | Date: | 4/4/2008 |
| Fax: | (212) 310-8007 | cc: | |
| To: | | | |
| Fax: | | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

```
TRANSMISSION VERIFICATION REPORT
```

```
                                      TIME  : 04/04/2008 17:11
                                      NAME  : HARMEYER ASSOCIATES
                                      FAX   : 7132707128
                                      TEL   : 7132705552
                                      SER.# : BROB3J209264
```

```
DATE,TIME              04/04  17:06
FAX NO./NAME           16462822501
DURATION               00:05:01
PAGE(S)                18
RESULT                 OK
MODE                   STANDARD
                       ECM
```

475 Arena Tower One
7322 Southwest Freeway
Houston, Texas 77074
Telephone (713) 270-5552
Facsimile  (713) 270-7128

**WILLIAM F. HARMEYER & ASSOCIATES, P.C.**



# Fax

| To: | Mr. Ross Matray | From: | WILLIAM F. HARMEYER |
|---|---|---|---|
| Fax: | (646) 282-2501 | Pages: | 17 |
| To: | Mr. Richard Kransow | Date: | 4/4/2008 |
| Fax: | (212) 310-8007 | cc: | |
| To: | | | |
| Fax: | | | |

☐Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pos | |

Postmark Here

4/4/08

Sent To
Mr. Chris Poirier
Operations Manager
Mixing Facility
Lexington Insulators
1076 Ridgewood Road
Jasper, Georgia 30143-1366

PS Form 3800, August 2006

7007 0710 0002 1285 1232

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

4/4/08

Sent To
Mr. Ross Matray
EPIQ Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

PS Form

7007 0710 0002 1285 1249

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Posta | |

Postmark Here

4/4/08

Sent To
Mr. Mike Lubin
Chairman of the Board
800 3rd Avenue 15th Floor
New York, New York, 10022

PS Form 380

7007 0710 0002 1285 1225

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
Diomary Escano              4/9/08

D. Is delivery address different from item 1?  ☐ Yes
   if YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Mr. Mike Lubin
Chairman of the Board
800 3rd Avenue 15th Floor
New York, New York, 10022

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0002 1285 1225

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
NYC                          4.9.08

D. Is delivery address different from item 1?  ☐ Yes
   if YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Mr. Ross Matray
EPIQ Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0002 1285 1249

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Camille Rippas             ☑ Agent
                             ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
Camille Rippas              4-7-08

D. Is delivery address different from item 1?  ☐ Yes
   if YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Mr. Chris Poirier
Operations Manager
Mixing Facility
Lexington Insulators
1076 Ridgewood Road
Jasper, Georgia 30143-1366

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0002 1285 1232

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081