DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ  07932-0950
(973) 966-6300
SCOTT A. ZUBER, ESQ. (SZ - 9728)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR WEBSTER BUSINESS CREDIT CORPORATION.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEXINGTON PRECISION CORPORATION, *et al.*, | Case No. 08-11153 (mg)<br>Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Webster Business Credit Corporation ("Webster") appears herein through its undersigned attorneys pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

        Scott A. Zuber, Esq.
        Day Pitney LLP
        (Mail To) P.O. Box 1945, Morristown, NJ  07962-1945
        (Deliver To) 200 Campus Drive, Florham Park, NJ 07932-0950
        Phone:  973-966-6300
        Fax:  973-966-1015
        Email:  szuber@daypitney.com

PLEASE TAKE FURTHER NOTICE that Webster does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Webster for such purpose

        DAY PITNEY LLP
        Attorneys for Webster Business Credit Corporation


        By:/s/ Scott A. Zuber
        SCOTT A. ZUBER

Dated: April 15, 2008
      Florham Park, NJ