David R. Jury
Associate General Counsel
United Steelworkers
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Counsel for United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers International Union

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lexington Precision Corp., *et al.*, | ) | Case No.: 08-11153 (MG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Martin Glenn |

### **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), the undersigned attorney appears for the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("USW"), a creditor and party in interest in this case, and requests that all notice given or required to be given in this action and all related actions, be given and served upon the following:

> David R. Jury
> Associate General Counsel
> USW
> Five Gateway Center, Suite 807
> Pittsburgh, PA 15222
> Telephone:  (412) 562-2546
> Facsimile:   (412) 562-2574
> Email:       djury@usw.org

00121293.DOC.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive USW's right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: April 15, 2008

                                                  Respectfully submitted,

                                                  /s/ David R. Jury
                                                  David R. Jury
                                                  Associate General Counsel
                                                  USW
                                                  Five Gateway Center, Suite 807
                                                  Pittsburgh, PA 15222
                                                  (412) 562-2400

                                                  Attorney for USW

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice to be duly served upon on the parties listed below by email and first class mail, postage pre-paid:

Michael A. Lubin
Warren Delano
Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10023
T: (212) 319-4657
F: (212) 319-4659

Jonathan Levine
Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
T: (212) 850-2816
F: (212) 850-2929
jlevine@andrewskurth.com

Christopher J. Marcus
Richard P. Krasnow
John W. Lucas
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
T: (212) 310-8106
T: (212) 310-8493
T: (212) 310-8415
F: (212) 310-8007
christopher,marcus@weil.com
richard.krasnow@weil.com
john.lucas@weil.com

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street , 21st Floor
New York, NY 10004
T :(212) 510-0500
F: (212) 668-2255

CapitalSource Finance, LLC
Akim Grate
Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815
T: (301) 841-2700
F: (301) 841-2889

John C. Tishler
Robert J. Welhoelter
Waller, Lansden, Dortch, & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
T: (615) 244-6380
F: (615) 244-6804

Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
T: (212) 732-3200
F: (212) 732-3232
cahn@clm.com

General Cable Industries, Inc.
4 Tesseneer Drive
Highland Heights, KY 41076-9753
T: (859) 572-8000
F: (859) 572-8458

Michael Z. Brownstein
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
T: (212) 885-5520
F: (212) 885-5502
mbrownstein@blankrome.com

Raymond M. Patella
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
T: (215) 569-5781
F: (215) 832-5781
patella@blankrome.com

Gosiger, Inc.
c/o Richard L. Ferrell
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
T: (513) 381-2838
F: (513) 381-0205
ferrell@taftlaw.com

Linda Duale
Gosiger Machine Tools
PO Box 712288
Cincinnati, OH 45271
T: (440) 248-3111
F: (440) 248-3112

Gayle P. Ehrlich, Esq.
Wilmington Trust Company, as Indenture Trustee
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
T: (617) 338-2800
F: (617) 338-2880, 2883

00121293.DOC.1

Wilmington Trust Company
Corporate Capital Markets
Steve Cimalore
11100 North Market Street
Rodney Square North
Wilmington, DE  19890
T: (302) 636-6058
F: (302) 636-6436

Manhattan Division
One Bowling Green
New York, NY  10004-1408

Bankruptcy Administration
Ikon Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

Wells Fargo Financial Leasing, Inc.
MAC F4031-050
800 Walnut Street
Des Moines, IA  50309

William F. Harmeyer
William F. Harmeyer & Associates
7322 Southwest Freeway, Suite 475
Houston, TX  77074

Bob Hoch
Process Oils, Inc.
11601 Katy Freeway, Suite 223
Houston, TX  77079
T: (330) 494-9630
F: (330) 494-9630

Alan McKay
Webster Business Credit Corporation
One State Street, 7th Floor
New York, NY  10004
T: (212) 806-4500
F: (212) 806-4530

Gerald Bender, Esq.
O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
T: (212) 326-2059
F: (212) 326-2061
gbender@omm.com

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY  10017
T: (212) 850-2819
F: (212) 813-8158
paulsilverstein@andrewskurth.com

Luann Noelanders
Wacker Silicones
3301 Sutton Road
Adrian, MI  49221
T: (800) 554-1715
F: (517) 264-8580

Anne Tipple
Dow Corning STI
*RE:  Lexington Precision Corp.*
111 South Progress Drive
Kendallville, IN  46755
T: (260) 347-5813
F: (866) 804-8812

Cheryl Nofziger
Chase Brass & Copper, Inc.
PO Box 152
Montpelier, OH  43543-0152
T: (419) 485-3193
F: (419) 485-5949

Linda Ayers
Momentive Performance Materials, Inc.
187 Danbury Road
Wilson, CT  06897
T: (800) 332-3390
F: (304) 746-1623

David O' Brien
Earle M. Jorgensen Company
2060 Enterprise Parkway
Twinsburg, OH  44087
T: (215) 949-6639
F: (215) 949-6637

Elaine McDowell
Shin-Etsu Silicones of America, Inc.
1150 Damar Drive
Akron, OH  44305
T: (330) 630-9460
F: (330) 630-9855

