WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**LEXINGTON PRECISION CORPORATION,**                         :    **08- 11153 (MG)**
                                                             :
            Debtor.                                          :
                                                             :
-------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 17, 2008, AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
            Alexander Hamilton U.S. Custom House, Courtroom 523,
            One Bowling Green, New York, NY 10004-1408.

**I.    RESOLVED MATTERS**

    1.    Motion (A) for Authorization Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), and 364(e) to (i) Use Cash Collateral, (ii) Grant Adequate Protection to Prepetition Secured Lenders, and (iii) Obtain Postpetition Financing **[Docket #11]**

        Response Deadline:   April 11, 2008

        Response(s) Received:   The Debtors received informal comments from the Creditors' Committee.

        Additional Documents:

        A.    Proposed Final Order Pursuant To Bankruptcy Code Sections 105, 361, 362, 363, and 364 (i) Authorizing Debtors to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Lenders, and (iii) Authorizing Postpetition Financing **[Docket #59]**

NY2:\1865668\01\13ZK401!.DOC\26690.0008

<u>Responsible Counsel:</u> Weil, Gotshal & Manges LLP

<u>Status:</u>   The Debtors believe that all of the Creditors' Committee's comments have been resolved and this matter is going forward

Dated: New York, New York
April 16, 2008

/s/ Christopher J. Marcus
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession