TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174
Telephone: (212)704-6000
Facsimile: (212)704-6288
Mitchel H. Perkiel, Esq.
Garrett A. Nail Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                         :

**In re**                                        :          **Chapter 11 Case No.**

**LEXINGTON PRECISION CORP., et al.,**    :          **08-11153 (MG)**

          **Debtors.**                     :          **(Jointly Administered)**

----------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF GEORGIA POWER COMPANY**

      Georgia Power Company's Objection to Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors' Proposed Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (III) Prohibiting Utilities from Altering, Refusing or Discontinuing Service which was filed on April 16, 2008 [Docket No. 58] is hereby withdrawn.

Dated:  April 18, 2008

                                                                             /s/ Mitchel H. Perkiel
                                                                    Mitchel H. Perkiel, Esq.
                                                                    Troutman Sanders LLP
                                                                    405 Lexington Ave
                                                                    New York, New York   10174
                                                                    Telephone:    (212) 704-6000
                                                                    Facsimile:     (212) 704-6288

                                                                    Garrett A. Nail (Ga. Bar No. 997924)
                                                                    Troutman Sanders LLP
                                                                    Bank of America Plaza, Suite 5200
                                                                    600 Peachtree Street

- 1 -

- 2 -

        Atlanta, Georgia 30308
        Telephone:   (404) 885-3000
        Facsimile:    (404) 962-6625

Attorneys for Georgia Power Company

NEWYORK01 1282331v1 025747-015513

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174
Telephone: (212)704-6000
Facsimile: (212)704-6288
Mitchel H. Perkiel, Esq.
Garrett A. Nail Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                         :

**In re**                                   :         **Chapter 11 Case No.**
                         :

**LEXINGTON PRECISION CORP., <u>et al.</u>,**   :         **08-11153 (MG)**
                         :

        **Debtors.**                 :         **(Jointly Administered)**
                         :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that, on April 18, 2008, the undersigned served ***WITHDRAWAL OF OBJECTION OF GEORGIA POWER COMPANY*** upon the following by causing a copy of the notice to be deposited in the United States mail, with adequate first-class postage affixed thereto, addressed as follows:

| | |
|---|---|
| Lexington Precision Corp.<br>800 Third Avenue<br>15th Floor<br>New York, New York  10023<br><br>Attn:  Michael A. Lubin | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br><br>Attn:  Christopher J. Marcus, Esq.<br>        John W. Lucas, Esq. |

- 3 -

| | |
|---|---|
| Office of the U.S. Trustee for the<br>    Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br><br>Attn: Paul Schwartzberg, Esq. | Waller, Landsden, Dortch & Davis, LLP<br>511 Union Street<br>Suite 2700<br>Nashville, Tennessee 37219<br><br>Attn: John C. Tishler, Esq. |
| O'Melveny & Meyers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br><br>Attn: Gerald Bender, Esq. | |

/s/ Garrett Nail
Mitchel H. Perkiel, Esq.
Troutman Sanders LLP
405 Lexington Ave
New York, New York 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

Garrett A. Nail (Ga. Bar No. 997924)
Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 962-6625

Attorneys for Georgia Power Company

- 4 -