UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re:

**LEXINGTON PRECISION CORPORATION**

Debtors.

---------------------------------X

Case No. 08-11153 (MG)

Chapter 11

Jointly Administered

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Raymond M. Patella, having represented that he is a member in good standing of the bars in the Commonwealth of Pennsylvania, the bar in the State of New Jersey, the bar in the District of Columbia, the bar for the Eastern District of Pennsylvania, and the bar for the District of New Jersey, and having requested admission, ***pro hac vice***, to represent General Cable Industries, Inc., a party in interest, in the above-referenced case.

**ORDERED**, that Raymond M. Patella is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
  **April 18, 2008**

           /s/Martin Glenn          
HON. MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

900200.00030/21679311v.1