Hearing Date: May 13, 2008 at 10:00 a.m. (EDT)
Objection Deadline: May 9, 2008 at 5:00 p.m. (EDT)

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Proposed Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEXINGTON PRECISION CORP, et al.,                   :    Case No. 08-11153 (MG)
                                                    :
                                                    :
                    Debtors.                        :
-------------------------------------------------------------x

## NOTICE OF APPLICATION FOR ORDER AUTHORIZING
## EMPLOYMENT OF ANDREWS KURTH LLP AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that at **10:00 a.m. (EDT) on May 13, 2008,** the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") shall appear before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard (the "Hearing"), and present its Application for Order Authorizing the Employment of Andrews Kurth LLP as counsel to the Committee *nunc pro tunc* April 11, 2008 (the "Retention Application").

**PLEASE TAKE FURTHER NOTICE** that responses to the Retention Application, if any, must

1

NYC:175507.1

be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered directly to Chambers) and shall be served upon: (a) proposed counsel to the Committee, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul N. Silverstein and Jonathan Levine, Esq.), (b) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Christopher Marcus, Esq.) and (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg, Esq.), so as to be received no later than **May 9, 2008 at 5:00 p.m. (EDT).**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court on the Hearing date.

Dated: New York, New York
April 21, 2008

**ANDREWS KURTH LLP**

By:/s/ Paul N. Silverstein
    Paul N. Silverstein, Esq. (PS-5098)
    Jonathan Levine, Esq. (JL-9674)
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 850-2800
    Fax: (212) 850- 2929

    Proposed Counsel to the Official
    Committee of Unsecured Creditors

NYC:175507.1