WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORP., et al.,          :    08-11153 (MG)
                                            :
         Debtors.                           :    (Jointly Administered)
                                            :
-----------------------------------------------------------x
```

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT TO SECTIONS 105(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(a) ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of

Professionals as Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

    /s/ Christopher J. Marcus
    Richard P. Krasnow, Esq.
    Christopher J. Marcus, Esq.

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:   (212) 310-8000
    Facsimile:    (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession