WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEXINGTON PRECISION CORP., et al.,**          :    **08-11153 (MG)**
                                                :
    Debtors.                                    :    **(Jointly Administered)**
                                                :
-----------------------------------------------------------------x

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT
TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS UTILIZED
IN THE ORDINARY COURSE OF BUSINESS**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed

Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the

Debtors to Employ Professionals Utilized in the Ordinary Course of Business as Exhibit "A"

NY2:\1867042\01\140M@01!.DOC\26690.0008

hereto.

Dated: April 21, 2008
       New York, New York

                                   /s/ Christopher J. Marcus
                                   Richard P. Krasnow, Esq.
                                   Christopher J. Marcus, Esq.

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York  10153
                                   Telephone:   (212) 310-8000
                                   Facsimile:    (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession