WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                :

**In re**                       :        **Chapter 11 Case No.**
                                :

**LEXINGTON PRECISION CORP., et al.,**  :       **08-11153 (MG)**
                                :

            **Debtors.**        :        **(Jointly Administered)**
                                :
---------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED ORDER PURSUANT TO SECTIONS 105(a),**
**345(b), AND 363(c) OF THE BANKRUPTCY CODE AUTHORIZING**
**THE IMPLEMENTATION OF INVESTMENT GUIDELINES**

          PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached proposed Order

Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code Authorizing the

Implementation of Investment Guidelines as Exhibit "A" hereto.

Dated:  April 21, 2008
        New York, New York

                              /s/ Christopher J. Marcus
                              Richard P. Krasnow, Esq.
                              Christopher J. Marcus, Esq.

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:   (212) 310-8000
                              Facsimile:    (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession