WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re    :    **Chapter 11 Case No.**
: 
**LEXINGTON PRECISION CORP., et al.,**    :    **08-11153 (MG)**
: 
Debtors.    :    **(Jointly Administered)**
: 
---------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO**
**SECTIONS 105(a) AND 363(b)(1) OF THE BANKRUPTCY CODE**
**AUTHORIZING THE DEBTORS TO PAY COMMON CARRIER CHARGES,**
**THIRD PARTY PROCESSOR FEES, AND WAREHOUSE FEES**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached proposed Final

Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing the

Debtors to Pay Common Carrier Charges, Third Party Processor Fees, and Warehouse Fees as

Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

                                                /s/ Christopher J. Marcus
                                                Richard P. Krasnow, Esq.
                                                Christopher J. Marcus, Esq.

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York  10153
                                                Telephone:   (212) 310-8000
                                                Facsimile:    (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession