WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Christopher J. Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**          :   **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,**   :   **08- 11153 (MG)**
:
**Debtor.**     :
:
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 22, 2008, AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom TBA,
One Bowling Green, New York, NY 10004-1408.

**I.    ADJOURNED MATTERS**

1. Debtors' Motion for an Order Pursuant to Sections 105, 362, and 546(c) of the Bankruptcy Code to Establish and Implement Exclusive and Global Procedures for the Treatment of Reclamation Claims **[Docket #36]**

    Response Deadline:      April 16, 2008

    Response(s) Received:   None

    Responsible Counsel:    Weil, Gotshal & Manges LLP

    Status:  This matter is adjourned to a date not yet determined

**II.   UNCONTESTED MATTERS**

2. Debtors' Motion Pursuant to Sections 105(A), 345(B), and 363(C) of the Bankruptcy Code for an Interim Order (i) Authorizing the Implementation of

      Investment Guidelines and (ii) Scheduling a Hearing to Consider Such Relief on a Final and Permanent Basis **[Docket #12]**

      <u>Response Deadline:</u>      April 16, 2008

      <u>Response(s) Received:</u>      None

      <u>Additional Documents</u>:

      A.    Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code Scheduling a Hearing for an Order Authorizing the Implementation of Investment Guidelines **[Docket #26]**

      B.    Notice of Filing of Proposed Order Pursuant to Sections 105(a), 345(b), and 363(c) of the Bankruptcy Code Authorizing the Implementation of Investment Guidelines **[Docket #67]**

      <u>Responsible Counsel</u>: Weil, Gotshal & Manges LLP

      <u>Status</u>: This matter is going forward

3.    Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for an Order (i) Authorizing, But Not Directing, Payment of Wages, Compensation, and Employee Benefits (ii) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations and (iii) Scheduling A Final Hearing on The Relief Sought In The Motion **[Docket #13]**

      <u>Response Deadline:</u>      April 16, 2008

      <u>Response(s) Received:</u>      None

      <u>Additional Documents</u>:

      A.    Interim Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (i) Authorizing, but Not Directing, Payment of Wages, Compensation, and Employee Benefits (ii) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations and (iii) Scheduling a Final Hearing the Relief Sought in the Motion **[Docket #27]**

      B.    Proposed Final Order **[Docket #[]]**

      <u>Responsible Counsel</u>: Weil, Gotshal & Manges LLP

      <u>Status</u>: This matter is going forward

4.    Debtors' Motion for an Order Pursuant to Sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code and Bankruptcy Rule 6003 Granting

        Authority to Honor Certain Prepetition Customer Programs and Scheduling A Final Hearing **[Docket #14]**

        <u>Response Deadline:</u>     April 16, 2008

        <u>Response(s) Received:</u>     None

        <u>Additional Documents</u>:

        A.    Order Scheduling a Hearing on a Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Customer Programs Pursuant to Sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code and Bankruptcy Rule 6003 **[Docket #28]**

        B.    Proposed Final Order **[Docket #[]]**

        <u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

        <u>Status</u>:  This matter is going forward

5.    Debtors' Motion Pursuant to Sections 105(a), and 363(b)(1) of the Bankruptcy Code for Entry of An Order (a) Authorizing the Debtors to Pay Common Carrier Charges, Equipment Processor Fees and Warehouse Fees and (b) Scheduling A Final Hearing **[Docket #15]**

        <u>Response Deadline:</u>     April 16, 2008

        <u>Response(s) Received:</u>     None

        <u>Additional Documents</u>:

        A.    Interim Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code (a) Authorizing the Debtors to Pay Common Carrier Charges and (b) Scheduling a Final Hearing **[Docket #29]**

        B.    Notice of Filing of Proposed Final Order Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code Authorizing the Debtors to Pay Common Carrier Charges, Third Party Processor Fees, and Warehouse Fees **[Docket #68]**

        <u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

        <u>Status</u>:  This matter is going forward

6.    Debtors' Motion Pursuant to Sections 105(a), 362(d), 363(b), and 503(b) of the Bankruptcy Code and Bankruptcy Rules 4001 and 6004 for Order (i)(A) Authorizing Debtors to Continue Their Workers' Compensation Programs and Their Liability, Product, Property, and Other Insurance Programs and (B) Authorizing Debtors To Pay All Obligations in Respect Thereof, (ii) Authorizing

    Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations **[Docket #31]**

    <u>Response Deadline</u>:        April 16, 2008

    <u>Response(s) Received</u>:     None

    <u>Responsible Counsel</u>:     Weil, Gotshal & Manges LLP

    <u>Status</u>:  This matter is going forward

7. Debtors' Motion Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code for an Order Authorizing Debtors to Pay Prepetition Use Taxes **[Docket #34]**

    <u>Response Deadline</u>:        April 16, 2008

    <u>Response(s) Received</u>:     None

    <u>Responsible Counsel</u>:     Weil, Gotshal & Manges LLP

    <u>Status</u>:   This matter is going forward

8. Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (i) Approving Debtors Proposed Form of Adequate Assurance of Payment; (ii) Resolving Objections by Utility Companies; and (iii) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service **[Docket #30]**

    <u>Response Deadline</u>:  April 16, 2008

    <u>Response(s) Received</u>:

    A.    Georgia Power Company's Objection to Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (i) Approving Debtors Proposed Adequate Assurance of Payment; (ii) Resolving Objections by Utility Companies; and (iii) Prohibiting Utilities from Altering, Refusing or Discontinuing Service **[Docket #58]**

    B.    Withdrawal of Objection of Georgia Power Company **[Docket #62]**

    <u>Responsible Counsel</u>:  Weil, Gotshal & Manges LLP

    <u>Status</u>:  This matter is going forward

9. Debtors' Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code for an Order Authorizing the Employment of Professionals Utilized in the Ordinary Course of Business **[Docket #33]**

   Response Deadline:        April 16, 2008

   Response(s) Received:     None

   Additional Documents:

   A. Notice of Filing of Revised Proposed Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business **[Docket #66]**

   Responsible Counsel:      Weil, Gotshal & Manges LLP

   Status:  This matter is going forward

10. Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) to Establish Procedures For Interim Monthly Compensation and Reimbursement of Expenses of Professionals **[Docket #32]**

    Response Deadline:       April 16, 2008

    Response(s) Received:    Debtors received informal comments from United States Trustee

    Additional Documents:

    A. Notice of Filing of Revised Proposed Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals **[Docket #65]**

    Responsible Counsel: Weil, Gotshal & Manges LLP

    Status:  Debtors believe they have resolved issues with United States Trustee. This matter is going forward.

11. Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date **[Docket #35]**

    Response Deadline:  April 16, 2008

    Response(s) Received:      None

Responsible Counsel: Weil, Gotshal & Manges LLP

Status: This matter is going forward

12. Order Scheduling Initial Case Conference **[Docket #37]**

Status: This matter is going forward.

Dated: New York, New York
April 21, 2008

/s/ Christopher J. Marcus
Richard P. Krasnow
Christopher J. Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession