**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Proposed Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
LEXINGTON PRECISION CORP, et al.,                            :    Case No. 08-11153 (MG)
                                                             :
                                                             :
                          Debtors.                           :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on, April 21, 2008, I served the Application for Order Authorizing the Employment of Andrews Kurth LLP as Counsel to the Official Committee of Unsecured Creditors and the Exhibits attached thereto [Docket #64] upon the names listed on the service list attached via United States Mail.

*Elizabeth McDermott*
Elizabeth McDermott

Subscribed and sworn to before me this
21st day of April, 2008

*Jakelyne Garcia*
Notary Public
JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20 10

NYC:175543.1

## Service List

| | |
|---|---|
| Burnt Mountain Center, Inc.<br>Attn: Kim Hyde<br>515 Pioneer Rd<br>Jasper, GA 30143 | Channel Prime Alliance<br>Attn: Ciara Dolloway<br>800 Connecticut Ave<br>Norwalk, CT 06854 |
| Chase Brass & Copper, Inc.<br>Attn: Cheryl Nofziger<br>P.O. Box 152<br>Montpelier, OH 43543-0152 | China Auto Group<br>Attn: Kim Taylor Domines<br>17815 Sky Park Circle, Suite D<br>Irvine, CA 92614 |
| Copper & Brass Sales<br>Attn: Dale Sawchik<br>5755 Grant Avenue<br>Cleveland, OH 44105 | CSE Mortgage, LLC<br>C/O CapitalSource Finance LLC<br>Attn:Todd Gehrs<br>4445 Willard Avenue, 12th Floor<br>Chevy Chase, MD 20815 |
| Dalton Box<br>Attn: Sheila Blair<br>612 East Callahan Rd<br>Dalton, GA 30721 | Degussa-Huls Corporation<br>Attn: Fred Pacinich<br>379 Interpace Parkway<br>Parsippany, NJ 07660 |
| DMD Special Situtations, LLC<br>C/O CapitalSource Finance LLC<br>Attn: Todd Gehrs<br>4445 Willard Avenue, 12th Floor,<br>Chevy Chase, MD 20815 | Dow Corning STI<br>Attn: Anne Tipple<br>111 S. Progress Drive<br>Kendallville, IN 46755 |
| Earle M. Jorgensen Company<br>Attn: David O'Brien<br>2060 Enterprise Parkway<br>Twinsburg, OH 44087 | Environmental Products & Services<br>PO Box 4620<br>Burlington, VT 05406 |

Excellus Blue Cross
Attn: Customer Service
PO Box 4752
Rochester, NY 14692

Georgia Power
Attn: Customer Service
Bin #76141
P.O. Box 200127
Cartersville, GA 30120

Goodyear Tire & Rubber Co.
Attn: Derick McGinness
5055 Milk Drive
Beaumont, TX 38024

Haley & Aldrich, Inc.
Attn: Steve Schalabba
465 Medford Street Suite 2200
Boston, MA 02129-1400

Internal Revenue Service
Attn: District Director
290 Broadway
New York, NY 10007

Keystone Profiles
Attn: Frank Cremeens
220 Seventh Avenue
Beaver Falls, PA 15010

Georgia Department of Revenue
Sales & Use Tax Division
P. O. Box 105296
Atlanta, GA 30348

Gold Key Processing, Ltd
Attn: Steve Harsh
14910 Madison Road
Middlefield, OH 44062

Gosiger Machine Tools
Attn: Linda Duale
PO Box 712288
Cincinnati, OH 45271

Imperial Die & Mfg Co.
Attn: Ron LaPossy
22930 Royalton Road
Strongsville, OH 44149

International Union of
Electronic, Electrical
Machine and Furniture Workers, AFL-CIO,
Attn: Ken Ream
111 Whitehead Lane, Suite #2
Monroeville, PA 15146-2715

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue, 15th Floor
New York, NY 10017

3

NYC:175543.1

Lintech International
Attn: Julie Van Brunt
P.O. Box 10225
Macon,     GA 31297

Local 1811, United Steelworkers Of America,
AFL-CIO, CLC
C/O Lexington Medical
Attn: Wayne Robinson
P.O. Box 4477
Rock Hill, SC 29732

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
7 Times Square
New York, NY 10036

Ohio Edison
Attn: Customer Service
P.O. Box 3637
Akron, OH 44309-367

Preferred Rubber Compounding
Attn: Michelle Parks
1020 Lambert Street
Barberton, OH 44203

Securities and Exchange Commission
Attn: Regional Director
233 Broadway
New York, NY 10279

Lion Copolymer
Attn: Michelle Geidroz
36191 Highway 30
Geismar, LA 70734

Momentive Performance Materials, Inc.
Attn :Linda Ayers
187 Danbury Road
Wilson, CT 06897

Office of The United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, NY 10004
Attn:  Paul Schwartzberg

PPG Industries, Inc.
Attn: Anew Johnson
Dept. At 40177
Atlanta, GA 31192

Process Oils, Inc.
Attn: Bob Hoch
11601 Katy Freeway, Ste 223
Houston, TX 77079

Shin-Etsu Silicones Of America, Inc.
Attn: Elaine Mcdowell
1150 Damar Drive
Akron, OH 44305

4

NYC:175543.1

Signature Aluminum
Attn: Chip Moore
500 Edward Ave
Richmond Hill
Ontario L4C 4Y
CANADA

Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Attn: Richard Ferrell, Esq.
Cincinnati, OH 45202

Technical Machine Products
Attn: Sherry Fess
5500 Walworth Avenue
Cleveland, OH 44102

Vitex Corporation
Attn: Brenda Goodearl
43 Industrial Park Drive
P.O. Box 6149
Franklin, NH 03235

Waller, Lansden, Dortch, & Davis, LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219

Webster Business Credit Corporation
Attn: Alan Mckay
One State Street, 7th Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Christopher J. Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn: Aaron Cahn, Esq.

Day Pitney LLP
7 Times Square
New York, NY 10036
Attn: Scott Zuber

Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
Attn: Michael Brownstein

Cohen Weiss & Simon LLP
330 West 42nd street
New York, NY 10036
Attn: Richard Seltzer / Robin Gise

United Steelworkers
5 Gateway Center, Suite 802
Pittsburgh, PA 15222
Attn: David Juny

NYC:175543.1