WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                             :       **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORP., et al.,**                :       **08-11153 (MG)**
:
Debtors.                                      :       **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT TO**
**SECTIONS 105(a), 363(b), AND 541 OF THE BANKRUPTCY CODE**
**<u>AUTHORIZING THE DEBTORS TO PAY PREPETITION USE TAXES</u>**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed

Order Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code Authorizing the

NY2:\1867190\01\140Q#01!.DOC\26690.0008

Debtors to Pay Prepetition Use Taxes as Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

                                /s/ Christopher J. Marcus
                                Richard P. Krasnow, Esq.
                                Christopher J. Marcus, Esq.

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York  10153
                                Telephone:   (212) 310-8000
                                Facsimile:    (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession