WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                           :
In re                                      :   Chapter 11 Case No.
                                           :
LEXINGTON PRECISION CORP., et al.,         :   08-11153 (MG)
                                           :
         Debtors.                          :   (Jointly Administered)
                                           :
------------------------------------------------------------x
```

**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO SECTIONS
105(a) AND 363(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6003
AND 6004 (I) AUTHORIZING, BUT NOT DIRECTING, PAYMENT OF WAGES,
COMPENSATION, AND EMPLOYMENT BENEFITS AND (II) AUTHORIZING
FINANCIAL INSTITUTIONS TO HONOR AND PROCESS
<u>CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS</u>**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached proposed Final

Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rules

6003 and 6004 (I) Authorizing, but Not Directing, Payment of Wages, Compensation, and

Employment Benefits and (II) Authorizing Financial Institutions to Honor and Process Checks

and Transfers Related to Such Obligations as Exhibit "A" hereto.

Dated:  April 21, 2008
        New York, New York

                /s/ Christopher J. Marcus
                Richard P. Krasnow, Esq.
                Christopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession