WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEXINGTON PRECISION CORP., et al.,** : **08-11153 (MG)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------x

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE DEBTORS, *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014(a) Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Commencement Date as

Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

    /s/ Christopher J. Marcus
    Richard P. Krasnow, Esq.
    Christopher J. Marcus, Esq.

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:   (212) 310-8000
    Facsimile:    (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession