WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEXINGTON PRECISION CORP., et al.,**        :    **08-11153 (MG)**
                                              :
         Debtors.                             :    **(Jointly Administered)**
                                              :
------------------------------------------------------------x

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT; (II) RESOLVING OBJECTIONS BY UTILITY COMPANIES; AND (III) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (III) Prohibiting Utilities from Altering, Refusing, or Discontinue Service as

Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

    /s/ Christopher J. Marcus
    Richard P. Krasnow, Esq.
    Christopher J. Marcus, Esq.

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:   (212) 310-8000
    Facsimile:   (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession