WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re**  :   **Chapter 11 Case No.**
: 
**LEXINGTON PRECISION CORP., et al.,** :   **08-11153 (MG)**
: 
Debtors. :   **(Jointly Administered)**
: 
----------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO SECTIONS
105(a), 363, 503(b)(1), 1107(a), AND 1108 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 6003 AUTHORIZING
THE DEBTORS TO HONOR CERTAIN PREPETITION CUSTOMER PROGRAMS**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached proposed Final

Order Pursuant to Sections 105(a), 363, 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code

and Bankruptcy Rule 6003 Authorizing the Debtors to Honor Certain Prepetition Customer

Programs as Exhibit "A" hereto.

Dated: April 21, 2008
      New York, New York

                                                        /s/ Christopher J. Marcus
                                                        Richard P. Krasnow, Esq.
                                                        Christopher J. Marcus, Esq.

                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York  10153
                                                        Telephone:   (212) 310-8000
                                                        Facsimile:    (212) 310-8007

                                                        Attorneys for Debtors
                                                       and Debtors in Possession