WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re**                                          :   **Chapter 11 Case No.**
                                                   :
**LEXINGTON PRECISION CORP., et al.,**             :   **08-11153 (MG)**
                                                   :
    Debtors.                                       :   **(Jointly Administered)**
                                                   :
-----------------------------------------------------------------x

**NOTICE OF FILING OF *REVISED* PROPOSED ORDER PURSUANT TO SECTIONS
105(a), 362(d), 363(b), AND 503(b) OF THE BANKRUPTCY CODE AND RULES 4001
AND 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
(I) (a) AUTHORIZING THE DEBTORS TO CONTINUE THEIR WORKER'S
COMPENSATION PROGRAMS AND THEIR LIABILITY, PRODUCT, PROPERTY
AND OTHER INSURANCE PROGRAMS AND (b) AUTHORIZING
DEBTORS TO PAY ALL OBLIGATIONS IN RESPECT THEREOF AND
(II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR
AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS**

PLEASE TAKE NOTICE that Lexington Precision Corporation and Lexington

Rubber Group, Inc., as debtors and debtors in possession, are filing the attached *revised* proposed

Order Pursuant to Sections 105(a), 362(d), 363(b), and 503(b) of the Bankruptcy Code and Rules

4001 and 6004 of the Federal Rules of the Bankruptcy Procedure (I) (a) Authorizing Debtors to

Continue Their Workers' Compensation Programs and Their Liability, Product, Property, and

Other Insurance Programs and (b) Authorizing Debtors to Pay All Obligations in Respect

Thereof and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations as Exhibit "A" hereto.

Dated: April 21, 2008
       New York, New York

/s/ Christopher J. Marcus
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession