**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                           :
In re                                      :        **Chapter 11 Case No.**
                                           :
**LEXINGTON PRECISION CORP., et al.,**     :        **08-11153 (MG)**
                                           :
         **Debtors.**                      :        **(Jointly Administered)**
                                           :
------------------------------------------------------------------x

### ORDER PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (I) APPROVING DEBTORS PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT; (II) RESOLVING OBJECTIONS BY UTILITY COMPANIES; AND (III) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE

Upon the motion, dated April 2, 2008 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, "Lexington" or the "Debtors"), for entry of an order, pursuant to sections 105(a) and 366 of title 11 of the United States Code (the "Bankruptcy Code"), (i) approving the Debtors' Proposed Adequate Assurance[1]; (ii) resolving any objections to the Motion by the Utility Companies that the Proposed Adequate Assurance is not adequate; and (iii) prohibiting Utility Companies from altering, refusing, or discontinuing service to, or discriminating against, the Debtors solely on the basis of the commencement of these cases or a debt that is owed by the Debtors for services provided prior to the commencement date, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief

---

[1] All capitalized terms not defined herein shall the meaning used in the Motion.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided and no other or further notice need be provided; and a hearing

having been held to consider the relief requested in the Motion (the "Hearing"); and the

appearances of all interested parties having been noted in the record of the Hearing; and upon the

Affidavit of Dennis J. Welhouse Pursuant to Local Bankruptcy Rule 1007-2, the record of the

Hearing, sworn to on April 1, 2008 (the "Welhouse Affidavit"), and all of the proceedings had

before the Court; and the objection filed by Georgia Power having been withdrawn; and the

Court having found and determined that the relief sought in the Motion is in the best interests of

the Debtors, their estates and creditors, and all parties in interest and that the legal and factual

bases set forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' Proposed Adequate Assurance satisfies the

requirements under section 366 of the Bankruptcy Code; and it is further

ORDERED that any Utility Company having requested and received an Adequate

Assurance Deposit shall not (a) discontinue, alter, or refuse service to, or discriminate against,

the Debtors on the basis of the commencement of these chapter 11 cases or as a result of any

unpaid prepetition charges, or (b) require additional adequate assurance of payment, other than

the Adequate Assurance Deposit supplied; and it is further

ORDERED that any Utility Company that failed to request an Adequate

Assurance Deposit by April 16, 2008 or did not file a timely Objection to the Motion is deemed

to have been provided with adequate assurance that is satisfactory to it, within the meaning of

section 366 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized to supplement, as necessary, the list of

Utility Companies annexed as <u>Exhibit A</u> hereto (the "<u>Utility Service List</u>"), and that this Order

shall apply to any such Utility Company that is subsequently added to the Utility Service List;

and it is further

ORDERED that any Adequate Assurance Deposit requested by, and provided to,

any Utility Company pursuant to the Motion shall be returned to the Debtors at the conclusion of

these chapter 11 cases, if not returned or applied earlier; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions

necessary or appropriate to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order; and it is

further

ORDERED that nothing in this Order or the Motion shall be deemed to constitute

the postpetition assumption or adoption of any agreement pursuant to section 365 of the

Bankruptcy Code; and it is further

ORDERED that the Debtors' service of the Motion upon the Utility Companies

shall not constitute an admission or concession that such entities are a utility within the meaning

of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with

respect thereto; and it is further

ORDERED that the requirement set forth in Local Bankruptcy Rule 9013-1(b) for

the filing of a separate memorandum of law in support of the Motion is satisfied.

Dated: **April 22, 2008**
New York, New York

**_____/s/Martin Glenn_____**
United States Bankruptcy Judge

## Exhibit A

**Lexington Precision Corporation**
**List of Utility Companies**

| Division | Description | Vendor Name | Vendor Address | Account # |
|---|---|---|---|---|
| **LEXINGTON RUBBER GROUP, INC.** | | | | |
| **Vienna Facility:** | | | | |
| Vienna: | Electric | Ohio Edison | PO Box 3637, Akron, OH 44309 | 110015626911, 11001636613 |
| | Gas | Dominion East Ohio | PO Box 26785, Richmond, VA 23261 | 3420700255185 |
| | Water/Sewer | Trumbull County Water | 842 Youngstown-Kingsville Rd, Vienna, OH 44473 | 19-03-0002059-0000 28-03-9992039-0000 |
| | Telephone | Embarq | PO Box 96064, Charlotte, NC 28296-00064 | 330-856-1121-387 |
| | Telephone | Embarq | PO Box 219100, Kansas City, MO 64121-9100 | 925423967 |
| | Data services | Embarq | PO Box 660068, Dallas, TX 75266-0068 | 020-8500 |
| | Waste Removal | Waste Management | PO Box 9001054, Louisville, KY 40290-1054 | 784-0006915-1784-1 |
| **Rock Hill Facility:** | | | | |
| | Electric | City of Rock Hill | PO Box 11646, Rock Hill, SC 29731-1646 | 1059150 |
| | Water | City of Rock Hill | PO Box 11646, Rock Hill, SC 29731-1646 | 1053790 |
| | Gas | York County Natural Gas Comporium | PO Box 11907, Rock Hill, SC 29731-1907 | 5255-24355 & 5255-83090 |
| | Telephone | Communications | PO Box 1042, Rock Hill, SC 29731-7042 | 1011-4395-7 |
| | Waste disposal | Allied Waste | PO Box 9001099, Louisville, KY 40290-1099 | 3-0742-2000686 |
| **North Canton Facility:** | | | | |
| | Electric | Ohio Edison | PO Box 3637, Akron, OH 44309-3637 | 11-00-08-7008-2-2 |
| | Gas | Dominion East Ohio | PO Box 26785, Richmond, VA 23261-6785 | 8-4210-0025-5194 |
| | Water | City of North Canton PU | 145 N. Main St., North Canton, OH 44720 | 19470-1 |
| | Sewer | Stark County Sanitary Dept. | 1701 Mahoning Rd. NE, PO Box 7906, Canton, OH | 30-33466-00-8 |

