Dow Corning PROPRIETARY



# NOTICE OF DEMAND FOR RECLAMTION OF GOODS

April 17, 2008

Lexington Precision Corporation
Lexington Medical
663 Bryant Boulevard
Rock Hill, SC 29732

Dear Lexington Precision Corporation, Lexington Medical

You are hereby notified that, pursuant to Section 546(c)(1) of the U.S. Bankruptcy Code, Dow Corning STI hereby reclaims and demands the immediate return of all goods received by Lexington Precision Corporation, Lexington Medical from Dow Corning STI on or after February 17, 2008. Such goods include, but are not limited to, those set forth in the invoice attached hereto.

Demand is further made that the goods reclaimed pursuant to this notice be and remain segregated immediately, that they not be sold or modified in any way, and that Lexington Precision Corporation, Lexington Medical deliver such goods to Dow Corning STI immediately.

Please contact me promptly for delivery instructions or questions.

Sincerely,

Cindy Ferrio CBF

Dow Corning Corporation
Cindy Ferrio CBF
Collection Specialist
PO Box 994
Midland, MI 48686-0994
1-800-248-2481 Ext: 728

Dow Corning PROPRIETARY



United States Bankruptcy Court
Southern District of New York
One Bowling Green
Chambers Room 606
New York, NY 10004-1408
Telephone: 212-284-4551

Weil, Gotshal & Manges
Attn: Richard P. Krasnow
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8493

Dow Corning Corporation
Midland, Michigan 48686-0994
Phone: (989) 496-4000
www.dowcorning.com