**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

# Invoice

| Page |
|---|
| 1 of 2 |

| Invoice Number | Date |
|---|---|
| 1004868985 | 22Feb2008 |

**Invoice contact**
Cindy Ferrio

Telephone (260) 347-5813      Fax  (260) 347-5819

Phone: 989-496-7728   Fax: 989-496-6299

US Fed. Reg. No. 382702929

**Bill-to** 1002482
SUE SABO
LEXINGTON PRECISION CORPORATION
LEXINGTON MEDICAL
PO Box 4477
ROCK HILL SC  29732
United States

**Ship-to:** 1002482
LEXINGTON PRECISION CORPORATION
LEXINGTON MEDICAL
663 BRYANT BOULEVARD
ROCK HILL SC  29732
United States

**Payment Terms**
30 days due net
Up to 23Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight    1360.5  KG                                    Gross Weight    1504.7  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605187270   Issue date: 22Feb2008 | | | | |
| Delivery terms: FCA   SHIPPOINT COLLECT | | | | |
| Sales order: 4223474 Purchase order no: P7488   from 04Feb2008 | | | | |
| 1702092   SILASTIC(R)  TR-70 SILICONE RUBBER,453.5 KG (1000 LB) Box | | | | |
| Batch: 0005068651 | | | | |
| 1000 lbs = | 1 Box | 9.24 USD | 1 lbs | 9240.00 |
| Customer Spec No.: LEXINGTON PRECISION: 5007071 | | | | |
| Revision Date: 22Sep1997 | | | | |
| Customer Material: 5007071 | | | | |
| Batch: 0005074110 | | | | |
| 1000 lbs = | 1 Box | 9.24 USD | 1 lbs | 9240.00 |
| 1733419   SILASTIC(R)  TR-55 SILICONE RUBBER,453.5 KG (1000 LB) / 110X80X75 Box | | | | |
| Batch: 0005131869 | | | | |
| 1000 lbs = | 1 Box | 9.99 USD | 1 lbs | 9990.00 |
| Customer Spec No.: LEXINGTON PRECISION: 5007470 | | | | |
| Revision Date: 22Sep1997 | | | | |
| Customer Material: 5007470 | | | | |
| Total Payable (USD) | | | | 28470.00 |

Discover more about Dow Corning at: **http://www.dowcorning.com**

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
United States

Telephone (260) 347-5813   Fax (260) 347-5819
US Fed. Reg. No. 382702929

**Invoice**

Page 2 of 2

| Invoice Number | Date |
|---|---|
| 1004868985 | 22Feb2008 |

Invoice contact
Cindy Ferrio

Bill-to
LEXINGTON PRECISION CORPORATION

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1

| Total Payable | Currency |
|---|---|
| 28470.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com