| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605187270 — Issue Date 22Feb2008 | Shipment Reference |
| | Route: Kendallville to South Carolina, 3d | Delivery Date 27Feb2008 |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Terms of Delivery: FCA   SHIPPOINT COLLECT | Shipping Conditions: Standard Surface |
| | Mode of Transport: Truck | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002482<br>LEXINGTON PRECISION CORPORATION<br>LEXINGTON MEDICAL<br>663 BRYANT BOULEVARD<br>ROCK HILL SC  29732<br>Attn: Goods Receipt<br>Telephone (803)366-7036 | Sold-to 1002482<br>LEXINGTON PRECISION CORPORATION<br>LEXINGTON MEDICAL<br>663 BRYANT BOULEVARD<br>ROCK HILL SC  29732 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Sales Order Number: 4223474   Standard Order from 04Feb2008
Purchase Order Number: P7488 from 04Feb2008   Delivery Number: 8605187270
```

|  |  |  |  |  |
|---|---|---|---|---|
|  | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
| 1702092 | SILASTIC(R) TR-70 SILICONE RUBBER,453.5 KG (1000 LB) Box | | | |
|  | Item total: 2000.0 lbs =  2.0 Box | | | |
|  | Customer Spec No.: LEXINGTON PRECISION: 5007071 | | | |
|  | Revision Date: 22Sep1997 | | | |
|  | Customer Material: 5007071 | | | |
|  | Batch: 0005068651 | 1 Box | 453.5 KG | 501.6 KG |
|  | Expiration Date: 26Nov2010 | | | |
|  |  1.00 Box in shipping unit 7555969 (PAL) | | | |
|  | Batch: 0005074110 | 1 Box | 453.5 KG | 501.6 KG |
|  | Expiration Date: 01Dec2010 | | | |
|  |  1.00 Box in shipping unit 7555970 (PAL) | | | |
|  | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
| 1733419 | SILASTIC(R) TR-55 SILICONE RUBBER,453.5 KG (1000 LB) / 110X80X75 Box | | | |
|  | Item total: 1000.0 lbs =  1.0 Box | | | |
|  | Customer Spec No.: LEXINGTON PRECISION: 5007470 | | | |
|  | Revision Date: 22Sep1997 | | | |
|  | Customer Material: 5007470 | | | |
|  | Batch: 0005131869 | 1 Box | 453.5 KG | 501.6 KG |
|  | Expiration Date: 21Jan2011 | | | |
|  |  1.00 Box in shipping unit 7555971 (PAL) | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| | Dow Corning STI | | |
|---|---|---|---|
| **DOW CORNING** | 111 S. Progress Drive East KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page 2 of 2 |
| | | Delivery Number 8605187270    Issue Date 22Feb2008 | Shipment Reference |

| Ship-to | Sold-to |
|---|---|
| LEXINGTON PRECISION CORPORATION | LEXINGTON PRECISION CORPORATION |

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | | | | |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges..................................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange pannels (including prescribed identification numbers) according to applicable regulations for each hazarous material named hereon.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this doucment.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED. | Total Shipping Units Tare Weight: | | 0.0 KG |
|---|---|---|---|
| | Total Weights: | 1360.5 KG | 1504.7 KG |
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1 | No. of shipping units: | | |
| Shipped by: | 3-Pallet    0-Drum 0-Pail      0-Carton 0-IBC      0-Box | | |
| Received by carrier: | 0-Bulk     0-Tank     0-Bag Carr. Ref:   122-1006041 | | |
| Received by customer: | Carrier:     USF HOLLAND INC (HMES) | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**