

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605187270 | Issue Date<br>22Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to South Carolina, 3d | | Delivery Date<br>27Feb2008 |
| | | Terms of Delivery<br>FCA   SHIPPOINT COLLECT | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002482<br>LEXINGTON PRECISION CORPORATION<br>LEXINGTON MEDICAL<br>663 BRYANT BOULEVARD<br>ROCK HILL SC 29732<br>Attn: Goods Receipt<br>Telephone (803)366-7036 | Sold-to 1002482<br>LEXINGTON PRECISION<br>CORPORATION<br>LEXINGTON MEDICAL<br>663 BRYANT BOULEVARD<br>ROCK HILL SC 29732 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Sales Order Number: 4223474  Standard Order from 04Feb2008
Purchase Order Number: P7488 from 04Feb2008  Delivery Number: 8605187270

```
                RUBBER COMPDS UNVULCANIZED  171800  CL/60
1702092         SILASTIC(R) TR-70 SILICONE RUBBER,453.5 KG (1000 LB) Box
                Item total: 2000.0 lbs =  2.0 Box
                Customer Spec No.: LEXINGTON PRECISION: 5007071
                Revision Date: 22Sep1997
                Customer Material: 5007071
                Batch: 0005068651              1 Box         453.5 KG         501.6 KG
                Expiration Date: 26Nov2010
                 1.00 Box in shipping unit 7555969 (PAL)
                Batch: 0005074110              1 Box         453.5 KG         501.6 KG
                Expiration Date: 01Dec2010
                 1.00 Box in shipping unit 7555970 (PAL)
                RUBBER COMPDS UNVULCANIZED  171800  CL/60
1733419         SILASTIC(R) TR-55 SILICONE RUBBER,453.5 KG (1000 LB) / 110X80X75 Box
                Item total: 1000.0 lbs =  1.0 Box
                Customer Spec No.: LEXINGTON PRECISION: 5007470
                Revision Date: 22Sep1997
                Customer Material: 5007470
                Batch: 0005131869              1 Box         453.5 KG         501.6 KG
                Expiration Date: 21Jan2011
                 1.00 Box in shipping unit 7555971 (PAL)
```



122-1006041    3

Discover more about Dow Corning at: http://www.dowcorning.com

# USF Holland

**DELIVERY RECEIPT**

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

LOCAL NO. (704) 599-2040

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | CN | | C | MRL |

SHIPPER BOL NO.: 8605187270
PRO NUMBER: 122-1006041
3 M025
COD AMOUNT:

P.O. NUMBER: P7488
DATE: 02/22/08

**CONSIGNEE**
LEXINGTON MEDICAL DIV OF LEXIN 141805
663 BRYANT BLVD
ROCK HILL          SC 297328212

**SHIPPER**
DOW CORNING STI MIDWEST       8054
111 S PROGRESS DR E
KENDALLVILLE         IN 467553268

**BILL CHARGES TO**
LEXINGTON MEDICAL C/O COMMERCI
PO BOX 30382
PARMA                OH 441300382

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | | | PPD/COL |
|---|---|---|---|---|---|---|---|---|
| 535127 | 084N1 | | | | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | | |
|---|---|---|---|---|---|---|
| 3 | | UNVULCANIZED RBR 171800         DISCOUNT 70%  ******* THANK YOU FOR USING USF HOLLAND  ASK ABOUT OUR EXPEDITED SERVICE *******  FSC24.80%  NATL AVG FUEL COST IS 339.6 | 60.0 | 3318 | | |
| 3 | | TOTALS | | 3318 | | COL |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | INSIDE DELIVERY | APPOINTMENT/NOTIFY | LIFTGATE | SORT/SEGREGATING |
|---|---|---|---|---|---|---|---|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

IN: 13:25
OUT: 13:50
DRIVER: [signature]
DATE DEL'D: 2 bet 08

PRINT NAME: Andre Vuchak
SIGNATURE: [signature]

OPER 1000 06/07-3.5