**DOW CORNING**                                              Dow Corning PROPRIETARY

# NOTICE OF DEMAND FOR RECLAMTION OF GOODS

April 17, 2008

Lexington Rubber Group Inc
Lexington Insulators
1076 Ridgewood Road
Jasper, GA 30143

Dear Lexington Rubber Group Inc, Lexington Insulators

    You are hereby notified that, pursuant to Section 546(c)(1) of the U.S. Bankruptcy Code, Dow Corning STI hereby reclaims and demands the immediate return of all goods received by Lexington Rubber Group Inc, Lexington Insulators from Dow Corning STI on or after February 17, 2008. Such goods include, but are not limited to, those set forth in the invoices attached hereto.

    Demand is further made that the goods reclaimed pursuant to this notice be and remain segregated immediately, that they not be sold or modified in any way, and that Lexington Rubber Group Inc, Lexington Insulators deliver such goods to Dow Corning STI immediately.

    Please contact me promptly for delivery instructions or questions.

Sincerely,

*Cindy Ferrio CBF*

Dow Corning Corporation
Cindy Ferrio CBF
Collection Specialist
PO Box 994
Midland, MI 48686-0994
1-800-248-2481 Ext: 728

Dow Corning Corporation
Midland, Michigan 48686-0994
Phone: (989) 496-4000
www.dowcorning.com

**DOW CORNING**                                                          Dow Corning PROPRIETARY

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Chambers Room 606
New York, NY 10004-1408
Telephone: 212-284-4551

Weil, Gotshal & Manges
Attn: Richard P. Krasnow
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8493

Dow Corning Corporation
Midland, Michigan 48686-0994
Phone: (989) 496-4000
www.dowcorning.com