Pls remit to address at bottom of invoice   Repeat printout JJUREK 04Apr2008 15:00:03

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone (260) 347-5813    Fax   (260) 347-5819
US Fed. Reg. No. 382702929

| Invoice | |
|---|---|
| Invoice Number | Date |
| 1004880662 | 01Mar2008 |
| Invoice contact<br>Cindy Ferrio | |
| Phone: 989-496-7728   Fax: 989-496-6299 | |

Page 1 of 1

**Bill-to** 1002972
LYN LORD
LEXINGTON RUBBER GROUP INC
LEXINGTON INSULATORS
1076 RIDGEWOOD ROAD
JASPER GA  30143
United States

**Ship-to:** 1002972
LEXINGTON RUBBER GROUP INC
LEXINGTON INSULATORS
1076 RIDGEWOOD ROAD
JASPER GA  30143
United States

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight    497.5  KG         Gross Weight    547.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8605206027   Issue date: 29Feb2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4249297 Purchase order no: 24097   from 25Feb2008
     SEND CERTS WITH SHIPMENT.

4053168   SILASTIC(R) HT-1 MODIFIER,19.9 KG (44 LB) / 52X36X17 Box

       Batch: 0080224254
       1100 lbs =           25 Box         10.08 USD        1 lbs           11088.00
       Customer Material: 9000521

Total Payable (USD)                                                         11088.00

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1

| Total Payable | Currency |
|---|---|
| 11088.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
|  DOW CORNING | | Delivery Number<br>8605206027 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Georgia, 2d | | Delivery Date<br>04Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to  1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL   32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Sales Order Number: 4249297   Standard Order from 25Feb2008<br>Purchase Order Number: 24097 from 25Feb2008  Delivery Number: 8605206027 | | | |
| | SEND CERTS WITH SHIPMENT. | | | |
| 4053168 | RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>SILASTIC(R) HT-1 MODIFIER,19.9 KG (44 LB) / 52X36X17 Box<br>Item total: 1100.0 lbs =  25.0 Box<br>Customer Material: 9000521<br>Batch: 0080224254<br>Expiration Date: 28Jan2011<br>25.00 Box in shipping unit 7587351 (PAL) | 25 Box | 497.5 KG | 522.5 KG |

Discover more about Dow Corning at: http://www.dowcorning.com