| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br><br>Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605206027 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Georgia, 2d | | Delivery Date<br>04Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904-858-4652
  Fax:   904-858-4618

Sales Order Number: 4249297  Standard Order from 25Feb2008
Purchase Order Number: 24097 from 25Feb2008  Delivery Number: 8605206027

SEND CERTS WITH SHIPMENT.

```
         RUBBER COMPDS UNVULCANIZED  171800  CL/60
4053168  SILASTIC(R) HT-1 MODIFIER,19.9 KG.(44 LB) / 52X36X17 Box
         Item total: 1100.0 lbs = 25.0 Box
         Customer Material: 9000521
         Batch: 0080224254              25 Box        497.5 KG        522.5 KG
         Expiration Date: 28Jan2011
         25.00 Box in shipping unit 7587351 (PAL)
```





122-1006062    0

Discover more about Dow Corning at: http://www.dowcorning.com

# USF Holland

**DELIVERY RECEIPT**

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

LOCAL NO. (706)935-9974

| ORIG. | DEST. | TYPE | P/C | BILLER |
|-------|-------|------|-----|--------|
| FW | CT | | P | MRL |

SHIPPER BOL NO.: 8605206027
PRO NUMBER: 22-1006062   0 M003
P.O. NUMBER: 24097
DATE: 02/29/08
COD AMOUNT:

**CONSIGNEE**
LEXINGTON INSULATORS   103179
1076 RIDGEWOOD RD
JASPER              GA 301431329

**SHIPPER**
DOW CORNING STI MIDWEST   8054
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 534485 | 034C3 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 2 | | UNVULCANIZED RBR 171800 | 60.0 | 3182 | |
| | | ******* THANK YOU FOR USING USF HOLLAND ASK ABOUT OUR EXPEDITED SERVICE ******* | | | |
| 2 | | TOTALS | | 3182 | PPD |

APPT.   REQUESTED DATE   TIME   SVC. CODE   ☐ INSIDE DELIVERY   ☐ APPOINTMENT/NOTIFY   ☐ LIFTGATE   ☐ SORT/SEGREGATING

DATE   TRAILER/BAY   PIECES   INITIALS
RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME: Mymck/Mullins
SIGNATURE: Mullins   FIRM: Lexington

DRIVER: Ray Cault
DATE DEL'D: 3/3/08

OPER 1000 06/07-3.5