Pls remit to address at bottom of invoice    Repeat Printout NJJUREK 04Apr2008 15:00:35

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone (260) 347-5813        Fax    (260) 347-5819
US Fed. Reg. No. 382702929

| **Invoice** | Page |
|---|---|
| | 1 of 1 |
| Invoice Number | Date |
| 1004880663 | 01Mar2008 |
| Invoice contact | |
| Cindy Ferrio | |
| Phone: 989-496-7728  Fax: 989-496-6299 | |

| Bill-to 1002972 | Ship-to: 1002972 |
|---|---|
| LYN LORD | LEXINGTON RUBBER GROUP INC |
| LEXINGTON RUBBER GROUP INC | LEXINGTON INSULATORS |
| LEXINGTON INSULATORS | 1076 RIDGEWOOD ROAD |
| 1076 RIDGEWOOD ROAD | JASPER GA  30143 |
| JASPER GA  30143 | United States |
| United States | |

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight       800.0  KG                         Gross Weight       895.4  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605207997  Issue date: 29Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4249293 Purchase order no: 24096  from 25Feb2008 | | | | |
|     SEND CERTS WITH SHIPMENT. | | | | |
| 4021501   DOW CORNING(R) 4-2737 FLUID,200 KG 61X61X90 drum | | | | |
|    Batch: 0005120183 | | | | |
|    1764 lbs = | 4 drum | 3.41 USD | 1 lbs | 6015.24 |
|    Customer Material:  9000309 | | | | |
| Total Payable (USD) | | | | 6015.24 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 6015.24 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605207997 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Georgia, 2d | | Delivery Date<br>04Mar2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to 1002972<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Sales Order Number: 4249293   Standard Order from 25Feb2008
Purchase Order Number: 24096 from 25Feb2008   Delivery Number: 8605207997
```

 

SEND CERTS WITH SHIPMENT.

|  | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| 4021501 | CHEMICALS NOI VNX 2.05/LB   060000   CL/70<br>DOW CORNING(R) 4-2737 FLUID,200 KG 61X61X90 drum<br>Item total: 1764.0 lbs =  4.0 drum<br>Customer Material:  9000309<br>Batch: 0005120183<br>Expiration Date: 07Dec2009<br>4.00 drum in shipping unit 7591604 (PAL) | 4 drum | 800.0 KG | 870.4 KG |

Discover more about Dow Corning at: **http://www.dowcorning.com**

122/00/6062

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605207997 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Georgia, 2d | Delivery Date<br>04Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax    (260) 347-5819 | Mode of Transport<br>Truck | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to  1002972<br>LEXINGTON RUBBER GROUP,<br>INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone:  904 858 4652
  Fax:    904-858-4618

Sales Order Number: 4249293  Standard Order from 25Feb2008
Purchase Order Number: 24096 from 25Feb2008   Delivery Number: 8605207997



SEND CERTS WITH SHIPMENT.

```
        CHEMICALS NOI VNX 2.05/LB   060000   CL/70
4021501 DOW CORNING(R) 4-2737 FLUID,200 KG. 61X61X90 drum
        Item total: 1764.0 lbs = 4.0 drum
        Customer Material:  9000309
        Batch: 0005120183              4 drum      800.0 KG       870.4 KG
        Expiration Date: 07Dec2009
        4.00 drum in shipping unit 7591604 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

| USF Holland | 750 EAST 40th ST. HOLLAND, MICHIGAN 49423 | PHONE (616) 395-5000 | DUNS 00-777-3724 | (HMES) | DELIVERY RECEIPT |
|---|---|---|---|---|---|
| LOCAL NO. (706)935-9974 | ORIG. FW / DEST. CT / TYPE / P/C P / BILLER MRL | SHIPPER BOL NO. 8605206027 | PRO NUMBER 22-1006062 | | 0 M003 |
| | | P.O. NUMBER 24097 | DATE 02/29/08 | | COD AMOUNT |

CONSIGNEE
LEXINGTON INSULATORS          103179
1076 RIDGEWOOD RD
JASPER                       GA 301431329

SHIPPER
DOW CORNING STI MIDWEST       8054
111 S PROGRESS DR E
KENDALLVILLE           IN 467553268

BILL CHARGES TO
DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE           IN 467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 534485 | 034C3 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 2 | | UNVULCANIZED RBR 171800 | 60.0 | 3182 | |
| | | ******* THANK YOU FOR USING USF HOLLAND ASK ABOUT OUR EXPEDITED SERVICE ******* | | | |
| 2 | | TOTALS | | 3182 | PPD |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME: Mynck/Mullins
SIGNATURE: Mullins    FIRM: Lexington
DRIVER: Ray Cault
DATE DEL'D: 3/3/08

Shipped with Delivery
# 8605207997