**DOW CORNING**  Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

# Invoice

| | |
|---|---|
| Page | 1 of 1 |
| Invoice Number | Date |
| **1004888067** | 05Mar2008 |

**Invoice contact**
Cindy Ferrio

Telephone (260) 347-5813     Fax   (260) 347-5819
US Fed. Reg. No. 382702929

**Phone: 989-496-7728   Fax: 989-496-6299**

| Bill-to 1002972 | Ship-to: 1002972 |
|---|---|
| LYN LORD | LEXINGTON RUBBER GROUP INC |
| LEXINGTON RUBBER GROUP INC | LEXINGTON INSULATORS |
| LEXINGTON INSULATORS | 1076 RIDGEWOOD ROAD |
| 1076 RIDGEWOOD ROAD | JASPER GA  30143 |
| JASPER GA  30143 | United States |
| United States | |

**Payment Terms**
30 days due net
Up to 04Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight    3628.0  KG            Gross Weight    3920.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

```
Delivery number: 8605215462  Issue date: 05Mar2008
Delivery terms: CIP  PPAL FOB ORIGIN

Sales order: 4260497 Purchase order no: 24136   from 04Mar2008
     SEND CERTS WITH SHIPMENT.

1978241    SILASTIC(R) 4-4758 SILICONE RUBBER,453.5 KG (1000 LB) Box

           Batch: 0005110160
           1000 lbs =              1 Box         2.34 USD      1 lbs              2340.00
           Customer Material:  9007458
           Batch: 0005110146
           5000 lbs =              5 Box         2.34 USD      1 lbs             11700.00


           Batch: 0005131884
           2000 lbs =              2 Box         2.34 USD      1 lbs              4680.00




Total Payable (USD)                                                              18720.00
```

**Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 18720.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605215462 | Issue Date<br>05Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Georgia, 2d | | Delivery Date<br>07Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone  (260) 347-5813<br>Fax          (260) 347-5819 | Mode of Transport<br>Truck<br>22911370 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002972
LEXINGTON RUBBER GROUP INC
LEXINGTON INSULATORS
1076 RIDGEWOOD ROAD
JASPER GA  30143
Attn: (706)692-5844
Telephone (706)692-2417

**Sold-to** 1002972
LEXINGTON RUBBER GROUP
INC
LEXINGTON INSULATORS
1076 RIDGEWOOD ROAD
JASPER GA  30143

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

---

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Sales Order Number: 4260497  Standard Order from 04Mar2008
Purchase Order Number: 24136 from 04Mar2008  Delivery Number: 8605215462
```

    

---

SEND CERTS WITH SHIPMENT.

---

```
        RUBBER COMPDS UNVULCANIZED   171800   CL/60
1978241 SILASTIC(R) 4-4758 SILICONE RUBBER,453.5 KG (1000 LB) Box
        Item total: 8000.0 lbs =  8.0 Box
        Customer Material: 9007458
        Batch: 0005110160                1 Box          453.5 KG          490.0 KG
        Expiration Date: 05Jan2011
         1.00 Box in shipping unit 7603051 (PAL)
        Batch: 0005110146                5 Box         2267.5 KG         2450.0 KG
        Expiration Date: 06Jan2011
         1.00 Box in shipping unit 7603053 (PAL)
         1.00 Box in shipping unit 7603054 (PAL)
         1.00 Box in shipping unit 7603055 (PAL)
         1.00 Box in shipping unit 7603056 (PAL)
         1.00 Box in shipping unit 7603057 (PAL)
        Batch: 0005131884                2 Box          907.0 KG          980.0 KG
        Expiration Date: 17Jan2011
```