

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 |  Delivery Note | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605215462 | Issue Date<br>05Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Georgia, 2d | Delivery Date<br>07Mar2008 |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>22911370 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Sales Order Number: 4260497   Standard Order from 04Mar2008
Purchase Order Number: 24136 from 04Mar2008  Delivery Number: 8605215462
```




SEND CERTS WITH SHIPMENT.

```
        RUBBER COMPDS UNVULCANIZED   171800   CL/60
1978241 SILASTIC(R) 4-4758 SILICONE RUBBER,453.5 KG (1000 LB) Box
        Item total: 8000.0 lbs =   8.0 Box
        Customer Material: 9007458
```

|   |   |   |
|---|---|---|
| Batch: 0005110160 | 1 Box | 453.5 KG | 490.0 KG |
| Expiration Date: 05Jan2011 | | | |
|  1.00 Box in shipping unit 7603051 (PAL) | | | |
| Batch: 0005110146 | 5 Box | 2267.5 KG | 2450.0 KG |
| Expiration Date: 06Jan2011 | | | |
|  1.00 Box in shipping unit 7603053 (PAL) | | | |
|  1.00 Box in shipping unit 7603054 (PAL) | | | |
|  1.00 Box in shipping unit 7603055 (PAL) | | | |
|  1.00 Box in shipping unit 7603056 (PAL) | | | |
|  1.00 Box in shipping unit 7603057 (PAL) | | | |
| Batch: 0005131884 | 2 Box | 907.0 KG | 980.0 KG |
| Expiration Date: 17Jan2011 | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

# USF Holland — DELIVERY RECEIPT

**750 EAST 40th ST., HOLLAND, MICHIGAN 49423**
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

LOCAL NO. (706) 935-9974

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | CT | | P | MRL |

SHIPPER BOL NO.: 8605215462
PRO NUMBER: 122-1292692   8 TH06
P.O. NUMBER: 24136
DATE: 03/05/08
COD AMOUNT:

**CONSIGNEE**
LEXINGTON INSULATORS   103179
1076 RIDGEWOOD RD
JASPER   GA 301431329

**SHIPPER**
DOW CORNING STI MIDWEST   8054
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 205788 | 034C3 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 8 | | SHIPPER LOAD & COUNT<br>UNVULCANIZED RBR 171800<br>      AS WEIGHT | 60.0 | 8644<br>10000 | |
| | | ******* THANK YOU FOR USING USF HOLLAND<br>ASK ABOUT OUR EXPEDITED SERVICE ******* | | | |
| 8 | | TOTALS | | 8644 | PPD |

APPT.   REQUESTED DATE   TIME   SVC. CODE
☐ INSIDE DELIVERY   ☐ APPOINTMENT/NOTIFY   ☐ LIFTGATE   ☐ SORT/SEGREGATING

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | 32 FT | 8 SK | DC |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME: Myrick Mullins
SIGNATURE: Mullins   FIRM: Lexington

IN: 13 50
OUT: 14 00
DRIVER: [signature]
DATE DEL'D: 3/6/08

OPER 1000 06/07-3.5