| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004908576 | Date<br>18Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002972<br>LYN LORD<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143<br>United States | Ship-to: 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA  30143<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 17Apr2008 without deduction

Shipping Weight (net/gross)
        Net Weight      220.0  KG                    Gross Weight     262.6  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605242224   Issue date: 18Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4216324 Purchase order no: 23928  from 29Jan2008<br>    SEND CERTS WITH SHIPMENT. | | | | |
| 2639203   DOW CORNING 550(R)  FLUID,220 KG (485 LB) drum<br><br>   Batch: 0005198388<br>   485 lbs = | 1 drum | 8.59 USD | 1 lbs | 4166.15 |
| Total Payable (USD) | | | | 4166.15 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 4166.15 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | **Delivery Number**<br>8605242224 | **Issue Date**<br>18Mar2008 | **Shipment Reference** |
| | **Route**<br>E-town Area to Georgia, 2d | | **Delivery Date**<br>20Mar2008 |
| Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Terms of Delivery**<br>CIP   PPAL FOB ORIGIN | | **Shipping Conditions**<br>Standard Surface |
| | **Mode of Transport**<br>Truck<br>23053190 | | **Emergency Call Numbers**<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143<br>Attn: (706)692-5844<br>Telephone (706)692-2417 | Sold-to 1002972<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON INSULATORS<br>1076 RIDGEWOOD ROAD<br>JASPER GA 30143 | Shipping point 178A<br>DOW CORNING CORPORATION<br>CENTRAL DISTRIBUTION<br>WAREHOUSE<br>CEDAR GROVE BUSINESS PARK<br>270 OMEGA PARKWAY, Suite 200<br>SHEPHERDSVILLE KY 40165<br>Telephone (502) 921-2011<br>Fax      (502) 921-9109 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone:  904 858 4652
   Fax:    904-858-4618
Sales Order Number: 4216324   Standard Order from 29Jan2008
Purchase Order Number: 23928 from 29Jan2008   Delivery Number: 8605242224



SEND CERTS WITH SHIPMENT.

|  | OIL O/T PET LUB, NOI  145000  SUB  02  CL/65 | | | |
|---|---|---|---|---|
| 2639203 | DOW CORNING 550(R) FLUID,220 KG (485 LB) drum | | | |
| | Item total: 485.0 lbs =  1.0 drum | | | |
| | Batch: 0005198388 | 1 drum | 220.0 KG | 237.6 KG |
| | Expiration Date: 14Feb2013 | | | |

0093250009 AE

# AVERITT
**THINK RED INSTEAD**
averittexpress.com

O. BOX 3145
OOKEVILLE, TN 38502-3145

AVRT DUNS
05-649-2606

0093250009

**DELIVERY RECEIPT**

NO. 009-3250009

PAGE 1 OF 1

TERMS: PREPAID

| ATE | P.O.# | SHIPPER REF # |
|---|---|---|
| 3/18/08 | 23928 | 8605242224 |

ONSIGNEE: 0666084
EXINGTON INSULATORS
076 RIDGEWOOD RD
ASPER, GA 30143

SHIPPER: 0603839
DOW CORNING CORPORATION
APL LOGISTICS
270 OMEGA PKWY
SHEPHERDSVILLE, KY 40165

SPECIAL INSTRUCTIONS:

ONSIGNEE ONTACT: CHARLES RAY
CONSIGNEE PHONE NUMBER: 0-706-692-8638

| RIGIN | DEST. | TRAILER | O SCAC | ORIG. CARRIER FB# | DATE | TH | D SCAC | CONSIGNEE HOURS | RECEIVING HOURS |
|---|---|---|---|---|---|---|---|---|---|
| OU | MRT | 483409 | | | | D | | 8.00 - 17.00 | 8.00 - 18.00 |

| UNITS | HM | DESCRIPTION OF ARTICLES | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 | | DRVR SIGNED FOR: NS 23053190<br>OIL O/T PET LUB, NOI  145000 SUB 2<br>TARE<br>1 STC 1DR<br>CZARLITE 01/01/96 475 K 0603839<br>LOG 192041 CSA 330169<br>LOC 0005 SEQ 004<br>N3-AS/tariff specified/Rateware    F<br>RATED AS CLASS 65<br>FUEL SURCHARGE<br>Shipper's number...0093250009 | | 524<br>55 | | |
| 1 | | TOTALS | | 579 | | |

**ADDITIONAL SERVICES PERFORMED**
___ INSIDE DELIVERY          ___ LIFTGATE
___ RESIDENTIAL DELIVERY     ___ CONSTRUCTION SITE
___ NON COMMERCIAL DELIVERY  ___ SORT & SEGREGATE
___ SECURITY INSPECTION
(Initial to Acknowledge Receipt of the Above Services)
ADDITIONAL CHARGES MAY APPLY
ABOVE SHIPMENT RECEIVED IN GOOD ORDER EXCEPT WHERE NOTED

**THIS IS NOT AN INVOICE**
For Customer Service Assistance Call 1-800-283-7488
Liability of Averitt Express is limited to its governing tariffs

| TOTAL FREIGHT CHARGES | |
| COLLECT C.O.D. FEE | |
| TOTAL COLLECT DUE | |

C.O.D. AMOUNT (IN ADDITION TO TOTAL SHOWN ABOVE)

Date: _____ Seal No.: _____
kids Del: _____ PCS Del: _____
STRETCHWRAP INTACT: ☐ YES ☐ NO ☐ N/A
COLOR: ☐ BLUE ☐ CLEAR ☐ OTHER _____
Time In: _____ Time Out: _____
Delay Time (hh:mm): _____
Driver Signature _____

Print Name: *Myrick Mullins*
Signature: *Myrick Mullins*
Company Name: *Lexington*