| **DOW CORNING** | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 2 |
|---|---|---|---|
| | | Invoice Number<br>1004892789 | Date<br>08Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone  (260) 347-5813       Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 07Apr2008 without deduction

**Shipping Weight (net/gross)**     Net Weight    1417.5  KG         Gross Weight    2112.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605225131  Issue date: 07Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4231624 Purchase order no: 39800021  from 11Feb2008 | | | | |
| 3348717   SILASTIC(R)  23010-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005172884 | 950 lb | 2.78 USD | 1 lb | 2641.00 |
| Customer Material: 6007046 | | | | |
| 3351548   SILASTIC(R)  23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005196972 | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Material: 6007047 | | | | |
| 4007873   DOW CORNING(R) 28120-V ORG FLUOROSILICONE RUBBER ORANGE | | | | |
| Batch: 0005158977 | 200 lb | 19.79 USD | 1 lb | 3958.00 |
| Customer Material: 6007121 | | | | |
| Delivery number: 8605225479  Issue date: 07Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| | | | | |
|---|---|---|---|---|
| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | | **Invoice** | | Page<br>2 of 2 |
| | | Invoice Number<br>1004892789 | | Date<br>08Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 4030692  SILASTIC(R)  23010-V DBRN SILICONE RUBBER DARK BROWN | | | | |
| Batch: 0005077334 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007155 | | | | |
| Total Payable (USD) | | | | 12089.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| | | |
|---|---|---|
| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | Total Payable<br>12089.50 | Currency<br>USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605225131 | Issue Date<br>07Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>10Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
   Send Freight Bill with copy of Dow Corning Delivery Note to:
   APLL FREIGHT SYSTEMS, INC.
   1301 Riverplace Blvd., Suite 1100
   Jacksonville, FL 32207
   _____
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231624   Standard Order from 12Feb2008
Purchase Order Number: 39800021 from 11Feb2008   Delivery Number: 8605225131
```

 

```
_____
RECEIVING HOURS 7 AM - 3 PM
_____
          RUBBER COMPDS UNVULCANIZED   171800   CL/60
3348717   SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE
          Item total: 430.9 kg =   950.0 lb
          Customer Material: 6007046
          Batch: 0005172884              950 lb         430.9 KG        1026.0 KG
          Expiration Date: 01Sep2008
        950.00 lb in shipping unit 7616681 (Box)
          RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
          Item total: 442.3 kg =   975.0 lb
          Customer Material: 6007047
          Batch: 0005196972              975 lb         442.3 KG         476.8 KG
          Expiration Date: 01Sep2008
        975.00 lb in shipping unit 7616682 (Box)
          RUBBER COMPDS UNVULCANIZED   171800   CL/60
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

BADAVIS-03/07/2008 14:11:35

## Consignment note

| INVOICING and INFORMATION | | VIA: USF HOLLAND INC (HMES) | Page 1 of 1 |
|---|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax: (260) 347-5819 | Shipment Ref.: 825852<br>Date: 07Mar2008<br>Route: Kendallville to Ohio, ld<br>Transport Description<br>Transport Branding<br>External Identification 1: 1221006086<br>External Identification 2 | 750 E 40TH ST<br>HOLLAND MI 49423-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax: (616)395-5185 | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605225131 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | 2 | | | | | 1623.8 | 963.9 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 10Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605225132<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | | | | | | 140.8 | 135.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 10Mar2008<br>Receiving hours: Monday from 07:00-15:00<br>***Packed on existing Pallet: 1 |
| 3 | 8605225479 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | 1 | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 10Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 1 | | | | | 3 | | | | | 2253.6 | 1553.1 | Grand Total: 4 Parcels |

USF 122-1006086  0

Legend: HAZ- The delivery has Hazardous materials for following mode: ..D.-Departure Country Road .:S. Sea .-A-Air :-F-Final Destination Country Road ...E- Dangerous Good Data Error ...

*12211016086*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|---|
| | | | Delivery Number<br>8605225131 | Issue Date<br>07Mar2008 | Shipment Reference |
| | | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>10Mar2008 |
| | | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC.<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL  32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4231624   Standard Order from 12Feb2008<br>Purchase Order Number: 39800021 from 11Feb2008   Delivery Number: 8605225131 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>3348717   SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE<br>         Item total: 430.9 kg =  950.0 lb<br>         Customer Material: 6007046<br>         Batch: 0005172884 | 950 lb | 430.9 KG | 1026.0 KG |
| | Expiration Date: 01Sep2008<br>950.00 lb in shipping unit 7616681 (Box)<br>RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE<br>         Item total: 442.3 kg =  975.0 lb<br>         Customer Material: 6007047<br>         Batch: 0005196972 | 975 lb | 442.3 KG | 476.8 KG |
| | Expiration Date: 01Sep2008<br>975.00 lb in shipping unit 7616682 (Box)<br>RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

# USF Holland — Delivery Receipt

**750 EAST 40th ST.**
**HOLLAND, MICHIGAN 49423**
LOCAL NO. (330)549-2917

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | YT | | P | MRL |

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

SHIPPER BOL NO. 8605225479
PRO NUMBER 122-1006086 0 M010
P.O. NUMBER 39800021
DATE 03/07/08
COD AMOUNT

**CONSIGNEE**
LEXINGTON CONNECTOR SEALS    68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST    8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

INBOUND TRAILER 546694    ROUTE NO. 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 4 | | SHIPPER LOAD & COUNT UNVULCANIZED RBR 171800 | 60.0 | 4969 | |
| | | AS WEIGHT | | 5000 | |
| | | ****** THANK YOU FOR USING USF HOLLAND ASK ABOUT OUR EXPEDITED SERVICE ****** | | | |
| 4 | | TOTALS | | 4969 | PPD |

RECEIVED MAR 10 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.
PRINT NAME: Denny Moore
SIGNATURE: Denny Moore    FIRM: LCS    1/2

OPER 1000 06/07-3.5

---

# USF Holland — Delivery Receipt

**750 EAST 40th ST.**
**HOLLAND, MICHIGAN 49423**
LOCAL NO. (330)549-2917

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | YT | | P | MRL |

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

SHIPPER BOL NO. 8605225479
PRO NUMBER 122-1006086 0 M010
P.O. NUMBER 39800021
DATE 03/07/08

**CONSIGNEE**
LEXINGTON CONNECTOR SEALS    68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST    8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

INBOUND TRAILER 546694    ROUTE NO. 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| | | INV #: 22955820 | | | |
| | | Shipped with: | | | |
| | | # 8605225131 | | | |
| | | # 8605225132 | | | |
| | | # 8605225479 | | | |

RECEIVED MAR 10 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

DATE DEL'D: 1/1

OPER 1000 06/07-3.5