Pls remit to address at bottom of invoice

**DOW CORNING**

| | |
|---|---|
| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** — Page 1 of 1 |
| | Invoice Number: **1004857750**  Date: 15Feb2008 |
| Telephone (260) 347-5813     Fax (260) 347-5819 | Invoice contact<br>Cindy Ferrio<br>Phone: 989-496-7728   Fax: 989-496-6299 |

US Fed. Reg. No. 382702929

| Bill-to 1002971 | Ship-to: 1002971 |
|---|---|
| ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |

**Payment Terms**
30 days due net
Up to 16Mar2008 without deduction

Shipping Weight (net/gross)     Net Weight  449.1 KG          Gross Weight  500.2 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605170674  Issue date: 15Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4231276  Purchase order no: 39961  from 11Feb2008 | | | | |
| 3352218   SILASTIC(R) 23077-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005172831 | 990 lb | 2.75 USD | 1 lb | 2722.50 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007038 | | | | |
| Total Payable (USD) | | | | 2722.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1

Total Payable  2722.50   Currency  USD

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605170674 | Issue Date<br>15Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>18Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Mode of Transport<br>Truck<br>22703740 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231276   Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008  Delivery Number: 8605170674
```



```
RECEIVING HOURS 7 AM - 3 PM


          RUBBER COMPDS UNVULCANIZED   171800   CL/60
3352218   SILASTIC(R) 23077-V ORG SILICONE RUBBER ORANGE
          Item total: 449.1 kg =  990.0 lb
          Customer Spec No.: LEXINGTON: 23077V
          Cust. Spec Revision: 01  Revision Date: 15Oct2001
          Customer Material: 6007038
          Batch: 0005172831              990 lb        449.1 KG        475.2 KG
          Expiration Date: 11Aug2008
          990.01 lb in shipping unit 7509571 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

CMFLECK-02/14/2008-19:58:19

# Consignment note

Page 1 of 1

| INVOICING and INFORMATION | | VIA: |
|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref. 817354<br>Date 14Feb2008<br>Route US0166 Kendallville to Ohio, 1d<br>Transport Description: USF Holland<br>External Identification 1: 1221292771<br>External Identification 2: | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605170675 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 217.0 | 181.4 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605170674 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 500.2 | 449.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605170676<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 9 | | | | | | | | | | 3149.9 | 2800.9 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 11 | | | | | | | | | | 3867.1 | 3431.4 | Grand Total: 11 Parcels |

122-1292771  2

11/8527

HMEX SLT 209672

Ken Berger 150L

Legend: HAZ - The delivery has Hazardous materials for following modes - D - Departure Country, Road - E - Dangerous Good Data errors - F - Final Destination Country, Road - S - Sea - A - Air

*122/292771*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|---|
| | | | Delivery Number<br>8605170674 | Issue Date<br>15Feb2008 | Shipment Reference |
| | | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>18Feb2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | | Mode of Transport<br>Truck<br>22703740 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

CM

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231276  Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008  Delivery Number: 8605170674


RECEIVING HOURS  7 AM - 3 PM

            RUBBER COMPDS UNVULCANIZED   171800  CL/60
3352218     SILASTIC(R) 23077-V ORG SILICONE RUBBER ORANGE
            Item total: 449.1 kg = 990.0 lb
            Customer Spec No.: LEXINGTON: 23077V
            Cust. Spec Revision: 01  Revision Date: 15Oct2001
            Customer Material: 6007038
            Batch: 0005172831              990 lb         449.1 KG         475.2 KG
            Expiration Date: 11Aug2008
         <—990.01 lb in shipping unit 7509571 (PAL).
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

