Pls remit to address at bottom of invoice    Repeat Print guid NofUREK 04Apr2008 18:23:46

| | | Invoice | Page 1 of 1 |
|---|---|---|---|
| **DOW CORNING** | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | Invoice Number<br>1004857751 | Date<br>15Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728    Fax: 989-496-6299 | |

| Bill-to: 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 16Mar2008 without deduction

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight    181.4  KG | | | Gross Weight    217.0 KG | |
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8605170675   Issue date: 15Feb2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4200342 Purchase order no: 39800010-CANCEL  from 16Jan2008

| | | | | |
|---|---|---|---|---|
| 3342336   SILASTIC(R) 28034-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005146469 | 400 lb | 21.89 USD | 1 lb | 8756.00 |
| Customer Material: 6007026 | | | | |

Total Payable (USD)                                                                                       8756.00

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 8756.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605170675 | Issue Date<br>15Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>18Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone  (260) 347-5813<br>Fax         (260) 347-5819 | Mode of Transport<br>Truck<br>22703740 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |
| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4200342   Standard Order from 17Jan2008
Purchase Order Number: 39800010 from 16Jan2008   Delivery Number: 8605170675
```



```
RECEIVING HOURS 7 AM - 3 PM

          RUBBER COMPDS UNVULCANIZED   171800   CL/60
3342336   SILASTIC(R) 28034-V ORG SILICONE RUBBER ORANGE
          Item total: 181.4 kg =  400.0 lb
          Customer Material: 6007026
          Batch: 0005146469                400 lb         181.4 KG            192.0 KG
          Expiration Date: 28Jul2008
          400.01 lb in shipping unit 7509570 (PAL)
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

CMFLECK-02/14/2008-19:58:19

## Consignment note

| | |
|---|---|
| Shipment Réf.: 817354 | Date: 14Feb2008 |
| Route: US0166 Kendallville to Ohio, 1d | |
| Transport Description: Transport Branding USF Holland | |
| External Identification 1: 1221292771 | External Identification 2: |

Page 1 of 1

**VIA:**
USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111-S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605170675 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 217.0 | 181.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 18Feb2008 Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605170674 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 500.2 | 449.1 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 18Feb2008 Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605170676 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 9 | | | | | | | | | | 3149.9 | 2800.9 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 18Feb2008 Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 11 | | | | | | | | | | 3867.1 | 3431.4 | Grand Total: 11 Parcels |

122-1292771  2

HMEX SL820672

11/8527

Legend: HAZ.: The delivery has Hazardous materials for following modes... D.: Departure Country Road...S:Sea...A: Air ... E.: Final Destination Country Road ...

*1221242771*

| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br><br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 | **Delivery Note** | **Page**<br>1 of 2 |
|---|---|---|
| | Delivery Number   Issue Date<br>8605170675         15Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>18Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>22703740 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

CM (handwritten)

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4200342   Standard Order from 17Jan2008
Purchase Order Number: 39800010 from 16Jan2008   Delivery Number: 8605170675

RECEIVING HOURS 7 AM - 3 PM

            RUBBER COMPDS UNVULCANIZED   171800 - CL/60
3342336    SILASTIC(R) 28034-V ORG SILICONE RUBBER ORANGE
           Item total: 181.4 kg  =   400.0 lb
           Customer Material: 6007026
           Batch: 0005146469                   400 lb           181.4 KG            192.0 KG
           Expiration Date: 28Jul2008
           400.01 lb in shipping unit 7509570 (PAL)

Discover more about Dow Corning at: http://www.dowcorning.com

