Pls remit to address at bottom of invoice.    Repeat Printout NBUREK 04Apr2008 18:24:09

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 2 |
|---|---|---|---|
| | | Invoice Number<br>1004857752 | Date<br>15Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 16Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight    2800.9 KG              Gross Weight    3149.9 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8605170676   Issue date: 15Feb2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4214739 Purchase order no: 39800015   from 28Jan2008

| 3340520 | SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK | | | | |
|---|---|---|---|---|---|
| | Batch: 0005151338 | | | | |
| | | 1050 lb | 21.89 USD | 1 lb | 22984.52 |
| | Customer Material: 6007023 | | | | |

| 3352200 | SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN | | | | |
|---|---|---|---|---|---|
| | Batch: 0005158953 | | | | |
| | | 1950 lb | 2.75 USD | 1 lb | 5362.50 |
| | Customer Spec No.: LEXINGTON: 23077V | | | | |
| | Cust. Spec Revision: 01 | | | | |
| | Revision Date: 15Oct2001 | | | | |
| | Customer Material: 6007034 | | | | |

| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
|---|---|---|---|---|---|
| | Batch: 0005158968 | | | | |
| | | 1975 lb | 2.78 USD | 1 lb | 5490.50 |
| | Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| | Revision Date: 29Jun1992 | | | | |
| | Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| | Alternate Revision Date: 29Jun1992 | | | | |
| | Customer Material: 6007047 | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

Pls remit to address at bottom of invoice.    Repeat Printout NJHUREK 04Apr2008 18:24:09

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | Invoice | Page<br>2 of 2 |
|---|---|---|---|
| **DOW CORNING** | | **Invoice Number**<br>1004857752 | Date<br>15Feb2008 |
| | | **Invoice contact**<br>Cindy Ferrio | |
| Telephone  (260) 347-5813       Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | **Bill-to**<br>LEXINGTON RUBBER GROUP INC | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Batch: 0005158971 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| 3163601    SILASTIC(R)  4-2903 GUM,90.7 KG  (200 LB)  drum | | | | |
| Batch: 0005098990<br>200 lbs =          1 drum<br>Customer Material: 6007136 | | 1.94 USD | 1 lbs | 388.00 |
| Total Payable (USD) | | | | 37005.52 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>37005.52 | Currency<br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|
| | **Delivery Number** 8605170676 — **Issue Date** 15Feb2008 — **Shipment Reference** 817354 | |
| | **Route** Kendallville to Ohio, 1d | **Delivery Date** 18Feb2008 |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | **Terms of Delivery** CIP    PPAL FOB ORIGIN | **Shipping Conditions** Standard Surface |
| | **Mode of Transport** Truck  22703740 | **Emergency Call Numbers** DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
     Send Freight Bill with copy of Dow Corning Delivery Note to:
     APLL FREIGHT SYSTEMS, INC.
     1301 Riverplace Blvd., Suite 1100
     Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4214739   Standard Order from 29Jan2008
Purchase Order Number: 39800015 from 28Jan2008   Delivery Number: 8605170676
```

 

```
RECEIVING HOURS 7 AM - 3 PM

           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3340520    SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
           Item total: 476.3 kg =  1050.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
           Customer Material: 6007023
           Batch: 0005151338                1050 lb           476.3 KG          513.5 KG
           Expiration Date: 04Aug2008
        899.99 lb in shipping unit 7509572 (PAL)
        150.00 lb in shipping unit 7509573 (PAL)
           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3352200    SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
           Item total: 884.5 kg =  1950.0 lb
           Customer Spec No.: LEXINGTON: 23077V
           Cust. Spec Revision: 01  Revision Date: 15Oct2001
           Customer Material: 6007034
```

CMFLECK-02/14/2008-19:58:19

## Consignment note

| INVOICING and INFORMATION | | Page 1 of 1 |
|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax: (260) 347-5819 | Shipment Ref. 817354 — Date 14Feb2008<br>Route US0166 — Kendallville to Ohio, 1d<br>Transport Description — Transport Branding USF Holland<br>External Identification 1: 1221292771<br>External Identification 2: | VIA:<br>USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax: 616-395-5185 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605170675 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 217.0 | 181.4 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605170674 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 500.2 | 449.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605170676<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 9 | | | | | | | | | | 3149.9 | 2800.9 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 18Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 11 | | | | | | | | | | 3867.1 | 3431.4 | |

11/8527

122-1292771  2

HMSX 542205672

Ken Bryce 2/15/08    Grand Total: 11 Parcels

*122-1292771*

**DOW CORNING**
Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605170676 | 15Feb2008 | 817354 |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 18Feb2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| 22703740 | ChemTrec 1-800-424-9300 |

**Ship-to 1002971**
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to 1002971**
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point 0013**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax     (260) 347-5819

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4214739  Standard Order from 29Jan2008
Purchase Order Number: 39800015 from 28Jan2008  Delivery Number: 8605170676

RECEIVING HOURS 7 AM - 3 PM

         RUBBER COMPDS UNVULCANIZED  171800. CL/60
3340520  SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
         Item total: 476.3 kg = 1050.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
         Customer Material: 6007023
         Batch: 0005151338               1050 lb        476.3 KG        513.5 KG
         Expiration Date: 04Aug2008
         899.99 lb in shipping unit 7509572 (PAL)
         150.00 lb in shipping unit 7509573 (PAL)
         RUBBER COMPDS UNVULCANIZED  171800  CL/60
3352200  SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
         Item total: 884.5 kg = 1950.0 lb
         Customer Spec No.: LEXINGTON: 23077V
         Cust. Spec Revision: 01  Revision Date: 15Oct2001
         Customer Material: 6007034

Discover more about Dow Corning at: http://www.dowcorning.com

