**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone (260) 347-5813     Fax (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

| Page |
|---|
| 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1004860120 | 18Feb2008 |

Invoice contact
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

Bill-to 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

Ship-to: 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 19Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight     895.8  KG          Gross Weight     965.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605174019   Issue date: 18Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4214730 Purchase order no: 39800014   from 28Jan2008 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005166936 | 1975 lb | 2.78 USD | 1 lb | 5490.50 |
| Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Total Payable (USD) | | | | 5490.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 5490.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605174019 | Issue Date<br>18Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>19Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22715210 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:    904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4214730   Standard Order from 29Jan2008
Purchase Order Number: 39800014 from 28Jan2008   Delivery Number: 8605174019
```

 

```
RECEIVING HOURS 7 AM - 3 PM
```

```
            RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351548     SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
            Item total: 895.8 kg =  1975.0 lb
            Customer Spec No.: FORD: WSB-M2D280-A5
            Revision Date: 29Jun1992
            Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
            Alt. Revision Date: 29Jun1992
            Customer Material: 6007047
            Batch: 0005166936                1975 lb        895.8 KG           965.8 KG
            Expiration Date: 13Aug2008
         1000.00 lb in shipping unit 7535235 (PAL)
          975.00 lb in shipping unit 7535239 (PAL)
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605174019 | Issue Date<br>18Feb2008 | Shipment Reference |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819<br>WS | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>19Feb2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>22715210 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN. 46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL   32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4214730   Standard Order from 29Jan2008
Purchase Order Number: 39800014 from 28Jan2008   Delivery Number: 8605174019
```

122-1292735 4




RECEIVING HOURS  7 AM - 3 PM

```
             RUBBER COMPDS UNVULCANIZED   171800  CL/60
3351548      SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
             Item total: 895.8 kg =  1975.0 lb
             Customer Spec No.: FORD: WSB-M2D280-A5
             Revision Date: 29Jun1992
             Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
             Alt. Revision Date: 29Jun1992
             Customer Material: 6007047
             Batch: 0005166936                1975.lb           895.8 KG          965.8 KG
             Expiration Date: 13Aug2008
          1000.00 lb in shipping unit 7535235 (PAL)
           975.00 lb in shipping unit 7535239 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

1221292735

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>2 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605174019 | Issue Date<br>18Feb2008 | Shipment Reference |

| Ship-to | Sold-to |
|---|---|
| LEXINGTON RUBBER GROUP INC | LEXINGTON RUBBER GROUP INC |

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges................................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed identification numbers) according to applicable regulations for each hazardous material named hereon.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this document.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED. | Total Shipping Units Tare Weight: | | 0.0 KG |
|---|---|---|---|
| | Total Weights: | 895.8 KG | 965.8 KG |

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE S1320Ev1

Shipped by: [signature]

Received by carrier: HMES [signature]

Received by customer: 2-18-8  SLC

No. of shipping units:
2-Pallet    0-Drum
0-Pail      0-Carton
0-IBC       0-Box
0-Bulk      0-Tank     0-Bag
Carr. Ref: 1221292735
Carrier:    USF HOLLAND INC (HMES)

Discover more about Dow Corning at: http://www.dowcorning.com

