| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|
| | | Invoice Number<br>**1004860121** | | Date<br>18Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813         Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 19Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight       226.8  KG                                    Gross Weight       244.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605177705   Issue date: 18Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4236081 Purchase order no: 39974  from 14Feb2008 | | | | |
| 3351734   SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005176396 | 500 lb | 24.49 USD | 1 lb | 12245.00 |
| Customer Material: 6007008 | | | | |
| Total Payable (USD) | | | | 12245.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1320Ev1 | Total Payable | Currency |
|---|---|---|
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 12245.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

|  Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605177705 | Issue Date<br>18Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>19Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax      (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4236081   Standard Order from 14Feb2008
Purchase Order Number: 39974 from 14Feb2008   Delivery Number: 8605177705
```



RECEIVING HOURS 7 AM - 3 PM

```
           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351734    SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN
           Item total: 226.8 kg =  500.0 lb
           Customer Material: 6007008
           Batch: 0005176396              500 lb        226.8 KG        244.5 KG
           Expiration Date: 16Aug2008
           500.01 lb in shipping unit 7536118 (PAL)
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

*102/092735*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|---|
| | | **Delivery Number** 8605177705 / **Issue Date** 18Feb2008 | **Shipment Reference** |
| | | **Route** Kendallville to Ohio, Id | **Delivery Date** 19Feb2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Terms of Delivery** CIP   PPAL FOB ORIGIN | **Shipping Conditions** Standard Surface |
| | | **Mode of Transport** Truck | **Emergency Call Numbers** DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |
|---|---|---|

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4236081  Standard Order from 14Feb2008
Purchase Order Number: 39974 from 14Feb2008  Delivery Number: 8605177705



RECEIVING HOURS 7 AM - 3 PM

| | | | | |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
| 3351734 | SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | |
| | Item total: 226.8 kg = 500.0 lb | | | |
| | Customer Material: 6007008 | | | |
| | Batch: 0005176396 | 500 lb | 226.8 KG | 244.5 KG |
| | Expiration Date: 16Aug2008 | | | |
| | 500.01 lb in shipping unit 7536118 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

*122129.2735*

| DOW CORNING<br>Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | | Delivery Note | | Page<br>2 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605177705 | Issue Date<br>18Feb2008 | Shipment Reference |

| Ship-to | Sold-to |
|---|---|
| LEXINGTON RUBBER GROUP INC | LEXINGTON RUBBER GROUP INC |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | | | | |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges............................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed identification numbers) according to applicable regulations for each hazardous material named hereon.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this doucment.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED. | Total Shipping Units Tare Weight: | 0.0 KG |
|---|---|---|
| | Total Weights: 226.8 KG | 244.5 KG |
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.S13205v1 | No. of shipping units: | |
| Shipped by: | 1-Pallet 0-Drum<br>0-Pail 0-Carton<br>0-IBC 0-Box | |
| Received by carrier: | 0-Bulk 0-Tank 0-Bag<br>Carr. Ref: 1221292735 | |
| Received by customer: | Carrier: USF HOLLAND INC (HMES) | |

Discover more about Dow Corning at: http://www.dowcorning.com

