| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>**1 of 1** |
|---|---|---|---|
| | | Invoice Number<br>**1004864548** | Date<br>20Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813      Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 21Mar2008 without deduction

Shipping Weight (net/gross)
 Net Weight     453.6  KG                                        Gross Weight     489.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605180725   Issue date: 20Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4224343 Purchase order no: 39800017   from 04Feb2008 | | | | |
| 4030692   SILASTIC(R)  23010-V DBRN SILICONE RUBBER DARK BROWN | | | | |
| Batch: 0005077335 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007155 | | | | |
| Total Payable (USD) | | | | 2780.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>2780.00 | Currency<br>USD |
|---|---|---|

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605180725 | Issue Date<br>20Feb2008 | Shipment Reference |
| | | Route<br>1 Day Transit Full Truck Load, U.S. | | Delivery Date<br>21Feb2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22736440 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
     Send Freight Bill with copy of Dow Corning Delivery Note to:
     APLL FREIGHT SYSTEMS, INC.
     1301 Riverplace Blvd., Suite 1100
     Jacksonville, FL 32207
     _____

     Forwarding Agent:
        APLL FREIGHT SYSTEMS, INC
        1301 RIVERPLACE BLVD., SUITE 1100
        JACKSONVILLE FL  32207
        Phone: 904 858 4652
        Fax:   904-858-4618
     Delivery Date receiving hours: Thursday from 07:00-15:00
     Sales Order Number: 4224343   Standard Order from 05Feb2008
     Purchase Order Number: 39800017 from 04Feb2008   Delivery Number: 8605180725
```



```
     _____
     RECEIVING HOURS 7 AM - 3 PM
     _____
                RUBBER COMPDS UNVULCANIZED   171800   CL/60
     4030692    SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN
                Item total: 453.6 kg =  1000.0 lb
                Customer Material: 6007155
                Batch: 0005077335                 1000 lb        453.6 KG        489.0 KG
                Expiration Date: 26May2008
            1000.00 lb in shipping unit 7543196 (PAL)
```

*Handwritten at top:* K184 Gibsons Newt 309075 3090204

WJSIMPKI-02/20/2008-11:03:58

## Consignment note

| INVOICING and INFORMATION | | Page 1 of 1 |
|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref. 819065<br>Date: 20Feb2008<br>Route: FTL001 — 1 Day Transit Full Truck Load, U.S.<br>Transport Description: Transport Branding<br>External Identification 1: seal 055618<br>External Identification 2: [handwritten]| VIA:<br>SUMMITT TRUCKING<br>PO Box 339<br>JEFFERSONVILLE IN 47130<br>UNITED STATES<br>Phone: 812 285 7777<br>Fax : 812 288 7777 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | BOX | IBC | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605180725 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 21Feb2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605180726 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer: LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 21Feb2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605181109 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 21Feb2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 4 | 8605183618 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 4 | | | | | | | | | | 1532.8 | 1360.8 | Buyer: LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 21Feb2008<br>Receiving hours: Thursday from 07:00-15:00 |

*Stamp:* RECEIVED FEB 21 2008 — LEXINGTON CONNECTOR SEALS — Contents Not Verified

*Signature:* Denny Moore (7)

*Handwritten:* Four Deliveries Shipped Together

Grand Total: | | | | | | | | | | | | | 2775.8 | 2494.8 | Grand Total: 7 Parcels

Legend: HAZ - The delivery has Hazardous materials for following modes: T - Departure Country:Road, S - Sea, A - Air, F - Final Destination Country:Road — E - Dangerous Good Data Error