Pls remit to address at bottom of invoice - Repeat Printout NOTIREK 04Apr2008 18:57:43

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

| | Invoice | |
|---|---|---|
| | | Page 1 of 1 |
| Invoice Number  1004864549 | | Date 20Feb2008 |
| Invoice contact  Cindy Ferrio | | |

Telephone  (260) 347-5813     Fax   (260) 347-5819
US Fed. Reg. No. 382702929

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 21Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight    226.8  KG            Gross Weight    265.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605180726   Issue date: 20Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4231276 Purchase order no: 39961  from 11Feb2008 | | | | |
| 4067888   SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN | | | | |
| Batch: 0005173170 | 500 lb | 3.28 USD | 1 lb | 1640.00 |
| Customer Material: 6007177 | | | | |
| Total Payable (USD) | | | | 1640.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 1640.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605180726 | Issue Date<br>20Feb2008 | Shipment Reference |
| | Route<br>1 Day Transit Full Truck Load, U.S. | Delivery Date<br>21Feb2008 |
| | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax    (260) 347-5819 | Mode of Transport<br>Truck<br>22736440 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231276  Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008  Delivery Number: 8605180726
```



RECEIVING HOURS 7 AM - 3 PM

| 4067888 | SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN | | | |
|---|---|---|---|---|
| | Item total: 226.8 kg = 500.0 lb | | | |
| | Customer Material: 6007177 | | | |
| | Batch: 0005173170 | 500 lb | 226.8 KG | 240.0 KG |
| | Expiration Date: 12Aug2008 | | | |
| | 500.01 lb in shipping unit 7543195 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

Handwritten at top: KI84 Gibsons 8 own + 309075 3090264

| INVOICING and INFORMATION | | Consignment note | | | | | | | | Page 1 of 1 | VIA: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dow Corning STI, Inc. Kendallville Site 111 S.Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax : (260) 347-5819 | | | | | | | | | | | SUMMITT TRUCKING PO Box 339 JEFFERSONVILLE IN 47130 UNITED STATES Phone: 812 285 7777 Fax : 812 288 7777 | |

WJSIMPKI-02/20/2008-11:03:58

| Shipment Ref. | Date | Route | | | | |
|---|---|---|---|---|---|---|
| 819065 | 20Feb2008 | FTL001 1 Day Transit Full Truck Load, U.S. | | | | |
| Transport Description | | Transport Branding | | | | |
| External Identification 1 seal 055618 | | External Identification 2 | | | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605180725 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605180726 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605181109 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 4 | 8605183618 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 4 | | | | | | | | | | 1532.8 | 1360.8 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |

Stamp: RECEIVED FEB 21 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

Signature: Denny Moore

Handwritten note: Four Deliveries Shipped Together

Grand Total: 7 | 2775.8 | 2494.8 | Grand Total: 7 Parcels

Legend: HAZ - The delivery has Hazardous materials for following mode: D-Departure Country: Road - S-Sea - A-Air - F-Final Destination Country Road - E-Dangerous Good Data Error