Pls remit to address at bottom of invoice   Repeat Printout NJHUREK 04Apr2008 18:58:05

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Invoice Number<br>**1004864550** | | Date<br>20Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | | |
| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | |

**Payment Terms**
30 days due net
Up to 21Mar2008 without deduction

**Shipping Weight (net/gross)**
           Net Weight     1814.4  KG                                Gross Weight      2021.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605181109   Issue date: 20Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4224332 Purchase order no: 39800016  from 04Feb2008 | | | | |
| 3351351   SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | | |
| Batch: 0005166963 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007059 | | | | |
| Delivery number: 8605183618   Issue date: 20Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| 3352200   SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005166956 | 1025 lb | 2.75 USD | 1 lb | 2818.75 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007034 | | | | |
| Delivery number: 8605183618   Issue date: 20Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

| | | | | |
|---|---|---|---|---|
| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | | **Invoice** | | Page<br>2 of 2 |
| | | Invoice Number<br>1004864550 | | Date<br>20Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813     Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | | |

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| 3351548  SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005171538 | 1975 lb | 2.78 USD | 1 lb | 5490.50 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |

Total Payable (USD)                                                                                            11089.25

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| | | |
|---|---|---|
| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 11089.25 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone (260) 347-5813
Fax         (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605181109 | 20Feb2008 | |

| Route | Delivery Date |
|---|---|
| 1 Day Transit Full Truck Load; U.S. | 21Feb2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP     PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck 22736440 | DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to**  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point**  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax         (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL   32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4224332   Standard Order from 05Feb2008
Purchase Order Number: 39800016 from 04Feb2008   Delivery Number: 8605181109



RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3351351 | SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | |
|   | Item total: 453.6 kg =  1000.0 lb | | | |
|   | Customer Material: 6007059 | | | |
|   | Batch: 0005166963 | 1000 lb | 453.6 KG | 489.0 KG |
|   | Expiration Date: 16Aug2008 | | | |
|   | 1000.00 lb in shipping unit 7543197 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

Handwritten top: K184 GIBSONS Grant 309045 3090264

## Consignment note

WJSIMPKI-02/20/2008-11:03:58

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

| Shipment Ref. | Date |
|---|---|
| 819065 | 20Feb2008 |

Transport Description: Transport Branding

| Route | Page |
|---|---|
| FTL001 1 Day Transit Full Truck Load, U.S. | 1 of 1 |

**VIA:**
SUMMITT TRUCKING
PO Box 339.
JEFFERSONVILLE IN 47130
UNITED STATES
Phone: 812 285 7777
Fax : 812 288 7777

External Identification 1: seal 055618
External Identification 2: (handwritten)

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAL | CTN | BOX | IBC | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605180725 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605180726 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605181109 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |
| 4 | 8605183618 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 4 | | | | | | | | | | 1532.8 | 1360.8 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 21Feb2008 Receiving hours: Thursday from 07:00-15:00 |

RECEIVED FEB 21 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

Signature: Denny Moore

Handwritten: Four Deliveries Shipped Together

Grand Total: 2775.8 | 2494.8 | Grand Total: 7 Parcels

Legend: HAZ - The delivery has Hazardous materials for following mode:...T - Departure Country Road...S - Sea, A - Air, F - Final Destination Country Road    - E - Dangerous Good Data Error

309204

| Delivery Note | Page 1 of 2 |
|---|---|

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605181109 | 20Feb2008 | |

| Route | Delivery Date |
|---|---|
| 1 Day Transit Full Truck Load, U.S. | 21Feb2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP   PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| 22736440 | ChemTrec 1-800-424-9300 |

Corning STI
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax        (260) 347-5819

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL 32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4224332   Standard Order from 05Feb2008
Purchase Order Number: 39800016 from 04Feb2008  Delivery Number: 8605181109

RECEIVED
FEB 2 1 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified




RECEIVING HOURS 7 AM - 3 PM

|   |   |   |   |   |
|---|---|---|---|---|
| 3351351 | RUBBER COMPDS UNVULCANIZED  171800  CL/60 SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | |
| | Item total: 453.6 kg =  1000.0 lb | | | |
| | Customer Material: 6007059 | | | |
| | Batch: 0005166963 | 1000 lb | 453.6 KG | 489.0 KG |
| | Expiration Date: 16Aug2008 | | | |

1000.00 lb in shipping unit 7543197 (PAL)