| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | | Page<br>1 of 1 |
|---|---|---|---|---|
| | | Invoice Number<br>**1004869001** | | Date<br>**22Feb2008** |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813     Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

| Payment Terms |
|---|
| 30 days due net<br>Up to 23Mar2008 without deduction |

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 923.1  KG | | Gross Weight | 1026.8  KG |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8605187271   Issue date: 22Feb2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4231276 Purchase order no: 39961   from 11Feb2008

| 4008957 | SILASTIC(R) 23081-V NAT SILICONE RUBBER NAT | | | |
|---|---|---|---|---|
| | Batch: 0005172833 | | | |
| | 1000 lb | 3.22 USD | 1 lb | 3220.00 |
| | Customer Material: 6007109 | | | |

| 4065993 | SILASTIC(R) 23077-V YEL SILICONE RUBBER   YELLOW | | | |
|---|---|---|---|---|
| | Batch: 0005172832 | | | |
| | 1035 lb | 2.75 USD | 1 lb | 2846.25 |
| | Customer Spec No.: LEXINGTON: 23077V | | | |
| | Cust. Spec Revision: 01 | | | |
| | Revision Date: 15Oct2001 | | | |
| | Customer Material: 6007174 | | | |

| Total Payable (USD) | | | | 6066.25 |
|---|---|---|---|---|

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 6066.25 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| Dow Corning STI  111 S. Progress Drive East  KENDALLVILLE IN 46755-3268 | Delivery Note | Page 1 of 2 |
|---|---|---|
| | **Delivery Number** 8605187271   **Issue Date** 22Feb2008 | **Shipment Reference** |
| | **Route** Kendallville to Ohio, 1d | **Delivery Date** 25Feb2008 |
| Telephone (260) 347-5813  Fax (260) 347-5819 | **Terms of Delivery** CIP   PPAL FOB ORIGIN | **Shipping Conditions** Standard Surface |
| | **Mode of Transport** Truck  22776780 | **Emergency Call Numbers** DowCorning 1-888-335-1331  ChemTrec 1-800-424-9300 |
| **Ship-to** 1002971  Receiving  LEXINGTON RUBBER GROUP INC  LEXINGTON CONNECTOR SEALS  1510 RIDGE ROAD  VIENNA OH 44473  Attn: Goods Receipt  Telephone (330)856-1121 | **Sold-to** 1002971  LEXINGTON RUBBER GROUP INC  LEXINGTON CONNECTOR SEALS  1510 RIDGE ROAD  VIENNA OH 44473 | **Shipping point** 0013  Dow Corning STI, Inc.  Kendallville Site  111 S.Progress Drive East  KENDALLVILLE IN 46755-3268  Telephone (260) 347-5813  Fax (260) 347-5819 |

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231276   Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008   Delivery Number: 8605187271

 

RECEIVING HOURS 7 AM - 3 PM

| | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 4008957 | SILASTIC(R) 23081-V NAT SILICONE RUBBER NAT | | | |
| | Item total: 453.6 kg = 1000.0 lb | | | |
| | Customer Material: 6007109 | | | |
| | Batch: 0005172833 | 1000 lb | 453.6 KG | 480.0 KG |
| | Expiration Date: 18Aug2008 | | | |
| | 1000.00 lb in shipping unit 7555963 (PAL) | | | |
| 4065993 | SILASTIC(R) 23077-V YEL SILICONE RUBBER  YELLOW | | | |
| | Item total: 469.5 kg = 1035.0 lb | | | |
| | Customer Spec No.: LEXINGTON: 23077V | | | |
| | Cust. Spec Revision: 01   Revision Date: 15Oct2001 | | | |
| | Customer Material: 6007174 | | | |
| | Batch: 0005172832 | 1035 lb | 469.5 KG | 496.8 KG |
| | Expiration Date: 18Aug2008 | | | |
| | 1035.01 lb in shipping unit 7555960 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

CRHALE-22.02.2008-00:18:19

## Consignment note

| INVOICING and INFORMATION | | | Page 1 of 1 |
|---|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref.<br>820146 | Date<br>22Feb2008 | Route  US0166<br>Kendallville to Ohio, 1d |
| | Transport Description | | Transport Branding |
| | External Identification 1 | | External Identification 2 |
| | | | VIA :<br>USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605187271 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 1026.8 | 923.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605187272<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 3 | | | | | | | | | | 1876.4 | 1168.0 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605187733 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 965.8 | 895.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 7 | | | | | | | | | | 3869.0 | 2986.9 | Grand Total: 7 Parcels |

Handwritten notes: 7/831 ; HMES Troy Ebert 2/22/08 ; TL# 209210 SL+C

Barcode: 122-1006038 7

Legend: HAZ - The delivery has Hazardous materials for following mode:  D. Departure Country. Road  S. Sea  A. Air  F. Final Destination Country. Road  E. Dangerous: Good-Data Error

*1221006038*

*gp*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605187271 | Issue Date<br>22Feb2008 | Shipment Reference |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>25Feb2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>22776780 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL 32207
   Phone: 904 858 4652
   Fax: 904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231276  Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008  Delivery Number: 8605187271

RECEIVING HOURS. 7 AM - 3 PM

```
             RUBBER COMPDS UNVULCANIZED  171800  CL/60
4008957    SILASTIC(R) 23081-V NAT SILICONE RUBBER NAT
             Item total: 453.6 kg =  1000.0 lb
             Customer Material: 6007109
             Batch: 0005172833              1000 lb        453.6 KG        480.0 KG
             Expiration Date: 18Aug2008
         1000.00 lb in shipping unit 7555963 (PAL)
4065993    SILASTIC(R) 23077-V YEL SILICONE RUBBER  YELLOW
             Item total: 469.5 kg =  1035.0 lb
             Customer Spec No.: LEXINGTON: 23077V
             Cust. Spec Revision: 01  Revision Date: 15Oct2001
             Customer Material: 6007174
             Batch: 0005172832              1035 lb        469.5 KG        496.8 KG
             Expiration Date: 18Aug2008
         1035.01 lb in shipping unit 7555960 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com



Shipped with:
# 860 518 7971
# 860 518 7972
# 860 518 7733

