**DOW CORNING**

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 2 |
|---|---|---|
| | Invoice Number<br>1004869002 | Date<br>22Feb2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 23Mar2008 without deduction

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 2063.8  KG | | Gross Weight | 2842.2  KG |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605187272   Issue date: 22Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4224343 Purchase order no: 39800017   from 04Feb2008 | | | | |
| 3340520    SILASTIC(R)  28034-V BLK SILICONE RUBBER BLACK | | | | |
| Batch: 0005158955 | 600 lb | 21.89 USD | 1 lb | 13134.00 |
| Customer Material: 6007023 | | | | |
| 3352200    SILASTIC(R)  23077-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005166958 | 1000 lb | 2.75 USD | 1 lb | 2750.00 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007034 | | | | |
| 3348717    SILASTIC(R)  23010-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005077350 | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Material: 6007046 | | | | |
| Delivery number: 8605187733   Issue date: 22Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | | Page<br>2 of 2 |
|---|---|---|---|---|
| **DOW CORNING** | | Invoice Number<br>**1004869002** | | Date<br>22Feb2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone  (260) 347-5813           Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005166937 | | | | |
| | 1975 lb | 2.78 USD | 1 lb | 5490.50 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Total Payable (USD) | | | | 24085.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 24085.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| Delivery Number<br>8605187272 | Issue Date<br>22Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>25Feb2008 |
| Telephone (260) 347-5813 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22776780 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4224343   Standard Order from 05Feb2008
Purchase Order Number: 39800017 from 04Feb2008   Delivery Number: 8605187272
```

 

```
RECEIVING HOURS 7 AM - 3 PM


           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3340520    SILASTIC(R)  28034-V BLK SILICONE RUBBER BLACK
           Item total: 272.2 kg =  600.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
           Customer Material: 6007023
           Batch: 0005158955                600 lb             272.2 KG            293.4 KG
           Expiration Date: 17Aug2008
          600.01 lb in shipping unit 7555957 (PAL)
           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3352200    SILASTIC(R)  23077-V BRN SILICONE RUBBER BROWN
           Item total: 453.6 kg =  1000.0 lb
           Customer Spec No.: LEXINGTON: 23077V
           Cust. Spec Revision: 01  Revision Date: 15Oct2001
           Customer Material: 6007034
           Batch: 0005166958               1000 lb             453.6 KG            480.0 KG
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

CRHALE-22.02.2008-00:18:19

## Consignment note

| INVOICING and INFORMATION | VIA: |
|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |

| Shipment Ref. | Date | Route | Page |
|---|---|---|---|
| 820146 | 22Feb2008 | Kendallville to Ohio, 1d | 1 of 1 |

Transport Description: Transport Branding

External Identification 1 | External Identification 2

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605187271 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 1026.8 | 923.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605187272<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 3 | | | | | | | | | | 1876.4 | 1168.0 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605187733 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 965.8 | 895.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 25Feb2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 7 | | | | | | | | | | 3869.0 | 2986.9 | Grand Total: 7 Parcels |

7/831

HMES Tray plant 2/22/08

TL# 209210 SL+C

122-1006038-7

Legend: HAZ - The delivery has Hazardous materials for following mode: D..Departure Country. Road - S - Sea - A - Air - F - Final Destination Country. Road - E - Dangerous Good Data Error

122/006038

| DOW CORNING<br>Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br><br>Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605187272 | Issue Date<br>22Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>25Feb2008 |
| | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>22776780 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE, FL 32207
  Phone: 904 858 4652
  Fax: 904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4224343   Standard Order from 05Feb2008
Purchase Order Number: 39800017 from 04Feb2008   Delivery Number: 8605187272

RECEIVING HOURS 7 AM - 3 PM

```
            RUBBER COMPDS UNVULCANIZED  171800  CL/60
3340520   SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
          Item total: 272.2 kg =  600.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
          Customer Material: 6007023
          Batch: 0005158955                  600 lb       272.2 KG        293.4 KG
          Expiration Date: 17Aug2008
          600.01 lb in shipping unit 7555957 (PAL)
          RUBBER COMPDS UNVULCANIZED  171800  CL/60
3352200   SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
          Item total: 453.6 kg =  1000.0 lb
          Customer Spec No.: LEXINGTON: 23077V
          Cust. Spec Revision: 01  Revision Date: 15Oct2001
          Customer Material: 6007034
          Batch: 0005166958                 1000 lb       453.6 KG        480.0 KG
```

Discover more about Dow Corning at: http://www.dowcorning.com

