Pls remit to address at bottom of invoice    Repeat Printout NJJUREK 04Apr2008 18:59:17

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone  (260) 347-5813        Fax   (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

| Page |
|---|
| 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1004871189 | 25Feb2008 |

Invoice contact
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1002971 | Ship-to: 1002971 |
|---|---|
| ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |

**Payment Terms**
30 days due net
Up to 26Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight         453.6  KG                          Gross Weight        489.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605194132  Issue date: 25Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4231606  Purchase order no: 39800019  from 11Feb2008 | | | | |
| 4030692   SILASTIC(R)  23010-V DBRN SILICONE RUBBER DARK BROWN | | | | |
| Batch: 0005077335 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007155 | | | | |
| Total Payable (USD) | | | | 2780.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 2780.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



**DOW CORNING**
Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605194132 | 25Feb2008 | |

| Route | | Delivery Date |
|---|---|---|
| Kendallville to Ohio, 1d | | 26Feb2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| 22819280 | ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax     (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4231606  Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605194132



RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED   171800  CL/60 | | | |
|---|---|---|---|---|
| 4030692 | SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN | | | |
|   | Item total: 453.6 kg = 1000.0 lb | | | |
|   | Customer Material: 6007155 | | | |
|   | Batch: 0005077335 | 1000 lb | 453.6 KG | 489.0 KG |
|   | Expiration Date: 26May2008 | | | |
|   | 1000.00 lb in shipping unit 7566490 (PAL) | | | |

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605194132 | Issue Date<br>25Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>26Feb2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | Terms of Delivery<br>CIP  PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>22819280 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
 APLL FREIGHT SYSTEMS, INC
 1301 RIVERPLACE BLVD., SUITE 1100
 JACKSONVILLE FL 32207
 Phone: 904 858 4652
 Fax: 904-858-4618

122-1292750  5

Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4231606  Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605194132

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
|---|---|---|---|---|
| 4030692 | SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN | | | |
| | Item total: 453.6 kg = 1000.0 lb | | | |
| | Customer Material: 6007155 | | | |
| | Batch: 0005077335 | 1000 lb | 453.6 KG | 489.0 KG |
| | Expiration Date: 26May2008 | | | |
| | 1000.00 lb in shipping unit 7566490 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

