Pls remit to address at bottom of invoice Repeat Printout NJJUREK 04Apr2008 18:59:40

DOW CORNING

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
United States

Telephone (260) 347-5813 Fax (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

Page 1 of 1

**Invoice Number** 1004873410

**Date** 26Feb2008

**Invoice contact**
Cindy Ferrio

**Phone: 989-496-7728 Fax: 989-496-6299**

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

**Payment Terms**
30 days due net
Up to 27Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight 476.3 KG Gross Weight 513.4 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605194490 Issue date: 26Feb2008 | | | | |
| Delivery terms: CIP PPAL FOB ORIGIN | | | | |
| Sales order: 4249136 Purchase order no: 39800025 from 25Feb2008 | | | | |
| 3351351 SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | | |
| Batch: 0005166963 | 1050 lb | 2.78 USD | 1 lb | 2919.00 |
| Customer Material: 6007059 | | | | |
| Total Payable (USD) | | | | 2919.00 |

**Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 2919.00 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**



Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

# Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605194490 | 26Feb2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 27Feb2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck<br>22830510 | DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

**Send Freight Bill with copy of Dow Corning Delivery Note to:**
**APLL FREIGHT SYSTEMS, INC.**
**1301 Riverplace Blvd., Suite 1100**
**Jacksonville, FL 32207**

**Forwarding Agent:**
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax: 904-858-4618

Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4249136 Standard Order from 25Feb2008
Purchase Order Number: 39800025 from 25Feb2008 Delivery Number: 8605194490



RECEIVING HOURS 7 AM - 3 PM

| | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED 171800 CL/60 | | | |
| 3351351 | SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | |
| | Item total: 476.3 kg = 1050.0 lb | | | |
| | Customer Material: 6007059 | | | |
| | Batch: 0005166963 | 1050 lb | 476.3 KG | 513.4 KG |
| | Expiration Date: 16Aug2008 | | | |
| | 1050.00 lb in shipping unit 7568050 (PAL) | | | |

DOW CORNING

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

# Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605194490 | 26Feb2008 | |

Route: Kendallville to Ohio, 1d — Delivery Date: 27Feb2008

Terms of Delivery: CIP PPAL FOB ORIGIN — Shipping Conditions: Standard Surface

Mode of Transport: Truck 22830510

Emergency Call Numbers: DowCorning 1-888-335-1331, ChemTrec 1-800-424-9300

| Ship-to 1002971 | Sold-to 1002971 | Shipping point 0013 |
|---|---|---|
| Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

USF 122-1006390 0

Unless otherwise agreed to in writing, driver signature acknowledges receipt of freight only and the terms and conditions of USF 100 Rules Tariff and NMF 100 Series apply to all shipments.

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax: 904-858-4618

Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4249136 Standard Order from 25Feb2008
Purchase Order Number: 39800025 from 25Feb2008 Delivery Number: 8605194490

RECEIVING HOURS 7 AM - 3 PM

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED 171800 CL/60 | | | |
| 3351351 | SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | |
| | Item total: 476.3 kg = 1050.0 lb. | | | |
| | Customer Material: 6007059 | | | |
| | Batch: 0005166963 | 1050 lb | 476.3 KG | 513.4 KG |
| | Expiration Date: 16Aug2008 | | | |
| | 1050.00 lb in shipping unit 7568050 (PAL) | | | |



USF Holland
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000 DUNS 00-777-3724 (HMES)

DELIVERY RECEIPT 1

LOCAL NO.
(330)549-2917

| ORIG. | DEST. | TYPE | P/C | BILLER | SHIPPER BOL NO. | PRO NUMBER |
|---|---|---|---|---|---|---|
| FW | YT | | P | MRL | 8605194490 | 122-1006390 0 WE27 |

CONSIGNEE
LEXINGTON CONNECTOR SEALS 68148
1510 RIDGE RD
VIENNA OH 444739704

P.O. NUMBER 39800025
DATE 02/26/08
COD AMOUNT

SHIPPER
DOW CORNING STI MIDWEST 8054
111 S PROGRESS DR E
KENDALLVILLE IN 467553268

BILL CHARGES TO
DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE IN 467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 535109 | 038N1 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 1 | | UNVULCANIZED RBR 171800 | 60.0 | 1132 | |
| | | ******* THANK YOU FOR USING USF HOLLAND | | | |
| | | ASK ABOUT OUR EXPEDITED SERVICE ******* | | | |
| 1 | | TOTALS | | 1132 | PPD |
| | | INV #: 22830510 | | | |

RECEIVED FEB 27 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

APPT. | REQUESTED DATE | TIME | SVC. CODE | INSIDE DELIVERY | APPOINTMENT/NOTIFY | LIFTGATE | SORT/SEGREGATING

DATE | TRAILER/BAY | PIECES | INITIALS

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

DATE **** | TRAILER/BAY | PIECES | INITIALS

PRINT NAME
SIGNATURE
FIRM
DRIVER
DATE DEL'D

OPER 1000 06/07-3.5