Pls remit to address at bottom of invoice    8RepeatPrintout NJJUREK 04Apr2008 19:00:04

| | | |
|---|---|---|
| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
| | Invoice Number<br>1004875450 | Date<br>01Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813       Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| | |
|---|---|
| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight       907.2  KG          Gross Weight       978.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605196974   Issue date: 27Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4231598 Purchase order no: 39800018   from 11Feb2008 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005172885 | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Batch: 0005172886 | 1025 lb | 2.78 USD | 1 lb | 2849.50 |
| Total Payable (USD) | | | | 5560.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| | | |
|---|---|---|
| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 5560.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605196974 | Issue Date<br>27Feb2008 | Shipment Reference |
| | | Route<br>1 Day Transit Full Truck Load, U.S. | | Delivery Date<br>28Feb2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22837770 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231598  Standard Order from 12Feb2008
Purchase Order Number: 39800018 from 11Feb2008  Delivery Number: 8605196974
```

 

```
RECEIVING HOURS 7 AM - 3 PM
```

|  | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3352200 | SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN | | | |
| | Item total: 453.6 kg  =   1000.0 lb | | | |
| | Customer Spec No.: LEXINGTON: 23077V | | | |
| | Cust. Spec Revision: 01  Revision Date: 15Oct2001 | | | |
| | Customer Material: 6007034 | | | |
| | Batch: 0005166958 | 1000 lb | 453.6 KG | 480.0 KG |
| | Expiration Date: 18Aug2008 | | | |
| | 1000.00 lb in shipping unit 7575355 (PAL) | | | |
| | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
| | Item total: 1360.8 kg  =   3000.0 lb | | | |
| | Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
| | Revision Date: 29Jun1992 | | | |
| | Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

CRHALE 02/27/2008 08:13:23                                                              Final

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605196974 | Issue Date<br>27Feb2008 | Shipment Reference |
| | Route<br>1 Day Transit Full Truck Load, U.S. | Delivery Date<br>28Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax         (260) 347-5819 | Mode of Transport<br>Truck<br>22837770 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231598   Standard Order from 12Feb2008
Purchase Order Number: 39800018 from 11Feb2008   Delivery Number: 8605196974

   

RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
|---|---|---|---|---|
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
|   | Item total: 907.2 kg =  2000.0 lb | | | |
|   | Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
|   | Revision Date: 29Jun1992 | | | |
|   | Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | |
|   | Alt. Revision Date: 29Jun1992 | | | |
|   | Customer Material: 6007047 | | | |
|   | Batch: 0005172885 | 975 lb | 442.3 KG | 476.8 KG |
|   | Expiration Date: 23Aug2008 | | | |
|   | 975.00 lb in shipping unit 7577659 (PAL) | | | |
|   | Batch: 0005172886 | 1025 lb | 464.9 KG | 501.2 KG |
|   | Expiration Date: 24Aug2008 | | | |
|   | 1025.00 lb in shipping unit 7577836 (PAL) | | | |


RECEIVED FEB 2 8 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

Discover more about Dow Corning at: http://www.dowcorning.com