| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004877421 | Date<br>01Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813  Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728  Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States | Ship-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight 442.3 KG    Gross Weight 476.8 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605200407  Issue date: 28Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4242141 Purchase order no: 39986  from 19Feb2008 | | | | |
| 3351343  SILASTIC(R) 23010-V TEAL SILICONE RUBBER TEAL | | | | |
| Batch: 0005182355 | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Material: 6007053 | | | | |
| Total Payable (USD) | | | | 2710.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.  S1320Ev1 | 2710.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605200407 | Issue Date<br>28Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, Id | | Delivery Date<br>29Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22850920 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax     (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Friday from 07:00-15:00
Sales Order Number: 4242141  Standard Order from 20Feb2008
Purchase Order Number: 39986 from 19Feb2008  Delivery Number: 8605200407
```



```
RECEIVING HOURS 7 AM - 3 PM


          RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351343   SILASTIC(R) 23010-V TEAL SILICONE RUBBER TEAL
          Item total: 442.3 kg =  975.0 lb
          Customer Material: 6007053
          Batch: 0005182355                975 lb          442.3 KG            476.8 KG
          Expiration Date: 24Aug2008
          975.00 lb in shipping unit 7580585 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br><br>Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605200407 | Issue Date<br>28Feb2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>29Feb2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>22850920 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207<br><br>Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL 32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Friday from 07:00-15:00<br>Sales Order Number: 4242141   Standard Order from 20Feb2008<br>Purchase Order Number: 39986 from 19Feb2008; Delivery Number: 8605200407 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 3351343 | RUBBER COMPDS UNVULCANIZED 171800 CL/60<br>SILASTIC(R) 23010-V TEAL SILICONE RUBBER TEAL<br>  Item total: 442.3 kg = 975.0 lb<br>  Customer Material: 6007053<br>  Batch: 0005182355<br>  Expiration Date: 24Aug2008<br>  975.00 lb in shipping unit 7580585 (PAL) | 975 lb | 442.3 KG | 476.8 KG |



122-1006056    1

2-28-08

Discover more about Dow Corning at: http://www.dowcorning.com

# USF Holland — Delivery Receipt

**750 EAST 40th ST. HOLLAND, MICHIGAN 49423**
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

LOCAL NO.: (330) 549-2917
ORIG: FW   DEST: VT   P/C: P   TYPE: —   BILLER: MRL
SHIPPER BOL NO.: 8605200407
PRO NUMBER: 122-1006056   1 FR29
DATE: 02/28/08

**CONSIGNEE:** LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA   OH 44473-9704
P.O. NUMBER: 39986   68148

**SHIPPER:** DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268   8054

BILL CHARGES TO: DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

INBOUND TRAILER: 5466660
ROUTE NO: 038N1

| PIECES | H/M | DESCRIPTION COUNT | CLASS | WEIGHT (LBS) |
|---|---|---|---|---|
| 1 | | SHIPPER LOAD & COUNT UNVULCANIZED RBR 171800 | 60.0 | 1051 |
| | | ******* THANK YOU FOR USING US ASK ABOUT OUR EXPEDITED SERVI... | | |
| 1 | | TOTALS | | 1051 |
| | | INV #: 22850920 | | |

RECEIVED FEB 29 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

COD AMOUNT: —
PPD/COL: PPD

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED, WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

OPER 1000 06/07-3.5