Pls remit to address at bottom of invoice   Repeat Printout NOUBEK 04Apr2008 19:36:48

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004880658 | Date<br>01Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |
| **Bill-to:** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

Payment Terms
30 days due net
Up to 31Mar2008 without deduction

Shipping Weight (net/gross)      Net Weight      226.8  KG            Gross Weight      265.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605203871   Issue date: 29Feb2008<br>Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4231276 Purchase order no: 39961   from 11Feb2008 | | | | |
| 4067888   SILASTIC(R)  23023-V BRN GNRC SIL RUBBER-BROWN<br><br>    Batch: 0005173171 | 500 lb | 3.28 USD | 1 lb | 1640.00 |
|     Customer Material: 6007177 | | | | |
| Total Payable (USD) | | | | 1640.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 1640.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone (260) 347-5813
Fax         (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605203871 | 29Feb2008 | |
| Route | | Delivery Date |
| Kendallville to Ohio, 1d | | 03Mar2008 |
| Terms of Delivery | | Shipping Conditions |
| CIP     PPAL FOB ORIGIN | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | DowCorning 1-888-335-1331 |
| | | ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to**  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point**  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax         (260) 347-5819

| Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|
| Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL  32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4231276   Standard Order from 12Feb2008<br>Purchase Order Number: 39961 from 11Feb2008   Delivery Number: 8605203871 | | | |



RECEIVING HOURS 7 AM - 3 PM

| | | | |
|---|---|---|---|
| 4067888    SILASTIC(R)  23023-V BRN GNRC SIL RUBBER-BROWN<br>        Item total: 226.8 kg =  500.0 lb<br>        Customer Material: 6007177<br>        Batch: 0005173171<br>        Expiration Date: 25Aug2008<br>    500.01 lb in shipping unit 7587406 (PAL) | 500 lb | 226.8 KG | 240.0 KG |

Discover more about Dow Corning at: **http://www.dowcorning.com**

CRHALE-29.02.2008-03:05:58

## Consignment note

| INVOICING and INFORMATION | | VIA: | Page |
|---|---|---|---|
| Dow Corning STI, Inc. | Shipment Ref. 822888 / Date 29Feb2008 | USF HOLLAND INC (HMES) | 1 of 1 |
| Kendallville Site | Route US0166 | 750 E 40TH ST | |
| 111 S.Progress Drive East | Kendallville to Ohio, 1d | HOLLAND MI 49422-9021 | |
| KENDALLVILLE IN 46755-3268 | Transport Description | UNITED STATES | |
| UNITED STATES | Transport Branding | Phone: (616)395-5170 | |
| Phone: (260) 347-5813 | External Identification 1 | Fax : (616)395-5185 | |
| Fax : (260) 347-5819 | External Identification 2 | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605203871 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone.(330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605203872<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 6 | | | | | | | | | | 3084.5 | 2274.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605203873<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 4 | | | | | | | | | | 1242.6 | 1102.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605203874 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605204111 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 13 | | | | | | | | | | 5557.9 | 4499.6 | Grand Total: 13 Parcels |

Barter 2.29.08

122-1006063

Legend: HAZ : The delivery has Hazardous materials for following mode: -D- Departure Country Road S: Sea A: Air F: Final Destination Country Road E: Dangerous Good Data Error

*122 1006063*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605203871 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>03Mar2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax     (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax     (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>   APLL FREIGHT SYSTEMS, INC<br>   1301 RIVERPLACE BLVD., SUITE 1100<br>   JACKSONVILLE FL 32207<br>   Phone: 904 858 4652<br>   Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4231276   Standard Order from 12Feb2008<br>Purchase Order Number: 39961 from 11Feb2008   Delivery Number: 8605203871 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | 4067888   SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN<br>          Item total: 226.8 kg = 500.0 lb<br>          Customer Material: 6007177<br>          Batch: 0005173171<br>          Expiration Date: 25Aug2008<br>          500.01 lb in shipping unit 7587406 (PAL) | 500 lb | 226.8 KG | 240.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

