Pls remit to address at bottom 01Mar2008 #1 repeat print on 01Apr2008 NISIUREK 04Apr2008 19:37:12

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | | Page<br>1 of 2 |
|---|---|---|---|---|

| | Invoice Number<br>**1004880659** | | Date<br>01Mar2008 |
|---|---|---|---|

| Invoice contact<br>Cindy Ferrio |
|---|

Telephone (260) 347-5813       Fax   (260) 347-5819
US Fed. Reg. No. 382702929

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

Shipping Weight (net/gross)
Net Weight              2717.0  KG                    Gross Weight          3561.2  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605203872   Issue date: 29Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4231606 Purchase order no: 39800019  from 11Feb2008 | | | | |
| 3340520   SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK | | | | |
| Batch: 0005158955 | | | | |
| | 430 lb | 21.89 USD | 1 lb | 9412.72 |
| Customer Material: 6007023 | | | | |
| Batch: 0005172874 | | | | |
| | 600 lb | 21.89 USD | 1 lb | 13134.00 |
| 3348717   SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005172882 | | | | |
| | 985 lb | 2.78 USD | 1 lb | 2738.30 |
| Customer Material: 6007046 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005185468 | | | | |
| | 2000 lb | 2.78 USD | 1 lb | 5560.00 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |

**DOW CORNING**

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

| **Invoice** | | **Page** 2 of 2 |
|---|---|---|

| **Invoice Number** 1004880659 | **Date** 01Mar2008 |
|---|---|

**Invoice contact**
Cindy Ferrio

Telephone  (260) 347-5813        Fax  (260) 347-5819
US Fed. Reg. No. 382702929

**Bill-to**
LEXINGTON RUBBER GROUP INC

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 3351360   SILASTIC(R) 23010-V RED SILICONE RUBBER RED | | | | |
| Batch: 0005158960 | | | | |
| | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007050 | | | | |
| Delivery number: 8605204111  Issue date: 29Feb2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| 3351351   SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | | |
| Batch: 0005172878 | | | | |
| | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Material: 6007059 | | | | |
| Total Payable (USD) | | | | 36335.52 |

**Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | **36335.52** | **USD** |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

| | **Delivery Note** | **Page**<br>**1 of 2** |
|---|---|---|

| **Delivery Number**<br>8605203872 | **Issue Date**<br>29Feb2008 | **Shipment Reference** |
|---|---|---|
| **Route**<br>Kendallville to Ohio, 1d | | **Delivery Date**<br>03Mar2008 |
| **Terms of Delivery**<br>CIP    PPAL FOB ORIGIN | | **Shipping Conditions**<br>Standard Surface |
| **Mode of Transport**<br>Truck<br>22865900 | | **Emergency Call Numbers**<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

Telephone (260) 347-5813
Fax      (260) 347-5819

| **Ship-to** 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | **Sold-to** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | **Shipping point** 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| H<br>M | **Goods Description** | **Quantity** | **Net Weight** | **Gross Weight** |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4231606  Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605203872
```

   

