Pls remit to address at bottom of invoice    Repeat Printout ONGUREK 04Apr2008 19:37:35

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

| Invoice | |
|---|---|
| **Page** | 1 of 2 |
| **Invoice Number** 1004880660 | **Date** 01Mar2008 |
| **Invoice contact** Cindy Ferrio | |

Telephone (260) 347-5813    Fax  (260) 347-5819
US Fed. Reg. No. 382702929

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight    1102.1 KG       Gross Weight    1242.6 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605203873  Issue date: 29Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4242141 Purchase order no: 39986   from 19Feb2008 | | | | |
| 3351734    SILASTIC(R)  28095-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005182352 | 350 lb | 24.49 USD | 1 lb | 8571.50 |
| Customer Material: 6007008 | | | | |
| 2878658    SILASTIC(R)  LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box | | | | |
| Batch: 0005134410 | | | | |
| 100 lbs = | 2 Box | 24.51 USD | 1 lbs | 2451.00 |
| Customer Material: 6007105 | | | | |
| 4067890    SILASTIC(R)  23077-V RED SILICONE RUBBER RED | | | | |
| Batch: 0005182199 | 1980 lb | 2.75 USD | 1 lb | 5445.00 |
| Customer Material: 6007178 | | | | |
| Total Payable (USD) | | | | 16467.50 |

Discover more about Dow Corning at: **http://www.dowcorning.com**

Pls remit to address at bottom of invoice

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

# Invoice

Page
2 of 2

| Invoice Number | Date |
|---|---|
| **1004880660** | 01Mar2008 |

Invoice contact
Cindy Ferrio

Telephone (260) 347-5813    Fax (260) 347-5819
US Fed. Reg. No. 382702929

Bill-to
LEXINGTON RUBBER GROUP INC

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| | | | | |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 16467.50 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| DOW CORNING | | Delivery Number<br>8605203873 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>03Mar2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Mode of Transport<br>Truck<br>22865900 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

Shipping point  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax       (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL   32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4242141   Standard Order from 20Feb2008
Purchase Order Number: 39986 from 19Feb2008   Delivery Number: 8605203873

  

RECEIVING HOURS 7 AM - 3 PM

```
            RUBBER COMPDS UNVULCANIZED  171800   CL/60
3351734    SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN
            Item total: 158.8 kg =  350.0 lb
            Customer Material: 6007008
            Batch: 0005182352                 350 lb           158.8 KG              171.2 KG
            Expiration Date: 25Aug2008
           350.01 lb in shipping unit 7587421 (PAL)
            RUBBER COMPDS UNVULCANIZED  171800   CL/60
2878658    SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box
            Item total: 100.0 lbs =  2.0 Box
*** Avoid freezing - material not damaged, but difficult to use ***
            Customer Material: 6007105
            Batch: 0005134410                 2 Box            45.2 KG               46.0 KG
            Expiration Date: 25Jan2010
           2.00 Box in shipping unit 7587422 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

CRHALE-29.02.2008-03:05:58

## Consignment note

| INVOICING and INFORMATION | | | | Page 1 of 1 | VIA: |
|---|---|---|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref.<br>822888 | Date<br>29Feb2008 | Route US0166<br>Kendallville to Ohio, 1d | | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |
| | Transport Description | | Transport Branding | | |
| | External Identification 1 | | External Identification 2 | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605203871 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605203872<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 6 | | | | | | | | | | 3084.5 | 2274.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605203873<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 4 | | | | | | | | | | 1242.6 | 1102.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605203874 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605204111 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| | | | 13 | | | | | | | | | | 5557.9 | 4499.6 | Grand Total: 13 Parcels |

Grand Total:

*122-1006063 1*

Bates 2·29·08

Legend: HAZ : The delivery has Hazardous materials for following mode; -D : Departure Country/Road,-S: Sea,-A: Air, -F: Final Destination/Country Road,-E: Dangerous Good Data Error

122100603

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605203873 | Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, Id | | Delivery Date<br>03Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Mode of Transport<br>Truck<br>22865900 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL 32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4242141   Standard Order from 20Feb2008<br>Purchase Order Number: 39986 from 19Feb2008   Delivery Number: 8605203873 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>3351734   SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN<br>          Item total: 158.8 kg =   350.0 lb<br>          Customer Material: 6007008<br>          Batch: 0005182352<br>          Expiration Date: 25Aug2008<br>    350.01 lb in shipping unit 7587421 (PAL) | 350 lb | 158.8 KG | 171.2 KG |
| | RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>2878658   SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box<br>          Item total: 100.0 lbs =   2.0 Box<br>*** Avoid freezing - material not damaged, but difficult to use ***<br>          Customer Material: 6007105<br>          Batch: 0005134410<br>          Expiration Date: 25Jan2010<br>    2.00 Box in shipping unit 7587422 (PAL) | 2 Box | 45.2 KG | 46.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

