| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | Invoice | Page<br>1 of 1 |
|---|---|---|---|
| | | **Invoice Number**<br>1004880661 | **Date**<br>01Mar2008 |
| | | **Invoice contact**<br>Cindy Ferrio | |
| Telephone (260) 347-5813     Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 31Mar2008 without deduction

**Shipping Weight (net/gross)**
Net Weight        453.6  KG                            Gross Weight        489.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605203874   Issue date: 29Feb2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4214739 Purchase order no: 39800015   from 28Jan2008 | | | | |
| 4078834   SILASTIC(R) 23010-V LTGRN | | | | |
| Batch: 0005099166 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007195 | | | | |
| Total Payable (USD) | | | | 2780.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1320Ev1 | 2780.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605203874 — Issue Date<br>29Feb2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>03Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Telephone  (260) 347-5813<br>Fax          (260) 347-5819 | Mode of Transport<br>Truck<br>22865900 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4214739  Standard Order from 29Jan2008
Purchase Order Number: 39800015 from 28Jan2008  Delivery Number: 8605203874
```



RECEIVING HOURS 7 AM - 3 PM

| 4078834 | SILASTIC(R)  23010-V LTGRN | | | |
|---|---|---|---|---|
| | Item total: 453.6 kg =  1000.0 lb | | | |
| | Customer Material: 6007195 | | | |
| | Batch: 0005099166 | 1000 lb | 453.6 KG | 489.0 KG |
| | Expiration Date: 07Jun2008 | | | |
| 1000.00 lb in shipping unit 7587437 (PAL) | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

CRHALE-29.02.2008-03:05:58

## Consignment note

| INVOICING and INFORMATION | | | | | | | | | | VIA: | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | | | | | | | | | | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 | |

| Shipment Ref. | Date | Route | |
|---|---|---|---|
| 822888 | 29Feb2008 | US0166 Kendallville to Ohio, 1d | |
| Transport Description | | Transport Branding | |
| External Identification 1 | | External Identification 2 | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605203871 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605203872<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 6 | | | | | | | | | | 3084.5 | 2274.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605203873<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 4 | | | | | | | | | | 1242.6 | 1102.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605203874 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605204111 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 03Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 13 | | | | | | | | | | 5557.9 | 4499.6 | Grand Total: 13 Parcels |

Bates 2.29.08    13/1235

122-1006063

Legend: HAZ : The delivery has Hazardous materials for following mode: - D - Departure Country Road - S - Sea - A - Air - F - Final Destination Country Road - E - Dangerous Good: Data Error

122100663

| **Dow Corning STI**<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | **Page**<br>1 of 2 |
|---|---|---|---|
| | **Delivery Number**<br>8605203874 | **Issue Date**<br>29Feb2008 | **Shipment Reference** |
| | **Route**<br>Kendallville to Ohio, 1d | | **Delivery Date**<br>03Mar2008 |
| Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Terms of Delivery**<br>CIP   PPAL FOB ORIGIN | | **Shipping Conditions**<br>Standard Surface |
| | **Mode of Transport**<br>Truck<br>22865900 | | **Emergency Call Numbers**<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL  32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4214739  Standard Order from 29Jan2008<br>Purchase Order Number: 39800015 from 28Jan2008  Delivery Number: 8605203874 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | 4078834   SILASTIC(R) 23010-V LTGRN<br>          Item total: 453.6 kg =  1000.0 lb<br>          Customer Material: 6007195<br>          Batch: 0005099166<br>          Expiration Date: 07Jun2008<br>     1000.00 lb in shipping unit 7587437 (PAL) | 1000 lb | 453.6 KG | 489.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com



Shipped with:
# 860 530 3871
# 860 530 3872
# 860 530 3873

# 860 530 3874
# 860 530 4111