| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004883292 | Date<br>03Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813      Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 02Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight          907.2  KG                     Gross Weight         978.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605208066   Issue date: 03Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4231606 Purchase order no: 39800019   from 11Feb2008 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005172886 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Batch: 0005172887 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Total Payable (USD) | | | | 5560.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 5560.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605208066 | Issue Date<br>03Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>04Mar2008 |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>22881820 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4231606  Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605208066
```

 

RECEIVING HOURS 7 AM - 3 PM

```
        RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351548  SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
        Item total: 907.2 kg =  2000.0 lb
        Customer Spec No.: FORD: WSB-M2D280-A5
        Revision Date: 29Jun1992
        Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
        Alt. Revision Date: 29Jun1992
        Customer Material: 6007047
          Batch: 0005172886           1000 lb         453.6 KG           489.0 KG
          Expiration Date: 24Aug2008
        1000.00 lb in shipping unit 7593472 (PAL)
          Batch: 0005172887           1000 lb         453.6 KG           489.0 KG
          Expiration Date: 24Aug2008
        1000.00 lb in shipping unit 7593473 (PAL)
```

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605208066 | Issue Date<br>03Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>04Mar2008 |
| | Telephone (260) 347-5813 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22881820 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904-858 4652
Fax:   904-858-4618

122-1006399  9

Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4231606   Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008   Delivery Number: 8605208066

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
|---|---|---|---|---|
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
| | Item total: 907.2 kg = 2000.0 lb | | | |
| | Customer Spec No.: FORD: WSB-M2D280-A5 | | | |
| | Revision Date: 29Jun1992 | | | |
| | Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
| | Alt. Revision Date: 29Jun1992 | | | |
| | Customer Material: 6007047 | | | |
| | Batch: 0005172886 | 1000 lb | 453.6 KG | 489.0 KG |
| | Expiration Date: 24Aug2008 | | | |
| | 1000.00 lb in shipping unit 7593472 (PAL) | | | |
| | Batch: 0005172887 | 1000 lb | 453.6 KG | 489.0 KG |
| | Expiration Date: 24Aug2008 | | | |
| | 1000.00 lb in shipping unit 7593473 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

