| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | Invoice | Page<br>1 of 2 |
|---|---|---|---|
| | | Invoice Number<br>1004888065 | Date<br>05Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |
| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

| Payment Terms |
|---|
| 30 days due net<br>Up to 04Apr2008 without deduction |

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 1791.7  KG | | Gross Weight | 1947.5  KG |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605215463   Issue date: 05Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4231617 Purchase order no: 39800020   from 11Feb2008 | | | | |
| 3352200   SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005166958 | 1000 lb | 2.75 USD | 1 lb | 2750.00 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007034 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005172889 | 1950 lb | 2.78 USD | 1 lb | 5421.00 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Delivery number: 8605218548   Issue date: 05Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | | Page<br>2 of 2 |
|---|---|---|---|---|
| **DOW CORNING** | | Invoice Number<br>1004888065 | | Date<br>05Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | | |
| Telephone (260) 347-5813   Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 3351351  SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | | |
| Batch: 0005188873 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007059 | | | | |
| Total Payable (USD) | | | | 10951.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 10951.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

|  Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605215463 | Issue Date<br>05Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>06Mar2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax    (260) 347-5819 | Mode of Transport<br>Truck<br>22911410 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971 | Sold-to 1002971 | Shipping point 0013 |
|---|---|---|
| Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207
```

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL   32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231617   Standard Order from 12Feb2008
Purchase Order Number: 39800020 from 11Feb2008   Delivery Number: 8605215463

RECEIVING HOURS 7 AM - 3 PM

```
           RUBBER COMPDS UNVULCANIZED    171800    CL/60
3352200    SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
           Item total: 453.6 kg =  1000.0 lb
           Customer Spec No.: LEXINGTON: 23077V
           Cust. Spec Revision: 01  Revision Date: 15Oct2001
           Customer Material: 6007034
           Batch: 0005166958             1000 lb        453.6 KG        480.0 KG
           Expiration Date: 18Aug2008
        1000.00 lb in shipping unit 7603111 (PAL)
           RUBBER COMPDS UNVULCANIZED    171800    CL/60
3351548    SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
           Item total: 884.5 kg =  1950.0 lb
           Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
           Revision Date: 29Jun1992
           Alt. Customer Spec No.: FORD: WSB-M2D280-A5
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

BLMCKINL-03/05/2008-14:19:03

## Consignment note

| INVOICING and INFORMATION | VIA: | Page |
|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax: (260) 347-5819 | USF HOLLAND INC (HMES)<br>750 E 40TH ST -<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax: 616-395-5185 | 1 of 1 |

| Shipment Ref | Date | Route | |
|---|---|---|---|
| 824844 | 05Mar2008 | US0166 Kendallville to Ohio, 1d | |

Transport Description: Transport Branding

External Identification 1: 1221292695
External Identification 2:

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605218262 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | 2 | | | | | 1026.9 | 952.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 06Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605215463 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 3 | | | | | | | | | | 1458.5 | 1338.1 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 06Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605218548 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | 1 | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 06Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 3 | | | | | 3 | | | | | 2974.4 | 2744.2 | Grand Total: 6 Parcels |

USF 122-1292695 1

Legend: HAZ - The delivery has Hazardous materials for following modes: - D: Departure Country Road - S: Sea - A: Air - F Final Destination Country Road - E Dangerous Good Data Error

102129265

CRHALE 03/05/2008 14:18:37

**DOW CORNING**
Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax         (260) 347-5819

## Delivery Note
Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605215463 | 05Mar2008 | 824844 |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 06Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP     PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck 22911410 | DowCorning 1-888-335-1331 ChemTree 1-800-424-9300 |

| Ship-to 1002971 | Sold-to 1002971 | Shipping point 0013 |
|---|---|---|
| Receiving LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 Attn: Goods Receipt Telephone (330)856-1121 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 | Dow Corning STI, Inc. Kendallville Site 111 S.Progress Drive East KENDALLVILLE IN 46755-3268 Telephone (260) 347-5813 Fax         (260) 347-5819 |

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231617   Standard Order from 12Feb2008
Purchase Order Number: 39800020 from 11Feb2008   Delivery Number: 8605215463

RECEIVING HOURS 7 AM - 3 PM

```
         RUBBER COMPDS UNVULCANIZED  171800   CL/60
3352200  SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
         Item total: 453.6 kg =  1000.0 lb
         Customer Spec No.: LEXINGTON: 23077V
         Cust. Spec Revision: 01  Revision Date: 15Oct2001
         Customer Material: 6007034
         Batch: 0005166958                          1000 lb         453.6 KG         480.0 KG
         Expiration Date: 18Aug2008
    1000.00 lb in shipping unit 7603136 (PAL)
         RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351548  SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
         Item total: 884.5 kg =  1950.0 lb
         Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
         Revision Date: 29Jun1992
         Alt. Customer Spec No.: FORD: WSB-M2D280-A5
```

Discover more about Dow Corning at: http://www.dowcorning.com




Shipped with:
# 8605318363
# 8605315463
# 8605318548