| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | Invoice | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004888066 | Date<br>05Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |
| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

| Payment Terms |
|---|
| 30 days due net<br>Up to 04Apr2008 without deduction |

| Shipping Weight (net/gross) | | | |
|---|---|---|---|
| Net Weight | 952.5  KG | Gross Weight | 1026.9  KG |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

```
Delivery number: 8605218262   Issue date: 05Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN


Sales order: 4231606 Purchase order no: 39800019  from 11Feb2008


3351548    SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE

           Batch: 0005172890
                    2100 lb            2.78 USD          1 lb            5838.00
           Customer Spec No.: FORD: WSB-M2D280-A5
           Revision Date: 29Jun1992
           Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
           Alternate Revision Date: 29Jun1992
           Customer Material: 6007047

Total Payable (USD)                                                      5838.00
```

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 5838.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605218262 | Issue Date<br>05Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>06Mar2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4231606  Standard Order from 12Feb2008
Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605218262
```

 

```
RECEIVING HOURS 7 AM - 3 PM
```

|  | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
| | Item total: 952.5 kg = 2100.0 lb | | | |
| | Customer Spec No.: FORD: WSB-M2D280-A5 | | | |
| | Revision Date: 29Jun1992 | | | |
| | Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
| | Alt. Revision Date: 29Jun1992 | | | |
| | Customer Material: 6007047 | | | |
| | Batch: 0005172890 | 2100 lb | 952.5 KG | 1026.9 KG |
| | Expiration Date: 30Aug2008 | | | |
| | 1100.00 lb in shipping unit 7605322 (Box) | | | |
| | 1000.00 lb in shipping unit 7605323 (Box) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

BLMCKINL-03/05/2008-14:19:03

## Consignment note

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax: (260) 347-5819

**Shipment Ref:** 824844
**Date:** 05Mar2008
**Route:** US0166 Kendallville to Ohio, 1d
**Transport Description:** Transport Branding
**External Identification 1:** 1221292695
**External Identification 2:**
**Page:** 1 of 1

**VIA:**
USF HOLLAND INC (HMES)
750 E. 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax: (616)395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAF | CTN | IBC | BOX | Bulk/Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605218262 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | 2 | | | | 1026.9 | 952.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 06Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605215463 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 3 | | | | | | | | | 1458.5 | 1338.1 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 06Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605218548 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | 1 | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 06Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| **Grand Total:** | | | 3 | | | | | 3 | | | | 2974.4 | 2744.2 | Grand Total: 6 Parcels |

122-1292695

Legend: HAZ: The delivery has Hazardous materials for following mode: -D:Departure Country Road -S:Sea -A:Air -F Final Destination Country Road - E Dangerous Good Data Error



1002092695

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605218262 | Issue Date<br>05Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>06Mar2008 |
| | Telephone (260) 347-5813 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Fax         (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC.<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL  32207<br>  Phone:  904 858 4652<br>  Fax:    904-858-4618<br>Delivery Date receiving hours: Thursday from 07:00-15:00<br>Sales Order Number: 4231606  Standard Order from 12Feb2008<br>Purchase Order Number: 39800019 from 11Feb2008  Delivery Number: 8605218262 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 3351548 | RUBBER COMPDS UNVULCANIZED   171800   CL/60<br>SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE<br>  Item total: 952.5 kg =  2100.0 lb<br>  Customer Spec No.: FORD: WSB-M2D280-A5<br>  Revision Date: 29Jun1992<br>  Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5<br>  Alt. Revision Date: 29Jun1992<br>  Customer Material: 6007047<br>  Batch: 0005172890<br>  Expiration Date: 30Aug2008<br>  1100.00 lb in shipping unit 7605322 (Box)<br>  1000.00 lb in shipping unit 7605323 (Box) | 2100 lb | 952.5 KG | 1026.9 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

