| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>**1004892790** | Date<br>08Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813       Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

| Payment Terms<br>30 days due net<br>Up to 07Apr2008 without deduction |
|---|

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight  135.6  KG | | | Gross Weight  140.8  KG | |
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8605225132   Issue date: 07Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4252091 Purchase order no: 40007   from 26Feb2008

| 2889609 | SILASTIC(R)  LS 4-9040 FLUOROSILICONE RUBBER,22.6 KG Box | | | | |
|---|---|---|---|---|---|
| | Batch: 0005095912 | | | | |
| | 200 lbs = | 4 Box | 24.51 USD | 1 lbs | 4902.00 |
| | Customer Material: 6007045 | | | | |

| 2878658 | SILASTIC(R)  LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box | | | | |
|---|---|---|---|---|---|
| | Batch: 0005149684 | | | | |
| | 100 lbs = | 2 Box | 24.51 USD | 1 lbs | 2451.00 |
| | Customer Material: 6007105 | | | | |

| Total Payable (USD) | | | | | 7353.00 |
|---|---|---|---|---|---|

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1320Ev1 | 7353.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**


| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| Delivery Number<br>8605225132 | Issue Date<br>07Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>10Mar2008 |
| Telephone (260) 347-5813<br>Fax (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax    (260) 347-5819 |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4252091  Standard Order from 27Feb2008
Purchase Order Number: 40007 from 26Feb2008  Delivery Number: 8605225132
```



RECEIVING HOURS 7 AM - 3 PM

```
            RUBBER COMPDS UNVULCANIZED  171800   CL/60
2889609     SILASTIC(R) LS 4-9040 FLUOROSILICONE RUBBER,22.6 KG Box
            Item total: 200.0 lbs =  4.0 Box
            Customer Material: 6007045
            Batch: 0005095912                  4 Box          90.4 KG         94.8 KG
            Expiration Date: 04Jan2010
             4.00 Box in shipping unit 7616668 (PAL)
            RUBBER COMPDS UNVULCANIZED  171800   CL/60
2878658     SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box
            Item total: 100.0 lbs =  2.0 Box
*** Avoid freezing - material not damaged, but difficult to use ***
            Customer Material: 6007105
            Batch: 0005149684                  2 Box          45.2 KG         46.0 KG
            Expiration Date: 22Feb2010
             2.00 Box in shipping unit 7616668 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/07/2008:14:11:35

## Consignment note

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

**VIA:** USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49423-9631
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

Page 1 of 1

| Shipment Ref. | Date | Route | |
|---|---|---|---|
| 625852 | 07Mar2008 | US9166 | Kendallville to Ohio, 1d |

Transport Description: Transport Branding

External Identification 1: 12210006086
External Identification 2:

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605225131 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | 2 | | | | | 1623.8 | 963.9 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 10Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605225132 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | | | | | | 140.8 | 135.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 10Mar2008 Receiving hours: Monday from 07:00-15:00 ***Packed on existing Pallet: 1 |
| 3 | 8605225479 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | 1 | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 10Mar2008 Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 1 | | | | | 3 | | | | | 2253.6 | 1553.1 | Grand Total: 4 Parcels |

USF 122-1006086 0

Legend: HAZ - The delivery has Hazardous materials for following mode: ...D-Departure Country:Road, ...S-Sea, ...A-Air, ...F-Final Destination Country Road ...E Dangerous Good Data Error

handwritten: 4 funny 245F   3-7-08 PPAL

*122101646*

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone (260) 347-5813
Fax          (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number 8605225132 | Issue Date 07Mar2008 | Shipment Reference |
|---|---|---|
| Route Kendallville to Ohio, Id | | Delivery Date 10Mar2008 |
| Terms of Delivery CIP    PPAL FOB ORIGIN | | Shipping Conditions Standard Surface |
| Mode of Transport Truck | | Emergency Call Numbers DowCorning 1-888-335-1331 ChemTrec 1-800-424-9300 |

**Ship-to 1002971**
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to 1002971**
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point  0013**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax          (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4252091  Standard Order from 27Feb2008
Purchase Order Number: 40007 from 26Feb2008.  Delivery Number: 8605225132

RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
|---|---|---|---|---|
| 2889609 | SILASTIC(R) LS 4-9040 FLUOROSILICONE RUBBER,22.6 KG Box | | | |
|  | Item total: 200.0 lbs = 4.0 Box | | | |
|  | Customer Material: 6007045 | | | |
|  | Batch: 0005095912 | 4 Box | 90.4 KG | 94.8 KG |
|  | Expiration Date: 04Jan2010 | | | |
|  | 4.00 Box in shipping unit 7616668 (PAL) | | | |
|  | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
| 2878658 | SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box | | | |
|  | Item total: 100.0 lbs = 2.0 Box | | | |
|  | *** Avoid freezing - material not damaged, but difficult to use *** | | | |
|  | Customer Material: 6007105 | | | |
|  | Batch: 0005149684 | 2 Box | 45.2 KG | 46.0 KG |
|  | Expiration Date: 22Feb2010 | | | |
|  | 2.00 Box in shipping unit 7616668 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

## USF Holland — Delivery Receipt 1

**LOCAL NO.** (330)549-2917
750 EAST 40th ST. HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | YT | | P | MRL |

**SHIPPER BOL NO.** 8605225479
**PRO NUMBER** 122-1006086 0 M010
**P.O. NUMBER** 39800021
**DATE** 03/07/08

**CONSIGNEE:**
LEXINGTON CONNECTOR SEALS   68148
1510 RIDGE RD
VIENNA   OH 444739704

**SHIPPER:**
DOW CORNING STI MIDWEST   8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553269

**BILL CHARGES TO:**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**INBOUND TRAILER** 546694   **ROUTE NO.** 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 4 | | SHIPPER LOAD & COUNT UNVULCANIZED RBR 171800 | 60.0 | 4969 | |
| | | AS WEIGHT | | 5000 | |
| | | ******* THANK YOU FOR USING USF HOLLAND ASK ABOUT OUR EXPEDITED SERVICE ***** | | | |
| 4 | | TOTALS | | 4969 | PPD |

RECEIVED MAR 10 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

PRINT NAME: Denny Moore
SIGNATURE: Denny Moore
FIRM: LCS   1/2

OPER 1000 06/07-3,5

---

## USF Holland — Delivery Receipt 1

**LOCAL NO.** (330)549-2917
750 EAST 40th ST. HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | YT | | P | MRL |

**SHIPPER BOL NO.** 8605225479
**PRO NUMBER** 122-1006086 0 M010
**P.O. NUMBER** 39800021
**DATE** 03/07/08

**CONSIGNEE:**
LEXINGTON CONNECTOR SEALS   68148
1510 RIDGE RD
VIENNA   OH 444739704

**SHIPPER:**
DOW CORNING STI MIDWEST   8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**BILL CHARGES TO:**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**INBOUND TRAILER** 546694   **ROUTE NO.** 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| | | INV #: 22955820 | | | |

Shipped with:
# 860 522 5131
# 860 522 5132
# 860 522 5479

RECEIVED MAR 10 2008 LEXINGTON CONNECTOR SEALS Contents Not Verified

OPER 1000 06/07-3,5