| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004897393 | Date<br>11Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone  (260) 347-5813        Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 10Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight                  90.7  KG                                         Gross Weight         123.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605231974   Issue date: 11Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4261456 Purchase order no: 40031   from 04Mar2008 | | | | |
| 2354926   SILASTIC(R)  LS-2860 FLUOROSILICONE RUBBER,453.5 KG  (1000 LB)  Box | | | | |
| Batch: 0005134403 | 200 lbs | 26.38 USD | 1 lbs | 5276.00 |
| Customer Material: 6007029 | | | | |
| Total Payable (USD) | | | | 5276.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.     S1320Ev1 | 5276.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax        (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605231974 | 11Mar2008 | |
| **Route** Kendallville to Ohio, 1d | | **Delivery Date** 12Mar2008 |
| **Terms of Delivery** CIP   PPAL FOB ORIGIN | | **Shipping Conditions** Standard Surface |
| **Mode of Transport** Truck  22989820 | | **Emergency Call Numbers** DowCorning 1-888-335-1331 ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008   Delivery Number: 8605231974
```



RECEIVING HOURS 7 AM - 3 PM

```
          RUBBER COMPDS UNVULCANIZED  171800   CL/60
2354926   SILASTIC(R) LS-2860 FLUOROSILICONE RUBBER,453.5 KG (1000 LB) Box
          Item total: 90.7 kg =  200.0 lbs
          Customer Material: 6007029
          Batch: 0005134403                200 lbs          90.7 KG          98.0 KG
          Expiration Date: 05Feb2011
          200.00 lbs in shipping unit 7631119 (PAL)
```

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605231974 | Issue Date<br>11Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>12Mar2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>22989820 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605231974

RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
|---|---|---|---|---|
| 2354926 | SILASTIC(R) LS-2860 FLUOROSILICONE RUBBER,453.5 KG (1000 LB) Box | | | |
|   | Item total: 90.7 kg = 200.0 lbs | | | |
|   | Customer Material: 6007029 | | | |
|   | Batch: 0005134403 | 200 lbs | 90.7 KG | 98.0 KG |
|   | Expiration Date: 05Feb2011 | | | |
|   | 200.00 lbs in shipping unit 7631119 (PAL) | | | |


122-1006099  6

Discover more about Dow Corning at: http://www.dowcorning.com

## USF Holland — Delivery Receipt

**750 EAST 40th ST., HOLLAND, MICHIGAN 49423**
PHONE (616) 395-5000    DUNS 00-777-3724 (HMES)

LOCAL NO. (330) 549-2917
ORIG: FW    DEST: YT    TYPE: P    P/C: P    BILLER: TWR    68148
SHIPPER B/L NO.: 8605231974
PRO NUMBER: 122-1006098    6 WE12

**CONSIGNEE:** LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA    OH 44473-9704
P.O. NUMBER: 40031
DATE: 03/11/08

**SHIPPER:** DOW CORNING STI MIDWEST    8054
111 S PROGRESS DR E
KENDALLVILLE    IN 46755-3268

**BILL CHARGES TO:** DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE    IN 46755-3268

INBOUND TRAILER: 5463391
ROUTE NO: 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) |
|---|---|---|---|---|
| 1 | | UNVULCANIZED RBR 171800 SK | 60.0 | 271 |
| | | ****** THANK YOU FOR USING USF HOLLAND ****** | | |
| | | ASK ABOUT OUR EXPEDITED SERVICE | | |
| 1 | | TOTALS | | |
| | | INV #: 22989820 | | |

RECEIVED MAR 12 2008
LEXINGTON CONNECTOR SEALS — Contents Not Verified

PPD/COL: PPD

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED, WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.
PRINT NAME: Benny Moore
SIGNATURE: Benny Moore
FIRM: ESS

OPER 1000 06/07-3.5