| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 2 |
|---|---|---|
| | Invoice Number<br>1004899452 | Date<br>12Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone  (260) 347-5813     Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |
| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

| Payment Terms |
|---|
| 30 days due net<br>Up to 11Apr2008 without deduction |

| Shipping Weight (net/gross)<br>Net Weight     1610.3  KG | Gross Weight     1777.0  KG |
|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605235163   Issue date: 12Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4248101 Purchase order no: 39800022   from 22Feb2008 | | | | |
| 3340520    SILASTIC(R)  28034-V BLK SILICONE RUBBER BLACK | | | | |
| Batch: 0005172874 | 425 lb | 21.89 USD | 1 lb | 9303.27 |
| Customer Material: 6007023 | | | | |
| Batch: 0005172875 | 100 lb | 21.89 USD | 1 lb | 2189.00 |
| 3352200    SILASTIC(R)  23077-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005172868 | 1000 lb | 2.75 USD | 1 lb | 2750.00 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007034 | | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | Invoice | Page<br>2 of 2 |
|---|---|---|
| | Invoice Number<br>1004899452 | Date<br>12Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | Bill-to<br>LEXINGTON RUBBER GROUP INC | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005188939 | 2025 lb | 2.78 USD | 1 lb | 5629.50 |
| Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |

Total Payable (USD)                                                                                     19871.77

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 19871.77 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

**DOW CORNING**

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone  (260) 347-5813
Fax          (260) 347-5819

## Delivery Note

| Page |
|---|
| 1 of 2 |

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605235163 | 12Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 13Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| | ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to**  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point**  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax       (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207

Forwarding Agent:
    APLL FREIGHT SYSTEMS, INC
    1301 RIVERPLACE BLVD., SUITE 1100
    JACKSONVILLE FL  32207
    Phone: 904 858 4652
    Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4248101   Standard Order from 25Feb2008
Purchase Order Number: 39800022 from 22Feb2008  Delivery Number: 8605235163
```



RECEIVING HOURS 7 AM - 3 PM

```
        RUBBER COMPDS UNVULCANIZED  171800   CL/60
3340520    SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
        Item total: 238.1 kg =   525.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
        Customer Material: 6007023
        Batch: 0005172874             425 lb        192.8 KG         207.8 KG
        Expiration Date: 24Aug2008
        425.01 lb in shipping unit 7636184 (PAL)
        Batch: 0005172875             100 lb         45.4 KG          48.9 KG
        Expiration Date: 28Aug2008
        100.00 lb in shipping unit 7636184 (PAL)
        RUBBER COMPDS UNVULCANIZED  171800   CL/60
3352200    SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
        Item total: 453.6 kg =  1000.0 lb
        Customer Spec No.: LEXINGTON: 23077V
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605235163 | Issue Date<br>12Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>13Mar2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4248101  Standard Order from 25Feb2008
Purchase Order Number: 39800022 from 22Feb2008  Delivery Number: 8605235163
```

USF 122-1288027 3




```
RECEIVING HOURS 7 AM - 3 PM

          RUBBER COMPDS UNVULCANIZED  171800  CL/60
3340520   SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
          Item total: 238.1 kg = 525.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
          Customer Material: 6007023
          Batch: 0005172874              425 lb         192.8 KG        207.8 KG
          Expiration Date: 24Aug2008
       425.01 lb in shipping unit 7636184 (PAL)
          Batch: 0005172875              100 lb          45.4 KG         48.9 KG
          Expiration Date: 28Aug2008
       100.00 lb in shipping unit 7636184 (PAL)
          RUBBER COMPDS UNVULCANIZED  171800  CL/60
3352200   SILASTIC(R) 23077-V BRN SILICONE RUBBER BROWN
          Item total: 453.6 kg = 1000.0 lb
          Customer Spec No.: LEXINGTON: 23077V
```

Discover more about Dow Corning at: http://www.dowcorning.com

