Pls remit to address at bottom of invoice    Repeat printout AJJUREK 04Apr2008 20:16:20

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004901565 | Date<br>13Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728    Fax: 989-496-6299 | |

| Bill-to: 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 12Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight    90.4  KG                    Gross Weight    120.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605237958   Issue date: 13Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4270437 Purchase order no: 40061  from 11Mar2008 | | | | |
| 2849933   SILASTIC(R) LS-2860 FLUOROSILICONE RUBBER,22.6 KG (50 LB) Box | | | | |
| Batch: 0005161081 | | | | |
| 200 lbs = | 4 Box | 26.38 USD | 1 lbs | 5276.00 |
| Customer Material:  6007029 | | | | |
| Total Payable (USD) | | | | 5276.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 5276.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605237958 | Issue Date<br>13Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>14Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>23018400 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Friday from 07:00-15:00
Sales Order Number: 4270437   Standard Order from 12Mar2008
Purchase Order Number: 40061 from 11Mar2008   Delivery Number: 8605237958
```



RECEIVING HOURS 7 AM - 3 PM

| | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
|---|---|---|---|---|
| 2849933 | SILASTIC(R) LS-2860 FLUOROSILICONE RUBBER,22.6 KG (50 LB) Box<br>Item total: 200.0 lbs = 4.0 Box<br>Customer Material: 6007029<br>Batch: 0005161081<br>Expiration Date: 24Feb2011<br>4.00 Box in shipping unit 7640949 (PAL) | 4 Box | 90.4 KG | 95.8 KG |

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605237958 | Issue Date<br>13Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>14Mar2008 |
| | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax         (260) 347-5819 | Mode of Transport<br>Truck<br>23018400 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
 APLL FREIGHT SYSTEMS, INC
 1301 RIVERPLACE BLVD., SUITE 1100
 JACKSONVILLE FL 32207
 Phone: 904 858 4652
 Fax:   904-858-4618
Delivery Date receiving hours: Friday from 07:00-15:00
Sales Order Number: 4270437  Standard Order from 12Mar2008
Purchase Order Number: 40061 from 11Mar2008  Delivery Number: 8605237958

122-1288035  4

RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED, 171800  CL/60 | | | |
|---|---|---|---|---|
| 2849933 | SILASTIC(R) LS-2860 FLUOROSILICONE RUBBER,22.6 KG (50 LB) Box | | | |
|   | Item total:  200.0 lbs =  4.0 Box | | | |
|   | Customer Material:  6007029 | | | |
|   | Batch: 0005161081 | 4 Box | 90.4 KG | 95.8 KG |
|   | Expiration Date: 24Feb2011 | | | |
|   | 4.00 Box in shipping unit 7640949 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

**USF Holland**  750 EAST 40th ST. HOLLAND, MICHIGAN 49423    PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

DELIVERY RECEIPT  1

LOCAL NO. (330)549-2917

| ORIG | DEST | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | | P | | CDH |

SHIPPER BOL NO. 8605237958
PRO NUMBER 122-1288035
P.O. NUMBER 40061
DATE 03/13/08

COD AMOUNT: 4 FR14

CONSIGNEE: LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA    OH    444739704    68148

SHIPPER: DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE    IN    467553268    8054

BILL CHARGES TO: DOW CORNING STI MIDWEST
111 S PROGRESS DR E
KENDALLVILLE    IN    467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|---|---|---|
| 209159 | 038N1 | | | | | 60.0 | 264 | PPD |

| PIECES | H/M | DESCRIPTION | | | SVC. CODE | INITIALS |
|---|---|---|---|---|---|---|
| 1 | | UNVULCANIZED RBR 171800 | | | | |
| 1 | | TOTALS | | | | |
| | | INV #: 23018400 | | | | |

RECEIVED
MAR 14 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

☐ INSIDE DELIVERY    ☐ APPOINTMENT/NOTIFY    ☐ LIFTGATE    ☐ SORT/SEGREGATING

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME: Penny Moore
SIGNATURE: Penny Moore    FIRM: LCS

| APPT. | REQUESTED DATE | TIME | PIECES | PIECES | | DRIVER | DATE D&D |
|---|---|---|---|---|---|---|---|
| DATE | TRAILER/BAY | | | | | | |
| DATE | TRAILER/BAY | | | | | | |

OPER 1000 06/07-3.5