**DOW CORNING**

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

| **Invoice** | | Page |
|---|---|---|
| | | 1 of 1 |

| Invoice Number | Date |
|---|---|
| **1004908574** | 18Mar2008 |

Invoice contact
Cindy Ferrio

Telephone (260) 347-5813      Fax   (260) 347-5819
US Fed. Reg. No. 382702929

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Ship-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 17Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight                 68.0  KG          Gross Weight          98.4  KG

| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |
|---|---|---|---|---|
| Delivery number : 8605248402   Issue date : 18Mar2008 | | | | |
| Delivery terms : CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4261456  Purchase order no: 40031  from 04Mar2008 | | | | |
| 3351734   SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | | |
| Batch: 0005182354 | | | | |
| | 150 lb | 24.49 USD | 1 lb | 3673.50 |
| Customer Material: 6007008 | | | | |
| Total Payable (USD) | | | | 3673.50 |

Please remit to: **DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 3673.50 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**

**DOW CORNING**

**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

| **Delivery Note** | | **Page** 1 of 2 |
|---|---|---|

| Delivery Number 8605248402 | Issue Date 18Mar2008 | Shipment Reference |
|---|---|---|
| Route Kendallville to Ohio, 1d | | Delivery Date 19Mar2008 |
| Terms of Delivery CIP   PPAL FOB ORIGIN | | Shipping Conditions Standard Surface |
| Mode of Transport Truck | | Emergency Call Numbers DowCorning 1-888-335-1331 |
| | | ChemTrec 1-800-424-9300 |

Telephone (260) 347-5813
Fax      (260) 347-5819

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP
INC
LEXINGTON CONNECTOR
SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax      (260) 347-5819

| H M | **Goods Description** | **Quantity** | **Net Weight** | **Gross Weight** |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL 32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605248402



RECEIVING HOURS 7 AM - 3 PM

| | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
|---|---|---|---|---|
| 3351734 | SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | |
| | Item total: 68 kg = 150.0 lb | | | |
| | Customer Material: 6007008 | | | |
| | Batch: 0005182354 | 150 lb | 68.0 KG | 73.4 KG |
| | Expiration Date: 09Sep2008 | | | |
| | 150.00 lb in shipping unit 7663184 (PAL) | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

160 12044 29/

**Consignment note**    BADAVIS-03/18/2008-13:11:56

Page 1 of 1

**VIA:**
USF HOLLAND INC (HMES)
750 E 40TH ST—
HOLLAND MT 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

**Shipment Ref.:** 829660
**Date:** 18Mar2008
**Route:** US0166 — Kendallville to Ohio, 1d

**Transport Description**

**Transport Branding**

**External Identification 1**
1221288291

**External Identification 2**

| SEQ. NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Under-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605248645  Avoid freezing | LEXINGTON RUBBER GROUP INC  LEXINGTON CONNECTOR SEALS  1510 RIDGE ROAD  VIENNA OH 44473  UNITED STATES  Telephone (330)856-1121 | 1 | | | | 1 | | | | | | 584.0 | 521.3 | Buyer:  LEXINGTON RUBBER GROUP INC  Delivery Terms: CIP PPAL FOB ORIGIN  Delivery Date: 19Mar2008  Receiving hours: Wednesday from 07:00-15:00 |
| 2 | 8605248402 | LEXINGTON RUBBER GROUP INC  LEXINGTON CONNECTOR SEALS  1510 RIDGE ROAD  VIENNA OH 44473  UNITED STATES  Telephone (330)856-1121 | 1 | | | | 1 | | | | | | 98.4 | 68.0 | Buyer:  LEXINGTON RUBBER GROUP INC  Delivery Terms: CIP PPAL FOB ORIGIN  Delivery Date: 19Mar2008  Receiving hours: Wednesday from 07:00-15:00 |

**Grand Total:** | | | 2 | | | | | | | | | | 682.4 | 589.3 | **Grand Total: 3 Parcels**

1586

3-18-08 (slc)

