| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004908575 | Date<br>18Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813   Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |
| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

| Payment Terms |
|---|
| 30 days due net<br>Up to 17Apr2008 without deduction |

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 521.3 KG | | Gross Weight | 584.0 KG |
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8605248645   Issue date: 18Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4277618  Purchase order no: 40082-CANCEL   from 17Mar2008

| | | | | |
|---|---|---|---|---|
| 2878658   SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box | | | | |
| Batch: 0005161052 | | | | |
| 150 lbs = | 3 Box | 24.51 USD | 1 lbs | 3676.50 |
| Customer Material: 6007105 | | | | |
| 1978233   SILASTIC(R) 4-4768 SILICONE RUBBER,453.5 KG (1000 LB) Box | | | | |
| Batch: 0005142664 | | | | |
| 1000 lbs = | 1 Box | 2.85 USD | 1 lbs | 2850.00 |
| Customer Material: 6007468 | | | | |
| Total Payable (USD) | | | | 6526.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | Total Payable | Currency |
|---|---|---|
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 6526.50 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone (260) 347-5813
Fax       (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605248645 | 18Mar2008 | |
| Route | | Delivery Date |
| Kendallville to Ohio, Id | | 19Mar2008 |
| Terms of Delivery | | Shipping Conditions |
| CIP    PPAL FOB ORIGIN | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | DowCorning 1-888-335-1331 |
| | | ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

Shipping point 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax       (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4277618   Standard Order from 18Mar2008
Purchase Order Number: 40082 from 17Mar2008   Delivery Number: 8605248645

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED  171800  CL/60 | | | |
|---|---|---|---|---|
| 2878658 | SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box | | | |
|  | Item total: 150.0 lbs = 3.0 Box | | | |

*** Avoid freezing - material not damaged, but difficult to use ***

   Customer Material: 6007105
   Batch: 0005161052                    3 Box          67.8 KG          69.0 KG
   Expiration Date: 24Feb2010
   3.00 Box in shipping unit 7663980 (PAL)
   RUBBER COMPDS UNVULCANIZED  171800  CL/60
1978233  SILASTIC(R) 4-4768 SILICONE RUBBER,453.5 KG (1000 LB) Box
   Item total: 1000.0 lbs = 1.0 Box
   Customer Material: 6007468
   Batch: 0005142664                    1 Box          453.5 KG         490.0 KG
   Expiration Date: 06Feb2011
   1.00 Box in shipping unit 7663981 (Box)

Discover more about Dow Corning at: http://www.dowcorning.com

## Consignment note

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

**VIA:**
USF HOLLAND INC   (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

Page 1 of 1

BADAVIS-03/18/2008-13:11:56

| Shipment Ref. | Date | Route | |
|---|---|---|---|
| 829660 | 18Mar2008 | US0166 Kendallville to Ohio, 1d | |
| Transport Description | | Transport Branding | |
| External Identification 1 | | External Identification 2 | |
| 1221288291 | | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605248645 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | 1 | | | | | 584.0 | 521.3 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 19Mar2008 Receiving hours: Wednesday from 07:00-15:00 |
| 2 | 8605248402 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | 1 | | | | | 98.4 | 68.0 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 19Mar2008 Receiving hours: Wednesday from 07:00-15:00 |
| Grand Total: | | | 2 | | | | | 1 | | | | | 682.4 | 589.3 | Grand Total: 3 Parcels |

Legend: HAZ --The delivery has Hazardous materials for following mode: -D: Departure Country Road -S- Sea -A- Air -F- Final Destination Country Road - E Dangerous Good Data Error

*122128829*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605248645 | Issue Date<br>18Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>19Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Wednesday from 07:00-15:00
Sales Order Number: 4277618  Standard Order from 18Mar2008
Purchase Order Number: 40082 from 17Mar2008  Delivery Number: 8605248645

RECEIVING HOURS 7 AM - 3 PM

```
           RUBBER COMPDS UNVULCANIZED  171800  CL/60
2878658    SILASTIC(R) LS 4-9060 FLUOROSILICONE RUBBER,22.6 KG Box
           Item total: 150.0 lbs = 3.0 Box
*** Avoid freezing - material not damaged, but difficult to use ***
           Customer Material: 6007105
           Batch: 0005161052                3 Box         67.8 KG         69.0 KG
           Expiration Date: 24Feb2010
           3.00 Box in shipping unit 7663980 (PAL)
           RUBBER COMPDS UNVULCANIZED  171800  CL/60
1978233    SILASTIC(R) 4-4768 SILICONE RUBBER,453.5 KG (1000 LB) Box
           Item total: 1000.0 lbs = 1.0 Box
           Customer Material: 6007468
           Batch: 0005142664                1 Box        453.5 KG        490.0 KG
           Expiration Date: 06Feb2011
           1.00 Box in shipping unit 7663981 (Box)
```

Discover more about Dow Corning at: http://www.dowcorning.com

1221288291

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>2 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605248645 | Issue Date<br>18Mar2008 | Shipment Reference |

| Ship-to | Sold-to |
|---|---|
| LEXINGTON RUBBER GROUP INC | LEXINGTON RUBBER GROUP INC |

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | | | | |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse of the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges..................DOW CORNING CORP.(signature of consignor)

Carrier certifies that Emergency Response Information, as required by 49 CFR, Part 172, Sub Part G, is maintained in this transport vehicle. When Carrier furnished container, carrier certifies that container supplied for this shipment is a proper container for the transport of each commodity named hereon. Carrier acknowledges that prior to or at the time this shipment was offered for transportation, the shipper provided or affixed the required placards or orange panels (including prescribed identification numbers) according to applicable regulations for each hazardous material named hereon. Carrier hereby certifies that he is familiar with all the conditions, representations, notices, and certifications contained here on this document.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATIONS UNLESS OTHERWISE AGREED. | Total Shipping Units Tare Weight: | 25.0 KG |
|---|---|---|
| | Total Weights:   521.3 KG | 584.0 KG |

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1

Shipped by: [signature]

Received by carrier:

Received by customer:

No. of shipping units:
1-Pallet     0-Drum
0-Pail       0-Carton
0-IBC        1-Box
0-Bulk       0-Tank     0-Bag
Carr. Ref: 1221288291
Carrier:   USF HOLLAND INC (HMES)

Discover more about Dow Corning at: http://www.dowcorning.com

