| | |
|---|---|
| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice**  **Page** 1 of 2 |
| | **Invoice Number** 1004910908    **Date** 19Mar2008 |
| | **Invoice contact** Cindy Ferrio |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 |
| **Bill-to 1002971**<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | **Ship-to: 1002971**<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |

**Payment Terms**
30 days due net
Up to 18Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight    616.1  KG            Gross Weight    676.1  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605248030   Issue date: 19Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4261456 Purchase order no: 40031   from 04Mar2008 | | | | |
| 2889609   SILASTIC(R)  LS 4-9040 FLUOROSILICONE RUBBER,22.6 KG Box | | | | |
| Batch: 0005095912 | | | | |
| 200 lbs = | 4 Box | 24.51 USD | 1 lbs | 4902.00 |
| Customer Material: 6007045 | | | | |
| 4045705   SILASTIC(R)  24147-V RED SILICONE RUBBER   RED | | | | |
| Batch: 0005198772 | | | | |
| | 975 lb | 3.22 USD | 1 lb | 3139.50 |
| Customer Spec No.: LEXINGTON: DEUTSCH: 1-200-10 | | | | |
| Cust. Spec Revision: B | | | | |
| Revision Date: 06Sep2005 | | | | |
| Customer Material: 6007152 | | | | |
| 4078594   SILASTIC(R)  FCM-1124-YELLOW | | | | |
| Batch: 0005198740 | | | | |
| | 184 lb | 22.50 USD | 1 lb | 4140.00 |
| Customer Material: 6007193 | | | | |
| Total Payable (USD) | | | | 12181.50 |

Discover more about Dow Corning at: **http://www.dowcorning.com**

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>2 of 2 |
|---|---|---|---|
| **DOW CORNING** | | Invoice Number<br>**1004910908** | Date<br>19Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| | | | | |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 12181.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | **Delivery Number** 8605248030 / **Issue Date** 19Mar2008 | Shipment Reference |
| | **Route** Kendallville to Ohio, 1d | **Delivery Date** 20Mar2008 |
| | **Terms of Delivery** CIP  PPAL FOB ORIGIN | **Shipping Conditions** Standard Surface |
| Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Mode of Transport** Truck  23077290 | **Emergency Call Numbers** DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax     (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605248030
```

 

```
RECEIVING HOURS 7 AM - 3 PM

          RUBBER COMPDS UNVULCANIZED    171800   CL/60
2889609   SILASTIC(R) LS 4-9040 FLUOROSILICONE RUBBER,22.6 KG Box
          Item total: 200.0 lbs =  4.0 Box
          Customer Material: 6007045
          Batch: 0005095912              4 Box          90.4 KG        94.8 KG
          Expiration Date: 04Jan2010
           4.00 Box in shipping unit 7665802 (PAL)
4045705   SILASTIC(R) 24147-V RED SILICONE RUBBER   RED
          Item total: 442.3 kg =  975.0 lb
          Customer Spec No.: LEXINGTON: DEUTSCH: 1-200-10
          Cust. Spec Revision: B  Revision Date: 06Sep2005
          Customer Material: 6007152
          Batch: 0005198772             975 lb         442.3 KG       468.0 KG
          Expiration Date: 06Sep2008
          975.00 lb in shipping unit 7665803 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

CRHALE-19.03.2008-02:53:32

## Consignment note

| Page | 1 of 1 |
|---|---|

| Shipment Ref. | Date | Route | |
|---|---|---|---|
| 829835 | 19Mar2008 | US0166 Kendallville to Ohio, 1d | |
| Transport Description | | Transport Branding | |
| External Identification 1 | | External Identification 2 | |

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

**VIA:**
USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605248030 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 676.1 | 616.1 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 20Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605249376 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 1002.5 | 929.9 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 20Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 4 | | | | | | | | | | 1678.6 | 1546.0 | Grand Total: 4 Parcels |

122-1288293-2

Legend: HAZ - The delivery has Hazardous materials for following mode - D : Departure Country Road - S : Sea - A : Air - F : Final Destination Country Road - E : Dangerous Good Data Error

*102108893*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605248030 | Issue Date<br>19Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>20Mar2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>23077290 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 426156. Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605248030

RECEIVING HOURS 7 AM - 3 PM

```
          RUBBER COMPDS UNVULCANIZED   171800   CL/60
2889609   SILASTIC(R) LS 4-9040 FLUOROSILICONE RUBBER, 22.6 KG Box
          Item total: 200.0 lbs = 4.0 Box
          Customer Material: 6007045
          Batch: 0005095912              4 Box        90.4 KG         94.8 KG
          Expiration Date: 04Jan2010
          4.00 Box in shipping unit 7665802 (PAL)
4045705   SILASTIC(R) 24147-V RED SILICONE RUBBER  RED
          Item total: 442.3 kg = 975.0 lb
          Customer Spec No.: LEXINGTON: DEUTSCH: 1-200-10
          Cust. Spec Revision: B  Revision Date: 06Sep2005
          Customer Material: 6007152
          Batch: 0005198772            975 lb         442.3 KG        468.0 KG
          Expiration Date: 06Sep2008
          975.00 lb in shipping unit 7665803 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

08-11153-scc   Doc 89-29   Filed 04/22/08   Entered 04/23/08 15:26:42   Invoice
Pg 6 of 6

## USF Holland — Delivery Receipt 1

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

LOCAL NO. (330)549-2917
ORIG: FW   DEST: YT   TYPE: —   P/C: P   BILLER: JEN
SHIPPER BOL NO. 8605248030
PRO NUMBER 122-1288293 2 TH20
P.O. NUMBER 3980026
DATE 03/19/08

**CONSIGNEE**
LEXINGTON COMPONENTS INC   68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST   8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

INBOUND TRAILER 606180   ROUTE NO. 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 4 | | UNVULCANIZED RBR 171800 | 60.0 | 3701 | |
| | | AS WEIGHT | | 5000 | |
| | | ON 4 SKID | | | |
| | | ****** THANK YOU FOR USING USF HOLLAND | | | |
| | | ASK ABOUT OUR EXPEDITED SERVICE ****** | | | |
| 4 | | TOTALS | | 3701 | PPD |

RECEIVED MAR 20 2008 LEXINGTON CONNECTOR SEALS — Contents Not Verified

PRINT NAME: Penny Moore
SIGNATURE: Penny Moore   FIRM: LCS

1/2

---

## USF Holland — Delivery Receipt 2

750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000   DUNS 00-777-3724   (HMES)

LOCAL NO. (330)549-2917
ORIG: FW   DEST: YT   TYPE: —   P/C: P   BILLER: JEN
SHIPPER BOL NO. 8605248030
PRO NUMBER 122-1288293 2 TH20
P.O. NUMBER 3980026
DATE 03/19/08

**CONSIGNEE**
LEXINGTON COMPONENTS INC   68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST   8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE   IN 467553268

INBOUND TRAILER 606180   ROUTE NO. 038N1

DESCRIPTION:
PO #: 39800026

Shipped with:
# 8605248030
# 8605249376

RECEIVED MAR 20 2008 LEXINGTON CONNECTOR SEALS — Contents Not Verified

2/2