| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004910909 | Date<br>19Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to: 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 18Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight        929.9  KG                           Gross Weight        1002.5  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605249376   Issue date: 19Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4268744 Purchase order no: 39800026   from 10Mar2008 | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005188940 | 2050 lb | 2.78 USD | 1 lb | 5699.00 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Total Payable (USD) | | | | 5699.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 5699.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605249376 | Issue Date<br>19Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>20Mar2008 |
| | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4268744   Standard Order from 11Mar2008
Purchase Order Number: 39800026 from 10Mar2008   Delivery Number: 8605249376
```

 

```
RECEIVING HOURS 7 AM - 3 PM
```

| | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
| | Item total: 929.9 kg =  2050.0 lb | | | |
| | Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
| | Revision Date: 29Jun1992 | | | |
| | Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | |
| | Alt. Revision Date: 29Jun1992 | | | |
| | Customer Material: 6007047 | | | |
| | Batch: 0005188940 | 2050 lb | 929.9 KG | 1002.5 KG |
| | Expiration Date: 08Sep2008 | | | |
| | 1025.00 lb in shipping unit 7665821 (PAL) | | | |
| | 1025.00 lb in shipping unit 7665822 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

CRHALE:19.03.2008-02:53:32

## Consignment note

| INVOICING and INFORMATION | | | | | Page: 1 of 1 | VIA: |
|---|---|---|---|---|---|---|
| Dow Corning STI, Inc. Kendallville Site 111-S.Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax : (260) 347-5819 | | Shipment Ref. 829835 | Date 19Mar2008 | Route US0166 Kendallville to Ohio, 1d | | USF HOLLAND INC (HMES) 750 E 40TH ST HOLLAND MI- 49422-9021 UNITED STATES Phone: (616)395-5170 Fax : 616-395-5185 |
| | | Transport Description | | Transport Branding | | |
| | | External Identification 1 | | External Identification 2 | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605248030 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 676.1 | 616.1 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 20Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605249376 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 1002.5 | 929.9 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 20Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 4 | | | | | | | | | | 1678.6 | 1546.0 | Grand Total: 4 Parcels |

122-1288293-2

Legend: HAZ: The delivery has Hazardous materials for following mode: - D: Departure Country; Road: S: Sea: A: Air: F: Final Destination Country Road; E: Dangerous Good Data Error

*102 12800293*

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax         (260) 347-5819

### Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605249376 | 19Mar2008 | |
| Route | | Delivery Date |
| Kendallville to Ohio, 1d | | 20Mar2008 |
| Terms of Delivery | | Shipping Conditions |
| CIP   PPAL FOB ORIGIN | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | DowCorning 1-888-335-1331 |
| | | ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

Shipping point 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax         (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL 32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4268744   Standard Order from 11Mar2008
Purchase Order Number: 39800026 from 10Mar2008   Delivery Number: 8605249376

RECEIVING HOURS 7 AM - 3 PM

|   | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3351548 | SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | |
| | Item total: 929.9 kg = 2050.0 lb | | | |
| | Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | |
| | Revision Date: 29Jun1992 | | | |
| | Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | |
| | Alt. Revision Date: 29Jun1992 | | | |
| | Customer Material: 6007047 | | | |
| | Batch: 0005188940 | 2050 lb | 929.9 KG | 1002.5 KG |
| | Expiration Date: 08Sep2008 | | | |
| | 1025.00 lb in shipping unit 7665821 (PAL) | | | |
| | 1025.00 lb in shipping unit 7665822 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

## USF Holland — Delivery Receipt (1 of 2)

750 EAST 40th ST., HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

LOCAL NO. (330)549-2917
ORIG: FW    DEST: YT    TYPE: P    BILLER: JEN
SHIPPER BOL NO.: 8605248030
PRO NUMBER: 122-1288293 2 TH20
P.O. NUMBER: 3980026
DATE: 03/19/08

**CONSIGNEE**
LEXINGTON COMPONENTS INC    68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST    8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

INBOUND TRAILER: 606180    ROUTE NO: 038N1

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 4 | | UNVULCANIZED RBR 171800    AS WEIGHT | 60.0 | 3701 5000 | |
| | | ON 4 SKID | | | |
| | | ****** THANK YOU FOR USING USF HOLLAND | | | |
| | | ASK ABOUT OUR EXPEDITED SERVICE ****** | | | |
| 4 | | TOTALS | | 3701 | PPD |

RECEIVED MAR 20 2008 LEXINGTON CONNECTOR SEALS — Contents Not Verified

PIECES: 4    INITIALS: 170
PRINT NAME: Jenny Moore
SIGNATURE: Jenny Moore    FIRM: LCS
IN 13:21  OUT 13:33    DATE DEL'D: 3/20/08
1/2

---

## USF Holland — Delivery Receipt (2 of 2)

750 EAST 40th ST., HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000    DUNS 00-777-3724    (HMES)

LOCAL NO. (330)549-2917
ORIG: FW    DEST: YT    TYPE: P    BILLER: JEN
SHIPPER BOL NO.: 8605248030
PRO NUMBER: 122-1288293 2 TH20
P.O. NUMBER: 3980026
DATE: 03/19/08

**CONSIGNEE**
LEXINGTON COMPONENTS INC    68148
1510 RIDGE RD
VIENNA    OH 444739704

**SHIPPER**
DOW CORNING STI MIDWEST    8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

**BILL CHARGES TO**
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE    IN 467553268

INBOUND TRAILER: 606180    ROUTE NO: 038N1

DESCRIPTION:
PO #: 3980026

Shipped with:
# 8605248030
# 8605249376

RECEIVED MAR 20 2008 LEXINGTON CONNECTOR SEALS — Contents Not Verified

2/2