| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004912202 | Date<br>20Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728  Fax: 989-496-6299 | |

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 19Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight            442.3  KG                    Gross Weight       476.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8605251964   Issue date: 20Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN122-1288303

Sales order: 4261456 Purchase order no: 40031   from 04Mar2008

3349730   SILASTIC(R)  23010-V YEL SILICONE RUBBER YELLOW

   Batch: 0005198818
                            975 lb              2.78 USD           1 lb                2710.50
   Customer Material: 6007049

Total Payable (USD)                                                                    2710.50

**Please remit to:** DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 2710.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|
| | **Delivery Number** 8605251964 / **Issue Date** 20Mar2008 | **Shipment Reference** |
| | **Route** Kendallville to Ohio, 1d | **Delivery Date** 24Mar2008 |
| | **Terms of Delivery** CIP   PPAL FOB ORIGIN122-1288303 | **Shipping Conditions** Standard Surface |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | **Mode of Transport** Truck<br>23094750 | **Emergency Call Numbers** DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
 Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone:  904 858 4652
   Fax:    904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4261456   Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008   Delivery Number: 8605251964
```



```
RECEIVING HOURS 7 AM - 3 PM
```

|  | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3349730 | SILASTIC(R) 23010-V YEL SILICONE RUBBER YELLOW | | | |
| | Item total: 442.3 kg =   975.0 lb | | | |
| | Customer Material: 6007049 | | | |
| | Batch: 0005198818 | 975 lb | 442.3 KG | 476.8 KG |
| | Expiration Date: 14Sep2008 | | | |
| | 975.00 lb in shipping unit 7672651 (PAL) | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

BADAVIS-03/20/2008-13:34:51

## Consignment note

| INVOICING and INFORMATION: Dow Corning STI, Inc. Kendallville Site 111 S.Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax: (260) 347-5819 | | Shipment Ref. 830419 | Date 20Mar2008 | Route US0166 Kendallville to Ohio, 1d | | | | Page 1 of 1 | VIA: USF HOLLAND INC (HMES) 750 E 40TH ST HOLLAND MI 49422-9021 UNITED STATES Phone: (616)395-5170 Fax: 616-395-5185 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Transport Description Transport Branding | | | | | | | | |
| | | External Identification 1 1221288303 | | | | External Identification 2 | | | | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | Bulk Tank | BAG | BOX | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605251964 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | 476.8 | 442.3 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN 122-1288303 Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605251965 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | 493.0 | 442.3 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605252397 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 3 | | | | | | | | | 1128.9 | 1002.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605253490 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | 914.0 | 816.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605253489 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | | | 2 | | 953.6 | 884.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 7 | | | | | | | 2 | | 3966.3 | 3588.0 | Grand Total: 9 Parcels |

9/8745

122-1288303-6

Unless otherwise agreed to in writing, other signature acknowledges receipt of freight only and the terms and conditions of USF 100 Rules Tariff and NMF 100 Series apply to all shipments.

Legend: H=The delivery has Hazardous materials for following mode: -D=Departure Country-Road, -S Sea, -A Air, -F Final Destination Country Road  -E Dangerous Good Data Error

*122 12PP303*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | **Delivery Number**<br>8605251964 | **Issue Date**<br>20Mar2008 | **Shipment Reference** |
| | | **Route**<br>Kendallville to Ohio, 1d | | **Delivery Date**<br>24Mar2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Terms of Delivery**<br>CIP  PPAL FOB ORIGIN122-1288303 | | **Shipping Conditions**<br>Standard Surface |
| | | **Mode of Transport**<br>Truck<br>23094750 | | **Emergency Call Numbers**<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax (260) 347-5819

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL 32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4261456  Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008  Delivery Number: 8605251964



RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
|---|---|---|---|---|
| 3349730 | SILASTIC(R) 23010-V YEL SILICONE RUBBER YELLOW | | | |
|  | Item total: 442.3 kg = 975.0 lb | | | |
|  | Customer Material: 6007049 | | | |
|  | Batch: 0005198818 | 975 lb | 442.3 KG | 476.8 KG |
|  | Expiration Date: 14Sep2008 | | | |
|  | 975.00 lb in shipping unit 7672651 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com



Shipped with:
# 8605251904
# 8605251965
# 8605250397

# 8605253489
# 8605253490