Pls remit to address at bottom of invoice   Repeat Printout NOUSEK 04Apr2008 20:18:41

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|
| | Invoice Number<br>1004912203 | Date<br>20Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone  (260) 347-5813     Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to: 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 19Apr2008 without deduction

| Shipping Weight (net/gross)<br>Net Weight    442.3  KG | | | Gross Weight    493.0  KG | |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

Delivery number: 8605251965   Issue date: 20Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4270437 Purchase order no: 40061  from 11Mar2008

| 4008957    SILASTIC(R)  23081-V NAT SILICONE RUBBER NAT | | | | |
|---|---|---|---|---|
| Batch: 0005206126 | 975 lb | 3.22 USD | 1 lb | 3139.50 |
| Customer Material: 6007109 | | | | |

Total Payable (USD)                                                                                                      3139.50

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 3139.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com


DOW CORNING

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605251965 | Issue Date<br>20Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>24Mar2008 |
| | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck<br>23094750 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207
```

```
Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4270437   Standard Order from 12Mar2008
Purchase Order Number: 40061 from 11Mar2008   Delivery Number: 8605251965
```

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED  171800   CL/60 | | | |
|---|---|---|---|---|
| 4008957 | SILASTIC(R) 23081-V NAT SILICONE RUBBER NAT | | | |
| | Item total: 442.3 kg = 975.0 lb | | | |
| | Customer Material: 6007109 | | | |
| | Batch: 0005206126 | 975 lb | 442.3 KG | 468.0 KG |
| | Expiration Date: 14Sep2008 | | | |
| | 975.00 lb in shipping unit 7672624 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/20/2008-13:34:51

## Consignment note

| INVOICING and INFORMATION | | VIA: |
|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref. 830419  Date 20Mar2008  Route US0166 Kendallville to Ohio, 1d<br>Transport Description Transport Branding<br>External Identification 1 1221288303<br>External Identification 2<br>Page 1 of 1 | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605251964 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN122-1288303<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605251965 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | 493.0 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605252397<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 3 | | | | | | | | | 1128.9 | 1002.4 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605253490 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | 2 | | | 914.0 | 816.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605253489 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | | | | | | 953.6 | 884.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 7 | | | | | 2 | | | | 3966.3 | 3588.0 | Grand Total: 9 Parcels |

122-1288303-6

9/8745

Legend: HAZ - The delivery has Hazardous materials for following mode: - D - Departure Country Road - S Sea - A Air - F Final Destination Country Road - E Dangerous Good Data Error

*122/2ff343*

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax        (260) 347-5819

# Delivery Note

| | Page 1 of 2 |
|---|---|
| **Delivery Number** 8605251965 | **Issue Date** 20Mar2008 | **Shipment Reference** |
| **Route** Kendallville to Ohio, 1d | | **Delivery Date** 24Mar2008 |
| **Terms of Delivery** CIP   PPAL FOB ORIGIN | | **Shipping Conditions** Standard Surface |
| **Mode of Transport** Truck 23094750 | | **Emergency Call Numbers** DowCorning 1-888-335-1331 ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to: APLL FREIGHT SYSTEMS, INC. 1301 Riverplace Blvd., Suite 1100 Jacksonville, FL 32207 | | | |
| | Forwarding Agent: APLL FREIGHT SYSTEMS, INC 1301 RIVERPLACE BLVD., SUITE 1100 JACKSONVILLE FL 32207 Phone: 904 858 4652 Fax:   904-858-4618 Delivery Date receiving hours: Monday from 07:00-15:00 Sales Order Number: 4270437   Standard Order from 12Mar2008 Purchase Order Number: 40061 from 11Mar2008. Delivery Number: 8605251965 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | RUBBER COMPDS UNVULCANIZED  171800  CL/60 4008957   SILASTIC(R) 23081-V NAT SILICONE RUBBER NAT Item total: 442.3 kg =  975.0 lb Customer Material: 6007109 Batch: 0005206126 Expiration Date: 14Sep2008 975.00 lb in shipping unit 7672624 (PAL) | 975 lb | 442.3 KG | 468.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

