Repeat Printout NOUSEK 04Apr2008 20:19:02

Pls remit to address at bottom of invoice

**DOW CORNING**

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | **Invoice** | Page<br>1 of 2 |
|---|---|---|
| | Invoice Number<br>1004912204 | Date<br>20Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728    Fax: 989-496-6299 | |
| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>United States | |

**Payment Terms**
30 days due net
Up to 19Apr2008 without deduction

| Shipping Weight (net/gross) | | | Gross Weight | 2082.4 KG |
|---|---|---|---|---|
| Net Weight | 1886.9 KG | | | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|

Delivery number: 8605252397   Issue date: 20Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4268452 Purchase order no: 39800027-CANCEL   from 10Mar2008

| | | | | |
|---|---|---|---|---|
| 3340520   SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK | | | | |
| Batch: 0005172875 | 400 lb | 21.89 USD | 1 lb | 8756.00 |
| Customer Material: 6007023 | | | | |
| Batch: 0005188861 | 585 lb | 21.89 USD | 1 lb | 12805.63 |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005188941 | 1025 lb | 2.78 USD | 1 lb | 2849.50 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

Pls remit to address at bottom of invoice    acdphl  PriProp2NJUBEK 04Apr2008 20:19:02

| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>United States | Invoice | Page<br>2 of 2 |
|---|---|---|---|
| DOW CORNING | | Invoice Number<br>1004912204 | Date<br>20Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Bill-to<br>LEXINGTON RUBBER GROUP INC | |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| 4007873   DOW CORNING(R) 28120-V ORG FLUOROSILICONE RUBBER ORANGE | | | | |
| Batch: 0005188945 | 200 lb | 19.79 USD | 1 lb | 3958.00 |
| Customer Material: 6007121 | | | | |
| Delivery number: 8605253489   Issue date: 20Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005203807 | 1950 lb | 2.78 USD | 1 lb | 5421.00 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Total Payable (USD) | | | | 33790.13 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 33790.13 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605252397 | Issue Date<br>20Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>24Mar2008 |
| Telephone (260) 347-5813<br>Fax       (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>23094750 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207

Forwarding Agent:
    APLL FREIGHT SYSTEMS, INC
    1301 RIVERPLACE BLVD., SUITE 1100
    JACKSONVILLE FL  32207
    Phone: 904 858 4652
    Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4268452   Standard Order from 11Mar2008
Purchase Order Number: 39800027 from 10Mar2008   Delivery Number: 8605252397
```

 

```
RECEIVING HOURS 7 AM - 3 PM

            RUBBER COMPDS UNVULCANIZED   171800   CL/60
   3340520  SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
            Item total:  446.8 kg =   985.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
            Customer Material: 6007023
            Batch: 0005172875                400 lb         181.4 KG        195.6 KG
            Expiration Date: 28Aug2008
            400.01 lb in shipping unit 7672656 (PAL)
            Batch: 0005188861                585 lb         265.4 KG        286.1 KG
            Expiration Date: 07Sep2008
            585.00 lb in shipping unit 7672656 (PAL)
            RUBBER COMPDS UNVULCANIZED   171800   CL/60
   3351548  SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
            Item total:  464.9 kg =  1025.0 lb
            Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
```

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/20/2008-13:34:51

## Consignment note

| | |
|---|---|
| Shipment Ref. 830419 | Date. 20Mar2008 |
| Route US0166 Kendallville to Ohio, 1d | |
| Transport Description | Transport Branding |
| External Identification 1 1221288303 | External Identification 2 |

Page: 1 of 1

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax: (260) 347-5819

**VIA:**
USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax: 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605251964 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN122-1288303 Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605251965 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 493.0 | 442.3 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605252397 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 3 | | | | | | | | | | 1128.9 | 1002.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605253490 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 914.0 | 816.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605253489 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | 2 | | | | | 953.6 | 884.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 24Mar2008 Receiving hours: Monday from 07:00-15:00 |
| **Grand Total:** | | | 7 | | | | | 2 | | | | | 3966.3 | 3588.0 | Grand Total: 9 Parcels |

122-1288303-6

9/8745

Legend: HAZ - The delivery has Hazardous materials, for following mode: - D - Departure Country Road - S Sea - A Air - F Final Destination Country Road - E Dangerous Good Data Error

*1221208303*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605252397 | Issue Date<br>20Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>24Mar2008 |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>23094750 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
 APLL FREIGHT SYSTEMS, INC
 1301 RIVERPLACE BLVD., SUITE 1100
 JACKSONVILLE FL  32207
 Phone: 904 858 4652
 Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4268452   Standard Order from 11Mar2008
Purchase Order Number: 39800027 from 10Mar2008   Delivery Number: 8605252397

 

RECEIVING HOURS 7 AM - 3 PM

```
         RUBBER COMPDS UNVULCANIZED  171800   CL/60
3340520  SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
         Item total: 446.8 kg =  985.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
         Customer Material: 6007023
         Batch: 0005172875               400 lb       181.4 KG       195.6 KG
         Expiration Date: 28Aug2008
         400.01 lb in shipping unit 7672656 (PAL)
         Batch: 0005188861               585 lb       265.4 KG       286.1 KG
         Expiration Date: 07Sep2008
         585.00 lb in shipping unit 7672656 (PAL)
         RUBBER COMPDS UNVULCANIZED  171800   CL/60
3351548  SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
         Item total: 464.9 kg = 1025.0 lb
         Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
```

Discover more about Dow Corning at: http://www.dowcorning.com

