Pls remit to address at bottom of invoice Repeat Printout

**DOW CORNING**
Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

# Invoice

Page 1 of 1

| Invoice Number | Date |
|---|---|
| 1004912205 | 20Mar2008 |

Invoice contact
Cindy Ferrio

Telephone  (260) 347-5813        Fax  (260) 347-5819
US Fed. Reg. No. 382702929

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

Ship-to: 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 19Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight    816.5  KG              Gross Weight    914.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605253490  Issue date: 20Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4265255 Purchase order no: 40045  from 06Mar2008 | | | | |
| 4065993   SILASTIC(R) 23077-V YEL SILICONE RUBBER   YELLOW | | | | |
| Batch: 0005201328 | 1800 lb | 2.75 USD | 1 lb | 4950.00 |
| Customer Spec No.: LEXINGTON: 23077V | | | | |
| Cust. Spec Revision: 01 | | | | |
| Revision Date: 15Oct2001 | | | | |
| Customer Material: 6007174 | | | | |
| Total Payable (USD) | | | | 4950.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1

| Total Payable | Currency |
|---|---|
| 4950.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605253490 | Issue Date<br>20Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>24Mar2008 |
| | | Terms of Delivery<br>CIP     PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax     (260) 347-5819 | Mode of Transport<br>Truck<br>23094750 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

Shipping point  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax       (260) 347-5819

| Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4265255  Standard Order from 07Mar2008
Purchase Order Number: 40045 from 06Mar2008  Delivery Number: 8605253490

RECEIVING HOURS 7 AM - 3 PM

| | | | |
|---|---|---|---|
| 4065993 SILASTIC(R) 23077-V YEL SILICONE RUBBER   YELLOW | | | |
| Item total: 816.5 kg = 1800.0 lb | | | |
| Customer Spec No.: LEXINGTON: 23077V | | | |
| Cust. Spec Revision: 01  Revision Date: 15Oct2001 | | | |
| Customer Material: 6007174 | | | |
| Batch: 0005201328 | 1800 lb | 816.5 KG | 864.0 KG |
| Expiration Date: 15Sep2008 | | | |
| 899.99 lb in shipping unit 7676527 (PAL) | | | |
| 899.99 lb in shipping unit 7676542 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/20/2008-13:34:51

# Consignment note

| Shipment Ref. | Date | Route | Page |
|---|---|---|---|
| 830419 | 20Mar2008 | Kendallville to Ohio, 1d | 1 of 1 |

| Transport Description | Transport Branding |
|---|---|
| | |

| External Identification 1 | External Identification 2 |
|---|---|
| 1221288303 | |

## INVOICING and INFORMATION

Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

## VIA

USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605251964 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 476.8 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN122-1288303<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605251965 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 493.0 | 442.3 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605252397<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 3 | | | | | | | | | | 1128.9 | 1002.4 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 4 | 8605253490 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | 2 | | | | | 914.0 | 816.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 5 | 8605253489 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | | | | | | 953.6 | 884.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 24Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 7 | | | | | 2 | | | | | 3966.3 | 3588.0 | Grand Total: 9 Parcels |

Handwritten: 9/8745

Barcode: 122-1288303 6

USF - Unless otherwise agreed in writing, other signature acknowledges receipt of freight only and the terms and conditions of USF 100 Rules Tariff and NMF 100 Series apply to this shipment.

Legend: HAZ - The delivery has Hazardous materials for following mode: - D - Departure Country Road - S - Sea - A - Air - F - Final Destination Country Road - E - Dangerous Good Data Error

*12212P8303*

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax: (260) 347-5819 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605253490 | Issue Date<br>20Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, Id | Delivery Date<br>24Mar2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>23094750 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax   (260) 347-5819 |

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL 32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4265255  Standard Order from 07Mar2008<br>Purchase Order Number: 40045 from 06Mar2008  Delivery Number: 8605253490 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | 4065993    SILASTIC(R) 23077-V YEL SILICONE RUBBER    YELLOW<br>         Item total: 816.5 kg =  1800.0 lb<br>         Customer Spec No.: LEXINGTON: 23077V<br>         Cust. Spec Revision: 01  Revision Date: 15Oct2001<br>         Customer Material: 6007174<br>         Batch: 0005201328 | 1800 lb | 816.5 KG | 864.0 KG |
| | Expiration Date: 15Sep2008<br>899.99 lb in shipping unit 7676527 (PAL)<br>899.99 lb in shipping unit 7676542 (PAL) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

