**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone (260) 347-5813       Fax   (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

| Page |
|------|
| 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1004920260 | 26Mar2008 |

**Invoice contact**
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473
United States

**Payment Terms**
30 days due net
Up to 25Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight     918.5  KG          Gross Weight     990.2  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605261950   Issue date: 26Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| | | | | |
| Sales order: 4268465 Purchase order no: 39800028  from 10Mar2008 | | | | |
| | | | | |
| 3351548   SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE | | | | |
| Batch: 0005203808 | 2025 lb | 2.78 USD | 1 lb | 5629.50 |
| Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5 | | | | |
| Revision Date: 29Jun1992 | | | | |
| Alt. Customer Spec No.: FORD: WSB-M2D280-A5 | | | | |
| Alternate Revision Date: 29Jun1992 | | | | |
| Customer Material: 6007047 | | | | |
| Total Payable (USD) | | | | 5629.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | 5629.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|
| | Delivery Number<br>8605261950 — Issue Date 26Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | Delivery Date<br>27Mar2008 |
| Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck<br>23175590 | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to   1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax       (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4268465  Standard Order from 11Mar2008
Purchase Order Number: 39800028 from 10Mar2008  Delivery Number: 8605261950
```

 

```
RECEIVING HOURS 7 AM - 3 PM

           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351548    SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE
           Item total: 918.5 kg =  2025.0 lb
           Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5
           Revision Date: 29Jun1992
           Alt. Customer Spec No.: FORD: WSB-M2D280-A5
           Alt. Revision Date: 29Jun1992
           Customer Material: 6007047
           Batch: 0005203808               2025 lb          918.5 KG          990.2 KG
           Expiration Date: 21Sep2008
        1025.00 lb in shipping unit 7689249 (PAL)
        1000.00 lb in shipping unit 7689250 (PAL)
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

BADAVIS-03/26/2008-11:10:20

## Consignment note

| INVOICING and INFORMATION | VIA: |
|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax: (260) 347-5819 | USF HOLLAND INC-(HMES)<br>750 E 40TH ST.<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax: 616-395-5185 |

| Shipment Ref. | Date | Route | Page |
|---|---|---|---|
| 831838 | 26Mar2008 | US0166 Kendallville to Ohio, 1d | 1 of 1 |

Transport Description: Transport Branding

External Identification 1: 1221006138
External Identification 2:

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605261950 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 990.2 | 918.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 27Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605262649 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 73.4 | 68.0 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 27Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605264478 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | | | | | | 122.3 | 113.4 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 27Mar2008<br>Receiving hours: Thursday from 07:00-15:00<br>***Packed on existing Pallet. 1. |
| 4 | 8605264808<br>Avoid freezing | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 2 | | | | | | | | | | 539.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 27Mar2008<br>Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 5 | | | | | | | | | | 1724.9 | 1553.5 | Grand Total: 5 Parcels |

USF
B. Hert
3.26.08

Barcode: 122-1006138 8

Legend: HAZ.=The delivery has Hazardous materials for following modes: "D" Departure Country Road; "S" Sea; "A" Air; "Fi" Final Destination Country Road; "E" Dangerous Good Data Error;

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605261950 | Issue Date<br>26Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>27Mar2008 |
| | Telephone (260) 347-5813<br>Fax (260) 347-5819 | Terms of Delivery<br>CIP  PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck<br>23175590 | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>APLL FREIGHT SYSTEMS, INC<br>1301 RIVERPLACE BLVD., SUITE 1100<br>JACKSONVILLE FL 32207<br>Phone: 904 858 4652<br>Fax:   904-858-4618<br>Delivery Date receiving hours: Thursday from 07:00-15:00<br>Sales Order Number: 4268465  Standard Order from 11Mar2008<br>Purchase Order Number: 39800028 from 10Mar2008  Delivery Number: 8605261950 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 3351548 | RUBBER COMPDS UNVULCANIZED  171800  CL/60<br>SILASTIC(R) 23010-V LBL SILICONE RUBBER LIGHT BLUE<br>   Item total: 918.5 kg = 2025.0 lb<br>   Customer Spec No.: LEXINGTON: FORD: WSB-M2D280-A5<br>   Revision Date: 29Jun1992<br>   Alt. Customer Spec No.: FORD: WSB-M2D280-A5<br>   Alt. Revision Date: 29Jun1992<br>   Customer Material: 6007047<br>   Batch: 0005203808<br>   Expiration Date: 21Sep2008<br>   1025.00 lb in shipping unit 7689249 (PAL)<br>   1000.00 lb in shipping unit 7689250 (PAL) | 2025 lb | 918.5 KG | 990.2 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

