| DOW CORNING  Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | Invoice | Page<br>1 of 1 |
|---|---|---|
| | **Invoice Number**<br>**1004920261** | Date<br>26Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |
| **Bill-to** 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | **Ship-to:** 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | |

| Payment Terms |
|---|
| 30 days due net<br>Up to 25Apr2008 without deduction |

| Shipping Weight (net/gross) | | | | |
|---|---|---|---|---|
| Net Weight | 68.0 KG | | Gross Weight | 73.4 KG |

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605262649  Issue date: 26Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4242141 Purchase order no: 39986  from 19Feb2008 | | | | |
| 3351734  SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN | | | | |
|   Batch: 0005198560 | 150 lb | 24.49 USD | 1 lb | 3673.50 |
|   Customer Material: 6007008 | | | | |
| Total Payable (USD) | | | | 3673.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 3673.50 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | Delivery Note | Page<br>1 of 2 |
|---|---|---|
| | **Delivery Number** 8605262649 / **Issue Date** 26Mar2008 | **Shipment Reference** |
| | **Route** Kendallville to Ohio, 1d | **Delivery Date** 27Mar2008 |
| Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Terms of Delivery** CIP PPAL FOB ORIGIN | **Shipping Conditions** Standard Surface |
| | **Mode of Transport** Truck | **Emergency Call Numbers** DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207


Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4242141  Standard Order from 20Feb2008
Purchase Order Number: 39986 from 19Feb2008  Delivery Number: 8605262649
```



RECEIVING HOURS 7 AM - 3 PM

```
           RUBBER COMPDS UNVULCANIZED   171800   CL/60
3351734    SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN
           Item total: 181.4 kg =   400.0 lb
           Customer Material: 6007008
           Batch: 0005198560                 400 lb         181.4 KG         195.6 KG
           Expiration Date: 21Sep2008
           400.01 lb in shipping unit 7689251 (PAL)
```

BADAVIS-03/26/2008-11:10:20

## Consignment note

| INVOICING and INFORMATION | | VIA: | Page 1 of 1 |
|---|---|---|---|
| Dow Corning STI, Inc. Kendallville Site 111 S.Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax: (260) 347-5819 | Shipment Ref.: 831838  Date: 26Mar2008  Transport Description | Route US0166 Kendallville to Ohio, 1d Transport Branding | VIA: USF HOLLAND INC - (HMES) 750 E 40TH ST HOLLAND MI 49422-9021 UNITED STATES Phone: (616)395-5170 Fax: 616-395-5185 |
| | External Identification 1 1221006138 | External Identification 2 | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605261950 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 990.2 | 918.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605262649 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 73.4 | 68.0 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605264478 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | | | | | | 122.3 | 113.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 ***Packed on existing Pallet. 1. |
| 4 | 8605264808 Avoid Freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 539.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 5 | | | | | | | | | | 1724.9 | 1553.5 | Grand Total: 5 Parcels |

122-1006138 8

US/H/SCC
B.H/306.05

5/3803

Legend: HAZ - The delivery has Hazardous materials for following modes "D"=Departure Country Road "S"=Sea "A"=Air "Fu"=Final Destination Country Road

CRHALE 03/26/2008 08:01:39

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br><br>Telephone (260) 347-5813<br>Fax (260) 347-5819 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605262649 | Issue Date<br>26Mar2008 | Shipment Reference<br>831838 |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>27Mar2008 |
| | Terms of Delivery<br>CIP  PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |
|---|---|---|

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>APLL FREIGHT SYSTEMS, INC<br>1301 RIVERPLACE BLVD., SUITE 1100<br>JACKSONVILLE FL 32207<br>Phone: 904 858 4652<br>Fax: 904-858-4618<br>Delivery Date receiving hours: Thursday from 07:00-15:00<br>Sales Order Number: 4242141  Standard Order from 20Feb2008<br>Purchase Order Number: 39986 from 19Feb2008  Delivery Number: 8605262649 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | RUBBER COMPDS UNVULCANIZED 171800 CL/60<br>3351734  SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN<br>Item total: 68 kg = 150.0 lb<br>Customer Material: 6007008<br>Batch: 0005198560<br>Expiration Date: 21Sep2008<br>150.00 lb in shipping unit 7692135 (PAL) | 150 lb | 68.0 KG | 73.4 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

