| | | |
|---|---|---|
| **DOW CORNING** Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
| | Invoice Number<br>1004920262 | Date<br>26Mar2008 |
| | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813     Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 25Apr2008 without deduction

| Shipping Weight (net/gross)<br>Net Weight         113.4  KG | | Gross Weight | 122.3  KG |
|---|---|---|---|
| **Goods Description** | **Quantity**  **Price** | **Unit** | **Amount** |

```
Delivery number: 8605264478   Issue date: 26Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN
```

```
Sales order: 4261456 Purchase order no: 40031  from 04Mar2008
```

```
3351734    SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN

     Batch: 0005198560
                      250 lb            24.49 USD         1 lb              6122.50
     Customer Material: 6007008
```

Total Payable (USD)                                                                     6122.50

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly **INTEREST CHARGE** of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.   S1320Ev1 | Total Payable | Currency |
|---|---|---|
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | 6122.50 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**



| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605264478 | Issue Date<br>26Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>27Mar2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax         (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207


Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4261456   Standard Order from 05Mar2008
Purchase Order Number: 40031 from 04Mar2008   Delivery Number: 8605264478
```



RECEIVING HOURS 7 AM - 3 PM

```
           RUBBER COMPDS UNVULCANIZED  171800   CL/60
3351734    SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN
           Item total: 113.4 kg =  250.0 lb
           Customer Material: 6007008
           Batch: 0005198560                250 lb           113.4 KG         122.3 KG
           Expiration Date: 21Sep2008
           250.00 lb in shipping unit 7692140 (PAL)
```

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/26/2008-11:10:20

## Consignment note

| INVOICING and INFORMATION | | VIA: | | | Page 1 of 1 |
|---|---|---|---|---|---|
| Dow Corning STI, Inc. Kendallville Site 111 S.Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax: (260) 347-5819 | | USF HOLLAND INC-(HMES) 750 E 40TH ST HOLLAND MI 49422-9021 UNITED STATES Phone: (616)395-5170 Fax : 616-395-5185 | | | |

| Shipment Ref. | Date | Route | Transport Branding |
|---|---|---|---|
| 831838 | 26Mar2008 | Kendallville to Ohio, 1d | |

Transport Description

| External Identification 1 | External Identification 2 |
|---|---|
| 1221006138 | US0166 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605261950 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | 990.2 | 918.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605262649 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | 73.4 | 68.0 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605264478 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | | | | | 122.3 | 113.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 ***Packed on existing Pallet. 1 |
| 4 | 8605264808 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | 539.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 5 | | | | | | | | | 1724.9 | 1553.5 | Grand Total: 5 Parcels |

Handwritten: USF B.Hgt BCC B.H. 32605

Barcode: 122-1006138 8

Legend: HAZ.-The delivery has Hazardous materials for following modes "D"-Departure Country Road "S"-Sea "A"-Air "F"-Final Destination Country Road - E-Dangerous-Good Data Error

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | Page<br>1 of 2 |
|---|---|---|---|
| | | Delivery Number<br>8605264478 | Issue Date<br>26Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>27Mar2008 |
| | | Terms of Delivery<br>CIP   PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax         (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>APLL FREIGHT SYSTEMS, INC<br>1301 RIVERPLACE BLVD., SUITE 1100<br>JACKSONVILLE FL  32207<br>Phone: 904-858-4652<br>Fax:   904-858-4618<br>Delivery Date receiving hours: Thursday from 07:00-15:00<br>Sales Order Number: 4261456   Standard Order from 05Mar2008<br>Purchase Order Number: 40031 from 04Mar2008   Delivery Number: 8605264478 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 3351734 | RUBBER COMPDS UNVULCANIZED   171800  CL/60<br>SILASTIC(R) 28095-V BRN SILICONE RUBBER BROWN<br>Item total: 113.4 kg =  250.0 lb<br>Customer Material: 6007008<br>Batch: 0005198560<br>Expiration Date: 21Sep2008<br>250.00 lb in shipping unit 7692140 (PAL) | 250 lb | 113.4 KG | 122.3 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

