| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004920263 | Date<br>26Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813     Fax    (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 25Apr2008 without deduction

| Shipping Weight (net/gross)<br>Net Weight     453.6  KG | | | Gross Weight     539.0  KG | |
|---|---|---|---|---|
| **Goods Description** | **Quantity** | **Price** | **Unit** | **Amount** |

```
Delivery number: 8605264808   Issue date: 26Mar2008
Delivery terms: CIP   PPAL FOB ORIGIN

Sales order: 4268472 Purchase order no: 39800029-CANCEL   from 10Mar2008

3340520   SILASTIC(R)  28034-V BLK SILICONE RUBBER BLACK

     Batch: 0005203719
                      600 lb        21.89 USD      1 lb              13134.00
     Customer Material: 6007023
     Batch: 0005203802
                      400 lb        21.89 USD      1 lb               8756.00


Total Payable (USD)                                                  21890.00
```

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | **Total Payable** | **Currency** |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 21890.00 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: **http://www.dowcorning.com**

**DOW CORNING**

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|
| | Delivery Number<br>8605264808 | Issue Date<br>26Mar2008 | Shipment Reference |
| | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>27Mar2008 |
| | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| Telephone (260) 347-5813<br>Fax     (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to  1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473 | Shipping point  0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

```
    Send Freight Bill with copy of Dow Corning Delivery Note to:
    APLL FREIGHT SYSTEMS, INC.
    1301 Riverplace Blvd., Suite 1100
    Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL   32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4268472   Standard Order from 11Mar2008
Purchase Order Number: 39800029 from 10Mar2008   Delivery Number: 8605264808
```



RECEIVING HOURS 7 AM - 3 PM

```
         RUBBER COMPDS UNVULCANIZED   171800   CL/60
3340520  SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
         Item total: 453.6 kg =   1000.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
         Customer Material: 6007023
         Batch: 0005203719              600 lb        272.2 KG        293.4 KG
         Expiration Date: 10Sep2008
         600.01 lb in shipping unit 7692598 (PAL)
         Batch: 0005203802              400 lb        181.4 KG        195.6 KG
         Expiration Date: 16Sep2008
         400.01 lb in shipping unit 7692600 (PAL)
```

Discover more about Dow Corning at: **http://www.dowcorning.com**

BADAVIS-03/26/2008-11:10:20

## Consignment note

| Shipment Ref. | Date | Route | Page |
|---|---|---|---|
| 831838 | 26Mar2008 | Kendallville to Ohio, 1d | 1 of 1 |

**Transport Description:** Transport Branding

**External Identification 1:** 1221006138

**External Identification 2:**

### INVOICING and INFORMATION

Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax: (260) 347-5819

### VIA:
USF HOLLAND INC. (HMES)
750 E 40TH ST.
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax: 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Unde-fined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605261950 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 990.2 | 918.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 2 | 8605262649 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 73.4 | 68.0 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| 3 | 8605264478 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | | | | | | 122.3 | 113.4 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 ***Packed on existing Pallet: 1. |
| 4 | 8605264808 Avoid freezing | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 2 | | | | | | | | | | 539.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 27Mar2008 Receiving hours: Thursday from 07:00-15:00 |
| Grand Total: | | | 5 | | | | | | | | | | 1724.9 | 1553.5 | Grand Total: 5 Parcels |

122-1006138 8

Legend: HAZ - The delivery has Hazardous materials for following modes "D":Departure Country Road "S":Sea "A":Air "Fu":Final Destination Country Road   E: Dangerous=Good Data Error:

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

# Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605264808 | 26Mar2008 | |
| Route | | Delivery Date |
| Kendallville to Ohio, 1d | | 27Mar2008 |
| Terms of Delivery | | Shipping Conditions |
| CIP    PPAL FOB ORIGIN | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | DowCorning 1-888-335-1331 ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

Shipping point 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax    (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax:   904-858-4618
Delivery Date receiving hours: Thursday from 07:00-15:00
Sales Order Number: 4268472   Standard Order from 11Mar2008
Purchase Order Number: 39800029 from 10Mar2008   Delivery Number: 8605264808

RECEIVING HOURS 7 AM - 3 PM

```
         RUBBER COMPDS UNVULCANIZED  171800 CL/60
3340520  SILASTIC(R) 28034-V BLK SILICONE RUBBER BLACK
         Item total: 453.6 kg = 1000.0 lb
*** Avoid freezing - material not damaged, but difficult to use ***
   Customer Material: 6007023
   Batch: 0005203719              600 lb          272.2 KG       293.4 KG
   Expiration Date: 10Sep2008
   600.01 lb in shipping unit 7692598 (PAL)
   Batch: 0005203802              400 lb          181.4 KG       195.6 KG
   Expiration Date: 16Sep2008
   400.01 lb in shipping unit 7692600 (PAL)
```

*122-1006138 8* (handwritten)

