**DOW CORNING**  Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268
United States

Telephone (260) 347-5813    Fax   (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

| Page |
|---|
| 1 of 1 |

| Invoice Number | Date |
|---|---|
| 1004922114 | 27Mar2008 |

Invoice contact
Cindy Ferrio

Phone: 989-496-7728   Fax: 989-496-6299

| Bill-to 1002971 | Ship-to: 1002971 |
|---|---|
| ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |

**Payment Terms**
30 days due net
Up to 26Apr2008 without deduction

**Shipping Weight (net/gross)**

| Net Weight | 444.5 KG | Gross Weight | 495.4 KG |
|---|---|---|---|

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605267189  Issue date: 27Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4270437 Purchase order no: 40061  from 11Mar2008 | | | | |
| 4067890   SILASTIC(R) 23077-V RED SILICONE RUBBER RED | | | | |
| Batch: 0005206125 | 980 lb | 2.75 USD | 1 lb | 2695.00 |
| Customer Material: 6007178 | | | | |
| Total Payable (USD) | | | | 2695.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.
SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.  S1320Ev1
We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 2695.00 | USD |

Discover more about Dow Corning at: http://www.dowcorning.com



**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

## Delivery Note

| Page |
|---|
| 1 of 2 |

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605267189 | 27Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 28Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| | ChemTrec 1-800-424-9300 |

Telephone (260) 347-5813
Fax        (260) 347-5819

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax        (260) 347-5819

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL   32207
  Phone: 904 858 4652
  Fax:   904-858-4618
Delivery Date receiving hours: Friday from 07:00-15:00
Sales Order Number: 4270437   Standard Order from 12Mar2008
Purchase Order Number: 40061 from 11Mar2008   Delivery Number: 8605267189



RECEIVING HOURS 7 AM - 3 PM

| | | | | |
|---|---|---|---|---|
| 4067890 | SILASTIC(R) 23077-V RED SILICONE RUBBER RED | | | |
| | Item total: 444.5 kg = 980.0 lb | | | |
| | Customer Material: 6007178 | | | |
| | Batch: 0005206125 | 980 lb | 444.5 KG | 470.4 KG |
| | Expiration Date: 22Sep2008 | | | |
| | 980.00 lb in shipping unit 7696880 (PAL) | | | |

BADAVIS-03/27/2008-11:29:10

## Consignment note

| Shipment Ref. | Date | Route | Page |
|---|---|---|---|
| 832801 | 27Mar2008 | Kendallville to Ohio, US0166 | 1 of 1 |

**Transport Description:** Transport Branding

**External Identification 1:** 1221289129

**External Identification 2:**

### INVOICING and INFORMATION

Dow Corning STI, Inc.
Kendallville Site
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax: (260) 347-5819

### VIA
USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax: 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAF | CTN | IBC | BOX | Bulk Tank | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605268031 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 28Mar2008 Receiving hours: Friday from 07:00-15:00 |
| 2 | 8605267189 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS VIENNA FACILITY 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 495.4 | 444.5 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 28Mar2008 Receiving hours: Friday from 07:00-15:00 |
| Grand Total: | | | 2 | | | | | | | | | | 760.4 | 671.3 | Grand Total: 2 Parcels |

122-1289129 9

Legend: HAZ - The delivery has Hazardous materials for following mode: ...D: Departure Country Road ...S: Sea ...A: Air ...F Final Destination Country Road - E Dangerous Good Data Error

1221289108

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605267189 | 27Mar2008 | |
| Route | | Delivery Date |
| Kendallville to Ohio, 1d | | 28Mar2008 |
| Terms of Delivery | | Shipping Conditions |
| CIP   PPAL FOB ORIGIN | | Standard Surface |
| Mode of Transport | | Emergency Call Numbers |
| Truck | | DowCorning 1-888-335-1331 |
| | | ChemTrec 1-800-424-9300 |

Ship-to 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

Sold-to 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

Shipping point 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>APLL FREIGHT SYSTEMS, INC<br>1301 RIVERPLACE BLVD., SUITE 1100<br>JACKSONVILLE FL 32207<br>Phone: 904 858 4652<br>Fax:   904-858-4618<br>Delivery Date receiving hours: Friday from 07:00-15:00<br>Sales Order Number: 4270437  Standard Order from 12Mar2008<br>Purchase Order Number: 40061 from 11Mar2008  Delivery Number: 8605267189 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | 4067890   SILASTIC(R) 23077-V RED SILICONE RUBBER RED<br>Item total: 444.5 kg = 980.0 lb<br>Customer Material: 6007178<br>Batch: 0005206125<br>Expiration Date: 22Sep2008<br>980.00 lb in shipping unit 7696880 (PAL) | 980 lb | 444.5 KG | 470.4 KG |

Discover more about Dow Corning at: **http://www.dowcorning.com**



Shipped with:
# 800 5268031
# 800 5267189