**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
United States

Telephone (260) 347-5813  Fax (260) 347-5819
US Fed. Reg. No. 382702929

| Invoice | Page 1 of 1 |
|---|---|
| Invoice Number 1004922115 | Date 27Mar2008 |
| Invoice contact Cindy Ferrio | |
| Phone: 989-496-7728 Fax: 989-496-6299 | |

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

Ship-to: 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

**Payment Terms**
30 days due net
Up to 26Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight 226.8 KG          Gross Weight 265.0 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605268031 Issue date: 27Mar2008 | | | | |
| Delivery terms: CIP PPAL FOB ORIGIN | | | | |
| Sales order: 4231279 Purchase order no: 39961 from 11Feb2008 | | | | |
| 4067888 SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN | | | | |
| Batch: 0005205667 | 500 lb | 3.28 USD | 1 lb | 1640.00 |
| Customer Material: 6007177 | | | | |
| Total Payable (USD) | | | | 1640.00 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1 | 1640.00 | USD |

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

Discover more about Dow Corning at: http://www.dowcorning.com



**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone  (260) 347-5813
Fax         (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605268031 | 27Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 28Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers |
|---|---|
| Truck | DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax         (260) 347-5819

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL  32207
   Phone: 904 858 4652
   Fax:   904-858-4618
Delivery Date receiving hours: Friday from 07:00-15:00
Sales Order Number: 4231279   Standard Order from 12Feb2008
Purchase Order Number: 39961 from 11Feb2008   Delivery Number: 8605268031



RECEIVING HOURS 7 AM - 3 PM

4067888    SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN
           Item total: 226.8 kg =  500.0 lb
           Customer Material: 6007177
           Batch: 0005205667                       500 lb           226.8 KG           240.0 KG
           Expiration Date: 14Sep2008
           500.01 lb in shipping unit 7698089 (PAL)

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/27/2008-11:29:10

## Consignment note

| INVOICING and INFORMATION: | | VIA: | Page |
|---|---|---|---|
| Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>UNITED STATES<br>Phone: (260) 347-5813<br>Fax : (260) 347-5819 | Shipment Ref. 832801   Date 27Mar2008   Route US0166 Kendallville to Ohio, 1d<br>Transport Description: Transport Branding<br>External Identification 1: 1221289129   External Identification 2: | USF HOLLAND INC (HMES)<br>750 E 40TH ST<br>HOLLAND MI 49422-9021<br>UNITED STATES<br>Phone: (616)395-5170<br>Fax : 616-395-5185 | 1 of 1 |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAF | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605268401 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 265.0 | 226.8 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 28Mar2008<br>Receiving hours: Friday from 07:00-15:00 |
| 2 | 8605267189 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 495.4 | 444.5 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 28Mar2008<br>Receiving hours: Friday from 07:00-15:00 |
| Grand Total: | | | 2 | | | | | | | | | | 760.4 | 671.3 | Grand Total: 2 Parcels |

122-1289129 9

Legend: HAZ - The delivery has Hazardous materials for following mode: D: Departure Country:Road - S: Sea - A: Air - F Final Destination Country:Road - E Dangerous Good Data Error



| | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268 | | **Delivery Note** | | Page<br>1 of 2 |
|---|---|---|---|---|---|
| DOW CORNING | | Delivery Number<br>8605268031 | Issue Date<br>27Mar2008 | Shipment Reference | |
| | | Route<br>Kendallville to Ohio, td | | Delivery Date<br>28Mar2008 | |
| | | Terms of Delivery<br>CIP     PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface | |
| | Telephone (260) 347-5813<br>Fax      (260) 347-5819 | Mode of Transport<br>Truck | | Emergency Call Numbers<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 | |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP<br>INC<br>LEXINGTON CONNECTOR<br>SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax      (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207 | | | |
| | Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL 32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Friday from 07:00-15:00<br>Sales Order Number: 4231279  Standard Order from 12Feb2008<br>Purchase Order Number: 39961 from 11Feb2008  Delivery Number: 8605268031 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| | 4067888    SILASTIC(R) 23023-V BRN GNRC SIL RUBBER-BROWN<br>            Item total: 226.8 kg = 500.0 lb<br>            Customer Material: 6007177<br>            Batch: 0005205667<br>            Expiration Date: 14Sep2008<br>       500.01 lb in shipping unit 7698089 (PAL) | 500 lb | 226.8 KG | 240.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com



Shipped with:
# 800 5268031
# 800 5267189

