Pls remit to address at bottom of invoice Repeat Printout SJUREK 07Apr2008 15:05:54

DOW CORNING

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268
United States

Telephone (260) 347-5813 Fax (260) 347-5819
US Fed. Reg. No. 382702929

# Invoice

Page 1 of 1

**Invoice Number** 1004924351

**Date** 28Mar2008

**Invoice contact**
Cindy Ferrio

**Phone: 989-496-7728 Fax: 989-496-6299**

**Bill-to** 1002971
ACCOUNTS PAYABLE
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

**Ship-to:** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
United States

**Payment Terms**
30 days due net
Up to 27Apr2008 without deduction

**Shipping Weight (net/gross)**
**Net Weight** 464.9 KG
**Gross Weight** 1107.0 KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605267813 Issue date: 28Mar2008 | | | | |
| Delivery terms: CIP PPAL FOB ORIGIN | | | | |
| Sales order: 4268472 Purchase order no: 39800029-CANCEL from 10Mar2008 | | | | |
| 3348717 SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE | | | | |
| Batch: 0005188937 | 1025 lb | 2.78 USD | 1 lb | 2849.50 |
| Customer Material: 6007046 | | | | |
| Total Payable (USD) | | | | 2849.50 |

**Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.**
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.

SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE. S1320Ev1

We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

| Total Payable | Currency |
|---|---|
| 2849.50 | USD |

Discover more about Dow Corning at: **http://www.dowcorning.com**



Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

# Delivery Note

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605267813 | 28Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 31Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers (24 HR Number) |
|---|---|
| Truck<br>23202090 | DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax (260) 347-5819

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax: 904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4268472 Standard Order from 11Mar2008
Purchase Order Number: 39800029 from 10Mar2008 Delivery Number: 8605267813

RECEIVING HOURS 7 AM - 3 PM

| | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED 171800 CL/60 | | | |
| 3348717 | SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE | | | |
| | Item total: 464.9 kg = 1025.0 lb | | | |
| | Customer Material: 6007046 | | | |
| | Batch: 0005188937 | 1025 lb | 464.9 KG | 1107.0 KG |
| | Expiration Date: 07Sep2008 | | | |
| | 1025.00 lb in shipping unit 7699085 (PAL) | | | |



122 1006160

DOW CORNING

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

CM

Telephone (260) 347-5813
Fax (260) 347-5819

**Delivery Note** — Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605267813 | 28Mar2008 | |
| **Route** | | **Delivery Date** |
| Kendallville to Ohio, 1d | | 31Mar2008 |
| **Terms of Delivery** | | **Shipping Conditions** |
| CIP PPAL FOB ORIGIN | | Standard Surface |
| **Mode of Transport** | **Emergency Call Numbers (24 HR Number)** | |
| Truck 23202090 | DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 | |

| Ship-to 1002971 | Sold-to 1002971 | Shipping point 0013 |
|---|---|---|
| Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax: 904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4268472 Standard Order from 11Mar2008
Purchase Order Number: 39800029 from 10Mar2008 Delivery Number: 8605267813

RECEIVING HOURS 7 AM - 3 PM

| HM | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED 171800 CL/60 | | | |
| 3348717 | SILASTIC(R) 23010-V ORG SILICONE RUBBER ORANGE<br>Item total: 464.9 kg = 1025.0 lb<br>Customer Material: 6007046<br>Batch: 0005188937<br>Expiration Date: 07Sep2008 | 1025 lb | 464.9 KG | 1107.0 KG |
| | 1025.00 lb in shipping unit 7699085 (PAL) | | | |

BADAVIS-03/28/2008-11:03:47

# Consignment note

Page 1 of 1

**INVOICING and INFORMATION**
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
UNITED STATES
Phone: (260) 347-5813
Fax : (260) 347-5819

| Shipment Ref. | Date | Route US0166 |
|---|---|---|
| 832920 | 28Mar2008 | Kendallville to Ohio, 1d |
| Transport Description | | Transport Branding |
| External Identification 1 | | External Identification 2 |
| 1221006160 | | |

**VIA**
USF HOLLAND INC (HMES)
750 E 40TH ST
HOLLAND MI 49422-9021
UNITED STATES
Phone: (616)395-5170
Fax : 616-395-5185

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605267813 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 1107.0 | 464.9 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 31Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605268865 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | 1 | | | | | | | | | | 121.0 | 90.7 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 31Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605271009 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>UNITED STATES<br>Telephone (330)856-1121 | | | | | | 1 | | | | | 489.0 | 453.6 | Buyer:<br>LEXINGTON RUBBER GROUP INC<br>Delivery Terms: CIP PPAL FOB ORIGIN<br>Delivery Date: 31Mar2008<br>Receiving hours: Monday from 07:00-15:00 |
| Grand Total: | | | 2 | | | | | 1 | | | | | 1717.0 | 1009.2 | Grand Total: 3 Parcels |

Legend: HAZ: The delivery has Hazardous materials for following modes: D: Departure Country Road S: Sea A: Air F: Final Destination Country Road E: Dangerous GoodData Error

Shipped with:
# 860 5267813
# 860 5268865
# 860 5271009

USF Holland
750 EAST 40th ST.
HOLLAND, MICHIGAN 49423
PHONE (616) 395-5000 DUNS 00-777-3724 (HMES)

DELIVERY RECEIPT 1

LOCAL NO.
(330)549-2917

| ORIG. | DEST. | TYPE | P/C | BILLER |
|---|---|---|---|---|
| FW | YT | | P | CDH |

SHIPPER BOL NO. 8605271009
PRO NUMBER 122-1006160 9 M031
P.O. NUMBER 39800030
DATE 03/28/08
COD AMOUNT

CONSIGNEE
LEXINGTON CONNECTOR SEALS 68148
1510 RIDGE RD
VIENNA OH 444739704

SHIPPER
DOW CORNING STI MIDWEST 8054
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE IN 467553268

BILL CHARGES TO
DOW CORNING STI MIDWEST
PO BOX 369
111 S PROGRESS DR E
KENDALLVILLE IN 467553268

| INBOUND TRAILER | ROUTE NO. | BYD. SCAC | ADV. SCAC | ADVANCE PRO | ADVANCE DATE |
|---|---|---|---|---|---|
| 507018 | 038N1 | | | | |

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT (LBS) | PPD/COL |
|---|---|---|---|---|---|
| 3 | | UNVULCANIZED RBR 171800 | 60.0 | 3786 | |
| | | AS WEIGHT | | 5000 | |
| 3 | | TOTALS | | 3786 | PPD |

RECEIVED
MAR 31 2008
LEXINGTON CONNECTOR SEALS
Contents Not Verified

| APPT. | REQUESTED DATE | TIME | SVC. CODE |
|---|---|---|---|
| | | | |

☐ INSIDE DELIVERY ☐ APPOINTMENT/NOTIFY ☐ LIFTGATE ☐ SORT/SEGREGATING

| DATE | TRAILER/BAY | PIECES | INITIALS |
|---|---|---|---|
| | | | |
| | | | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. WHERE APPLICABLE SHIPMENT DELIVERED WITH WRAP INTACT UNLESS OTHERWISE NOTED.

PRINT NAME Denny Moore
SIGNATURE [signature] FIRM LCI

IN 11:28
OUT 11:40

DRIVER J. Kenyon
DATE DEL'D 3/31/08

OPER 1000 06/07-3.5

