| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004924352 | Date<br>28Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax  (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

Payment Terms
30 days due net
Up to 27Apr2008 without deduction

Shipping Weight (net/gross)
Net Weight    544.3  KG                    Gross Weight    610.0  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605268865   Issue date: 28Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| Sales order: 4277399 Purchase order no: 39800030-CANCEL   from 17Mar2008 | | | | |
| 4007873   DOW CORNING(R) 28120-V ORG FLUOROSILICONE RUBBER ORANGE | | | | |
| Batch: 0005188945 | 200 lb | 19.79 USD | 1 lb | 3957.98 |
| Customer Material: 6007121 | | | | |
| Delivery number: 8605271009   Issue date: 28Mar2008 | | | | |
| Delivery terms: CIP  PPAL FOB ORIGIN | | | | |
| 3351351   SILASTIC(R) 23010-V DBLU SILICONE RUBBER DARK BLUE | | | | |
| Batch: 0005188874 | 1000 lb | 2.78 USD | 1 lb | 2780.00 |
| Customer Material: 6007059 | | | | |
| Total Payable (USD) | | | | 6737.98 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
INTEREST CHARGE: After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an ANNUAL PERCENTAGE RATE of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED. | Total Payable | Currency |
|---|---|---|
| SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    S1320Ev1 | 6737.98 | USD |
| We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | | |

Discover more about Dow Corning at: http://www.dowcorning.com



**Dow Corning STI**
111 S. Progress Drive East
KENDALLVILLE IN  46755-3268

Telephone (260) 347-5813
Fax         (260) 347-5819

## Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605268865 | 28Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 31Mar2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP    PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers (24 HR Number) |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| | ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
VIENNA FACILITY
1510 RIDGE ROAD
VIENNA OH  44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to**  1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH  44473

**Shipping point**  0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN  46755-3268
Telephone (260) 347-5813
Fax       (260) 347-5819

| H M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
  APLL FREIGHT SYSTEMS, INC
  1301 RIVERPLACE BLVD., SUITE 1100
  JACKSONVILLE FL  32207
  Phone: 904 858 4652
  Fax:    904-858-4618
Delivery Date receiving hours: Monday from 07:00-15:00
Sales Order Number: 4277399  Standard Order from 18Mar2008
Purchase Order Number: 39800030 from 17Mar2008  Delivery Number: 8605268865

 

RECEIVING HOURS 7 AM - 3 PM

|  | RUBBER COMPDS UNVULCANIZED    171800    CL/60 | | | |
|---|---|---|---|---|
| 4007873 | DOW CORNING(R) 28120-V ORG FLUOROSILICONE RUBBER ORANGE | | | |
| | Item total: 90.7 kg =   200.0 lb | | | |
| | Customer Material: 6007121 | | | |
| | Batch: 0005188945 | 200 lb | 90.7 KG | 96.0 KG |
| | Expiration Date: 09Sep2008 | | | |
| | 200.00 lb in shipping unit 7699339 (PAL) | | | |

*122-1006/60*

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br><br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|---|
| | | Delivery Number<br>8605268865 | Issue Date<br>28Mar2008 | Shipment Reference |
| | | Route<br>Kendallville to Ohio, 1d | | Delivery Date<br>31Mar2008 |
| | | Terms of Delivery<br>CIP    PPAL FOB ORIGIN | | Shipping Conditions<br>Standard Surface |
| | | Mode of Transport<br>Truck | Emergency Call Numbers (24 HR Number)<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 | |

| Ship-to 1002971<br>Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>VIENNA FACILITY<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | Sold-to 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Shipping point 0013<br>Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>Telephone (260) 347-5813<br>Fax        (260) 347-5819 |
|---|---|---|

| H<br>M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|
| | Send Freight Bill with copy of Dow Corning Delivery Note to:<br>APLL FREIGHT SYSTEMS, INC.<br>1301 Riverplace Blvd., Suite 1100<br>Jacksonville, FL 32207<br><br>Forwarding Agent:<br>  APLL FREIGHT SYSTEMS, INC<br>  1301 RIVERPLACE BLVD., SUITE 1100<br>  JACKSONVILLE FL  32207<br>  Phone: 904 858 4652<br>  Fax:   904-858-4618<br>Delivery Date receiving hours: Monday from 07:00-15:00<br>Sales Order Number: 4277399  Standard Order from 18Mar2008<br>Purchase Order Number: 39800030 from 17Mar2008  Delivery Number: 8605268865 | | | |
| | RECEIVING HOURS 7 AM - 3 PM | | | |
| 4007873 | RUBBER COMPDS UNVULCANIZED   171800  CL/60<br>DOW CORNING(R) 28120-V ORG FLUOROSILICONE RUBBER ORANGE<br>Item total: 90.7 kg =  200.0 lb<br>Customer Material: 6007121<br>Batch: 0005188945<br>Expiration Date: 09Sep2008<br>200.00 lb in shipping unit 7699339 (PAL) | 200 lb | 90.7 KG | 96.0 KG |

Discover more about Dow Corning at: http://www.dowcorning.com

BADAVIS-03/28/2008-11:03:47

## Consignment note

| INVOICING and INFORMATION | | | | | | | VIA: | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|
| Dow Corning STI, Inc. Kendallville Site 111 S. Progress Drive East KENDALLVILLE IN 46755-3268 UNITED STATES Phone: (260) 347-5813 Fax: (260) 347-5819 | | | | | | | USF HOLLAND INC (HMES) 750 E 40TH ST HOLLAND MI 49422-9021 UNITED STATES Phone: (616)395-5170 Fax: 616-395-5185 | |

| Shipment Ref. | Date | Route | |
|---|---|---|---|
| 832920 | 28Mar2008 | US0166 Kendallville to Ohio, 1d | |
| Transport Description | | Transport Branding | |
| External Identification 1 1221006160 | | External Identification 2 | |

| SEQ NO. | DELIVERY NUMBER | CONSIGNEE | PLT | DRM | PAI | CTN | IBC | BOX | Bulk | Tank | BAG | Undefined | GROSS | NET | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8605267813 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 1107.0 | 464.9 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 31Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 2 | 8605268865 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA FACILITY VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | 1 | | | | | | | | | | 121.0 | 90.7 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 31Mar2008 Receiving hours: Monday from 07:00-15:00 |
| 3 | 8605271009 | LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE ROAD VIENNA FACILITY VIENNA OH 44473 UNITED STATES Telephone (330)856-1121 | | | | | | 1 | | | | | 489.0 | 453.6 | Buyer: LEXINGTON RUBBER GROUP INC Delivery Terms: CIP PPAL FOB ORIGIN Delivery Date: 31Mar2008 Receiving hours: Monday from 07:00-15:00 |
| | Grand Total: | | 2 | | | | 1 | | | | | | 1717.0 | 1009.2 | Grand Total: 3 Parcels |

1Z 22 1006160 9

R Bishop 3/28/08

Legend: HAZ: The delivery has Hazardous materials for following modes - D: Departure Country Road - S: Sea - A: Air - F: Final Destination Country Road - E: Dangerous Goods Data Error

