Pls remit to address at bottom of invoice. Repeat Printout NJJUREK 07Apr2008 15:06:39

| DOW CORNING | Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN  46755-3268<br>United States | **Invoice** | Page<br>1 of 1 |
|---|---|---|---|
| | | Invoice Number<br>1004927269 | Date<br>31Mar2008 |
| | | Invoice contact<br>Cindy Ferrio | |
| Telephone (260) 347-5813    Fax   (260) 347-5819<br>US Fed. Reg. No. 382702929 | | Phone: 989-496-7728   Fax: 989-496-6299 | |

| Bill-to 1002971<br>ACCOUNTS PAYABLE<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States | Ship-to: 1002971<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH  44473<br>United States |
|---|---|

**Payment Terms**
30 days due net
Up to 30Apr2008 without deduction

**Shipping Weight (net/gross)**
Net Weight    442.3  KG          Gross Weight    476.8  KG

| Goods Description | Quantity | Price | Unit | Amount |
|---|---|---|---|---|
| Delivery number: 8605274986   Issue date: 31Mar2008 | | | | |
| Delivery terms: CIP   PPAL FOB ORIGIN | | | | |
| Sales order: 4277660 Purchase order no: 39800031-CANCEL  from 17Mar2008 | | | | |
| 4030692   SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN | | | | |
| Batch: 0005203799 | 975 lb | 2.78 USD | 1 lb | 2710.50 |
| Customer Material: 6007155 | | | | |
| Total Payable (USD) | | | | 2710.50 |

Please remit to: DOW CORNING STI, P.O. BOX 905191, Charlotte, NC 28290-5191.
**INTEREST CHARGE:** After the due date, a monthly INTEREST CHARGE of one and a half percent (1.5%), which is an **ANNUAL PERCENTAGE RATE** of eighteen percent (18%), will be charged on any unpaid balance.

| DOW CORNING CERTIFIES THAT ALL MATERIAL LISTED ON THIS DOCUMENT COMPLIES WITH THE PUBLISHED SALES SPECIFICATION UNLESS OTHERWISE AGREED.<br>SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.    SI320Ev1<br>We certify that these goods were produced in compliance with all requirements of Section 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof. | Total Payable<br>2710.50 | Currency<br>USD |
|---|---|---|

Discover more about Dow Corning at: http://www.dowcorning.com

**DOW CORNING**

Dow Corning STI
111 S. Progress Drive East
KENDALLVILLE IN 46755-3268

Telephone (260) 347-5813
Fax (260) 347-5819

### Delivery Note

Page 1 of 2

| Delivery Number | Issue Date | Shipment Reference |
|---|---|---|
| 8605274986 | 31Mar2008 | |

| Route | Delivery Date |
|---|---|
| Kendallville to Ohio, 1d | 01Apr2008 |

| Terms of Delivery | Shipping Conditions |
|---|---|
| CIP   PPAL FOB ORIGIN | Standard Surface |

| Mode of Transport | Emergency Call Numbers (24 HR Number) |
|---|---|
| Truck | DowCorning 1-888-335-1331 |
| | ChemTrec 1-800-424-9300 |

**Ship-to** 1002971
Receiving
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473
Attn: Goods Receipt
Telephone (330)856-1121

**Sold-to** 1002971
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE ROAD
VIENNA OH 44473

**Shipping point** 0013
Dow Corning STI, Inc.
Kendallville Site
111 S.Progress Drive East
KENDALLVILLE IN 46755-3268
Telephone (260) 347-5813
Fax (260) 347-5819

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
   APLL FREIGHT SYSTEMS, INC
   1301 RIVERPLACE BLVD., SUITE 1100
   JACKSONVILLE FL 32207
   Phone: 904 858 4652
   Fax:   904-858-4618

Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4277660  Standard Order from 18Mar2008
Purchase Order Number: 39800031 from 17Mar2008  Delivery Number: 8605274986



RECEIVING HOURS 7 AM - 3 PM

|   |   |   |   |   |
|---|---|---|---|---|
| | RUBBER COMPDS UNVULCANIZED   171800   CL/60 | | | |
| 4030692 | SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN | | | |
| | Item total: 442.3 kg = 975.0 lb | | | |
| | Customer Material: 6007155 | | | |
| | Batch: 0005203799 | 975 lb | 442.3 KG | 476.8 KG |
| | Expiration Date: 09Sep2008 | | | |
| | 975.00 lb in shipping unit 7709914 (Box) | | | |

| Dow Corning STI<br>111 S. Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 | Delivery Note | | Page<br>1 of 2 |
|---|---|---|---|
| | **Delivery Number**<br>8605274986 | **Issue Date**<br>31Mar2008 | **Shipment Reference** |
| | **Route**<br>Kendallville to Ohio, 1d | | **Delivery Date**<br>01Apr2008 |
| | **Terms of Delivery**<br>CIP  PPAL FOB ORIGIN | | **Shipping Conditions**<br>Standard Surface |
| | **Mode of Transport**<br>Truck | **Emergency Call Numbers (24 HR Number)**<br>DowCorning 1-888-335-1331<br>ChemTrec 1-800-424-9300 | |

| Ship-to 1002971 | Sold-to 1002971 | Shipping point 0013 |
|---|---|---|
| Receiving<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473<br>Attn: Goods Receipt<br>Telephone (330)856-1121 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE ROAD<br>VIENNA OH 44473 | Dow Corning STI, Inc.<br>Kendallville Site<br>111 S.Progress Drive East<br>KENDALLVILLE IN 46755-3268<br>Telephone (260) 347-5813<br>Fax (260) 347-5819 |

| H/M | Goods Description | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|

Send Freight Bill with copy of Dow Corning Delivery Note to:
APLL FREIGHT SYSTEMS, INC.
1301 Riverplace Blvd., Suite 1100
Jacksonville, FL 32207

Forwarding Agent:
APLL FREIGHT SYSTEMS, INC
1301 RIVERPLACE BLVD., SUITE 1100
JACKSONVILLE FL 32207
Phone: 904 858 4652
Fax:   904-858-4618


122-1006175  7

Delivery Date receiving hours: Tuesday from 07:00-15:00
Sales Order Number: 4277660  Standard Order from 18Mar2008
Purchase Order Number: 39800031 from 17Mar2008  Delivery Number: 8605274986

RECEIVING HOURS 7 AM - 3 PM

| | RUBBER COMPDS UNVULCANIZED 171800 CL/60 | | | |
|---|---|---|---|---|
| 4030692 | SILASTIC(R) 23010-V DBRN SILICONE RUBBER DARK BROWN | | | |
| | Item total:  442.3 kg =  975.0 lb | | | |
| | Customer Material: 6007155 | | | |
| | Batch: 0005203799 | 975 lb | 442.3 KG | 476.8 KG |
| | Expiration Date: 09Sep2008 | | | |
| | 975.00 lb in shipping unit 7709914 (Box) | | | |

Discover more about Dow Corning at: http://www.dowcorning.com

