UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                        :

In re                         :       Chapter 11 Case No.
                         :

LEXINGTON PRECISION CORP., et al.,  :       08- 11153 (MG)
                         :

         Debtors.          :       (Jointly Administered)
                         :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK  )

      ROSS MATRAY, being duly sworn, deposes and says:

      1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.      On April 21, 2008, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on April 22, 2008, at 10:00 a.m.", [Docket No. 69], dated April 21, 2008, to be delivered by facsimile to those parties listed on the annexed Exhibit "A".

      3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     _Ross Matray_
                                     Ross Matray

Sworn to before me this

24th day of April, 2008

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20_10_

**EXHIBIT "A"**

| NAME | FAX |
|------|-----|
| AMERICAN EXPRESS ATTN:ANN JACOBS | (632) 492-3884 |
| ANDREWS KURTH LLP ATTN:PAUL N. SILVERSTEIN | (212) 813-8158 |
| ANDREWS KURTH LLP ATTN: PAUL SILVERSTEIN, ESQ. | 212-850-2929 |
| BLANK ROME LLP ATTN: MICHAEL Z. BROWNSTEIN | 212-885-5502 |
| BLANK ROME LLP ATTN: RAYMOND PATELLA | 215-832-5781 |
| BURNT MOUNTAIN CENTER, INC ATTN:KIM HYDE | (706) 277-3689 |
| CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE | (301) 841-2889 |
| CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS | (301) 841-2889 |
| CARTER, LEDYARD & MILBURN LLP ATTN: AARON R. CAHN | 212-732-3232 |
| CHANNEL PRIME ALLIANCE ATTN:CIARA DOLLOWAY | (203) 831-4330 |
| CHASE BRASS & COPPER, INC. ATTN:CHERYL NOFZIGER | (419) 485-5945 |
| CHINA AUTO GROUP ATTN:KIM TAYLOR DOMINES | (949) 767-5949 |
| COHEN WEISS AND SIMON LLP ATTN: RICHARD M. SELTZER | (646) 473-8219 |
| COHEN, WEISS AND SIMON LLP ATTN: ROBIN H. GISE | (646) 473-8213 |
| COPPER & BRASS SALES ATTN:DALE SAWCHIK | (216) 883-1066 |
| CSE MORTGAGE, LLC ATTN:AKIM GRATE | (301) 841-2889 |
| CSE MORTGAGE, LLC ATTN:TODD GEHRS | (301) 841-2889 |
| DALTON BOX ATTN:SHEILA BLAIR | (706) 277-3689 |
| DAY PITNEY LLP ATTN: SCOTT A. ZUBER, ESQ. | 973-966-1015 |
| DEGUSSA-HULS CORPORATION ATTN:FRED PACINICH | (973) 541-8850 |
| DMD SPECIAL SITUTATIONS, LLC ATTN:AKIM GRATE | (301) 841-2889 |
| DMD SPECIAL SITUTATIONS, LLC ATTN:TODD GEHRS | (301) 841-2889 |
| DOW CORNING STI ATTN:ANNE TIPPLE | (866) 804-8812 |
| EARLE M. JORGENSEN COMPANY ATTN:DAVID O' BRIEN | (215) 949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES PO BOX 4620 | (315) 471-3846 |
| EXCELLUS BLUE CROSS ATTN:CUSTOMER SERVICE | (585) 238-4348 |
| GEORGIA POWER ATTN:CUSTOMER SERVICE | (404) 506-3771 |
| GOLD KEY PROCESSING, LTD ATTN:STEVE HARSH | (440) 632-0929 |
| GOODYEAR TIRE & RUBBER CO. ATTN:DERICK MCGINNESS | (330) 796-1113 |
| GOSIGER MACHINE TOOLS ATTN:LINDA DUALE | (440) 248-3112 |
| HALEY & ALDRICH, INC. ATTN:STEVE SCHALABBA | (617) 886-7600 |
| IMPERIAL DIE & MFG CO. ATTN:RON LAPOSSY | (440) 268-9040 |
| IUEEMFWORKERS, AFL-CIO, ATTN:KEN REAM | (330) 395-4875 |
| KEYSTONE PROFILES ATTN:FRANK CREMEENS | (724) 846-3901 |
| LEXINGTON PRECISION CORP ATTN:MICHAEL A. LUBIN | (212) 319-4659 |
| LEXINGTON PRECISION CORPORATION ATTN:WARREN DELANO | (212) 319-4659 |
| LINTECH INTERNATIONAL ATTN:JULIE VAN BRUNT | (478) 784-1745 |
| LION COPOLYMER ATTN:MICHELLE GEIDROZ | (225) 267-3411 |
| LOCAL 1811, USWA, AFL-CIO, ATTN:WAYNE ROBINSON | (704) 454-7054 |
| MOMENTIVE PERF MATERIALS, INC. ATTN:LINDA AYERS | (304) 746-1623 |
| O'MELVENY & MEYERS, LLP ATTN:GERALD BENDER, ESQ. | (212) 326-2061 |
| OHIO EDISON ATTN:CUSTOMER SERVICE | (877) 289-3674 |
| PPG INDUSTRIES, INC. ATTN:ANEW JOHNSON | (724) 325-5045 |
| PREFERRED RUBBER  COMPOUNDING ATTN:MICHELLE PARKS | (330) 798-4796 |
| PROCESS OILS, INC. ATTN:BOB HOCH | (281) 556-6038 |
| SHIN-ETSU SILICONES OF AMERICA ATTN:E MCDOWELL | (330) 630-9855 |
| SIGNATURE ALUMINUM ATTN:CHIP MOORE | (614) 262-5036 |
| SULLIVAN & WORCESTER ATTN: GAYLE P. EHRLICH, ESQ. | 617-338-2880 |
| TAFT STETTINIUS ET AL LLP ATTN RICHARD FERRELL ESQ | 513-381-0205 |
| TECHNICAL MACHINE PRODUCTS ATTN:SHERRY FESS | (281) 281-0408 |
| USW ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSL | (412) 562-2574 |

| | |
|---|---|
| VITEX CORPORATION ATTN:BRENDA GOODEARL | 603-934-0355 |
| WACKER SILICONES ATTN:LUANN NOELANDERS | (517) 264-8580 |
| WALLER LANDSEN DORTCH & DAVIS ATTN JOHN TISHLER | 615-244-6804 |
| WEBSTER BUSINESS CREDIT CORP ATTN:ALAN MCKAY | (212) 806-4530 |
| WEIL GOTSHAL & MANGES LLP ATTN:CHRISTOPHER MARCUS | (212) 310-8007 |
| WEIL GOTSHAL & MANGES LLP ATTN:JOHN W. LUCAS, ESQ. | (212) 310-8007 |
| WILMINGTON TRUST CO CORP CAP MKTS, STEVE CIMALORE | (302) 651-8010 |