ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Proposed Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          :      Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :      Case No. 08-11153 (MG)
                                                :      Jointly Administered
                                                :
                    Debtors.                    :
---------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTIONS REGARDING APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF ANDREWS KURTH LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Paul N. Silverstein, a partner of Andrews Kurth LLP, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), certifies to the Court that more than twenty-one (21) days have elapsed since the filing and service of the Committee's Application for Order Authorizing the Employment of Andrews Kurth LLP as Counsel (the "Application"). The Application was filed and served on April 21, 2008, objections were due on May 9, 2008, and no objections have been filed or served as of the date hereof.

WHEREFORE, Andrews Kurth LLP respectfully requests that the Court enter an order (i) granting the Application and (ii) granting such other and further relief as may be just and proper.

NYC:176440.1

2

Dated: New York, New York
       May 12, 2008

                                            Respectfully submitted,

                                            <u>/s/ Paul N. Silverstein</u>
                                            Paul N. Silverstein (PS 5098)
                                            Jonathan I. Levine (JL 9674)
                                            450 Lexington Avenue, 15th Floor
                                            New York, New York 10017
                                            Tel: (212) 850-2800
                                            Fax: (212) 850-2929

                                            Proposed Counsel to the Official Committee of Unsecured Creditors

NYC:176440.1