United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-11153 </br> } |
| Debtor | } Amount **$15,736.39** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DISPERSION TECHNOLOGY, INC.**
**1885 SWARTHMORE AVE.**
**LAKEWOOD, NJ 08701**

The transfer of your claim as shown above in the amount of **$15,736.39** has been transferred to:

>Liquidity Solutions, Inc.
>Dba Revenue Management
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


By:/s/ Michael Handler
Liquidity Solutions, Inc.
D/B/A Revenue Management
(201) 968-0001

965047

## TRANSFER NOTICE

DISPERSION TECHNOLOGY, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $15,736.39 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 30 day of April, 2008.

DISPERSION TECHNOLOGY, INC.

WITNESS:

By: *Kim Serpico* (Signature)   *Melissa Cruz-Phillips* (Signature)

Kim Serpico, Controller (Print Name and Title)   Melissa Cruz-Phillips (Print Name of Witness)

965047