United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11153 |
| | } |
| Debtor | } Amount $148,823.80 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**EARL M JORGENSEN CO.**
**2060 ENTERPRISE PKWY**
**TWINSBURG, OH 44087**

The transfer of your claim as shown above in the amount of **$148,823.80** has been transferred to:

> EQUITY TRUST CO
> CUSTODIAN FBO DAVID FISHEL IRA
> 225 BURNS ROAD
> ELYRIA, OH 44036

No action is required if you do not object to the transfer of your Claim.

By:/s/ Michael Handler
Liquidity Solutions, Inc.
D/B/A Revenue Management
(201) 968-0001

965059

**TRANSFER NOTICE** — Equity Trust Company Custodian FBO David Fishel IRA

Earle M. Jorgensen Company ("Assignor"), transfers and assigns unto ~~Liquidity Solutions, Inc.~~, as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $148,823.80 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 6th day of May, 2008.

Earle M. Jorgensen Company

By: _____ (Signature)
DAVID E. O'BRIEN JR
DISTRICT CREDIT MANAGER
(Print Name and Title)

WITNESS
_____ (Signature)
BARBARA ALLEN NERETH
(Print Name of Witness)

_____
EQUITY TRUST CO. CUSTODIAN FBO DAVID FISHEL IRA
**Rita Grasso**

965059