UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
LEXINGTON PRECISION CORP, et al.,                   :      Case No. 08-11153 (MG)
                                                    :
                                                    :
                      Debtors.                      :
---------------------------------------------------------------x

## ORDER AUTHORIZING THE EMPLOYMENT OF
## ANDREWS KURTH LLP AS COUNSEL TO THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the Application (the "Application") for an Order Authorizing the Employment of Andrews Kurth LLP ("Andrews Kurth") as Counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned Debtors, Lexington Precision Corporation, et al. (the "Debtors"); and it appearing from the accompanying Statement of Andrews Kurth and Certification of Paul N. Silverstein, a member of Andrews Kurth, dated April 16, 2008, pursuant to Federal Rules of Bankruptcy Procedure 2014(a) that Andrews Kurth neither represents nor holds any interest adverse to the estate or the Committee with respect to the matters upon which it is to be engaged; and, it appearing that proper and adequate notice has been given under the circumstances and that no other or further notice is appropriate or warranted; and good and sufficient cause appearing therefor; it is hereby

ORDERED AS FOLLOWS:

1.     Pursuant to Sections 327(a) and 1103 of the Bankruptcy Code, the Committee is authorized to retain and employ the law firm of Andrews Kurth as its counsel in these Chapter 11 cases, nunc pro tunc April 11, 2008 (the date the Committee was formed); and

2.     Andrews Kurth shall be compensated in accordance with the procedures set forth in Section 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy

NYC:175234.2

2

Procedure, the Local Rules of this Court, as may be then applicable from time to time, all upon proper application therefor.

Dated:  **May 13, 2008**

                                          **/s/Martin Glenn**
                                 UNITED STATES BANKRUPTCY JUDGE

NYC:175234.2