UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :   08- 11153 (MG)
                                                            :
           Debtors.                                         :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

      ROSS MATRAY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On May 6, 2008, I caused to be served true and correct copies of the "Notice of Commencement of Case Under Chapter 11 of the Bankruptcy Code, Meeting of Creditors, and Other Matters", dated April 4, 2008, a copy of which is attached hereto as Exhibit "A", enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Ross Matray
                                              Ross Matray

Sworn to before me this

12th day of May, 2008

/s/ Regina Amporfro
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Supplemental Notice of Commencement_aff_5-6-08.DOC

**EXHIBIT "A"**

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| In re:<br>Lexington Precision Corp. and Lexington Rubber Group, Inc., Debtors. | Chapter 11<br>Case No.: 08-11153 (MG) |

## NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, MEETING OF CREDITORS, AND OTHER MATTERS

On April 1, 2008, Lexington Precision Corporation and Lexington Rubber Group, Inc. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). You may be a creditor of one of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Court, including lists of the Debtors' assets and liabilities, are or will be available for inspection at the Office of the Clerk of the Bankruptcy Court and on the Court's website, www.nysb.uscourts.gov or http://chapter11.epiqsystems.com/lexington, which provides access to the public at no charge. Note that you need a PACER password and login to access documents on the Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).
NOTE: The staff of the Bankruptcy Clerk's Office and the office of the United States Trustee cannot give legal advice.

| Name of Debtors | Case Numbers | Tax Identification Numbers |
|---|---|---|
| Lexington Precision Corporation | 08-11153 (MG) | 22-1830121 |
| Lexington Rubber Group, Inc. | 08-11156 (MG) | 13-3525759 |
| Name, Address, Telephone Number and Facsimile Number for Attorneys for the Debtors<br><br>Richard P. Krasnow, Esq.<br>Christopher J. Marcus, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | Name, Address and Telephone of Trustee<br><br>NOT APPLICABLE | Date Cases Filed<br><br>April 1, 2008 |

| DATE, TIME, AND LOCATION OF MEETING OF CREDITORS<br>PURSUANT TO BANKRUPTCY CODE SECTION 341(a)<br>May 13, 2008, 2:00 p.m. (Eastern Time)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |
|---|
| DEADLINE TO FILE A PROOF OF CLAIM<br>Notice of the deadline to file a proof of claim will be sent at a later time.<br>**Creditor with a Foreign Address:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side. |
| DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS<br>**July 14, 2008 at 4:00 p.m. (prevailing Eastern Time)** |
| CREDITORS MAY NOT TAKE CERTAIN ACTIONS<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand payment, taking action against the Debtors to collect money owed or to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions. Consult a lawyer to determine your rights in this case. |

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court<br>One Bowling Green, New York, New York 10004 | Approved by the Clerk of the Bankruptcy Court,<br><br>/s/ Kathleen Farrell-Willoughby |
|---|---|
| Hours Open:<br>8:30 a.m. to 5:00 p.m., Monday through Friday | Date:    April 4, 2008 |

NY2:\1861505\02\13WCH02!.DOC\26690.0008

FILING OF CHAPTER 11 BANKRUPTCY CASE. A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

LEGAL ADVICE. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.

MEETING OF CREDITORS. A meeting of creditors is scheduled for the date, time, and location listed on the front side. The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case.

CLAIMS. A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address**: The deadline for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d) (6) (A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

BANKRUPTCY CLERK'S OFFICE. Any paper that you file in these bankruptcy cases should be filed at the Office of the Clerk of the Bankruptcy Court at the address listed below.

CREDITORS WITH A FOREIGN ADDRESS. Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

# EXHIBIT "B"

LPC 341 Ntc 05-06-08

Moreland Altobelli Associates, Inc.
2211 Beaver Ruin Road, Suite 190
Norcross GA, 30071

LPC 341 Ntc 05-06-08

BBP Partners
Eaton Center
1111 Superior Avenue, Suite 1111
Cleveland OH, 44114

LPC 341 Ntc 05-06-08

AT&T
P.O. Box 8100
Aurora IL, 60507-8100