UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Lexington Precision Corporation,**

*Debtor.*

**Bankruptcy Case No.
08-11153**

**Chapter 11 Case**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned case under Chapter 11 of Title 11 of the United States Code for H&R of New York, LLP d/b/a Haley & Aldrich of New York ("Creditor"), and requests, pursuant to Bankruptcy Rules 2002 and 9010(b) that any and all Notices given or required to be given in the above-captioned Chapter 11 case and any proceedings therein, and all papers served or required to be served in the Chapter 11 case and any proceedings therein, be given to and served upon the undersigned law firm at the Post Office address and telephone number set forth below and that the following firm be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> J. Eric Charlton, Esq.
> **HISCOCK & BARCLAY, LLP**
> *Attorneys for H&R of New York, LLP*
> *d/b/a Haley & Aldrich of New York*
> Office & Post Office Address
> 300 South State Street
> One Park Place
> Syracuse, New York 13202
> Telephone: (315) 425-2716
> E-mail: echarlton@hisockbarclay.com

HISCOCK & BARCLAY, LLP

SYLIB01\624236\1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex, or otherwise.

Dated:  May 12, 2008            **HISCOCK & BARCLAY, LLP**


By:     *s/ J. Eric Charlton*
        J. Eric Charlton


*Attorneys for H&R of New York, LLP*
 *d/b/a Haley & Aldrich of New York*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone: (315) 425-2716

HISCOCK & BARCLAY, LLP

SYLIB01\624236\1

- 2 -

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Lexington Precision Corporation,**

*Debtor.*

**Bankruptcy Case No.
08-11153**

**Chapter 11 Case**

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing Notice of Appearance and Request for Notice, with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system which sent notification of such filing to the following:

- Aaron R. Cahn    cahn@clm.com
- Gayle Ehrlich    gehrlich@sandw.com, ccarlson@sandw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- William F. Harmeyer    wharmeyer@harmeyerlaw.com
- David R. Jury    djury@usw.org
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Christopher Marcus    christopher.marcus@weil.com
- Raymond Patella    patella@blankrome.com
- Richard M. Seltzer    rseltzer@cwsny.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com

*s/ Rita M. Jones*
Rita M. Jones

SYLIB01\624236\1