Hearing Date: June 5, 2008 at 2:00 p.m. (EDT)
Objection Deadline: June 2, 2008 at 10:00 a.m. (EDT)

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
LEXINGTON PRECISION CORP, et al.,                           :    Case No. 08-11153 (MG)
                                                            :
                                                            :    (Jointly Administered)
                        Debtors.                            :
-----------------------------------------------------------x

### NOTICE OF HEARING ON APPLICATION FOR
### ORDER AUTHORIZING THE EMPLOYMENT OF STOUT RISIUS
### ROSS, INC., AS FINANCIAL ADVISORS TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS,
### EFFECTIVE AS OF MAY 13, 2008

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") has filed an application (the "Application") seeking entry of an order authorizing the Committee to retain Stout Risius Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in compliance with the Federal Rules of Bankruptcy Procedure and Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in writing describing the basis therefore and must be filed with the Court electronically in accordance with General Orders M-242 and M-269 (which can be found at

HOU:2799506.3

www.nysbuscourts.gov) by registered users of the Bankruptcy Court's electronic case filing system and shall further be served upon (i) the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Paul Schwartzberg, Esq.); (ii) counsel to the Debtor, Weil Gotschal & Manges, LLP, 767 Fifth Avenue, New York, New York 10053 (Attention: Richard P. Krasnow, Esq. and Christopher Marcus, Esq.); (iii) counsel to the Committee, Andrews Kurth LLP, 450 Lexington, 15th Floor, New York, NY 10017 (Attention: Paul N. Silverstein, Esq.); (iv) attorneys for the Pre-Petition Lenders, Waller, Landsden, Dorten & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tisher); and (v) counsel for the Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender), so as to be received no later than June 2, 2008 at 10:00 a.m. EDT.

PLEASE TAKE FURTHER NOTICE that a hearing on approval of the Application will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United State Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 501, One Bowling Green, New York, New York 10004 on June 5, 2008 at 2:00 p.m. EDT.

PLEASE TAKE FURTHER NOTICE that the full terms of the retention are contained in the Application and the letter agreement, dated as of May 13, 2008, containing the terms of SRR's employment in these chapter 11 cases (the "Engagement Letter"), which is annexed to the Application as Exhibit A. The Application and Engagement Letter are available for inspection at the Office of the Clerk for the Bankruptcy Court and on the Bankruptcy Court's website at www.nysb.uscourts.gov, through an account obtained from the Pacer Service Center at (800) 676-6856, (212) 301-6440, or www.pacer.uscourts.gov.

HOU:2799506.3

Dated: New York, New York
      May 13, 2008

                        **THE OFFICIAL COMMITTEE OF**
                        **UNSECURED CREDITORS OF**
                        **LEXINGTON PRECISION CORPORATION**

                        By: /s/ Paul N. Silverstein
                        ANDREWS KURTH LLP
                        Paul N. Silverstein (PS 5098)
                        Jonathan Levine (JL 9674)
                        450 Lexington Avenue
                        New York, New York 10017
                        (212) 850-2800

                        Counsel for the Official
                        Committee of Unsecured Creditors

HOU:2799506.3