WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                   :
In re                                              :    Chapter 11 Case No.
                                                   :
LEXINGTON PRECISION CORP., et al.,                 :    08-11153 (MG)
                                                   :
         Debtors.                                  :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x
```

**NOTICE OF THE DEBTORS' WITHDRAWAL OF DEBTORS' MOTION**
**FOR AN ORDER PURSUANT TO SECTIONS 105, 362, AND 546(c) OF THE**
**BANKRUPTCY CODE TO ESTABLISH AND IMPLEMENT EXCLUSIVE AND**
**GLOBAL PROCEDURES FOR THE TREATMENT OF RECLAMATION CLAIMS**

PLEASE TAKE NOTICE that, on April 2, 2008, Lexington Precision

Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., as debtors and

debtors in possession in the above-captioned chapter 11 cases, hereby withdraw, without

prejudice, their pending Motion for Entry of an Order Pursuant to Sections 105, 363, and 546(c)

of the Bankruptcy Code to Establish and Implement Exclusive and Global Procedures for the

Treatment of Reclamation Claims [Docket No. 36], filed April 2, 2008.

Dated: New York, New York
       May 14, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession