**Lexington Outstanding Invoices - Goods Delivered in 20 Day Period Prior to Bankruptcy Filing Only**

| Inv. ref. | | Doc..Date | Amt in loc.cur. | LCurr | Date Delivered |
|---|---|---|---|---|---|
| 41636450 | **Lexington Rubber Group-Medical Div** | 3/13/2008 | 8,948.01 | USD | 3/14/2008 |
| 41637574 | **Rock Hill** | 3/14/2008 | 8,526.38 | USD | 3/17/2008 |
| 41639116 | | 3/17/2008 | 12,095.44 | USD | 3/18/2008 |
| 41639971 | | 3/18/2008 | 4,263.19 | USD | 3/19/2008 |
| 41641883 | | 3/20/2008 | 3,988.49 | USD | 3/27/2008 |
| 41644564 | | 3/26/2008 | 4,263.19 | USD | 3/28/2008 |
| 41648849 | | 3/31/2008 | 8,207.08 | USD | 3/31/2008 |
| | | | **50,291.78** | **USD** | |
| | | | | | |
| 41634307 | **Lexington Rubber Grp-Insulators Dv** | 3/10/2008 | 42,909.96 | USD | 3/12/2008 |
| 41635559 | **Jasper** | 3/12/2008 | 48,489.45 | USD | 3/13/2008 |
| 41636475 | | 3/13/2008 | 6,680.67 | USD | 3/13/2008 |
| 41637592 | | 3/14/2008 | 36,244.00 | USD | 3/13/2008 |
| 41637593 | | 3/14/2008 | 2,116.55 | USD | 3/14/2008 |
| 41640000 | | 3/18/2008 | 36,243.99 | USD | 3/20/2008 |
| 41641910 | | 3/20/2008 | 60,673.36 | USD | 3/20/2008 |
| 41641911 | | 3/20/2008 | 36,244.00 | USD | 3/20/2008 |
| 41641912 | | 3/20/2008 | 2,307.14 | USD | 3/26/2008 |
| 41643402 | | 3/25/2008 | 937.19 | USD | 3/27/2008 |
| 41648861 | | 3/31/2008 | 36,244.00 | USD | 3/27/2008 |
| 41649270 | | 3/31/2008 | 4,685.92 | USD | 3/28/2008 |
| 41649984 | | 3/31/2008 | 36,244.00 | USD | 3/27/2008 |
| | | | **350,020.23** | **USD** | |
| | | | | | |
| 41635575 | **Lexington Rubber Grp-Connectors Dv** | 3/12/2008 | 2,597.88 | USD | 3/12/2008 |
| 41636503 | **Vienna** | 3/13/2008 | 5,911.48 | USD | 3/12/2008 |
| 41636504 | | 3/13/2008 | 3,179.84 | USD | 3/13/2008 |
| 41636505 | | 3/13/2008 | 10,176.86 | USD | 3/13/2008 |
| 41640997 | | 3/19/2008 | 12,749.00 | USD | 3/19/2008 |
| 41640998 | | 3/19/2008 | 3,340.22 | USD | 3/19/2008 |
| 41641952 | | 3/20/2008 | 8,867.22 | USD | 3/20/2008 |
| 41642903 | | 3/24/2008 | 17,039.52 | USD | 3/24/2008 |
| 41644608 | | 3/26/2008 | 7,362.62 | USD | 3/25/2008 |
| 41644609 | | 3/26/2008 | 9,251.70 | USD | 3/26/2008 |
| 41646769 | | 3/28/2008 | 2,955.74 | USD | 3/28/2008 |
| | | | **83,432.08** | **USD** | |
| | **Delivered 20 days prior to bankruptcy filing 4/1** | | **483,744.09** | **USD** | |



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477


<u>Ship to</u>
Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
663 Bryant Blvd
Rock Hill SC  29732

Remit To: Wacker Chemical Corporation

By check:  PO Box 91773
           Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account        323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41636450 |
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : P7515 |
| Delivery Number | : 22785945 |
| Customer Account | : 25005952 |
| Packing List Number | : 22785945 |
| Due Date | : 04/27/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | | -----Amount---- |
| 000001 | 70703678 | | | | | | | |
| | EL R 411/50 | | | | | | | |
| | SILICONE RUBBER | | | | | | | |
| | 183750 | 455.000 | KG | 4.25 | USD | 1 LBS | | 4,263.19 |
| | | 455.000 | KG (SKU) | | | 1,003.103 LBS | | |
| | 184132 | 500.000 | KG | 4.25 | USD | 1 LBS | | 4,684.82 |
| | | 500.000 | KG (SKU) | | | 1,102.311 LBS | | |

Invoice Total                                                    8,948.01


Customer Service Representative : Luann L Noelandere
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



**Wacker Chemical Corporation**
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

<u>Ship to</u>
Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
663 Bryant Blvd
Rock Hill SC  29732

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account     323-123759
                  ABA Routing 021000021
                  Swift Code  CHASUS33

| | |
|---|---|
| Invoice Number | : 41637574 |
| Invoice Date | : 03/14/2008 |
| Your Purchase Order | : P7515 |
| Delivery Number | : 22787996 |
| Customer Account | : 25005952 |
| Packing List Number | : 22787996 |
| Due Date | : 04/28/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70703678 | | | | | | | |
| | EL R 411/50 | | | | | | | |
| | SILICONE RUBBER | | | | | | | |
| | 184132 | 910.000 | KG | 4.25 | USD | 1 | LBS | 8,526.38 |
| | | 910.000 | KG (SKU) | 2,006.207 | | | LBS | |

| | |
|---|---|
| Invoice Total | 8,526.38 |

Customer Service Representative : Luann L Noelandere
For customer service questione please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

**Board of Directors:** Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1. Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2. No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3. If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4. Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5. This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

Ship to
Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
663 Bryant Blvd
Rock Hill SC  29732

| | |
|---|---|
| **Remit To: Wacker Chemical Corporation** | |
| By check: PO Box 91773 | |
|            Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
|            Account       323-123759 | |
|            ABA Routing  021000021 | |
|            Swift Code   CHASUS33 | |

| | | |
|---|---|---|
| Invoice Number | : | 41639116 |
| Invoice Date | : | 03/17/2008 |
| Your Purchase Order | : | P7519 |
| Delivery Number | : | 22788081 |
| Customer Account | : | 25005952 |
| Packing List Number | : | 22788081 |
| Due Date | : | 05/01/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Collect FOB Shipping Point

