UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEXINGTON PRECISION CORP., et al., | ) | Case No. 08-11153 (MG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

\* \* \*

### ORDER AWARDING ADMINISTRATIVE EXPENSE
### TO WACKER CHEMICAL CORPORATION

This matter came upon the motion of Wacker Chemical Corporation ("Wacker") for the entry of an order awarding it an administrative expense pursuant to 11 U.S.C. § 503(b)(9) and requiring the Debtor to immediately pay the administrative expense to Wacker. After reviewing the motion, the Court finds the Motion to be well taken and it is granted. Therefore,

IT IS HEREBY ORDERED that Wacker is awarded an administrative expense under § 503(b)(9) of the United States Bankruptcy Code in the amount of $483,744.09 and Debtors shall pay this administrative expense claim to Wacker immediately.

_____
Martin Glenn
United States Bankruptcy Judge