UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEXINGTON PRECISION CORP., et al.,** | : | 08- 11153 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

ROSS MATRAY, being duly sworn, deposes and says:

1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On May 13, 2008, I caused to be served a personalized "Notice of Defective Transfer", a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    Ross   Matray
                                                                    Ross Matray

Sworn to before me this

16th day of May, 2008

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Defective Transfer Notice_aff_5-13-08.DOC

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                              :
In re                                                         :        Chapter 11 Case No.
                                                              :
**LEXINGTON PRECISION CORP., et al.,**                        :        08- 11153 (MG)
                                                              :
              Debtors.                                        :        **(Jointly Administered)**
                                                              :
-----------------------------------------------------------------x

<u>NOTICE OF DEFECTIVE TRANSFER</u>

Transferor:       LAKEWOOD AUTOMATION, INC.
                  27911 CLEMENS ROAD
                  WESTLAKE, OH 44145

Transferee:       Liquidity Solutions, Inc.
                  Dba Revenue Management
                  One University Plaza
                  Suite 312
                  Hackensack, NJ 07601


            **Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
(x ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
           By document #
(x) other (specify): There is no claim filed by Lakewood Automation

Docket Number:  98                    , Clerk of the Court

<u>/s/ Ross Matray</u>
Epiq Bankruptcy Solutions as claims
agent for the Debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class
mail, postage prepaid on May 13, 2008.

# EXHIBIT "B"

LPC 5-13-08

PREFERRED RUBBER COMPOUNDING
1020 LAMBERT STREET
BARBERTON, OH 42203

LPC 5-13-08

Liquidity Solutions, Inc.
Dba Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

LPC 5-13-08

DISPERSION TECHNOLOGY, INC.
1885 SWARTHMORE AVE.
LAKEWOOD, NJ 08701

LPC 5-13-08

EARL M JORGENSEN CO.
2060 ENTERPRISE PKWY
TWINSBURG, OH 44087

LPC 5-13-08

EQUITY TRUST CO
CUSTODIAN FBO DAVID FISHEL IRA
225 BURNS ROAD
ELYRIA, OH 44036

LPC 5-13-08

LAKEWOOD AUTOMATION, INC.
27911 CLEMENS ROAD
WESTLAKE, OH 44145

LPC 5-13-08

CHINA AUTO GROUP
17815 SKY PARK CIRCLE STE D
IRVINE, CA 92614

LPC 5-13-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153