UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEXINGTON PRECISION CORP., et al.,**                      :    08- 11153 (MG)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 14, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                    Ross Matray

Sworn to before me this
16th day of May, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers_aff_5-14-08.DOC

**EXHIBIT "A"**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  SIGNATURE ALUMINUM CANADA INC.
         F/K/A BON L CANADA INC.
         MELODY DENNYS, CREDIT MANAGER
         500 EDWARD AVENUE
         RICHMOND HILL, ON L4C 4Y9
         CANADA
```

Please note that your claim # 9 in the above referenced case and in the amount of $108,250.52 has been transferred **(unless previously expunged by court order)** to:

```
         LIQUIDITY SOLUTIONS, INC.
         TRANSFEROR: SIGNATURE ALUMINUM CANADA IN
         D/B/A REVENUE MANAGEMENT
         ONE UNIVERSITY PLAZA, SUITE 312
         HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 109    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2008                             Kathleen Farrell-Willoughby, Clerk of Court


                                             /s/ Ross Matray
                                             _____
                                             By: Bankruptcy Services LLC as claims
                                                 agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2008.

# EXHIBIT "B"

```
TIME: 19:28:16                           Lexington Precision Corporation                                    PAGE:   1
DATE: 05/14/08                                  CREDITOR LISTING

Name                          Address
LIQUIDITY SOLUTIONS, INC.     TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
SIGNATURE ALUMINUM CANADA INC. F/K/A BON L CANADA INC. MELODY DENNYS, CREDIT MANAGER 500 EDWARD AVENUE RICHMOND HILL ON L4C 4Y9 CANADA

Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

LPC 5-14-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
 Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153