**EXHIBIT B**

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :    08-11153 (MG)
                                                    :
        Debtors.                                    :    (Jointly Administered)
                                                    :
-----------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF __MARK S. FLOYD__,

ON BEHALF OF __THOMPSON HINE LLP__

STATE OF __OHIO__        )
                         ) ss:
COUNTY OF __CUYAHOGA__   )

__Mark S. Floyd__, being duly sworn, upon his oath, deposes and says:

1. I am a __Partner__ [INSERT TYPE] of __Thompson Hine LLP__, located at __3900 Key Center, 127 Public Square, Cleveland, Ohio 44114__ (the "Firm").

2. Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide __legal__ services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 0    for prepetition services.

7. ~~The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.~~[2]

Subscribed and sworn to before me
this 19th day of May, 2008

_____
Notary Public

MAE FRANCES SMITH
Notary Public - State of Ohio
Commission Expires November 17, 2012

---

[2] If necessary.

A:\W1861846 V4 - OCP ORDER.DOC                    2

## EXHIBIT C

### (Retention Questionnaire)

In re Lexington Precision Corp., et al.
Chapter 11 Case No. 08-11153 (MG)

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:   Marcia L. Goldstein, Esq.
>          Christopher J. Marcus, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Thompson Hine LLP

   3900 Key Center

   127 Public Square

   Cleveland, OH  44114

2. Date of retention:    February 23, 1999

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Legal representation, including but not limited to, litigation matters, labor and employment matters, workers' compensation matters, and intellectual property matters.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):
   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $7,000

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $ 0

   Date claim arose: N/A

   Source of Claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: $ N/A

   Date claim arose: N/A

   Source of claim: N/A

A:\#1861846 V4 - OCP ORDER.DOC            2

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: 0

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: N/A

   No. of shares: 0

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Mark S. Floyd