# EXHIBIT B

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEXINGTON PRECISION CORP., et al.,                         :   08-11153 (MG)
                                                           :
           Debtors.                                        :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF _Peter Kern_,

ON BEHALF OF _Malin, Bergquist & Company, LLP_

STATE OF _Pennsylvania_   )
                          ) ss:
COUNTY OF _Allegheny_     )

_Peter Kern_, being duly sworn, upon his oath, deposes and says:

1.   I am a _partner_ [INSERT TITLE] of _Malin Bergquist & Co, LLP_ located at _3605 McKnight East Dr, Pgh, PA 15237_ (the "Firm").

2.   Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide _audit_ services to the Debtors, and the Firm has consented to provide such services.

3.   The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

A:\#1861846 V4 - OCP ORDER.DOC

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ ~0~ for prepetition services.

7. [The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.][2]

Subscribed and sworn to before me
this 19 day of May 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN K. DUKE, Notary Public
Ross Twp., Allegheny County
My Commission Expires February 24, 2010

---

[2] If necessary.

A:\#1861846 V4 - OCP ORDER.DOC           2

## EXHIBIT C

(Retention Questionnaire)

In re Lexington Precision Corp., et al.
Chapter 11 Case No. 08-11153 (MG)

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Marcia L. Goldstein, Esq.
        Christopher J. Marcus, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Malin, Bergquist & Company, LLP
   3605 McKnight East Dr.
   Pittsburgh, PA  15237

2. Date of retention:   12-26-07

3. Type of services provided (accounting, legal, etc.):

   Auditing

A:\#1861846 V4 - OCP ORDER.DOC

4. Brief description of services to be provided:

_Audit of Annual Financial Stmts. (complete)_
_Reviews of Quarterly Financial Information_
_Audit of 401(k) Plan_

5. Arrangements for compensation (hourly, contingent, etc.)

_Hourly with not-to-exceed_

   (a) Average hourly rate (if applicable):
   _$ 160_

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):
   _401(k) Audit = $10,000_
   _Audit = $195,000 over 3 mos. = 65,000/Mo. (complete)_
   _Review = $20,000 - 25,000 per Review_

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $ _-0-_

   Date claim arose: _-0-_

   Source of Claim: _N/A_

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _None_

   Status: _—_

   Amount of Claim: $ _-0-_

   Date claim arose: _N/A_

   Source of claim: _N/A_

8. Stock of the Debtors currently held by the firm:

   Kind of shares: __None__

   No. of shares: __None__

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: __None__

   Status: __N/A__

   Kind of shares: __N/A__

   No. of shares: __-0-__

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    __None__

11. Name of individual completing this form:

    __Peter Kern__