UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEXINGTON PRECISION CORP., et al.,**            :    08- 11153 (MG)
                                                               :
     Debtors.                                              :    (Jointly Administered)
                                                               :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 2, 2008, I caused to be served true and correct copies of the Letter from the Office of the United States Trustee, dated April 2, 2008, to which is attached the "Creditors Committee Acceptance Form", a copy of which is attached hereto as Exhibit "A", to be enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit "B", and to be delivered facsimile to those parties listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this

3rd day of April, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\LPC\Affidavits\Letter and Committee Acceptance Form_aff_4-2-08.DOC

**EXHIBIT "A"**

08-11153-scc    Doc 120    Filed 05/20/08    Entered 05/20/08 16:20:58    Main Document
Pg 2 of 11



**U.S. Department of Justice**

Office of the United States Trustee

*Region 2/Southern District of New York*

33 Whitehall Street, Suite 2100    Phone: 212-510-0500
New York, NY 10004
                                    Fax:   212-668-2255

April 2, 2008

To the largest unsecured creditors of:

**LEXINGTON PRECISION CORP. et al.,
Bankruptcy Case No. 08-11153 (MG)**

You have been listed as one of the largest unsecured creditors in the chapter 11 bankruptcy case of Lexington Precision Corp. et al., (the "Debtors"). Please be advised that the Office of the United States Trustee for Region 2 (the "United States Trustee") will hold an organizational meeting for unsecured creditors in the above-referenced bankruptcy case on **April 11, 2008 at 11:00 a.m. (New York Time)** at the following location:

**THE OFFICE OF THE UNITED STATES TRUSTEE
80 Broad Street, Fourth Floor
New York, New York 10004**

The sole purpose of the meeting is to form an official committee or committees of unsecured creditors in this case. Although this is not a meeting of creditors held under section 341 of the Bankruptcy Code, a representative of the Debtors will attend to provide information regarding the status of the case. If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on any official committee(s) that is appointed, please complete the "Creditors Committee Acceptance Form", which must be received by the Office of the United States Trustee **no later than 12:00 noon, (New York Time), on April 10, 2008.**[1] The original of any facsimile must be presented to the representative of the Office of the United States Trustee at the organizational meeting.

                                          Very truly yours,
                                          DIANA G. ADAMS,
                                          UNITED STATES TRUSTEE

                                          */s/ Paul K. Schwartzberg*
                                          Trial Attorney

Enclosure (acceptance form)

---

[1] The United States Trustee reserves the right to take appropriate action, including removing a creditor from any official committee, if the information provided in this form is inaccurate, or for any other reason the United States Trustee believes is proper in the exercise of her discretion.

PKS

**OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK**
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500
Fax No. (212) 668-2255

**CREDITORS COMMITTEE ACCEPTANCE FORM**

**LEXINGTON PRECISION CORP. et al.,**
Bankruptcy Case No. 08-11153 (MG)

**PLEASE TYPE OR PRINT NEATLY AND CLEARLY.**
You may attach a written statement explaining any of your responses below.

The undersigned creditor is willing to serve on the Committee of Unsecured Creditors of the Debtor:
_____ YES         _____ NO

A.   UNSECURED CREDITOR'S NAME, and CONTACT INFORMATION:

Name: _____     Phone: _____
Address: _____     Fax: _____
             _____     E-Mail: _____
             _____


B.   COUNSEL (if any) FOR CREDITOR and CONTACT INFORMATION:

Name: _____     Phone: _____
Address: _____     Fax: _____
             _____     E-Mail: _____
             _____


C.   DO YOU HAVE AN UNSECURED CLAIM AGAINST THE DEBTOR?

_____ YES.   _____ NO.


D.   AMOUNT OF UNSECURED CLAIM ($):   $_____

(Continues on Next Page)

**PKS**

E.  DESCRIBE THE NATURE OF YOUR UNSECURED CLAIM.  (**Creditors wishing to serve as fiduciaries on any statutory committee are advised that they may not trade while they are committee members.  By submitting this form, creditors are agreeing to this prohibition**)

_____ CLAIM ARISES FROM GOODS PROVIDED. (Please specify type of goods.)

_____

_____

_____ CLAIM ARISES FROM SERVICES PROVIDED (Please describe briefly services provided.)

_____

_____

_____ CLAIM ARISES FROM LITIGATION AGAINST THE DEBTOR (Please describe briefly the type of litigation claim, the number of the case and jurisdiction (if applicable), and the status of the litigation).

