UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,                :    08- 11153 (MG)
:
Debtors.                                          :    (Jointly Administered)
:
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 2, 2008, I caused to be served true and correct copies of the "Notice of Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (II) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service," dated April 2, 2008, to which is attached the "Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (II) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service", [Docket No. 30], dated April 2, 2008, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit "A".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Ross Matray*
Ross Matray

Sworn to before me this

3rd day of April, 2008

*Diane M. Streany*
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

2

# EXHIBIT "A"

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS,P.O. BOX 36001, FT. LAUDERDALE, FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE,515 PIONEER RD, JASPER, GA 30143 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY,800 CONNECTICUT AVE, NORWALK, CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER,P.O. BOX 152, MONTPELIER, OH 43543-0152 |
| CHINA AUTO GROUP | ATTN:KIM TAYLOR DOMINES,17815 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK,5755 GRANT AVENUE, CLEVELAND, OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR,612 EAST CALLAHAN RD, DALTON, GA 30721 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH,379 INTERPACE PARKWAY, PARSIPPANY, NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE,111 S. PROGRESS DRIVE, KENDALLVILLE, IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN,2060 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 4620,, BURLINGTON, VT 05406 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE,PO BOX 4752, ROCHESTER, NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION,P. O. BOX 105296, ATLANTA, GA 30348 |
| GEORGIA POWER | ATTN:CUSTOMER SERVICE,BIN #76141 P.O. BOX 200127, CARTERSVILLE, GA 30120 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH,14910 MADISON ROAD, MIDDLEFIELD, OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS,5055 MLK DRIVE, BEAUMONT, TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE,PO BOX 712288, CINCINNATI, OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA,465 MEDFORD STREET, STE 2200, BOSTON, MA 02129-1400 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY,22930 ROYALTON ROAD, STRONGSVILLE, OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR,290 BROADWAY, NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126,, PHILADELPHIA, PA 19114-0326 |
| INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED,ATTN:KEN REAM,111 WHITEHEAD LANE, SUITE #2, MONROEVILLE, PA 15146-2715 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS,220 SEVENTH AVENUE, BEAVER FALLS, PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT,P.O. BOX 10225, MACON, GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ,36191 HIGHWAY 30, GEISMAR, LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL,ATTN:WAYNE ROBINSON,P.O. BOX 4477, ROCK HILL, SC 29732 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | ATTN:LINDA AYERS,187 DANBURY ROAD, WILSON, CT 06897 |
| NEW YORK STATE SALES TAX | P.O. BOX 1209,, NEW YORK, NY 10116 |
| NEW YORK STATE TAX PROCESSING | JAF BUILDING, P.O. BOX 1206,, NEW YORK, NY 10116 |
| O?MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ.,TIMES SQUARE TOWER,7 TIMES SQUARE, NEW YORK, NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK,33 WHITEHALL STREET,  21ST FLOOR, NEW YORK, NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE,P.O. BOX 3637, AKRON, OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON,DEPT. AT 40177, ATLANTA, GA 31192 |
| PREFERRED RUBBER  COMPOUNDING | ATTN:MICHELLE PARKS,1020 LAMBERT STREET, BARBERTON, OH 44203 |

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PROCESS OILS, INC. | ATTN:BOB HOCH,11601 KATY FREEWAY, STE 223, HOUSTON, TX 77079 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR,233 BROADWY, NEW YORK, NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL,1150 DAMAR DRIVE, AKRON, OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE,500 EDWARD AVE, RICHMOND HILL, ON L4C4Y CANADA |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION, | SALES TAX RETURN,, COLUMBIA, SC 29214 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS,5500 WALWORTH AVENUE, CLEVELAND, OH 44102 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561,, COLUMBUS, OH 43266 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL,43 INDUSTRIAL PARK DRIVE P.O. BOX 6149, FRANKLIN, NH 03235 |
| WACKER SILICONES | ATTN:LUANN NOELANDERS,3301 SUTTON ROAD, ADRIAN, MI 49221 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | ATTN:ALAN MCKAY,ONE STATE STREET, 7TH FLOOR, NEW YORK, NY 10004 |
| WEIL, GOTSHAL & MANGES LLP | ATTN:CHRISTOPHER J. MARCUS, ESQ.,767 FIFTH AVENUE, NEW YORK, NY 10153 |
| WEIL, GOTSHAL & MANGES LLP | ATTN:JOHN W. LUCAS, ESQ.,767 FIFTH AVENUE, NEW YORK, NY 10153 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE,11100 NORTH MARKET STREET RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE,11100 NORTH MARKET STREET RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |

