**Hearing Date: May 28, 2008 at 2:00 p.m. (EDT)**

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
LEXINGTON PRECISION CORP, et al.,                 :    Case No. 08-11153 (MG)
                                                  :    Jointly Administered
                                                  :
                         Debtors.                 :
-----------------------------------------------------------------x

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS OBJECTION TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) FURTHER EXTENDING THE TIME TO FILE THE DEBTORS' SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS

The Official Committee of Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and Lexington Rubber Group, Inc. ("Rubber" and collectively with LEXP, the "Debtors") for its Objection to Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors' Schedules, Statement of Financial Affairs, and Related Documents (the "Objection") and, respectfully represents:

1.    The Debtors each filed voluntary petitions for relief with this Court on April 1, 2008 (the "Petition Date").

2.    The Debtors have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

NYC:176834.1

3. The Committee was appointed on April 11, 2008 to represent unsecured creditors in these cases. No trustee or examiner has yet been appointed in the Debtors' cases.

4. To date, neither of the Debtors have filed their schedules or statements of financial affairs despite the fact that these cases will have been pending for, as of the date of the hearing, approximately two months. Further, it should be noted that, upon information and belief, the Debtors were preparing for a filing for several months prior to the Petition Date -- well prior to the time the Debtors began working on their Securities and Exchange Commission filings.

5. The Committee and its advisors must understand the universe of the Debtors' unsecured claims, the Debtors' assets, and the Debtors' secured and priority obligations. The Committee needs the information contained in the schedules and statements of financial affairs. Under the circumstances, the Debtors have no justification not to file their schedules and statements of financial affairs immediately.

WHEREFORE, the Committee respectfully requests that the Court deny the Debtors' request for an extension and grant the Committee such other and further relief as is just and proper.

Dated: New York, New York
       May 20, 2008

ANDREWS KURTH LLP

/s/ Paul N. Silverstein
Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Tel: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee of Unsecured Creditors

2

NYC:176834.1