## EXHIBIT B

(Ordinary Course Professional Affidavit)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | Chapter 11 Case No. |
| ) | |
| LEXINGTON PRECISION CORP., et al. ) | 08-11153 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**AFFIDAVIT AND DISCLOSURE STATEMENT OF Dan W. Goldfine,**

**ON BEHALF OF SNELL & WILMER L.L.P.**

STATE OF ARZIONA    )
                    ) ss:
COUNTY OF MARICOPA  )

Dan W. Goldfine, being duly sworn, upon his oath, deposes and says:

1.  I am a Partner of Snell & Wilmer L.L.P. located at 400 E. Van Buren, Phoenix, AZ 85004 (the "Firm").

2.  Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties,

some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $116.52 for prepetition services.

Subscribed and sworn to before me
this 19th day of May, 2008.

_____
Notary Public



OFFICIAL SEAL
LINDSEY M. PEREZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 4, 2011

8796055.1

_____
DAN W. GOLDFINE

2

**EXHIBIT C**

(Retention Questionnaire)

In re Lexington Precision Corp., et al.
Chapter 11 Case No. **08-11153 (MG)**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Marcia L. Goldstein, Esq.
           Christopher J. Marcus, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   SNELL & WILMER L.L.P.

   400 E. VAN BUREN

   PHOENIX, AZ 85004

2. Date of retention: 10/03/94

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Autoliv contract dispute in Lexington's Bankruptcy.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):
   $390.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):
   The average since 1/07 is $1,306. Matter has been dormant for over a year but is expected to pick up in the near future at an estimated $10,000-$30,000 per month.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $ 116.52

   Date claim arose: April 1, 2008

   Source of Claim: Legal Fees

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: N/A

   Name: _____

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

A:\#1861846 V4 - OCP ORDER.DOC            2

8. Stock of the Debtors currently held by the firm: None

   Kind of shares: _____

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm: None

   Name: _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Not aware of any. _____

    _____

    _____

    _____

11. Name of individual completing this form:

    Dan W. Goldfine _____