**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Proposed Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
LEXINGTON PRECISION CORP, et al.,                            :    Case No. 08-11153 (MG)
                                                             :
                                                             :
                       Debtors.                              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on, May 20, 2008, I served the Official Committee of Unsecured Creditors Objection to Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors' Schedules, Statement of Financial Affairs, and Related Documents upon the names listed on the service list attached via Overnight Mail.

*[signature]*
Elizabeth McDermott

Subscribed and sworn to before me this
21st day of May, 2008

_[signature]_
Notary Public
    JAKELYNE GARCIA
Notary Public, State of New York
    No. 01GA6006659
  Qualified in New York County
Commission Expires May 4, 20 10

NYC:176875.1

## Service List

Lexington Precision Corporation
Attn: Michael Lubin
800 Third Avenue, 15th Floor
New York, NY 10023

Weil, Gotshal and Manges LLP
Attn: Christopher J. Marcus and Victoria Vron
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Paul Swartzburg
33 Whitehall Street, 21st Floor
New York, NY 10004

Waller, Landsden, Dortch & Davis LLP
Attn: John C. Tishler
511 Union Street
Suite 2700
Nashville, TN 37219

O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

NYC:176875.1