UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEXINGTON PRECISION CORP., et al.,      :   08-11153 (MG)
                                                               :
              Debtors.                                  :   (Jointly Administered)
                                                               :
------------------------------------------------------------X

AFFIDAVIT AND DISCLOSURE STATEMENT OF PATRICIA E. McKEE

ON BEHALF OF HALEY & ALDRICH, INC.

STATE OF MASSACHUSETTS    )
                                                    ) ss:
COUNTY OF SUFFOLK              )

Patricia E. McKee, being duly sworn, upon her oath, deposes and says:

1. I am General Counsel of Haley & Aldrich, Inc., located at 465 Medford Street, Suite 2200, Boston, MA 02129, (the "Firm").

2. Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide engineering and consulting services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matter unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, in so far as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $69,529.76 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Executed on 22 May, 2008

_/s/ Patricia E. McKee_
Patricia E. McKee

Subscribed and sworn to before me
this 22 day of May, 2008

_/s/ Lisa Gray_
Notary Public

LISA GRAY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 14, 2011

## EXHIBIT C

(Retention Questionnaire)

In re Lexington Precision Corp., et al.
Chapter 11 Case No. 08-11153 (MG)

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Marcia L. Goldstein, Esq.
>           Christopher J. Marcus, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Haley & Aldrich, Inc.

    465 Medford Street, Suite 2200

    Boston, MA 02129

2. Date of retention:   30 May, 2008

3. Type of services provided (accounting, legal, etc.):

    Engineering and consulting services.

A:\#1861846 V4 - OCP ORDER.DOC

4. Brief description of services to be provided:

   Engineering and consulting services.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly and reimbursable expenses.

   (a) Average hourly rate (if applicable):
   $75-$200

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $5,000-$50,000

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $ 69,529.76

   Date claim arose:   November 2006

   Source of Claim:    Pursuant to signed contract provision of professional services.

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status:

   Amount of Claim: $

   Date claim arose:

   Source of claim:

8.  Stock of the Debtors currently held by the firm:

    Kind of shares: __None__

    No. of shares: _____

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __None__

    Status: _____

    Kind of shares: _____

    No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    Patricia E. McKee

A:\#1861846 V4 - OCP ORDER.DOC            3