Hearing Date: **June 11, 2008 at 2:00 p.m. (EDT)**
Response Deadline: **June 6, 2008 at 10:00 a.m. (EDT)**

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEXINGTON PRECISION CORP, <u>et al.</u>, | : | Case No. 08-11153 (MG) |
| | : | |
| | : | |
| Debtors. | : | |

------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER TERMINATING EXCLUSIVITY UNDER SECTION <u>1121(d) OF THE BANKRUPTCY CODE</u>

**PLEASE TAKE NOTICE** that on **June 11, 2008** at **2:00 p.m. (EDT)** (the "Hearing"), a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, to consider the Motion of the Official Committee of Unsecured Creditors (the "Committee") for an Order Terminating the Debtors' Exclusivity Under Section 1121(d) of the Bankruptcy Code (the "Exclusivity Termination Motion"). The Exclusivity Termination Motion and the Affidavit of Nicholas W. Walsh in support thereof are on file with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that responses to the Exclusivity Termination Motion, if

NYC:176927.1

any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered directly to Chambers) and shall be served upon: (a) counsel to the Committee; (b) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Christopher Marcus, Esq.) and; (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg, Esq.), so as to be received no later than **June 6, 2008 at 10:00 a.m. (EDT).**

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court on the Hearing date.

Dated: New York, New York
       May 22, 2008

**ANDREWS KURTH LLP**

By: /s/ Paul N. Silverstein
    Paul N. Silverstein, Esq.  (PS-5098)
    Jonathan Levine, Esq. (JL-9674)
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 850-2800
    Fax: (212) 850- 2929

    Counsel to the Official Committee of
    Unsecured Creditors

2

NYC:176927.1