WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attention:    John C. Tishler
              Robert J. Welhoelter
Telephone:  (615) 244-6380
Facsimile:   (615) 244-6804

   -and-

Aaron R. Cahn
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
**In Re**

| | |
|---|---|
| : | **Chapter 11** |
| **LEXINGTON PRECISION CORP., ET AL,:** | Case No. 08-11153 (MG) |
| : | **Debtors.** |
| Debtors.  : | (Jointly Administered) |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE , *PRO HAC VICE*

I, John C. Tishler, a member in good standing of the bar of the State of Tennessee.

hereby move for admission *pro hac vice*, to represent CapitalSource Finance, LLC in the

above-referenced case.

1.    I am a member of the firm of Waller Lansden Dortch & Davis, LLP, a

member in good standing of the bar of the States of Tennessee and California, and am

1064976.1
6316495.1

also admitted to practice before the United States District Court for the Middle and Western Districts of Tennessee, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court. In addition, I have previously been admitted *pro hac vice* to the United States District Court for the Middle District of Alabama, and the United States Bankruptcy Courts for the Middle District of Florida, the Central District of California, the District of Minnesota, the Western District of Kentucky, the District of New Jersey and the Southern District of West Virginia.

2. I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice* in this Chapter 11 case.

3. My address is: 511 Union Street, Suite 2700, Nashville, Tennessee 37219.

My e-mail address is jtishler@wallerlaw.com.

My telephone number is (615) 850-8756.

My fax number is (615) 244-6804.

Dated: April 11, 2008

                                                                s/ John C. Tishler
                                                                John C. Tishler