WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attention:     John C. Tishler
               Robert J. Welhoelter
Telephone: (615) 244-6380
Facsimile:   (615) 244-6804

        -and-

Aaron R. Cahn
CARTER, LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**In Re**
                                              :          **Chapter 11**

                                              :

**LEXINGTON PRECISION CORP., ET AL,:**                    **Case No.  08-11153 (MG)**

                                              :          **Debtors.**

                                              :

                Debtors.          :          (Jointly Administered)

------------------------------------------------------------x


## MOTION FOR ADMISSION TO PRACTICE , *PRO HAC VICE*

I, Robert J. Welhoelter, a member in good standing of the bar of the State of

Tennessee. hereby move for admission *pro hac vice*, to represent CapitalSource Finance,

LLC in the above-referenced case.

1.       I am associated with the firm of Waller Lansden Dortch & Davis, LLP, a

member in good standing of the bar of the State of Tennessee and am also admitted to

1064976.1
6317828.1

practice before the United States District Court for the Middle District of Tennessee, and

the Supreme Court of the State of New York. In addition, I have previously been

admitted *pro hac vice* to the United States District Court for the Western District of

Tennessee and the Northern District of Mississippi, and the United States Bankruptcy

Courts for the Southern District of New York and the Western District of Arkansas.

    2.    I agree to pay the fee of $25 upon entry of an order admitting me to

practice *pro hac vice* in this Chapter 11 case.

    3.    My address is: 511 Union Street, Suite 2700, Nashville, Tennessee 37219.

My e-mail address is robert.welhoelter@wallerlaw.com.

My telephone number is (615) 850-8879.

My fax number is (615) 244-6804.

Dated: April 11, 2008

s/Robert J. Welhoelter<br>Robert J. Welhoelter