UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
**In Re**

                                         :        **Chapter 11**

**LEXINGTON PRECISION CORP., ET AL,** :        Case No. 08-11153 (MG)

                                         :        **Debtors.**

                     Debtors.        :        (Jointly Administered)
------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Robert J. Welhoelter, having represented that he is a member in good standing of the bar of the state of Tennessee, and the firm of Carter, Ledyard & Milburn LLP having moved his admission, *pro hac vice*, to represent Capital Source Finance LLC in the above-referenced case, it is therefore

**ORDERED**, that Robert J. Welhoelter, is admitted to practice *pro hac vice* in this case, subject to payment of the filing fee.

Dated: New York, New York
       May ____, 2008

                                                              _____
                                                              UNITED STATES BANKRUTPCY JUDGE