<u>EXHIBIT B</u>

(Ordinary Course Professional Affidavit)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEXINGTON PRECISION CORP., et al.              :    08-11153 (MG)
                                               :
        Debtors.                               :    (Jointly Administered)
                                               :
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN W. BELL,

## ON BEHALF OF MORELAND ALTOBELLI ASSOCIATES, INC.

STATE OF GEORGIA        )
                        ) ss:
COUNTY OF GWINNETT      )

John W. Bell, being duly sworn, upon his oath, deposes and says:

1. I am the Corporate Counsel of Moreland Altobelli Associates, Inc., located at 2211 Beaver Ruin Road, Suite 190, Norcross, Georgia 30071 (the "Firm").

2. Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), have requested that the Firm provide certain engineering and construction management services to the Debtors, and the Firm would like to be considered for such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or

1

be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $1891.03 for prepetition services.

Subscribed and sworn to before me
this 10 day of May, 2008.

_____          _____
Notary Public                                          George Byrd

EXHIBIT C

(Retention Questionnaire)

In re Lexington Precision Corp., et al.
Chapter 11 Case No. 08-11153 (MG)

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Marcia L. Goldstein, Esq. Christopher J. Marcus, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Moreland Altobelli Associates, Inc.

   2211 Beaver Ruin Road, Suite 190

   Norcross, Georgia 30071

2. Date of retention:   May 2006

3. Type of services provided (accounting, legal, etc.):

   Engineering

4. Brief description of services to be provided:

   Consulting Engineering, and Construction Management Services for a Land Development project in the limits of the City of East Elijay, Georgia.

1

5. Arrangements for compensation (hourly, contingent, etc.)

<u>Hourly</u>

   (a) Average hourly rate (if applicable):

   $122.50

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $1,500.00

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $1,891.03

   Date claim arose: $1,055.60 on 02/23/2008;

   $835.43 on 03/29/2008

   Source of Claim: Account for contracted services

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $ N/A

   Date claim arose: N/A

   Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

2

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____ N/A _____

   Status: _____ N/A _____

   Kind of shares: _____ N/A _____

   No. of shares: _____ N/A _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Only known interest is collection of compensation for services rendered.

11. Name of individual completing this form:

    John W. Bell

3