WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08-11153 (MG)** |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York  )
                             )   ss.:
County of New York )

Duke Amponsah, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2.  On the 22nd day of May, 2008, I caused true and correct copies of the following pleadings to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via First Class Mail.

NY2:\1878525\01\149H901!.DOC\26690.0008

- ✓ Affidavit and Disclosure Statement of Patricia E. McKee **[Docket No. 132]**
- ✓ Affidavit and Disclosure Statement of Robert N.H. Christmas **[Docket No. 135]**

Duke Amponsah

Sworn to before me this
23rd day of May, 2008

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

# EXHIBIT A

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004