WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Christopher J. Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORPORATION,          :        08- 11153 (MG)
                                          :
              Debtor.                     :
                                          :
-------------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MAY 28, 2008, AT 2:00 P.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501,
One Bowling Green, New York, NY 10004-1408.[1]

**I.    UNCONTESTED MATTERS**

1.    Application For An Order Pursuant To Sections 327(a) And 328(a) Of The
Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 2014(a)
Authorizing The Retention Of W.Y. Campbell & Company As Financial Advisors
For The Debtors Nunc Pro Tunc to April 1, 2008 [Docket No. 90]

Response Deadline:    May 14, 2008

---

[1] To participate at this hearing telephonically, parties must contact CourtCall at 1-866-582-2946
to arrange for a telephonic participation.  The following information must be provided to set up
your telephonic appearance: case name and number, name of judge, hearing date and time,
parties, address, phone number of participant/attorney, parties whom participant represents,
particular pleading submitted by the participant, and matter on which participant wishes to be
heard; or whether the participant intends to monitor the proceeding in "listen-only" mode.

Response(s) Received:

A.  Informal comments received from the U.S. Trustee, the Creditors' Committee, and Prepetition Senior Lenders

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **Debtors have resolved all comments and a revised order will be submitted at the hearing**

2.  Debtors' Motion For Entry Of An Order Pursuant to Bankruptcy Rule 1007(c) Further Extending The Time To File The Debtors' Schedules, Statement Of Financial Affairs, And Related Documents **[Docket No. 108]**

Response Deadline:        May 21, 2008

Response(s) Received:

A.  Official Committee Of Unsecured Creditors' Objection To Motion For Entry Of An Order Pursuant To Bankruptcy Rule 1007(c) Further Extending The Time To File The Debtors' Schedules, Statement Of Financial Affairs, And Related Documents **[Docket No. 128]**

Additional Documents:

A.  Debtors' Reply to the Committee's Objection to Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors' Schedules, Statement of Financial Affairs and Related Documents **[Docket No. 144]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status:  **Creditors' Committee's objection has been resolved and a revised order will be submitted at the hearing**

Dated: New York, New York
     May 27, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Christopher J. Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession