UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
**In Re**

                                          :          **Chapter 11**

**LEXINGTON PRECISION CORP., ET AL,**  :          Case No.  08-11153 (MG)

                                          :          **Debtors.**

                 Debtors.          :          (Jointly Administered)
------------------------------------------------------------x


## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

John C. Tishler, having represented that he is a member in good standing of the bar of the state of Tennessee, and the firm of Carter, Ledyard & Milburn LLP having moved his admission, *pro hac vice*, to represent Capital Source Finance LLC in the above-referenced case, it is therefore

**ORDERED**, that John C. Tishler is admitted to practice *pro hac vice* in this case, subject to payment of the filing fee.


Dated: New York, New York
      **May 28, 2008**


                                                          **/s/Martin Glenn**
                                             UNITED STATES BANKRUTPCY JUDGE

1064981.1
6316501.1