**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In Re**
                                      :         **Chapter 11**
                                      :
**LEXINGTON PRECISION CORP., ET AL,** :         Case No.  08-11153 (MG)
                                      :         **Debtors.**
                                      :
        Debtors.                      :         (Jointly Administered)
-----------------------------------------------------------x


**ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE***

Robert J. Welhoelter, having represented that he is a member in good standing of the bar of the state of Tennessee, and the firm of Carter, Ledyard & Milburn LLP having moved his admission, *pro hac vice*, to represent Capital Source Finance LLC in the above-referenced case, it is therefore

**ORDERED**, that Robert J. Welhoelter, is admitted to practice *pro hac vice* in this case, subject to payment of the filing fee.


Dated: New York, New York
       **May 28, 2008**

                                       _____/s/Martin Glenn_____
                                       UNITED STATES BANKRUTPCY JUDGE

1064981.1
6316501.1