**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
In re                                           :        **Chapter 11 Case No.**
                                                :
**LEXINGTON PRECISION CORP., et al.,**          :        **08-11153 (MG)**
                                                :
           Debtors.                             :        **(Jointly Administered)**
                                                :
----------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) FURTHER
EXTENDING THE TIME TO FILE THE DEBTORS' SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

Upon the Motion, dated May 14, 2008 (the "Motion") of Lexington Precision

Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession

(collectively, the "Debtors"), pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), further extending the time to file the Debtors' schedules,

statement of financial affairs, and related documents (collectively, the "Schedules"), all as more

fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order

M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All

Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided and no other or further notice need be

provided; and an objection to the Motion (the "Objection") having been filed by the Official

Committee of Unsecured Creditors on May 20, 2008; and a hearing having been held on May 28,

2008, to consider the relief requested in the Motion (the "Hearing"); and the Objection having

A:\LEX - ORDER TO FURTHER EXTEND TIME TO FILE SCHEDULES SOFA.DOC

been resolved by the Debtors modifying the relief requested in the Motion (the Motion as

modified, the "Modified Motion") at the Hearing, all as set forth in the record of the Hearing and

this Order; and upon the record of the Hearing and all of the proceedings had before the Court;

and the Court having found and determined that the relief sought in the Motion is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Modified Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 1007(c) the time to file the Debtors'

Schedules is extended through and including June 13, 2008, without prejudice to the Debtors

right to seek further extensions upon a showing of cause therefor; and it is further

ORDERED that the requirement set forth in Local Bankruptcy Rule 9013-1(b) for

the filing of a separate memorandum of law in support of the Motion is satisfied.

Dated: New York, New York
       **May 28, 2008**

                              **/s/Martin Glenn**
                              United States Bankruptcy Judge