**HODGSON RUSS LLP**
Deborah J. Piazza (DP 6640)
Jennifer L. Rando (JR 6222)
60 East 42nd Street, 37th Floor
New York, NY  10165
Telephone:  (212) 661-3535
Facsimile:  (212) 972-1677
dpiazza@hodgsonruss.com
jrando@hodgsonruss.com

**Adjourned Hearing Date & Time:  July 22, 2008 at 10:00 a.m.**
**Special Objection Deadline:  July 15, 2008 at 4:00 p.m.**
**Objection Deadline for All Others:  June 2, 2008 at 4:00 p.m.**

**SHUMAKER, LOOP & KENDRICK LLP**
David J. Coyle, Esq.
1000 Jackson Street
Toledo, OH  43604-5573
Telephone:  (419) 241-9000
Facsimile:  (419) 241-6894
dcoyle@slk-law.com

*Attorneys for Wacker Chemical Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

LEXINGTON PRECISION CORP. et al.,

          Debtors.

Chapter 11
Case No.  08-11153 (MG)
(Jointly Administered)

---

## <u>AFFIDAVIT OF SERVICE</u>

Robin Cipollaro, being duly sworn, deposes and says that (1) she is not a party to the above-entitled action and is over the age of 18 years; and (2) on May 30, 2008, pursuant to the *Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures* entered by this Court on April 2, 2008 and the *Case Management and Scheduling Order* entered by this Court on May 13, 2008, she served, via first class U. S. mail, postage prepaid, a true and correct copy of the **Notice of Adjournment of**

**Hearing on Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. §503(b)(9) and Requiring Immediate Payment Under §503(a)** dated and filed on May 30, 2008 upon each party listed on the Master Service List annexed as Exhibit A hereto and upon each party listed on the Notice of Appearance Service List annexed as Exhibit B hereto.

Dated: May 30, 2008
      New York, New York

          /s/_Robin Cipollaro
          Robin Cipollaro
          **HODGSON RUSS LLP**
          60 East 42nd Street, 37th Floor
          New York, NY  10165
          Telephone:  (212) 661-3535
          Facsimile:   (212) 751-0928

Sworn to before me this
30 day of May, 2008.

