UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEXINGTON PRECISION CORP., et al.,**                      :    08- 11153 (MG)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      ROSS MATRAY, being duly sworn, deposes and says:

      1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.      On May 19, 2008, I caused to be served a personalized "Notice of Defective Transfer", a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

      3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      _/s/ Ross Matray_
                                                      Ross Matray

Sworn to before me this
27th day of May, 2008

_/s/ Notary_
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Defective Transfer Notice_aff_5-19-08.DOC

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEXINGTON PRECISION CORP., et al.,**              :    08- 11153 (MG)
                                                    :
         **Debtors.**                               :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   PIEDMONT PLASTICS
              1185 E. WATERLOO ROAD
              AKRON, OH 44306

Transferee:   Liquidity Solutions, Inc.
              Dba Revenue Management
              One University Plaza
              Suite 312
              Hackensack, NJ 07601

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
(x) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
         By document #
(x) other (specify): There is no claim filed by Piedmont Plastics

Docket Number:  111              , Clerk of the Court

/s/ Ross Matray
Epiq Bankruptcy Solutions as claims
agent for the Debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 19, 2008.

**EXHIBIT "B"**

08-11153-scc    Doc 154    Filed 05/30/08    Entered 05/30/08 16:53:33    Main Document
Pg 4 of 5

LPC 5-19-08

LPC 5-19-08

PIEDMONT PLASTICS
1185 E. WATERLOO ROAD
AKRON, OH 44306

Liquidity Solutions, Inc.
Dba Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

LPC 5-19-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153