UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEXINGTON PRECISION CORP., et al.,              :   08- 11153 (MG)
                                                :
      Debtors.                                  :   (Jointly Administered)
                                                :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2008, I caused to be served true and correct copies of the "Debtors Reply to the Committee's Objection to Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Further Extending the Time to File the Debtors Schedules, Statement of Financial Affairs and Related Documents," [Docket No. 144], dated May 23, 2008, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        _____
                                                        Ross Matray

Sworn to before me this
____ day of May, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Reply to Committee Objection_aff_5-23-08.DOC

**EXHIBIT "A"**

08-11153-scc    Doc 155    Filed 05/30/08    Entered 05/30/08 16:59:06    Main Document
Pg 2 of 4

TIME: 16:36:14
DATE: 05/23/08

Lexington Precision Corporation
LPC REPLY TO OBJECTION 5-23-08

PAGE: 1

08-11153-smb    Doc 155    Filed 05/30/08    Entered 05/30/08 16:59:06    Main Document
                                    Pg 3 of 4

| Name | Address |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ANDREWS KURTH LLP | ATTN: PAUL SILVERSTEIN, ESQ. JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BLANK ROME LLP | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| BURNT MOUNTAIN CENTER, INC | ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005 |
| CAPITALSOURCE FINANCE LLC | ATTN: CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854 |
| CAPITALSOURCE FINANCE LLC | ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998 |
| CARTER, LEDYARD & MILBURN LLP | ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152 |
| CHANNEL PRIME ALLIANCE | ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036 |
| CHASE BRASS & COPPER, INC. | ATTN: KIM TAYLOR DOMINES 17815 SKY PARK CIRCLE, SUITE D IRVINE CA 92614 |
| CHINA AUTO GROUP | ATTN: ROBIN H. GISE COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036 |
| COHEN, WEISS AND SIMON LLP | ATTN: DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105 |
| COHEN, WEISS AND SIMON LLP | ATTN: AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| COPPER & BRASS SALES | ATTN: TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| COSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN: SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721 |
| COSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945 |
| DALTON BOX | ATTN: FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660 |
| DAY PITNEY LLP | C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DEGUSSA-HULS CORPORATION | ATTN: TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DMD SPECIAL SITUATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DMD SPECIAL SITUATIONS, LLC | ATTN: ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755 |
| DOW CORNING STI | ATTN: DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087 |
| EARLE M. JORGENSEN COMPANY | PO BOX 4620 BURLINGTON VT 05406 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | ATTN: CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692 |
| EXCELLUS BLUE CROSS | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| GEORGIA DEPARTMENT OF REVENUE | ATTN: CUSTOMER SERVICE BIN #76141 P.O. BOX 200127 CARTERSVILLE GA 30120 |
| GEORGIA POWER | ATTN: STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOLD KEY PROCESSING, LTD | ATTN: DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024 |
| GOODYEAR TIRE & RUBBER CO. | ATTN: LINDA DUALE PO BOX 712288 CINCINNATI OH 45271 |
| HOSIGER MACHINE TOOLS | ATTN: STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400 |
| ION COPOLYMER | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET |
| HALEY & ALDRICH, INC. | ONE PARK PLACE SYRACUSE NY 13202 |
| HISCOCK & BARCLAY, LLP | ATTN: RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149 |
| IMPERIAL DIE & MFG CO. | ATTN: DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715 |
| INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL | ATTN: FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010 |
| KEYSTONE PROFILES | ATTN: MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN: WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN: JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297 |
| LINTECH INTERNATIONAL | ATTN: MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF AMERICA, AFL-CIO, CLC | C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | ATTN: LINDA AYERS 187 DANBURY ROAD WILSON CT 06897 |
| NEW YORK STATE SALES TAX | P.O. BOX 1209 NEW YORK NY 10116 |
| NEW YORK STATE TAX PROCESSING | JAF BUILDING, P.O. BOX 1206 NEW YORK NY 10116 |
| O'MELVENY & MEYERS, LLP | ATTN: GERALD BENDER, P.O. BOX 3637, TIMES SQUARE TOWER,7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR NEW YORK NY 10004 |
| OHIO EDISON | ATTN: CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN: ANEW JOHNSON DEPT. AT 40177 ATLANTA GA 31192 |
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203 |

```
TIME: 16:36:14                           Lexington Precision Corporation                          PAGE:   2
DATE: 05/23/08                           LPC REPLY TO OBJECTION 5-23-08

Name                                              Address
PROCESS OILS, INC.                                ATTN:BOB HOCH 11601 KATY FREEWAY, STE 223 HOUSTON TX 77079
SECURITIES AND EXCHANGE COMMISSION                ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279
SHIN-ETSU SILICONES OF AMERICA, INC.              ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305
SIGNATURE ALUMINUM                                ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y CANADA
SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION SALES TAX RETURN COLUMBIA SC 29214
SULLIVAN & WORCESTER LLP                          ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109
TAFT STETTINIUS & HOLLISTER LLP                   ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202
TECHNICAL MACHINE PRODUCTS                        ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102
TREASURER OF THE STATE OF OHIO                    P. O. BOX 16561 COLUMBUS OH 43266
UNITED STEEL WORKERS                              ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222
VITEX CORPORATION                                 ATTN:BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235
WACKER SILICONES                                  ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221
WALLER LANDSEN DORTCH & DAVIS, LLP                ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219
WALLER, LANSDEN, DORTCH, & DAVIS, LLP             ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219
WEBSTER BUSINESS CREDIT CORPORATION               ATTN: ALAN MCKAY ONE STATE STREET, 7TH FLOOR NEW YORK NY 10004
WEIL, GOTSHAL & MANGES LLP                        ATTN:CHRISTOPHER J. MARCUS, ESQ. 767 FIFTH AVENUE NEW YORK NY 10153
WEIL, GOTSHAL & MANGES LLP                        ATTN:JOHN W. LUCAS, ESQ. 767 FIFTH AVENUE NEW YORK NY 10153
WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS ATTN: STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890

Total Number of Records Printed              69
```

EPIQ BANKRUPTCY SOLUTIONS, LLC