WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                              :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08-11153 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**NOTICE OF AMENDMENT**
**TO THE SCHEDULE OF ORDINARY COURSE PROFESSIONALS**

      PLEASE TAKE NOTICE that, pursuant to the Court's Order Authorizing the

Employment of Professionals Utilized in the Ordinary Course of Business [Docket No. 83] (the

"OCP Order"), the Debtors are amending the schedule (the "Schedule") annexed to the OCP

Order to include DeWolff, Boberg & Associates, Inc. ("DeWolff") as an ordinary course

professional. DeWolff has been retained to provide management consulting services regarding

the operating procedures at the Debtors' Rock Hill Facility.

Pursuant to the OCP Order, DeWolff's affidavit and questionnaire are annexed hereto as Exhibit

A and the revised Schedule is annexed hereto as Exhibit B.

Dated:  May 30, 2008
        New York, New York

                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow, Esq.
                                    Christopher J. Marcus, Esq.

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:   (212) 310-8000
                                    Facsimile:    (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**EXHIBIT A**

**(DeWolff Affidavit & Questionnaire)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                        :        Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,           :        08-11153 (MG)
:
Debtors.                        :        (Jointly Administered)
:
---------------------------------------------------------------x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF MORGAN R. BUFFINGTON,

## ON BEHALF OF DEWOLFF, BOBERG & ASSOCIATES, INC.

STATE OF SOUTH CAROLINA          )
                                 ) ss:
COUNTY OF PICKENS                )

Morgan R. Buffington, being duly sworn, upon his oath, deposes and says:

1.      I am a Vice President of Finance and Administration of DeWolff, Boberg & Associates, Inc., located at 12750 Merit Drive, Suite 250, Dallas, Texas 75251 (the "Firm").

2.      Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide management consulting services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

- 1 -

these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6.    The Debtors owe the Firm $0 for prepetition services.

Subscribed and sworn to before me

this 30th day of May, 2008

_Susan M. Fost_
Notary Public

- 2 -

In re Lexington Precision Corp., et al.

Chapter 11 Case No. **08-11153 (MG)**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Christopher J. Marcus, Esq.
>        John W. Lucas, Esq.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   DeWolff, Boberg & Associates, Inc.
   12750 Merit Drive, Suite 250
   Dallas, TX 75251

2. Date of retention:   <u>June 2, 2008</u>

3. Type of services provided (accounting, legal, etc.):

   <u>Management consulting services</u>

   _____

   _____

4. Brief description of services to be provided:

   <u>Analyze operations of Rock Hill, SC facility</u> over 2 week period

   _____

   _____

- 1 -

5.      Arrangements for compensation (hourly, contingent, etc.)

        $25,000.00 fixed fee payable net 7 days

        (a)     Average hourly rate (if applicable):

                $N/A

        (b)     Estimated average monthly compensation based on prepetition
                retention (if firm was employed prepetition):

                $N/A _____

6.      Prepetition claims against the Debtors held by the firm:

        Amount of claim:     $N/A _____

        Date claim arose:    $N/A _____

        Source of Claim:     $N/A _____

7.      Prepetition claims against the Debtors held individually by any member,
        associate, or professional employee of the firm:

        Name: $N/A _____

        Status: $N/A _____

        Amount of Claim:  $N/A _____

        Date claim arose: $N/A _____

        Source of claim: $N/A _____

        _____

        _____

        _____

8.      Stock of the Debtors currently held by the firm:

        Kind of shares: $N/A _____

        No. of shares:  $N/A _____

- 2 -

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: <u>$N/A</u> _____

Status: _____ <u>$N/A</u>

_____

_____

Kind of shares: <u>$N/A</u> _____

No. of shares: _____ <u>$N/A</u> _____

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

_____ <u>$N/A</u> _____

_____

_____

_____

11.   Name of individual completing this form:

<u>Morgan R. Buffington</u> _____

- 3 -

**EXHIBIT B**

**(Revised Schedule)**

**(Ordinary Course Professionals)**

| Professional | Average Monthly Expenditure | Service Performed by Professional |
|---|---|---|
| Womble Carlyle Sandridge & Rice<br>PO Drawer 84<br>Winston Salem, NC 27102<br>Attn: Neil Edwards | $1,200 | Legal advice regarding sales tax issues |
| Buck Consultants, LLC<br>Dept CH 14061<br>Palatine, IL 60055-4061 | $1,500 | Investment advisors |
| Chelko Consulting<br>27500 Detroit Rd, Suite 201<br>Westlake, OH 44145 | $2,000 | Benefit Plans |
| Clark & Clark<br>PO Box H<br>Elijay, GA 30540 | $300 | Legal representation on real property |
| Ernst & Young LLP<br>925 Euclid Avenue<br>Cleveland, OH 44115<br>Attn: Larry Cruise | $0 | Audit and tax work |
| Fisher & Phillips LLP<br>1901 Main St, Suite 1400<br>Columbia, SC 29201 | $100 | Legal representation for labor issues |
| Haley & Aldrich, Inc<br>PO Box 846026<br>Boston, MA 02284-6026 | $5,800 | Environmental consultants |
| Landair Surveying Co of Georgia<br>1875 Old Alabama Rd, Ste 1120<br>Roswell, GA 30076 | $900 | Surveying services |
| Moreland Altobelli & Associates, Inc<br>2211 Beaver Ruin Rd, Suite 190<br>Norcross, GA 30071 | $4,000 | Appraisers |
| Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Attn: Richard Langan, Jr. | $16,500 | Corporate counsel |
| Snell & Wilmer LLP<br>One Arizona Center<br>Phoenix, AZ 85004<br>Attn: Dan W. Goldfine | $2,300 | Legal representation for contractual issues |
| Sullivan & Worchester<br>1290 Avenue of the Americas<br>New York, NY 10104 | $1,300 | Legal work for financing |

| Professional | Average Monthly Expenditure | Service Performed by Professional |
|---|---|---|
| Sutherland, Asbil & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996. | $100 | Legal work for real estate |
| Thompson Hine LLP<br>127 Public Square<br>Cleveland, OH 44114<br>Attn: Mark Floyd | $8,400 | Legal representation for labor issues |
| CompManagement Inc<br>6377 Emerald Parkway<br>Dublin, OH 43017 | $3,000 | Workers compensation advisors |
| Malin, Bergquist & Company LLP<br>3605 McKnight East Drive<br>Pittsburgh, PA 15237-6400 | $20,000 | Audit and tax work |
| DeWolff, Boberg & Associates, Inc.<br>12750 Merit Drive, Suite 250<br>Dallas, TX 75251 | $25,000 | Facility operation consulting |