WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow, Esq.
Christopher J. Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEXINGTON PRECISION CORP., et al.,                              :   08-11153 (MG)
                                                                :
         Debtors.                                               :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

State of New York )
                  ) ss.:
County of New York )

Duke Amponsah, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. On the 30th day of May, 2008, I caused a true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via First Class Mail.

NY2:\1881568\01\14BTS01!.DOC\26690.0008

- ✓ Notice of Amendment to the Schedule of Ordinary Course Professionals **[Docket No. 156]**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Duke Amponsah

Sworn to before me this
3rd day of June, 2008

_____

```
        ANDREA WILMER
  Notary Public, State of New York
         No. 01WI6172356
      Qualified in Kings County
  Commission Expires August 6, 2011
```

# EXHIBIT A

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004