ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                         :          Chapter 11 Case No.
                                              :
LEXINGTON PRECISION CORPORATION,              :          08- 11153 (MG)
                                              :
        Debtor.                               :
                                              :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 5, 2008, AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408.[1]

**I.    UNCONTESTED MATTERS**

1.  Application For An Order Pursuant To Sections 328 and 1103 Of The Bankruptcy Code And Federal Rule Of Bankruptcy Procedure 2014(a) Authorizing The Retention Of Stout Risius Ross, Inc. As Financial Advisors To The Official Committee Of Unsecured Creditors, Nunc Pro Tunc May 13, 2008 [Docket No. 104]

    Response Deadline:        June 3, 2008[2]

---

[1] To participate at this hearing telephonically, parties must contact CourtCall at 1-866-582-2946 to arrange for a telephonic participation. The following information must be provided to set up your telephonic appearance: case name and number, name of judge, hearing date and time, parties, address, phone number of participant/attorney, parties whom participant represents, particular pleading submitted by the participant, and matter on which participant wishes to be heard; or whether the participant intends to monitor the proceeding in "listen-only" mode.

[2] By agreement of the undersigned on behalf of the Committee, the Response Deadline was extended until June 3, 2008.

NYC:177549.1

Response(s) Received:

A. Informal comments received from the U.S. Trustee, the Debtors and the Prepetition Senior Lenders.

Responsible Counsel: Andrews Kurth LLP

Status: **The Committee has resolved all comments and a revised proposed order will be submitted at the hearing.**

## II. ADJOURNED MATTERS

2. Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expenses Pursuant to 11 U.S.C. Section 503(b)(9) and Requiring Immediate Payment Under 503(a) [Docket No. 112]

   Response Deadline: July 15, 2008 for Special Potential Objectors (as defined in the Notice of Adjournment) and June 2, 2008 for all other parties

   Additional Documents:

   A. Notice of Adjournment of Hearing on Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. Section 503(b)(9) and Requiring Immediate Payment Under 503(a) [Docket No. 152]

   Status: **Hearing on this motion is adjourned until July 22, 2008 at 10 a.m.**

Dated: New York, New York
June 4, 2008

/s/ Paul N. Silverstein

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

2

NYC:177549.1