ANDREWS KURTH LLP
Paul N. Silverstein, Esq. (PS-5098)
Jonathan Levine, Esq. (JL-9674)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850- 2929

Counsel to the Official
Committee of Unsecured Creditors

---------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :    Case No. 08-11153 (MG)
                                                :
                                                :
                    Debtors.                    :
---------------------------------------------------------x

### NOTICE AND REQUEST PURSUANT TO F.R.B.P. 9014(e) AND LOCAL RULE 9014-2(d) WITH RESPECT TO THE COMMITTEE'S MOTION TO TERMINATE DEBTORS' EXCLUSIVE PERIODS UNDER SECTION 1121(d) OF THE BANKRUPTCY CODE

To:   THE HONORABLE MARTIN GLENN,
      UNITED STATES BANKRUPTCY JUDGE

The Official Committee of Unsecured Creditors, by its undersigned counsel, respectfully represents:

1. The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned Debtors filed its motion (the "Motion") pursuant to Section 1121(d) of the Bankruptcy Code for an Order terminating the Debtors' exclusive periods to file a plan and solicit acceptance thereto. [Docket No. 133]

2. The Motion is a contested matter within the meaning of Rule 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The first scheduled hearing on the Motion is set for

1

NYC:177701.1

June 11, 2008 (the "First Scheduled Hearing").

3. There exist disputed, material factual issues in connection with the Motion.

4. Pursuant to Bankruptcy Rule 9014(d) and (e) and Local Rule 9014-2(a), the Committee respectfully requests that the Court either (i) conduct an evidentiary hearing at the First Scheduled Hearing or (ii) set an evidentiary hearing at a subsequent date to be determined at, or prior to, the First Scheduled Hearing.

WHEREFORE, the Committee respectfully requests that the relief requested above be granted.

Dated: New York, New York
       June 5, 2008

                                          **ANDREWS KURTH LLP**

                                    By:<u>/s/ Paul N. Silverstein</u>
                                            Paul N. Silverstein, Esq. (PS-5098)
                                            Jonathan Levine, Esq. (JL-9674)
                                            450 Lexington Avenue
                                            New York, New York 10017
                                            Telephone: (212) 850-2800
                                            Fax: (212) 850-2929

                                            Counsel to the Official Committee
                                            of Unsecured Creditors

NYC:177701.1