# EXHIBIT A

**CONFIDENTIAL**

1/9/2008 18:26

## LEXINGTON PRECISION CORPORATION

Projected Sources and Uses of Funds at closing as of February 29, 2008

*Sources of funds:*

**Sale of Rock Hill, SC Facility**
| | |
|---|---:|
| Sales price | 32,000,000 |
| Increase in working capital from December 31, 2007 to February 29, 2008 | 446,000 |
| Less : WY Campbell fee | (480,000) |
| Less: Lexington Precision Corporation legal expenses | (200,000) |
| Less; Indemnification escrow amount | (500,000) |
| Net cash received on sale | 31,266,000 |

*New loans received:*
New secured lender:
| | |
|---|---:|
| Secured term loan  A | 17,400,000 |
| Secured debt B loan | 4,880,000 |
| Total new loans | 22,280,000 |
| Total sources of funds | 53,546,000 |

*Use of funds:*

*Loans outstanding at closing:*

Capital Source Finance LLC:
| | |
|---|---:|
| Equipment term loan | 8,751,000 |
| Real estate term loan | 9,900,000 |
| CSE Mortgage - real estate term loan | 4,000,000 |
| Subtotal | 22,651,000 |

12% Senior Subordinated Notes:
| | | | |
|---|---|---|---:|
| Held by insiders | $7,772,000 | Converted to equity | — |
| Held by outsiders | $26,405,000 | One-half paid in cash | 13,202,500 |
| | | | 13,202,500 |

| | |
|---|---:|
| 13% Junior Sub Notes & accd interest ($419,000 converted to equity) | — |
| Series B Preferred Stock | 693,000 |
| Other | 19,000 |

*Pay past due interest:*
| | |
|---|---:|
| 12.0% senior subordinated notes | 8,589,642 |

*Interest paid at closing:*
CapitalSource (February 28 days) (January and February)
| | |
|---|---:|
| Revolving line of credit | 96,000 |
| Equipment term loans | 79,085 |
| Real estate term loan | 89,480 |
| Other miscellaneous fees | 8,000 |
| CSE Mortgage - real estate term loan | 49,944 |
| Subtotal – interest paid at closing | 322,509 |

*Fees and expenses paid at closing:*
CapitalSource Finance LLC early termination fee of 1%.
| | |
|---|---:|
| Revolver | 144,150 |
| Equipment term loan | 87,510 |
| Real estate term loan | 99,000 |
| CSE Mortgage LLC early termination fee | 40,000 |
| CapitalSource Finance LLC amendment fee | 92,000 |
| New secured lender fee | 365,790 |

Legal and other professional services:
| | |
|---|---:|
| W. Y. Campbell & Company | 274,343 |
| Surveys | |
| Survey – Landair Surveying Co. of Georgia | |
| Survey – Hammontree & Associates, LTD | |
| Phase 1 – Clayton Group Services | 100,000 |
| Equipment appraisal – AccuVal Associates | |
| Real estate appraisal – Cushman Wakefield | |
| Nixon-Peabody | 100,000 |
| Take out small shareholders | 1,000,000 |
| | 2,302,793 |
| Income taxes | 1,195,000 |
| Total uses of funds | 48,975,444 |

| | |
|---|---:|
| **Excess funds** | 4,570,556 |
| Revolving loan balance just prior to closing | 14,614,000 |
| **Revolving loan balance after closing** | 10,043,444 |