WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Christopher J. Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORPORATION,          :    08- 11153 (MG)
                                          :
            Debtor.                       :
                                          :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 11, 2008, AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501,
One Bowling Green, New York, NY 10004-1408.[1]

**I.    CONTESTED MATTERS**

1.   Motion for Order Terminating Debtors' Exclusivity filed by Paul N. Silverstein on behalf of Official Committee of Unsecured Creditors of Lexington Precision Corporation and Lexington Rubber Group, Inc. **[Docket No. 133]**

    Response Deadline:    June 4, 2008

    Reply Deadline:    June 10, 2008 at 12:00 p.m.

---

[1] To participate at this hearing telephonically, parties must contact CourtCall at 1-866-582-2946 to arrange for a telephonic participation. The following information must be provided to set up your telephonic appearance: case name and number, name of judge, hearing date and time, parties, address, phone number of participant/attorney, parties whom participant represents, particular pleading submitted by the participant, and matter on which participant wishes to be heard; or whether the participant intends to monitor the proceeding in "listen-only" mode.

Response(s) Received:

A.    Debtors' Objection to the Official Creditors' Committee's Motion for Order Terminating Exclusivity under Section 1121(d) of the Bankruptcy Code **[Docket No. 161]**

B.    Debtors' Memorandum of Law In Support of Objection to the Official Creditors' Committee's Motion for Order Terminating Exclusivity under Section 1121(d) of the Bankruptcy Code **[Docket No. 162]**

C.    Reply Memorandum in Support of Committee's Motion for Order Terminating Debtors Exclusivity Under Section 1121(d) of the Bankruptcy Code **[Docket No. 168]**

D.    Affidavit of Nicholas W. Walsh in Support of Committee's Reply to Debtors' Objection to Motion for Order Terminating Debtors' Exclusivity Under Section 1121(d) of the Bankruptcy Code **[Docket No. 169]**

E.    Affidavit of Robert J. Welch in Support of Committee's Reply to Debtors' Objection to Motion for Order Terminating Debtors' Exclusivity Under Section 1121(d) of the Bankruptcy Code **[Docket No. 170]**

Additional Documents:

A.    Affidavit of Nicholas W. Walsh in Support of Motion for Order Terminating Debtors' Exclusivity **[Docket No. 134]**

B.    Notice and Request Pursuant to F.R.B.P. 9014(e) and Local Rule 9014-2(d) with Respect to the Committee's Motion to Terminate Debtor's Exclusive Periods Under Section 1121(d) of the Bankruptcy Code **[Docket No. 165]**

C.      Debtors' Objection to Committee's Notice and Request Pursuant to
        F.R.B.P. 9014(e) and Local Rule 9014-2(a) with Respect to the
        Committee's Motion to Terminate Exclusivity Under Section 1121(d) of
        the Bankruptcy Code **[Docket No. 166]**

Responsible Counsel:  **Andrews Kurth LLP**

Status: **This matter is going forward**

Dated: New York, New York
       June 10, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Christopher J. Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession