**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
LEXINGTON PRECISION CORP, et al.,                     : Case No. 08-11153 (MG)
                                                      :
                                                      :
                Debtors.                              :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on, June 10, 2008, I served the Reply Memorandum in Support of Committee's Motion for Order Terminating Debtors Exclusivity Under Section 1121(d) of the Bankruptcy Code, the Affidavit of Nicholas W. Walsh in Support of Motion for Order Terminating Debtors' Exclusivity, and the Affidavit of Robert Welch in Support of Motion for Order Terminating Debtors' Exclusivity upon the names listed on the service list attached via United States Mail and to the Debtor's Counsel and the United States Trustee via facsimile.

*Elizabeth McDermott*
Elizabeth McDermott

Subscribed and sworn to before me this
10th day of June, 2008

*Lisa Leavitt*
Notary Public

LISA LEAVITT
Notary Public, State of New York
No. 01LE6153458
Qualified in New York County
Commission Expires Oct. 2, 2010

NYC:176984.1

## Service List

Burnt Mountain Center, Inc.
Attn: Kim Hyde
515 Pioneer Rd
Jasper, GA 30143

Channel Prime Alliance
Attn: Ciara Dolloway
800 Connecticut Ave
Norwalk, CT 06854

Chase Brass & Copper, Inc.
Attn: Cheryl Nofziger
P.O. Box 152
Montpelier, OH 43543-0152

China Auto Group
Attn: Kim Taylor Domines
17815 Sky Park Circle, Suite D
Irvine, CA 92614

Copper & Brass Sales
Attn: Dale Sawchik
5755 Grant Avenue
Cleveland, OH 44105

CSE Mortgage, LLC
C/O CapitalSource Finance LLC
Attn:Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Dalton Box
Attn: Sheila Blair
612 East Callahan Rd
Dalton, GA 30721

Degussa-Huls Corporation
Attn: Fred Pacinich
379 Interpace Parkway
Parsippany, NJ 07660

DMD Special Situtations, LLC
C/O CapitalSource Finance LLC
Attn: Todd Gehrs
4445 Willard Avenue, 12th Floor,
Chevy Chase, MD 20815

Dow Corning STI
Attn: Anne Tipple
111 S. Progress Drive
Kendallville, IN 46755

Earle M. Jorgensen Company
Attn: David O'Brien
2060 Enterprise Parkway
Twinsburg, OH 44087

Environmental Products & Services
PO Box 4620
Burlington, VT 05406

Excellus Blue Cross
Attn: Customer Service
PO Box 4752
Rochester, NY 14692

Georgia Department of Revenue
Sales & Use Tax Division
P. O. Box 105296
Atlanta, GA 30348

2

Georgia Power
Attn: Customer Service
Bin #76141
P.O. Box 200127
Cartersville, GA 30120

Gold Key Processing, Ltd
Attn: Steve Harsh
14910 Madison Road
Middlefield, OH 44062

Goodyear Tire & Rubber Co.
Attn: Derick McGinness
5055 Milk Drive
Beaumont, TX 38024

Gosiger Machine Tools
Attn: Linda Duale
PO Box 712288
Cincinnati, OH 45271

Haley & Aldrich, Inc.
Attn: Steve Schalabba
465 Medford Street Suite 2200
Boston, MA 02129-1400

Imperial Die & Mfg Co.
Attn: Ron LaPossy
22930 Royalton Road
Strongsville, OH 44149

Internal Revenue Service
Attn: District Director
290 Broadway
New York, NY 10007

International Union of
Electronic, Electrical
Machine and Furniture Workers, AFL-CIO,
Attn: Ken Ream
111 Whitehead Lane, Suite #2
Monroeville, PA 15146-2715

Keystone Profiles
Attn: Frank Cremeens
220 Seventh Avenue
Beaver Falls, PA 15010

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue, 15th Floor
New York, NY 10017

Lintech International
Attn: Julie Van Brunt
P.O. Box 10225
Macon,     GA 31297

Lion Copolymer
Attn: Michelle Geidroz
36191 Highway 30
Geismar, LA 70734

Local 1811, United Steelworkers Of America,
AFL-CIO, CLC
C/O Lexington Medical
Attn: Wayne Robinson
P.O. Box 4477
Rock Hill, SC 29732

Momentive Performance Materials, Inc.
Attn :Linda Ayers
187 Danbury Road
Wilson, CT 06897

NYC:176984.1

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
7 Times Square
New York, NY 10036

Office of The United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, NY 10004
Attn: Paul Schwartzberg

Ohio Edison
Attn: Customer Service
P.O. Box 3637
Akron, OH 44309-367

PPG Industries, Inc.
Attn: Anew Johnson
Dept. At 40177
Atlanta, GA 31192

Preferred Rubber Compounding
Attn: Michelle Parks
1020 Lambert Street
Barberton, OH 44203

Process Oils, Inc.
Attn: Bob Hoch
11601 Katy Freeway, Ste 223
Houston, TX 77079

Securities and Exchange Commission
Attn: Regional Director
233 Broadway
New York, NY 10279

Shin-Etsu Silicones Of America, Inc.
Attn: Elaine Mcdowell
1150 Damar Drive
Akron, OH 44305

Signature Aluminum
Attn: Chip Moore
500 Edward Ave
Richmond Hill
Ontario L4C 4Y
CANADA

Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Attn: Richard Ferrell, Esq.
Cincinnati, OH 45202

Technical Machine Products
Attn: Sherry Fess
5500 Walworth Avenue
Cleveland, OH 44102

Vitex Corporation
Attn: Brenda Goodearl
43 Industrial Park Drive
P.O. Box 6149
Franklin, NH 03235

Waller, Lansden, Dortch, & Davis, LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219

Webster Business Credit Corporation
Attn: Alan Mckay
One State Street, 7th Floor
New York, NY 10004

4

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Christopher J. Marcus, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>Attn: Aaron Cahn, Esq. |
| Day Pitney LLP<br>7 Times Square<br>New York, NY 10036<br>Attn: Scott Zuber | Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>Attn: Michael Brownstein |
| Cohen Weiss & Simon LLP<br>330 West 42nd street<br>New York, NY 10036<br>Attn: Richard Seltzer / Robin Gise | United Steelworkers<br>5 Gateway Center, Suite 802<br>Pittsburgh, PA 15222<br>Attn: David Juny |

Via fasmile:

Paul Kenan Schwartzberg
Office of the United States Trustee
Fax : (212) 668-2255

Christopher Marcus and Richard P. Krasnow
Weil, Gotshal & Manges
Fax : (212) 310-8007

NYC:176984.1