# United States Bankruptcy Court

Southern District of New York

In re: Lexington Precision Corporation          ,   Case No. 08-11153_____
      Debtor
                                                  Chapter 11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS* | LIABILITIES* | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $2,490,000.00 | | |
| B – Personal Property | Yes | 3 | $8,431,973.28 | | |
| C – Property Claimed as Exempt | N/A | | | | |
| D – Creditors Holding Secured Claims | Yes | 2 | | $36,362,556.04 | |
| E – Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $2,300.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 2** | | $45,249,403.29 | |
| G – Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | N/A | | | | $ |
| J – Current Expenditures of Individual Debtor(s) | N/A | | | | $ |
| Total ▶ | | 17 | $10,921,973.28 | $81,614,259.33 | |

* Totals exclude unknown amounts
** Excludes attachments

NY2:\1884337\01\14DYP01!.DOC\26690.0008

In re: <u>Lexington Precision Corporation</u>  Case No. <u>08-11153</u>
       Debtor        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 677 Buffalo Road, Rochester, New York 14611 | Owner | | Appraised market value as of March 13, 2006 was $930,000.00. | 100.0% |
| 201 Winchester Road, Lakewood, New York 14750 | Owner | | Appraised market value as of April 13, 2006 was $1,500,000.00 | 100.0% |
| 202 Winchester Road, Lakewood, New York 14750 | Owner | | No appraisal. The book value is to be $60,000.00 | 100.0% |
| | | Total ▶ | $2,490,000.00 | 100.0% |

NY2:\1883471\01\14D@N01!.DOC\26690.0008

In re: Lexington Precision Corporation　　　　　　　　　　Case No. 08-11153
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash on hand | | $1,100.41 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | All cash except petty cash | | $356,445.06 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Office lease, workers compensation insurance deposit, and machinery deposits | | $140,357.63 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re:   Lexington Precision Corporation               Case No. 08-11153
              Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C.§ 503(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C.§ 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 123 Stock and interests in incorporated and unincorporated businesses. Itemize. | | Federal Mogul – 8,198 shares of class A common stock | | $168,516.88 |
| | | Gentek, Inc. – 207 common shares, 207 tranche B warrants to purchase common stock, and 101 tranche C warrants to purchase common stock. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Trade receivables, net of reserves | | $2,089,145.58 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Lease receivable ($13,295), note receivable ($200,000), and employee travel advances ($300) | | $213,595 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re: __Lexington Precision Corporation__    Case No. __08-11153__
           Debtor                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings and supplies. | | Furniture, fixtures, and computer equipment | | $91,807.87 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | All production and auxiliary equipment | | $2,823,247.63 |
| 30. Inventory. | | All inventory | | $2,285,698.70 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Insurance and maintenance agreements | | $262,058.52 |
| | | Total number of pages _3_    Total | | ▶ $8,431,973.28 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re:    <u>Lexington Precision Corporation</u>                                Case No. <u>08-11153</u>
                  Debtor                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m) If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

In re: Lexington Precision Corporation
Debtor

Case No. 08-11153
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| CapitalSource Finance LLC (as agent)<br>4445 Willard Avenue<br>12th Floor<br>Chevy Chase, Maryland 20815<br>Attention: Portfolio Manager/Business Credit Services<br>Attn: Mr. Akim Grate<br><br>and<br><br>Webster Business Credit Corporation<br>3600 Lexington Avenue, 5th Floor<br>New York, NY 10017<br>Attn: Mr. Alan McKay | X | | May 31, 2006.<br><br>Senior secured, first priority lien on substantially all of the Company's assets, including the stock of Lexington Rubber Group, Inc., except real estate, and a second priority lien on the Company's real estate.<br><br>Value is unknown. | | | | Principal amount = $22,552,802.12<br><br>Accrued interest as of commencement date = $5,077.76 | |
| CSE Mortgage LLC and DMD Special Situations, LLC<br><br>Unit of:<br><br>CapitalSource Finance LLC (as agent)<br>4445 Willard Avenue<br>12th Floor<br>Chevy Chase, Maryland 20815<br>Attention: Portfolio Manager/Business Credit Services<br>Attn: Mr. Akim Grate | X | | May 31, 2006<br><br>Senior secured, first priority lien on all of the Company's real estate and a second priority lien on all of the Company's other assets, including the stock of Lexington Rubber Group, Inc.<br><br>Value is unknown. | | | | Principal amount = $13,777,777.80.<br><br>Accrued interest as of commencement date = $3,973.36 | |
| Commercial Alloys<br>1831 East Highland Road<br>Twinsburg, OH 44087 | | | October 12, 2005<br><br>Lien on prab metal chip cleaning machine that was financed from vendor<br><br>Value is unknown | | | | $22,925.00 (1)<br><br>(1) This amount reflects a postpetition setoff of $13,726.40 (as of the commencement date, the claim was $36,651.40) | |
| | | | | | | Total(s) ► | $36,362,556.04 | |

