UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,               :    08- 11153 (MG)
:
Debtors.                                  :    (Jointly Administered)
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2008, I caused to be served true and correct copies of the "Debtors' Objection to Committees Notice and Request Pursuant to F.R.B.P. 9014(e) and Local Rule 9014-2(a) with Respect to the Committees Motion to Terminate Exclusivity Under Section 1121(D) of the Bankruptcy Code," [Docket No. 166], dated June 5, 2008, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
11th day of June, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Notice re Committee Objection_aff_6-5-08.DOC

**EXHIBIT "A"**

```
TIME: 20:25:42                                         Lexington Precision Corporation                                                              PAGE:   1
DATE: 06/05/08                                         LPC REPLY TO OBJECTION 6-5-08

Name                                                   Address
AMERICAN EXPRESS                                       ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001
ANDREWS KURTH LLP                                      ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017
ANDREWS KURTH LLP                                      ATTN: PAUL SILVERSTEIN, ESQ. JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017
BLANK ROME LLP                                         ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
                                                       NEW YORK NY 10174-0208
BLANK ROME LLP                                         ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET
                                                       PHILADELPHIA PA 19103-6998
BURNT MOUNTAIN CENTER, INC                             ATTN:KIM HYDE 515 PIONEER RD JASPER GA 30143
CAPITALSOURCE FINANCE LLC                              ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CAPITALSOURCE FINANCE LLC                              ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CARTER, LEDYARD & MILBURN LLP                          ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005
CHANNEL PRIME ALLIANCE                                 ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854
CHASE BRASS & COPPER, INC.                             ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152
CHINA AUTO GROUP                                       ATTN:KIM TAYLOR DOMINES 17815 SKY PARK CIRCLE, SUITE D IRVINE CA 92614
COHEN, WEISS AND SIMON LLP                             ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL
                                                       AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COHEN, WEISS AND SIMON LLP                             ATTN: ROBIN H. GISE COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL
                                                       AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COPPER & BRASS SALES                                   ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC        ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC        ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DALTON BOX                                             ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721
DAY PITNEY LLP                                         ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945
DEGUSSA-HULS CORPORATION                               ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660
DMD SPECIAL SITUATIONS, LLC                            C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DMD SPECIAL SITUATIONS, LLC                            C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DOW CORNING STI                                        ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755
EARLE M. JORGENSEN COMPANY                             ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087
ENVIRONMENTAL PRODUCTS AND SERVICES                    ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET
                                                       ONE PARK PLACE SYRACUSE NY 13202
EXCELLUS BLUE CROSS                                    ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692
GEORGIA DEPARTMENT OF REVENUE                          SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348
GEORGIA POWER                                          ATTN:CUSTOMER SERVICE BIN #76141 P.O. BOX 200127 CARTERSVILLE GA 30120
GOLD KEY PROCESSING, LTD                               ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062
GOODYEAR TIRE & RUBBER CO.                             ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024
GOSIGER MACHINE TOOLS                                  ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271
HALEY & ALDRICH, INC.                                  ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400
HISCOCK & BARCLAY, LLP                                 ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET
                                                       ONE PARK PLACE SYRACUSE NY 13202
IKON OFFICE SOLUTIONS                                  RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210
IMPERIAL DIE & MFG CO.                                 ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149
INTERNAL REVENUE SERVICE                               ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007
INTERNAL REVENUE SERVICE                               P.O. BOX 21126 PHILADELPHIA PA 19114-0326
INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL           MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715
KEYSTONE PROFILES                                      ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010
LEXINGTON PRECISION CORPORATION                        ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LEXINGTON PRECISION CORPORATION                        ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LINTECH INTERNATIONAL                                  ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297
LION COPOLYMER                                         ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734
LOCAL 1811, UNITED STEELWORKERS OF                     AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732
MOMENTIVE PERFORMANCE MATERIALS, INC.                  ATTN: LINDA AYERS 187 DANBURY ROAD WILSON CT 06897
NEW YORK STATE SALES TAX                               P.O. BOX 1209 NEW YORK NY 10116
NEW YORK STATE TAX PROCESSING                          JAF BUILDING, P.O. BOX 1206 NEW YORK NY 10116
O'MELVENY & MEYERS, LLP                                ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
OFFICE OF THE UNITED STATES TRUSTEE                    FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004
OHIO EDISON                                            ATTN:CUSTOMER SERVICE P. O. BOX 3637 AKRON OH 44309-3637
PPG INDUSTRIES, INC.                                   ATTN:ANEW JOHNSON DEPT. AT 40177 ATLANTA GA 31192

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:25:42                              Lexington Precision Corporation                                    PAGE:   2
DATE: 06/05/08                              LPC REPLY TO OBJECTION 6-5-08

Name                                        Address
PREFERRED RUBBER COMPOUNDING                ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203
PROCESS OILS, INC.                          ATTN:BOB HOCH 11601 KATY FREEWAY, STE 223 HOUSTON TX 77079
SECURITIES AND EXCHANGE COMMISSION          ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279
SHIN-ETSU SILICONES OF AMERICA, INC.        ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305
SIGNATURE ALUMINUM                          ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y CANADA
SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION   SALES TAX RETURN COLUMBIA SC 29214
SULLIVAN & WORCESTER LLP                    ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109
TAFT STETTINIUS & HOLLISTER LLP             ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202
TECHNICAL MACHINE PRODUCTS                  ATTN: SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102
TREASURER OF THE STATE OF OHIO              P. O. BOX 16561 COLUMBUS OH 43266
UNITED STEEL WORKERS                        ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222
VITEX CORPORATION                           ATTN: BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235
WACKER SILICONES                            ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221
WALLER LANDSEN DORTCH & DAVIS, LLP          ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700
                                            NASHVILLE TN 37219
WALLER, LANSDEN, DORTCH, & DAVIS, LLP       ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219
WEBSTER BUSINESS CREDIT CORPORATION         ATTN:ALAN MCKAY ONE STATE STREET, 7TH FLOOR NEW YORK NY 10004
WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS  ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890


Total Number of Records Printed       68


                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```