United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount **$16,200.57** |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 111)**

**PIEDMONT PLASTICS**
**1185 E. WATERLOO ROAD**
**AKRON, OH 44306**

The transfer of your claim as shown above in the amount of **$16,200.57** amends a previously filed notice of transfer of claim that was filed on 05/16/2008 the claim has been transferred to:

       Liquidity Solutions Inc DBA
       Revenue Management
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By:/s/ Michael Handler
       Liquidity Solutions Inc DBA
       Revenue Management
       (201) 968-0001

965321

TRANSFER NOTICE

PIEDMONT PLASTICS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Lexington Precision Corp. et al.** (the "Debtor"), in the aggregate amount of $10,979.60 (your claim amount) representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 6TH day of MAY, 2008

PIEDMONT PLASTICS

_____  
(Signature)

J. ANDREW SCALES, CFO  
(Print Name and Title)

_____  
(Signature)

Frances Leak  
(Print Name of Witness)

LEXINGTON PRECISION CORP., et al.  
PIEDMONT PLASTICS

TOTAL P.03

**Lexington Rubber Group, Inc.** — Trade Creditors — **Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.**

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pattons Inc | 01/02/08 | | | | $2,000.00 | P O Box 63128 | | | Charlotte | NC | 28263-3128 |
| Pattons Inc | 02/04/08 | | | | $1,200.00 | P O Box 63128 | | | Charlotte | NC | 28263-3128 |
| Pattons Inc | 02/22/08 | | | | $368.99 | P O Box 63128 | | | Charlotte | NC | 28263-3128 |
| Pattons Inc | 02/26/08 | | | | $1,200.00 | P O Box 63128 | | | Charlotte | NC | 28263-3128 |
| Pattons Inc | 03/18/08 | | | | $1,473.90 | P O Box 63128 | | | Charlotte | NC | 28263-3128 |
| **Pattons Inc Total** | | | | | $6,242.89 | | | | | | |
| PBCC MAILING MACHINE LEASE | 03/03/08 | | | | $40.13 | | | | | | |
| **PBCC MAILING MACHINE LEASE Total** | | | | | $40.13 | | | | | | |
| PEENING TECHNOLOGIES | 01/09/08 | | | | $100.00 | 6289 BLDG #8 | BANKHEAD HIGHWAY | | AUSTELL | GA | 30106 |
| **PEENING TECHNOLOGIES Total** | | | | | $100.00 | | | | | | |
| PerkinElmer Life & Analytica | 02/01/08 | | | | $3,008.00 | 13633 Collections Center Dr. | | | Chicago | IL | 60693-3685 |
| PerkinElmer Life & Analytica | 03/01/08 | | | | $3,008.00 | 13633 Collections Center Dr. | | | Chicago | IL | 60693-3685 |
| **PerkinElmer Life & Analytica Total** | | | | | $6,016.00 | | | | | | |
| PETRO LIANCE | 03/28/08 | | | | $560.70 | PO Box 1145 | | | Cary | NC | 27512 |
| **PETRO LIANCE Total** | | | | | $560.70 | | | | | | |
| PICKENS COUNTY CHAMBER | 03/31/08 | | | | $500.00 | OF COMMERCE | 500 STEGALL DRIVE | | JASPER | GA | 30143 |
| **PICKENS COUNTY CHAMBER Total** | | | | | $500.00 | | | | | | |
| Pickens County Progress | 02/26/08 | | | | $21.40 | P.O. Box 67 | | | Jasper | GA | 30143 |
| **Pickens County Progress Total** | | | | | $21.40 | | | | | | |
| PICKENS COUNTY TAX COMMISSIO | 03/30/08 | | | | $120.10 | 52 NORTH MAIN STREET | SUITE 205 | | JASPER | GA | 30143 |
| **PICKENS COUNTY TAX COMMISSIO Total** | | | | | $120.10 | | | | | | |
| Piedmont East Urgent Care Ce | 02/01/08 | | | | $84.00 | Tenet Carolina | P. O, Box 536831 | | Atlanta | GA | 30353 |
| **Piedmont East Urgent Care Ce Total** | | | | | $84.00 | | | | | | |
| PIEDMONT PHYSICIANS' GROUP | 03/27/08 | | | | $225.00 | AT TATE COMMUNITY CLINIC | P.O. BOX 510 | | TATE | GA | 30177 |
| **PIEDMONT PHYSICIANS' GROUP Total** | | | | | $225.00 | | | | | | |
| PIEDMONT PLASTICS, INC. | 01/22/08 | | | | $6,765.88 | 1185 E. Waterloo Road | | | Akron | OH | 44306 |
| PIEDMONT PLASTICS, INC. | 02/04/08 | | | | $2,061.84 | 1185 E. Waterloo Road | | | Akron | OH | 44306 |
