United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount **$28,253.14** |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 98)**

**LAKEWOOD AUTOMATION, INC.**
**27911 CLEMENS ROAD**
**WESTLAKE, OH 44145**

The transfer of your claim as shown above in the amount of **$28,253.14** amends a previously filed notice of transfer of claim that was filed on 05/12/2008 the claim has been transferred to:

      Liquidity Solutions Inc DBA
      Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Michael Handler
      Liquidity Solutions Inc DBA
      Revenue Management
      (201) 968-0001

965217

LAKEWOOD AUTOMATION, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $29,730.86 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the ___7___ day of __MAY__, 2008.

LAKEWOOD AUTOMATION, INC.

WITNESS:

By: _____    _____
(Signature)                       (Signature)

Thomas C. Fisher / President      PAT KNAGGS
(Print Name and Title)            (Print Name of Witness)

965217

**Lexington Rubber Group, Inc.** — Trade Creditors — **Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.**

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/11/08 | | | | $124.60 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/11/08 | | | | $238.61 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/12/08 | | | | $235.46 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/15/08 | | | | $281.25 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/18/08 | | | | $311.20 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/19/08 | | | | $144.18 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/25/08 | | | | $136.26 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/26/08 | | | | $57.16 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/28/08 | | | | $267.44 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/29/08 | | | | $123.41 | DBA L.A. TOOL & SUPPLY CO | 1175 JOHNS ROAD | | CLINTON | OH | 44216 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/29/08 | | | | $42.90 | DBA L.A. TOOL & SUPPLY CO | 1175 JOHNS ROAD | | CLINTON | OH | 44216 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/29/08 | | | | $46.12 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/03/08 | | | | $41.96 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/04/08 | | | | $31.66 | DBA L.A. TOOL & SUPPLY CO | 1175 JOHNS ROAD | | CLINTON | OH | 44216 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/05/08 | | | | $25.70 | DBA L.A. TOOL & SUPPLY CO | 1175 JOHNS ROAD | | CLINTON | OH | 44216 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/06/08 | | | | $900.46 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/06/08 | | | | $305.59 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/12/08 | | | | $174.72 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/12/08 | | | | $83.47 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/12/08 | | | | $235.76 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/14/08 | | | | $267.61 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/17/08 | | | | $395.65 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/19/08 | | | | $345.36 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/19/08 | | | | $222.12 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/19/08 | | | | $90.99 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/24/08 | | | | $144.65 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/27/08 | | | | $166.57 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/27/08 | | | | $553.90 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/28/08 | | | | $245.46 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/28/08 | | | | $803.54 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 03/31/08 | | | | $177.66 | PO Box 26277 | | | Akron | OH | 44319 |
| **L.A. TOOL & SUPPLY CO., Jeffrey Shirkman Total** | | | | | **$8,590.90** | | | | | | |
| Lab Safety Supply | 01/23/08 | | | | $149.92 | P. O. Box 1368 | | | Janesville | WI | 53547-1368 |
| Lab Safety Supply | 01/30/08 | | | | $106.40 | P. O. Box 1368 | | | Janesville | WI | 53547-1368 |
| Lab Safety Supply | 02/01/08 | | | | $77.45 | Account # 5465344 | P O Box 5004 | | Janesville | WI | 53547 |
| Lab Safety Supply | 02/06/08 | | | | $127.72 | Account # 5465344 | P O Box 5004 | | Janesville | WI | 53547 |
| Lab Safety Supply | 02/25/08 | | | | $11.40 | Account # 5465344 | P O Box 5004 | | Janesville | WI | 53547 |
| Lab Safety Supply | 03/20/08 | | | | $73.94 | P. O. Box 1368 | | | Janesville | WI | 53547-1368 |
| **Lab Safety Supply Total** | | | | | **$546.83** | | | | | | |
| LAIRD PLASTICS | 02/19/08 | | | | $2,205.76 | PO BOX 751298 | | | Charlotte | NC | 28275-1298 |
| LAIRD PLASTICS | 03/27/08 | | | | $486.55 | PO BOX 751298 | | | Charlotte | NC | 28275-1298 |
| **LAIRD PLASTICS Total** | | | | | **$2,692.31** | | | | | | |
| LAKEWOOD AUTOMATION INC | 01/14/08 | | | | $4,931.62 | 27911 Clemens Road | | | Westlake | OH | 44145-1139 |
| LAKEWOOD AUTOMATION INC | 01/23/08 | | | | $1,990.91 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 01/25/08 | | | | $8,262.81 | 27911 Clemens Road | | | Westlake | OH | 44145-1139 |
| LAKEWOOD AUTOMATION INC | 01/25/08 | | | | $130.90 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 01/28/08 | | | | $1,022.66 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 01/28/08 | | | | $1,231.50 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/04/08 | | | | $2,300.34 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/18/08 | | | | $2,298.60 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/18/08 | | | | $69.96 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/19/08 | | | | $58.11 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/26/08 | | | | $1,625.72 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145-1139 |
| LAKEWOOD AUTOMATION INC | 02/26/08 | | | | $571.24 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 02/29/08 | | | | $687.40 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/06/08 | | | | $6.07 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/07/08 | | | | $37.06 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/11/08 | | | | $36.85 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/12/08 | | | | $36.85 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/14/08 | | | | $574.22 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/14/08 | | | | $1,148.44 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/19/08 | | | | $58.03 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| LAKEWOOD AUTOMATION INC | 03/20/08 | | | | $902.40 | 27911 CLEMENS ROAD | | | WESTLAKE | OH | 44145 |

