United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount **$6,156.57** |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 164)**

**KENCO TOYOTA LIFT**
**266 KRAFT DRIVE**
**DALTON, GA 30720**

The transfer of your claim as shown above in the amount of **$6,156.57** amends a previously filed notice of transfer of claim that was filed on 06/05/2008 the claim has been transferred to:

      Liquidity Solutions Inc DBA
      Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Michael Handler
      Liquidity Solutions Inc DBA
      Revenue Management
      (201) 968-0001

965205

**TRANSFER NOTICE**

KENCO TOYOTA LIFT ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Lexington Precision Corp. et al.** (the "Debtor"), in the aggregate amount of $ 6918.57 your claim amount) representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 16th day of MAY, 2008

KENCO TOYOTA LIFT

_____ (Signature)

FRANK DeGARMO, Vice President
(Print Name and Title)

_____ (Signature)

Michael Handler
(Print Name of Witness)

LEXINGTON PRECISION CORP., et al.
KENCO TOYOTA LIFT

**Lexington Rubber Group, Inc.** — Trade Creditors — Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J & L INDUSTRIAL SUPPLY | 03/06/08 | | | | $152.10 | 30600 AURORA ROAD | | | SOLON | OH | 44139 |
| J & L INDUSTRIAL SUPPLY | 03/16/08 | | | | $433.57 | 1020 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 |
| J & L INDUSTRIAL SUPPLY | 03/31/08 | | | | $69.66 | 1020 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 |
| J & L INDUSTRIAL SUPPLY | 03/31/08 | | | | $437.77 | Box 382070 | | | Pittsburgh | PA | 15250-8070 |
| **J & L INDUSTRIAL SUPPLY Total** | | | | | $3,243.94 | | | | | | |
| J. Drasner & Co., Inc. | 02/14/08 | | | | $780.00 | 23600 Mercantile Road | Unite I | | Beachwood | OH | 44122 |
| J. Drasner & Co., Inc. | 03/07/08 | | | | $511.00 | 23600 Mercantile Road | Unite I | | Beachwood | OH | 44122 |
| **J. Drasner & Co., Inc. Total** | | | | | $1,291.00 | | | | | | |
| J.H. BENNET & CO., INC. | 03/28/08 | | | | $539.04 | 22975 Venture Dr | PO Box 8028 | | Novi | MI | 48376-8028 |
| **J.H. BENNET & CO., INC. Total** | | | | | $539.04 | | | | | | |
| J.S. THOMAS SERVICE, INC. | 02/11/08 | | | | $476.36 | 4085 NINE MC FARLAND DRIVE | | | ALPHARETTA | GA | 30004 |
| **J.S. THOMAS SERVICE, INC. Total** | | | | | $476.36 | | | | | | |
| Jasper Welding Supply Co. | 02/01/08 | | | | $114.56 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 02/07/08 | | | | $63.13 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 02/07/08 | | | | $27.28 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 02/15/08 | | | | $83.46 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 02/29/08 | | | | $44.94 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 03/01/08 | | | | $44.94 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 03/01/08 | | | | $51.52 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 03/03/08 | | | | $90.69 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 03/04/08 | | | | $142.36 | 235 North Main St. | | | Jasper | GA | 30143 |
| Jasper Welding Supply Co. | 03/14/08 | | | | $113.79 | 235 North Main St. | | | Jasper | GA | 30143 |
| **Jasper Welding Supply Co. Total** | | | | | $776.67 | | | | | | |
| JEFF PATLOW | 11/07/06 | | | | $150.00 | 601 NORTH PARK AVENUE | | | TIFOTN | GA | 31794 |
| **JEFF PATLOW Total** | | | | | $150.00 | | | | | | |
