United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount $15,232.93 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 96)**

**DISPERSION TECHNOLOGY, INC.**
**1885 SWARTHMORE AVE.**
**LAKEWOOD, NJ 8701**

The transfer of your claim as shown above in the amount of **$15,232.93** amends a previously filed notice of transfer of claim that was filed on 05/12/2008 the claim has been transferred to:

       Liquidity Solutions Inc DBA
       Revenue Management
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By:/s/ Michael Handler
       Liquidity Solutions Inc DBA
       Revenue Management
       (201) 968-0001

965047

TRANSFER NOTICE

DISPERSION TECHNOLOGY, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $15,736.39 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 30 day of April, 2008.

DISPERSION TECHNOLOGY, INC.

WITNESS:

By: Kim Serpico (Signature)          Melissa Cruz-Phillips (Signature)

Kim Serpico, Controller          Melissa Cruz-Phillips
(Print Name and Title)          (Print Name of Witness)

965047

**Lexington Rubber Group, Inc.** — Trade Creditors — Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAMOND METALS | 03/24/08 | | | | $179.20 | 4635 West 160th St | | | Cleveland | OH | 44135 |
| **DIAMOND METALS Total** | | | | | $4,852.02 | | | | | | |
| DISH NETWORK (ACCT 8255707080201762) | 03/31/08 | | | | $35.86 | Dept 0063 | | | Palatine | IL | 60055-0063 |
| DISH NETWORK (ACCT 8255707080201762) | 03/31/08 | | | | $31.92 | Dept 0063 | | | Palatine | IL | 60055-0063 |
| **DISH NETWORK (ACCT 8255707080201762) Total** | | | | | $67.78 | | | | | | |
| DISPERSION TECHNOLOGY | 01/16/08 | | | | $726.63 | 1885 Swarthmore Avenue | | | Lakewood | NJ | 8701 |
| DISPERSION TECHNOLOGY | 02/11/08 | | | | $341.48 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 02/11/08 | | | | $1,403.50 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 02/15/08 | | | | $7,795.50 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 02/15/08 | | | | $1,439.64 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 02/26/08 | | | | $263.95 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 03/10/08 | | | | $600.90 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 03/11/08 | | | | $1,403.50 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 03/13/08 | | | | $307.83 | 1885 SWARTHMORE AVENUE | | | LAKEWOOD | NJ | 8701 |
| DISPERSION TECHNOLOGY | 03/10/09 | | | | $950.00 | 1150 Avenida Acaso | | | Camarillo | CA | 93012 |
| **DISPERSION TECHNOLOGY Total** | | | | | **$15,232.93** | | | | | | |
| DIVISION 11 EQUIP. CO. | 03/17/08 | | | | $677.50 | P. O. BOX 240298 | | | CHARLOTTE | NC | 28224 |
| **DIVISION 11 EQUIP. CO. Total** | | | | | $677.50 | | | | | | |
| DOMINION EAST OHIO | 02/26/08 | | | | $3,627.18 | PO BOX 26785 | | | Richmond | VA | 23261-6785 |
| DOMINION EAST OHIO | 03/24/08 | | | | $2,263.35 | PO BOX 26785 | | | RICHMOND | VA | 23261-6785 |
| DOMINION EAST OHIO | 03/25/08 | | | | $1,925.11 | PO BOX 26785 | | | Richmond | VA | 23261-6785 |
| **DOMINION EAST OHIO Total** | | | | | $7,815.64 | | | | | | |
| DOW CORNING STI | 07/17/07 | | | | $440.14 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 08/06/07 | | | | $5,984.27 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 09/06/07 | | | | $5,436.24 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 10/05/07 | | | | $5,926.39 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 11/09/07 | | | | $5,418.95 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 12/12/07 | | | | $5,871.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 01/01/08 | | | | $384.29 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 01/01/08 | | | | $145.34 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 01/01/08 | | | | $397.07 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 01/01/08 | | | | $317.33 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 01/01/08 | | | | $838.06 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 01/10/08 | | | | $5,346.34 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 01/10/08 | | | | $833.97 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 02/06/08 | | | | $6,015.24 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 02/07/08 | | | | $10,480.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/07/08 | | | | $15,100.82 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/07/08 | | | | $2,710.50 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/08/08 | | | | $3,923.38 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/08/08 | | | | $304.62 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 02/11/08 | | | | $12,174.69 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/11/08 | | | | $11,700.00 | 111 S. PROCESS DR. E | | | KENDALVILLE | IN | 46755-3268 |
| DOW CORNING STI | 02/12/08 | | | | $2,780.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/14/08 | | | | $12,211.50 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/18/08 | | | | $786.60 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/18/08 | | | | $2,722.50 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/18/08 | | | | $8,756.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/18/08 | | | | $37,005.52 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/19/08 | | | | $5,490.50 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/19/08 | | | | $12,245.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/21/08 | | | | $2,780.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/21/08 | | | | $1,640.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/21/08 | | | | $11,089.25 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/25/08 | | | | $6,066.25 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/25/08 | | | | $24,085.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/25/08 | | | | $28,470.00 | | PO Box 905191 | | Charlotte | NC | 28290 |
| DOW CORNING STI | 02/26/08 | | | | $2,780.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/27/08 | | | | $2,919.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/28/08 | | | | $5,560.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 02/29/08 | | | | $2,710.50 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 03/03/08 | | | | $1,640.00 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |
| DOW CORNING STI | 03/03/08 | | | | $36,335.52 | 111 SOUTH PROGRESS DRIVE | | | KENDALVILLE | IN | 46755 |