United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount $39,817.50 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 99)**

**CHINA AUTO GROUP**
**17815 SKY PARK CIRCLE STE D**
**IRVINE, CA 92614**

The transfer of your claim as shown above in the amount of **$39,817.50** amends a previously filed notice of transfer of claim that was filed on 06/05/2008 the claim has been transferred to:

> Liquidity Solutions Inc DBA
> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Michael Handler
Liquidity Solutions Inc DBA
Revenue Management
(201) 968-0001

497037

## TRANSFER NOTICE

China Auto Group ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $38,077.50 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the __11__ day of __April__, 2008.

China Auto Group

By: _____ (Signature)

Stephen Kirby President
(Print Name and Title)

WITNESS:

_____ (Signature)

Michael Handler
(Print Name of Witness)

H97037

**Lexington Rubber Group, Inc.** — Trade Creditors — Attachment F-1 to Schedule F of Lexington Rubber Group, Inc.

| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemicals & Solvents, Inc. | 02/15/08 | | | | $153.70 | P. O. Box 13847 | | | Roanoke | VA | 24037 |
| Chemicals & Solvents, Inc. | 03/06/08 | | | | $186.42 | P. O. Box 13847 | | | Roanoke | VA | 24037 |
| Chemicals & Solvents, Inc. | 03/06/08 | | | | $168.70 | P.O. BOX 13847 | | | ROANOKE | VA | 24037 |
| **Chemicals & Solvents, Inc. Total** | | | | | $1,355.71 | | | | | | |
| CHEMSAFE | 01/17/08 | | | | $189.60 | 7777 First Place | | | Cleveland | OH | |
| **CHEMSAFE Total** | | | | | $189.60 | | | | | | |
| CHINA AUTO GROUP | 02/12/08 | | | | $1,740.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 02/12/08 | | | | $5,420.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/17/08 | | | | $5,420.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/17/08 | | | | $14,260.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/17/08 | | | | $1,740.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/17/08 | | | | $7,780.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/24/08 | | | | $1,717.50 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| CHINA AUTO GROUP | 03/31/08 | | | | $1,740.00 | S. KIRBY AND COMPANY, INC. | 17815 SKY PARK CIRCLE | SUITE D | IRVINE | CA | 92614 |
| **CHINA AUTO GROUP Total** | | | | | **$39,817.50** | | | | | | |
| Cintas Corp. #200 | 01/28/08 | | | | $560.27 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 02/01/08 | | | | $560.27 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 02/08/08 | | | | $561.87 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 02/15/08 | | | | $560.27 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 02/22/08 | | | | $561.34 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 02/29/08 | | | | $553.68 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 03/07/08 | | | | $555.29 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 03/14/08 | | | | $553.68 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 03/21/08 | | | | $553.68 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| Cintas Corp. #200 | 03/28/08 | | | | $580.11 | 6300 Harris Technology Blvd. | | | Charlotte | NC | 28269 |
| **Cintas Corp. #200 Total** | | | | | $5,600.46 | | | | | | |
| CINTAS CORPORATION | 02/07/08 | | | | $183.88 | P O BOX 727 | | | NORTH JACKSON | OH | 44451 |
| CINTAS CORPORATION | 03/06/08 | | | | $183.88 | P O BOX 727 | | | NORTH JACKSON | OH | 44451 |
| **CINTAS CORPORATION Total** | | | | | $367.76 | | | | | | |
| Cintas Document Mgmnt. | 01/31/08 | | | | $93.95 | P.O. Box 633842 | | | Cincinnati | OH | 45263-3842 |
| Cintas Document Mgmnt. | 02/29/08 | | | | $54.95 | P.O. Box 633842 | | | Cincinnati | OH | 45263-3842 |
| Cintas Document Mgmnt. | 03/31/08 | | | | $54.95 | P.O. Box 633842 | | | Cincinnati | OH | 45263-3842 |
| **Cintas Document Mgmnt. Total** | | | | | $203.85 | | | | | | |
| CINTAS FIRST AID & SAFETY | 02/04/08 | | | | $167.11 | P.O. BOX 667548 | | | CHARLOTTE | NC | 28266 |
| CINTAS FIRST AID & SAFETY | 02/29/08 | | | | $189.00 | P.O. BOX 667548 | | | CHARLOTTE | NC | 28266 |
| **CINTAS FIRST AID & SAFETY Total** | | | | | $356.11 | | | | | | |
| CITY OF JASPER (WATER) | 03/26/08 | | | | $855.92 | 200 BURNT MTN. ROAD | | | JASPER | GA | 30143 |
| CITY OF JASPER (WATER) | 03/26/08 | | | | $100.00 | 200 BURNT MTN. ROAD | | | JASPER | GA | 30143 |
| **CITY OF JASPER (WATER) Total** | | | | | $955.92 | | | | | | |
| CITY OF NORTH CANTON | 02/12/08 | | | | $206.25 | Public Utilities;  Acct. # 19470*1 | 145 N. Main St. | | North Canton | OH | 44720 |
| **CITY OF NORTH CANTON Total** | | | | | $206.25 | | | | | | |
| City of Rock Hill | 03/26/08 | | | | $24,443.91 | PO Box 11646 | | | Rock Hill | SC | 29731 |
| City of Rock Hill | 03/26/08 | | | | $2,141.01 | PO Box 11646 | | | Rock Hill | SC | 29731 |
| City of Rock Hill | 04/23/08 | | | | $14,480.36 | PO Box 11646 | | | Rock Hill | SC | 29731 |
| City of Rock Hill | 04/23/08 | | | | $1,012.87 | PO Box 11646 | | | Rock Hill | SC | 29731 |
| **City of Rock Hill Total** | | | | | $42,078.15 | | | | | | |
| CITY PLUMBING & | 02/22/08 | | | | $55.49 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 02/27/08 | | | | $7.51 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/06/08 | | | | $902.25 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/06/08 | | | | $173.76 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/11/08 | | | | $491.64 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/14/08 | | | | $45.37 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/20/08 | | | | $8.60 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/20/08 | | | | $66.38 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/20/08 | | | | $39.18 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/20/08 | | | | $34.29 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| CITY PLUMBING & | 03/21/08 | | | | $9.15 | ELECTRIC SUPPLY COMPANY | B H LEE STREET | HIGHWAY 515 | JASPER | GA | 30143 |
| **CITY PLUMBING & Total** | | | | | $1,833.62 | | | | | | |
| CLARK-McKIBBEN SAFETY | 01/31/08 | | | | $230.04 | PRODUCTS INC | 2001 HAMPTON ROAD | | ERIE | PA | 16502 |
| CLARK-McKIBBEN SAFETY | 02/15/08 | | | | $921.08 | PRODUCTS INC | 2001 HAMPTON ROAD | | ERIE | PA | 16502 |
| CLARK-McKIBBEN SAFETY | 03/06/08 | | | | $26.70 | PRODUCTS INC | 2001 HAMPTON ROAD | | ERIE | PA | 16502 |
| CLARK-McKIBBEN SAFETY | 03/12/08 | | | | $5.54 | PRODUCTS INC | 2001 HAMPTON ROAD | | ERIE | PA | 16502 |
| CLARK-McKIBBEN SAFETY | 03/24/08 | | | | $2,269.73 | PRODUCTS INC | 2001 HAMPTON ROAD | | ERIE | PA | 16502 |