United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.08-11153 |
| | } |
| | } |
| Debtor | } Amount **$41,112.23** |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. 95)**

**PREFERRED RUBBER COMPOUNDING**
**1020 LAMBERT STREET**
**BARBERTON, OH 42203**

The transfer of your claim as shown above in the amount of **$41,112.23** amends a previously filed notice of transfer of claim that was filed on 05/12/2008 the claim has been transferred to:

>Liquidity Solutions Inc DBA
>Revenue Management
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>By:/s/ Michael Handler
>Liquidity Solutions Inc DBA
>Revenue Management
>(201) 968-0001

497036

## TRANSFER NOTICE

Preferred Rubber Compounding ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Precision Corp., et al. ("Debtors"), in the aggregate amount of $39,695.65 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the __18__ day of __April__, 2008.

Preferred Rubber Compounding

WITNESS:

By: ___[signature]___
(Signature)

___Michael F DJack___
(Print Name and Title)

___[signature]___
(Signature)

___Jill Higgins___
(Print Name of Witness)

This fax was sent from Preferred Rubber Compounding. For more information on our company, visit: http://www.preferredrubber.com

497036

| Lexington Rubber Group, Inc. | | | | | | | | Trade Creditors | | | Attachment F-1 to Schedule F of Lexington Rubber Group, Inc. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplier Name | Date Claim Was Incurred & Consideration For Claim | Contingent | Unliquidated | Disputed | Amount Of Claim | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip | |
| POWELL ELECTRONICS Total | | | | | $4,235.54 | | | | | | | |
| POWER SYSTEMS, INC. | 02/05/08 | | | | $721.16 | P.O. BOX 525 | | | ALPHARETTA | GA | 30009-0525 | |
| POWER SYSTEMS, INC. | 02/29/08 | | | | $3,555.30 | P.O. BOX 525 | | | ALPHARETTA | GA | 30009-0525 | |
| POWER SYSTEMS, INC. Total | | | | | $4,276.46 | | | | | | | |
| PQ SYSTEMS | 03/20/08 | | | | $129.00 | P. O. Box 750010 | | | Dayton | OH | 45475 | |
| PQ SYSTEMS Total | | | | | $129.00 | | | | | | | |
| Pratt Industries-Statesville | 01/31/08 | | | | $2,657.18 | P. O. Box 933912 | | | Atlanta | GA | 31193-3912 | |
| Pratt Industries-Statesville Total | | | | | $2,657.18 | | | | | | | |
| Preferred Acquisition Co LLC | 02/11/08 | | | | $7,970.00 | 4871 Neo Parkway | | | Cleveland | OH | 44128 | |
| Preferred Acquisition Co LLC Total | | | | | $7,970.00 | | | | | | | |
| PREFERRED RUBBER | 01/28/08 | | | | $5,819.50 | Deronde Acquisition | P. O. Box 643909 | | Pittsburgh | PA | 15264-3909 | |
| PREFERRED RUBBER | 02/08/08 | | | | $5,981.72 | Deronde Acquisition | P. O. Box 643909 | | Pittsburgh | PA | 15264-3909 | |
| PREFERRED RUBBER | 02/27/08 | | | | $1,493.14 | COMPOUNDING CORPORATION | 1020 LAMBERT STREET | | BARBERTON | OH | 44203 | |
| PREFERRED RUBBER | 02/28/08 | | | | $9,748.73 | Deronde Acquisition | P. O. Box 643909 | | Pittsburgh | PA | 15264-3909 | |
| PREFERRED RUBBER | 03/06/08 | | | | $3,822.19 | COMPOUNDING CORP | PO BOX 71-4562 | | COLUMBUS | OH | 43271-4562 | |
| PREFERRED RUBBER | 03/13/08 | | | | $5,778.95 | Deronde Acquisition | P. O. Box 643909 | | Pittsburgh | PA | 15264-3909 | |
| PREFERRED RUBBER | 03/20/08 | | | | $7,336.80 | Deronde Acquisition | P. O. Box 643909 | | Pittsburgh | PA | 15264-3909 | |
| PREFERRED RUBBER | 03/26/08 | | | | $1,131.20 | COMPOUNDING CORP | PO BOX 71-4562 | | COLUMBUS | OH | 43271-4562 | |
| **PREFERRED RUBBER Total** | | | | | **$41,112.23** | | | | | | | |
| Premier Global Services | 03/26/08 | | | | $41.43 | Po Box 404351 | | | Atlanta | GA | 30384-4351 | |
| Premier Global Services Total | | | | | $41.43 | | | | | | | |
| PREMIERE CONFERENCING | 02/26/08 | | | | $28.68 | P.O. BOX 875450 | | | KANSAS CITY | MO | 64187-5450 | |
| PREMIERE CONFERENCING | 03/26/08 | | | | $39.72 | P.O. BOX 875450 | | | KANSAS CITY | MO | 64187-5450 | |
