**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
LEXINGTON PRECISION CORP, et al.,                         :    Case No. 08-11153 (MG)
                                                          :
                                                          :
                        Debtors.                          :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on June 25, 2008, I served the Notice of Submission of Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the period May 13, 2008 to May 31, 2008 upon the names listed on the service list attached via United States Mail.

                                            _____
                                            Elizabeth McDermott

Subscribed and sworn to before me this
25th day of June, 2008

_____
Notary Public
        JAKELYNE GARCIA
    Notary Public, State of New York
           No. 01GA6006659
      Qualified in New York County
    Commission Expires May 4, 20_10_

NYC:178573.1

## Service List

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue 15th Floor
New York, New York 10023

Weil, Gotshal & Manges LLP
Attn: Christopher J. Marcus and John W. Lucas
767 Fifth Avenue
New York, New York 10153

The Office of the United States Trustee
Attn: Paul Schwartzberg
33 Whithall Street, 21st Floor
New York, New York 10004

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219

O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 100036