IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| IN RE: | ) In Proceedings for a Reorganization <br> ) Under Chapter 11 <br> ) <br> ) Case No. 08-11153-mg |
| LEXINGTON PRECISION CORPORATION | ) |
| Debtor | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(j)(4), 3017(d), 9007, and 9010(b), Kelley & Ferraro, LLP, hereby enters its appearance on behalf of all asbestos tort claimants represented by Kelley & Ferraro, LLP with a claim against the Debtor herein (estimated in excess of thousands of liquidated and unliquidated asbestos claims). Kelley & Ferraro, LLP requests on behalf of their asbestos tort claimants that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned attorneys at the address and telephone number set forth below:

Thomas M. Wilson, Esq.
Kelley & Ferraro, L.L.P.
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
Fax: (216) 575-0799

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitations, any notices, orders, applications, motions, petitions, pleadings, requests, complaints or demands, and any other document brought before

the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted this  2nd  day of July 2008.

                         KELLEY & FERRARO, LLP

                         By   /s/ Thomas M. Wilson
                               Thomas M. Wilson
                               2200 Key Tower
                               127 Public Square
                               Cleveland, Ohio 44114
                               (216) 575-0777
                               Fax: (216) 575-0799

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was sent to counsel for Debtor, via regular U.S. Mail, postage prepaid, on the 2nd day of July 2008, addressed as follows:

Christopher Marcus, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Richard P. Krasnow, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Counsel for Debtors

Paul Kenan Schwartzberg, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel for U.S. Trustee

Jonathan Levine, Esq.
Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Paul N. Silverstein, Esq.
Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017

Counsel for Creditor Committee

    s/s Thomas M. Wilson
    Thomas M. Wilson