IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| Proceedings for a Reorganization ) | Under Chapter 11 |
| IN RE: ) | |
| ) | Case No. 08-11153-mg |
| LEXINGTON PRECISION CORPORATION ) | |
| ) | JUDGE MARTIN GLENN |
| Debtor ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby CERTIFIES:

That on the 2nd day of July, 2008, a true and correct copy of the Verified Statement on Behalf of Kelley & Ferraro, LLP, pursuant to Rule 2019 of the Federal Rules of Federal Bankruptcy Procedure Concerning Multiple Representation of Asbestos-Related Creditors was served via Regular U.S. Mail upon all parties listed on the attached Exhibit A.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

KELLEY & FERRARO LLP

/s/ Thomas M. Wilson
Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799

| | | |
|---|---|---|
| Christopher Marcus, Esq.<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Richard P. Krasnow, Esq.<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Paul Kenan Schwartzberg, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Jonathan Levine, Esq.<br>Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | Paul N. Silverstein, Esq.<br>Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | General Cable Industries, Inc.<br>4 Tesseneer Drive<br>Highland Heights, KY 41076-9167 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Process Oils, Inc.<br>C/o 7322 Southwest Freeway<br>Suite 475<br>Houston, TX 77074-2010 | Wacker Chemical Corporation<br>c/o Hodgson Russ LLP<br>Attn: Deborah J. Piazza, Esq.<br>60 East 42nd Street<br>New York, NY 10165-3700 |
| Bankruptcy Administration<br>Ikon Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Engel Canada, Inc.<br>Petra Catteau<br>545 Elmira Road<br>Guelph ON N1K 1C2<br>Canada | Glenn M. Reisman<br>Two Corporate Drive, Suite 234<br>Shelton, CT 06484-6213 |
| Mark Filippini<br>Akzo Nobel Polymers Chemcals LLC<br>525 West Van Buren Street<br>Chicago, IL 60607-3823 | Millenium Machinery<br>Frank Maehr<br>2350 Brighton Henrietta Townline Rd.<br>Rochester, NY 14623-2708 | Equity Trust Company<br>225 Burns Road<br>Elyria, OH 44035-1512 |
| Gosiger, Inc.<br>c/o Richard L. Ferrell<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957<br>Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10022-7604 | Revenue Management<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601-6205 |
| | Cintas Corporation<br>Angela Ladanza<br>P.O. Box 727<br>North Jackson, OH 44451-0727 | Engel Machinery<br>Helen Olajos<br>3740 Board Road<br>York, PA 17406-8425 |
| Martin Pallet, Inc.<br>Judith Miller<br>1414 Industrial Ave., S.W.<br>Massillon, OH 44647-7663 | New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | Fair Harbor Capital, LLC<br>875 Avenue of the Americas<br>Suite 2305<br>New York, NY 10001-3565 |
| H&R of New York, LLP<br>J. Eric Charlton<br>300 S. State St.<br>Syracuse, NY 13202-2024 | Official Committee of Unsecured<br>Creditors of Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017-3911 | Air Cleaning Technologies, Inc.<br>Robert House<br>13310 Industrial Pk Blvd., #195<br>Plymouth, MN 55441-3815 |
| Enco Manufacturing Company, Inc.<br>P.O. Box 357<br>Farmingdle, NY 11735-0357 | Environmental Science Corp.<br>Rhodora Saylor<br>12065 Lebanon Road<br>Mt. Juliet, TN 37122-2508 | HB Chemical Corporation<br>Rick Ravine<br>P.O. Box 75502<br>Cleveland, OH 44101-4755 |

McMaster-Carr
200 Aurora Industrial Parkway
Aurora, OH 44202-8090
Attn: Tina Davidson

New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Ohio Edison Company
Bankruptcy Dept.
6896 Miler Rd., Room 204
Brecksville, OH 44141-3222

Travelers
One Tower Square, 5MN
Hartford, CT 06183-0002

Waste Management, RMC
2421 W. Peoria Ave.
Phoenix, AZ 85029-4944

Christopher Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153-0119

William F. Harmeyer
William F. Harmeyer & Associates
7322 Southwest Freeway, Suite 475
Houston, TX 77074-2047

PPF Industries, Inc.
Credit Department #0595047
One PPG Place 8-1
Pittsburgh, PA 15272-0001

USW
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309-3605

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, Third Floor
New York, NY 10017-2072

Signature Aluminum Canada, Inc.
Attn: Melody Dennys, Credit Mgr.
500 Edward Avenue
Richmond Hill, ON L4C4Y9 Canada

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122