**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEXINGTON PRECISION CORP., et al., | : | 08- 11153 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On June 27, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            _Ross  Matray_
                                                                            Ross Matray

Sworn to before me this

1st day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |        Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                   |        08-11153 (MG)

                    Debtors.                        |

                                                    |

                                                    |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CHINA AUTO GROUP
             S. KIRBY AND COMPANY, INC.
             17815 SKY PARK CIRCLE
             SUITE D
             IRVINE, CA 92614

Please note that your schedule in the above referenced case and in the amount of
    $39,817.50 has been transferred **(unless previously expunged by court order)** to:

            LIQUIDITY SOLUTIONS, INC.
            TRANSFEROR: CHINA AUTO GROUP
            D/B/A REVENUE MANAGEMENT
            ONE UNIVERSITY PLAZA, SUITE 312
            HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 187        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2008                        Kathleen Farrell-Willoughby, Clerk of Court


                                        /s/ Ross Matray
                                        _____
                                        By: Bankruptcy Services LLC as claims
                                            agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 27, 2008.

**EXHIBIT "B"**

TIME: 18:12:43
DATE: 06/27/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| CHINA AUTO GROUP | S. KIRBY AND COMPANY, INC. 17815 SKY PARK CIRCLE SUITE D IRVINE CA 92614 |
| DISPERSION TECHNOLOGY | 1150 AVENIDA ACASO CAMARILLO CA 93012 |
| DISPERSION TECHNOLOGY | 1885 SWARTHMORE AVENUE LAKEWOOD NJ 8701 |
| EARLE M. JORGENSEN COMPANY | 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087 |
| EQUITY TRUST CO FBO DAVID FISHER IRA | TRANSFEROR: EARLE M. JORGENSEN COMPANY 225 BURNS ROAD ELYRIA OH 44035 |
| KENCO TOYOTA LIFT | 266 KRAFT DRIVE DALTON GA 30720 |
| LAKEWOOD AUTOMATION INC | 27911 CLEMENS RD. WESTLAKE OH 44145 |
| LAKEWOOD AUTOMATION INC | 27911 CLEMENS ROAD WESTLAKE OH 44145 |
| LAKEWOOD AUTOMATION INC | 27911 CLEMENS ROAD WESTLAKE OH 44145-1139 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHINA AUTO GROUP D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DISPERSION TECHNOLOGY D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: KENCO TOYOTA LIFT D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: LAKEWOOD AUTOMATION INC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PIEDMONT PLASTICS, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| PIEDMONT PLASTICS, INC. | 1185 E WATERLOO ROAD AKRON OH 44306 |
| PIEDMONT PLASTICS, INC. | 2410 TECH CENTER PARKWAY SUITE 150 LAWRENCEVILLE GA 30043 |
| PREFERRED RUBBER COMPOUNDING | 1020 LAMBERT ST. BARBERTON OH 44203 |
| SIGNATURE ALUMINUM CANADA INC. | F/K/A BON L CANADA INC. MELODY DENNYS, CREDIT MANAGER 500 EDWARD AVENUE RICHMOND HILL ON L4C 4Y9 CANADA |

Total Number of Records Printed        20

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

LPC 6-27-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
 Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153