United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP, INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11156 |
| | } |
| Debtor | } **Amount $3,903.90** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RONDY & CO., INC.**
**255 WOOSTER RD. N.**
**BARBERTON, OH 44203**

The transfer of your claim as shown above in the amount of **$3,903.90** has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Michael Handler
Liquidity Solutions, Inc.
D/B/A Revenue Management
(201) 968-0001

977091

## TRANSFER NOTICE

RONDY & CO., INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LEXINGTON RUBBER GROUP, INC.** (the "Debtor"), in the aggregate amount of **$3,903.90** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-11156.

IN WITNESS WHEREOF, Assignor has signed below as of the __23__ day of __June__ 2008

RONDY & CO., INC.

_Barbara McAren_
(Signature)

_BARBARA McLAREN Director Sales_
(Print Name and Title)

_Rhonda Knight_
(Signature)

_Rhonda Wright_
(Print Name of Witness)

LEXINGTON RUBBER GROUP, INC.
RONDY & CO., INC.


977091