United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP, INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11156 |
| | } |
| Debtor | } **Amount $6,694.10** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CONTAINER SERVICE CORP.**
**P.O. BOX 70**
**RINGGOLD, GA 30736**

The transfer of your claim as shown above in the amount of **$6,694.10** has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Michael Handler
Liquidity Solutions, Inc.
D/B/A Revenue Management
(201) 968-0001

976964

## TRANSFER NOTICE

CONTAINER SERVICE CORP. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against LEXINGTON RUBBER GROUP, INC. (the "Debtor"), in the aggregate amount of $6,694.10, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-11156.

IN WITNESS WHEREOF, Assignor has signed below as of the 7th day of July, 2008.

CONTAINER SERVICE CORP.

_____
(Signature)

Jim Schwarzadf CFO
(Print Name and Title)

_____
(Signature)

Michael Handler
(Print Name of Witness)

LEXINGTON RUBBER GROUP, INC.
CONTAINER SERVICE CORP.



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com