United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP, INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11156 |
| | } |
| <u>Debtor</u> | } **Amount $1,158.24** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BERTELKAMP AUTOMATION, INC.**
**P. O. BOX 11488**
**KNOXVILLE, TN 379339**

The transfer of your claim as shown above in the amount of **$1,158.24** has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


      <u>By:/s/ Michael Handler</u>
      Liquidity Solutions, Inc.
      D/B/A Revenue Management
      (201) 968-0001

      976941

## TRANSFER NOTICE

BERTELKAMP AUTOMATION, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LEXINGTON RUBBER GROUP, INC.** (the "Debtor"), in the aggregate amount of **$1,158.24**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-11156.

IN WITNESS WHEREOF, Assignor has signed below as of the 26th day of June, 2008

BERTELKAMP AUTOMATION, INC.

_Christna F McCombs_
(Signature)

_Christy McCombs, Credit_
(Print Name and Title)

_Kimberly Sp_
(Signature)

_Kimberly Sp_
(Print Name of Witness)

LEXINGTON RUBBER GROUP, INC.
BERTELKAMP AUTOMATION, INC.



976941