United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP, INC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 08-11156 |
| Debtor | } Amount **$4,703.76** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**S & S INC**
**21300 ST CLAIR AVENUE**
**CLEVELAND, OH 44117**

The transfer of your claim as shown above in the amount of **$4,703.76** has been transferred to:

  Liquidity Solutions, Inc.
  Dba Revenue Management
  One University Plaza
  Suite 312
  Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


        By:/s/ Michael Handler
        Liquidity Solutions, Inc.
        D/B/A Revenue Management
        (201) 968-0001

            965393

# TRANSFER NOTICE

S & S INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for S+S Inc, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Lexington Precision Corp. et al.** (the "Debtor"), in the aggregate amount of $ 4,703.76 (your claim amount) representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 13TH day of May, 2008.

S & S INC

_Paul S Nared_
(Signature)

Paul Nared / Vice President
(Print Name and Title)

_Laura Zevnik_
(Signature)

Laura Zevnik
(Print Name of Witness)

LEXINGTON PRECISION CORP., et al.
S & S INC

965393