**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                           :     Chapter 11
                                                                 :
LEXINGTON PRECISION CORP, et al.,                                :     Case No. 08-11153 (MG)
                                                                 :
                                                                 :
                        Debtors.                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Elizabeth McDermott, being over the age of eighteen (18) years, and duly sworn, state under oath that on July 7, 2008, I served the Official Committee of Unsecured Creditors Limited Objection to Debtors Motion For an Order Authorizing the Debtors to Employ DeWolff, Boberg & Associates, Inc. to Provide Consulting Services upon the names listed on the service list attached via facsimile.

*[signature]*
Elizabeth McDermott

Subscribed and sworn to before me this
7th day of July, 2008

*[signature]*
Notary Public

LISA LEAVITT
Notary Public, State of New York
No. 01LE6153458
Qualified in New York County
Commission Expires Oct. 2, 2010

NYC:178931.1

## Service List

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue 15th Floor
New York, New York 10023
fax: 212-319-4659

The Office of the United States Trustee
Attn: Paul Schwartzberg
33 Whithall Street, 21st Floor
New York, New York 10004
fax: 212-668-2255

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
Times Square Tower
7 Times Square
New York, NY 100036
fax: 212-326-2061

Weil, Gotshal & Manges LLP
Attn: Christopher J. Marcus and John W. Lu
767 Fifth Avenue
New York, New York 10153
fax:212-310-8007

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
fax:615-244-6804

2

NYC:178931.1