UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
                                                             :
LEXINGTON PRECISION CORP., et al.,                           :    08- 11153 (MG)
                                                             :
Debtors.                                                     :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ROSS MATRAY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 2, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            _____
                                                    Ross Matray

Sworn to before me this

7th day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers_aff_7-2-08.DOC

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To: AIR CLEANING TECHNOLOGIES, INC.
           13310 INDUSTRIAL PK BLVD.
           #195
           PLYMOUTH, MN 55441

Please note that your schedule in the above referenced case and in the amount of
       $253.14 has been transferred **(unless previously expunged by court order)** to:

       FAIR HARBOR CAPITAL, LLC
       TRANSFEROR: AIR CLEANING TECHNOLOGIES, I
       875 AVENUE OF THE AMERICAS, STE 2305
       NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 202      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2008                          Kathleen Farrell-Willoughby, Clerk of Court

                                          /s/ Ross Matray
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 2, 2008.

**EXHIBIT "B"**

```
TIME: 13:52:32                    Lexington Precision Corporation                              PAGE:   1
DATE: 07/02/08                             CREDITOR LISTING

Name                                    Address
AIR CLEANING TECHNOLOGIES, INC.         13310 INDUSTRIAL PK BLVD. #195 PLYMOUTH MN 55441
CINTAS CORPORATION                      P O BOX 727 NORTH JACKSON OH 44451
ENGEL CANADA, INC.                      545 EL MIRA RD. GUELPH ON N1K 1C2 CANADA
ENGEL MACHINERY INC.                    SOUTHERN REG OFFICE PO BOX 953 UNION KY 41091
ENVIRONMENTAL SCIENCE CORP.             12065 LEBANON ROAD MT. JULIET TN 37122
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: AIR CLEANING TECHNOLOGIES, I 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: CINTAS CORPORATION 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: ENGEL CANADA, INC. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: ENGEL MACHINERY INC. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: ENVIRONMENTAL SCIENCE CORP. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: HB CHEMICAL CORPORATION 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: MARTIN PALLET INC 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FAIR HARBOR CAPITAL, LLC                TRANSFEROR: MILLENIUM MACHINERY 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
HB CHEMICAL CORPORATION                 P O BOX 75502 CLEVELAND OH 44101-0971
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: PREFERRED RUBBER D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MARTIN PALLET INC                       1414 INDUSTRIAL AVE SW MASSILLON OH 44647
MILLENIUM MACHINERY                     2350 BRIGHTON HENRIETTA TOWNLINE ROAD ROCHESTER NY 14623
PREFERRED RUBBER                        COMPOUNDING CORP PO BOX 71-4562 COLUMBUS OH 43271-4562
PREFERRED RUBBER                        COMPOUNDING CORPORATION 1020 LAMBERT STREET BARBERTON OH 44203
PREFERRED RUBBER                        DERONDE ACQUISITION P. O. BOX 643909 PITTSBURGH PA 15264-3909
PREFERRED RUBBER COMPOUNDING            1020 LAMBERT ST. BARBERTON OH 44203

Total Number of Records Printed              22

                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

# EXHIBIT "C"

LPC 7-2-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
 Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153