# CHRISTOPHERSON, DONALD B.

179 Avalon Blvd, W.E. ~ Jamestown, NY 14701
Home Phone 716-488-9891

June 25, 2008

Clerk of the United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Case No: 08-11153 (MG)

    The only debt connected with me and Lexington Precision Corp. would be any outstanding shares of stock that I own. I really don"t know if there are any as I cashed in what I thought I owned over twenty years ago. I did, however, still keep receiving all the information which would normally be sent to stock holder.
    I will await the notice of the deadline to file a proof of claim.

Sincerely,

Donald B. Christopherson


JUN 3 0 2008

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK ||
|---|---|
| In re:<br>Lexington Precision Corp. and Lexington Rubber Group, Inc., Debtors. | Chapter 11<br>Case No.: 08-11153 (MG) |

## NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, MEETING OF CREDITORS, AND OTHER MATTERS

On April 1, 2008, Lexington Precision Corporation and Lexington Rubber Group, Inc. (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). You may be a creditor of one of the Debtors. This notice lists important deadlines. You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Court, including lists of the Debtors' assets and liabilities, are or will be available for inspection at the Office of the Clerk of the Bankruptcy Court and on the Court's website, www.nysb.uscourts.gov or http://chapter11.epiqsystems.com/lexington, which provides access to the public at no charge. Note that you need a PACER password and login to access documents on the Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).
NOTE: The staff of the Bankruptcy Clerk's Office and the office of the United States Trustee cannot give legal advice.

| Name of Debtors | Case Numbers | Tax Identification Numbers |
|---|---|---|
| Lexington Precision Corporation | 08-11153 (MG) | 22-1830121 |
| Lexington Rubber Group, Inc. | 08-11156 (MG) | 13-3525759 |
| Name, Address, Telephone Number and Facsimile Number for Attorneys for the Debtors<br><br>Richard P. Krasnow, Esq.<br>Christopher J. Marcus, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: 212-310-8000<br>Facsimile: 212-310-8007 | Name, Address and Telephone of Trustee<br><br>NOT APPLICABLE | Date Cases Filed<br><br>April 1, 2008 |

| DATE, TIME, AND LOCATION OF MEETING OF CREDITORS<br>PURSUANT TO BANKRUPTCY CODE SECTION 341(a)<br>May 13, 2008, 2:00 p.m. (Eastern Time)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 ||
|---|---|
| **DEADLINE TO FILE A PROOF OF CLAIM**<br>Notice of the deadline to file a proof of claim will be sent at a later time.<br>**Creditor with a Foreign Address:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side. ||
| **DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**<br>July 14, 2008 at 4:00 p.m. (prevailing Eastern Time) ||
| **CREDITORS MAY NOT TAKE CERTAIN ACTIONS**<br>In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand payment, taking action against the Debtors to collect money owed or to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions. Consult a lawyer to determine your rights in this case. ||
| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court<br>One Bowling Green, New York, New York 10004 | Approved by the Clerk of the Bankruptcy Court,<br><br>/s/ Kathleen Farrell-Willoughby |
| Hours Open:<br>8:30 a.m. to 5:00 p.m., Monday through Friday | Date:   April 4, 2008 |

NY2:\1861505\02\13WCH02!.DOC\26690.0008