WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Christopher J. Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,** : **08- 11153 (MG)**
:
**Debtor.** :
:
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 14, 2008, AT 2:00 P.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
  Alexander Hamilton U.S. Custom House, Courtroom 501,
  One Bowling Green, New York, NY 10004-1408.

**I.    CONTESTED MATTERS**

1. Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing the Debtors to Employ Dewolff, Boberg & Associates, Inc. to Provide Consulting Services **[Docket No. 182]**

    Response Deadline:        July 7, 2008

    Response(s) Received:

    A.   Official Committee of Unsecured Creditors Limited Objection to Debtors' Motion For an Order Authorizing the Debtors to Employ DeWolff, Boberg & Associates, Inc. to Provide Consulting Services **[Docket No. 222]**

    B.   Debtors' Reply to Official Creditors' Committee Limited Objection to Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing the Debtors to

Employ Dewolff, Boberg & Associates, Inc. to Provide Consulting Services **[Docket No. 236]**

<u>Responsible Counsel:</u>  **WGM**

<u>Status:</u> **This matter is going forward**


Dated: New York, New York
July 10, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Christopher J. Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession