**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                    :        Chapter 11 Case No.
                                         :
LEXINGTON PRECISION CORP., et al.,       :        08- 11153 (MG)
                                         :
            Debtors.                     :        (Jointly Administered)
                                         :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

            ROSS MATRAY, being duly sworn, deposes and says:

            1.        I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

            2.        On July 7, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

            3.        All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                _____
                                                Ross Matray

Sworn to before me this
_____ day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ADVANCED MACHINING SOLUTIONS
      4142 MELROSE AVENUE
      UNIT 32
      ROANOKE, VA 24017
```

Please note that your schedule in the above referenced case and in the amount of $549.10 has been transferred (**unless previously expunged by court order**) to:

```
DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: ADVANCED MACHINING SOLUTIONS
ATTN: TRACI FETTE
1565 HOTEL CIRCLE SOUTH, #310
SAN DIEGO, CA 92108
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 221   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/07/2008                     Kathleen Farrell-Willoughby, Clerk of Court


                                     /s/ Ross Matray
                                     _____


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2008.

# EXHIBIT "B"

TIME: 14:23:48
DATE: 07/07/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ADVANCED MACHINING SOLUTIONS | 4142 MELROSE AVENUE UNIT 32 ROANOKE VA 24017 |
| AFFORDABLE WIPING RAGS & | CLOTHS, INC. P. O. BOX 1491 SIMPSONVILLE SC 29681 |
| BUSCH, INC. | 516 FIXING DRIVE VIRGINIA BEACH VA 23452-5981 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: ADVANCED MACHINING SOLUTIONS ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: AFFORDABLE WIPING RAGS & ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: BUSCH, INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: JASPER WELDING SUPPLY CO. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: MENEGAY MACHINE & TOOL CO ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: SIEWERT EQUIPMENT CO., INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| JASPER WELDING SUPPLY CO. | 235 NORTH MAIN ST. JASPER GA 30143 |
| MENEGAY MACHINE & TOOL CO | 800 WALNUT AVE. NE CANTON OH 44702 |
| SIEWERT EQUIPMENT CO., INC. | 175 AKRON STREET ROCHESTER NY 14609 |

Total Number of Records Printed    12

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

LPC 7-7-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
 Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153