United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11153 |
| | } |
| Debtor | } Amount **$17,285.50** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**H&C TOOL SUPPLY CORP**
**235 MT READ BLVD**
**ROCHESTER, NY 14611**

The transfer of your claim as shown above in the amount of **$17,285.00** has been transferred to:

       Liquidity Solutions, Inc.
       Dba Revenue Management
       One University Plaza
       Suite 312
       Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.


       By:/s/ Michael Handler
       Liquidity Solutions, Inc.
       D/B/A Revenue Management
       (201) 968-0001

       978594

## TRANSFER NOTICE

H&C TOOL SUPPLY CORP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **LEXINGTON PRECISION CORP.** (the "Debtor"), in the aggregate amount of **$17,285.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 1st day of July, 2008.

H&C TOOL SUPPLY CORP

_____
(Signature)

DONALD E. WALTZER, PRESIDENT
(Print Name and Title)

_____
(Signature)

BRENDA CRYE
(Print Name of Witness)

LEXINGTON PRECISION CORP.
H&C TOOL SUPPLY CORP

978594

TOTAL P.03