United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON PRECISION CORP., et al. | } Chapter 11 |
| | } |
| | } Case No. |
| | } 08-11153 |
| Debtor | } Amount $2,323.74 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**J GRIPPE IND SUPPLY CO INC**
**4160 ACME RD**
**FRANKPORT, NY 13340**

The transfer of your claim as shown above in the amount of $2,323.74 has been transferred to:

Liquidity Solutions, Inc.
Dba Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Michael Handler
Liquidity Solutions, Inc.
D/B/A Revenue Management
(201) 968-0001

978563

## TRANSFER NOTICE

J GRIPPE IND SUPPLY CO INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee") pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in to and under the Claim of Assignor as set forth in the Agreement against **LEXINGTON PRECISION CORP.** (the "Debtor"), in the aggregate amount of $1,323.74, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-11153.

IN WITNESS WHEREOF, Assignor has signed below as of the 02 day of July, 2008

**J GRIPPE IND SUPPLY CO INC**

_Jody T Grippe_
(Signature)

_Jody T Grippe president_
(Print Name and Title)

_Bridget Litt_
(Signature)

_BRIDGET LITT_
(Print Name of Witness)

LEXINGTON PRECISION CORP.
J GRIPPE IND SUPPLY CO INC



978563