UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEXINGTON PRECISION CORP., et al.,                               :    08- 11153 (MG)
                                                                 :
        Debtors.                                                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        MARK SUSKO, being duly sworn, deposes and says:

    1.    I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 8, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            _____
                                                          Mark Susko

Sworn to before me this

10th day of July, 2008

_____
Notary Public

    ROSS MATRAY
Notary Public, State of New York
    No. 01MA614899
  Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\LPC\Affidavits\Transfers_aff_7-8-08.DOC

**EXHIBIT "A"**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  JTI, INC.
     352 EAST JEFFERSON STREET
     BUTLER, PA 16001

Please note that your schedule in the above referenced case and in the amount of $614.40 has been transferred **(unless previously expunged by court order)** to:

     LIQUIDITY SOLUTIONS, INC.
     TRANSFEROR: JTI, INC.
     D/B/A REVENUE MANAGEMENT
     ONE UNIVERSITY PLAZA, SUITE 312
     HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 230 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/08/2008                              Kathleen Farrell-Willoughby, Clerk of Court

                                              /s/ Mark Susko

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 8, 2008.

**EXHIBIT "B"**

```
TIME: 15:56:04                          Lexington Precision Corporation                                         PAGE:   1
DATE: 07/08/08                                 CREDITOR LISTING

Name                              Address
ASTRODYNE CORPORATION             35 HAMPDEN ROAD MANSFIELD MA 02048
BERTELKAMP AUTOMATION, INC.       PO BOX 11488 KNOXVILLE TN 37939-1488
CONTAINER SERVICE CORP.           P.O. BOX 70 290 ROLINS INDUSTRIAL BLVD. RINGGOLD GA 30736-0070
CUNNINGHAM SUPPLY COMPANY         1512 INDUSTRIAL PARKWAY AKRON OH 44310
JTI, INC.                         352 EAST JEFFERSON STREET BUTLER PA 16001
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: ASTRODYNE CORPORATION D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: BERTELKAMP AUTOMATION, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: CONTAINER SERVICE CORP. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: CUNNINGHAM SUPPLY COMPANY D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: JTI, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: LIQUIDITY SOLUTIONS, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: RONDY & CO., INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: S & S INC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: SCHOEN INSULATION SVC INC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: SMC METAL D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: SOLAR ATMOSPHERES, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
RONDY & CO., INC.                 255 WOOSTER RD. N. BARBERTON OH 44203
S & S INC                         21300 ST CLAIR AVENUE CLEVELAND OH 44117
SCHOEN INSULATION SVC INC         850 UNIVETER ROAD CANTON GA 30115
SMC METAL                         95 MT. READ BOULEVARD ROCHESTER NY 14611
SOLAR ATMOSPHERES, INC.           30 INDUSTRIAL ROAD HERMITAGE PA 16148

Total Number of Records Printed          21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153