UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :    08- 11153 (MG)
                                                    :
        Debtors.                                    :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

       ROSS MATRAY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 9, 2008, I caused to be served the following:

        a)    "Debtors' Reply to Official Creditors Committee Limited Objection to Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6004 for an Order Authorizing the Debtors to Employ Dewolff, Boberg & Associates, Inc. to Provide Consulting Services," [Docket No. 236], dated July 9, 2008, and

        b)    "Notice of the Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors Exclusivity Period," dated July 9, 2008, to which is attached the "Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors Exclusivity Period," [Docket No. 238], dated July 9, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        _____
                                        Ross Matray

Sworn to before me this
15th day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Reply to DeWolff and Exclusivity Motion_aff_7-9-08.doc

**EXHIBIT "A"**

```
TIME: 19:40:18                                                              Lexington Precision Corporation                                             PAGE: 1
DATE: 07/14/08                                                                  LPC MOTION 7-9-08

Name                                                    Address
AMERICAN EXPRESS                                        ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001
ANDREWS KURTH LLP                                       ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017
ANDREWS KURTH LLP                                       ATTN: JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017
BLANK ROME LLP                                          ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
                                                        NEW YORK NY 10174-0208
BLANK ROME LLP                                          ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET
                                                        PHILADELPHIA PA 19103-6998
BURNT MOUNTAIN CENTER, INC                              ATTN:KIM HYDE 515 PIONEER RD JASPER GA 30143
CAPITALSOURCE FINANCE LLC                               ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CAPITALSOURCE FINANCE LLC                               ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CARTER, LEDYARD & MILBURN LLP                           ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005
CHANNEL PRIME ALLIANCE                                  ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854
CHASE BRASS & COPPER, INC.                              ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152
CHINA AUTO GROUP                                        ATTN:KIM TAYLOR DOMINES 17815 SKY PARK CIRCLE, SUITE D IRVINE CA 92614
COHEN, WEISS AND SIMON LLP                              ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL
                                                        AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COHEN, WEISS AND SIMON LLP                              ATTN: ROBIN H. GISE COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL
                                                        AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COPPER & BRASS SALES                                    ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC         ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC         ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DALTON BOX                                              ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721
DAY PITNEY LLP                                          ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945
DEGUSSA-HULS CORPORATION                                ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660
DMD SPECIAL SITUATIONS, LLC                             C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DMD SPECIAL SITUATIONS, LLC                             C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DOW CORNING STI                                         ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755
EARLE M. JORGENSEN COMPANY                              ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087
ENVIRONMENTAL PRODUCTS AND SERVICES                     PO BOX 4620 BURLINGTON VT 05406
EXCELLUS BLUE CROSS                                     ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692
GEORGIA DEPARTMENT OF REVENUE                           SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348
GEORGIA POWER                                           ATTN:CUSTOMER SERVICE BIN #76141 P.O. BOX 200127 CARTERSVILLE GA 30120
GOLD KEY PROCESSING, LTD                                ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149
GOODYEAR TIRE & RUBBER CO.                              ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062
GOSIGER MACHINE TOOLS                                   ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007
HALEY & ALDRICH, INC.                                   ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024
HISCOCK & BARCLAY, LLP                                  ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271
                                                        ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400
                                                        ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET
                                                        ONE PARK PLACE SYRACUSE NY 13202
IKON OFFICE SOLUTIONS                                   RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210
IMPERIAL DIE & MFG CO.                                  ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149
INTERNAL REVENUE SERVICE                                ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007
INTERNAL REVENUE SERVICE                                P.O. BOX 21126 PHILADELPHIA PA 19114-0326
INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL            MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715
KEYSTONE PROFILES                                       ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010
LEXINGTON PRECISION CORPORATION                         ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LEXINGTON PRECISION CORPORATION                         ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LINTECH INTERNATIONAL                                   ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297
LION COPOLYMER                                          ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734
LOCAL 1811, UNITED STEELWORKERS OF                      AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732
MOMENTIVE PERFORMANCE MATERIALS, INC.                   ATTN:LINDA AYERS 187 DANBURY ROAD WILSON CT 06897
NEW YORK STATE SALES TAX                                P.O. BOX 1209 NEW YORK NY 10116
NEW YORK STATE TAX PROCESSING                           JAF BUILDING, P.O. BOX 1206 NEW YORK NY 10116
O'MELVENY & MEYERS, LLP                                 ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER,7 TIMES SQUARE NEW YORK NY 10036
OFFICE OF THE UNITED STATES TRUSTEE                     FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004
OHIO EDISON                                             ATTN:CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637
PPG INDUSTRIES, INC.                                    ATTN:ANEW JOHNSON DEPT. AT 40177 P.O. BOX 40162 ATLANTA GA 31192-0162

                                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:40:18                              Lexington Precision Corporation                                                                              PAGE:    2
DATE: 07/14/08                                     LPC MOTION 7-9-08

Name                                          Address
PREFERRED RUBBER COMPOUNDING                  ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203
PROCESS OILS, INC.                            ATTN:BOB HOCH 11601 KATY FREEWAY, STE 223 HOUSTON TX 77079
SECURITIES AND EXCHANGE COMMISSION            ATTN:REGIONAL DIRECTOR 233 BROADWY NEW YORK NY 10279
SHIN-ETSU SILICONES OF AMERICA, INC.          ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305
SIGNATURE ALUMINUM                            ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y CANADA
SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION  SALES TAX RETURN COLUMBIA SC 29214
SULLIVAN & WORCESTER LLP                      ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109
TAFT STETTINIUS & HOLLISTER LLP               ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202
TECHNICAL MACHINE PRODUCTS                    ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102
THOMAS M. WILSON, ESQ.                        KELLEY & FERRARO, L.L.P. 2200 KEY TOWER 127 PUBLIC SQUARE CLEVELAND OH 44114
TREASURER OF THE STATE OF OHIO                P. O. BOX 16561 COLUMBUS OH 43266
UNITED STEEL WORKERS                          ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222
VITEX CORPORATION                             ATTN:BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235
WACKER SILICONES                              ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221
WALLER LANDSEN DORTCH & DAVIS, LLP            ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219
WALLER, LANSDEN, DORTCH, & DAVIS, LLP         ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219
WEBSTER BUSINESS CREDIT CORPORATION           360 LEXINGTON AVE FL 5 NEW YORK NY 10004
WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS  ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890


Total Number of Records Printed      69
```

EPIQ BANKRUPTCY SOLUTIONS, LLC