UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,                               :    08- 11153 (MG)
:
        Debtors.                                                 :    (Jointly Administered)
:
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      ROSS MATRAY, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On July 10, 2008, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on July 14, 2008, at 2:00 p.m.," [Docket No. 243], dated July 10, 2008, to be delivered by facsimile to those parties listed on the annexed Exhibit "A".

      3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            _____
                                                                            Ross Matray

Sworn to before me this
15th day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Agenda of Matters_aff_7-10-08.DOC

**EXHIBIT A**

Andrews Kurth LLP
Fax: (212) 850-2929
Attn: Paul N. Silverstein, Jonathan Levine


O'Melveny & Meyers, LLP
Fax: (212) 326-2061
Attn: Gerald Bender, Esq.

The Office of the United States Trustee
Fax:(212) 668-2255
Attn: Paul Kenan Schwartzberg