| | |
|---|---|
| **HODGSON RUSS LLP**<br>Deborah J. Piazza (DP 6640)<br>Jennifer L. Rando (JR 6222)<br>60 East 42nd Street, 37th Floor<br>New York, NY 10165<br>Telephone: (212) 661-3535<br>Facsimile: (212) 972-1677<br>dpiazza@hodgsonruss.com<br>jrando@hodgsonruss.com | Adjourned Hearing Date & Time: August 20, 2008 at 10:00 a.m.<br>Special Objection Deadline: August 13, 2008 by 4:00 p.m.<br>Objection Deadline for All Others: June 2, 2008 at 4:00 p.m. |

**SHUMAKER, LOOP & KENDRICK LLP**
David J. Coyle, Esq.
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
dcoyle@slk-law.com

*Attorneys for Wacker Chemical Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEXINGTON PRECISION CORP. et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-11153 (MG)<br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
WACKER CHEMICAL CORPORATION FOR ENTRY OF ORDER
AWARDING ADMINISTRATIVE EXPENSE PURSUANT TO
11 U.S.C. §503(b)(9) AND REQUIRING IMMEDIATE PAYMENT UNDER §503(a)**

**PLEASE TAKE NOTICE** that the hearing scheduled for July 22, 2008 to consider the *Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) and Requiring Immediate Payment Under§ 503(a)* (the "Motion") filed May 16, 2008 [Docket No. 112] has been adjourned. The Motion is now scheduled for a hearing to be held on August 20, 2008 at 10:00 a.m. before the

Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, United States Bankruptcy Court, Courtroom 501, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections **only** of (I) the Debtors and of (II) Capitalsource Finance LLC and CSE Mortgage LLC, the agents for the senior prepetition lenders (the "Special Potential Objectors"), if any, to the relief requested in the Motion must (1) be in writing and comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and (2) be filed with the United States Bankruptcy Court for the Southern District of New York and (3) be served in accordance with (a) General Order M-242, (b) the *Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures,* entered April 2, 2008 [Docket No. 22], and (c) the *Case Management and Scheduling Order,* entered May 13, 2008 [Docket No. 106] (collectively, the "Administrative Orders") and be further served upon **so as to be received** no later than **4:00 p.m. on August 13, 2008** by Deborah J. Piazza, Esq. and Jennifer L. Rando, Esq., 60 East 42nd Street, 37th Floor, New York, New York 10165.

**PLEASE TAKE FURTHER NOTICE** that objections of any party **other than** the Special Potential Objectors, if any, to the relief requested in the Motion was **to be received** no later than **4:00 p.m. on June 2, 2008** by Deborah J. Piazza, Esq. and Jennifer L. Rando, Esq., 60 East 42nd Street, 37th Floor, New York, NY 10165.

Any objection not timely filed and served in the manner set forth above may not be considered and may be overruled by the Court.

Dated: July 15, 2008
      New York, New York

                              Respectfully submitted,

                              /s/ Deborah J. Piazza
                             Deborah Piazza (DP 6640)
                             Jennifer L. Rando (JR 6222)
                             **HODGSON RUSS LLP**
                             60 East 42nd Street, 37th Floor
                             New York, NY  10165
                             Telephone:  (212) 661-3535
                             Facsimile:  (212) 972-1677
                             Tel.: (212) 751-4300
                             Fax: (212) 751-0928
                             dpiazza@hodgsonruss.com
                             jrando@hodgsonruss.com

                             **SHUMAKER, LOOP & KENDRICK LLP**
                             David J. Coyle, Esq.
                             1000 Jackson Street
                             Toledo, OH  43604-5573
                             Telephone:  (419) 241-9000
                             Facsimile:  (419) 241-6894
                             dcoyle@slk-law.com

                             *Attorneys for Wacker Chemical Corporation*

000160/00890 NYCDOCS2 453184v2