| | |
|---|---|
| **HODGSON RUSS LLP**<br>Deborah J. Piazza (DP 6640)<br>Jennifer L. Rando (JR 6222)<br>60 East 42nd Street, 37th Floor<br>New York, NY 10165<br>Telephone: (212) 661-3535<br>Facsimile: (212) 972-1677<br>dpiazza@hodgsonruss.com<br>jrando@hodgsonruss.com | Adjourned Hearing Date & Time: August 20, 2008 at 10:00 a.m.<br>Special Objection Deadline: August 13, 2008 by 4:00 p.m.<br>Objection Deadline for All Others: June 2, 2008 at 4:00 p.m. |

**SHUMAKER, LOOP & KENDRICK LLP**
David J. Coyle, Esq.
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
dcoyle@slk-law.com

*Attorneys for Wacker Chemical Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEXINGTON PRECISION CORP. et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-11153 (MG)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

Robin Cipollaro, being duly sworn, deposes and says that (1) she is not a party to the above-entitled action and is over the age of 18 years; and (2) on July 15, 2008, pursuant to the *Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures* entered by this Court on April 2, 2008 and the *Case Management and Scheduling Order* entered by this Court on May 13, 2008, she served, via first class U. S. mail, postage prepaid, a true and correct copy of the **Notice of Adjournment of**

Hearing on Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. §503(b)(9) and Requiring Immediate Payment Under §503(a) dated and filed on July 15, 2008 upon each party listed on the Master Service List annexed as Exhibit A hereto and upon each party listed on the Notice of Appearance Service List annexed as Exhibit B hereto.

Dated: July 15, 2008
      New York, New York

/s/ Robin Cipollaro
Robin Cipollaro
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, NY 10165
Telephone: (212) 661-3535
Facsimile: (212) 751-0928

Sworn to before me this
15 day of July, 2008

/s/ Margaret Cmielewski
    Margaret Cmielewski
    Notary Public
    Number: 02CM6049245

