UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No. 08-11153 (mg)

Lexington Precision Corporation, *et al.,*                (Jointly Administered)


                                    Debtors.

--------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)


To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108


A transfer in the amount of $1,141.20 from:

GRETO CORPORATION (Transferor)
1221 STEWART ROAD
PO BOX 1609
LIMA OH 45802


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-11153 (mg) |
| LEXINGTON PRECISION CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **GRETO CORPORATION** ("Transferor") against the Debtor in the amount of **$1,141.20**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,141.20 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**GRETO CORPORATION**
**1221 STEWART ROAD PO BOX 1609 LIMA OH 45802**

Print Name _Joanne M Smith_    Title _VP - Controller_

Signature _Joanne M Smith_    Date _7-9-08_

Updated Address (if needed) _____

Phone _419-221-0626_ Fax _419-222-2212_ E-Mail _____

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
                Tom Scheidt

Mail Ref# 1-742
2658118

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:                                          Chapter 11
                                                 Case No. 08-11153 (mg)

Lexington Precision Corporation, *et al.,*        (Jointly Administered)


                                Debtors.

--------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)


To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108


A transfer in the amount of $476.36 from:

J.S. THOMAS SERVICE, INC. (Transferor)
4085 NINE MC FARLAND DRIVE
ALPHARETTA GA 30004


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-11153 (mg) |
| LEXINGTON PRECISION CORPORATION, *et al.,* | ) | Jointly Administered |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **J.S. THOMAS SERVICE, INC.** ("Transferor") against the Debtor in the amount of **$476.36**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $476.36 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**J.S. THOMAS SERVICE, INC.**
**4085 NINE MC FARLAND DRIVE  ALPHARETTA GA 30004**

Print Name _Jim F. Thomas_ Title _President_

Signature _(signature)_ Date _6-30-08_

Updated Address (if needed) _____

Phone _770 475-2600_ Fax _770-740-8875_ E-Mail _JimF@JStco.com_

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
Tom Scheidt

Mail Ref# 1-310
2658149

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 08-11153 (mg)

Lexington Precision Corporation, *et al.,*      (Jointly Administered)


                                Debtors.

------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)


To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108


A transfer in the amount of $575.47 from:

REESE TOOL & METAL SERVICE I (Transferor)
P O BOX 1070
30 NORTH RIVER ROAD
WARREN OH 44483


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                              )  Chapter 11
                                                    )
                                                    )  Case No. 08-11153 (mg)
LEXINGTON PRECISION CORPORATION, *et al.*,          )  Jointly Administered
                                                    )
                                                    )  **NOTICE OF TRANSFER OF CLAIM**
                                                    )  **OTHER THAN FOR SECURITY AND**
                            Debtors.                )  **WAIVER OF NOTICE**
                                                    )  Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **REESE TOOL & METAL SERVICE I** ("Transferor") against the Debtor in the amount of $575.47, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $575.47 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**REESE TOOL & METAL SERVICE I**
**P O BOX 1070 30 NORTH RIVER ROAD WARREN OH 44483**

Print Name _Victoria L Brady_____ Title _Gen Mgr/Corp Sec_____

Signature _Victoria L Brady_____ Date _6/30/08_____

Updated Address (if needed) _____

Phone _330 391 1821___ Fax _330-395-2097___ E-Mail_____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
          Tom Scheidt

Mail Ref# 1-374
2658212

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                            Chapter 11
                                                                  Case No. 08-11153 (mg)

Lexington Precision Corporation, *et al.,*                         (Jointly Administered)


                                          Debtors.

-------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)


To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108


A transfer in the amount of $547.48 from:

TANIS, INC. (Transferor)
3660 KETTLE COURT EAST
DELAFIELD WI 53018


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official
claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim
form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-11153 (mg) |
| LEXINGTON PRECISION CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| | ) | **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **TANIS, INC.** ("Transferor") against the Debtor in the amount of **$547.48**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $547.48 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TANIS, INC.**
**3660 KETTLE COURT EAST  DELAFIELD WI 53018**

Print Name  D. Buslee                     Title  CFC

Signature                                  Date  6/30/08

Updated Address (if needed)

Phone 262 646-9000  Fax 262 646-9005  E-Mail dbuslee @ Tanis Inc.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:
                    Tom Scheidt

Mail Ref# 1-356
2658251

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                              Chapter 11
                                                     Case No. 08-11153 (mg)

Lexington Precision Corporation, *et al.,*          (Jointly Administered)


                                    Debtors.

-------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)


To: (Transferee)  Debt Acquisition Company of America V, LLC
                   1565 Hotel Circle South, Suite 310
                   San Diego, CA  92108


A transfer in the amount of $1,151.50 from:

TRANSOR FILTER USA (Transferor)
1265 OAKTON STREET
ELK GROVE VILLAGE IL 60007


 is acknowledged.


***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
            Special Deputy Clerk
            United States Bankruptcy Court
            Southern District of New York
            One Bowling Green
            New York, New York 10004-1408


Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                          )   Chapter 11
                                                )
                                                )   Case No. 08-11153 (mg)
LEXINGTON PRECISION CORPORATION, *et al.*,      )   Jointly Administered
                                                )
                                                )   NOTICE OF TRANSFER OF CLAIM
                                                )   OTHER THAN FOR SECURITY AND
                         Debtors.               )   WAIVER OF NOTICE
_____        )   Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of TRANSOR FILTER USA ("Transferor") against the Debtor in the amount of **$1,151.50**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,151.50 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**TRANSOR FILTER USA**
**1265 OAKTON STREET  ELK GROVE VILLAGE IL 60007**

Print Name __IRVIN L. KAAGE III__   Title __PRESIDENT__

Signature __Kaage__   Date __7/1/08__

Updated Address (if needed) _____

Phone (847) 640-0273   Fax (847) 640-0793   E-Mail sgoodman @ transorfilter.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
                        Tom Scheidt

Mail Ref# 1-748
2658263