B210
(12/04)

# United States Bankruptcy Court
## Southern District of New York

In re LEXINGTON PRECISION CORPORATION, *et al.*     Case No. 08-11153
                                                    Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | HORIZONS SOLUTIONS CORP |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
|---|---|
| Debt Acquisition Company of America V, LLC<br>Attn: Tom Scheidt<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | |
| Phone: (619) 220-8900 | |
| Last Four Digits of Acct #: | Last Four Digits of Acct. #: |

| Name and Address where transferee payments Should be sent (if different from above) | Name and Current Address of Transferor |
|---|---|
| | HORIZONS SOLUTIONS CORP<br>2005 BRIGHT HENRIETTA TOWNLINE RD<br>ROCHESTER NY 14623 |
| Phone: Same as Above | Phone: |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

Court Claim # (If known): 3
Claim Amount: $12,629.17
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tom Scheidt*                                       Date:
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 &3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                    _____
                                                        CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| LEXINGTON PRECISION CORPORATION, et al., | ) Case No. 08-11153 (mg) ) Jointly Administered ) |
| Debtors. | ) NOTICE OF TRANSFER OF CLAIM ) OTHER THAN FOR SECURITY AND ) WAIVER OF NOTICE ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the Filed claim of HORIZONS SOLUTIONS CORP ("Transferor") against the Debtor in the amount of $12,629.17, (claim #3) as listed in the Claims register, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $12,629.17 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
HORIZONS SOLUTIONS CORP
2005 BRIGHT HENRIETTA TOWNLINE RD ROCHESTER NY 14623

Print Name Deborah Krenzer  Title Credit Manager
Signature Deborah Krenzer  Date 7/3/08
Updated Address (if needed) _____
Phone 585-271-8277 Fax 585-271-8239 E-Mail DKrenzer@HS-E.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
Tom Scheidt

Mail Ref# 1-8209
2658130