

**ANDREWS KURTH LLP**
ATTORNEYS

450 Lexington Avenue
New York, New York 10017
212.850.2800 Phone
212.850.2929 Fax
andrewskurth.com

Paul N. Silverstein
212.850.2819 Phone
212.813.8158 Fax
paulsilverstein@andrewskurth.com

July 16, 2008

**BY HAND**

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *Lexington Precision Corp, et. al.,* Case No. 08-11153 (MG)

Dear Judge Glenn:

Given that the Debtors have moved to extend their exclusive periods under Section 1121 of the Bankruptcy Code (Docket No. 238), the Creditors Committee will not proceed with its motion to terminate the Debtors' exclusive periods and no evidentiary hearing will be necessary on Monday, July 21, 2008.

The Creditors Committee intends to oppose the Debtors' motion for an extension of their exclusive periods.

Respectfully,

Paul N. Silverstein

cc:   Richard Krasnow, Esq.
      Christopher Marcus, Esq.

NYC:179310.1