WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                 :        **Chapter 11 Case No.**
                                                             :
**LEXINGTON PRECISION CORP., et al.,**    :        **08-11153 (MG)**
                                                             :
      **Debtors.**                        :        **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that he has not been served with any objection or
response with respect to the entry of a final order approving the **Debtors' Motion for Entry of**
**an Order Extending Time to File a Proposed Disclosure Statement for the Plan of**
**Reorganization**, filed June 30, 2008 [Docket No. 198] (the "Motion"), that no answer, objection
or other responsive pleading has appeared on the docket on or before the July 15, 2008 objection
deadline, and that attorneys for the statutory committee of unsecured creditors appointed in these
chapter 11 cases (the "Committee") have confirmed that the Committee does not object to the
Motion.

NY2:\1897011\01\14NQR01!.DOC\26690.0008

It is hereby respectfully requested that the order granting the Motion be entered.


Dated: New York, New York
       July 21, 2008

                                    /s/ Richard P. Krasnow
                                    Richard P. Krasnow
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York  10153
                                    Telephone:   (212) 310-8000
                                    Facsimile:    (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession