UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEXINGTON PRECISION CORP., et al.,                               :    08- 11153 (MG)
                                                                 :
            Debtors.                                             :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

   Mark Susko, being duly sworn, deposes and says:

   1. I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2. On July 15, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

   3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                    _____
                     Mark Susko

Sworn to before me this

17th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\LPC\Affidavits\Transfers_aff_7-15-08.DOC

# EXHIBIT "A"

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORP., et al<br><br>Debtors. | Chapter 11 Case No.<br><br>08-11153 (MG) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   J. GRIPPE INDUSTRIAL SUPPLY
      4160 ACME ROAD
      FRANKFORT, NY 13340

Please note that your schedule in the above referenced case and in the amount of $2,323.74 has been transferred **(unless previously expunged by court order)** to:

      LIQUIDITY SOLUTIONS, INC.
      TRANSFEROR: J. GRIPPE INDUSTRIAL SUPPLY
      D/B/A REVENUE MANAGEMENT
      ONE UNIVERSITY PLAZA, SUITE 312
      HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 251 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2008                          Kathleen Farrell-Willoughby, Clerk of Court

                                          /s/ Mark Susko

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2008.

# EXHIBIT "B"

```
TIME: 12:03:40                              Lexington Precision Corporation                                    PAGE: 1
DATE: 07/15/08                                      CREDITOR LISTING

Name                              Address
H & C TOOL SUPPLY CORP.           & HEWES FASTENERS DIVISION 235 MT.READ BOULEVARD P.O. BOX 11330 ROCHESTER NY 14611
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: IMPERIAL DIE & MFG CO. 301 ROUTE 17, FLOOR 6 ATTN: GANNA LIBERCHOK RUTHERFORD NJ 07070
IMPERIAL DIE & MFG CO.            22930 ROYALTON ROAD STRONGSVILLE OH 44149
J. GRIPPE INDUSTRIAL SUPPLY       4160 ACME ROAD FRANKFORT NY 13340
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: H & C TOOL SUPPLY CORP. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.         TRANSFEROR: J. GRIPPE INDUSTRIAL SUPPLY D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601

Total Number of Records Printed    6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153