UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :
In re                                                   :     Chapter 11 Case No.
                                                        :
LEXINGTON PRECISION CORP., et al.,                      :     08- 11153 (MG)
                                                        :
         Debtors.                                       :     (Jointly Administered)
                                                        :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Mark Susko, being duly sworn, deposes and says:

1.  I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 21, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Mark Susko

Sworn to before me this

22nd day of July, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 20 10

T:\Clients\LPC\Affidavits\Transfers_aff_7-21-08.DOC

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                              Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                                   08-11153 (MG)

　　　　　　Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　To:　FLUID POWER SOUTH, INC.
　　　　　　2909 LANGFORD ROAD
　　　　　　BUILDING A-800
　　　　　　NORCROSS, GA 30071

Please note that your schedule in the above referenced case and in the amount of
　　　　$4,979.83 has been transferred **(unless previously expunged by court order)** to:

　　　　　　FAIR HARBOR CAPITAL, LLC
　　　　　　TRANSFEROR: FLUID POWER SOUTH, INC.
　　　　　　875 AVENUE OF THE AMERICAS, STE 2305
　　　　　　NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　Southern District of New York
　　　　　　One Bowling Green
　　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 259　　　in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/17/2008　　　　　　　　　　　　　　　　Kathleen Farrell-Willoughby, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Leesa Fenderson
　　　　　　　　　　　　　　　　　　　　　　　　_____

FOR BSI USE ONLY:　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 17, 2008.

**EXHIBIT "B"**

```
TIME: 13:32:09                        Lexington Precision Corporation                        PAGE: 1
DATE: 07/17/08                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: GRETO CORPORATION ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: HORIZON SOLUTIONS LLC ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: HORIZON SOLUTIONS, CORP. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: J.S. THOMAS SERVICE, INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: REESE TOOL & METAL SERVICE I ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: TANIS, INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: TRANSOR FILTER USA ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: FLUID POWER SOUTH, INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| FAIR HARBOR CAPITAL, LLC | 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FLUID POWER SOUTH, INC. | 2909 LANGFORD ROAD BUILDING A-800 NORCROSS GA 30071 |
| GRETO CORPORATION | 1221 STEWART ROAD LIMA OH 45801 |
| HORIZON SOLUTIONS LLC | PO BOX 92367 ATTN: DEBORAH KRENZER, CREDIT MANAGER ROCHESTER NY 14692 |
| HORIZON SOLUTIONS, CORP. | 2005 BRIGHTON-HENRIETTA TOWNLINE ROAD ROCHESTER NY 14623 |
| J.S. THOMAS SERVICE, INC. | 4085 NINE MC FARLAND DRIVE ALPHARETTA GA 30004 |
| JTI, INC. | 352 EAST JEFFERSON STREET BUTLER PA 16001 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JTI, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| REESE TOOL & METAL SERVICE I | P O BOX 1040 30 NORTH RIVER ROAD WARREN OH 44483 |
| TANIS, INC. | 3660 KETTLE COURT EAST DELAFIELD WI 53018 |
| TRANSOR FILTER USA | 1265 OAKTON STREET ELK GROVE VILLAGE IL 60007 |

Total Number of Records Printed    18

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153