```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :
                                                   :    Case No. 08-11153 (MG)
          LEXINGTON PRECISION CORP., et.al.,       :
                                                   :    (Chapter 11)
                                        Debtors.   :
---------------------------------------------------------------x
```

## ORDER SCHEDULING EVIDENTIARY HEARING

Pursuant to Local Rule 9014-2, the hearing scheduled for July 29, 2008 at 10:00 a.m. on the Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusivity Period, at ECF docket # 238, will be an evidentiary hearing at which witnesses may testify.

**IT IS SO ORDERED.**

Dated: July 23, 2008
       New York, New York

                                                  **/s/ Martin Glenn**
                                                  THE HON. MARTIN GLENN
                                                  United States Bankruptcy Judge