**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No: 08-11153 |
| | : | |
| LEXINGTON PRECISION CORP, *et al.* | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ford Motor Company, by its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., appears in this matter in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that Stephen S. LaPlante be placed on the mailing matrix filed by the Debtor in this case, and that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in the case, be served upon him, at the address set forth below:

Stephen S. LaPlante, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone:  (313) 496-8478
Fax:  (313) 496-8452
Email:  laplante@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight

delivery, telephone, email or otherwise, or made with regard to the referenced case or any proceedings herein.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, PLC

        By: /s/ Stephen S. LaPlante
            Stephen S. LaPlante (P48063)
            Attorneys for Ford Motor Company
            150 W. Jefferson Avenue, Suite 2500
            Detroit, MI 48226
            Phone: (313) 496-8478
            Fax: (313) 496-8452
            Email: laplante@millercanfield.com

Dated: July 24, 2008

DELIB:2959094.1\029982-00466