**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No: 08-11153 |
| | : | |
| LEXINGTON PRECISION CORP, *et al.* | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ford Motor Company, by its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., appears in this matter in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that Marc N. Swanson be placed on the mailing matrix filed by the Debtors in this case, and that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in the case, be served upon him, at the address set forth below:

Marc N. Swanson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swanson@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight

delivery, telephone, email or otherwise, or made with regard to the referenced case or any

proceedings herein.

                    Respectfully submitted,

                    MILLER, CANFIELD, PADDOCK AND STONE, PLC

                    By: /s/ Marc M/ Swanson
                          Marc N. Swanson, Esq. (P71149)
                    Attorneys for Ford Motor Company
                    150 West Jefferson, Suite 2500
                    Detroit, MI 48226
                    Phone: (313) 496-7591
                    Fax: (313) 496-8452
                    swanson@millercanfield.com

Dated: July 24, 2008

DELIB:2959098.1\029982-00466