UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: : Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　:
LEXINGTON PRECISION CORP., et al., : Case No. 08-11153 (MG)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Debtors. :
-----------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gerald Bracht, a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Court for the Southern District of Texas request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the Official Committee of Unsecured Creditor in the above referenced case.

Mailing address: Gerald Bracht, Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002;
E-mail address: gbracht@andrewskurth.com; telephone number (713) 220-4706.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 7/25/08
New York, New York                                              /s/  Gerald Bracht

---

# ORDER

**ORDERED**,
that Gerald Bracht, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York          /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE

NYC:92575.1

NYC:179720.1