WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
**In re**                            :     **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,**  :     **08- 11153 (MG)**
:
**Debtor.**                   :
:
-----------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
<u>**SCHEDULED FOR HEARING ON JULY 29, 2008, AT 10:00 A.M.**</u>

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408.

**I.   UNCONTESTED MATTERS**

1.  Debtors' Motion for Entry of an Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending the Time to Assume or Reject Non-Residential Real Property Leases **[Docket No. 220]**

    <u>Response Deadline</u>:      July 22, 2008

    <u>Response(s) Received</u>:   None

    <u>Responsible Counsel</u>:  Weil, Gotshal & Manges

    <u>Status</u>: **This matter is going forward**

**II.   CONTESTED MATTERS**

1.  Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusivity Period **[Docket No. 238]**

NY2:\1899104\01\14PCW01!.DOC\26690.0008

<u>Response Deadline</u>:    **July 22, 2008**

<u>Response(s) Received</u>:

A.   Official Committee of Unsecured Creditors Objection to Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusivity Periods **[Docket No. 266]**

B.   Debtors' Reply to Official Creditors' Committee Objection to Debtors' Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Exclusivity Period **[Docket No. 275]**

<u>Additional Documents</u>:

A.   Order Scheduling Evidentiary Hearing **[Docket No. 270]**

<u>Responsible Counsel</u>:  Weil, Gotshal & Manges

<u>Status</u>: **This matter is going forward**

Dated: New York, New York
       July 28, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession