UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    :        Chapter 11
                                                          :
LEXINGTON PRECISION CORP., et al.,                        :        Case No. 08-11153 (MG)
                                                          :
                                                          :
                         Debtors.                         :
-------------------------------------------------------------x


# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gerald Bracht, a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Court for the Southern District of Texas request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the Official Committee of Unsecured Creditor in the above referenced case.

Mailing address: Gerald Bracht, Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002;
E-mail address: gbracht@andrewskurth.com; telephone number (713) 220-4706.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: 7/25/08
New York, New York                                        /s/  Gerald Bracht

---

# ORDER

**ORDERED**,
that Gerald Bracht, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: **July 29, 2008**
New York, New York                    **/s/Martin Glenn**
                                      UNITED STATES BANKRUPTCY JUDGE


NYC:92575.1

NYC:179720.1