UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08- 11153 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

   LEESA FENDERSON, being duly sworn, deposes and says:

   1.    I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.    On July 16, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

   3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             Leesa Fenderson

Sworn to before me this

21st    day of July, 2008

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. [illegible]
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  LIANDA
             1340 CORPORATE DRIVE
             SUITE 500
             HUDSON, OH 44236

Please note that your schedule in the above referenced case and in the amount of
        $14,481.59 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: LIANDA
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 254        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2008                        Kathleen Farrell-Willoughby, Clerk of Court


                                        /s/ Leesa Fenderson
                                        _____
                                        By: Bankruptcy Services LLC as claims
                                            agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 16, 2008.

# EXHIBIT B

TIME: 12:57:44
DATE: 07/16/08

PAGE: 1

Lexington Precision Corporation
CREDITOR LISTING

| Name | Address |
| --- | --- |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: LIANDA 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| LIANDA | 1340 CORPORATE DRIVE SUITE 500 HUDSON OH 44236 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153