UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEXINGTON PRECISION CORP., et al.,**                           :    08- 11153 (MG)
                                                                 :
       Debtors.                                                  :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      LEESA FENDERSON, being duly sworn, deposes and says:

    1.    I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 17, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Leesa Henderson

Sworn to before me this

21st day of July, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 20 10

T:\Clients\LPC\Affidavits\Transfers_aff_7-16-08.DOC

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORP., et al<br><br>            Debtors. | Chapter 11 Case No.<br><br>08-11153 (MG) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FLUID POWER SOUTH, INC.
         2909 LANGFORD ROAD
         BUILDING A-800
         NORCROSS, GA 30071

Please note that your schedule in the above referenced case and in the amount of
        $4,979.83 has been transferred **(unless previously expunged by court order)** to:

         FAIR HARBOR CAPITAL, LLC
         TRANSFEROR: FLUID POWER SOUTH, INC.
         875 AVENUE OF THE AMERICAS, STE 2305
         NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 259       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/200                          Kathleen Farrell-Willoughby, Clerk of Court


                                         /s/ Leesa Fenderson
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 22, 200.

# EXHIBIT B

```
TIME: 11:45:08                                    Lexington Precision Corporation                                              PAGE:   1
DATE: 07/17/08                                            CREDITOR LISTING

Name                                   Address
DEBT ACQUISITION COMPANY OF AMERICA V  TRANSFEROR: GRETO CORPORATION ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108
DEBT ACQUISITION COMPANY OF AMERICA V  TRANSFEROR: HORIZON SOLUTIONS, CORP. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108
FAIR HARBOR CAPITAL, LLC               TRANSFEROR: FLUID POWER SOUTH, INC. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001
FLUID POWER SOUTH, INC.                2909 LANGFORD ROAD BUILDING A-800 NORCROSS GA 30071
GRETO CORPORATION                      1221 STEWART ROAD LIMA OH 45801
HORIZON SOLUTIONS, CORP.               2005 BRIGHTON-HENRIETTA TOWNLINE ROAD ROCHESTER NY 14623

Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153