UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEXINGTON PRECISION CORP., et al.,**                     :    08- 11153 (MG)
                                                           :
        Debtors.                                           :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

        ROSS MATRAY, being duly sworn, deposes and says:

        1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On July 21, 2008, I caused to be served true and correct copies of the "Certification of No Objection," [Docket No. 265], dated July 21, 2008, enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit "A".

        3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        _____
                                                        Ross Matray

Sworn to before me this
22nd day of July, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Certification of No Objection_aff_7-21-08.DOC

# EXHIBIT "A"

```
TIME: 14:10:48                                   Lexington Precision Corporation                              PAGE:    1
DATE: 07/21/08                                   LPC  CERT OF NO OBJ 7-21-08

Name                                         Address
AMERICAN EXPRESS                             ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001
ANDREWS KURTH LLP                            ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017
ANDREWS KURTH LLP                            ATTN:JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017
BLANK ROME LLP                               ATTN:MICHAEL Z. BROWNSTEIN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005
BLANK ROME LLP                               ATTN:AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005
BLANK ROME LLP                               ATTN:RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998
BURNT MOUNTAIN CENTER, INC                   ATTN:KIM HYDE 515 PIONEER RD JASPER GA 30143
CAPITALSOURCE FINANCE LLC                    ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CAPITALSOURCE FINANCE LLC                    ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CARTER, LEDYARD & MILBURN LLP                ATTN:AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005
CHANNEL PRIME ALLIANCE                       ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854
CHASE BRASS & COPPER, INC.                   ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152
CHINA AUTO GROUP                             ATTN:KIM TAYLOR DOMINES 17815 SKY PARK CIRCLE, SUITE D IRVINE CA 92614
COHEN, WEISS AND SIMON LLP                   ATTN:RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COHEN, WEISS AND SIMON LLP                   ATTN:ROBIN H. GISE COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036
COPPER & BRASS SALES                         ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC  ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC  ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DALTON BOX                                   ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721
DAY PITNEY LLP                               ATTN:SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945
DEGUSSA-HULS CORPORATION                     ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660
MD SPECIAL SITUATIONS, LLC                   C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
MD SPECIAL SITUATIONS, LLC                   C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815
DOW CORNING STI                              ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755
EDGAR M. JORGENSEN COMPANY                   ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087
ENVIRONMENTAL PRODUCTS AND SERVICES          PO BOX 4620 BURLINGTON VT 05406
EXCELLUS BLUE CROSS                          ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692
GEORGIA DEPARTMENT OF REVENUE                SALES & USE TAX DIVISION P.O. BOX 105296 ATLANTA GA 30348
GEORGIA POWER                                ATTN:AKIM GRATE BIN #76141 P.O. BOX 200127 CARTERSVILLE GA 30120
GOLD KEY PROCESSING, LTD                     ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062
GOODYEAR TIRE & RUBBER CO.                   ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024
HOSIGER MACHINE TOOLS                        ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271
HALEY & ALDRICH, INC.                        ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400
HISCOCK & BARCLAY, LLP                       ATTN:J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202
IKON OFFICE SOLUTIONS                        RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210
IMPERIAL DIE & MFG CO.                       ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149
INTERNAL REVENUE SERVICE                     ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007
INTERNAL REVENUE SERVICE                     P.O. BOX 21126 PHILADELPHIA PA 19114-0326
INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715
KEYSTONE PROFILES                            ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010
LEXINGTON PRECISION CORPORATION              ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LEXINGTON PRECISION CORPORATION              ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017
LEXINGTON PRECISION CORPORATION              ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297
LINTECH INTERNATIONAL                        ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734
LION COPOLYMER                               ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400
LOCAL 1811, UNITED STEELWORKERS OF AMERICA, AFL-CIO, CLC  C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732
MOMENTIVE PERFORMANCE MATERIALS, INC.        ATTN:LINDA AYERS 187 DANBURY ROAD WILSON CT 06897
NEW YORK STATE SALES TAX                     P.O. BOX 1209 NEW YORK NY 10116
NEW YORK STATE TAX PROCESSING                JAF BUILDING, P.O. BOX 1206 NEW YORK NY 10116
O'MELVENY & MEYERS, LLP                      ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
OFFICE OF THE UNITED STATES TRUSTEE          FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004
OHIO EDISON                                  ATTN:CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637
PPG INDUSTRIES, INC.                         ATTN:ANEW JOHNSON DEPT. AT 40177 P.O. BOX 40162 ATLANTA GA 31192-0162

                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:10:48                          Lexington Precision Corporation                          PAGE:   2
DATE: 07/21/08                              LPC  CERT OF NO OBJ 7-21-08
```

| Name | Address |
|---|---|
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH 11601 KATY FREEWAY, STE 223 HOUSTON TX 77079 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWY NEW YORK NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y CANADA |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| THOMAS M. WILSON, ESQ. | KELLEY & FERRARO, L.L.P. 2200 KEY TOWER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561 COLUMBUS OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222 |
| VITEX CORPORATION | ATTN: BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221 |
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5 NEW YORK NY 10004 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |

Total Number of Records Printed       69

EPIQ BANKRUPTCY SOLUTIONS, LLC