UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                                     :       Chapter 11 Case No.
                                                                              :
**LEXINGTON PRECISION CORP., et al.,**       :       08- 11153 (MG)
                                                                              :
          Debtors.                                                  :       (Jointly Administered)
                                                                              :
------------------------------------------------------------x       Ref. Docket No. 278

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK     )

HERB BAER, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 28, 2008, I caused a true and correct copy of the "Notice of Agenda of Matters Scheduled for Hearing on July 29, 2008, at 10:00 am.," [Docket No. 278], dated July 28, 2008, to be delivered by facsimile to the following parties:

Andrews Kurth LLP, Attn: Paul N. Silverstein, Jonathan Levine, Fax: (212) 850-2929

O'Melveny & Meyers, LLP, Attn: Gerald Bender, Esq., Fax: (212) 326-2061

The Office of the United States Trustee, Attn: Paul Kenan Schwartzberg, Fax:(212) 668-2255

_____
Herb Baer

Sworn to before me this
28th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\LPC\Affidavits\Agenda of Matters_aff_7-28-08.DOC