**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                          :
In re                                                     :        **Chapter 11 Case No.**
                                                          :
**LEXINGTON PRECISION CORP., et al.,**                    :        **08-11153 (MG)**
                                                          :
              **Debtors.**                                :        **(Jointly Administered)**
                                                          :
------------------------------------------------------------x

**ORDER PURSUANT TO SECTION**
**365(d)(4) OF THE BANKRUPTCY CODE EXTENDING THE**
**TIME TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES**

Upon the motion, dated July 3, 2008 (the "Motion"), of Lexington Precision

Corporation and Lexington Rubber Group, Inc. (together, the "Debtors"), for entry of an order

pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code")

extending the time to assume or reject non-residential real property leases (the "Leases"), all as

more fully described in the Motion; and the Court having jurisdiction to consider the Motion and

the relief requested therein in accordance with 28 U.S.C. § 1334 and the Standing Order of

Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of

New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided; and no other notice need be provided; and such relief being in

the best interest of the Debtors, their estates and creditors; and after due deliberation, and

sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the time within which the Debtors may assume or reject the

Leases pursuant to section 365(d)(4) of the Bankruptcy Code is extended to the earlier of (i) the

**effective** date of **an order confirming a ~~confirmed~~ (MG)** chapter 11 plan or (ii) October 28, 2008; and it is further

ORDERED that the extension granted by this Order is without prejudice to the Debtors' right to seek further extensions of time to assume or reject some or all of their Leases; and it is further

ORDERED that nothing in this Order shall constitute postpetition assumption or rejection, pursuant to section 365 of the Bankruptcy Code, of the Leases, and all of the Debtors' rights to seek to assume or reject the Leases are preserved; and it is further

ORDERED that the requirement pursuant to Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that the Debtors file a separate memorandum of law in support of the Motion is waived.

Dated:  **July 29, 2008**
         New York, New York

_____/s/Martin Glenn_____
UNITED STATES BANKRUPTCY JUDGE