UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEXINGTON PRECISION CORP., et al.**,                        :    08-11153 (MG)
                                                              :
    Debtors.                                                  :    (Jointly Administered)
                                                              :
-----------------------------------------------------------------x

**ORDER FURTHER EXTENDING TIME TO FILE A PROPOSED
DISCLOSURE STATEMENT FOR THE PLAN OF REORGANIZATION**

Upon the oral motion (the "Motion") of Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rule 3016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made at a hearing, held on July 29, 2008 (the "Hearing"), for entry of an order extending the time to file a proposed disclosure statement with respect to the Debtors' plan of reorganization (the "Plan"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the record of the Hearing; and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the Hearing and all of the proceedings had before the Court, the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent provided below; and it is further

ORDERED that pursuant to Bankruptcy Rule 3016(b), the time by which the Debtors must file a proposed disclosure statement with respect to the Plan is extended through and including August 8, 2008, without prejudice to the Debtors seeking a further extension; and it is further

ORDERED that the requirement set forth in Local Bankruptcy Rule 9013-1(b) for the filing of a separate memorandum of law in support of the Motion is satisfied.

Dated: New York, New York
　　　　July 29, 2008

　　　　　　　　　　　　　　　　　　/s/ Martin Glenn
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE