**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
**In re**                                   :    Chapter 11 Case No.
                                            :
**LEXINGTON PRECISION CORP., et al.,**      :    08-11153 (MG)
                                            :
              Debtors.                      :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIOD**
**DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN**

A motion, dated July 9, 2008 (the "Motion to Extend"), having been filed by Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "Debtors"), for entry of an order pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending, *inter alia*, the period during which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") to October 28, 2008, all as more fully set forth in the Motion to Extend; and the Court having held an evidentiary hearing on the Motion to Extend on July 29, 2008, (the "Hearing") and having reserved decision thereon; and, upon the oral motion (the "Bridge Motion") of the Debtors made at the Hearing for a bridge order extending the Exclusive Filing Period until such time as the Court has entered an order determining the Motion to Extend; and, as reflected in the record of the Hearing, the official creditors' committee having no objection to the Bridge Motion; and the Court on the record of the Hearing having granted the Bridge Motion; it is hereby

ORDERED that the Debtors' Exclusive Filing Period is extended until such time as the Court has entered an order determining the Motion to Extend.

Dated: New York, New York
       July 30, 2008

                                   /s/ Martin Glenn
                                   UNITED STATES BANKRUPTCY JUDGE

NY2:\1900561\01\14QHD01!.DOC\26690.0008