UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEXINGTON PRECISION CORP., et al.,**                      :    08- 11153 (MG)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

　　　　　Mark Susko, being duly sworn, deposes and says:

　　　　1.　　I am employed as a Legal Intern by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

　　　　2.　　On July 24, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

　　　　3.　　All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mark Susko

Sworn to before me this

29th  day of July, 2008

_____
Notary Public

　　ROSS MATRAY
Notary Public, State of New York
　　No. 01MA614CC.
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\LPC\Affidavits\Transfers_aff_7-24-08.DOC

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.
LEXINGTON PRECISION CORP., et al               | 08-11153 (MG)
        Debtors.                               |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CRATERS AND FREIGHTERS CORP.
          819 PICKENS INDUSTRIAL DR.
          SUITE 1
          MARIETTA, GA 30062

Please note that your schedule in the above referenced case and in the amount of
    $1,012.00 has been transferred **(unless previously expunged by court order)** to:

          DEBT ACQUISITION COMPANY OF AMERICA V
          TRANSFEROR: CRATERS AND FREIGHTERS CORP.
          ATTN: TRACI FETTE
          1565 HOTEL CIRCLE SOUTH, #310
          SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 272    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2008                               Kathleen Farrell-Willoughby, Clerk of Court

                                               /s/ Mark Susko

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 24, 2008.

**EXHIBIT "B"**

```
TIME: 11:48:35                                    Lexington Precision Corporation                                              PAGE:   1
DATE: 07/24/08                                         CREDITOR LISTING

Name                                    Address
CRATERS AND FREIGHTERS CORP.            819 PICKENS INDUSTRIAL DR. SUITE 1 MARIETTA GA 30062
DEBT ACQUISITION COMPANY OF AMERICA V   TRANSFEROR: CRATERS AND FREIGHTERS CORP. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108
HAIN CAPITAL HOLDINGS, LTD              TRANSFEROR: SHIN-ETSU SILICONES OF ATTN: GANNA LIBERCHUK 301 ROUTE 17, FLOOR 6 RUTHERFORD NJ 07070
SHIN-ETSU SILICONES OF                  AMERICA, INC. 1150 DAMAR DRIVE AKRON OH 443051

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153