# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### (MANHATTAN)

| | |
|---|---|
| In re: | CASE NO. 08-11153 (MG) |
| | (Jointly Administered) |
| LEXINGTON PRECISION CORPORATION, | CHAPTER 11 |
| Debtors. | JUDGE MARTIN GLENN |

## MOTION TO APPEAR *PRO HAC VICE*

Now comes **Donald N. Jaffe**, pursuant to this Court's Local Rule 2090-1(b), and respectfully moves the Court for permission to appear, *pro hac vice*, as counsel for and on behalf of Pepper Pike Place Associates, LLC, one of the creditors involved in the instant bankruptcy proceedings. An Affidavit in support of the within Motion is attached hereto and made a part hereof. Additionally, a proposed Order is submitted herewith.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

HOWARD A. MARKEN (OH Reg. #0016521)
FRED J. ARNOFF (OH Reg. #0016524)
DONALD N. JAFFE (OH Reg. #0001186)
WESTON HURD LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio  44114-1862
Telephone No.: 216.687.3262
Telecopier No.: 216.621.8369
E-mail: djaffe@westonhurd.com
Attorneys for Pepper Pike Place Associates, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Appear *Pro Hac Vice* was forwarded on this 29th day of July, 2009, via first class mail to:

Richard R. Kransow, Esq.
Weil, Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Attorney for Debtors*

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

DONALD N. JAFFE (OH Reg. No. 0009186)
One of the Attorneys for Pepper Pike Place
Associates, LLC

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

| | | |
|---|---|---|
| In re: | ) | CASE NO. 08-11153 (MG) |
| | ) | (Jointly Administered) |
| LEXINGTON PRECISION CORPORATION, | ) ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | JUDGE MARTIN GLENN |

| | | |
|---|---|---|
| STATE OF OHIO | ) ) SS: | **AFFIDAVIT OF DONALD N. JAFFE** |
| COUNTY OF CUYAHOGA | ) | |

**DONALD N. JAFFE**, being first duly sworn according to law, deposes and states as follows:

1. Affiant is an attorney at law duly licensed to practice in the State of Ohio and has been so engaged since October 23, 1961.

2. Affiant further states that he is not under any order of disbarment or suspension by any court to which Affiant has been admitted to practice.

3. Affiant further represents to the Court that in addition to being admitted before the Supreme Court of Ohio under Attorney Registration No. 0001186, Affiant is also duly admitted and in good standing before the following courts: United States Supreme Court; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Armed Forces; United States District Court, Northern District of Ohio; United States District Court, Southern District of Ohio; United States District Court, Eastern District of Michigan; and United States District Court, Northern District of Illinois.

4. My contact information is as follows:

>Donald N. Jaffe
>Weston Hurd LLP
>The Tower at Erieview
>1301 East 9th Street, Suite 1900
>Cleveland, Ohio 44114-1862
>Telephone No.: 216.687.3262
>Telecopier No.: 216.621.8369
>E-mail: djaffe@westonhurd.com

5. Affiant submits this Affidavit in connection with his request to appear, *pro hac vice*, for and on behalf of Pepper Pike Place Associates, LLC, a creditor in the within bankruptcy proceedings.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
DONALD N. JAFFE

**SWORN TO BEFORE ME** and subscribed in my presence this 29th day of July, 2008.

_____
NOTARY PUBLIC

Dawn M. Skrletts, Notary Public
State of Ohio
My Commission Expires Dec. 26, 2009

-2-