IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

| | | |
|---|---|---|
| In re: | ) | CASE NO. 08-11153 (MG) |
| | ) | (Jointly Administered) |
| LEXINGTON PRECISION CORPORATION, | ) ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | JUDGE MARTIN GLENN |

## ORDER

This matter came on for consideration this _____ day of _____, 2008, on the Motion of Attorney Donald N. Jaffe to appear *pro hac vice* for and on behalf of Pepper Pike Place Associates, LLC, a creditor in the within bankruptcy proceedings. Based on the representations of said counsel and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Donald N. Jaffe be and is hereby granted permission to appear, *pro hac vice*, as counsel of record for and on behalf of Pepper Pike Place Associates, LLC in the within bankruptcy proceedings, subject to payment of the filing fee.

_____
MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE