IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

| | | |
|---|---|---|
| In re: | ) | CASE NO. 08-11153 (MG) |
| | ) | (Jointly Administered) |
| LEXINGTON PRECISION CORPORATION, | ) ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | JUDGE MARTIN GLENN |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS AND
RECEIPT OF NOTICES

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE and, pursuant to Bankruptcy Rule 9010(b), enter the appearance of:

> Howard A. Marken, Esq.
> Fred J. Arnoff, Esq.
> Donald N. Jaffe, Esq.
> Weston Hurd LLP
> The Tower at Erieview
> 1301 East 9th Street, Suite 1900
> Cleveland, Ohio 44114-1862
> Telephone No.: 216.687.3262
> Telecopier No.: 216.621.8369
> E-mail: djaffe@westonhurd.com

as counsel for Pepper Pike Place Associates, LLC, a creditor of the above-named Debtor.

REQUEST is hereby further made by counsel that all notices given or required to be given in this case to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to said counsel.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notice and papers referred to in the

Rules specified hereinabove, but also includes without limitation orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise: (1) which may, directly or indirectly, affect or seek to affect in any way rights or interests of Pepper Pike Place Associates, LLC with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor has or may claim an interest; or (c) property or proceeds thereof in possession, custody or control of Pepper Pike Place Associates, LLC which Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Pepper Pike Place Associates, LLC; or (3) which may otherwise affect the Debtor or the property of the Debtor.

Respectfully submitted,

/s/ Donald N. Jaffe
HOWARD A. MARKEN (Ohio Reg. #0016521)
FRED J. ARNOFF (Ohio Reg. #0016524)
DONALD N. JAFFE (OH Reg. No. 0001186)
WESTON HURD LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862
Telephone No.: 216.687.3262
Telecopier No.: 216.621.8369
E-mail: djaffe@westonhurd.com
Attorneys for Pepper Pike Place Associates, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Appearance and Request for Service of Papers and Receipt of Notice was filed electronically this 11th day of August, 2008. Notice of this filing will be sent to all parties via the Electronic Case Filing System. Parties may access this filing through the Court's system.

In addition, a copy of the foregoing Notice has been sent via U.S. First Class Mail, postage prepaid, this 11th day of August, 2008, to:

>Epiq Bankruptcy Solutions, LLC,
>   Claims Agent
>(f/k/a Bankruptcy Services, LLC)
>757 Third Avenue, 3[rd] Floor
>New York, NY   10017
>
>Debt Acquisition Company of
>   America V, LLC
>1565 Hotel Circle South, Suite 310
>San Diego, CA   92108
>
>Equity Trust Company, Custodian
>   fbo David Fishel IRA
>225 Burns Road
>Elyria, OH   44035
>
>Fair Harbor Capital, LLC
>875 Avenue of the Americas,
>   Suite 2305
>New York, NY   10001
>
>Hain Capital Group, LLC
>301 Route 17, 6[th] Floor
>Rutherford, NJ   07070
>
>Liquidity Solutions, Inc.
>One University Plaza, Suite 312
>Hackensack, NJ   07601

Mitchel H. Perkiel
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Revenue Management
One University Plaza, Suite 312
Hackensack, NJ 07601

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10005

Lee William Stremba
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

/s/ *Donald N. Jaffe*
DONALD N. JAFFE (OH Reg. No. 0001186)
One of the Attorneys for Pepper Pike Place
  Associates, LLC