UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                       :       Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,                          :       08- 11153 (MG)
:
    Debtors.                                                :       (Jointly Administered)
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
____7th____ day of August, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers_aff_8-6-08.DOC

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al | 08-11153 (MG)

　　　　　Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　　　To:　CHEMETALL OAKITE PRODUCTS
　　　　　　　22040 NETWORK PLACE
　　　　　　　CHICAGO, IL 60673-1220

Please note that your schedule in the above referenced case and in the amount of
　　　$6,107.06 has been transferred **(unless previously expunged by court order)** to:

　　　　LIQUIDITY SOLUTIONS, INC.
　　　　TRANSFEROR: CHEMETALL OAKITE PRODUCTS
　　　　D/B/A REVENUE MANAGEMENT
　　　　ONE UNIVERSITY PLAZA, SUITE 312
　　　　HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　One Bowling Green
　　　　　　　　　　　New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 298　　　　in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2008　　　　　　　　　　　　　　Kathleen Farrell-Willoughby, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ross Matray
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Bankruptcy Services LLC as claims
　　　　　　　　　　　　　　　　　　　　　　　　　agent for the debtor(s).

FOR BSI USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 6, 2008.

**EXHIBIT "B"**

```
TIME: 14:37:20                          Lexington Precision Corporation                           PAGE:    1
DATE: 08/06/08                                 CREDITOR LISTING


Name                                    Address
BLUE HERON MICRO OPPORTUNITIES FUND LLP TRANSFEROR: TRADE BEAM, INC. ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
CHEMETALL OAKITE PRODUCTS               22040 NETWORK PLACE CHICAGO IL 60673-1220
CHEMETALL OAKITE PRODUCTS               675 CENTRAL AVE. NEW PROVIDENCE NJ 07974
CMI - SPECIALTY SYSTEMS, LLC            P.O. BOX 673409 DETROIT MI 48267-3409
EVONIK DEGUSSA CORPORATION              379 INTERPACE PARKWAY PARSIPPANY NJ 07054
GRAYBAR                                 85 PEEPLES VALLEY ROAD, S.E CARTERSVILLE GA 30121-5102
HAIN CAPITAL HOLDINGS, LTD              AS ASSIGNEE OF IMPERIAL DIA & MFG. CO 301 ROUTH 17, 6TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LTD              AS ASSIGNEE OF SHIN-ETSU SILICONES OF AMERICA 301 ROUTE 17, FLOOR 6 RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LTD              TRANSFEROR: PPG INDUSTRIES, INC. ATTN: GANNA LIBERCHUK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070
HAINCO, LLC                             TRANSFEROR: EVONIK DEGUSSA CORPORATION ATTN: GANNA LIBERCHUK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070
HAINCO, LLC                             TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD ATTN: GANNA LIBERCHUK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: CHEMETALL OAKITE PRODUCTS D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: CMI - SPECIALTY SYSTEMS, LLC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: GRAYBAR D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: PREFERRED ACQUISITION CO LLC D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
PREFERRED ACQUISITION CO LLC            4871 NEO PARKWAY CLEVELAND OH 44128
TRADE BEAM, INC.                        TWO WATERS PARK DRIVE SUITE 200 SAN MATEO CA 94403

Total Number of Records Printed         17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

LPC 8-6-08

Conray Tseng
Weil, Gotshal & Manges L.L.P.
 Business Finance & Restructuring
767 5th Ave Office 2773
New York, N.Y. 10153