| | |
|---|---|
| **HODGSON RUSS LLP** | Adjourned Hearing Date & Time: September 10, 2008 at 10:00 a.m. |
| Deborah J. Piazza (DP 6640) | Special Objection Deadline: September 3, 2008 by 4:00 p.m. |
| Jennifer L. Rando (JR 6222) | Objection Deadline for All Others: June 2, 2008 at 4:00 p.m. |
| 60 East 42nd Street, 37th Floor | |
| New York, NY 10165 | |
| Telephone: (212) 661-3535 | |
| Facsimile: (212) 972-1677 | |
| dpiazza@hodgsonruss.com | |
| jrando@hodgsonruss.com | |

**SHUMAKER, LOOP & KENDRICK LLP**
David J. Coyle, Esq.
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: (419) 241-9000
Facsimile: (419) 241-6894
dcoyle@slk-law.com

*Attorneys for Wacker Chemical Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-11153 (MG) |
| LEXINGTON PRECISION CORP. et al., | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF WACKER CHEMICAL CORPORATION FOR ENTRY OF ORDER AWARDING ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(9) AND REQUIRING IMMEDIATE PAYMENT UNDER §503(a)

**PLEASE TAKE NOTICE** that the hearing scheduled for August 20, 2008 to consider the *Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) and Requiring Immediate Payment Under§ 503(a)* (the "Motion") filed May 16, 2008 [Docket No. 112] has been adjourned. The Motion is now scheduled for a hearing to be held on September 10, 2008 at 10:00 a.m. before the

Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, United States Bankruptcy Court, Courtroom 501, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections **only** of (I) the Debtors and of (II) Capitalsource Finance LLC and CSE Mortgage LLC, the agents for the senior prepetition lenders (the "Special Potential Objectors"), if any, to the relief requested in the Motion must (1) be in writing and comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and (2) be filed with the United States Bankruptcy Court for the Southern District of New York and (3) be served in accordance with (a) General Order M-242, (b) the *Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures,* entered April 2, 2008 [Docket No. 22], and (c) the *Case Management and Scheduling Order,* entered May 13, 2008 [Docket No. 106] (collectively, the "Administrative Orders") and be further served upon **so as to be received** no later than **4:00 p.m. on September 3, 2008** by Deborah J. Piazza, Esq. and Jennifer L. Rando, Esq., 60 East 42nd Street, 37th Floor, New York, New York 10165.

**PLEASE TAKE FURTHER NOTICE** that objections of any party **other than** the Special Potential Objectors, if any, to the relief requested in the Motion was **to be received** no later than **4:00 p.m. on June 2, 2008** by Deborah J. Piazza, Esq. and Jennifer L. Rando, Esq., 60 East 42nd Street, 37th Floor, New York, NY 10165.

Any objection not timely filed and served in the manner set forth above may not be considered and may be overruled by the Court.

Dated: August 12, 2008
      New York, New York

                                  Respectfully submitted,

                                  /s/ Deborah J. Piazza
                                Deborah Piazza (DP 6640)
                                Jennifer L. Rando (JR 6222)
                                **HODGSON RUSS LLP**
                                60 East 42nd Street, 37th Floor
                                New York, NY  10165
                                Telephone:  (212) 661-3535
                                Facsimile:  (212) 972-1677
                                Tel.: (212) 751-4300
                                Fax: (212) 751-0928
                                dpiazza@hodgsonruss.com
                                jrando@hodgsonruss.com

                                **SHUMAKER, LOOP & KENDRICK LLP**
                                David J. Coyle, Esq.
                                1000 Jackson Street
                                Toledo, OH  43604-5573
                                Telephone:  (419) 241-9000
                                Facsimile:  (419) 241-6894
                                dcoyle@slk-law.com

                                *Attorneys for Wacker Chemical Corporation*

055776/00000 NYCDOCS2 456498v1