**HODGSON RUSS LLP**
Deborah J. Piazza (DP 6640)
Jennifer L. Rando (JR 6222)
60 East 42nd Street, 37th Floor
New York, NY  10165
Telephone:  (212) 661-3535
Facsimile:  (212) 972-1677
dpiazza@hodgsonruss.com
jrando@hodgsonruss.com

**SHUMAKER, LOOP & KENDRICK LLP**
David J. Coyle, Esq.
1000 Jackson Street
Toledo, OH  43604-5573
Telephone:  (419) 241-9000
Facsimile:  (419) 241-6894
dcoyle@slk-law.com

*Attorneys for Wacker Chemical Corporation*

**Adjourned Hearing Date & Time:  September 10, 2008 at 10:00 a.m.**
**Special Objection Deadline:  September 3 at 4:00 p.m.**
**Objection Deadline for All Others:  June 2, 2008 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

LEXINGTON PRECISION CORP. et al.,

Debtors.

Chapter 11
Case No.  08-11153 (MG)
(Jointly Administered)

---

## AFFIDAVIT OF SERVICE

Robin Cipollaro, being duly sworn, deposes and says that (1) she is not a party to the above-entitled action and is over the age of 18 years; and (2) on August 13, 2008, pursuant to the *Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures* entered by this Court on April 2, 2008 and the *Case Management and Scheduling Order* entered by this Court on May 13, 2008, she served, via first class U. S. mail, postage prepaid, a true and correct copy of the **Notice of Adjournment of**

**Hearing on Motion of Wacker Chemical Corporation for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. §503(b)(9) and Requiring Immediate Payment Under §503(a)** dated and filed on May 30, 2008 upon each party listed on the Master Service List annexed as Exhibit A hereto and upon each party listed on the Notice of Appearance Service List annexed as Exhibit B hereto.

Dated: August 13, 2008
     New York, New York

         /s/  Robin Cipollaro_____

Robin Cipollaro
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, NY  10165
Telephone:  (212) 661-3535
Facsimile:   (212) 751-0928

Sworn to before me this
13 day of August, 2008.

 /s/  Margaret Cmielewski_____
    Notary Public
Number:  _02CM6049245_____

055776/00000 NYCDOCS2 456526v1