UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                           :

In re                                                                          :        Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al.,     :        08- 11153 (MG)

                    Debtors.                           :        (Jointly Administered)
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

        1.     I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.     On August 12, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

        3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  _____
                                                                  Paul Belobritsky

Sworn to before me this

13th  day of August, 2008

_____
Notary Public

      ROSS MATRAY
Notary Public, State of New York
     No. 01MA614...
  Qualified in New Yo...
 Commission Expires July 5, 20_10

T:\Clients\LPC\Affidavits\Transfers_aff_8-12-08.DOC

# EXHIBIT A

|                                              |                       |
|----------------------------------------------|-----------------------|
| In re                                        | Chapter 11 Case No.   |
| LEXINGTON PRECISION CORP., et al             | 08-11153 (MG)         |
|       Debtors. |                       |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

     To:   STANDEX INTERNATIONAL GROUP
           DBA MOLD TECH OHIO
           801 N MERICIAN ROAD
           YOUNGSTOWN, OH 44509

Please note that your schedule in the above referenced case and in the amount of
      $4,385.00 has been transferred **(unless previously expunged by court order)** to:

           FAIR HARBOR CAPITAL, LLC
           TRANSFEROR: STANDEX INTERNATIONAL GROUP
           875 AVENUE OF THE AMERICAS, STE 2305
           NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 310 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/12/2008                              Kathleen Farrell-Willoughby, Clerk of Court

                                              /s/ Paul Belobritsky

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 12, 2008.

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153

# EXHIBIT B

TIME: 15:26:53
DATE: 08/12/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALPHA TECHNOLGIES SERVICES | P O BOX 73807 CLEVELAND OH 44193 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: FORKLIFTS UNLIMITED 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: STANDEX INTERNATIONAL GROUP 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FORKLIFTS UNLIMITED | PO BOX 947 YORK SC 29745-0947 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ALPHA TECHNOLGIES SERVICES D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TECH PRO, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| STANDEX INTERNATIONAL GROUP | DBA MOLD TECH OHIO 801 N MERICIAN ROAD YOUNGSTOWN OH 44509 |
| TECH PRO, INC. | 121 EAST ASCOT LANE CUYAHOGA FALLS OH 44223 |

Total Number of Records Printed    8

EPIQ BANKRUPTCY SOLUTIONS, LLC