UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

In re                                           :        Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al.,    :        08- 11153 (MG)

          Debtors.                           :        (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

       ROSS MATRAY, being duly sworn, deposes and says:

       1.     I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.     On August 13, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

       3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        /s/ Ross Matray
                                                                        Ross Matray

Sworn to before me this
18th day of August, 2008

/s/ Notary
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers_aff_8-13-08.DOC

**EXHIBIT "A"**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  PEENING TECHNOLOGIES
     6289 BLDG #8
     BANKHEAD HIGHWAY
     AUSTELL, GA 30106
```

Please note that your schedule in the above referenced case and in the amount of
         $100.00 has been transferred **(unless previously expunged by court order)** to:

```
BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PEENING TECHNOLOGIES
ATTN: CLAIMS PROCESSING DEPARTMENT
5315 NORTH KINGS HIGHWAY
MYRTLE BEACH, SC 29577
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 314     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2008                      Kathleen Farrell-Willoughby, Clerk of Court

                                      /s/ Ross Matray
                                      _____
                                      By: Bankruptcy Services LLC as claims
                                          agent for the debtor(s).

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 13, 2008.

# EXHIBIT "B"

```
TIME: 17:46:50                                      Lexington Precision Corporation                                              PAGE:    1
DATE: 08/13/08                                             CREDITOR LISTING

Name                                   Address
BLUE HERON MICRO OPPORTUNITIES FUND LLP   TRANSFEROR: PEENING TECHNOLOGIES ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
PEENING TECHNOLOGIES                      6289 BLDG #8 BANKHEAD HIGHWAY AUSTELL GA 30106

Total Number of Records Printed    2
```

# EXHIBIT "C"

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153