## NOTICE OF CLAIMS PURCHASE AGREEMENT

**Tri Dim**, a(n)  Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **BLUE HERON MICRO OPPORTUNITIES FUND LLP**, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$495.99** (proof of claim amount, defined as the "Claim") against **Lexington Rubber Group, Inc.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case Number 08-11156** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the ____11____ day of ____August____, 2008.

Tri-Dim Filter Corporation
(Company Name)

WITNESS ____John Buzy____
(Signature)

____(Signature of Corporate Officer)____

____John Buzzy____
(Print Name and Title of Witness)

Craig Sackett  V.P. of Human Resources
(Print Name and Title of Corporate Officer)

**BLUE HERON MICRO OPPORTUNITIES FUND LLP**

WITNESS _____
(Signature)

____(Signature of Fund Representative)____

TERRY L. MILLER
(Print Name, Blue Heron Micro Opportunities Fund LLP)

## Exhibit "A"