UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEXINGTON PRECISION CORP., et al.,                                :   08- 11153 (MG)
                                                                  :
    Debtors.                                                      :   (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                Ross Matray
                                                Ross Matray

Sworn to before me this
14th day of August, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers_aff_8-11-08.DOC

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al | 08-11153 (MG)

       Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALPHA TECHNOLGIES SERVICES
        P O BOX 73807
        CLEVELAND, OH 44193

Please note that your schedule in the above referenced case and in the amount of
    $1,315.00 has been transferred **(unless previously expunged by court order)** to:

        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: ALPHA TECHNOLGIES SERVICES
        D/B/A REVENUE MANAGEMENT
        ONE UNIVERSITY PLAZA, SUITE 312
        HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 308      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/11/2008                                Kathleen Farrell-Willoughby, Clerk of Court

                                                        /s/ Ross Matray
                                                        By: Bankruptcy Services LLC as claims
                                                           agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 11, 2008.

# EXHIBIT "B"

TIME: 12:52:56
DATE: 08/11/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALPHA TECHNOLGIES SERVICES | P O BOX 73807 CLEVELAND OH 44193 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ALPHA TECHNOLGIES SERVICES D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TECH PRO, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| TECH PRO, INC. | 121 EAST ASCOT LANE CUYAHOGA FALLS OH 44223 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT "C"**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153