UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEXINGTON PRECISION CORP., et al.,                              :    08- 11153 (MG)
                                                                :
                Debtors.                                        :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 19, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          _____
                                                          Paul Belobritsky

Sworn to before me this

20th day of August, 2008

_____
Notary Public

    ROSS MATRAY
Notary Public, State of New York
    No. 01MA614899
    Qualified in New York County
Commission Expires July 5, 20_10_

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TRI DIM
     PO BOX 822001
     PHILADELPHIA, PA 19182-2001
```

Please note that your schedule in the above referenced case and in the amount of $987.93 has been transferred **(unless previously expunged by court order)** to:

```
     BLUE HERON MICRO OPPORTUNITIES FUND LLP
     TRANSFEROR: TRI DIM
     ATTN: CLAIMS PROCESSING DEPARTMENT
     5315 NORTH KINGS HIGHWAY
     MYRTLE BEACH, SC 29577
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 325 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/19/2008                           Kathleen Farrell-Willoughby, Clerk of Court

                                           /s/ Paul Belobritsky
                                           _____
                                           By: Bankruptcy Services LLC as claims
                                               agent for the debtor(s).

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 19, 2008.

**EXHIBIT B**

```
TIME: 15:19:41                           Lexington Precision Corporation
DATE: 08/19/08                                  CREDITOR LISTING                                              PAGE:    1
```

| Name | Address |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: TRI DIM ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |
| TRI DIM | PO BOX 822001 PHILADELPHIA PA 19182-2001 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP  
Attn: Conray Tseng  
767 Fifth Avenue  
New York, N. Y. 10153