WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEXINGTON PRECISION CORPORATION,                             :   08- 11153 (MG)
                                                             :
            Debtor.                                          :
                                                             :
-------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 22, 2008, AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408.

**I.      UNCONTESTED MATTERS**

1. Debtors' Motion Pursuant to Section 363(b) of the Bankruptcy Code for Authority to Reimburse Certain Due Diligence Fees **[Docket No. 322]**

    Response Deadline:       August 21, 2008

    Response(s) Received:    None

    Responsible Counsel:  Weil, Gotshal & Manges

    Status: **This matter is going forward**

NY2:\1908485\01\14WLH01!.DOC\26690.0008

Dated: New York, New York
August 21, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession