UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
                                    :
In re                               :
                                    :          Case No.  08-11153 (MG)
LEXINGTON PRECISION CORP., et al.,  :
                                    :          (Jointly Administered)
                                    :
                                    :               (Chapter 11)
                    Debtor.         :
-----------------------------------------------------X

## AMENDED APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

   Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

  1.  Wilmington Trust Company
    1100 North Market Street
    Wilmington, Delaware 19890
    Attn: James J. McGinley (212-415-0522)

  2.  Jefferies High Yield Trading
    The Metro Center
    One Station Place, Three North
    Stamford, CT 06902
    Attn: Robert J. Welch  (203-708-5800)

  3.  Wilfrid Aubrey, LLC
    100 William Street, Suite 1850
    New York, NY 10038
    Attn: Nicholas Walsh (212-675-4906)

  4.  Valhalla Capital Partners, LLC
    2527 Nelson Miller Pkwy.
    Suite 207
    Louisville, KY 40223
    ATTN: Ramond P. Mercherle (502-301-8400 ext 14)

5.      Momentive Performance Materials, Inc.
        c/o Janette Wendorf
        260 Hudson River Road
        Waterford, NY 12188
        Attn: Janelle Wendorf (518-233-5608)


6.      Environmental Products & Services of Vermont, Inc.
        532 State Fair Blvd.
        Syracuse, NY 13204
        Attn: Michael J. Lawler (315-451-6666 ext 213)


Dated: New York, New York
        August 22, 2008


                        DIANA G. ADAMS
                        UNITED STATES TRUSTEE

            By:     /s/ *Paul K. Schwartzberg*
                    Paul K. Schwartzberg
                    Trial Attorney
                    33 Whitehall Street, 21st Floor
                    New York, New York  10004
                    Tel. No. (212) 510-0500