# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC**
Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

EQUITY TRUST CO FBO DAVID FISHEL IRA
Name of Transferee

**Wacker Chemical Corp**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

Court Claim # (if known): 246
Amount of Claim: **$610,753.78**
Date Claim Filed: 08/13/2008

EQUITY TRUST CO FBO DAVID FISHEL IRA
225 BURNS ROAD
ELYRIA, OH 44035

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Michael Handler
 Transferee/Transferee's Agent

Date: 8/25/2008

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

497086

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC**
Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 246 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 8/25/2008.

**Equity Trust Co FBO David Fishel IRA**
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**Wacker Chemical Corp**
**Name of Alleged Transferor**

Address of Transferee
Wacker Chemical Corp
3301 Sutton Road
Adrian, MI 49221

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

497086

**TRANSFER NOTICE**

Wacker Chemical Corp. ("Assignor"), transfers and assigns unto Equity Trust Company Custodian FBO David Fishel IRA, with an address at 225 Burns Road, Elyria, Ohio 44035, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the unsecured Claim of Assignor against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11156 as set forth in the Agreement against Lexington Rubber Group, Inc. ("Debtor"), in the aggregate amount of $610,753.58. However, the Administrative Claim of Assignor against Debtor in the amount of $387,658.76 is not assigned under the Assignment of Claim agreement and shall remain solely owned by Assignor.

IN WITNESS WHEREOF, Assignor has signed below as of the ___|8___ day of August, 2008.

Wacker Chemical Corp.

WITNESS:

By: _____           _____
(Signature)                                      (Signature)

_Craig Fitzpatrick, CFO_               _Sandra Lewis_
(Print Name and Title)                      (Print Name of Witness)

SLK_TOL: #1571273v2A