# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC**
Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

**LIQUIDITY SOLUTIONS, INC**          **Osborn International**
Name of Transferee                    Name of Transferor

Name and Address where notices and payments        Court Claim# (if known): 49
to transferee should be sent:                       Amount of Claim: **$4,433.29**
                                                    Date Claim Filed: 06/18/2008
LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

                                        Phone:_____
                                        Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:/s/Micahel Handler          Date: 8/25/2008
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**497087**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC**
Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 49 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 8/25/2008.

**Liquidity Solutions Inc**                    **Osborn International**
**Name of Transferee**                          **Name of Alleged Transferor**

Address of Transferee:                          Address of Alleged Transferor:
One University Plaza                             **Osborn International**
Suite 312                                       **5401 Hamilton Avenue**
Hackensack, NJ 07601                            **Cleveland, OH 44114**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                    **CLERK OF THE COURT**

497087

**TRANSFER NOTICE**

OSBORN INTERNATIONAL ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Rubber Group, Inc. ("Debtor"), in the aggregate amount of $4,433.29 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11156.

     IN WITNESS WHEREOF, Assignor has signed below as of the __14__ day of _August_, 2008.

OSBORN INTERNATIONAL

WITNESS:

By: _____
(Signature)

_____
(Print Name and Title)

_____
(Signature)

ELEANOR A. TUFTS
(Print Name of Witness)