UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :       Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORPORATION,            :       08- 11153 (MG)
                                            :
        Debtor.                             :
                                            :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2008, I caused a true and correct copy of the "Notice of Agenda of Matters Scheduled for Hearing on August 22, 2008, at 10:00 A.M.," [Docket No. 332], dated August 21, 2008, to be delivered by facsimile to the following parties:

   a) Andrews Kurth LLP, Attn: Paul N. Silverstein, Jonathan Levine
      Fax: (212) 850-2929

   b) O'Melveny & Meyers, LLP, Attn: Gerald Bender, Esq.
      Fax: (212) 326-2061

   c) The Office of the United States Trustee, Attn: Paul Kenan Schwartzberg
      Fax: (212) 668-2255

_____
Eleni Manners

Sworn to before me this
22nd day of August, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\LPC\Affidavits\AOM for Aug 22 Hrg_aff_8-21-08.DOC