## THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Lexington Precision Corporation, Debtor(s). | Case No. 08-11153 MG |
| 800 Third Avenue, 15th Floor | Chapter 11 |
| New York, NY  10023 | |
| 22-1830121 | |

### Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

   The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                                            Respectfully submitted,
                                            Robert E. Cooper, Jr.
                                            Attorney General and Reporter

                                            /s/ Marvin E. Clements, Jr.
                                            Marvin E. Clements, Jr.
                                            Senior Counsel
                                            BPR No. 016031
                                            OFFICE OF THE ATTORNEY GENERAL
                                            BANKRUPTCY DIVISION
                                            P O BOX 20207
                                            Nashville,  TN  37202-0207
                                            Phone: 615-532-2504     Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____8/28/08_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                                            /s/ Marvin E. Clements, Jr.
                                            Marvin E. Clements, Jr.
                                            Senior Counsel

|  |  |
|---|---|
|  | Christopher Marcus |
| Chapter 11 Trustee | Attorney for the Debtor(s) |
| , | 767 5th Avenue |
|  | New York, New York 10153 |