UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :    08- 11153 (MG)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 26, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            _____
                                            Paul Belobritsky

Sworn to before me this

_____ day of August, 2008

_____
Notary Public

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    | Chapter 11 Case No.
                                                         |
LEXINGTON PRECISION CORP., et al                         | 08-11153 (MG)
                                                         |
            Debtors.                                     |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  WACKER CHEMICAL CORP.
             ATTN SANDY LEWIS
             3301 SUTTON RD
             ADRIAN, MI 49221

Please note that your claim # 246 in the above referenced case and in the amount of
        $610,753.78 has been transferred **(unless previously expunged by court order)** to:

             EQUITY TRUST CO FBO DAVID FISHER IRA
             TRANSFEROR: WACKER CHEMICAL CORP.
             225 BURNS ROAD
             ELYRIA, OH 44035

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 336      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/26/2008                                 Kathleen Farrell-Willoughby, Clerk of Court

                                                 /s/ Paul Belobritsky
                                                 _____
                                                 By: Bankruptcy Services LLC as claims
                                                     agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 26, 2008.

# EXHIBIT B

```
TIME: 14:31:43                                    Lexington Precision Corporation                                    PAGE: 1
DATE: 08/26/08                                          CREDITOR LISTING

Name                              Address
EQUITY TRUST CO FBO DAVID FISHER IRA    TRANSFEROR: WACKER CHEMICAL CORP. 225 BURNS ROAD ELYRIA OH 44035
WACKER CHEMICAL CORP.                   ATTN SANDY LEWIS 3301 SUTTON RD ADRIAN MI 49221

Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153