**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08- 11153 (MG)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 28, 2008, I caused to be served a personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Paul Belobritsky

Sworn to before me this

_29TH_ day of August, 2008

_____
Notary Public

**STEPHANIE A. GASKIN**
**NOTARY PUBLIC - STATE OF NEW YORK**
**NO. 01GA6150011**
**QUALIFIED IN NEW YORK COUNTY**
**MY COMMISSION EXPIRES JULY 14, 2011**

T:\Clients\LEXINGTON\Affidavits\Transfer_aff_8-28-08.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |    Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al               |    08-11153 (MG)

                    Debtors.                    |
                                               |
                                               |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BIBB CONTROL SYSTEMS
             PO BOX 277
             2909 LANIER HEIGHTS ROAD
             MACON, GA 31217

Please note that your schedule in the above referenced case and in the amount of
        $903.41 has been transferred **(unless previously expunged by court order)** to:

             BLUE HERON MICRO OPPORTUNITIES FUND LLP
             TRANSFEROR: BIBB CONTROL SYSTEMS
             ATTN: CLAIMS PROCESSING DEPARTMENT
             5315 NORTH KINGS HIGHWAY
             MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 340        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/28/2008                    Kathleen Farrell-Willoughby, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Bankruptcy Services LLC as claims
                                        agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 28, 2008.

**EXHIBIT B**

TIME: 15:14:48
DATE: 08/28/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| BIBB CONTROL SYSTEMS | PO BOX 277 2909 LANIER HEIGHTS ROAD MACON GA 31217 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: BIBB CONTROL SYSTEMS ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |

Total Number of Records Printed    4

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153