**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :        08- 11153 (MG)
                                                    :
            Debtors.                                :        (Jointly Administered)
                                                    :
-----------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New
      York, New York 10017.  I am over the age of eighteen years and am not a party to the
      above-captioned action.

2.    On September 5, 2008, I caused to be served personalized "Notice of Transfer of Claim
      Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of
      which is annexed hereto as Exhibit "A", by causing true and correct copies of the
      Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be
      delivered by first class mail to the parties listed on the annexed Exhibit "B". I also
      caused to be served a copy of the personalized Transfers, enclosed securely in a separate
      postage pre-paid envelope, to be delivered by first class mail to the party listed on the
      annexed Exhibit "C".

3.    All envelopes utilized in the service of the foregoing contained the following legend:
      "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
      ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              Paul Belobritsky

Sworn to before me this

_____ day of September, 2008

_____
Notary Public

T:\Clients\LPC\Affidavits\Transfers_aff_9-05-08.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CHARMILLES TECHNOLOGIES
      AGIE CHARMILLES CORPORATION
      PO BOX 807
      MOUNT PROSPECT, IL 60056-0807

Please note that your schedule in the above referenced case and in the amount of $6,742.10 has been transferred **(unless previously expunged by court order)** to:

      FAIR HARBOR CAPITAL, LLC
      TRANSFEROR: CHARMILLES TECHNOLOGIES
      875 AVENUE OF THE AMERICAS, STE 2305
      NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 351      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GAYSON SDI
             ATTN: ROBERT L. BRADLEY
             30 SECOND STREET, S.W.
             BARBERTON, OH 44203

Please note that your claim # 156 in the above referenced case and in the amount of
     $14,651.22 has been transferred **(unless previously expunged by court order)** to:

             FAIR HARBOR CAPITAL, LLC
             TRANSFEROR: GAYSON SDI
             875 AVENUE OF THE AMERICAS, STE 2305
             NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 353        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                    Kathleen Farrell-Willoughby, Clerk of Court


                                    /s/ Paul Belobritsky

                                    ───────────────────────────────
                                    By: Bankruptcy Services LLC as claims
                                        agent for the debtor(s).

FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |   Chapter 11 Case No.
                                 |
LEXINGTON PRECISION CORP., et al |   08-11153 (MG)
                                 |
            Debtors.             |
                                 |
                                 |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GAYSON SDI
             ATTN: ROBERT L. BRADLEY
             30 SECOND ST. S.W.
             BARBERTON, OH 44203

Please note that your claim # 158 in the above referenced case and in the amount of $6,588.40 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: GAYSON SDI
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 354     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                    Kathleen Farrell-Willoughby, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Bankruptcy Services LLC as claims
                                        agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEXINGTON PRECISION CORP., et al        |    08-11153 (MG)
                                        |
              Debtors.                  |
                                        |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GAYSON SDI
             ATTN: ROBERT L. BRADLEY
             30 SECOND STREET, S.W.
             BARBERTON, OH 44203

Please note that your claim # 157 in the above referenced case and in the amount of $1,747.92 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: GAYSON SDI
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 355      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                      Kathleen Farrell-Willoughby, Clerk of Court


                                      /s/ Paul Belobritsky
                                      _____
                                      By: Bankruptcy Services LLC as claims
                                          agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | | 08-11153 (MG) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  R.E. CONDUIT COMPANY, INC          R.E. CONDUIT COMPANY, INC
     3050 SPRINGBORO WEST               R.E. CONDUIT COMPANY, INC.
     DATON, OH 45439-1716               ATTN: CHERYL D. MORGAN CONTROLLER
                                        P.O. BOX 49007
                                        DAYTON OH 45449-0007

Please note that your claim # 74 in the above referenced case and in the amount of
$9,532.93 has been transferred **(unless previously expunged by court order)** to:

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: R.E. CONDUIT COMPANY, INC
875 AVENUE OF THE AMERICAS, STE 2305
NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 356          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                         Kathleen Farrell-Willoughby, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   YARDE METALS
>       45 NEWELL STREET
>       SOUTHINGTON, CT 06489

Please note that your schedule in the above referenced case and in the amount of
$1,430.30 has been transferred **(unless previously expunged by court order)** to:

> FAIR HARBOR CAPITAL, LLC
> TRANSFEROR: YARDE METALS
> 875 AVENUE OF THE AMERICAS, STE 2305
> NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 357        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | | 08-11153 (MG) |
| Debtors. | | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ENGEL CANADA INC.
             545 ELMIRA RD.
             ATTN: PETRA CATTEAU, SR. CREDIT ADMIN.
             GUELPH, ON N1K 1C2
             CANADA

Please note that your claim # 17 in the above referenced case and in the amount of
        $1,946.48 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: ENGEL CANADA INC.
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 352        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                         Kathleen Farrell-Willoughby, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| |
|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  R.E. CONDUIT COMPANY, INC            R.E. CONDUIT COMPANY, INC
     R.E. CONDUIT COMPANY, INC.           3050 SPRINGBORO WEST
     ATTN: CHERYL D. MORGAN CONTROLLER     DATON, OH 45439-1716
     P.O. BOX 49007
     DAYTON OH 45449-0007

Please note that your claim # 74 in the above referenced case and in the amount of
    $9,532.93 has been transferred **(unless previously expunged by court order)** to:

                                          FAIR HARBOR CAPITAL, LLC
                                          TRANSFEROR: R.E. CONDUIT COMPANY, INC
                                          875 AVENUE OF THE AMERICAS, STE 2305
                                          NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 356       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

# EXHIBIT B

Lexington Precision Corporation
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| CHARMILLES TECHNOLOGIES | AGIE CHARMILLES CORPORATION PO BOX 807 MOUNT PROSPECT IL 60056-0807 |
| ENGEL CANADA, INC. | 545 ELMIRA RD. ATTN: PETRA CATTEAU, SR. CREDIT ADMIN. GUELPH ON N1K 1C2 CANADA |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: CHARMILLES TECHNOLOGIES 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ENGEL CANADA INC. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: GAYSON SDI 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: R.E. CONDUIT COMPANY, INC 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: YARDE METALS 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| GAYSON SDI | ATTN: ROBERT L. BRADLEY 30 SECOND ST, S.W. BARBERTON OH 44203 |
| GAYSON SDI | ATTN: ROBERT L. BRADLEY 30 SECOND ST. S.W. BARBERTON OH 44203 |
| GAYSON SDI | ATTN: ROBERT L. BRADLEY 30 SECOND STREET, S.W. BARBERTON OH 44203 |
| R.E. CONDUIT COMPANY, INC | 3050 SPRINGBORO WEST DAYTON OH 45439-1716 |
| R.E. CONDUIT COMPANY, INC | R.E. CONDUIT COMPANY, INC. ATTN: CHERYL D. MORGAN CONTROLLER P.O. BOX 49007 DAYTON OH 45449-0007 |
| YARDE METALS | 45 NEWELL STREET SOUTHINGTON CT 06489 |

Total Number of Records Printed          12

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153