UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
In re:                                    :    Chapter 11
                                          :
    LEXINGTON PRECISION CORP,         :
                                          :    Case No. 08-11153 (MG)
              *et al.*,                  :
                                          :    Jointly Administered
                Debtors.       :
_____x

**VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

    Allison R. Bach, a member of the bar of the State of Michigan, for her Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent W.Y. Campbell & Company, financial advisors to Debtors in the above-captioned case, states as follows:

    1.    Allison R. Bach is an associate with Dickinson Wright PLLC, located at 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226. Her office telephone number is (313) 223-3500.

    2.    Ms. Bach is admitted to practice law in the State of Michigan (2005), the United States District Court for the Eastern District of Michigan (2005), and the United States District Court for the Western District of Michigan and the United States Court of Appeals for the Sixth Circuit (2006). Ms. Bach's Michigan State Bar number is P68299.

    3.    Ms. Bach is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. She is not currently suspended

or disbarred in any other Court. She is not the subject of any formal pending grievance procedures. She has not been denied admission or disciplined by the State Bar of Michigan, or by any other State Bar or Court.

4. Ms. Bach has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Allison R. Bach respectfully requests that this Court admit her *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this adversary proceeding.

DICKINSON WRIGHT PLLC

By: /s/ Allison R. Bach
    Allison R. Bach (ARB - 5059)
Counsel for W.Y. Campbell & Company
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
abach@dickinsonwright.com

Dated: September 15, 2008

## **VERIFICATION**

Allison R. Bach, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ Allison R. Bach
Allison R. Bach (ARB – 5059)