UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
In re:                                  :     Chapter 11
                                        :
    LEXINGTON PRECISION CORP,         :
                                        :     Case No. 08-11153 (MG)
                      *et al.*,   :
                                        :     Jointly Administered
                Debtors.              :
_____x

## PROOF OF SERVICE

      The undersigned certifies that on September 15, 2008, a copy of Verified Motion for Admission Pro Hac Vice, and proposed Order for Admission Pro Hac Vice were served electronically using the Court's ECF system.

                              /s/ Allison R. Bach
                              Allison R. Bach (ARB-5059)
                              Dickinson Wright PLLC
                              Counsel for W.Y. Campbell & Company
                              500 Woodward Avenue, Suite 4000
                              Detroit, MI  48226
                              abach@dickinsonwright.com