United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP INC | } Chapter 11 |
| | } Sch.# 156005100 |
| | } Sch.# 156005110 |
| | } |
| | } Case No. |
| | } 08-11156 |
| Debtor | } **Amount $9,220.82** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ULINE INC**
**2200 SOUTH LAKESIDE DRIVE**
**WAUKEGAN, IL 60085**

The transfer of your claim as shown above in the amount of **$9,220.82** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

497103

## TRANSFER NOTICE

*ULINE, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Rubber Group, Inc. ("Debtor"), in the aggregate amount of $9,220.82 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11156.

IN WITNESS WHEREOF, Assignor has signed below as of the 8th day of September 2008.

*ULINE, INC.

By: Adams
(Signature)
JAMIE ADAMS - Collections mgr.
(Print Name and Title)

WITNESS:

(Signature)
Michael Handler
(Print Name of Witness)