UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: | Chapter 11 |
| | Case No. 08-11153 (MG) |
| | (Jointly Administered) |
| Lexington Precision Corp. *et al.*, | In proceedings for a reorganization, application for a first interim allowance of fees for financial advisors to the Official Committee of Unsecured Creditors |
| Debtor: | |

FEES AND EXPENSES APPLICATION
COVER SHEET

NAME OF APPLICANT:  STOUT RISIUS ROSS, INC.

NAME OF CLIENT:  THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEXINGTON PRECISION CORP., *ET AL.*

PERIOD COVERED:  MAY 13, 2008 THROUGH JULY 31, 2008

FIRST INTERIM APPLICATION:

SECTION I:  FEE SUMMARY

| PERIOD | | TO DATE | CURRENT |
|---|---|---|---|
| 1. | Total fees and expenses requested: | $ 191,658.22 | $ 191,658.22 |
| 2. | Total fees and expenses allowed: | N/A | N/A |
| 3. | Total retainer (if applicable): | N/A | N/A |
| 4. | Total holdback (if applicable): | N/A | N/A |
| 5. | Total received by applicant: | $ 121,518.44 | $ 121,518.44 |
| 6. | Total fees and expenses due (1 less 5): | $  70,139.78 | $  70,139.78 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Re:

Lexington Precision Corp. *et al.*,


                                        Debtor:

_____

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a first interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your Applicant's retention order was signed on or about June 5, 2008 effective as of May 13, 2008.

B. Your Applicant represents the Official Committee of Unsecured Creditors.

C. This compensation is the First Interim Allowance for the period May 13, 2008 through July 31, 2008.

D. The total amount of the compensation requested is $180,645.16 which consists of $50,000.00 for the "Initial Monthly Fee" pursuant to the Applicant's engagement letter dated May 13, 2008 (Docket #104), $30,645.16 for the pro-rata portion of the "May Monthly Fee," $50,000.00 for the "June Monthly Fee" and $50,000.00 for the "July Monthly Fee."

E. The total amount of expenses of which reimbursement is sought is $11,013.06.

F. The amount of previous compensation paid was $114,516.13.

G. The amount of previous expenses paid was $7,002.31.

H. The amount of retainer is not applicable.


                        STOUT RISIUS ROSS, INC.


                        _____
                        Jeffrey M. Risius, CFA, ASA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Re:

Lexington Precision Corp. *et al.*,

                      Debtor:

_____

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a first interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

Stout Risius Ross, Inc. hereby applies to the court for a first interim allowance of fees and expenses, and represents as follows:

1.    The bankruptcy case of Lexington Precision Corp. *et al.* was commenced by a voluntary petition filed on April 1, 2008.

2.    Lexington Precision Corp. *et al.* is a corporation organized and existing under the laws of the State of Delaware.  The executive office is currently located at 800 Third Avenue, New York, New York 10022.

3.    By order  dated on or about June 5, 2008, the court approved the retention of Stout Risius Ross, Inc. as financial advisors to the Official Committee of Unsecured Creditors.  A copy of said Order is attached as Exhibit C.

4.    The engagement of Stout Risius Ross, Inc. is under the direct supervision of Jeffrey M. Risius, CFA, ASA, a Managing Director of the firm with familiarity in the bankruptcy and insolvency area of valuation and accounting.

5.    Stout Risius Ross, Inc. maintains records of time it expended in the rendition of all professional services.  The firm's time records were made concurrently with the rendition of professional services, and all such records are available for inspection.  Exhibit A-1 hereto sets forth a schedule showing the name, position, hours worked from May 13, 2008 through July 31, 2008 of services rendered for all professionals of Stout Risius Ross, Inc. having devoted time to this case.  Exhibit A-2 hereto is a breakdown of all professionals' daily time details, by project category.

6. Following is a description of the firm's services provided to the Committee of Unsecured Creditors' ("Committee") along with the aggregate time expended by category:

|  | | Hours |
|---|---|---|
| **A.** | **CASE ADMINISTRATION** | |
| | Review of case status, motions, and docket filings. Prepare information request lists and correspondence in connection with the case. Organize and document electronic files received from the Debtors and the Debtors' financial advisor. | 39.70 |
| **B.** | **BUSINESS ANALYSIS** | |
| | Review of the Debtors' historical public annual reports (10-K's) and quarterly reports (10-Q's), historical financial reports by division, and the Confidential Information Memorandum prepared by W.Y. Campbell to get an understanding of the Debtors' business and historical operating results. Also, includes a detailed review of the Debtors Bankruptcy Schedules and Statements of Financial Affairs to understand the Debtors' financial condition at the filing date. Monitoring of weekly actual cash flow for comparison with projections from the filing date through July 25, 2008 and analysis of the Debtors' updated cash flow projections. Also, review and analysis of the Debtors' April and May operating reports. Preparation of comments and various analyses and distribute to Counsel and to the Committee. | 193.80 |
| **C.** | **ASSET RECOVERY** | |
| | Preparation of an estimated distribution analysis using various outcomes on case matters, asset values, and claim values by category. Also, includes a preliminary analysis of disbursements to potential insiders and related parties. Preparation of comments and various analyses and distribute to Counsel and to the Committee. | 34.10 |
| **D.** | **LITIGATION CONSULTING** | |
| | Initial preparation of a business valuation of the Debtors for purposes of evaluating and negotiating a proposed plan of reorganization. Initial preparation includes research and analysis of operating results of comparable companies, research of industry trends, research of comparable transactions and related multiples, review of historical financial statements for non-recurring events, amongst other procedures. In addition, review and analyze prior letters of intent and offers to purchase specific divisions of the Debtors and the Debtors as a whole. Includes the review and analysis of significant amounts of information received from the Debtors' financial advisors related to the Debtors' five-year plan and Plan of Reorganization. Preparation of comments and various analyses and distribute to Counsel and to the Committee. | 313.00 |

**E.**   **PLAN AND DISCLOSURE STATEMENT**                              20.75
Review and analysis of the Debtors' proposed Plan of
Reorganization.   Formulation of an analysis related to the
estimated recovery to the unsecured creditors based on the Plan
of Reorganization.   Preparation of comments and analysis,
distribute to Counsel and the Committee.

**F.**   **TELECONFERENCES/MEETINGS – COMMITTEE OF**
**UNSECURED CREDITORS/COUNSEL**                                       147.20
Preparation for and attendance at meetings and teleconferences
with the Committee and the Committee's professionals to
discuss the Debtors' financial condition, status of DIP
operations, estimated claims base, and other matters.   Includes
various teleconferences and meetings with Committee Counsel
to discuss on-going case matters, preparation for Committee
calls and case strategy.

**G.**   **TELECONFERENCES/MEETINGS –**
**DEBTOR/COUNSEL/FINANCIAL ADVISORS**                                 98.20
Preparation for and attendance at various meetings, site visits
and teleconferences with the Debtors' management and the
Debtors' financial advisors.   Issues discussed include historical
financial results, DIP operations, actual vs. projected results,
status of information requests and ongoing requests for
information, amongst other matters.

**H.**   **FEE APPLICATION**                                          11.25
Preparation of monthly fee statements and time detail for the
period May 13, 2008 through July 31, 2008, in advance of
completing an interim fee application in accordance with the
U.S. Trustee's guidelines.

                                                                   _____
                                                                    **858.00**

7.  The total hours worked by the professional staff of Stout Risius Ross, Inc. for the period May 13, 2008 through July 31, 2008 in performing the work described above in paragraph 6 is as follows:

| | Hours |
|---|---|
| Managing Director | 119.00 |
| Director and Manager | 383.45 |
| Senior Analyst and Analysts | 349.45 |
| Intern | 6.10 |
| | **858.00** |

8.  Applicant makes this first interim application for allowance of fees in the total amount of $180,645.16, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters. The first interim application for allowance of fees consists of $50,000.00 for the "Initial Monthly Fee" pursuant to the Stout Risius Ross, Inc. engagement letter dated May 13, 2008, $30,645.16 for the pro-rata portion of the May Monthly Fee, $50,000.00 for the June Monthly Fee and $50,000.00 for the July Monthly Fee.

9.  Reimbursement of expenses:  The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $11,013.06, listed in Exhibit B.

10.  Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $180,645.16, and for reimbursement of out-of-pocket expenses in the amount of $11,013.06.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before me this 15 day of September 2008

CARRIE CORNELIUS
Notary Public - Michigan
Oakland County
My Commission Expires Jan 12, 2014
Acting in the County of Oakland

Notary Public  9.15.2008

**EXHIBIT A-1**

**LEXINGTON PRECISION CORP.** *ET AL.*

TIME SUMMARY
May 13, 2008 through July 31, 2008

| Name/Title | Time |
|---|---|
| Jeffrey M. Risius, Managing Director | 119.00 |
| Dennis Kalten, Director | 135.40 |
| Jesse Ultz, Manager | 248.05 |
| Julie E. Cavallaro, Senior Analyst | 2.75 |
| Brian Hock, Analyst | 308.45 |
| David Walline, Analyst | 29.50 |
| Nicholas Janiga, Analyst | 4.00 |
| Andrew Robinson, Analyst | 3.00 |
| Christopher Stallman, Analyst | 1.00 |
| Ryan Stonier, Analyst | 0.75 |
| Jeffrey Holycross, Intern | 6.10 |
| | **858.00** |

**EXHIBIT A-2**

**LEXINGTON PRECISION CORP.** *ET AL.*

DAILY TIME BY PROFESSIONAL
BY CATEGORY

See attached details of all professionals' time from May 13, 2008 through July 31, 2008.

