UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEXINGTON PRECISION CORP., et al., | : | 08- 11153 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## <u>CORRECTED AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On September 5, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Paul Belobritsky

Sworn to before me this

_____ day of September, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 11-22-2011

T:\Clients\LPC\Affidavits\Corrected_Transfers_aff_9-05-08.DOC

# EXHIBIT A

```
In re                                          |    Chapter 11 Case No.
                                               |
LEXINGTON PRECISION CORP., et al               |    08-11153 (MG)
                                               |
                Debtors.                        |
                                               |
                                               |
                                               |
                                               |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CHARMILLES TECHNOLOGIES
      AGIE CHARMILLES CORPORATION
      PO BOX 807
      MOUNT PROSPECT, IL 60056-0807

Please note that your schedule in the above referenced case and in the amount of
      $6,742.10 has been transferred **(unless previously expunged by court order)** to:

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CHARMILLES TECHNOLOGIES
875 AVENUE OF THE AMERICAS, STE 2305
NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 351        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                            Kathleen Farrell-Willoughby, Clerk of Court


                                            /s/ Paul Belobritsky
                                            _____
                                            By: Bankruptcy Services LLC as claims
                                                agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

In re                                          |      Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al               |      08-11153 (MG)

                        Debtors.               |

                                               |

                                               |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GAYSON SDI
             ATTN: ROBERT L. BRADLEY
             30 SECOND STREET, S.W.
             BARBERTON, OH 44203

Please note that your claim # 156 in the above referenced case and in the amount of $14,651.22 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: GAYSON SDI
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 353        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   GAYSON SDI
      ATTN: ROBERT L. BRADLEY
      30 SECOND ST. S.W.
      BARBERTON, OH 44203

Please note that your claim # 158 in the above referenced case and in the amount of $6,588.40 has been transferred **(unless previously expunged by court order)** to:

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GAYSON SDI
875 AVENUE OF THE AMERICAS, STE 2305
NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 354       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                        Kathleen Farrell-Willoughby, Clerk of Court


                                        /s/ Paul Belobritsky
                                        _____
                                        By: Bankruptcy Services LLC as claims
                                            agent for the debtor(s).


FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| `LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GAYSON SDI
     ATTN: ROBERT L. BRADLEY
     30 SECOND STREET, S.W.
     BARBERTON, OH 44203
```

Please note that your claim # 157 in the above referenced case and in the amount of
        $1,747.92 has been transferred **(unless previously expunged by court order)** to:

```
     FAIR HARBOR CAPITAL, LLC
     TRANSFEROR: GAYSON SDI
     875 AVENUE OF THE AMERICAS, STE 2305
     NEW YORK, NY 10001
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 355        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                         Kathleen Farrell-Willoughby, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

```
_____
                                    |
In re                               |     Chapter 11 Case No.
                                    |
LEXINGTON PRECISION CORP., et al    |     08-11153 (MG)
                                    |
              Debtors.              |
                                    |
                                    |
                                    |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  R.E. CONDUIT COMPANY, INC           R.E. CONDUIT COMPANY, INC
     3050 SPRINGBORO WEST                R.E. CONDUIT COMPANY, INC.
     DATON, OH 45439-1716                ATTN: CHERYL D. MORGAN CONTROLLER
                                         P.O. BOX 49007
                                         DAYTON OH 45449-0007
```

Please note that your claim # 74 in the above referenced case and in the amount of $9,532.93 has been transferred **(unless previously expunged by court order)** to:

```
     FAIR HARBOR CAPITAL, LLC
     TRANSFEROR: R.E. CONDUIT COMPANY, INC
     875 AVENUE OF THE AMERICAS, STE 2305
     NEW YORK, NY 10001
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 356         in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

In re                                                  | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                        | 08-11153 (MG)

                        Debtors.

