UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**LEXINGTON PRECISION CORP., et al.,**        :    08- 11153 (MG)
                                              :
         Debtors.                             :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 8, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           _____
                                                  Paul Belobritsky

Sworn to before me this

11th day of September, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES _____

T:\Clients\LPC\Affidavits\Transfers_aff_9-08-08.DOC

# EXHIBIT A

08-11153-scc    Doc 394    Filed 09/15/08    Entered 09/15/08 13:05:09    Main Document
Pg 2 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MH EQUIPMENT CO.
      PO BOX 50
      MOSSVILLE, IL 61552

Please note that your claim # 100 in the above referenced case and in the amount of $1,107.74 has been transferred **(unless previously expunged by court order)** to:

      LIQUIDITY SOLUTIONS, INC.
      TRANSFEROR: MH EQUIPMENT CO.
      D/B/A REVENUE MANAGEMENT
      ONE UNIVERSITY PLAZA, SUITE 312
      HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 363     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/08/2008                         Kathleen Farrell-Willoughby, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).

FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 8, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ASSOCIATED SPRING BARNES GROUP INC
         PO BOX 223023
         PITTSBURGH, PA 15251-2023

Please note that your claim # 53 in the above referenced case and in the amount of
    $14,850.00 has been transferred **(unless previously expunged by court order)** to:

        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: ASSOCIATED SPRING BARNES GRP
        D/B/A REVENUE MANAGEMENT
        ONE UNIVERSITY PLAZA, SUITE 312
        HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 364       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/08/2008                             Kathleen Farrell-Willoughby, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Bankruptcy Services LLC as claims
                                                 agent for the debtor(s).

FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 8, 2008.

# EXHIBIT B

```
TIME: 09:51:49                               Lexington Precision Corporation                                              PAGE: 1
DATE: 09/08/08                                     CREDITOR LISTING

Name                              Address
ASSOCIATED SPRING BARNES GROUP INC PO BOX 223023 PITTSBURGH PA 15251-2023
LIQUIDITY SOLUTIONS, INC.          TRANSFEROR: ASSOCIATED SPRING BARNES GRP D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.          TRANSFEROR: MH EQUIPMENT CO. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MH EQUIPMENT CO.                   PO BOX 50 MOSSVILLE IL 61552

Total Number of Records Printed    4
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153