UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
**LEXINGTON PRECISION CORP., et al.,**                           :   08- 11153 (MG)
                                                                 :
        Debtors.                                              :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       _____
                                                       Paul Belobritsky

Sworn to before me this

_____ day of September, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-2011

T:\Clients\LPC\Affidavits\Transfers_aff_9-08-08.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  STRUKTOL COMPANY OF AMERICA
         201 EAST STEEL CORNERS ROAD
         P.O. BOX 1649
         STOW, OH 44224-0649

Please note that your claim # 78 in the above referenced case and in the amount of
         $283.80 has been transferred **(unless previously expunged by court order)** to:

         BLUE HERON MICRO OPPORTUNITIES FUND LLP
         TRANSFEROR: STRUKTOL COMPANY OF AMERICA
         ATTN: CLAIMS PROCESSING DEPARTMENT
         5315 NORTH KINGS HIGHWAY
         MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 365        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/10/2008                          Kathleen Farrell-Willoughby, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 10, 2008.

**EXHIBIT B**

```
TIME: 09:43:58                                    Lexington Precision Corporation                                      PAGE:   1
DATE: 09/10/08                                         CREDITOR LISTING

Name                                 Address
BLUE HERON MICRO OPPORTUNITIES FUND LLP   TRANSFEROR: STRUKTOL COMPANY OF AMERICA ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
STRUKTOL COMPANY OF AMERICA               201 EAST STEEL CORNERS ROAD P.O. BOX 1649 STOW OH 44224-0649

Total Number of Records Printed    2
```

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153