**EXHIBIT B**

# SUMMARY OF MATTERS WITH RESPECT TO
## FIRST INTERIM APPLICATION OF
## ANDREWS KURTH LLP
## FOR THE PERIOD OF APRIL 11, 2008 TO JULY 31, 2008

| Professional | Title | Class Year | Rate | Hours Billed | Total Value |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | $910.00 | 172.90 | $157,339.00 |
| PETER S. GOODMAN | Partner | 1986 | $700.00 | 6.30 | $4,410.00 |
| GERALD L. BRACHT | Partner | 1976 | $640.00 | 211.70 | 135,488.00 |
| JONATHAN I. LEVINE | Associate | 2000 | $545.00 | 305.60 | $166,552.00 |
| TIMOTHY A. DAVIDSON II | Associate | 1999 | $450.00 | 1.40 | $630.00 |
| BASIL UMARI | Associate | 2000 | $425.00 | 8.40 | $3,570.00 |
| JEREMY RECKMEYER | Associate | 2005 | $405.00 | .30 | $121.50 |
| CHASLESS L. YANCY | Associate | 2001 | $400.00 | 8.30 | $3,320.00 |
| TIM MCCONN | Associate | 2001 | $400.00 | 80.10 | $32,040.00 |
| JEFFERY M. BUTLER | Associate | 2002 | $375.00 | 5.30 | $1,987.50 |
| CASSANDRA PORSCH | Associate | 2005 | $325.00 | 32.90 | $10,692.50 |
| TARYN A. SINGER | Associate | 2007 | $275.00 | 14.10 | $3,877.50 |
| SARAH J. KITTLEMAN | Associate | 2005 | $275.00 | 47.90 | $13,172.50 |
| ADRIAN GREEN | Associate | 2007 | $250.00 | 17.50 | $4,375.00 |
| JAKELYNE GARCIA | Paralegal | | $205.00 | 3.90 | 799.50 |
| KAREEN SIMON-EICHMANN | Paralegal | | $175.00 | 37.10 | $6,492.50 |
| ELIZABETH A. MCDERMOTT | Paralegal | | $170.00 | 19.30 | $3,281.00 |
| ALEXANDRA Z. BUNNELL | Paralegal | | $170.00 | 6.90 | $1,173.00 |
| SHAY BRYSON | Summer Associate | | $125.00 | 17.30 | $2,162.50 |
| | | | | | |
| **GRAND TOTAL** | | | | 997.20 | **$551,484.00** |
| BLENDED RATE | | | $553.03 | | |

NYC:181415.1