# EXHIBIT C

## SUMMARY OF MATTERS WITH RESPECT TO
## FIRST INTERIM APPLICATION OF
## ANDREWS KURTH LLP
## FOR THE PERIOD OF APRIL 11, 2008 TO JULY 31, 2008

| Matter Number | Matter Name | Total Hours | Fee Amount | Disbursement Amount |
|---|---|---|---|---|
| 0181752 | DIP FINANCING/CASH COLLATERAL | 21.60 | $15,130.00 | $72.93 |
| 0181754 | EMPLOYMENT OF PROFESSIONALS/ FEE APPLICATION | 108.40 | $55,222.50 | $125.62 |
| 0181756 | PLAN AND DISCLOSURE STATEMENT | 578.00 | $328,919.50 | $12,456.34 |
| 0181759 | TRUSTEE/EXAMINER | 2.00 | $1,163.00 | $0.00 |
| 0181761 | BUSINESS OPERATIONS | 16.40 | $10,074.00 | $482.45 |
| 0181762 | CASE ADMINISTRATION | 43.20 | $18,630.00 | $3,936.51 |
| 0181763 | CLAIMS | 3.50 | $2,747.00 | $0.00 |
| 0181764 | COMMITTEE MATTERS | 224.10 | $119,598.00 | $4,757.58 |

Total Services      $551,484.00
Total Disbursements      $21,817.18
Total Current Services and Disbursements      $573,301.88

NYC:181415.1