# EXHIBIT D

# SUMMARY OF MATTERS WITH RESPECT TO
# FIRST INTERIM APPLICATION OF
# ANDREWS KURTH LLP
# FOR THE PERIOD OF APRIL 11, 2008 TO JULY 31, 2008

| **Disbursements** | **Value** |
|---|---:|
| Local Transportation | $1,744.00 |
| Court Costs | $25.00 |
| Photocopies | $4,688.60 |
| Local Meal Expense | $995.61 |
| Hotel & Lodging Expense | $2,244.68 |
| Facsimile | $71.25 |
| Professional Services | $82.14 |
| Computer Aided research | $4,688.29 |
| Travel-Related Expense | $5,204.61 |
| Delivery Expense - Fedex | $388.33 |
| Non-firm Photocopies | $555.97 |
| Postage | $393.77 |
| Long Distance Telephone | $21.28 |
| Miscellaneous | $225.00 |
| ATT Conference Services | $488.65 |
| | |
| **TOTAL** | **$21,817.18** |

NYC:181415.1