

W.Y. CAMPBELL & COMPANY

INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

June 3, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:    (April 2008) (Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



**W. Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

June 3, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:    (May 2008)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



W. Y. CAMPBELL & COMPANY
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

July 15, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:    (June 2008) | $ 50,000.00 |
| (Montly Advisory Fee $50,000/month x 1) | |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |

**Total amount due:**                                    **$ 40,000.00**

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



W. Y. CAMPBELL & COMPANY
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

August 29, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:    (July 2008)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



W. Y. CAMPBELL & COMPANY

INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                    6/30/08

## Monthly Client Expense Report
### 5/1/08 Through 5/31/08

Lexington Precision

| | |
|---|---|
| 55625-Federal Express | 222.42 |
| 55905-Reproduuction | 972.00 |
| 56230-Telephone | 298.07 |
| 56000-Reference | 150.00 |
| 56450-Travel | 3070.00 |

TOTAL EXPENSESDUE                          $4,712.49

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/31/2008 | Federal Express | Detroit, MI | 222.42 | vendor | various |
| | | | 222.42 | | |

**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/1/2008 | color copies | Detroit, MI | 950.00 | 1.00/page | various |
| 5/31/2008 | b/w copies | Detroit, MI | 22.00 | .10/page | various |
| | | | 972.00 | | |

**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/31/2008 | conference calls | Detroit, MI | 298.07 | vendor | various |
| | | | 298.07 | | |



## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/16/08 | Reference | Detroit | 50.00 | vendor | K. Haras |
| 5/20/08 | Reference | Detroit | 25.00 | vendor | K. Haras |
| 5/29/08 | Reference | Detroit | 75.00 | vendor | A. Schroder |
| | | | 150.00 | | |

**LEXINGTON PRECISION**

**Travel**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/31/2008 | Travel to NYC | Andre A. Augier | 1,785.80 | | A. Augier |
| 5/31/2008 | Travel to NYC | Kurt Haras | 1,284.20 | | K. Haras |
| | | | 3,070.00 | | |



**W. Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                          7/29/08

## Monthly Client Expense Report
### 6/1/08 Through 6/30/08

Lexington Precision

| | |
|---|---|
| 55625-Federal Express | 296.62 |
| 55905-Reproduuction | 375.00 |
| 56230-Telephone | 637.44 |
| 56000-Reference | 420.00 |
| 56450-Travel | 1010.20 |

TOTAL EXPENSESDUE                          $2,739.26

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/30/2008 | Federal Express | Detroit, MI | 296.62 | vendor | various |
| | | | 296.62 | | |



**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/1/2008 | color copies | Detroit, MI | 310.00 | 1.00/page | various |
| 6/30/2008 | b/w copies | Detroit, MI | 65.00 | .10/page | various |
| | | | 375.00 | | |



**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 5/31/2008 | conference calls | Detroit, MI | 637.44 | vendor | various |
| | | | 637.44 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/3/08 | Reference | Detroit | 100.00 | vendor | K. Haras |
| 6/4/08 | Reference | Detroit | 50.00 | vendor | K. Haras |
| 6/9/08 | Reference | Detroit | 50.00 | vendor | A. Schroeder |
| 6/10/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| 6/13/08 | Reference | Detroit | 95.00 | vendor | A. Schroeder |
| 6/20/08 | Reference | Detroit | 50.00 | vendor | K. Haras |
| | | | 420.00 | | |

## LEXINGTON PRECISION

### Travel

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 6/16 | Airfare | Lexington Plant Tours - SRR | $940.00 | various | K. Haras |
| 6/17 | Mileage | Lexington Plant Tours - SRR | $20.20 | various | K. Haras |
| 6/17 | Airport Parking | Lexington Plant Tours - SRR | $50.00 | various | K. Haras |

1,010.20



**W. Y. CAMPBELL & COMPANY**

INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                                   8/29/08

## Monthly Client Expense Report
7/1/08 Through 7/31/08

Lexington Precision

| | |
|---|---:|
| 55625-Federal Express | 433.73 |
| 55905-Reproduuction | 185.00 |
| 56230-Telephone | 302.70 |
| 56000-Reference | 250.00 |
| 56450-Travel | 5070.46 |
| 56460-Meals | 83.94 |

TOTAL EXPENSESDUE                                   $6,325.83

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33



**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/31/2008 | Federal Express | Detroit, MI | 433.73 | vendor | various |
| | | | 433.73 | | |

**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/1/2008 | color copies | Detroit, MI | 140.00 | 1.00/page | various |
| 7/31/2008 | b/w copies | Detroit, MI | 45.00 | .10/page | various |
| | | | 185.00 | | |

# LEXINGTON PRECISION

## Telephone



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/31/2008 | conference calls | Detroit, MI | 302.70 | vendor | various |
| | | | 302.70 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/8/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 7/18/08 | Reference | Detroit | 100.00 | vendor | G. McGowan |
| 7/29/08 | Reference | Detroit | 50.00 | vendor | G. McGowan |
| | | | 250.00 | | |



**LEXINGTON PRECISION**

**Travel**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/8/08 | tolls | Canton, OH | | 4.25 vendor | A. Augier |
| 7/8/08 | hotel | Canton, OH | | 192.75 vendor | A. Augier |
| 7/9/08 | tolls | Canton, OH | | 9.00 vendor | A. Augier |
| 7/9/08 | Mileage | Canton, OH | | 234.00 | A. Augier |
| 7/15/08 | taxi from airport to city | New York City, NY | | 38.00 vendor | A. Augier |
| 7/15/08 | taxi to airport | New York City, NY | | 35.00 vendor | A. Augier |
| 7/15/08 | airfare + agent fee | New York City, NY | | 544.00 vendor | A. Augier |
| 7/15/08 | airfare and change fee | New York City, NY | | 70.00 vendor | A. Augier |
| 7/16/08 | airport parking | New York City, NY | | 30.00 vendor | A. Augier |
| 7/16/08 | hotel | New York City, NY | | 1,401.61 vendor | A. Augier |
| 7/23/08 | taxi from airport to city | New York City, NY | | 30.00 vendor | A. Augier |
| 7/23/08 | taxi to airport | New York City, NY | | 35.00 vendor | A. Augier |
| 7/23/08 | airport parking | New York City, NY | | 25.00 vendor | A. Augier |
| 7/23/08 | airfare + agent fee | New York City, NY | | 514.00 vendor | A. Augier |
| 7/23 | Mileage | New York City, NY | | $25.25 vendor | K. Haras |
| 7/23 | Air Fare | New York City, NY | | $514.00 vendor | K. Haras |
| 7/28 | Mileage | New York City, NY | | $20.20 vendor | K. Haras |
| 7/28 | Airport Parking | New York City, NY | | $47.00 vendor | K. Haras |
| 7/29 | Airfare | New York City, NY | | $624.00 vendor | K. Haras |
| 7/29 | Lodging | New York City, NY | | $642.40 vendor | K. Haras |
| 7/29 | Cab Fare | New York City, NY | | $35.00 vendor | K. Haras |

5,070.46

**LEXINGTON PRECISION**

**Meals**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/8/08 | Meal while traveling | Canton, OH | 41.59 | vendor | A. Augier |
| 7/16/08 | Meal while traveling | New York City, NY | 3.66 | vendor | A. Augier |
| 7/29/08 | Meal while traveling | New York City, NY | $20.00 | vendor | K. Haras |
| 7/29/08 | Meal while traveling | New York City, NY | $18.69 | vendor | K. Haras |
| | | | 83.94 | | |