Ohio Edison
Customer Service
*RE:  Lexington Precision Corp.*
PO Box 3637
Akron, OH  44309-3637
T: (800) 633-4766
F: (877) 289-3674

Derick McGinness
Goodyear Tire & Rubber Co.
5055 MLK Drive
Beaumont, TX  38024
T: (330) 796-2121
F: (330) 796-1113

Ciara Dolloway
Channel Prime Alliance
800 Connecticut Avenue
Norwalk, CT  06854
T: (800) 322-0487
F: (203) 831-4330

Brenda Goodearl
Vitex Corporation
43 Industrial Park Drive
PO Box 6149
Franklin, NH  03235
T: (603) 934-1508
F: (314) 867-4304

Chip Moore
Signature Aluminum
500 Edward Avenue
Richmond Hill, ONT  L4C4Y
T: (770) 254-7656
F: (614) 262-5036

Fred Pacinich
Degussa-Huls Corporation
379 Interpace Parkway
Parsippany, NJ  07660
T: (973) 541-8410
F: (973) 541-8850

Ann Jacobs
American Express
PO Box 36001
Ft. Lauderdale, FL  33336-0001
T: (800) 528-2122
F: (626) 492-3888

Julie Van Brunt
Lintech International
PO Box 10225
Macon, GA  31297
T: (800) 652-9297
F: (478) 784-1745

Ron Lapossy
Imperial Die & Mfg Co.
22930 Royalton Road
Strongsville, OH  44149
T: (440) 268-9080
F: (440) 268-9040

Copper & Brass Sales
ale Sawchik
5755 Grant Avenue
Cleveland, OH  44105
T: (216) 883-8100
F: (216) 883-1066

Sheila Blair
Dalton Box
612 East Callahan Road
Dalton, GA  30721
T: (706) 226-3580
F: (706) 277-3689

Georgia Power
Customer Service
BIN #76141
PO Box 200127
Cartersville, GA  30120
T: (706) 236-1320
F: (888) 655-5888

Steve Schalabba
Haley & Aldrich, Inc.
465 Medford Street, Suite 2200
Boston, MA  02129-1400
T: (617) 886-7400
F: (617) 886-7600

Steve Harsh
Gold Key Processing, LTD
14910 Madison Road
Middlefield, OH  44062
T: (440) 632-0901
F: (440) 632-0929

Frank Cremeens
Keystone Profiles
220 Seventh Avenue
Beaver Falls, PA  15010
T: (800) 777-1533
F: (724) 846-3901

Michelle Geidroz
Lion Copolymer
36191 Highway 30
Geismar, LA  70734
T: (225) 267-3780
F: (225) 267-3411

Anew Johnson
PPG Industries, Inc.
Dept. at 40177
Atlanta, GA  31192
T: (724) 325-5262
F: (724) 325-5045

Sherry Fess
Technical Machine Products
5500 Walworth Avenue
Cleveland, OH  44102
T: (216) 281-9500
F: (281) 281-0408

Excellus Blue Cross
Customer Service
*RE:  Lexington Precision Corp.*
PO Box 4752
Rochester, NY  14692
T: (585) 232-3310
F: (585) 238-4348

-6-

Michelle Parks
Preferred Rubber Compounding
1020 Lambert Street
Barberton, OH  44203
T: (330) 798-4909
F: (330) 798-4796

Kim Taylor Domines
China Auto Group
17815 Sky Park Circle, Suite D
Irvine, CA  92614
T: (949) 261-8208
F: (949) 767-5949

Kim Hyde
Burnt Mountain Center, Inc
515 Pioneer Road
Jasper, GA  30143
T: (706) 692-6016
F: (706) 277-3689

Environmental Products and Services
PO Box 4620
Burlington, VT  05406
T: (802) 876-1212
F: (315) 471-3846

Wayne Robinson
Local 1811, United Steelworkers of America, AFL-CIO, CLC
c/o Lexington Medical
PO Box 4477
Rock Hill, SC  29732
T: (704) 454-7065
F: (704) 454-7054

Ken Ream
International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO
111 Whitehead Lane, Suite #2
Monroeville, PA  15146-2715
T: (330) 719-7635
F: (330) 395-4875

Securities and Exchange Commission
Regional Director
*RE:  Lexington Precision Corp.*
233 Broadway
New York, NY  10279

Internal Revenue Service
District Director
*RE:  Lexington Precision Corp.*
290 Broadway
New York, NY  10007

New York State Sales Tax
*RE:  Lexington Precision Corp.*
PO Box 1209
New York, NY  10116

New York State Tax Processing
*RE:  Lexington Precision Corp.*
JAF Building
PO Box 1206
New York, NY  10116

South Carolina Dept. of Revenue and Taxation
*RE:  Lexington Precision Corp.*
Sales Tax Return
Columbia, SC  29214

George Dept. of Revenue Sale & Use Tax Division
*RE:  Lexington Precision Corp.*
PO Box 105296
Atlanta, GA  30348

Treasurer of the State of Ohio
*RE:  Lexington Precision Corp.*
PO Box 16561
Columbus, OH  43266

/s/ David R. Jury
David R. Jury