44705

| Division | Description | Vendor Name | Vendor Address | Account # |
|---|---|---|---|---|
| | Telephone | AT & T | PO Box 8100, Aurora, IL 60507-8100 | 330-305-1040-657-1 |
| | Telephone | WCS | 5471 N. University DR, Coral Springs, FL 33067 | 124451 |
| | Data services | AT & T | PO Box 8102, Aurora, IL 60507-8102 | 216 S66-3312-312 |
| | Data services | CanNet Internet Services | PO Box 36696, Canton, OH 44735-6696 | 109009 |
| | Waste disposal | Waste Management of Ohio | 1006 W. Walnut St, Canal Winchester, OH 43110 | 784-0044458-1784-6 |
| **Jasper Facility:** | | | | |
| | Electric | Georgia Power Company | 96 Annex Road, Atlanta, GA  30396 | 00033-2680518, 27657-3100416, 27237-3110216 27237-3100416, 27447-3100416 |
| | Gas | Georgia Natural Gas | PO Box 659411, San Antonio, TX 78265-9411 | 002439984-2460954 |
| | Water | City of Jasper | 200 Burnt Mtn. Rd., Jasper, GA 30143 | 0033-15600-01, 0033-15610-01 |
| | Telephone | ETC Communications, LLC | 224 Dalton St, PO Box 2149, Ellijay, GA 30540 | 706-692-2417, 706-692-6390 |
| | Data Services | ETC Communications, LLC | 224 Dalton St, PO Box 2149, Ellijay, GA 30540 | 706-135-5974 |
| | Telephone | Premiere Global Services | PO Box 404351, Atlanta, GA 30384-4351 | 546970 |
| | Telephone | AT & T Easy Link Services | PO Box 6003, Carol Stream, IL 60197-6003 | 129-0793 |
| | Telephone | Sprint | PO Box 219100, Kansas City, MO 64121-9100 | 354662180 |
| | Waste Disposal | Advanced Disposal Services | PO Box 439, Cumming, GA 30130 | 517896 |
| | Water Treatment | Superior Waste Services Inc | PO Box 1162, Smyrna, GA 30081 | **ZLI250-Lexington Ins** |

## LEXINGTON PRECISION CORPORATION

| Division | Description | Vendor Name | Vendor Address | Account # |
|---|---|---|---|---|
| **Lakewood Facility:** | | | | |
| | Electric | National Grid | 300 Erie Blvd. W., Syracuse, NY  13202 | 75875-12111, 44475-13111 |
| | Water/sewer | City of Jamestown, NY | PO Box 700, Jamestown, NY 14702-0700 | 112-5511-19 |
| **Rochester Facility:** | | | | |
| New York: | Electric & Gas | Energet!x | 755 Brooks Ave., Rochester, NY 14619 | 9055, 9056, 214480 |
| | Water | City Treasurer | City Hall Room 100A, 30 Church St., Rochester, NY 14614 | 6740280000, 6740040008, 6700190005 |
| | Electric & Gas | Rochester Gas & Electric | 89 East Avenue, Rochester, NY 14604 | 2001-4934-531, 2001-2308-183, 2001- |

|  | Telephone | AT&T | PO Box 9001309, Louisville, KY 40290 | 2308-282<br>030-245-8267-001 |
| --- | --- | --- | --- | --- |
| **Division** | **Description** | **Vendor Name** | **Vendor Address** | **Account #** |
|  | Telephone | Frontier Telephone | PO Box 23008, Rochester, NY 14692-3008 | 100208688 |
|  | Telephone | Sprint | PO Box 6271, Baltimore, MD 21264 | 0069944540-4 |
|  | Waste disposal | Safety-Kleen | 5400 Legacy Drive, Plano, TX 75024 | 393595 |
|  | Waste disposal | Waste Management of NY | 1661 Mt Read Blvd., Rochester, NY 14606 | 806-0004983-2225-4 |
|  | Security | ADT | PO Box 371967, Pittsburgh, PA 15250-7967 | 01300-108601755 |
| **Corporate Office:** |  |  |  |  |
|  | Telephone | AT&T | PO Box 9001309, Louisville, KY 40290 | 030-394-9543-001, 216-591-1070-856-8 |
|  | Data services | Avaya | PO Box 5125, Carol Stream, IL 60197-5125 | 0100660713 |