```
RECEIVING HOURS 7 AM - 3 PM
```

|  | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
|  | RUBBER COMPDS UNVULCANIZED  171800  CL/60 |  |  |  |
| 3340520 | SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK |  |  |  |
|  | Item total: 467.2 kg = 1030.0 lb |  |  |  |

`*** Avoid freezing - material not damaged, but difficult to use ***`

|  | | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
|  | Customer Material: 6007023 |  |  |  |
|  | Batch: 0005158955 | 430 lb | 195.0 KG | 210.3 KG |
|  | Expiration Date: 17Aug2008 |  |  |  |
|  | 430.01 lb in shipping unit 7587412 (PAL) |  |  |  |
|  | Batch: 0005172874 | 600 lb | 272.2 KG | 293.4 KG |
|  | Expiration Date: 24Aug2008 |  |  |  |
|  | 600.01 lb in shipping unit 7587416 (PAL) |  |  |  |
|  | RUBBER COMPDS UNVULCANIZED  171800  CL/60 |  |  |  |
| 3348717 | SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE |  |  |  |
|  | Item total: 446.8 kg = 985.0 lb |  |  |  |
|  | Customer Material: 6007046 |  |  |  |

Discover more about Dow Corning at: **http://www.dowcorning.com**

CRHALE-29.02.2008-03:05:58

## Consignment note

| INVOICING and INFORMATION | VIA: |
|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |

| Shipment Ref. | Date | Route | US0166 |
|---|---|---|---|
| 822888 | 29Feb2008 | Kendallville to Ohio, 1d | |

Transport Description    Transport Branding

External Identification 1    External Identification 2

Page 1 of 1

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605203871 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Due: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605203872<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 6 | | | | | | | | | | 3084.5 | 2274.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Due: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605203873<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 4 | | | | | | | | | | 1242.6 | 1102.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Due: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605203874 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Due: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605204111 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Due: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 13 | | | | | | | | | | 5557.9 | 4499.6 | Grand Total: 13 Parcels |

122-1006063

Legend: HAZ : The delivery has hazardous materials for following mode. - D : Departure Country Road - S : Sea - A : Air - F : Final Destination Country Road - B : Dangerous Good Data Error

Bertin 2·29·08



*122100(d)63*

## Delivery Note

| | Page 1 of 2 |
|---|---|

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605203872 | 29Feb2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 03Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| 22865900 | ChemTrec 1-800-424-9300 |

Telephone (260) 347-5813
Fax     (260) 347-5819

**Ship-to 1002971**
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to 1002971**
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point 0013**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax     (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to: APLL FREIGHT SYSTEMS, INC. 1301 Riverplace Blvd., Suite 1100 Jacksonville, FL 32207 | | | |
| | Forwarding Agent: APLL FREIGHT SYSTEMS, INC 1301 RIVERPLACE BLVD., SUITE 1100 JACKSONVILLE FL 32207 Phone: 904 858 4652 Fax:   904-858-4618 | | | |
| | Delivery Date receiving hours: Monday from 07:00-15:00 Sales Order Number: 4231606  Standard Order from 12Feb2008 Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605203872 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 3340520 | RUBBER COMPDS UNVULCANIZED 171800  CL/60 SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK Item total: 467.2 kg = 1030.0 lb *** Avoid freezing - material not damaged, but difficult to use *** Customer Material: 6007023 | | | |
| | Batch: 0005158955 | 430 lb | 195.0 KG | 210.3 KG |
| | Expiration Date: 17Aug2008 430.01 lb in shipping unit 7587412 (PAL) | | | |
| | Batch: 0005172874 | 600 lb | 272.2 KG | 293.4 KG |
| | Expiration Date: 24Aug2008 600.01 lb in shipping unit 7587416 (PAL) | | | |
| 3348717 | RUBBER COMPDS UNVULCANIZED 171800  CL/60 SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE Item total: 446.8 kg = 985.0 lb Customer Material: 6007046 | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

Shipped with:

# 860 520 3871
# 860 520 3872
# 860 520 3873
# 860 520 3874
# 860 520 4111



**USF Holland**

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

LOCAL NO.
(330)549-2917

| ORIG. | DEST. | TYPE | P/C | BILLER |
|-------|-------|------|-----|--------|
| FM | YT | P | MRL | 68148 |

SHIPPER BOL NO.

PRO NUMBER

860420-4111                     422-1-006-063
                                DATE              02/29/08

PO NUMBER
33800019

CONSIGNEE
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA          OH 444739704          (M02)

DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

SHIPPER
DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268          8054

**DELIVERY RECEIPT 1**

1  AMOUNT

PPD

| INBOUND TRAILER | ROUTE NO. | B/D. SCAC | ADV. SCAC | ADVANCE PRO | | ADVANCE DATE | | | PPD/COL |
|---|---|---|---|---|---|---|---|---|---|
| 592189 | 038N1 | | | | | | | | |

| PIECES | H/M | DESCRIPTION | SVC. CODE | CLASS | WEIGHT (LBS) | |
|--------|-----|-------------|-----------|-------|--------------|---|
| 13 | | UNVULCANIZED RBR 171800 | | 60.0 | 12255 | |
| | | ******* THANK YOU FOR USING USF HOLLAND | | | | |
| | | ASK ABOUT OUR EXPEDITED SERVICE ******** | | | | |
| 13 | | TOTALS | | | 12255 | |
| | | INV #: 22865900 | | | | |

| APPT. | REQUESTED DATE | TIME | SVC. CODE | | INSIDE DELIVERY | APPOINTMENT/NOTIFY | LIFTGATE | SORT/SEGREGATION |
|-------|----------------|------|-----------|---|---|---|---|---|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE,
SHIPMENT DELIVERED WRAP WITH WRAP INTACT UNLESS OTHERWISE NOTED.

| DATE | TRAILER/BAY | PIECES | INITIALS |
|------|-------------|--------|----------|
| | 40 | 13 | 175 |

PRINT NAME

SIGNATURE                    FIRM

| DATE | TRAILER/BAY | PIECES | INITIALS |
|------|-------------|--------|----------|
| **** | | | |

DRIVER          DATE DEL'D

OPER 1000 060/703-3