Legend:- HAZ—:The delivery has Hazardous materials for following modes: -D- Departure Country Road -S- Sea :-A- Air  -F  Final Destination Country Road  -E Dangerous Good Data Error

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|

| Delivery Number<br>8605248402 | Issue Date<br>18Mar2008 | Shipment Reference |
|---|---|---|
| Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>19Mar2008 |
| Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

Telephone (260) 347-5813
Fax        (260) 347-5819

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207



**122-1288291      0**

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605248402

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
|---|---|---|---|---|
| 3351734 | SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | |
|  | Item total: 68 kg = 150.0 lb | | | |
|  | Customer Material: 6007008 | | | |
|  | Batch: 0005182354 | 150 lb | 68.0 KG | 73.4 KG |
|  | Expiration Date: 09Sep2008 | | | |
|  | 150.00 lb in shipping unit 7663184 (PAL) | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

1221288291

**DOW CORNING**
Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

## Delivery Note

| Page |
| 2 of 2 |

| Delivery Number | Issue Date | Shipment Reference |
| 8605248402 | 18Mar2008 | |

**Ship-to**
LEXINGTON RUBBER GROUP INC

**Sold-to**
LEXINGTON RUBBER GROUP INC

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | | | | |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.
Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.....................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle.
When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon.
Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed, identification numbers) according to applicable regulations for each hazardous material named hereon.
Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this document.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS
DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS
UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1

Shipped by:

Received by carrier:

Received by customer:

| Total Shipping Units Tare Weight: | 25.0 KG |
| Total Weights: | 68.0 KG   98.4 KG |

No. of shipping units:
1-Pallet    0-Drum
0-Pail      0-Carton
0-IBC       0-Box
0-Bulk      0-Tank    0-Bag

Carr. Ref: 1221288291

Carrier:  USF HOLLAND INC  (HMES)

Discover more about Dow Corning at: http://www.dowcorning.com



Shipped with:
# 860 5348045
# 860 5348403

**USF Holland**
LOCAL NO.
(330) 549-2917

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423

| ORIG. | DEST. | TYPE | P/O | BILLER |
|-------|-------|------|-----|--------|
| FW | YT | P | CDH | 68148 |

OH 444739704

CONSIGNEE
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA

SHIPPER
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE        IN 46755326 8        8054

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO |
|-----------------|-----------|-----------|-----------|-------------|
| 209617 | 038N1 | | | |

| PIECES | H/M | DESCRIPTION | | | |
|--------|-----|-------------|--|--|--|
| 3 | | UNVULCANIZED RBR 171800 | | | |
| | | 2 SKIDS, 1 BOX | | | |
| 3 | | TOTALS | | | |

| APPT. | REQUESTED DATE | TIME | PIECES | SVC. CODE | INITIALS |
|-------|----------------|------|--------|-----------|----------|
| | TRAILER/BAY 7-9-05? | | PIECES | | INITIALS |
| DATE | TRAILER/BAY | | PIECES | | INITIALS |
| DATE | | | | | |

PHONE (616) 395-5000        DUNS 00-777-3724    (HMES)

SHIPPER BOL NO.
86052 48645

| P.O. NUMBER | PRO NUMBER |
|-------------|------------|
| 40082 | 122-128829 |

BILL CHARGES TO
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE        IN 46755326 8

| ADVANCE DATE | | |

| CLASS | WEIGHT (LBS) |
|-------|--------------|
| 60.0 | 1505 |
| | 1505 |

RECEIVED
MAR 19 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

| APPOINTMENT/NOTIFY | INSIDE DELIVERY |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE
SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME _____ Terry Moore

SIGNATURE _____

**DELIVERY RECEIPT**

0  WE19

COD AMOUNT

DATE
03/18/08

| LIFTGATE | PPD/COL |

PPD

| SORT/ SEGREGATE | | |
| DRIVER | |
| DATE DEL'D | |

OFER 1000 06/97-R.5