Item    Material Description
     ---Batch--  --Quantity-- UoM -----Price----- -CUR- --Per- Uom      -----Amount----

000001 60006603
      Customer number 5007044
            ELASTOSIL® R 401/60 S
            SILICONE RUBBER

| | | | | | | |
|---|---|---|---|---|---|---|
| MS02598 | 540.000 KG | 2.54 | USD | 1 LBS | 3,023.86 |
|         | 540.000 KG (SKU) | | 1,190.496 LBS | | |
| MS02619 | 1,080.000 KG | 2.54 | USD | 1 LBS | 6,047.72 |
|         | 1,080.000 KG (SKU) | | 2,380.992 LBS | | |
| MS02767 | 540.000 KG | 2.54 | USD | 1 LBS | 3,023.86 |
|         | 540.000 KG (SKU) | | 1,190.496 LBS | | |

Invoice Total                                                    12,095.44

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

Ship to
Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
663 Bryant Blvd
Rock Hill SC  29732

| | |
|---|---|
| Remit To: | Wacker Chemical Corporation |
| By check: | PO Box 91773 |
| | Chicago, IL 60693 |
| By Bank Transfer: | JPMorgan Chase Bank |
| | Account       323-123759 |
| | ABA Routing 021000021 |
| | Swift Code   CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41639971 |
| Invoice Date | : 03/18/2008 |
| Your Purchase Order | : P7514 |
| Delivery Number | : 22789024 |
| Customer Account | : 25005952 |
| Packing List Number | : 22789024 |
| Due Date | : 05/02/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|---|
| 000001 | 70703678 EL R 411/50 SILICONE RUBBER | | | | | | | |
| | 184132 | 455.000 | KG | 4.25 | USD | 1 | LBS | 4,263.19 |
| | | 455.000 | KG (SKU) | | 1,003.103 | | LBS | |

Invoice Total                                              4,263.19

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount then the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

**Ship to**
Lexington Rubber Group-Medical Div
663 Bryant Blvd
Rock Hill SC  29730

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check:  PO Box 91773 | |
|            Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
|            Account      323-123759 | |
|            ABA Routing  021000021 | |
|            Swift Code   CHASUS33 | |

| | | |
|---|---|---|
| Invoice Number | : | 41641883 |
| Invoice Date | : | 03/20/2008 |
| Your Purchase Order | : | P7528 |
| Delivery Number | : | 22791961 |
| Customer Account | : | 25005952 |
| Packing List Number | : | 22791961 |
| Due Date | : | 05/04/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 000001 70702477 | | | | | | | |
| | EL R 427/60 | | | | | | |
| | SILICONE RUBBER BASE | | | | | | |
| 178335 | | 229.600 KG | | 5.25 | USD | 1 LBS | 2,657.45 |
| | | 229.600 KG (SKU) | | | | 506.181 LBS | |
| 000002 70702471 | | | | | | | |
| | EL R 427/30 | | | | | | |
| | SILICONE RUBBER BASE | | | | | | |
| 181073 | | 115.000 KG | | 5.25 | USD | 1 LBS | 1,331.04 |
| | | 115.000 KG (SKU) | | | | 253.532 LBS | |

Invoice Total                                                                     3,988.49

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1330 628 5017
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn: Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

<u>Ship to</u>
Lexington Rubber Group-Medical Div
Attn: Accounts Payable
663 Bryant Blvd
Rock Hill SC  29732

| | |
|---|---|
| Invoice Number | : 41644564 |
| Invoice Date | : 03/26/2008 |
| Your Purchase Order | : P7514 |
| Delivery Number | : 22794104 |
| Customer Account | : 25005952 |
| Packing List Number | : 22794104 |
| Due Date | : 05/10/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- UoM | -----Price---- | -CUR- | --Per- Uom | | -----Amount---- |

000001 70702527
    Customer number 5007137
                EL R 411/70 US
                SILICONE RUBBER

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 183723 | 455.000 KG | 4.25 | USD | 1 LBS | 4,263.19 |
|  | 455.000 KG (SKU) |  | 1,003.103 LBS |  |  |

Invoice Total                                          4,263.19

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets sellar's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Group-Medical Div
Attn:  Accounts Payable
PO Box 4477
Rock Hill SC  29732-6477

<u>Ship to</u>
Lexington Rubber Group-Medical Div
663 Bryant Blvd
Rock Hill SC  29730

**Remit To: Wacker Chemical Corporation**

By check:  PO Box 91773
           Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| **Invoice Number** | : 41648849 |
| **Invoice Date** | : 03/31/2008 |
| Your Purchase Order | : P7529 |
| Delivery Number | : 22798838 |
| Customer Account | : 25005952 |
| Packing List Number | : 22798838 |
| Due Date | : 05/15/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Collect FOB Shipping Point

| Item | Material Description<br>---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|---|
| 000001 | 60061478 | | | | | | | |
| | Lexington Medical 60570 60 Black | | | | | | | |
| | 185880 | 1,088.500 | KG | 3.42 | USD | 1 | LBS | 8,207.08 |
| | | 1,088.500 | KG (SKU) | 2,399.732 | | | LBS | |

| | |
|---|---|
| **Invoice Total** | 8,207.08 |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1330 628 5017
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.    Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.    No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.    If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.    Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.    This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

__Ship to__
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account | 323-123759 |
| ABA Routing | 021000021 |
| Swift Code | CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41634307 |
| Invoice Date | : 03/10/2008 |
| Your Purchase Order | : 24142 |
| Delivery Number | : 22782232 |
| Customer Account | : 25006588 |
| Packing List Number | : 22782232 |
| Due Date | : 04/24/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price----- | -CUR- | --Per- Uom | -----Amount---- |
| 000001 | 70702652 | | | | | | |
| | Customer number 9007021 | | | | | | |
| | GUM 21 | | | | | | |
| | SILICONE POLYMER | | | | | | |
| | 183125 | 2,500.000 | KG | 1.37 | USD | 1 LBS | 7,550.83 |
| | | 2,500.000 | KG (SKU) | 5,511.557 | LBS | | |
| 000002 | 70702654 | | | | | | |
| | Customer number 9007150 | | | | | | |
| | GUM 150 | | | | | | |
| | SILICONE POLYMER | | | | | | |
| | 183515 | 9,500.000 | KG | 1.37 | USD | 1 LBS | 28,693.16 |
| | | 9,500.000 | KG (SKU) | 20,943.915 | LBS | | |