_____

_____

_____ OTHER. (Please describe – i.e. Bank, Institutional, Note, etc.)

_____

_____

F.  TO DATE, HAVE YOU OR YOUR ATTORNEY ENTERED INTO A SETTLEMENT AGREEMENT WITH THE BANKRUPTCY DEBTOR REGARDING RESOLUTION OF YOUR CLAIM?  ____ YES.  ____ NO.

G.  DO YOU HOLD A CLAIM ARISING OUT OF YOUR POSITION AS AN OFFICER OR DIRECTOR OF THE DEBTOR? ____ YES. ____ NO. IF YOUR ANSWER TO THIS QUESTION IS YES, PLEASE INDICATE THE POSITION: _____

(Continues on Next Page)

**PKS**

H.    ARE YOU AN OFFICER OR DIRECTOR OF THE DEBTOR, A PERSON IN CONTROL OF THE DEBTOR, OR RELATED TO AN OFFICER, DIRECTOR OR PERSON IN CONTROL? ____ YES. ____ NO. IF YOUR ANSWER TO THIS QUESTION IS YES, PLEASE DESCRIBE THE RELATIONSHIP:

_____

I.    ARE YOU THE HOLDER OF A SECURED CLAIM (EVEN IF PARTIALLY SECURED) AGAINST THE DEBTOR? ____ YES. ____ NO. IF YES, STATE THE AMOUNT OF YOUR SECURED CLAIM.

_____

J.    ARE YOU, OR AN ENTITY WITH WHICH YOU ARE AFFILIATED, A SHAREHOLDER OF THE DEBTOR, OR RELATED TO A SHAREHOLDER OF THE DEBTOR? ____ YES. ____ NO. IF YES, STATE THE NUMBER OF SHARES?

_____

K.    IF YOU HAVE A CLAIM AGAINST THE DEBTOR OF ANY TYPE NOT MENTIONED ABOVE IN THIS FORM, PLEASE DESCRIBE:

_____
_____
_____
_____
_____
_____
_____
_____

L.    IF YOU ARE REPRESENTED BY COUNSEL, DOES YOUR ATTORNEY REPRESENT ANY OTHER PARTIES IN THIS BANKRUPTCY CASE?

       ____ YES. ____ NO. ____ I DO NOT KNOW.

(Continues on Next Page)

PKS

M.    PLEASE INDICATE WHETHER YOU HAVE GIVEN A PROXY TO YOUR ATTORNEY IN CONNECTION WITH YOUR CLAIM. \_\_\_ YES. \_\_\_ NO.

(If you have given a proxy to your attorney, please provide a photocopy of the proxy to the United States Trustee along with this creditor committee acceptance form on or before the organizational meeting.)

**SIGNATURE:** _____

**NAME (in print):** _____
**TITLE: (in print):**_____

**DATE:** _____

- KINDLY ANSWER ALL QUESTIONS SO THAT THIS FORM CAN BE PROCESSED PROPERLY WITHOUT DELAY. YOU MAY ATTACH A WRITTEN STATEMENT EXPLAINING ANY OF YOUR RESPONSES ABOVE.

- THIS IS NOT A PROOF OF CLAIM FORM. PROOFS OF CLAIM ARE FILED WITH THE CLERK OF THE BANKRUPTCY COURT, NOT WITH THE UNITED STATES TRUSTEE.

- **PLEASE RETURN TO THE UNITED STATES TRUSTEE BY MAIL OR HAND DELIVERY, (ATTN: PAUL SCHWARTZBERG, TRIAL ATTORNEY), SO THAT IT IS RECEIVED BY NO LATER THAN 12:00 P.M. (NOON, NEW YORK TIME) ON APRIL 10, 2008**

- **FAXES ALSO ACCEPTABLE BY NO LATER THAN 12:00 P.M. (NOON, NEW YORK TIME) ON APRIL 10, 2008 (ATTN: PAUL SCHWARTZBERG, TRIAL ATTORNEY), TO (212) 668-2255. THE ORIGINAL OF ANY FACSIMILE MUST BE PRESENTED TO THE REPRESENTATIVE OF THE OFFICE OF THE UNITED STATES TRUSTEE AT THE ORGANIZATIONAL MEETING.**

> The United States Trustee reserves the right to take appropriate action, including removing a creditor from any official committee, if the information provided in this form is inaccurate, or for any other reason the United States Trustee believes is proper in the exercise of her discretion.