**Total Creditor Count 58**

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADT | PO BOX 371967, PITTSBURGH, PA 15250-7967 |
| ADVANCED DISPOSAL SERVICES | PO BOX 439, CUMMING, GA 30130 |
| ALLIED WASTE | PO BOX 9001099, LOUISVILLE, KY 40290-1099 |
| AT & T | PO BOX 8100, AURORA, IL 60507-8100 |
| AT & T | PO BOX 8102, AURORA, IL 60507-8102 |
| AT & T EASY LINK SERVICES | PO BOX 6003, CAROL STREAM, IL 60197-6003 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40290 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40290 |
| AT&T | PO BOX 9001309, LOUISVILLE, KY 40290 |
| AVAYA | PO BOX 5125, CAROL STREAM, IL 60197-5125 |
| CANNET INTERNET SERVICES | PO BOX 36696, CANTON, OH 44735-6696 |
| CITY OF JAMESTOWN, NY | PO BOX 700, JAMESTOWN, NY 14702-0700 |
| CITY OF JASPER | 200 BURNT MTN. RD., JASPER, GA 30143 |
| CITY OF JASPER | 200 BURNT MTN. RD., JASPER, GA 30143 |
| CITY OF NORTH CANTON PU | 145 N. MAIN ST., NORTH CANTON, OH 44720 |
| CITY OF ROCK HILL | PO BOX 11646, ROCK HILL, SC 29731-1646 |
| CITY OF ROCK HILL | PO BOX 11646, ROCK HILL, SC 29731-1646 |
| CITY TREASURER | CITY HALL ROOM 100A, 30 CHURCH ST., ROCHESTER, NY 14614 |
| CITY TREASURER | CITY HALL ROOM 100A, 30 CHURCH ST., ROCHESTER, NY 14614 |
| CITY TREASURER | CITY HALL ROOM 100A, 30 CHURCH ST., ROCHESTER, NY 14614 |
| COMPORIUM COMMUNICATIONS | PO BOX 1042, ROCK HILL, SC 29731-7042 |
| DOMINION EAST OHIO | PO BOX 26785, RICHMOND, VA 23261 |
| DOMINION EAST OHIO | PO BOX 26785, RICHMOND, VA 23261-6785 |
| EMBARQ | PO BOX 96064, CHARLOTTE, NC 28296-0064 |
| EMBARQ | PO BOX 219100, KANSAS CITY, MO 64121-9100 |
| EMBARQ | PO BOX 660068, DALLAS, TX 75266-0068 |
| ENERGET!X | 755 BROOKS AVE., ROCHESTER, NY 14619 |
| ENERGET!X | 755 BROOKS AVE., ROCHESTER, NY 14619 |
| ENERGET!X | 755 BROOKS AVE., ROCHESTER, NY 14619 |
| ETC COMMUNICATIONS, LLC | 224 DALTON ST, PO BOX 2149, ELLIJAY, GA 30540 |
| ETC COMMUNICATIONS, LLC | 224 DALTON ST, PO BOX 2149, ELLIJAY, GA 30540 |
| ETC COMMUNICATIONS, LLC | 224 DALTON ST, PO BOX 2149, ELLIJAY, GA 30540 |
| FRONTIER TELEPHONE | PO BOX 23008, ROCHESTER, NY 14692-3008 |
| GEORGIA NATURAL GAS | PO BOX 659411, SAN ANTONIO, TX 78265-9411 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| NATIONAL GRID | 300 ERIE BLVD. W., SYRACUSE, NY 13202 |
| NATIONAL GRID | 300 ERIE BLVD. W., SYRACUSE, NY 13202 |
| OHIO EDISON | PO BOX 3637, AKRON, OH 44309 |
| OHIO EDISON | PO BOX 3637, AKRON, OH 44309 |
| OHIO EDISON | PO BOX 3637, AKRON, OH 44309-3637 |
| PREMIERE GLOBAL SERVICES | PO BOX 404351, ATLANTA, GA 30384-4351 |
| ROCHESTER GAS & ELECTRIC | 89 EAST AVENUE, ROCHESTER, NY 14604 |
| ROCHESTER GAS & ELECTRIC | 89 EAST AVENUE, ROCHESTER, NY 14604 |
| ROCHESTER GAS & ELECTRIC | 89 EAST AVENUE, ROCHESTER, NY 14604 |
| SAFETY-KLEEN | 5400 LEGACY DRIVE, PLANO, TX 75024 |

## LEXINGTON PRECISION CORPORATION
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SPRINT | PO BOX 6271, BALTIMORE, MD 21264 |
| SPRINT | PO BOX 219100, KANSAS CITY, MO 64121-9100 |
| STARK COUNTY SANITARY DEPT. | 1701 MAHONING RD. NE, PO BOX 7906, CANTON, OH 44705 |
| SUPERIOR WASTE SERVICES INC | PO BOX 1162, SMYRNA, GA 30081 |
| TRUMBULL COUNTY WATER | 842 YOUNGSTOWN-KINGSVILLE RD, VIENNA, OH 44473 |
| TRUMBULL COUNTY WATER | 842 YOUNGSTOWN-KINGSVILLE RD, VIENNA, OH 44473 |
| WASTE MANAGEMENT | PO BOX 9001054, LOUISVILLE, KY 40290-1054 |
| WASTE MANAGEMENT OF NY | 1661 MT READ BLVD., ROCHESTER, NY 14606 |
| WASTE MANAGEMENT OF OHIO | 1006 W. WALNUT ST, CANAL WINCHESTER, OH 43110 |
| WCS | 5471 N. UNIVERSITY DR, CORAL SPRINGS, FL 33067 |
| YORK COUNTY NATURAL GAS | PO BOX 11907, ROCK HILL, SC 29731-1907 |
| YORK COUNTY NATURAL GAS | PO BOX 11907, ROCK HILL, SC 29731-1907 |

**Total Creditor Count 61**