  /s/ Julie Kennedy
      Notary Public
Number: KE6168460

000160/00890 NYCDOCS2 453187v1

# EXHIBIT A

# INITIAL MASTER SERVICE LIST

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexington Precision Corporation | Michael A. Lubin | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Lexington Precision Corporation | Warren Delano | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Weil, Gotshal & Manges LLP | Christopher J. Marcus, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8106 | (212) 310-8007 | christopher.marcus@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| Weil, Gotshal & Manges LLP | John W. Lucas, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8415 | (212) 310-8007 | john.lucas@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| Waller, Lansden, Dortch, & Davis, LLP | John C. Tishler | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | | (615) 244-6804 | | Prepetition Lenders | |
| Webster Business Credit Corporation | Alan McKay | One State Street, 7th Floor | | New York | NY | 10004 | | (212) 806-4530 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Akim Grate | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situtations, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| O'Melveny & Meyers, LLP | Gerald Bender, Esq. | Times Square Tower 7 Times Square | | New York | NY | 10036 | | (212) 326-2061 | | Proposed Postpetition Lenders | |
| Andrews Kurth LLP | Paul N. Silverstein | 450 Lexington Avenue | | New York | NY | 10017 | | (212) 813-8158 | | Attorneys for the AD Hoc Committee of Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | | (302) 636-6436 | | Prepetition Senior Subordinated Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | (302) 636-6058 | (302) 636-6436 | | Consolidated Top 30 Unsecured Creditor | |
| Wacker Silicones | Luann Noelanders | 3301 Sutton Road | | Adrian | MI | 49221 | (800) 554-1715 | (517) 264-8580 | | Consolidated Top 30 Unsecured Creditor | |
| Dow Corning STI | Anne Tipple | 111 S. Progress Drive | | Kendallville | IN | 46755 | (260) 347-5813 | (866) 804-8812 | | Consolidated Top 30 Unsecured Creditor | |
| Chase Brass & Copper, Inc. | Cheryl Nofziger | P.O. Box 152 | | Montpelier | OH | 43543-0152 | (419) 485-3193 | (419) 485-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Momentive Performance Materials, Inc. | Linda Ayers | 187 Danbury Road | | Wilson | CT | 06897 | (800) 332-3390 | (304) 746-1623 | | Consolidated Top 30 Unsecured Creditor | |
| Earle M. Jorgensen Company | David O' Brien | 2060 Enterprise Parkway | | Twinsburg | OH | 44087 | (215) 949-6639 | (215) 949-6637 | | Consolidated Top 30 Unsecured Creditor | |
| Shin-Etsu Silicones of America, Inc. | Elaine McDowell | 1150 Damar Drive | | Akron | OH | 44305 | (330) 630-9460 | (330) 630-9855 | | Consolidated Top 30 Unsecured Creditor | |
| Ohio Edison | Customer Service | P.O. Box 3637 | | Akron | OH | 44309-3637 | (800) 633-4766 | (877) 289-3674 | | Consolidated Top 30 Unsecured Creditor | |
| Goodyear Tire & Rubber Co. | Derick McGinness | 5055 MLK Drive | | Beaumont | TX | 38024 | (330) 796-2121 | (330) 796-1113 | | Consolidated Top 30 Unsecured Creditor | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Channel Prime Alliance | Ciara Dolloway | 800 Connecticut Ave | | Norwalk | CT | 06854 | (800) 322-0487 | (203) 831-4330 | | Consolidated Top 30 Unsecured Creditor | |
| Vitex Corporation | Brenda Goodearl | 43 Industrial Park Drive P.O. Box 6149 | | Franklin | NH | 03235 | (603) 934-1508 | (314) 867-4304 | | Consolidated Top 30 Unsecured Creditor | |
| Signature Aluminum | Chip Moore | 500 Edward Ave | | Richmond Hill | ONT | L4C4Y | (770) 254-7656 | (614) 262-5036 | | Consolidated Top 30 Unsecured Creditor | |
| Degussa-Huls Corporation | Fred Pacinich | 379 Interpace Parkway | | Parsippany | NJ | 07660 | (973) 541-8410 | (973) 541-8850 | | Consolidated Top 30 Unsecured Creditor | |
| American Express | Ann Jacobs | P.O. Box 36001 | | Ft. Lauderdale | FL | 33336-0001 | (800) 528-2122 | (626) 492-3888 | | Consolidated Top 30 Unsecured Creditor | |
| Lintech International | Julie Van Brunt | P.O. Box 10225 | | Macon | GA | 31297 | (800) 652-9297 | (478) 784-1745 | | Consolidated Top 30 Unsecured Creditor | |
| Imperial Die & mfg Co. | Ron Lapossy | 22930 Royalton Road | | Strongsville | OH | 44149 | (440) 268-9080 | (440) 268-9040 | | Consolidated Top 30 Unsecured Creditor | |
| Copper & Brass Sales | ale Sawchik | 5755 Grant Avenue | | Cleveland | OH | 44105 | (216) 883-8100 | (216) 883-1066 | | Consolidated Top 30 Unsecured Creditor | |
| Dalton Box | Sheila Blair | 612 East Callahan Rd | | Dalton | GA | 30721 | (706) 226-3580 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Gosiger Machine Tools | Linda Duale | PO Box 712288 | | Cincinnati | OH | 45271 | (440) 248-3111 | (440) 248-3112 | | Consolidated Top 30 Unsecured Creditor | |
| Georgia Power | Customer Service | BIN #76141 P.O. Box 200127 | | Cartersville | GA | 30120 | (706) 236-1320 | (888) 655-5888 | | Consolidated Top 30 Unsecured Creditor | |
| Haley & Aldrich, Inc. | Steve Schalabba | 465 Medford Street, Ste 2200 | | Boston | MA | 02129-1400 | (617) 886-7400 | (617) 886-7600 | | Consolidated Top 30 Unsecured Creditor | |
| Gold Key Processing, LTD | Steve Harsh | 14910 Madison Road | | Middlefield | OH | 44062 | (440) 632-0901 | (440) 632-0920 | | Consolidated Top 30 Unsecured Creditor | |
| Keystone Profiles | Frank Cremeens | 220 Seventh Avenue | | Beaver Falls | PA | 15010 | (800) 777-1533 | (724) 846-3901 | | Consolidated Top 30 Unsecured Creditor | |
| Process Oils, Inc. | Bob Hoch | 11601 Katy Freeway, Ste 223 | | Houston | TX | 77079 | (330) 494-9630 | (330) 494-9630 | | Consolidated Top 30 Unsecured Creditor | |
| Lion Copolymer | Michelle Geidroz | 36191 Highway 30 | | Geismar | LA | 70734 | (225) 267-3780 | (225) 267-3411 | | Consolidated Top 30 Unsecured Creditor | |
| PPG Industries, Inc. | Anew Johnson | Dept. at 40177 | | Atlanta | GA | 31192 | (724) 325-5262 | (724) 325-5045 | | Consolidated Top 30 Unsecured Creditor | |
| Technical Machine Products | Sherry Fess | 5500 Walworth Avenue | | Cleveland | OH | 44102 | (216) 281-9500 | (281) 281-0408 | | Consolidated Top 30 Unsecured Creditor | |
| Excellus Blue Cross | Customer Service | PO Box 4752 | | Rochester | NY | 14692 | (585) 232-3310 | (585) 238-4348 | | Consolidated Top 30 Unsecured Creditor | |
| Preferred Rubber Compounding | Michelle Parks | 1020 Lambert Street | | Barberton | OH | 44203 | (330) 798-4909 | (330) 798-4796 | | Consolidated Top 30 Unsecured Creditor | |
| China Auto Group | Kim Taylor Domines | 17815 Sky Park Circle, Suite D | | Irvine | CA | 92614 | (949) 261-8208 | (949) 767-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Burnt Mountain Center, Inc | Kim Hyde | 515 Pioneer Rd | | Jasper | GA | 30143 | (706) 692-6016 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor | |
| Environmental Products and Services | | PO Box 4620 | | Burlington | VT | 05406 | (802) 876-1212 | (315) 471-3846 | | Consolidated Top 30 Unsecured Creditor | |
| Local 1811, United Steelworkers of America, AFL-CIO, CLC c/o Lexington Medical | Wayne Robinson | P.O. box 4477 | | Rock Hill | SC | 29732 | (704) 454-7065 | (704) 454-7054 | | Consolidated Top 30 Unsecured Creditor | |
| International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO | Ken Ream | 111 Whitehead Lane, Suite #2 | | Monroeville | PA | 15146-2715 | (330) 719-7635 | (330) 395-4875 | | Consolidated Top 30 Unsecured Creditor | |
| Office of the United States Trustee for the Southern District of New York | | 33 Whitehall Street, 21st Floor | | New York | NY | 10004 | | | | Office of the US Trustee | |
| Securities and Exchange Commission | Regional Director | 233 Broadwy | | New York | NY | 10279 | | | | SEC | |
| Internal Revenue Service | District Director | 290 Broadway | | New York | NY | 10007 | | | | IRS | |
| New York State Sales Tax | | P.O. Box 1209 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |

A-2

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION | NOTES |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|-------|
| New York State Tax Processing | | JAF Building, P.O. Box 1206 | | New York | NY | 10116 | | | | Governmental Unit for Taxation | |
| South Carolina Department of Revenue and Taxation | | Sales Tax Return | | Columbia | SC | 29214 | | | | Governmental Unit for Taxation | |
| Georgia Department of Revenue Sales & Use Tax Division | | P. O. Box 105296 | | Atlanta | GA | 30348 | | | | Governmental Unit for Taxation | |
| Treasurer of the State of Ohio | | P. O. Box 16561 | | Columbus | OH | 43266 | | | | Governmental Unit for Taxation | |

**Exhibit B**

**Notice of Appearance Parties Service List**

**Aaron R. Cahn**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

**J Eric Charlton**
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202-2078

**Gayle Ehrlich**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

**Richard L. Ferrell**
Taft, Stettinius & Hollister, LLP
425 Walnut Street
1800 Firstar Tower
Cincinnati, OH 45202

**David R. Jury**
United Steelworkers
Five Gateway Center
Room 807
Pittsburgh, PA 15222

**Jonathan Levine**
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

**Raymond Patella**
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**Richard M. Seltzer**
Cohen, Weiss and Simon, LLP
330 West 42nd Street
25th Floor
New York, NY 10036

**Scott A. Zuber**
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932-0950