In re:   <u>Lexington Precision Corporation</u>                                    Case No. <u>08-11153</u>
                        Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and the last four digits of the account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do no disclose the child's name.  See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m)

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled, "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

  Report the total of amount entitled to priority on each sheet in the box labeled, "Subtotals" on each sheet.  Report the total of all amounts entitled to priority on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individuals debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic  support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

NY2:\1884219\01\14DVF01!.DOC\26690.0008

In re:   Lexington Precision Corporation                              Case No. 08-11153
                  Debtor                                                                (If known)

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. §507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10)

   \* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


                               __1__ continuation sheets attached

In re: <u>Lexington Precision Corporation</u>  Case No. <u>08-11153</u>
Debtor  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**
<u>    Taxes    </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Arizona Department of Revenue<br>PO Box 29079<br>Phoenix, AZ 85038-9079 | | | Franchise Tax<br>Period covered<br>1-1-07 to 12-31-07 | | | | $50.00 | $50.00 | |
| Michigan Department of Treasury<br>Dept 77889<br>Detroit, MI 48277-0889 | | | Franchise Tax<br>Period covered<br>1-1-08 to 12-31-08 | | | | $1,000.00 (1)<br><br>(1) This reflects an inadvertent postpetition payment of $2,250.00 (as of the commencement date the claim was $3,250.00) | $1,000.00 (1)<br><br>(1) This reflects an inadvertent postpetition payment of $2,250.00 (as of the commencement date the claim was $3,250.00) | |
| Ohio Department of Taxation<br>PO Box 804<br>Columbus, OH 43216-0804 | | | Franchise Tax<br>Period covered<br>1-1-07 to 12-31-07 | | | | $1,000.00 | $1,000.00 | |
| PA Dept of Revenue<br>PO Box 280423<br>Harrisburg, PA 17128-0423 | | | Franchise Tax<br>Period covered<br>1-1-07 to 12-31-07 | | | | $50.00 | $50.00 | |
| Tennessee Dept of Revenue<br>Andrew Jackson State Office Building<br>500 Deaderick Street<br>Nashville, TN 37242 | | | Franchise Tax<br>Period covered<br>1-1-07 to 12-31-07 | | | | $100.00 | $100.00 | |
| Texas Comptroller of Public Accounts<br>111 East 17th Street<br>Austin, TX 78774-0100 | | | Franchise Tax<br>Period covered<br>1-1-07 to 12-31-07 | | | | $100.00 | $100.00 | |
| | | | | | | Total ➤ | $2,300.00 | $2,300.00 | |

In re: <u>Lexington Precision Corporation</u>  Case No. <u>08-11153</u>
Debtor  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Affiliated FM Insurance Company<br>FM Global Group<br>PO Box 7500<br>Johnston, RI 02919 | PURCHASER<br>Property Insurance |
| Commerce and Industry Insurance Company<br>American International Group<br>70 Pine Street<br>New York, NY 10270 | PURCHASER<br>Workers' Compensation |
| Federal Insurance Company<br>Chubb Group of Insurance Companies<br>PO Box 1615<br>Warren, NJ 07061-1615 | PURCHASER<br>General Liability, Commercial Automobile, Excess Liability, Directors and Officers, Employment Practices, Fiduciary Liability, Commercial Crime, Kidnap and Ransom and Ocean Marine Insurance |
| Great Northern Insurance Company<br>Chubb Group of Insurance Companies<br>PO Box 1615<br>Warren, NJ 07061-1615 | PURCHASER<br>Foreign Liability Insurance |
| Fireman's Fund Insurance Company<br>777 San Marin Drive<br>Novato, CA 94998 | PURCHASER<br>Primary Excess Liability Insurance |
| Sage Software<br>1715 North Brown Road<br>Lawrenceville, GA 30043 | PURCHASER<br>Peachtree Software Support Plan (Corporate Office) |
| Avaya, Inc.<br>PO Box 5125<br>Carol Stream, IL 60197-5125 | PURCHASER<br>Service Agreement for Telephone System (Corporate Office) |