| PIEDMONT PLASTICS, INC. | 02/23/08 | | | | $4,739.07 | 2410 TECH CENTER PARKWAY | SUITE 150 | | LAWRENCEVILLE | GA | 30043 |
| PIEDMONT PLASTICS, INC. | 03/20/08 | | | | $247.84 | 2410 TECH CENTER PARKWAY | SUITE 150 | | LAWRENCEVILLE | GA | 30043 |
| PIEDMONT PLASTICS, INC. | 03/20/08 | | | | $235.06 | 2410 TECH CENTER PARKWAY | SUITE 150 | | LAWRENCEVILLE | GA | 30043 |
| PIEDMONT PLASTICS, INC. | 03/27/08 | | | | $2,150.88 | 1185 E. Waterloo Road | | | Akron | OH | 44306 |
| **PIEDMONT PLASTICS, INC. Total** | | | | | $16,200.57 | | | | | | |
| PITNEY BOWES CREDIT COPR | 02/13/08 | | | | $328.49 | PRINT MANAGEMENT | 1625 WILLIAMS DRIVE | SUITE 206 | MARIETTA | GA | 30066 |
| PITNEY BOWES CREDIT COPR | 02/18/08 | | | | $82.83 | PRINT MANAGEMENT | 1625 WILLIAMS DRIVE | SUITE 206 | MARIETTA | GA | 30066 |
| PITNEY BOWES CREDIT COPR | 02/20/08 | | | | $53.50 | PRINT MANAGEMENT | 1625 WILLIAMS DRIVE | SUITE 206 | MARIETTA | GA | 30066 |
| PITNEY BOWES CREDIT COPR | 02/23/08 | | | | $82.74 | P O Box 856460 | | | Lousiville | KY | 40285-6460 |
| PITNEY BOWES CREDIT COPR | 02/24/08 | | | | $14.71 | PRINT MANAGEMENT | 1625 WILLIAMS DRIVE | SUITE 206 | MARIETTA | GA | 30066 |
| PITNEY BOWES CREDIT COPR | 02/25/08 | | | | $224.13 | 651 E Fourth St. Ste 308 | | | Chattanooga | TN | 37403-1924 |
| PITNEY BOWES CREDIT COPR | 03/13/08 | | | | $773.19 | P. O. BOX 85460 | | | LOUISVILLE | KY | 40285 |
| PITNEY BOWES CREDIT COPR | 03/23/08 | | | | $2.87 | P O Box 856460 | | | Lousiville | KY | 40285-6460 |
| PITNEY BOWES CREDIT COPR | 03/23/08 | | | | $296.96 | P O Box 856460 | | | Lousiville | KY | 40285-6460 |
| PITNEY BOWES CREDIT COPR | 03/27/08 | | | | $82.94 | PRINT MANAGEMENT | 1625 WILLIAMS DRIVE | SUITE 206 | MARIETTA | GA | 30066 |
| PITNEY BOWES CREDIT COPR | 03/30/08 | | | | $111.27 | P. O. BOX 85460 | | | LOUISVILLE | KY | 40285 |
| **PITNEY BOWES CREDIT COPR Total** | | | | | $2,053.63 | | | | | | |
| PLUMMER GRAPHICS | 01/16/08 | | | | $322.89 | P. O. BOX 680655 | | | CHARLOTTE | NC | 28216 |
| PLUMMER GRAPHICS | 02/27/08 | | | | $1,294.26 | P. O. BOX 680655 | | | CHARLOTTE | NC | 28216 |
| **PLUMMER GRAPHICS Total** | | | | | $1,617.15 | | | | | | |
| POLYCHEM DISPERSIONS | 03/31/08 | | | | $518.40 | 16066 INDUSTRIAL PKWY. | | | MIDDLEFIELD | OH | 44062 |
| **POLYCHEM DISPERSIONS Total** | | | | | $518.40 | | | | | | |
| Polymer Packaging Inc | 01/31/08 | | | | $4,629.56 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| Polymer Packaging Inc | 02/12/08 | | | | $397.51 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| Polymer Packaging Inc | 02/29/08 | | | | $333.00 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| Polymer Packaging Inc | 02/29/08 | | | | $4,453.50 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| Polymer Packaging Inc | 02/29/08 | | | | $191.60 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| Polymer Packaging Inc | 03/28/08 | | | | $4,014.36 | P O Box 74640 | | | Cleveland | OH | 44194-4640 |
| **Polymer Packaging Inc Total** | | | | | $14,019.53 | | | | | | |
| POLYMER VALLEY | 02/01/08 | | | | $2,479.68 | CHEMICALS, INC. | 1872 AKRON-PENNINSULA ROAD | | AKRON | OH | 44313-9100 |
| POLYMER VALLEY | 02/22/08 | | | | $2,479.68 | CHEMICALS, INC. | 1872 AKRON-PENNINSULA ROAD | | AKRON | OH | 44313-9100 |
| POLYMER VALLEY | 03/14/08 | | | | $2,479.68 | CHEMICALS, INC. | 1872 AKRON-PENNINSULA ROAD | | AKRON | OH | 44313-9100 |
| POLYMER VALLEY | 03/27/08 | | | | $2,479.68 | CHEMICALS, INC. | 1872 AKRON-PENNINSULA ROAD | | AKRON | OH | 44313-9100 |
| **POLYMER VALLEY Total** | | | | | $9,918.72 | | | | | | |
| POWELL ELECTRONICS | 01/09/08 | | | | $2,117.77 | 6767 MADISON PIKE, N.W. | SUITE 100 | | HUNSVILLE | AL | 35806 |
| POWELL ELECTRONICS | 02/22/08 | | | | $2,117.77 | 6767 MADISON PIKE, N.W. | SUITE 100 | | HUNSVILLE | AL | 35806 |