**Lexington Rubber Group, Inc.** — Trade Creditors — Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAKEWOOD AUTOMATION INC | 03/31/08 | | | | $271.45 | 27911 Clemens Rd. | | | Westlake | OH | 44145 |
| **LAKEWOOD AUTOMATION INC Total** | | | | | **$28,253.14** | | | | | | |
| LEWIS BAWOL WELDING | 01/11/08 | | | | $1,075.00 | 3308 W. 22nd St. | | | Erie | PA | 16506 |
| LEWIS BAWOL WELDING | 02/08/08 | | | | $343.00 | 3308 W. 22nd St. | | | Erie | PA | 16506 |
| **LEWIS BAWOL WELDING Total** | | | | | $1,418.00 | | | | | | |
| LIANDA | 02/25/08 | | | | $7,254.45 | 1340 CORPORATE DRIVE | SUITE 500 | | HUDSON | OH | 44236 |
| LIANDA | 03/27/08 | | | | $7,227.14 | 1340 CORPORATE DRIVE | SUITE 500 | | HUDSON | OH | 44236 |
| **LIANDA Total** | | | | | $14,481.59 | | | | | | |
| LINTECH INTERNATIONAL | 02/05/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 02/13/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 02/15/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 02/19/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 02/26/08 | | | | $2,970.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 02/26/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/05/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/07/08 | | | | $5,830.40 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/19/08 | | | | $5,966.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/20/08 | | | | $5,672.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/24/08 | | | | $5,966.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/26/08 | | | | $5,966.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| LINTECH INTERNATIONAL | 03/31/08 | | | | $5,966.00 | P.O. BOX 10225 | | | MACON | GA | 31297 |
| **LINTECH INTERNATIONAL Total** | | | | | $72,368.40 | | | | | | |
| LIVINGSTON & HAVEN, LLC | 01/28/08 | | | | $545.05 | P. O. BOX 890218 | | | CHARLOTTE | NC | 28289-0218 |
| LIVINGSTON & HAVEN, LLC | 02/15/08 | | | | $175.45 | P.O. BOX 7207 | | | CHARLOTTE | NC | 28241 |
| LIVINGSTON & HAVEN, LLC | 02/22/08 | | | | $171.03 | P. O. BOX 890218 | | | CHARLOTTE | NC | 28289-0218 |
| LIVINGSTON & HAVEN, LLC | 02/27/08 | | | | $352.71 | P. O. BOX 890218 | | | CHARLOTTE | NC | 28289-0218 |
| LIVINGSTON & HAVEN, LLC | 02/29/08 | | | | $243.53 | P.O. BOX 7207 | | | CHARLOTTE | NC | 28241 |
| LIVINGSTON & HAVEN, LLC | 03/06/08 | | | | $3,305.66 | P. O. BOX 890218 | | | CHARLOTTE | NC | 28289-0218 |
| **LIVINGSTON & HAVEN, LLC Total** | | | | | $4,793.43 | | | | | | |
| LONE STAR QUALITY SERVICES | 02/05/08 | | | | $522.50 | 1117 EAGLE RIDGE DR | | | EL PASO | TX | 79912 |
| LONE STAR QUALITY SERVICES | 03/10/08 | | | | $1,653.00 | 1117 EAGLE RIDGE DR | | | EL PASO | TX | 79912 |
| **LONE STAR QUALITY SERVICES Total** | | | | | $2,175.50 | | | | | | |
| LORE ENTERPRISES, INC. | 03/24/08 | | | | $1,404.00 | P.O. BOX 1900 | | | JASPER | GA | 30143 |