| Jenco Products Inc. | 02/06/08 | | | | $525.00 | 7860 Center Point Drive | | | Huber Heights | OH | 45424 |
| Jenco Products Inc. | 03/17/08 | | | | $605.00 | 7860 Center Point Drive | | | Huber Heights | OH | 45424 |
| **Jenco Products Inc. Total** | | | | | $1,130.00 | | | | | | |
| JOE BERTIN INC | 02/01/08 | | | | $234.09 | 7495 CALIFORNIA AVENUE | | | YOUNGSTOWN | OH | 44512 |
| **JOE BERTIN INC Total** | | | | | $234.09 | | | | | | |
| Jones Oil Distributing Co. | 02/18/08 | | | | $417.84 | P.O. Box 126 | | | Jasper | GA | 30143 |
| **Jones Oil Distributing Co. Total** | | | | | $417.84 | | | | | | |
| KELLER RIGGING & CONST | 02/04/08 | | | | $2,850.00 | 1247 EASTWOOD AVE. | | | TALLMADGE | OH | 44278 |
| **KELLER RIGGING & CONST Total** | | | | | $2,850.00 | | | | | | |
| KENCO PLASTICS, INC. | 01/29/08 | | | | $5,030.34 | P.O. BOX 364 | | | LA PORTE | IN | 46352 |
| KENCO PLASTICS, INC. | 03/07/08 | | | | $4,236.30 | P.O. BOX 364 | | | LA PORTE | IN | 46352 |
| KENCO PLASTICS, INC. | 03/07/08 | | | | $1,957.37 | P.O. BOX 364 | | | LA PORTE | IN | 46352 |
| KENCO PLASTICS, INC. | 03/14/08 | | | | $1,821.33 | P.O. BOX 364 | | | LA PORTE | IN | 46352 |
| **KENCO PLASTICS, INC. Total** | | | | | $13,045.34 | | | | | | |
| KENCO TOYOTA LIFT | 01/31/08 | | | | $1,201.80 | 266 KRAFT DRIVE | | | DALTON | GA | 30720 |
| KENCO TOYOTA LIFT | 01/31/08 | | | | $865.60 | 266 KRAFT DRIVE | | | DALTON | GA | 30720 |
| KENCO TOYOTA LIFT | 02/05/08 | | | | $1,213.17 | 266 KRAFT DRIVE | | | DALTON | GA | 30720 |
| KENCO TOYOTA LIFT | 02/05/08 | | | | $1,365.46 | 266 KRAFT DRIVE | | | DALTON | GA | 30720 |
| KENCO TOYOTA LIFT | 02/20/08 | | | | $1,510.54 | 266 KRAFT DRIVE | | | DALTON | GA | 30720 |
| **KENCO TOYOTA LIFT Total** | | | | | **$6,156.57** | | | | | | |
| KENNAMETAL INC | 01/28/08 | | | | $457.75 | PO Box 360249M | | | Pittsburgh | PA | 15250-6249 |
| **KENNAMETAL INC Total** | | | | | $457.75 | | | | | | |
| KEY LASER TECHNOLOGIES | 01/17/08 | | | | $51.51 | 1669 W. 130th St. Unit #402 | | | Hinckley | OH | 44233 |
| KEY LASER TECHNOLOGIES | 01/21/08 | | | | $51.51 | 1669 W. 130th St. Unit #402 | | | Hinckley | OH | 44233 |
| KEY LASER TECHNOLOGIES | 01/21/08 | | | | $81.20 | 1669 W. 130th St. Unit #402 | | | Hinckley | OH | 44233 |
| KEY LASER TECHNOLOGIES | 02/07/08 | | | | $168.91 | 1669 W. 130th St. Unit #402 | | | Hinckley | OH | 44233 |
| KEY LASER TECHNOLOGIES | 03/25/08 | | | | $426.40 | 1669 W. 130th St. Unit #402 | | | Hinckley | OH | 44233 |
| **KEY LASER TECHNOLOGIES Total** | | | | | $779.53 | | | | | | |
| KEYENCE CORPORATION | 02/13/08 | | | | $498.00 | OF AMERICA | 50 TICE BLVD | | WOODCLIFFE | NJ | 07677-7681 |
| **KEYENCE CORPORATION Total** | | | | | $498.00 | | | | | | |
| KINGS GRAVE ROAD | 02/29/08 | | | | $2,632.43 | STORAGE/WAREHOUSE | P O BOX 68 | | CORTLAND | OH | 44410 |
| **KINGS GRAVE ROAD Total** | | | | | $2,632.43 | | | | | | |
| KRS Plastics | 02/22/08 | | | | $228.56 | PO Box 693224 | Highway 701 Bypass | | Tavor City | NC | 28463 |
| **KRS Plastics Total** | | | | | $228.56 | | | | | | |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/06/08 | | | | $178.64 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/06/08 | | | | $64.31 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/07/08 | | | | $508.72 | PO Box 26277 | | | Akron | OH | 44319 |
| L.A. TOOL & SUPPLY CO., Jeffrey Shirkman | 02/07/08 | | | | $617.81 | PO Box 26277 | | | Akron | OH | 44319 |