| PREMIERE CONFERENCING Total | | | | | $68.40 | | | | | | | |
| PROCESS OILS, INC. | 01/22/08 | | | | $25,437.00 | ONE SUGAR CREEK CENTER BLVD. | #920 | | SUGAR LAND | TX | 77478 | |
| PROCESS OILS, INC. | 02/15/08 | | | | $25,395.30 | ONE SUGAR CREEK CENTER BLVD. | #920 | | SUGAR LAND | TX | 77478 | |
| PROCESS OILS, INC. | 03/11/08 | | | | $26,622.04 | ONE SUGAR CREEK CENTER BLVD. | #920 | | SUGAR LAND | TX | 77478 | |
| PROCESS OILS, INC. | 03/26/08 | | | | $26,608.93 | ONE SUGAR CREEK CENTER BLVD. | #920 | | SUGAR LAND | TX | 77478 | |
| PROCESS OILS, INC. Total | | | | | $104,063.27 | | | | | | | |
| PT DISTRIBUTORS | 01/31/08 | | | | $784.00 | NO. 8 JIN APOLLO U5/196 | SEKSYEN U5 | SHAH ALAM | SELANGOR | | 40150 | |
| PT DISTRIBUTORS Total | | | | | $784.00 | | | | | | | |
| PYE - BARKER SUPPLY | 01/17/08 | | | | $527.04 | COMPANY, INC. C1 | 121 ROYAL DRIVE | | FOREST PARK | GA | 30297 | |
| PYE - BARKER SUPPLY Total | | | | | $527.04 | | | | | | | |
| QAD. INC. | 12/07/07 | | | | $15,685.44 | 10000 MIDLANTIC DRIVE | SUITE 200 EAST | | MT. LAUREL | NJ | 8054 | |
| QAD. INC. Total | | | | | $15,685.44 | | | | | | | |
| QUALITY PLUS, INC. | 03/17/08 | | | | $4,668.75 | 324 AIRPORT INDUSTRIAL DRIVE | | | YPSILANTI | MI | 48198 | |
| QUALITY PLUS, INC. | 03/24/08 | | | | $695.00 | 324 AIRPORT INDUSTRIAL DRIVE | | | YPSILANTI | MI | 48198 | |
| QUALITY PLUS, INC. | 03/24/08 | | | | $2,149.35 | 324 AIRPORT INDUSTRIAL DRIVE | | | YPSILANTI | MI | 48198 | |
| QUALITY PLUS, INC. | 03/31/08 | | | | $2,781.20 | 324 AIRPORT INDUSTRIAL DRIVE | | | YPSILANTI | MI | 48198 | |
| QUALITY PLUS, INC. | 03/31/08 | | | | $2,205.90 | 324 AIRPORT INDUSTRIAL DRIVE | | | YPSILANTI | MI | 48198 | |
| QUALITY PLUS, INC. Total | | | | | $12,500.20 | | | | | | | |
| Quill | 02/06/08 | | | | $149.78 | P.O. Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| Quill | 02/06/08 | | | | $110.15 | P.O. Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| Quill | 02/22/08 | | | | $181.88 | P.O. Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| Quill | 02/29/08 | | | | $239.00 | P.O. Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| Quill | 03/17/08 | | | | $181.93 | P.O. Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| Quill Total | | | | | $862.74 | | | | | | | |
| R. T. Vanderbilt Company Inc | 02/01/08 | | | | $2,313.00 | P.O. Box 8500-1361 | | | Philadelphia | PA | 19178-1361 | |
| R. T. Vanderbilt Company Inc Total | | | | | $2,313.00 | | | | | | | |
| R.E. Conduit Company, Inc | 02/06/08 | | | | $4,401.00 | 3050 Springboro West | | | Daton | OH | 45439-1716 | |
| R.E. Conduit Company, Inc | 02/06/08 | | | | $1,384.94 | 3050 Springboro West | | | Daton | OH | 45439-1716 | |
| R.E. Conduit Company, Inc | 03/04/08 | | | | $2,620.99 | 3050 Springboro West | | | Daton | OH | 45439-1716 | |
| R.E. Conduit Company, Inc | 03/18/08 | | | | $1,722.34 | 3050 Springboro West | | | Daton | OH | 45439-1716 | |
| R.E. Conduit Company, Inc | 03/28/08 | | | | $389.00 | 3050 Springboro West | | | Daton | OH | 45439-1716 | |
| R.E. Conduit Company, Inc Total | | | | | $10,518.27 | | | | | | | |
| RAF FLUID POWER | 03/19/08 | | | | $24.46 | 6750 Arnold Miller Parkway | | | Solon | OH | 44139 | |
| RAF FLUID POWER | 03/20/08 | | | | $169.80 | 67505 ARNOLD MILLER PARKWAY | | | SOLON | OH | 44139 | |
| RAF FLUID POWER | 03/24/08 | | | | $88.48 | 67505 ARNOLD MILLER PARKWAY | | | SOLON | OH | 44139 | |
| RAF FLUID POWER | 03/28/08 | | | | $180.04 | 67505 ARNOLD MILLER PARKWAY | | | SOLON | OH | 44139 | |
| RAF FLUID POWER Total | | | | | $462.78 | | | | | | | |
| Randall Supply | 01/18/08 | | | | $309.36 | 2409 Walkup Ave. | | | Monroe | NC | 28110 | |
| Randall Supply Total | | | | | $309.36 | | | | | | | |
| REESE FLORAL ART | 03/31/08 | | | | $104.37 | 49 VIENNA AVENUE | | | NILES | OH | 44446 | |