000160/01260 NYCDOCS2 455745v1

# EXHIBIT A

## INITIAL MASTER SERVICE LIST

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY/FUNCTION | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexington Precision Corporation | Michael A. Lubin | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | (212) 319-4659 | (212) 319-4659 | | Debtors and Debtors in Possession's | |
| Lexington Precision Corporation | Warren Delano | 800 Third Avenue, 15th Floor | | New York | NY | 10017 | | (212) 319-4659 | | Debtors' and Debtors' in Possession's | |
| Weil, Gotshal & Manges LLP | Christopher J. Marcus, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8106 | (212) 310-8007 | christopher.marcus@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| Weil, Gotshal & Manges LLP | John W. Lucas, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | (212) 310-8415 | (212) 310-8007 | john.lucas@weil.com | Attorneys for the Debtors and Debtors in Possession | |
| CapitalSource Finance LLC | Akim Gratie | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| Waller, Lansden, Dortch, & Davis, LLP | John C. Tishler | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | | (615) 244-6804 | | Prepetition Lenders | |
| Webster Business Credit Corporation | Alan McKay | One State Street, 7th Floor | | New York | NY | 10004 | | (212) 806-4530 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Akim Gratie | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| CSE Mortgage, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situations, LLC c/o CapitalSource Finance LLC | Akim Gratie | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| DMD Special Situations, LLC c/o CapitalSource Finance LLC | Todd Gehrs | 4445 Willard Avenue, 12th Floor | | Chevy Chase | MD | 20815 | | (301) 841-2889 | | Prepetition Lenders | |
| O'Melveny & Meyers, LLP | Gerald Bender, Esq. | Times Square Tower 7 Times Square | | New York | NY | 10036 | | (212) 326-2061 | | Proposed Postpetition Lenders | |
| Andrews Kurth LLP | Paul N. Silverstein | 450 Lexington Avenue | | New York | NY | 10017 | (212) 813-8158 | | | Attorneys for the AD Hoc Committee of Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | | (302) 636-6436 | | Prepetition Senior Subordinated Noteholders | |
| Wilmington Trust Company Corporate Capital Markets | Steve Cimalore | 11100 North Market Street Rodney Square North | | Wilmington | DE | 19890 | (302) 636-6058 | (302) 636-6436 | | Consolidated Top 30 Unsecured Creditor | |
| Wacker Silicones | Luann Noelanders | 3301 Sutton Road | | Adrian | MI | 49221 | (800) 554-1715 | (517) 264-8580 | | Consolidated Top 30 Unsecured Creditor | |
| Dow Corning STI | Anne Tipple | 111 S. Progress Drive | | Kendallville | IN | 46755 | (260) 347-5813 | (866) 804-8812 | | Consolidated Top 30 Unsecured Creditor | |
| Chase Brass & Copper, Inc. | Cheryl Nofziger | P.O. Box 152 | | Montpelier | OH | 43543-0152 | (419) 485-3193 | (419) 485-5949 | | Consolidated Top 30 Unsecured Creditor | |
| Momentive Performance Materials, Inc. | Linda Ayers | 187 Danbury Road | | Wilson | CT | 06897 | (800) 332-3390 | (304) 746-1623 | | Consolidated Top 30 Unsecured Creditor | |
| Earle M Jorgensen Company | David O'Brien | 2060 Enterprise Parkway | | Twinsburg | OH | 44087 | (215) 949-6639 | (215) 949-6637 | | Consolidated Top 30 Unsecured Creditor | |
| Shin-Etsu Silicones of America, Inc. | Elaine McDowell | 1150 Damar Drive | | Akron | OH | 44305 | (330) 630-9460 | (330) 630-9855 | | Consolidated Top 30 Unsecured Creditor | |
| Ohio Edison | Customer Service | P.O. Box 3637 | | Akron | OH | 44309-3637 | (800) 633-4766 | (877) 289-3674 | | Consolidated Top 30 Unsecured Creditor | |
| Goodyear Tire & Rubber Co. | Derick McGinness | 5055 MLK Drive | | Beaumont | TX | 38024 | (330) 796-2121 | (330) 796-1113 | | Consolidated Top 30 Unsecured Creditor | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Channel Prime Alliance | Ciara Dolloway | 800 Connecticut Ave | | Norwalk | CT | 06854 | (800) 322-0487 | (203) 831-4330 | | Consolidated Top 30 Unsecured Creditor |
| Vitex Corporation | Brenda Goodearl | 43 Industrial Park Drive P.O. Box 6149 | | Franklin | NH | 03235 | (603) 934-1508 | (314) 867-4304 | | Consolidated Top 30 Unsecured Creditor |
| Signature Aluminum | Chip Moore | 500 Edward Ave | | Richmond Hill | ONT | L4C4Y | (770) 254-7656 | (614) 262-5036 | | Consolidated Top 30 Unsecured Creditor |
| Degussa-Huls Corporation | Fred Pacinich | 379 Interpace Parkway | | Parsippany | NJ | 07660 | (973) 541-8410 | (973) 541-8850 | | Consolidated Top 30 Unsecured Creditor |
| American Express | Ann Jacobs | P.O. Box 36001 | | Ft. Lauderdale | FL | 33336-0001 | (800) 528-2122 | (626) 492-3888 | | Consolidated Top 30 Unsecured Creditor |
| Lintech International | Julie Van Brunt | P.O. Box 10225 | | Macon | GA | 31297 | (800) 652-9297 | (478) 784-1745 | | Consolidated Top 30 Unsecured Creditor |
| Imperial Die & mfg Co | Ron Lapossy | 22930 Royalton Road | | Strongsville | OH | 44149 | (440) 268-9080 | (440) 268-9040 | | Consolidated Top 30 Unsecured Creditor |