Detail of Services Provided By Stout Risius Ross, Inc.

Exhibit A-2

Lexington Precision Corp., et al.

May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Asset Recovery | 06/11/08 | DK | Dennis Kalten | 2.50 | Review of the Debtors' assets and claims as of the filing date including 503(b)(9) claims |
| Asset Recovery | 06/12/08 | DK | Dennis Kalten | 2.00 | Continue to review the Debtors' assets and claims as of the filing date including 503(b)(9) claims |
| Asset Recovery | 06/13/08 | DK | Dennis Kalten | 2.00 | Continue to prepare claims and waterfall analysis |
| Asset Recovery | 06/16/08 | DK | Dennis Kalten | 0.50 | Initial preparation of a list of potential insiders and related parties including amounts disbursed to them within 1 year prior to the filing date based on the Statements of Financial Affairs |
| Asset Recovery | 06/16/08 | DK | Dennis Kalten | 1.50 | Revisions to the claims and waterfall analysis |
| Asset Recovery | 06/17/08 | DK | Dennis Kalten | 0.60 | Update summary of disbursements to potential insiders and related parties based on the April operating report |
| Asset Recovery | 06/17/08 | DK | Dennis Kalten | 0.40 | Updates to the claims and waterfall analysis |
| Asset Recovery | 06/18/08 | DK | Dennis Kalten | 0.80 | Update waterfall analysis based on additional information received from WY Campbell |
| Asset Recovery | 06/27/08 | DK | Dennis Kalten | 0.50 | Finalize asset and claims analysis |
| Asset Recovery | 06/27/08 | DK | Dennis Kalten | 0.30 | Update analysis of disbursements to potential insiders and related parties and distribute to Counsel |
| Asset Recovery | 07/01/08 | BH | Brian Hock | 5.00 | Analysis of claims filed |
| Asset Recovery | 07/02/08 | BH | Brian Hock | 4.00 | Analysis of convenience claims filed |
| Asset Recovery | 07/02/08 | BH | Brian Hock | 2.00 | Updating claims analysis |
| Asset Recovery | 07/02/08 | JU | Jesse A. Ultz | 2.00 | Convenience claims analysis, revising proposal summary |
| Asset Recovery | 07/07/08 | BH | Brian Hock | 1.00 | Updated claims analysis |
| Asset Recovery | 07/08/08 | BH | Brian Hock | 1.00 | Edited claims analysis schedules |
| Asset Recovery | 07/08/08 | DK | Dennis Kalten | 0.50 | Review of claims analysis |
| Asset Recovery | 07/22/08 | BH | Brian Hock | 1.50 | Updated claims analysis |
| Asset Recovery | 07/23/08 | DK | Dennis Kalten | 1.00 | Review of proofs of claims filed to date |
| Asset Recovery | 07/28/08 | BH | Brian Hock | 5.00 | Updated claims analysis |
| | | | | 34.10 | |
| Business Analysis | 5/13/08 | DK | Dennis Kalten | 0.80 | Review of the Debtors' most recent 10-K and 10-Q |
| Business Analysis | 5/13/08 | JU | Jesse A. Ultz | 0.50 | Review company overview prepared by management |
| Business Analysis | 5/14/08 | JU | Jesse A. Ultz | 1.00 | Review public filings such as historical 8-k's, 10-k's and 10-q's |
| Business Analysis | 5/16/08 | DK | Dennis Kalten | 0.30 | Review of DIP Financing Motion |
| Business Analysis | 5/16/08 | DK | Dennis Kalten | 0.30 | Review of DIP budget |
| Business Analysis | 5/19/08 | DK | Dennis Kalten | 0.30 | Review of other first day motions such as motion to pay wages, common carrier charges, etc. |
| Business Analysis | 5/21/08 | JR | Jeffrey M. Risius | 4.00 | Review of 2007 internally prepared financial statements, confidential memorandum prepared by W.Y. Campbell, management presentation, etc. |
| Business Analysis | 5/22/08 | BH | Brian Hock | 2.75 | Review of confidential memorandum and management presentation |
| Business Analysis | 5/22/08 | JR | Jeffrey M. Risius | 4.00 | Read and analyze documents produced by W.Y. Campbell such as top customers, vendors, non-recurring adjustments for Lexington Rubber, 2007 internally prepared financial statements, etc. |
| Business Analysis | 5/23/08 | BH | Brian Hock | 7.50 | Review and analysis of detailed historical financial statements by division provided in the W.Y. Campbell data room. |
| Business Analysis | 5/23/08 | JR | Jeffrey M. Risius | 2.00 | Read and analyze financial documents obtained from the W.Y. Campbell data room |
| Business Analysis | 5/27/08 | BH | Brian Hock | 4.00 | Analyze monthly financial statements and review historical SEC filings |
| Business Analysis | 5/27/08 | DK | Dennis Kalten | 2.20 | Review of documents from the W.Y. Campbell on-line data room such as offering memorandum, consolidating p&l's, 2007-2010 budget dated 10/11/07, etc. |
| Business Analysis | 5/27/08 | JU | Jesse A. Ultz | 3.10 | Review financial information from the data room and the Debtors' 2007-2010 budget prepared on 10/11/07 |
| Business Analysis | 5/29/08 | BH | Brian Hock | 8.00 | Read and analyze 10-Q and 10-K, reviewed documents received vs. data request, analysis of historical performance |
| Business Analysis | 5/29/08 | DK | Dennis Kalten | 0.50 | Review of the 3/31/08 10-Q |
| Business Analysis | 5/29/08 | JR | Jeffrey M. Risius | 0.50 | Review public filings and historical performance |
| Business Analysis | 5/29/08 | JU | Jesse A. Ultz | 1.90 | Review public filings and historical performance |
| Business Analysis | 5/30/08 | JR | Jeffrey M. Risius | 1.00 | Read and analyze additional financial documents produced by W.Y. Campbell |
| Business Analysis | 5/30/08 | JU | Jesse A. Ultz | 0.60 | Read and analyze financial documents from the W.Y. Campbell on-line data room |
| Business Analysis | 06/01/08 | JU | Jesse A. Ultz | 3.20 | Review offering memorandum and prior financials |
| Business Analysis | 06/02/08 | JR | Jeffrey M. Risius | 2.00 | Review offering memorandum and prior financials |
| Business Analysis | 06/02/08 | JU | Jesse A. Ultz | 1.60 | Review offering memorandum and prior financials |
| Business Analysis | 06/03/08 | BH | Brian Hock | 2.00 | Analysis of historical income statements and balance sheets |
| Business Analysis | 06/03/08 | JR | Jeffrey M. Risius | 4.00 | Review offering memorandum and prior financials |
| Business Analysis | 06/03/08 | JU | Jesse A. Ultz | 0.80 | Review offering memorandum and prior financials |
| Business Analysis | 06/04/08 | BH | Brian Hock | 7.50 | Analysis of historical income statements and balance sheets |
| Business Analysis | 06/04/08 | DK | Dennis Kalten | 2.50 | Review of the actual versus budget results for the period 4/2/08-5/30/08.  Compare actual results to historical results.  Evaluate need for ongoing DIP facility including projecting future cash receipts. |
| Business Analysis | 06/04/08 | JR | Jeffrey M. Risius | 3.00 | Review of financial documents provided by W.Y. Campbell on Intralinks |
| Business Analysis | 06/05/08 | BH | Brian Hock | 5.50 | Analyze documents provided by W.Y. Campbell through Intralinks website |
| Business Analysis | 06/05/08 | DK | Dennis Kalten | 0.80 | Prepare summary of the Debtors' DIP results through May 30, 2008 and distribute to UCC Counsel |
| Business Analysis | 06/05/08 | DK | Dennis Kalten | 1.30 | Review of historical financial information provided by WY Campbell |
| Business Analysis | 06/09/08 | DK | Dennis Kalten | 0.50 | Review of the April Operating Report |