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  YARDE METALS
             45 NEWELL STREET
             SOUTHINGTON, CT 06489

Please note that your schedule in the above referenced case and in the amount of
        $1,430.30 has been transferred **(unless previously expunged by court order)** to:

        FAIR HARBOR CAPITAL, LLC
        TRANSFEROR: YARDE METALS
        875 AVENUE OF THE AMERICAS, STE 2305
        NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 357        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                          ·Kathleen Farrell-Willoughby, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

In re                                              |    Chapter 11 Case No.
                                                   |
LEXINGTON PRECISION CORP., et al                   |    08-11153 (MG)
                                                   |
                        Debtors.                   |
                                                   |
                                                   |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  ENGEL CANADA INC.
              545 ELMIRA RD.
              ATTN: PETRA CATTEAU, SR. CREDIT ADMIN.
              GUELPH, ON N1K 1C2
              CANADA

Please note that your claim # 17 in the above referenced case and in the amount of $1,946.48 has been transferred **(unless previously expunged by court order)** to:

              FAIR HARBOR CAPITAL, LLC
              TRANSFEROR: ENGEL CANADA INC.
              875 AVENUE OF THE AMERICAS, STE 2305
              NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 352      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                    Kathleen Farrell-Willoughby, Clerk of Court


                                    /s/ Paul Belobritsky
                                    _____
                                    By: Bankruptcy Services LLC as claims
                                        agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2008.

```
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEXINGTON PRECISION CORP., et al        |    08-11153 (MG)
                                        |
              Debtors.                  |
                                        |
                                        |
                                        |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  R.E. CONDUIT COMPANY, INC              R.E. CONDUIT COMPANY, INC
     R.E. CONDUIT COMPANY, INC.             3050 SPRINGBORO WEST
     ATTN: CHERYL D. MORGAN CONTROLLER       DATON, OH 45439-1716
     P.O. BOX 49007
     DAYTON OH 45449-0007

Please note that your claim # 74 in the above referenced case and in the amount of
        $9,532.93 has been transferred **(unless previously expunged by court order)** to:

                              FAIR HARBOR CAPITAL, LLC
                              TRANSFEROR: R.E. CONDUIT COMPANY, INC
                              875 AVENUE OF THE AMERICAS, STE 2305
                              NEW YORK, NY 10001

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 356        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2008                         Kathleen Farrell-Willoughby, Clerk of Court


                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 5, 2008.

# EXHIBIT B

TIME: 10:58:21
DATE: 09/05/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| CHARMILLES TECHNOLOGIES | AGIE CHARMILLES CORPORATION PO BOX 807 MOUNT PROSPECT IL 60056-0807 |
| ENGEL CANADA INC. | 545 ELMIRA RD. ATTN: PETRA CATTEAU, SR. CREDIT ADMIN. GUELPH ON N1K 1C2 CANADA |
| FPR HARBOR CAPITAL, LLC | TRANSFEROR: CHARMILLES TECHNOLOGIES 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FPR HARBOR CAPITAL, LLC | TRANSFEROR: ENGEL CANADA INC. 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FPR HARBOR CAPITAL, LLC | TRANSFEROR: GAYSON SDI 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FPR HARBOR CAPITAL, LLC | TRANSFEROR: R.E. CONDUIT COMPANY, INC 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| FPR HARBOR CAPITAL, LLC | TRANSFEROR: YARDE METALS 875 AVENUE OF THE AMERICAS, STE 2305 NEW YORK NY 10001 |
| GAYSON SDI | ATTN: ROBERT L. BRADLEY 30 SECOND ST. S.W. BARBERTON OH 44203 |
| GAYSON SDI | ATTN: ROBERT L. BRADLEY 30 SECOND STREET, S.W. BARBERTON OH 44203 |
| R.E. CONDUIT COMPANY, INC | 3050 SPRINGBORO WEST DAYTON OH 45439-1716 |
| R.E. CONDUIT COMPANY, INC | R.E. CONDUIT COMPANY, INC. ATTN: CHERYL D. MORGAN CONTROLLER P.O. BOX 49007 DAYTON OH 45449-0007 |
| YARDE METALS | 45 NEWELL STREET SOUTHINGTON CT 06489 |

Total Number of Records Printed          12

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153