Customer Service Repreeentative : Luann L Noelanders
For customer service questione please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

**WACKER** SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143


Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
|            Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
|            Account       323-123759 | |
|            ABA Routing  021000021 | |
|            Swift Code   CHASUS33 | |

| | |
|---|---|
| Invoice Number | : 41634307 |
| Invoice Date | : 03/10/2008 |
| Your Purchase Order | : 24142 |
| Delivery Number | : 22782232 |
| Customer Account | : 25006588 |
| Packing List Number | : 22782232 |
| Due Date | : 04/24/2008 |

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 000003 70702824 | | | | | | | |
| | Customer number 9007468 | | | | | | |
| | EL R 160/75 | | | | | | |
| 178108 | | 978.000 KG | | 2.11 | USD | 1 LBS | 4,549.42 |
| | | 978.000 KG (SKU) | | | 2,156.121 LBS | | |
| 178202 | | 455.000 KG | | 2.11 | USD | 1 LBS | 2,116.55 |
| | | 455.000 KG (SKU) | | | 1,003.103 LBS | | |

Invoice Total                                                           42,909.96


Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

### SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.     Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.     No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.     If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.     Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.     This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
|---|
| By check: PO Box 91773<br>          Chicago, IL 60693<br><br>By Bank Transfer: JPMorgan Chase Bank<br>          Account      323-123759<br>          ABA Routing 021000021<br>          Swift Code  CHASUS33 |

| Invoice Number | : 41635559 |
|---|---|
| Invoice Date | : 03/12/2008 |
| Your Purchase Order | : 24143 |
| Delivery Number | : 22783096 |
| Customer Account | : 25006588 |
| Packing List Number | : 22783096 |
| Due Date | : 04/26/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

---

| Item   Material Description<br>   ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom      -----Amount---- |
|---|

000001 70702652
      Customer number 9007021
             GUM 21
             SILICONE POLYMER

| 183125 | 7,500.000 KG | 1.37 | USD | 1 LBS | 22,652.50 |
|---|---|---|---|---|---|
|  | 7,500.000 KG (SKU) | | 16,534.670 LBS | | |

| 183961 | 4,500.000 KG | 1.37 | USD | 1 LBS | 13,591.50 |
|---|---|---|---|---|---|
|  | 4,500.000 KG (SKU) | | 9,920.802 LBS | | |

000003 70703910
      Customer number 9007277
             B277
             SILICONE RUBBER BASE

| 183963 | 455.000 KG | 2.22 | USD | 1 LBS | 2,226.89 |
|---|---|---|---|---|---|
|  | 455.000 KG (SKU) | | 1,003.103 LBS | | |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

**WACKER** SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
|---|
| By check:  PO Box 91773<br>                  Chicago, IL 60693<br><br>By Bank Transfer: JPMorgan Chase Bank<br>                  Account         323-123759<br>                  ABA Routing 021000021<br>                  Swift Code   CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41635559 |
| Invoice Date | : 03/12/2008 |
| Your Purchase Order | : 24143 |
| Delivery Number | : 22783096 |
| Customer Account | : 25006588 |
| Packing List Number | : 22783096 |
| Due Date | : 04/26/2008 |

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 184022 | 2,047.000 KG | | | 2.22 | USD | 1 LBS | 10,018.56 |
| | 2,047.000 KG (SKU) | | | | | 4,512.863 LBS | |

**Invoice Total**                                                                                      48,489.45

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. : 517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.     Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.     No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.     If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.     Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.     This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
| --- |
| By check: PO Box 91773<br>Chicago, IL 60693 |
| By Bank Transfer: JPMorgan Chase Bank<br>Account      323-123759<br>ABA Routing 021000021<br>Swift Code  CHASUS33 |

| | |
| --- | --- |
| Invoice Number | : 41636475 |
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : 24143 |
| Delivery Number | : 22785955 |
| Customer Account | : 25006588 |
| Packing List Number | : 22785955 |
| Due Date | : 04/27/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70703910 | | | | | | | |
| | Customer number 9007277 | | | | | | | |
| | B277 | | | | | | | |
| | SILICONE RUBBER BASE | | | | | | | |
| | 184787 | 1,365.000 KG | | 2.22 | USD· | 1 | LBS | 6,680.67 |
| | | 1,365.000 KG (SKU) | | 3,009.310 | | | LBS | |

Invoice Total                                                    6,680.67

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account | 323-123759 |
| ABA Routing | 021000021 |
| Swift Code | CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41637592 |
| Invoice Date | : 03/14/2008 |
| Your Purchase Order | : 24169 |
| Delivery Number | : 22787053 |
| Customer Account | : 25006588 |
| Packing List Number | : 22787053 |
| Due Date | : 04/28/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|---|
| 000001 | 70702654 | | | | | | | |
| | Customer number 9007150 | | | | | | | |
| | GUM 150 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| | 183515 | 2,500.000 | KG | 1.37 | USD | 1 | LBS | 7,550.83 |
| | | 2,500.000 | KG (SKU) | 5,511.557 | | | LBS | |
| | 184058 | 7,500.000 | KG | 1.37 | USD | 1 | LBS | 22,652.50 |
| | | 7,500.000 | KG (SKU) | 16,534.670 | | | LBS | |
| 000003 | 70702652 | | | | | | | |
| | Customer number 9007021 | | | | | | | |
| | GUM 21 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| | 183961 | 2,000.000 | KG | 1.37 | USD | 1 | LBS | 6,040.67 |
| | | 2,000.000 | KG (SKU) | 4,409.245 | | | LBS | |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