(Last Page)

**EXHIBIT "B"**

American Express
Attn: Ann Jacobs
P.O. Box 36001
Fort Lauderdale, FL 33336-0001

Local 1811, United Steelworkers of America, AFL-CIO, CLC
c/o Lexington Medical
Wayne Robinson
P.O. box 4477
Rock Hill, SC 29732

**EXHIBIT "C"**

| NAME | FAX |
|---|---|
| BURNT MOUNTAIN CENTER, INC, ATTN:KIM HYDE | (706) 277-3689 |
| CHANNEL PRIME ALLIANCE, ATTN:CIARA DOLLOWAY | (203) 831-4330 |
| CHASE BRASS & COPPER, INC., ATTN:CHERYL NOFZIGER | (419) 485-5945 |
| CHINA AUTO GROUP, ATTN:KIM TAYLOR DOMINES | (949) 767-5949 |
| COPPER & BRASS SALES, ATTN:DALE SAWCHIK | (216) 883-1066 |
| DALTON BOX, ATTN:SHEILA BLAIR | (706) 277-3689 |
| DEGUSSA-HULS CORPORATION, ATTN:FRED PACINICH | (973) 541-8850 |
| DOW CORNING STI, ATTN:ANNE TIPPLE | (866) 804-8812 |
| EARLE M. JORGENSEN COMPANY, ATTN:DAVID OBRIEN | (215) 949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | (315) 471-3846 |
| EXCELLUS BLUE CROSS, ATTN:CUSTOMER SERVICE | (585) 238-4348 |
| GEORGIA POWER, ATTN:CUSTOMER SERVICE | (404)-506-3771 |
| GOLD KEY PROCESSING, LTD, ATTN:STEVE HARSH | (440) 632-0929 |
| GOODYEAR TIRE & RUBBER CO., ATTN:DERICK MCGINNESS | (330) 796-1113 |
| GOSIGER MACHINE TOOLS, ATTN:LINDA DUALE | (440) 248-3112 |
| HALEY & ALDRICH, INC., ATTN:STEVE SCHALABBA | (617) 886-7600 |
| IMPERIAL DIE & MFG CO., ATTN:RON LAPOSSY | (440) 268-9040 |
| INTL UNION OF ELECTRONIC,ELECTRICAL,ET AL | (330) 395-4875 |
| KEYSTONE PROFILES, ATTN:FRANK CREMEENS | (724) 846-3901 |
| LINTECH INTERNATIONAL, ATTN:JULIE VAN BRUNT | (478) 784-1745 |
| LION COPOLYMER, ATTN:MICHELLE GEIDROZ | (225) 267-3411 |
| MOMENTIVE PERF MATERIALS, INC., ATTN:LINDA AYERS | (304) 746-1623 |
| OHIO EDISON, ATTN:CUSTOMER SERVICE | (877) 289-3674 |
| PPG INDUSTRIES, INC., ATTN:ANEW JOHNSON | (724) 325-5045 |
| PREFERRED RUBBER COMPOUNDING, ATTN:MICHELLE PARKS | (330) 798-4796 |
| PROCESS OILS, INC., ATTN:BOB HOCH | (281)-556-6038 |
| SHINETSU SILICONES OF AMERICA ATTN:ELAINE MCDOWELL | (330) 630-9855 |
| SIGNATURE ALUMINUM, ATTN:CHIP MOORE | (614) 262-5036 |
| TECHNICAL MACHINE PRODUCTS, ATTN:SHERRY FESS | (216) 281-0408 |
| VITEX CORPORATION, ATTN:BRENDA GOODEARL | (314) 867-4304 |
| WACKER SILICONES, ATTN:LUANN NOELANDERS | (517) 264-8580 |
| WILMINGTON TRUST,CORP CAP MKTS,ATTN:STEVE CIMALORE | (302) 651-8010 |