In re:   Lexington Precision Corporation                                    Case No. 08-11153
                    Debtor                                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Premier Lakewood, Inc. 201 Winchester Road Lakewood, NY 14750 | LESSOR Non-residential lease agreement whereby Lexington Precision Corporation is the lessor of the property and Premier Lakewood, Inc. is the lessee. |
| FP Mailing Solutions Dept. 4272 Carol Streams, IL 60122-4272 | LESSEE Rental Agreement for T-1000 Postage Meter (Corporate Office) |
| Ceridian Corporation PO Box 10989 Newark, NJ 07193 | PURCHASER Service Agreement for Payroll Processing Services |
| Pepper Pike Place Associates, LLC 30195 Chagrin Blvd. Pepper Pike, OH 44124 | LESSEE Non-residential Lease Agreement for Corporate Office Space (Corporate Office) |
| Commercial Alloys Corporation 5944 Kilgore Rd. Kalamazoo, MI 49048 | PURCHASER Aluminum Scrap Contract regarding Lexington's Purchase of a Chip Processor Unit (Rochester, NY Facility) |
| QAD Inc. 10,000 Midatlantic Drive Suite 100 East Mt Laurel, NJ 08054 | PURCHASER Software Maintenance Agreement (Rochester, NY Facility) |
| CADimensions Inc. 6310 Fly Road East Syracuse, NY 13057 | PURCHASER Solidworks Subscription Software Service Agreement (Rochester, NY Facility) |
| Micro Estimating Systems, Inc. PO Box 1069 West Bend, WI 53095 | PURCHASER Software Service Agreement (Rochester, NY Facility) |
| The Widewaters Group, Inc. PO Box 1218 Albany, NY 12201-1218 | LESSEE Non-residential Lease Agreement for Premises Located at Bushnell's Basin Office Building, Pittsford, NY (Rochester, NY Facility) |
| IKON Financial Services 1738 Bass Road Macon, GA 31210 | LESSEE Lease Agreement of IKON Equipment (1x CANON CPR IR4570) (Rochester, NY Facility) |
| IKON Financial Services 1738 Bass Road Macon, GA 31210 | PURCHASER Master Maintenance Agreement for IKON Equipment (CANON CPR IR4570) (Rochester, NY Facility) |

B6G (Official Form 6G) (12/07)

In re: Lexington Precision Corporation        Case No. 08-11153
       Debtor                                 (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Delphi Automotive Systems LLC<br>Acting through its Delphi Thermal<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | SUPPLIER<br>Customer Unit Price Long Term Contract (Rochester, NY Facility) |
| Pitney Bowes Credit Corporation<br>802 Main St<br>Bridgeport, CT 06604 | LESSEE<br>Equipment Lease Agreement of 3x Postage Meters, including Equipment Maintenance and Software Maintenance (Rochester, NY Facility) |
| Reliance Standard Life Insurance Co.<br>PO Box 3124<br>Southeastern, PA 19398-3124 | PURCHASER<br>Long-Term Disability, Life AD&D & Supplemental Life Insurance |
| Vision Service Plans<br>PO Box 60000<br>San Francisco, CA 94160-3399 | PURCHASER<br>Vision Insurance |
| OptumHealth<br>PO Box 78910<br>Milwaukee, WI 53278-0910 | PURCHASER<br>Stop Loss Insurance |
| Excellus<br>165 Court St.<br>Rochester, NY 14647 | PURCHASER<br>Medical Insurance – Blue Choice medical HMO (Rochester, NY Facility) |
| Preferred Care<br>259 Monroe Ave.<br>Rochester, NY 14607 | PURCHASER<br>Medical Insurance – medical HMO (Rochester, NY Facility) |
| Security Mutual Life<br>P.O Box 1625<br>Binghamton, NY 13902-1625 | PURCHASER<br>Short-Term Disability Insurance (Rochester, NY Facility) |
| Security Mutual Life<br>P.O Box 1625<br>Binghamton, NY 13902-1625 | PURCHASER<br>Long-Term Disability and Supplemental Life Insurance (Rochester, NY Facility) |
| United Medical Resources<br>PO Box 14631<br>Cincinnati, OH 45214 | PURCHASER<br>Short-Term Disability Insurance and Health Insurance Payment Processing |
| Waste Management of Upstate New York MA<br>100 Ransier Drive<br>West Seneca, NY 14224 | PURCHASER<br>Service Agreement for Waste Removal (Rochester, NY Facility) |

In re:   <u>Lexington Precision Corporation</u>   Case No. <u>08-11153</u>
            Debtor                           (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C.§ 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lexington Rubber Group, Inc.<br>800 Third Avenue 15th Floor<br>New York, NY  10022 | CapitalSource Finance LLC (as agent)<br>4445 Willard Avenue 12th Floor<br>Chevy Chase, MD 20815<br><br>and<br><br>Webster Business Credit Corporation<br>3600 Lexington Avenue<br>New York, NY 10017<br><br>and<br><br>CSE Mortgage LLC and DMD Special situations LLC units of CapitalSource Finance LLC |

In re: <u>Lexington Precision Corporation</u>,    Case No.  <u>08-11153</u>
          Debtor    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

    I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets (excluding attachments) (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information and belief.

Date: <u>June 13, 2008</u>    Signature: <u>/s/ Dennis J. Welhouse</u>

                                                <u>Dennis J. Welhouse</u>

*Penalty for making a false statement or concealing property: Fine of up to $500,000, or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 and 3571.*