| **LORE ENTERPRISES, INC. Total** | | | | | $1,404.00 | | | | | | |
| LYDEN COMPANY | 03/12/08 | | | | $104.10 | 3711 LEHARPS RD | | | YOUNGSTOWN | OH | 44515 |
| LYDEN COMPANY | 03/13/08 | | | | $1,240.00 | 3711 LEHARPS RD | | | YOUNGSTOWN | OH | 44515 |
| **LYDEN COMPANY Total** | | | | | $1,344.10 | | | | | | |
| LYDEY AUTOMATION | 02/21/08 | | | | $62.28 | 1650 INDIAN WOOD CIRCLE | SUITE 900 | | MAUMEE | OH | 43537 |
| LYDEY AUTOMATION | 03/13/08 | | | | $842.99 | 1650 INDIAN WOOD CIRCLE | SUITE 900 | | MAUMEE | OH | 43537 |
| LYDEY AUTOMATION | 03/17/08 | | | | $1,188.58 | 1650 INDIAN WOOD CIRCLE | SUITE 900 | | MAUMEE | OH | 43537 |
| LYDEY AUTOMATION | 03/25/08 | | | | $59.49 | 1650 INDIAN WOOD CIRCLE | SUITE 900 | | MAUMEE | OH | 43537 |
| **LYDEY AUTOMATION Total** | | | | | $2,153.34 | | | | | | |
| M C Schroeder Company | 02/06/08 | | | | $768.55 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/12/08 | | | | $7,987.63 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/15/08 | | | | $3,199.90 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/22/08 | | | | $162.80 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/25/08 | | | | $149.00 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/27/08 | | | | ($155.36) | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| M C Schroeder Company | 02/29/08 | | | | $85.96 | 405 North Pilot Knob Road | | | Denver | NC | 28037 |
| **M C Schroeder Company Total** | | | | | $12,198.48 | | | | | | |
| M H EQUIPMENT CORP - OHIO | 02/04/08 | | | | $409.89 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| M H EQUIPMENT CORP - OHIO | 03/20/08 | | | | $217.23 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| M H EQUIPMENT CORP - OHIO | 03/20/08 | | | | $105.95 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| M H EQUIPMENT CORP - OHIO | 03/20/08 | | | | $114.06 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| M H EQUIPMENT CORP - OHIO | 03/20/08 | | | | $97.03 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| M H EQUIPMENT CORP - OHIO | 03/20/08 | | | | $163.58 | 7660 FREEDOM AVENUE NW | | | NORTH CANTON | OH | 44720 |
| **M H EQUIPMENT CORP - OHIO Total** | | | | | $1,107.74 | | | | | | |
| MAGNEFORCE INC | 03/11/08 | | | | $1,112.50 | P.O. BOX 8508 | 155 SHEFFER | | WARREN | OH | 44484 |
| **MAGNEFORCE INC Total** | | | | | $1,112.50 | | | | | | |
| MARK C. POPE | 02/08/08 | | | | $381.99 | ASSOCIATES, INC. | P.O. BOX 1517 | 4910 MARTIN COURT | SMYRNA | GA | 30082-4938 |
| MARK C. POPE | 02/25/08 | | | | ($381.99) | ASSOCIATES, INC. | P.O. BOX 1517 | 4910 MARTIN COURT | SMYRNA | GA | 30082-4938 |
| MARK C. POPE | 02/25/08 | | | | $381.99 | ASSOCIATES, INC. | P.O. BOX 1517 | 4910 MARTIN COURT | SMYRNA | GA | 30082-4938 |
| **MARK C. POPE Total** | | | | | $381.99 | | | | | | |