| Copper & Brass Sales | ale Sawchik | 5755 Grant Avenue | | Cleveland | OH | 44105 | (216) 883-8100 | (216) 883-1066 | | Consolidated Top 30 Unsecured Creditor |
| Dalton Box | Sheila Blair | 612 East Callahan Rd | | Dalton | GA | 30721 | (706) 226-3580 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor |
| Gosiger Machine Tools | Linda Duale | PO Box 712288 BIN #76141 | | Cincinnati | OH | 45271 | (440) 248-3111 | (440) 248-3112 | | Consolidated Top 30 Unsecured Creditor |
| Georgia Power | Customer Service | P.O. Box 200127 | | Cartersville | GA | 30120 | (706) 236-1320 | (888) 655-5888 | | Consolidated Top 30 Unsecured Creditor |
| Haley & Aldrich, Inc. | Michelle Geidroz | 465 Medford Street, Ste 2200 | | Boston | MA | 02129-1400 | (617) 886-7400 | (617) 886-7600 | | Consolidated Top 30 Unsecured Creditor |
| Gold Key Processing, LTD | Steve Schalabba | 14910 Madison Road | | Middlefield | OH | 44062 | (440) 632-0901 | (440) 632-0929 | | Consolidated Top 30 Unsecured Creditor |
| Keystone Profiles | Steve Harsh | 220 Seventh Avenue | | Beaver Falls | PA | 15010 | (800) 777-1533 | (724) 846-3901 | | Consolidated Top 30 Unsecured Creditor |
| Process Oils, Inc. | Frank Cremeens | 11601 Katy Freeway, Ste 223 | | Houston | TX | 77079 | (330) 494-9630 | (330) 494-9630 | | Consolidated Top 30 Unsecured Creditor |
| Lion Copolymer | Bob Hoch | 36191 Highway 30 | | Geismar | LA | 70734 | (225) 267-3780 | (225) 267-3411 | | Consolidated Top 30 Unsecured Creditor |
| PPG Industries, Inc. | Michelle Geidroz | Dept. at 40177 | | Atlanta | GA | 31192 | (724) 325-5262 | (724) 325-5045 | | Consolidated Top 30 Unsecured Creditor |
| Technical Machine Products | Sherry Fess | 5500 Walworth Avenue | | Cleveland | OH | 44102 | (216) 281-9500 | (281) 281-0408 | | Consolidated Top 30 Unsecured Creditor |
| Excellus Blue Cross | Customer Service | PO Box 4752 | | Rochester | NY | 14692 | (585) 232-3310 | (585) 238-4348 | | Consolidated Top 30 Unsecured Creditor |
| Preferred Rubber Compounding | Michelle Parks | 1020 Lambert Street | | Barberton | OH | 44203 | (330) 798-4909 | (330) 798-4796 | | Consolidated Top 30 Unsecured Creditor |
| China Auto Group | Kim Taylor Domines | 17815 Sky Park Circle, Suite D | | Irvine | CA | 92614 | (949) 261-8208 | (949) 767-5949 | | Consolidated Top 30 Unsecured Creditor |
| Burnt Mountain Center, Inc Environmental Products and Services | Kim Hyde | 515 Pioneer Rd | | Jasper | GA | 30143 | (706) 692-6016 | (706) 277-3689 | | Consolidated Top 30 Unsecured Creditor |
| Local 1811, United Steelworkers of America, AFL-CIO, CLC c/o Lexington Medical | Wayne Robinson | PO Box 4620 | | Burlington | VT | 05406 | (802) 876-1212 | (315) 471-3846 | | Consolidated Top 30 Unsecured Creditor |
| International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers, AFL-CIO | Ken Ream | P.O. box 4477 | | Rock Hill | SC | 29732 | (704) 454-7065 | (704) 454-7054 | | Consolidated Top 30 Unsecured Creditor |
| Office of the United States Trustee for the Southern District of New York | | 111 Whitehead Lane, Suite #2 | | Monroeville | PA | 15146-2715 | (330) 719-7635 | (330) 395-4875 | | Office of the US Trustee |
| Securities and Exchange Commission | Regional Director | 33 Whitehall Street, 21st Floor | | New York | NY | 10004 | | | | SEC |
| Internal Revenue Service | District Director | 233 Broadway | | New York | NY | 10279 | | | | IRS |
| | | 290 Broadway | | New York | NY | 10007 | | | | |
| New York State Sales Tax | | P.O. Box 1209 | | New York | NY | 10116 | | | | Governmental Unit for Taxation |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| New York State Tax Processing | | JAF Building, | P.O. Box 1206 | New York | NY | 10116 | | | | Governmental Unit for Taxation |
| South Carolina Department of Revenue and Taxation | | Sales Tax Return | | Columbia | SC | 29214 | | | | Governmental Unit for Taxation |
| Georgia Department of Revenue Sales & Use Tax Division | | P.O. Box 105296 | | Atlanta | GA | 30348 | | | | Governmental Unit for Taxation |
| Treasurer of the State of Ohio | | P.O. Box 16561 | | Columbus | OH | 43266 | | | | Governmental Unit for Taxation |

NY2:\1294783\23\RR27231.DOC\26690.0008

A-3

Exhibit B

## Notice of Appearance Parties Service List

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

J Eric Charlton
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202-2078

Gayle Ehrlich
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Richard L. Ferrell
Taft, Stettinius & Hollister, LLP
425 Walnut Street
1800 Firstar Tower
Cincinnati, OH 45202

David R. Jury
United Steelworkers
Five Gateway Center
Room 807
Pittsburgh, PA 15222

Jonathan Levine
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Raymond Patella
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Richard M. Seltzer
Cohen, Weiss and Simon, LLP
330 West 42nd Street
25th Floor
New York, NY 10036

Scott A. Zuber
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932-0950

000160/00623 GBDOCS 1023992v1