1 of 9

Detail of Services Provided By Stout Risius Ross, Inc.    Exhibit A-2
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Business Analysis | 06/09/08 | JR | Jeffrey M. Risius | 1.00 | Review of financial analyses/report and exhibits; Review of alternative debt restructuring schedule |
| Business Analysis | 06/10/08 | BH | Brian Hock | 1.50 | Review documents received by W.Y. Campbell (real estate appraisals, material contracts, cash receipts and disbursements, etc.) |
| Business Analysis | 06/10/08 | DK | Dennis Kalten | 0.80 | Review of the Debtors' forecast of receipts and disbursements for the period 6/23/08-9/19/08 |
| Business Analysis | 06/10/08 | JU | Jesse A. Ultz | 2.50 | Financial analysis and read and analyze documents produced |
| Business Analysis | 06/11/08 | BH | Brian Hock | 8.50 | Prepare financial analysis by division (e.g., insulators, medical, etc.) for the past five years. |
| Business Analysis | 06/12/08 | BH | Brian Hock | 2.25 | Analyze the differences between the internal financial statements and the SEC form 10-K and 10-Q filings |
| Business Analysis | 06/12/08 | BH | Brian Hock | 4.50 | Update analysis of historical financial statements |
| Business Analysis | 06/12/08 | BH | Brian Hock | 4.00 | Continue to prepare financial analysis by division (e.g., insulators, medical, etc.) for the past five years. |
| Business Analysis | 06/12/08 | JU | Jesse A. Ultz | 0.50 | Historical financial statement analysis |
| Business Analysis | 06/13/08 | BH | Brian Hock | 0.50 | Final revisions to historical financial statement summary |
| Business Analysis | 06/13/08 | DK | Dennis Kalten | 1.00 | Review and analyze the Debtors' revised DIP cash flow forecast through September 19, 2008 for reasonableness |
| Business Analysis | 06/13/08 | DK | Dennis Kalten | 1.00 | Review of the April 2008 balance sheet and income statement (from the Debtors' monthly operating report) and compare to historical data |
| Business Analysis | 06/13/08 | NJ | Nicholas J. Janiga | 1.50 | Review the Debtors' confidential offering memorandum |
| Business Analysis | 06/16/08 | DK | Dennis Kalten | 1.00 | Prepare summary of the Lexington Precision Corp. and Lexington Rubber Group Bankruptcy Schedules and Statements of Financial Affairs |
| Business Analysis | 06/16/08 | DK | Dennis Kalten | 1.50 | Review of the Lexington Precision Corp. Bankruptcy Schedules and Statement of Financial Affairs |
| Business Analysis | 06/16/08 | DK | Dennis Kalten | 1.00 | Review of the Lexington Rubber Group Bankruptcy Schedules and Statement of Financial Affairs |
| Business Analysis | 06/17/08 | DK | Dennis Kalten | 1.80 | Initial preparation of memorandum to UCC Counsel re: actual vs budget cash flow results through June 13, 2008 and DIP operating results including related exhibits |
| Business Analysis | 06/17/08 | DK | Dennis Kalten | 1.50 | Prepare analysis of the Debtors' historical operating results from 2003 through 2007 |
| Business Analysis | 06/17/08 | DK | Dennis Kalten | 0.50 | Prepare list of questions regarding the Debtors' actual versus budget cash flow results for the weeks ended June 6, 2008 and June 13, 2008 including the related borrowing base certificates |
| Business Analysis | 06/17/08 | DK | Dennis Kalten | 1.00 | Review of the Debtors' actual versus budget cash flow results for the weeks ended June 6, 2008 and June 13, 2008 including the related borrowing base certificates |
| Business Analysis | 06/17/08 | DK | Dennis Kalten | 1.20 | Review of the Debtors' May 2008 Directors' Financial Reporting Package |
| Business Analysis | 06/18/08 | BH | Brian Hock | 3.80 | Reconciliation of internal financial statements to the annual reports (10-k's) |
| Business Analysis | 06/18/08 | BH | Brian Hock | 4.50 | Preparation of analysis exhibits presenting historical financial performance for each division of LPC |
| Business Analysis | 06/18/08 | DK | Dennis Kalten | 1.90 | Finalize and distribute memorandum to UCC Counsel re: actual vs budget cash flow results through June 13, 2008 and DIP operating results |
| Business Analysis | 06/18/08 | DK | Dennis Kalten | 0.40 | Prepare schedule of consolidated statements of operations and income statements for March, April and May 2008 |
| Business Analysis | 06/18/08 | DK | Dennis Kalten | 0.60 | Prepare summary of the actual versus budget results for the weeks ended June 6, 2008 and June 13, 2008 and cumulatively through June 13, 2008 to distribute to the Committee |
| Business Analysis | 06/18/08 | DK | Dennis Kalten | 0.50 | Review of the Debtor's April 2008 Management reports |
| Business Analysis | 06/18/08 | JU | Jesse A. Ultz | 7.50 | Review new financial statements produced, site visit download to B. Hock and D. Kalten, prepare meeting packet for UCC |
| Business Analysis | 06/18/08 | NJ | Nicholas J. Janiga | 0.50 | Review financial statement spreads |
| Business Analysis | 06/19/08 | DK | Dennis Kalten | 0.50 | Review of information provided by Debtors' Counsel and the Creditors' Committee including May operating and cash flow results |
| Business Analysis | 06/19/08 | JU | Jesse A. Ultz | 0.50 | Review new financial statements |
| Business Analysis | 06/20/08 | BH | Brian Hock | 1.00 | Financial statement analysis of historical income statements |
| Business Analysis | 06/20/08 | DK | Dennis Kalten | 1.50 | Review of additional historical financial data provided by WY Campbell |
| Business Analysis | 06/23/08 | DK | Dennis Kalten | 1.50 | Review and analysis of cash flow results through 6/20/08 |
| Business Analysis | 06/24/08 | AR | Andrew J. Robinson | 3.00 | Review financial statement spreads |
| Business Analysis | 06/24/08 | BH | Brian Hock | 3.90 | Reviewed adjustments made by W.Y. Campbell in offering memorandum |
| Business Analysis | 06/24/08 | BH | Brian Hock | 3.90 | Review of historical financial statement analysis |
| Business Analysis | 06/24/08 | JC | Julie E. Cavallaro | 2.75 | Review financial statement spreads |
| Business Analysis | 06/24/08 | RS | Ryan J. Stonier | 0.75 | Review financial statement spreads |
| Business Analysis | 06/25/08 | JH | Jeffrey M. Holycross | 1.80 | Preparation of historical financial analysis |
| Business Analysis | 06/25/08 | JR | Jeffrey M. Risius | 2.00 | Review historical company performance |
| Business Analysis | 06/27/08 | DK | Dennis Kalten | 1.20 | Preparation and distribute update to UCC Counsel on the Debtors' actual versus budget cash flow results through June 20, 2008 including answers to open items from the prior update to UCC Counsel |
| Business Analysis | 06/27/08 | DK | Dennis Kalten | 0.30 | Prepare actual versus budget analysis to be included as an exhibit in the update email to UCC Counsel |
| Business Analysis | 06/27/08 | DK | Dennis Kalten | 0.50 | Review of the May operating report |
| Business Analysis | 06/30/08 | BH | Brian Hock | 1.50 | Research Senior Subordinated Notes in the 10-K filings |
| Business Analysis | 07/01/08 | DK | Dennis Kalten | 0.50 | Review of the revised May operating report |
| Business Analysis | 07/01/08 | JU | Jesse A. Ultz | 1.00 | Reviewing Dewolff, Boberg & Associates, Inc. proposal |
| Business Analysis | 07/03/08 | BH | Brian Hock | 1.50 | Review of directors packages received from W.Y. Campbell |
| Business Analysis | 07/07/08 | DK | Dennis Kalten | 1.00 | Initial review of the actual versus budget results through June 27, 2008 and prepare list of questions re: same |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