# WACKER SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143


**Ship to**
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: | Wacker Chemical Corporation |
| By check: | PO Box 91773 |
| | Chicago, IL 60693 |
| By Bank Transfer: | JPMorgan Chase Bank |
| | Account        323-123759 |
| | ABA Routing  021000021 |
| | Swift Code   CHASUS33 |

| | |
|---|---|
| Invoice Number | : **41637592** |
| Invoice Date | : **03/14/2008** |
| Your Purchase Order | : 24169 |
| Delivery Number | : 22787053 |
| Customer Account | : 25006588 |
| Packing List Number | : 22787053 |
| Due Date | : 04/28/2008 |

Item   Material Description
   ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom      -----Amount----

**Invoice Total**                                                    36,244.00

**Customer Service Representative : Luann L Noelanders**
**For customer service questions please call : +1800-554-1715**
**For questions about these charges, contact the Credit Dept. :  517-264-8296**

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

```
Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33
```

```
Invoice Number     : 41637593
Invoice Date       : 03/14/2008
Your Purchase Order : 24142
Delivery Number    : 22788762
Customer Account   : 25006588
Packing List Number : 22788762
Due Date           : 04/28/2008
```

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Destination

```
Item   Material Description
       ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom    -----Amount----


000001 70702824
       Customer number 9007468
              EL R 160/75

       185037      455.000 KG      2.11  USD       1 LBS         2,116.55
                   455.000 KG (SKU)           1,003.103 LBS
```

Invoice Total                                                    2,116.55

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

### SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.   Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.   No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.   If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.   Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.   This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Remit To: **Wacker Chemical Corporation**

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : **41640000** |
| Invoice Date | : 03/18/2008 |
| Your Purchase Order | : 24170 |
| Delivery Number | : 22787104 |
| Customer Account | : 25006588 |
| Packing List Number | : 22787104 |
| Due Date | : 05/02/2008 |

Payment Terms   : **Net 45 days**
Terms of delivery: Prepaid FOB Destination

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|---|
| 000001 | 70702652 | | | | | | | |
| | Customer number 9007021 | | | | | | | |
| | GUM 21 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| 183961 | 5,000.000 | KG | | 1.37 | USD | 1 | LBS | 15,101.66 |
| | 5,000.000 | KG (SKU) | | 11,023.113 | | | LBS | |
| 184231 | 7,000.000 | KG | | 1.37 | USD | 1 | LBS | 21,142.33 |
| | 7,000.000 | KG (SKU) | | 15,432.358 | | | LBS | |

Invoice Total                                                      36,243.99

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143


<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
| --- |
| By check:  PO Box 91773 |
| Chicago, IL 60693 |
| By Bank Transfer:  JPMorgan Chase Bank |
| Account      323-123759 |
| ABA Routing  021000021 |
| Swift Code   CHASUS33 |

| Invoice Number | : 41641910 |
| --- | --- |
| Invoice Date | : 03/20/2008 |
| Your Purchase Order | : 24212 |
| Delivery Number | : 22791675 |
| Customer Account | : 25006588 |
| Packing List Number | : 22791675 |
| Due Date | : 05/04/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

---

| Item | Material Description | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |

000001 70702652
    Customer number 9007021
        GUM 21
        SILICONE POLYMER

| | 184231 | 3,000.000 KG | | 1.37 | USD | 1 | LBS | 9,061.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 3,000.000 KG (SKU) | | | 6,613.868 | LBS | | |

000002 70702654
    Customer number 9007150
        GUM 150
        SILICONE POLYMER

| | 184058 | 4,500.000 KG | | 1.37 | USD | 1 | LBS | 13,591.50 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 4,500.000 KG (SKU) | | | 9,920.802 | LBS | | |
| | 184433 | 4,500.000 KG | | 1.37 | USD | 1 | LBS | 13,591.50 |
| | | 4,500.000 KG (SKU) | | | 9,920.802 | LBS | | |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  4

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

# WACKER SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| **Remit To:** Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account    323-123759 | |
| ABA Routing 021000021 | |
| Swift Code  CHASUS33 | |

| | |
|---|---|
| **Invoice** Number | : 41641910 |
| **Invoice** Date | : 03/20/2008 |
| Your Purchase Order | : 24212 |
| Delivery Number | : 22791675 |
| Customer Account | : 25006588 |
| Packing List Number | : 22791675 |
| Due Date | : 05/04/2008 |

Item   Material Description
    ---Batch--  --Quantity-- UoM -----Price---- -CUR- --Per- Uom      -----Amount----

000004 70703910
    Customer number 9007277
            B277
            SILICONE RUBBER BASE

    184611          455.000 KG        2.22  USD       1 LBS          2,226.89
                    455.000 KG (SKU)       1,003.103 LBS

    184603        2,435.000 KG        2.22  USD       1 LBS         11,917.53
                  2,435.000 KG (SKU)       5,368.256 LBS

    184654        1,546.000 KG        2.22  USD       1 LBS          7,566.53
                  1,546.000 KG (SKU)       3,408.347 LBS

000007 70702633
    Customer number 9007160
            EL R 160/60
            SILICONE RUBBER BASE

**Customer Service Representative : Luann L Noelanders**
**For customer service questions please call : +1800-554-1715**
**For questions about these charges, contact the Credit Dept. :  517-264-8296**

**WACKER** SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: | JPMorgan Chase Bank |
| | Account      323-123759 |
| | ABA Routing 021000021 |
| | Swift Code  CHASUS33 |

| | | |
|---|---|---|
| Invoice Number | : | **41641910** |
| Invoice Date | : | **03/20/2008** |
| Your Purchase Order | : | 24212 |
| Delivery Number | : | 22791675 |
| Customer Account | : | 25006588 |
| Packing List Number | : | 22791675 |
| Due Date | : | 05/04/2008 |

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| | 179424 | 455.000 KG | | 2.71 | USD | 1 | LBS | 2,718.41 |
| | | 455.000 KG (SKU) | | 1,003.103 | | | LBS | |

Invoice Total                                                                        60,673.36

Cuetomsr Service Representativs : Luann L Noelanders
For cuetomer service questions pleass call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143