May 13, 2008 Through July 31, 2008

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Business Analysis | 07/08/08 | DK | Dennis Kalten | 1.00 | Preparation of memorandum to Counsel re: actual vs budget results through July 4, 2008 |
| Business Analysis | 07/08/08 | DK | Dennis Kalten | 1.50 | Initial review and analysis of the 2004, 2005, 2006 and 2007 budgets by division |
| Business Analysis | 07/08/08 | DK | Dennis Kalten | 0.50 | Review of actual vs budget results through 7/4/2008 |
| Business Analysis | 07/08/08 | DK | Dennis Kalten | 0.50 | Prepare and send email to K. Haras re: questions on the actual vs budget results through July 4, 2008 |
| Business Analysis | 07/09/08 | DK | Dennis Kalten | 1.00 | Finalize analysis of the 2004, 2005, 2006 and 2007 budgets by division |
| Business Analysis | 07/09/08 | DK | Dennis Kalten | 0.40 | Review of documents sent by WY Campbell including historical budgets |
| Business Analysis | 07/09/08 | DK | Dennis Kalten | 1.00 | Finalize and distribute memorandum to Counsel re: actual vs budget results through July 4, 2008 |
| Business Analysis | 07/10/08 | DK | Dennis Kalten | 1.50 | Review of the 5 year forecast of the Rubber Group prepared for the offering memorandum and compare the actual result versus forecast |
| Business Analysis | 07/10/08 | DK | Dennis Kalten | 1.50 | Review of the 4 year forecast of the Lexington Precision Corp. prepared for Capital Source and compare the actual result versus forecast |
| Business Analysis | 07/10/08 | JU | Jesse A. Ultz | 1.75 | Reviewing new filings, reviewing historical budgets and five-year plans |
| Business Analysis | 07/11/08 | DK | Dennis Kalten | 2.00 | Analysis of actual results compared to the 4 year forecast prepared for Capital Source, 5 year forecast of the Rubber Group prepared for the offering memorandum, and annual budgets from 2004 through 2007. |
| Business Analysis | 07/11/08 | JR | Jeffrey M. Risius | 1.50 | Reviewing historical budgets |
| Business Analysis | 07/11/08 | JU | Jesse A. Ultz | 0.75 | Reviewing historical budgets |
| Business Analysis | 07/16/08 | DK | Dennis Kalten | 1.50 | Review of the cash flow results through July 11, 2008.  Preparation and distribute update to UCC Counsel on the Debtors' actual versus budget cash flow results through July 11, 2008 |
| Business Analysis | 07/17/08 | JR | Jeffrey M. Risius | 2.00 | Analysis of prior projections compared to actual results; analysis of results through 7/11/2008 |
| Business Analysis | 07/22/08 | BH | Brian Hock | 2.50 | Reviewing monthly management presentations |
| Business Analysis | 07/22/08 | BH | Brian Hock | 2.00 | Reviewing financial information received from W.Y. Campbell |
| Business Analysis | 07/22/08 | DK | Dennis Kalten | 1.60 | Review of the cash flow results through July 18, 2008.  Preparation and distribute update to UCC Counsel on the Debtors' actual versus budget cash flow results through July 18, 2008. |
| | | | | 193.80 | |
| Case Administration | 5/14/08 | DK | Dennis Kalten | 0.10 | Prepare and send email to Counsel re: SRR contact information |
| Case Administration | 5/27/08 | BH | Brian Hock | 1.50 | Review and organization of work papers and emails from W.Y. Campbell for document retention |
| Case Administration | 5/27/08 | BH | Brian Hock | 2.00 | Preparation of data request list detailing data received to date and W.Y. Campbell comments |
| Case Administration | 5/27/08 | BH | Brian Hock | 2.50 | Preparation of work papers located online through W.Y. Campbell data room, and burning files to CD for counsel |
| Case Administration | 5/27/08 | JU | Jesse A. Ultz | 0.40 | Update data request for W.Y. Campbell |
| Case Administration | 5/29/08 | JU | Jesse A. Ultz | 0.70 | Prepare revised data request |
| Case Administration | 5/30/08 | BH | Brian Hock | 0.50 | Engagement administration, email organization and document retention |
| Case Administration | 5/30/08 | DK | Dennis Kalten | 0.30 | Review of the proposed SRR retention order |
| Case Administration | 06/13/08 | DK | Dennis Kalten | 0.50 | Update open item list to be sent to the Debtors |
| Case Administration | 06/13/08 | JU | Jesse A. Ultz | 2.00 | Prepare data request and prepare for site visits |
| Case Administration | 06/16/08 | BH | Brian Hock | 4.00 | Organize and review documents to be bates stamped |
| Case Administration | 06/16/08 | BH | Brian Hock | 1.50 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 06/19/08 | BH | Brian Hock | 1.20 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 06/20/08 | DK | Dennis Kalten | 1.00 | Review of Dewolff, Boberg & Associates, Inc. retention affidavit including a review of the facilities which providing consulting services. |
| Case Administration | 06/24/08 | BH | Brian Hock | 0.70 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 06/25/08 | BH | Brian Hock | 2.50 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 06/26/08 | JH | Jeffrey M. Holycross | 2.80 | Organize documents received after bates stamping |
| Case Administration | 06/27/08 | DK | Dennis Kalten | 1.00 | Review of Dewolff, Boberg & Associates, Inc. retention motion and prepare questions for UCC Counsel for potential deposition re: same |
| Case Administration | 06/27/08 | JR | Jeffrey M. Risius | 1.00 | Prepare list of questions for Dewolff, Boberg & Associates, Inc. |
| Case Administration | 06/27/08 | JU | Jesse A. Ultz | 0.50 | Revisions to data request |
| Case Administration | 06/27/08 | JU | Jesse A. Ultz | 1.50 | Review of Dewolff, Boberg & Associates, Inc. retention motion and prepare questions for UCC Counsel for potential deposition re: same |
| Case Administration | 06/30/08 | DK | Dennis Kalten | 1.00 | Review of Dewolff, Boberg & Associates, Inc. Summary of Analysis and Findings and Project Proposal for Lexington's Rock Hill facility |
| Case Administration | 07/03/08 | BH | Brian Hock | 1.00 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 07/03/08 | JU | Jesse A. Ultz | 0.75 | Preparation of letter on data request |
| Case Administration | 07/10/08 | BH | Brian Hock | 2.50 | Reviewed meeting notes and organized workpapers |
| Case Administration | 07/21/08 | BH | Brian Hock | 2.50 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 07/22/08 | BH | Brian Hock | 0.75 | Downloading documents from FTP site |
| Case Administration | 07/23/08 | JU | Jesse A. Ultz | 1.00 | Reviewing and revising data request |
| Case Administration | 07/24/08 | BH | Brian Hock | 2.00 | Review of correspondence relating to information gathering process |
| | | | | 39.70 | |
| Fee Application | 06/10/08 | DK | Dennis Kalten | 0.50 | Preparation of May monthly bill |

Detail of Services Provided By Stout Risius Ross, Inc.    **Exhibit A-2**
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Fee Application | 06/11/08 | DK | Dennis Kalten | 2.50 | Initial draft of template for interim fee statements, including preparation of the May fee statement. |
| Fee Application | 06/24/08 | DK | Dennis Kalten | 0.50 | Finalize and distribute the SRR May 2008 fee statement |
| Fee Application | 07/07/08 | DK | Dennis Kalten | 0.50 | Initial preparation of the June monthly fee statement |
| Fee Application | 07/18/08 | DK | Dennis Kalten | 1.00 | Review and revise time detail in advance of preparing the May 2008 fee statement. |
| Fee Application | 07/21/08 | BH | Brian Hock | 1.00 | Preparing June bill |
| Fee Application | 07/21/08 | JU | Jesse A. Ultz | 1.00 | Preparing June bill |
| Fee Application | 07/23/08 | DK | Dennis Kalten | 1.50 | Preparation of the June monthly fee statement and initial preparation of the first interim fee application |
| Fee Application | 07/24/08 | DK | Dennis Kalten | 1.50 | Initial preparation of the first interim fee application |
| Fee Application | 07/24/08 | DK | Dennis Kalten | 0.50 | Finalize and distribute the June Monthly Fee Statement |
| Fee Application | 07/24/08 | JU | Jesse A. Ultz | 0.75 | Preparing June bill |
| | | | | 11.25 | |
| Litigation Consulting | 5/14/08 | BH | Brian Hock | 2.00 | Preparation of work papers for business valuation, began online research of flashless molding, rubber molding, etc. |
| Litigation Consulting | 5/28/08 | BH | Brian Hock | 5.00 | Research of comparable companies, analysis of comparability, and transaction search within industry |
| Litigation Consulting | 06/05/08 | JU | Jesse A. Ultz | 3.90 | Review prior offers, letters of interest, and new divisional financial statements |
| Litigation Consulting | 06/06/08 | BH | Brian Hock | 1.00 | Review of prior offers and letters of interest |
| Litigation Consulting | 06/06/08 | DK | Dennis Kalten | 4.40 | Review of the 1/9/08, 3/10/08 and 3/28/08 proposals to recapitalize the debt and prepare summary of proposals compared to the existing debt as of 12/31/06 and 12/31/07 |
| Litigation Consulting | 06/06/08 | DK | Dennis Kalten | 0.50 | Review of the Debtors' capital structure as of 12/31/06 and 12/31/07 |
| Litigation Consulting | 06/06/08 | JR | Jeffrey M. Risius | 2.50 | Review prior offers and letters of interest |
| Litigation Consulting | 06/06/08 | JU | Jesse A. Ultz | 2.75 | Review prior offers and letters of interest |
| Litigation Consulting | 06/07/08 | DK | Dennis Kalten | 0.50 | Review summary of proposals compared to the existing debt as of 12/31/06 and 12/31/07 |
| Litigation Consulting | 06/07/08 | JR | Jeffrey M. Risius | 4.00 | Review prior offers and letters of interest, preparing schedules with analysis of prior deal structures |
| Litigation Consulting | 06/07/08 | JU | Jesse A. Ultz | 5.00 | Review prior offers and letters of interest, preparing schedules with analysis of prior deal structures, creating analysis of implied values from prior offers, ratio and leverage analysis |
| Litigation Consulting | 06/08/08 | DK | Dennis Kalten | 1.50 | Revisions to summary of proposals compared to the existing debt as of 12/31/06 and 12/31/07 and discussions with J. Ultz re: same |
| Litigation Consulting | 06/08/08 | JU | Jesse A. Ultz | 3.50 | Update analysis of proposals and compare to the existing debt as of 12/31/06 and 12/31/07 and discussions with D. Kalten re: same |
| Litigation Consulting | 06/09/08 | BH | Brian Hock | 2.50 | Perform research of comparable publicly traded companies |
| Litigation Consulting | 06/09/08 | DK | Dennis Kalten | 1.00 | Review revisions of Debtors' proposals compared to the existing debt as of 12/31/06 and 12/31/07 |
| Litigation Consulting | 06/09/08 | JH | Jeffrey M. Holycross | 1.50 | Review analysis of Lexington's refinancing options |
| Litigation Consulting | 06/09/08 | JU | Jesse A. Ultz | 5.25 | Analysis of prior deals/offers and related W.Y. Campbell information |
| Litigation Consulting | 06/10/08 | BH | Brian Hock | 7.00 | Market analysis and research, excel modeling of publicly traded comparable companies |
| Litigation Consulting | 06/11/08 | JU | Jesse A. Ultz | 1.50 | Review company buyout proposals |
| Litigation Consulting | 06/12/08 | DK | Dennis Kalten | 2.00 | Read and analyze 20 various letters of intent and summary prepared by WY Campbell |
| Litigation Consulting | 06/13/08 | BH | Brian Hock | 6.00 | Analysis of summary schedules prepared by W.Y. Campbell relating to the Letters of Intent |
| Litigation Consulting | 06/13/08 | DW | David M. Walline | 2.50 | Research Lexington's 10-k's for historical material events |
| Litigation Consulting | 06/13/08 | JU | Jesse A. Ultz | 5.00 | Analyze financial results and proposed deals |
| Litigation Consulting | 06/14/08 | JR | Jeffrey M. Risius | 2.50 | Analysis of prior deals/offers and related W.Y. Campbell information |
| Litigation Consulting | 06/14/08 | JU | Jesse A. Ultz | 4.00 | Analysis of prior proposed deals and create summary |
| Litigation Consulting | 06/15/08 | JR | Jeffrey M. Risius | 3.00 | Review summary of prior Letters of Intent, deals and offers.  Preparation for site visits to Jasper and Rock Hill. |
| Litigation Consulting | 06/15/08 | JU | Jesse A. Ultz | 4.00 | Analyze and prepare summary of prior Letters of Intent, deals and offers. |
| Litigation Consulting | 06/16/08 | BH | Brian Hock | 1.50 | Revisions to summary of prior Letters of Intent, deals and offers. |
| Litigation Consulting | 06/16/08 | DW | David M. Walline | 2.00 | Comparable company research in connection with preparing business valuation |
| Litigation Consulting | 06/16/08 | DK | Dennis Kalten | 0.60 | Review of revisions to Letters of Intent summary |
| Litigation Consulting | 06/17/08 | BH | Brian Hock | 3.70 | Review filings of comparable public companies |
| Litigation Consulting | 06/17/08 | BH | Brian Hock | 5.50 | Perform analysis of Lexington Precision Corporation's selected comparable companies |
| Litigation Consulting | 06/17/08 | BH | Brian Hock | 3.50 | Read SEC filings of comparable companies chosen by Lexington Precision Corporation |
| Litigation Consulting | 06/18/08 | DW | David M. Walline | 7.25 | Comparable company research in connection with preparing business valuation |
| Litigation Consulting | 06/19/08 | BH | Brian Hock | 2.00 | Review 10-K's for unusual and nonrecurring events |
| Litigation Consulting | 06/19/08 | DW | David M. Walline | 1.50 | Comparable company research in connection with preparing business valuation |
| Litigation Consulting | 06/20/08 | BH | Brian Hock | 4.00 | Evaluation of comparable companies and suitability in connection with preparing business valuation |
| Litigation Consulting | 06/20/08 | BH | Brian Hock | 4.50 | Financial statement analysis of comparable companies in connection with preparing business valuation |
| Litigation Consulting | 06/20/08 | DW | David M. Walline | 4.00 | Comparable company and transaction research, industry research and meeting with investment bankers re: comparable multiples |
| Litigation Consulting | 06/20/08 | JR | Jeffrey M. Risius | 3.00 | Review automotive market data in connection with business valuation |