<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
|---|
| By check:  PO Box 91773 |
|            Chicago, IL 60693 |
| By Bank Transfer:  JPMorgan Chase Bank |
|                   Account       323-123759 |
|                   ABA Routing  021000021 |
|                   Swift Code   CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41641911 |
| Invoice Date | : 03/20/2008 |
| Your Purchase Order | : 24214 |
| Delivery Number | : 22791882 |
| Customer Account | : 25006588 |
| Packing List Number | : 22791882 |
| Due Date | : 05/04/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70702652 | | | | | | | |
| | Customer number 9007021 | | | | | | | |
| | GUM 21 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| 184231 | 12,000.000 | KG | | 1.37 | USD | 1 | LBS | 36,244.00 |
| | 12,000.000 | KG (SKU) | | 26,455.471 | LBS | | | |

Invoice Total                                                     36,244.00

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.    Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.    No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.    If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.    Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.    This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Insulators Dv
Attn: Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn: Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| **Remit To: Wacker Chemical Corporation** | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account | 323-123759 |
| ABA Routing | 021000021 |
| Swift Code | CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41641912 |
| Invoice Date | : 03/20/2008 |
| Your Purchase Order | : 24224 |
| Delivery Number | : 22791988 |
| Customer Account | : 25006588 |
| Packing List Number | : 22791988 |
| Due Date | : 05/04/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description ---Batch-- --Quantity-- UoM | -----Price---- -CUR- --Per- Uom | -----Amount---- |
|---|---|---|---|
| 000001 | 70702272 EL R 407/40 SILICONE RUBBER BASE | | |
| | 184435    455.000 KG | 2.30  USD    1 LBS | 2,307.14 |
| | 455.000 KG (SKU) | 1,003.103 LBS | |

Invoice Total                                                                    2,307.14

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.      Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.      No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.      If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.      Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.      This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| Remit To: Wacker Chemical Corporation |
|---|
| By check: PO Box 91773<br>Chicago, IL 60693 |
| By Bank Transfer: JPMorgan Chase Bank<br>Account       323-123759<br>ABA Routing  021000021<br>Swift Code   CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41643402 |
| Invoice Date | : 03/25/2008 |
| Your Purchase Order | : 24168 |
| Delivery Number | : 22793764 |
| Customer Account | : 25006588 |
| Packing List Number | : 22793764 |
| Due Data | : 05/09/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description<br>---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom | -----Amount---- |
|---|---|---|
| 000001 | 60005392 | |
| | ELASTOSIL AUX STABILIZER R | |
| SZ09587 | 30.000 KG        14.17   USD        1 LBS | 937.19 |
| | 30.000 KG (SKU)            66.139 LBS | |

| | |
|---|---|
| Invoice Total | 937.19 |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.     Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.     No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.     If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.     Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.     This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account | 323-123759 |
| ABA Routing | 021000021 |
| Swift Code | CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41648861 |
| Invoice Date | : 03/31/2008 |
| Your Purchase Order | : 24243 |
| Delivery Number | : 22795657 |
| Customer Account | : 25006588 |
| Packing List Number | : 22795657 |
| Due Date | : 05/15/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70702652 | | | | | | | |
| | Customer number 9007021 | | | | | | | |
| | GUM 21 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| | 184231 | 2,000.000 | KG | 1.37 | USD | 1 | LBS | 6,040.67 |
| | | 2,000.000 | KG (SKU) | 4,409.245 | | | LBS | |
| | 184769 | 3,000.000 | KG | 1.37 | USD | 1 | LBS | 9,061.00 |
| | | 3,000.000 | KG (SKU) | 6,613.868 | | | LBS | |
| 000003 | 70702654 | | | | | | | |
| | Customer number 9007150 | | | | | | | |
| | GUM 150 | | | | | | | |
| | SILICONE POLYMER | | | | | | | |
| | 184433 | 7,000.000 | KG | 1.37 | USD | 1 | LBS | 21,142.33 |
| | | 7,000.000 | KG (SKU) | 15,432.358 | | | LBS | |

Customer Service Representative : Luann L Noelandere
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of 3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

# WACKER SILICONES

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143


Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| **Remit To: Wacker Chemical Corporation** | |
| By check: PO Box 91773 | |
|            Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
|            Account        323-123759 | |
|            ABA Routing 021000021 | |
|            Swift Code  CHASUS33 | |

| | |
|---|---|
| **Invoice Number** | : **41648861** |
| **Invoice Date** | : **03/31/2008** |
| Your Purchase Order | : 24243 |
| Delivery Number | : 22795657 |
| Customer Account | : 25006588 |
| Packing List Number | : 22795657 |
| Due Date | : 05/15/2008 |

```
Item   Material Description
     ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom      -----Amount----
```

**Invoice Total**                                              36,244.00

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

### SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Ship to
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

Remit To: Wacker Chemical Corporation

By check:  PO Box 91773
           Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account       323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41649270 |
| Invoice Date | : 03/31/2008 |
| Your Purchase Order | : 24255 |
| Delivery Number | : 22798820 |
| Customer Account | : 25006588 |
| Packing List Number | : 22798820 |
| Due Date | : 05/15/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|
| 000001 | 60005392 |  |  |  |  |  |  |
|  | ELASTOSIL AUX STABILIZER R |  |  |  |  |  |  |
|  | SZ09682 | 150.000 | KG | 14.17 | USD | 1 LBS | 4,685.92 |
|  |  | 150.000 | KG (SKU) |  |  | 330.693 LBS |  |

Invoice Total                                              4,685.92

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

<u>Ship to</u>
Lexington Rubber Grp-Insulators Dv
Attn:  Accounts Payable
1076 Ridgewood Rd
Jasper GA  30143

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
|  Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
|  Account  323-123759 | |
|  ABA Routing 021000021 | |
|  Swift Code  CHASUS33 | |

| | | |
|---|---|---|
| Invoice Number | : | **41649984** |
| Invoice Date | : | **03/31/2008** |
| Your Purchase Order | : | 24243 |
| Delivery Number | : | 22795658 |
| Customer Account | : | 25006588 |
| Packing List Number | : | 22795658 |
| Due Date | : | 05/15/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Destination

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 000001 | 70702652 | | | | | | |
| | Customer number 9007021 | | | | | | |
| | GUM 21 | | | | | | |
| | SILICONE POLYMER | | | | | | |
| 184769 | 12,000.000 | KG | 1.37 | USD | 1 LBS | 36,244.00 |
| | 12,000.000 | KG (SKU) | 26,455.471 | LBS | | |