Detail of Services Provided By Stout Risius Ross, Inc.                    Exhibit A-2
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 06/23/08 | BH | Brian Hock | 4.00 | Research relevant transactions among comparable companies in connection with preparing business valuation.  In addition, evaluate industry trends among comparable companies. |
| Litigation Consulting | 06/23/08 | BH | Brian Hock | 2.00 | Review analysis of comparable public companies |
| Litigation Consulting | 06/23/08 | BH | Brian Hock | 6.00 | Update analysis of comparable automotive transactions |
| Litigation Consulting | 06/23/08 | DW | David M. Walline | 7.00 | Comparable company and transaction research, industry research and meeting with investment bankers re: comparable multiples |
| Litigation Consulting | 06/23/08 | JU | Jesse A. Ultz | 5.50 | Comparable company and transaction research, industry research and meeting with investment bankers re: comparable multiples |
| Litigation Consulting | 06/24/08 | DW | David M. Walline | 5.25 | Comparable company research |
| Litigation Consulting | 06/25/08 | DK | Dennis Kalten | 1.00 | Review of historical financial statements and multiples for comparable companies |
| Litigation Consulting | 06/25/08 | JR | Jeffrey M. Risius | 4.00 | Review historical company performance of related public companies |
| Litigation Consulting | 06/25/08 | NJ | Nicholas J. Janiga | 2.00 | Review comparable company analysis |
| Litigation Consulting | 06/26/08 | BH | Brian Hock | 1.00 | Comparable company and transaction research, industry research and meeting with investment bankers re: comparable multiples |
| Litigation Consulting | 06/30/08 | JR | Jeffrey M. Risius | 1.00 | Market research |
| Litigation Consulting | 07/03/08 | BH | Brian Hock | 1.00 | Review of letter from Weil Gotshal |
| Litigation Consulting | 07/03/08 | BH | Brian Hock | 2.00 | Industry research |
| Litigation Consulting | 07/03/08 | JR | Jeffrey M. Risius | 2.00 | Review of financial analysis |
| Litigation Consulting | 07/03/08 | JU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 07/07/08 | BH | Brian Hock | 2.00 | Market research |
| Litigation Consulting | 07/07/08 | BH | Brian Hock | 4.50 | Research and analysis of comparable companies |
| Litigation Consulting | 07/07/08 | JU | Jesse A. Ultz | 0.50 | Market research |
| Litigation Consulting | 07/08/08 | BH | Brian Hock | 3.50 | Research and analysis of comparable companies |
| Litigation Consulting | 07/08/08 | JR | Jeffrey M. Risius | 2.00 | Review of financial analysis |
| Litigation Consulting | 07/08/08 | JU | Jesse A. Ultz | 1.50 | Reviewing comparable companies and transactions, reviewing prior budgets |
| Litigation Consulting | 07/10/08 | DK | Dennis Kalten | 1.00 | Review of motion to extend exclusivity and other relevant motions filed |
| Litigation Consulting | 07/14/08 | DK | Dennis Kalten | 0.20 | Review of email correspondence from Counsel re: WY Campbell valuation notes |
| Litigation Consulting | 07/15/08 | DK | Dennis Kalten | 1.50 | Review and analyze the Debtors' 5 year projection |
| Litigation Consulting | 07/15/08 | DK | Dennis Kalten | 1.50 | Analysis of the Debtors' 5 year projection compared to the Debtors' historical financial results |
| Litigation Consulting | 07/15/08 | JU | Jesse A. Ultz | 6.00 | Reviewing management reports and business won/lost reports, reviewing new 5-year plan, comparison to historical results |
| Litigation Consulting | 07/16/08 | DK | Dennis Kalten | 4.00 | Analysis of the Debtors' 5 year projection compared to the Debtors' historical financial results including historical and projected ratios. |
| Litigation Consulting | 07/16/08 | JU | Jesse A. Ultz | 2.50 | Reviewing market data, analyzing 5-year plan |
| Litigation Consulting | 07/17/08 | DK | Dennis Kalten | 2.80 | Analysis of the Debtors' historical projections compared to the Debtors' current projections |
| Litigation Consulting | 07/17/08 | JU | Jesse A. Ultz | 2.00 | Analysis of the Debtors' historical projections compared to the Debtors' current projections |
| Litigation Consulting | 07/18/08 | JR | Jeffrey M. Risius | 1.00 | Review of internal analysis |
| Litigation Consulting | 07/18/08 | JU | Jesse A. Ultz | 1.00 | Analysis of the Debtors' historical projections compared to the Debtors' current projections |
| Litigation Consulting | 07/18/08 | JU | Jesse A. Ultz | 1.50 | Leverage analysis |
| Litigation Consulting | 07/21/08 | JU | Jesse A. Ultz | 2.75 | Reviewing and analyzing the LPC/WYC prepared transaction value sensitivity, reviewing management reports |
| Litigation Consulting | 07/22/08 | DK | Dennis Kalten | 1.40 | Initial review of the Jasper, Vienna and Rochester projections |
| Litigation Consulting | 07/22/08 | JU | Jesse A. Ultz | 4.50 | Reviewing WYC valuation, reviewing details of the plan for Metals and Connector Seals |
| Litigation Consulting | 07/23/08 | BH | Brian Hock | 2.50 | Reviewed detailed projections provided by W.Y. Campbell |
| Litigation Consulting | 07/23/08 | BH | Brian Hock | 3.00 | Analysis of projected financial statements |
| Litigation Consulting | 07/23/08 | BH | Brian Hock | 3.50 | Research and analysis of comparable companies |
| Litigation Consulting | 07/23/08 | JU | Jesse A. Ultz | 4.50 | Reviewing detailed plans for Jasper, Engineering, and Rock Hill |
| Litigation Consulting | 07/24/08 | BH | Brian Hock | 3.00 | Reviewing detail of projected financial statements |
| Litigation Consulting | 07/24/08 | BH | Brian Hock | 3.50 | Research and analysis of comparable companies |
| Litigation Consulting | 07/24/08 | JR | Jeffrey M. Risius | 4.50 | Review of reply to Committee objection regarding exclusivity; review and analyze company 5-year plans |
| Litigation Consulting | 07/24/08 | JU | Jesse A. Ultz | 3.00 | Reviewing details of the 5 year plan, valuation analysis |
| Litigation Consulting | 07/24/08 | JU | Jesse A. Ultz | 0.75 | Reading current motions and hearing transcripts |
| Litigation Consulting | 07/25/08 | BH | Brian Hock | 7.00 | Analysis of projected financial statements |
| Litigation Consulting | 07/25/08 | DK | Dennis Kalten | 0.50 | Review Debtors' response to motion to terminate exclusivity |
| Litigation Consulting | 07/25/08 | JU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 07/25/08 | JU | Jesse A. Ultz | 1.00 | Reviewing objection to motion to terminate exclusivity, writing response |
| Litigation Consulting | 07/25/08 | JU | Jesse A. Ultz | 2.00 | Preparing for meeting and hearing in New York on exclusivity |
| Litigation Consulting | 07/28/08 | BH | Brian Hock | 1.00 | Preparation for hearing on July 29, 2008 |
| Litigation Consulting | 07/28/08 | BH | Brian Hock | 2.50 | Review of projected financial statements |
| Litigation Consulting | 07/28/08 | JR | Jeffrey M. Risius | 2.00 | Review of internal analysis |
| Litigation Consulting | 07/29/08 | BH | Brian Hock | 9.00 | Analysis of projected financial statements |
| Litigation Consulting | 07/29/08 | JR | Jeffrey M. Risius | 1.50 | Review of internal analysis |
| Litigation Consulting | 07/30/08 | BH | Brian Hock | 13.00 | Analysis of projected financial statements |
| Litigation Consulting | 07/30/08 | JR | Jeffrey M. Risius | 1.50 | Review of internal analysis |
| Litigation Consulting | 07/30/08 | JU | Jesse A. Ultz | 2.00 | Reviewing new information provided on 5-year plan |
| Litigation Consulting | 07/30/08 | JU | Jesse A. Ultz | 1.00 | Discounted cash flow and comparable company analysis |
| Litigation Consulting | 07/30/08 | JU | Jesse A. Ultz | 2.00 | Download from exclusivity hearing, project planning with Jeff and Brian |
| Litigation Consulting | 07/30/08 | JU | Jesse A. Ultz | 1.50 | Industry research |