Invoice Total                                                        36,244.00

Customer Service Repreeentative : Luann L Noelanders
For customer service questions pleaae call : +1800-554-1715
For queetions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1. Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2. No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3. If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4. Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5. This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



**Wacker Chemical Corporation**
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| | |
|---|---|
| Invoice Number | : 41635575 |
| Invoice Date | : 03/12/2008 |
| Your Purchase Order | : 39806031 |
| Delivery Number | : 22786962 |
| Customer Account | : 25010396 |
| Packing List Number | : 22786962 |
| Due Date | : 04/26/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|
| 000001 | 70702535 | | | | | | |
| | Customer number 6007052 | | | | | | |
| | C1451 | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 183602 | 228.000 KG | | | 2.66 | USD | 1 LBS | 1,337.06 |
| | 228.000 KG (SKU) | | | | | 502.654 LBS | |
| 184111 | 215.000 KG | | | 2.66 | USD | 1 LBS | 1,260.82 |
| | 215.000 KG (SKU) | | | | | 473.994 LBS | |

**Invoice Total**                                                    **2,597.88**

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

### SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn: Accounts Payable
1510 Ridge Road
Vienna OH 44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn: Accounts Payable
1510 Ridge Road
Vienna OH 44473

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41636503 |
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : 39806030 |
| Delivery Number | : 22785952 |
| Customer Account | : 25010396 |
| Packing List Number | : 22785952 |
| Due Date | : 04/27/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom | -----Amount---- |
|---|---|---|
| 000001 | 70702420 | |
| | Customer number 6007088 | |
| | C1345 | |
| | SILICONE RUBBER COMPOUND | |
| 184816 | 1,090.000 KG          2.46  USD        1 LBS | 5,911.48 |
| | 1,090.000 KG (SKU)              2,403.039 LBS | |

Invoice Total                                                          5,911.48

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. : 517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473


<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account       323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41636504 |
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : 40006 |
| Delivery Number | : 22786993 |
| Customer Account | : 25010396 |
| Packing List Number | : 22786993 |
| Due Date | : 04/27/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70702804 | | | | | | | |
| | Customer number 6007033 | | | | | | | |
| | C1345HB | | | | | | | |
| | | | | | | | | |
| 184998 | | 455.000 KG | | 3.17 | USD | 1 | LBS | 3,179.84 |
| | | 455.000 KG (SKU) | | | 1,003.103 | | LBS | |

Invoice Total                                                     3,179.84

Customer Service Representative : Luenn L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| Remit To: Wacker Chemical Corporation |
|---|
| By check: PO Box 91773 |
| Chicago, IL 60693 |
| |
| By Bank Transfer: JPMorgan Chase Bank |
| Account      323-123759 |
| ABA Routing 021000021 |
| Swift Code  CHASUS33 |

| Invoice Number | : 41636505 |
|---|---|
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : 39806031 |
| Delivery Number | : 22786995 |
| Customer Account | : 25010396 |
| Packing List Number | : 22786995 |
| Due Date | : 04/27/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 000001 70703228 | | | | | | | |
| | Customer number 6007476 | | | | | | |
| | M2261001 GRN | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 184975 | | 545.000 KG | | 2.03 | USD | 1 LBS | 2,439.08 |
| | | 545.000 KG (SKU) | | 1,201.519 LBS | | | |
| 000002 70702420 | | | | | | | |
| | Customer number 6007088 | | | | | | |
| | C1345 | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 184666 | | 545.000 KG | | 2.46 | USD | 1 LBS | 2,955.74 |
| | | 545.000 KG (SKU) | | 1,201.519 LBS | | | |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

**WACKER** SILICONES

# Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473


Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| Remit To: Wacker Chemical Corporation |
|---|
| By check: PO Box 91773 |
| Chicago, IL 60693 |
| |
| By Bank Transfer: JPMorgan Chase Bank |
| Account       323-123759 |
| ABA Routing 021000021 |
| Swift Code  CHASUS33 |

| | |
|---|---|
| Invoice Number | : 41636505 |
| Invoice Date | : 03/13/2008 |
| Your Purchase Order | : 39806031 |
| Delivery Number | : 22786995 |
| Customer Account | : 25013096 |
| Packing List Number | : 22786995 |
| Due Date | : 04/27/2008 |

| Item | Material Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- | |

000003 70703228
      Customer number 6007476
            M2261001 GRN
            SILICONE RUBBER COMPOUND

| 184975 | 545.000 KG | 2.03 | USD | 1 LBS | 2,439.08 |
|---|---|---|---|---|---|
| | 545.000 KG (SKU) | | 1,201.519 LBS | | |

000004 70703204
      Customer number 6007477
            M2261002 NAT
            SILICONE RUBBER COMPOUND

| 183843 | 545.000 KG | 1.95 | USD | 1 LBS | 2,342.96 |
|---|---|---|---|---|---|
| | 545.000 KG (SKU) | | 1,201.519 LBS | | |

**Invoice Total**                                    **10,176.86**


Customer Service Representative : Luann L Noelenders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.    Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.

2.    No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.    If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.    Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.    This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473


Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

```
Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33
```

```
Invoice Number       : 41640997
Invoice Date         : 03/19/2008
Your Purchase Order  : 39806032
Delivery Number      : 22789846
Customer Account     : 25010396
Packing List Number  : 22789846
Due Date             : 05/03/2008
```

Payment Terms     : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

Item    Material Description
        ---Batch--  --Quantity-- UoM -----Price---- -CUR- --Per- Uom      -----Amount----

000001 70702420
       Customer number 6007088
               C1345
               SILICONE RUBBER COMPOUND

       184801          545.000 KG        2.46  USD       1 LBS          2,955.74
                       545.000 KG (SKU)        1,201.519 LBS

000002 70703228
       Customer number 6007476
               M2261001 GRN
               SILICONE RUBBER COMPOUND

       184974          545.000 KG        2.03  USD       1 LBS          2,439.08
                       545.000 KG (SKU)        1,201.519 LBS


Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

# WACKER SILICONES

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| Remit To: Wacker Chemical Corporation |
|---|
| By check:  PO Box 91773 |
|            Chicago, IL 60693 |
| |
| By Bank Transfer: JPMorgan Chase Bank |
|            Account     323-123759 |
|            ABA Routing 021000021 |
|            Swift Code  CHASUS33 |

| Invoice Number | : 41640997 |
|---|---|
| Invoice Date | : 03/19/2008 |
| Your Purchase Order | : 39806032 |
| Delivery Number | : 22789846 |
| Customer Account | : 25010396 |
| Packing List Number | : 22789846 |
| Due Date | : 05/03/2008 |

| Item | Material Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000003 | 70703204 | | | | | | | |
| | Customer number 6007477 | | | | | | | |
| | M2261002 NAT | | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | | |
| 184308 | | 1,090.000 KG | | 1.95 | USD | 1 | LBS | 4,685.93 |
| | | 1,090.000 KG (SKU) | | | 2,403.039 | | LBS | |
| 000004 | 70702535 | | | | | | | |
| | Customer number 6007052 | | | | | | | |
| | C1451 | | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | | |
| 184111 | | 455.000 KG | | 2.66 | USD | 1 | LBS | 2,668.25 |
| | | 455.000 KG (SKU) | | | 1,003.103 | | LBS | |

**Invoice Total**                                          12,749.00

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check:  PO Box 91773
           Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account       323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41640998 |
| Invoice Date | : 03/19/2008 |
| Your Purchase Order | : 39806031 |
| Delivery Number | : 22791753 |
| Customer Account | : 25010396 |
| Packing List Number | : 22791753 |
| Due Date | : 05/03/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|
| 000001 | 70703588 | | | | | | |
| | Customer number 6007061 | | | | | | |
| | M2260001 GRN | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 183689 | 545.000 | KG | | 2.78 | USD | 1 LBS | 3,340.22 |
| | 545.000 | KG (SKU) | | 1,201.519 | | LBS | |

| | |
|---|---|
| Invoice Total | 3,340.22 |

Customer Service Repreeentative : Luann L Noelendere
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



**WACKER SILICONES**

Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473


<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: **Wacker Chemical Corporation**

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : **41641952** |
| Invoice Date | : **03/20/2008** |
| Your Purchase Order | : 39806037 |
| Delivery Number | : 22791978 |
| Customer Account | : 25010396 |
| Packing List Number | : 22791978 |
| Due Date | : 05/04/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description |  |  |  |  |  |  | |
|---|---|---|---|---|---|---|---|---|
|  | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
| 000001 | 70702420 |  |  |  |  |  |  | |
|  | Customer number 6007088 |  |  |  |  |  |  | |
|  | C1345 |  |  |  |  |  |  | |
|  | SILICONE RUBBER COMPOUND |  |  |  |  |  |  | |
|  | 184801 | 1,090.000 | KG | 2.46 | USD | 1 | LBS | 5,911.48 |
|  |  | 1,090.000 | KG (SKU) |  | 2,403.039 |  | LBS | |
|  | 184966 | 545.000 | KG | 2.46 | USD | 1 | LBS | 2,955.74 |
|  |  | 545.000 | KG (SKU) |  | 1,201.519 |  | LBS | |

Invoice Total                                              8,867.22

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41642903 |
| Invoice Date | : 03/24/2008 |
| Your Purchase Order | : 39806034 |
| Delivery Number | : 22791903 |
| Customer Account | : 25010396 |
| Packing List Number | : 22791903 |
| Due Date | : 05/08/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- | Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|---|
| 000001 | 70703588 | | | | | | | |
| | Customer number 6007061 | | | | | | | |
| | M2260001 GRN | | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | | |
| | 184837 | 545.000 | KG | 2.78 | USD | 1 | LBS | 3,340.22 |
| | | 545.000 | KG (SKU) | 1,201.519 | | | LBS | |
| 000002 | 70702420 | | | | | | | |
| | Customer number 6007088 | | | | | | | |
| | C1345 | | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | | |
| | 184801 | 1,635.000 | KG | 2.46 | USD | 1 | LBS | 8,867.21 |
| | | 1,635.000 | KG (SKU) | 3,604.558 | | | LBS | |

Customer Service Repreeentative : Luann L Noelanders
For customer service questions pleaee call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

# WACKER | SILICONES

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| Remit To: Wacker Chemical Corporation |
| --- |
| By check: PO Box 91773<br>           Chicago, IL 60693 |
| By Bank Transfer: JPMorgan Chase Bank<br>           Account       323-123759<br>           ABA Routing  021000021<br>           Swift Code   CHASUS33 |

| | |
| --- | --- |
| Invoice Number | : **41642903** |
| Invoice Date | : **03/24/2008** |
| Your Purchase Order | : 39806034 |
| Delivery Number | : 22791903 |
| Customer Account | : 25010396 |
| Packing List Number | : 22791903 |
| Due Date | : 05/08/2008 |

| Item | Material Description | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
| 000003 70703204 | | | | | | | |
| | Customer number 6007477 | | | | | | |
| | M2261002 NAT | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| | 184308 | 579.000 KG | | 1.95 | USD | 1 LBS | 2,489.13 |
| | | 579.000 KG (SKU) | | | 1,276.476 LBS | | |
| | 184924 | 545.000 KG | | 1.95 | USD | 1 LBS | 2,342.96 |
| | | 545.000 KG (SKU) | | | 1,201.519 LBS | | |

**Invoice Total**                                                                    17,039.52

Customer Service Representative : Luann L Noelanders
For customer eervice questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account      323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41644608 |
| Invoice Date | : 03/26/2008 |
| Your Purchase Order | : 39806028 |
| Delivery Number | : 22794091 |
| Customer Account | : 25010396 |
| Packing List Number | : 22794091 |
| Due Date | : 05/10/2008 |

Payment Terms    : Net 45 daye
Terme of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- --Quantity-- UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
|---|---|---|---|---|---|
| 000001 | 60036487 |  |  |  |  |
|  | Customer number 6007149 |  |  |  |  |
|  | C1451 A BLU VX |  |  |  |  |
|  | SILICONE RUBBER COMPOUND |  |  |  |  |
| 185466 | 1,197.000 KG | 2.79 | USD | 1 LBS | 7,362.62 |
|  | 1,197.000 KG (SKU) |  |  | 2,638.933 LBS |  |

Invoice Total                                                              7,362.62

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about theee charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract. **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material. In no event shall seller be liable for special, indirect or consequential damages.