Detail of Services Provided By Stout Risius Ross, Inc.                    Exhibit A-2
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 07/31/08 | BH | Brian Hock | 12.50 | Analysis of projected financial statements and updating analysis for June 30, 2008 financial results |
| Litigation Consulting | 07/31/08 | JU | Jesse A. Ultz | 4.00 | Discounted cash flow and comparable company analysis |
| | | | | 313.00 | |
| | | | | | |
| Plan and Disclosure Statement | 5/14/08 | DK | Dennis Kalten | 0.40 | Review UCC proposed order to terminate exclusivity |
| Plan and Disclosure Statement | 06/05/08 | DK | Dennis Kalten | 0.30 | Review Debtors' objection to terminate exclusivity |
| Plan and Disclosure Statement | 06/18/08 | DK | Dennis Kalten | 0.90 | Review of the proposed Plan Term Sheet, to be included in the Plan of Reorganization, dated 6/18/08 provided by the Debtors |
| Plan and Disclosure Statement | 06/18/08 | JR | Jeffrey M. Risius | 1.50 | Analysis of Plan Term Sheet, to be included in the Plan of Reorganization, dated 6/18/08 |
| Plan and Disclosure Statement | 06/19/08 | BH | Brian Hock | 3.75 | Analysis of the Debtors Plan Term Sheet, to be included in the Plan of Reorganization, dated 6/18/08 |
| Plan and Disclosure Statement | 06/19/08 | DK | Dennis Kalten | 2.70 | Analysis of the Plan Term Sheet dated 6/18/08 provided by the Debtors including discussions with SRR team regarding exit balance sheet as of 9/1/08 and assumptions |
| Plan and Disclosure Statement | 06/19/08 | JU | Jesse A. Ultz | 1.50 | Review, analyze, and summarize the Debtors new Plan Term Sheet |
| Plan and Disclosure Statement | 06/24/08 | DK | Dennis Kalten | 1.00 | Preparation of an estimated 10/1/08 balance sheet based on assumptions from the proposed Plan Term Sheet dated 6/18/08 |
| Plan and Disclosure Statement | 06/30/08 | DK | Dennis Kalten | 2.20 | Review of the Debtors' proposed Plan of Reorganization and prepare summary of key points |
| Plan and Disclosure Statement | 06/30/08 | JU | Jesse A. Ultz | 2.00 | Review plan of reorganization |
| Plan and Disclosure Statement | 07/01/08 | DK | Dennis Kalten | 1.00 | Review of the Debtors' proposed Plan of Reorganization |
| Plan and Disclosure Statement | 07/01/08 | JU | Jesse A. Ultz | 3.50 | Review of new LPC proposal summary |
| | | | | 20.75 | |
| | | | | | |
| Teleconferences/Meetings with Committee/Counsel | 5/13/08 | DK | Dennis Kalten | 0.20 | Review and respond to emails from Counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | CS | Christopher Stallman | 1.00 | Teleconference with UCC Counsel re: case status |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | DK | Dennis Kalten | 1.00 | Teleconference with UCC Counsel re: case status |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | DK | Dennis Kalten | 0.40 | Preparation for meeting with UCC Counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | JR | Jeffrey M. Risius | 1.00 | Conference call with UCC Counsel and SRR team re: status of documents received and case status |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | JR | Jeffrey M. Risius | 1.00 | Preparation for meeting with UCC Counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | JU | Jesse A. Ultz | 1.00 | Call with attorneys and UCC to discuss project planning |
| Teleconferences/Meetings with Committee/Counsel | 5/15/08 | JU | Jesse A. Ultz | 1.60 | Prepare for call with attorneys and UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/27/08 | BH | Brian Hock | 1.00 | Preparation and participation on conference call with Bob Welch, Nick Walsh, J. Risius, J. Ultz, D. Kalten and UCC Counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/27/08 | BH | Brian Hock | 0.50 | Preparation for meeting with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/27/08 | DK | Dennis Kalten | 0.80 | Preparation and participation on conference call with Bob Welch, Nick Walsh, J. Risius, J. Ultz, B. Hock and UCC Counsel re: missing information, status of work performed to date, motion to terminate exclusivity and other case matters. |
| Teleconferences/Meetings with Committee/Counsel | 5/27/08 | JR | Jeffrey M. Risius | 2.50 | Preparation for meeting with UCC Counsel and Committee; Conference call with client UCC Counsel and Committee re: status of engagement and progress to date |
| Teleconferences/Meetings with Committee/Counsel | 5/27/08 | JU | Jesse A. Ultz | 0.90 | Preparation for and participate on conference call with UCC Counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/29/08 | JR | Jeffrey M. Risius | 1.60 | Preparation for and discussion with UCC Counsel re: status of information from W.Y. Campbell, site visits, progress on valuation and initial impressions |
| Teleconferences/Meetings with Committee/Counsel | 06/05/08 | DK | Dennis Kalten | 0.50 | Preparation for conference call with UCC Counsel |
| Teleconferences/Meetings with Committee/Counsel | 06/05/08 | DK | Dennis Kalten | 0.60 | Teleconference with UCC Counsel re: progress of business valuation, DIP results, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/05/08 | JR | Jeffrey M. Risius | 1.00 | Preparation for and teleconference with UCC Counsel re: progress of business valuation, DIP results, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/05/08 | JU | Jesse A. Ultz | 0.60 | Teleconference with UCC Counsel re: progress of business valuation, DIP results, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/06/08 | BH | Brian Hock | 0.50 | Phone call with P. Silverstein re: letters of interest |
| Teleconferences/Counsel with Committee/Counsel | 06/06/08 | DK | Dennis Kalten | 0.10 | Email correspondence with P. Silverstein re: actual versus budget results through May 30, 2008 |
| Teleconferences/Meetings with Committee/Counsel | 06/06/08 | JU | Jesse A. Ultz | 0.50 | Phone call with UCC Counsel re: prior offers |
| Teleconferences/Meetings with Committee/Counsel | 06/09/08 | DK | Dennis Kalten | 0.50 | Review of correspondence from Counsel re: analysis of proposals |
| Teleconferences/Meetings with Committee/Counsel | 06/09/08 | JU | Jesse A. Ultz | 0.50 | Phone call with UCC Counsel re: prior offers |
| Teleconferences/Meetings with Committee/Counsel | 06/12/08 | BH | Brian Hock | 1.00 | Revisions to data request to be submitted to LPC.  Send updated list to UCC Counsel. |
| Teleconferences/Meetings with Committee/Counsel | 06/13/08 | DK | Dennis Kalten | 1.00 | Teleconference with UCC Counsel re: status of information provided, upcoming site visits, etc. |