3.  If this Invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein. If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This Invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: **Wacker Chemical Corporation**

By check: PO Box 91773
          Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account       323-123759
                  ABA Routing 021000021
                  Swift Code  CHASUS33

| | |
|---|---|
| Invoice Number | : 41644609 |
| Invoice Date | : 03/26/2008 |
| Your Purchase Order | : 39806035 |
| Delivery Number | : 22793667 |
| Customer Account | : 25010396 |
| Packing List Number | : 22793667 |
| Due Date | : 05/10/2008 |

Payment Terms    : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- | --Quantity-- | UoM | -----Price---- | -CUR- | --Per- Uom | -----Amount---- |
|---|---|---|---|---|---|---|---|
| 000001 | 70703588 | | | | | | |
| | Customer number 6007061 | | | | | | |
| | M2260001 GRN | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 184837 | | 545.000 | KG | 2.78 | USD | 1 LBS | 3,340.22 |
| | | 545.000 | KG (SKU) | 1,201.519 | | LBS | |
| 000002 | 70702420 | | | | | | |
| | Customer number 6007088 | | | | | | |
| | C1345 | | | | | | |
| | SILICONE RUBBER COMPOUND | | | | | | |
| 185259 | | 1,090.000 | KG | 2.46 | USD | 1 LBS | 5,911.48 |
| | | 1,090.000 | KG (SKU) | 2,403.039 | | LBS | |

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  3

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

**WACKER** SILICONES

## Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473


Ship to
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

| | |
|---|---|
| Remit To: Wacker Chemical Corporation | |
| By check: PO Box 91773 | |
| Chicago, IL 60693 | |
| By Bank Transfer: JPMorgan Chase Bank | |
| Account    323-123759 | |
| ABA Routing 021000021 | |
| Swift Code  CHASUS33 | |

| | |
|---|---|
| Invoice Number | : 41644609 |
| Invoice Date | : 03/26/2008 |
| Your Purchase Order | : 39806035 |
| Delivery Number | : 22793667 |
| Customer Account | : 25010396 |
| Packing List Number | : 22793667 |
| Due Date | : 05/10/2008 |

Invoice Total                                                      9,251.70

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.  Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; AND BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.  No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.  If this invoice is for material which is the subject of a current written sales contract between Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.  Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.  This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.



Wacker Chemical Corporation
3301 Sutton Road
Adrian, MI 49221-9397, USA
Tel. +1 517 264-8500
Fax +1 517 264-8246
www.wacker.com

# Invoice

Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

<u>Ship to</u>
Lexington Rubber Grp-Connectors Dv
Attn:  Accounts Payable
1510 Ridge Road
Vienna OH  44473

Remit To: Wacker Chemical Corporation

By check:  PO Box 91773
           Chicago, IL 60693

By Bank Transfer: JPMorgan Chase Bank
                  Account       323-123759
                  ABA Routing  021000021
                  Swift Code   CHASUS33

| | |
|---|---|
| Invoice Number | : 41646769 |
| Invoice Date | : 03/28/2008 |
| Your Purchase Order | : 39806036 |
| Delivery Number | : 22795264 |
| Customer Account | : 25010396 |
| Packing List Number | : 22795264 |
| Due Date | : 05/12/2008 |

Payment Terms   : Net 45 days
Terms of delivery: Prepaid FOB Shipping Point

| Item | Material Description ---Batch-- --Quantity-- UoM -----Price---- -CUR- --Per- Uom | -----Amount---- |
|---|---|---|

000001 70702420
       Customer number 6007088
              C1345
              SILICONE RUBBER COMPOUND

     183105         545.000 KG        2.46  USD       1 LBS          2,955.74
                    545.000 KG (SKU)          1,201.519 LBS

Invoice Total                                                        2,955.74

Customer Service Representative : Luann L Noelanders
For customer service questions please call : +1800-554-1715
For questions about these charges, contact the Credit Dept. :  517-264-8296

Page 1 of  2

Board of Directors: Christoph von Plotho (Chairman), Ingomar Kovar, Gerhard Schmid, Arno von der Eltz

## SALES AND DELIVERIES SUBJECT TO THE FOLLOWING CONDITIONS:

1.    Seller warrants that the material delivered hereunder meets seller's standard quality or such other specifications as has been expressly made a part of this contract.  **SELLER MAKES NO OTHER EXPRESS WARRANTIES; THERE ARE NO IMPLIED WARRANTIES WHICH EXTEND BEYOND THE OESCRIPTION ON THE FACE ANY SHIPMENT AND THERE IS NO IMPLIED WARRANTY OF MERCHANTABILIT; ANO BUYER ASSUMES ALL RISK AND LIABILITY FOR ALL LOSS, DAMAGE OR INJURY OR PROPERTY, RESULTING FROM THE USE OF SAID MATERIAL IN MANUFACTURING PROCESSES OR IN COMBINATION WITH OTHER SUBSTANCES; OR OTHERWISE.**

2.    No claims of any kind, whether as to material delivered or for non-delivery of materials, and whether arising in tort or contract, shall be greater in amount than the purchase price of the material in respect which such damages are claimed; and the failure to give notice of claim within thirty (30) days from the date of delivery, or the date fixed for delivery, as the case may be, shall constitute a waiver by Buyer of all claims in respect of such material.  In no event shall seller be liable for special, indirect or consequential damages.

3.    If this invoice is for material which is the subject of a current written sales contract betwaen Wacker Chemical Corporation and the Buyer, it is issued subject to all the terms and conditions contained therein.  If this invoice is for material that is subject to customer purchase order only and not a written sales contract between the parties, it is subject to Seller's General Terms and Conditions of Sale.

4.    Seller warrants and agrees that the goods delivered hereunder were produced in compliance with all applicable requirements of section 6, 7, and 12 of Fair Labor Standards Act of 1938, as amanded, and of regulations and orders of the Administrator of th Wage and Hour Division issued under Section 14 thereof.

5.    This invoice is, unless agreed expressly to the contrary in writing, subject to the Seller's standard terms of sale and payment which require payment within 30 days of invoice date.