Detail of Services Provided By Stout Risius Ross, Inc.                    Exhibit A-2
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 06/13/08 | JR | Jeffrey M. Risius | 1.75 | Preparation for and call with UCC counsel concerning progress and information needs, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/13/08 | JU | Jesse A. Ultz | 0.75 | Conference call with UCC Counsel re: progress and information needs, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/17/08 | JR | Jeffrey M. Risius | 0.50 | Conference call with UCC Counsel re: site visits |
| Teleconferences/Meetings with Committee/Counsel | 06/17/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC Counsel re: site visits |
| Teleconferences/Meetings with Committee/Counsel | 06/18/08 | BH | Brian Hock | 2.00 | Preparation for and conference call with Andrews Kurth re: site visit, current results, case status, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/18/08 | DK | Dennis Kalten | 1.10 | Preparation for and conference call with UCC Counsel re: site visit, current results, case status, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/18/08 | JR | Jeffrey M. Risius | 1.00 | Preparation for and discussion with UCC counsel regarding information needs, Plan Term Sheet and site visit download |
| Teleconferences/Meetings with Committee/Counsel | 06/18/08 | JU | Jesse A. Ultz | 1.00 | Conference call with UCC Counsel re: site visits |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | BH | Brian Hock | 2.25 | Preparation for and participation on conference call with the UCC and UCC Counsel re: SRR's report of site visits, review of letters of intent, claims analysis, 6/18/08 proposal, outstanding documents necessary to prepare a business valuation, actual versus budget cash flow results through 6/13/08, amongst other case issues. |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | BH | Brian Hock | 0.50 | Email correspondence with J. Levine re: historical financial statements |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | DK | Dennis Kalten | 0.30 | Discussion with J. Levine and B. Welch re: 6/18/08 proposal and related analysis |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | DK | Dennis Kalten | 2.30 | Preparation for and participation on conference call with the UCC and UCC Counsel re: SRR's report of site visits, review of letters of intent, claims analysis, 6/18/08 proposal, outstanding documents necessary to prepare a business valuation, actual versus budget cash flow results through 6/13/08, amongst other case issues. |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | DK | Dennis Kalten | 0.50 | Update and distribute estimated claims base to UCC Counsel as of 9/1/08 |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | JR | Jeffrey M. Risius | 2.25 | Preparation for and participation on conference call with the UCC and UCC Counsel re: SRR's report of site visits, review of letters of intent, claims analysis, 6/18/08 proposal, outstanding documents necessary to prepare a business valuation, actual versus budget cash flow results through 6/13/08, amongst other case issues. |
| Teleconferences/Meetings with Committee/Counsel | 06/19/08 | JU | Jesse A. Ultz | 2.50 | Preparation for and participation on conference call with the UCC and UCC Counsel re: SRR's report of site visits, review of letters of intent, claims analysis, 6/18/08 proposal, outstanding documents necessary to prepare a business valuation, etc. |
| Teleconferences/Meetings with Committee/Counsel | 06/20/08 | JU | Jesse A. Ultz | 1.00 | Conference call with UCC Counsel re: industry research and new proposal |
| Teleconferences/Meetings with Committee/Counsel | 06/24/08 | BH | Brian Hock | 2.50 | Preparation of comparable transactions exhibits for meeting with UCC Counsel on June 26, 2008 |
| Teleconferences/Meetings with Committee/Counsel | 06/24/08 | BH | Brian Hock | 4.00 | Prepare comparable company analysis exhibits for meeting with UCC Counsel on June 26, 2008. |
| Teleconferences/Meetings with Committee/Counsel | 06/24/08 | DK | Dennis Kalten | 0.50 | Discussion with B. Welch re: case issues and estimated 10/1/08 balance sheet |
| Teleconferences/Meetings with Committee/Counsel | 06/24/08 | JU | Jesse A. Ultz | 4.25 | Prepare for meeting with UCC Counsel including industry and comparable company research |
| Teleconferences/Meetings with Committee/Counsel | 06/25/08 | BH | Brian Hock | 3.50 | Preparation of workpapers for meeting with UCC Counsel on June 26, 2008 |
| Teleconferences/Meetings with Committee/Counsel | 06/25/08 | DK | Dennis Kalten | 1.60 | Preparation for meeting with UCC Counsel and prepare update on current cash flow results |
| Teleconferences/Meetings with Committee/Counsel | 06/25/08 | JR | Jeffrey M. Risius | 1.00 | Preparation for meeting with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 06/25/08 | JU | Jesse A. Ultz | 11.00 | Preparation for and meeting in New York with UCC counsel.  Includes travel time to New York. |
| Teleconferences/Meetings with Committee/Counsel | 06/26/08 | DK | Dennis Kalten | 1.50 | Discussion with B. Welch and preparation of analysis regarding an estimated balance sheet as of 10/1/08 |
| Teleconferences/Meetings with Committee/Counsel | 06/26/08 | DK | Dennis Kalten | 9.50 | Preparation for and meeting in New York with UCC counsel.  Includes travel time to and from New York. |
| Teleconferences/Meetings with Committee/Counsel | 06/26/08 | JR | Jeffrey M. Risius | 8.00 | Preparation for and meeting in New York with UCC counsel.  Includes travel time to and from New York. |
| Teleconferences/Meetings with Committee/Counsel | 06/26/08 | JU | Jesse A. Ultz | 11.00 | Preparation for and meeting in New York with UCC counsel.  Includes travel time to and from New York. |
| Teleconferences/Meetings with Committee/Counsel | 06/27/08 | JU | Jesse A. Ultz | 1.50 | Calls with UCC attorneys re: revised data request, proposals, questions for Dewolff |
| Teleconferences/Meetings with Committee/Counsel | 07/01/08 | BH | Brian Hock | 1.00 | Phone call with Jon Levine and Gerry Bracht, regarding Dewolff, Boberg & Associates, Inc. |
| Teleconferences/Meetings with Committee/Counsel | 07/01/08 | JU | Jesse A. Ultz | 1.00 | Phone call with Jon Levine and Gerry Bracht, regarding Dewolff, Boberg & Associates, Inc. |
| Teleconferences/Meetings with Committee/Counsel | 07/07/08 | DK | Dennis Kalten | 0.50 | Preparation for and participation on conference call with Counsel re: request list |
| Teleconferences/Meetings with Committee/Counsel | 07/07/08 | JU | Jesse A. Ultz | 0.50 | Preparation for and participation on conference call with Counsel re: request list |

Detail of Services Provided By Stout Risius Ross, Inc.    Exhibit A-2
Lexington Precision Corp., et al.
May 13, 2008 Through July 31, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 07/14/08 | JU | Jesse A. Ultz | 1.75 | Reviewing deposition letter, corresponding with attorneys |
| Teleconferences/Meetings with Committee/Counsel | 07/15/08 | DK | Dennis Kalten | 1.00 | Prepare for and participate on a conference call with UCC Counsel re: the Debtors' 5 year projection |
| Teleconferences/Meetings with Committee/Counsel | 07/15/08 | JU | Jesse A. Ultz | 1.00 | Prepare for and participate on a conference call with UCC Counsel re: the Debtors' 5 year projection |
| Teleconferences/Meetings with Committee/Counsel | 07/16/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 07/17/08 | DK | Dennis Kalten | 2.60 | Preparation for and participation on Committee conference call |
| Teleconferences/Meetings with Committee/Counsel | 07/17/08 | JU | Jesse A. Ultz | 2.00 | Preparation for and participation on Committee conference call |
| Teleconferences/Meetings with Committee/Counsel | 07/23/08 | BH | Brian Hock | 1.00 | Conference calls and correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 07/23/08 | JU | Jesse A. Ultz | 1.00 | Conference calls and correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 07/24/08 | DK | Dennis Kalten | 1.00 | Preparation for and participation on Committee Conference Call |
| Teleconferences/Meetings with Committee/Counsel | 07/24/08 | JU | Jesse A. Ultz | 2.00 | Conference calls and correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 07/25/08 | BH | Brian Hock | 1.00 | Prepare for and participate on conference call with UCC Counsel, Bob Welch and Nick Walsh |
| Teleconferences/Meetings with Committee/Counsel | 07/25/08 | DK | Dennis Kalten | 1.00 | Prepare for and participate on conference call with UCC Counsel, Bob Welch and Nick Walsh |
| Teleconferences/Meetings with Committee/Counsel | 07/25/08 | JU | Jesse A. Ultz | 1.00 | Prepare for and participate on conference call with UCC Counsel, Bob Welch and Nick Walsh |
| Teleconferences/Meetings with Committee/Counsel | 07/28/08 | BH | Brian Hock | 1.00 | Email correspondence with UCC Counsel re: exclusivity hearing |
| Teleconferences/Meetings with Committee/Counsel | 07/28/08 | JU | Jesse A. Ultz | 5.00 | Traveling to New York for hearing on exclusivity |
| Teleconferences/Meetings with Committee/Counsel | 07/28/08 | JU | Jesse A. Ultz | 5.00 | Preparing for hearing on exclusivity |
| Teleconferences/Meetings with Committee/Counsel | 07/29/08 | JU | Jesse A. Ultz | 3.00 | Preparing for hearing on exclusivity |
| Teleconferences/Meetings with Committee/Counsel | 07/29/08 | JU | Jesse A. Ultz | 6.00 | Attending and testifying at hearing on exclusivity |
| Teleconferences/Meetings with Committee/Counsel | 07/29/08 | JU | Jesse A. Ultz | 6.00 | Traveling from New York for hearing on exclusivity |
| | | | | 147.20 | |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 5/29/08 | DK | Dennis Kalten | 0.20 | Preparation for conference call with W.Y. Campbell |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 5/29/08 | DK | Dennis Kalten | 0.90 | Conference call with W.Y. Campbell re: request list |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 5/29/08 | JR | Jeffrey M. Risius | 0.90 | Call with W.Y. Campbell re: data request |
| Teleconferences/Meetings with Debtors/Counsel | 06/12/08 | JU | Jesse A. Ultz | 1.00 | Phone call with Debtor's experts re: travel arrangements and update data request |
| Teleconferences/Meetings with Debtors/Counsel | 06/13/08 | BH | Brian Hock | 4.50 | Preparation for meeting with the Debtors' management including preparing a list of questions re: historical results |
| Teleconferences/Meetings with Debtors/Counsel | 06/16/08 | DK | Dennis Kalten | 0.50 | Preparation of questions in advance of call with D. Welhouse |
| Teleconferences/Meetings with Debtors/Counsel | 06/16/08 | DK | Dennis Kalten | 0.30 | Teleconference with D. Welhouse (CFO) re: DIP results |
| Teleconferences/Meetings with Debtors/Counsel | 06/16/08 | JR | Jeffrey M. Risius | 12.00 | Travel to Jasper, GA site, meetings with management, facility tour and review financial information |
| Teleconferences/Meetings with Debtors/Counsel | 06/16/08 | JU | Jesse A. Ultz | 13.00 | Travel to Jasper, GA site, meetings with management, facility tour and review financial information |
| Teleconferences/Meetings with Debtors/Counsel | 06/17/08 | JR | Jeffrey M. Risius | 9.50 | Travel to company site in Rock Hill, SC, meetings with management, facility tour, review financial information |
| Teleconferences/Meetings with Debtors/Counsel | 06/17/08 | JU | Jesse A. Ultz | 11.50 | Travel to company site in Rock Hill, SC, meetings with management, facility tour, review financial information |
| Teleconferences/Meetings with Debtors/Counsel | 06/18/08 | DK | Dennis Kalten | 0.50 | Email correspondence and phone call to Kurt Haras from WY Campbell re: questions on current operating results |
| Teleconferences/Meetings with Debtors/Counsel | 06/25/08 | DK | Dennis Kalten | 0.40 | Prepare and send email to K. Haras re: questions on the 6/20/08 results cash flow results and 5/31/08 operating results |
| Teleconferences/Meetings with Debtors/Counsel | 07/02/08 | BH | Brian Hock | 2.00 | Meeting preparation, conference call with Dewolff, Boberg & Associates, Inc., UCC counsel, and Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 07/02/08 | JU | Jesse A. Ultz | 1.50 | Meeting preparation, conference call with Dewolff, Boberg & Associates, Inc., UCC counsel, and Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 07/08/08 | JU | Jesse A. Ultz | 1.00 | Preparing for meeting with LPC |
| Teleconferences/Meetings with Debtors/Counsel | 07/09/08 | BH | Brian Hock | 13.00 | Preparation for meeting, traveling to and from the North Canton and Vienna facilities, meetings with management, facility tours |

**Detail of Services Provided By Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**May 13, 2008 Through July 31, 2008**

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Debtors/Counsel | 07/09/08 | JR | Jeffrey M. Risius | 11.00 | Preparation for meeting, traveling to and from the North Canton and Vienna facilities, meetings with management, facility tours |
| Teleconferences/Meetings with Debtors/Counsel | 07/09/08 | JU | Jesse A. Ultz | 13.50 | Preparation for meeting, traveling to and from the North Canton and Vienna facilities, meetings with management, facility tours |
| Teleconferences/Meetings with Debtors/Counsel | 07/16/08 | JU | Jesse A. Ultz | 0.50 | Conference call with WY Campbell |
| Teleconferences/Meetings with Debtors/Counsel | 07/18/08 | JU | Jesse A. Ultz | 0.50 | Conference call with WY Campbell |
| | | | | 98.20 | |
| | | | | 858.00 | |

**EXHIBIT B**

### LEXINGTON PRECISION CORP. *ET AL.*
### OUT-OF-POCKET EXPENSES INCURRED
### May 13, 2008 through July 31, 2008

| Expense Category | Amount |
|------------------|-------:|
| Travel | $ 6,933.86 |
| Copy Service | 1,654.70 |
| Lodging | 1,709.06 |
| Federal Express | 319.97 |
| Working Meals | 347.96 |
| Telephone | 47.51 |
| **TOTAL** | **$ 11,013.06** |

**EXHIBIT C**

LEXINGTON PRECISION CORP. *ET AL.*

RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                  :        Chapter 11
                                                        :
LEXINGTON PRECISION CORP, et al.,                       :        Case No. 08-11153 (MG)
                                                        :
                                                        :        (Jointly Administered)
                                Debtors.                :
-------------------------------------------------------------------x

**ORDER AUTHORIZING EMPLOYMENT OF**
**STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008**

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and

Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") in the above-captioned

Chapter 11 cases for entry of an order, under sections 328(a) and 1103(a) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Stout Risius

Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008, pursuant to the terms of

SRR's engagement letter dated as of May 13, 2008 (the "Engagement Letter"); and the Court

having considered the Application and the Declaration of Jeffrey M. Risius dated May  13, 2008,

in support of the Application; and it appearing that (i) SRR does not hold or represent an interest

adverse to the Committee, (ii) SRR is a "disinterested person" as that term is defined in under

section 101(14) of the Bankruptcy Code, (iii) the retention of SRR by the Committee is

necessary and in the best interest of the Committee, and (iv) the terms and conditions of SRR's

employment as set forth in the Application and the Engagement Letter (as defined in the

Application) are fair and reasonable, including, without limitation, the Fee Structure (as defined

in the Application); and the Court having jurisdiction to consider and determine the Application

as a core proceeding under 28 U.S.C. §§ 157 and 1334; and it appearing that notice has been given and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Application is hereby granted, and SRR is hereby employed as the Committee's financial advisors, as of May 13, 2008, on the terms and conditions set forth in the Engagement Letter; and it is further

ORDERED that, notwithstanding anything in the Engagement Letter to the contrary, SRR's compensation thereunder may not be increased absent further Order of this Court.

ORDERED that SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court; and it is further

ORDERED that, the United States Trustee, Capital Source Finance LLC, as agent, and CSF Mortgage LLC, as agent, retain all rights to object to SRR's interim and final fee applications (including expense reimbursement) on grounds including, without limitation, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and directed to indemnify and hold harmless SRR and the other Indemnified Parties (as defined in the Engagement Letter) pursuant to the indemnification provisions of the Engagement Letter, which requests for payment of indemnity,

2

if any, pursuant thereto shall be made by means of an application and shall be subject to review by the Court to ensure that any such payment conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, provided, however, that in no event shall SRR or the other Indemnified Parties be indemnified for (x) their respective gross negligence, willful misconduct or fraud or (y) a material breach of a term or condition of the Engagement Letter by SRR; and it is further

ORDERED that in no event shall SRR be indemnified if the Debtor or a representative of the estates, assert a claim for, and a court determines by final order that such claim arose out of (x) SRR's or the Indemnified Parties' gross negligence, willful misconduct or fraud or (y) a material breach of a term of condition of the Engagement Letter by SRR; and it is further

ORDERED that in the event SRR seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in SRR's own application (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regards to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that SRR shall not, in the course of its engagement by the Committee under this Order, use any information obtained or work product developed in connection with its prior real estate valuation/appraisal engagement by Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC as agent, CSE Mortgage LLC, as agent, and other Prepetition Senior Lenders (as defined in the Final Order Authorizing Use of Cash Collateral, dated April 17, 2007)

NYC:175769.8

and shall keep all such information and work product strictly confidential; and it is further

ORDERED that SRR shall not testify adversely to Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC, as agent, CSE Mortgage LLC, as agent, or any other Prepetition Senior Lenders, with respect to real estate valuation/appraisal previously performed by SRR for or on behalf of such entities; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, Local Rules, any order of this Court or any guidelines regarding submission and approval of fee applications, SRR shall only be required to maintain contemporaneous summary time records for services rendered in hourly increments and shall not be required to file a schedule of rates; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters arising from or related to this Order or the implementation hereof.

Dated:  June 5, 2008

New York, NY

/s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

4

<u>VERIFICATION</u>

STATE OF NEW YORK          )
                          ) ss:
COUNTY OF NEW YORK        )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein; I am acquainted with the facts upon which this application is based; I have read the foregoing application and know the contents thereof: the same is true to the knowledge of the deponent, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this ⸝ day of September 2008

_____
Notary Public,          9.15.2008

CARRIE CORNELIUS
Notary Public - Michigan
Oakland County
My Commission Expires Jan 12, 2014
Acting in the County of _Oakland_

<u>CERTIFICATION</u>

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.   I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein.

2.   I have read the application.

3.   All interested parties have received and are reviewing or have reviewed the application.

4.   In providing a reimbursable service, Applicant does not make a profit on that service.

5.   In charging for a particular service, Applicant does not include the amortization of the cost of any investment equipment or capital outlay.

6.   In seeking reimbursement for third-party services, Applicant requests reimbursement only for the amount billed to the applicant by the third party.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15 day of September 2008

_____
Notary Public,    9.15.2008


CARRIE CORNELIUS
Notary Public - Michigan
Oakland County
My Commission Expires Jan 12, 2014
Acting in the County of Oakland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

Lexington Precision Corp. *et al.*,


Debtor:

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a first interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK               )
                                )  ss:
COUNTY OF NEW YORK        .     )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.  Deponent is a Managing Director of the Applicant named in the foregoing Application for a first interim allowance of Fees, for services rendered by Stout Risius Ross, Inc. as financial advisors to the above-named Official Committee of Unsecured Creditors.

2.  No arrangement prohibited by 18 U.S.C. Sec. 155 has been made by me or to any member of the said firm of Stout Risius Ross, Inc.

3.  Applicant is a disinterested person and represents or holds no interest adverse to the Debtor.

4.  No agreements or understandings in any form or guise have been made or exist between Applicant and any other person for a division or sharing of compensation allowed or to be allowed, or paid or to be paid, for services rendered in connection with this proceeding and no agreement has been made which is contrary to the provisions of the Bankruptcy Code.

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of September 2008

Notary Public,  9.15.2008

CARRIE CORNELIUS
Notary Public - Michigan
Oakland County
My Commission Expires Jan 12, 2014
Acting in the County of Oakland