Task Codes

**10 Administration**
11 Meeting/Calls (Internal)
12 Meeting/Calls (WYCC/Client)
13 Meeting/Calls (WYCC/Committee)
14 Preparation of Fee Documents
15 Travel
16 Administration Items
17 Legal
18 Correspondence with client

**20 Facility Tours**
21 Facility Tour

**30 Offering Documents**
31 Drafting of Offering Documents
32 Review of Offering Documents
33 Drafting of Management Presentation
34 Review of Management Presentation
39 Data Review - Document Preparation

**40 Financial**
41 Financial Modeling
42 Financial Model Review
43 Review of Financial Data
44 Valuation Report

**50 Marketing**
51 Investor Research
52 Meetings and Discussions - Marketing
53 Discussions with Potential Investors
54 Management Presentations
55 Industry Research

**60 Due Diligence**
61 Due Diligence Data
62 Data Requests

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation – Chapter 11 Reorganization
Summary of Work
May 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 40.5 |
| Kurt L. Haras | Investment Banking | Director | 60.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 60.5 |
| Alexander J. Schroeder | Investment Banking | Analyst | 58.0 |
| **Total** | | | **219.5** |

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Thursday, May 01, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 02, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 05, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, May 05, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 07, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 08, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 09, 2008 | 6.0 hrs | 15 | Travel | Travel Time - Detroit to NYC and return |
| Friday, May 09, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting in NYC with Lexington management |
| Monday, May 12, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, May 12, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 13, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 14, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 19, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, May 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 20, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 21, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 22, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 23, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 27, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 27, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 27, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 28, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 29, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Weil Gotshal and Lexington |
| Thursday, May 29, 2008 | 1.5 hrs | 62 | Data Requests | Prepare for and conf. call with SRR, re:data request |
| Thursday, May 29, 2008 | 0.5 hrs | 62 | Data Requests | Review of letter in response to SRR's data request lists |
| Thursday, May 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 30, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

1  **Total Hours - May 2008**   **40.5 hrs**

W.Y. CAMPBELL & COMPANY

## Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Kurt L. Haras, Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Thursday, May 01, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 02, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 05, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 05, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 07, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 08, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 09, 2008 | 6.0 hrs | 15 | Travel | Travel Time - Detroit to NYC and return |
| Friday, May 09, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting in NYC with Lexington management |
| Monday, May 12, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 12, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 13, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 14, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, May 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 19, 2008 | 3.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, May 19, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 20, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 20, 2008 | 1.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, May 21, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 22, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 22, 2008 | 4.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Friday, May 23, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 23, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, May 27, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, May 27, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 27, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 28, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 28, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 29, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Weil Gotshal and Lexington |
| Thursday, May 29, 2008 | 1.5 hrs | 62 | Data Requests | Prepare for and conf. call with SRR, re:data request |
| Thursday, May 29, 2008 | 1.0 hrs | 62 | Data Requests | Review of letter in response to SRR's data request lists |
| Thursday, May 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 29, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Friday, May 30, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 30, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |

1 **Total Hours - May 2008**  60.5 hrs

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation -- Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Thursday, May 01, 2008 | 2.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Friday, May 02, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 02, 2008 | 4.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Monday, May 05, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 06, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 06, 2008 | 2.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Wednesday, May 07, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 07, 2008 | 2.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Friday, May 09, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 09, 2008 | 1.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Monday, May 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 12, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, May 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 14, 2008 | 2.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Thursday, May 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, May 19, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 19, 2008 | 3.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, May 19, 2008 | 2.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Monday, May 19, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 20, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, May 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 21, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 22, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 22, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 22, 2008 | 2.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Friday, May 23, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, May 27, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 27, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 27, 2008 | 3.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, May 27, 2008 | 2.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Wednesday, May 28, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 28, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 29, 2008 | 1.5 hrs | 62 | Data Requests | Prepare for and conf. call with SRR, re:data request |
| Thursday, May 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 29, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 29, 2008 | 2.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Friday, May 30, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 30, 2008 | 2.0 hrs | 62 | Data Requests | Fulfillment of data request items |

1  **Total Hours - May 2008**   60.5 hrs

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Analyst*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Friday, May 02, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 05, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 06, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 06, 2008 | 2.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Wednesday, May 07, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 07, 2008 | 3.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Friday, May 09, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 09, 2008 | 3.5 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Monday, May 12, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, May 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, May 12, 2008 | 2.0 hrs | 31 | Drafting of Offering Documents | Preparation of offering documents |
| Wednesday, May 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 16, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, May 19, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, May 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 20, 2008 | 1.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, May 21, 2008 | 5.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, May 22, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, May 22, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Friday, May 23, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 23, 2008 | 3.0 hrs | 41 | Financial Modeling | Construction of valuation model |
| Tuesday, May 27, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, May 27, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, May 27, 2008 | 4.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, May 27, 2008 | 3.0 hrs | 41 | Financial Modeling | Construction of valuation model |
| Wednesday, May 28, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, May 28, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, May 28, 2008 | 4.0 hrs | 41 | Financial Modeling | Construction of valuation model |
| Thursday, May 29, 2008 | 1.5 hrs | 62 | Data Requests | Prepare for and conf. call with SRR, re:data request |
| Thursday, May 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, May 30, 2008 | 2.5 hrs | 62 | Data Requests | Fulfillment of data request items |

1  **Total Hours - May 2008**    58.0 hrs

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation – Chapter 11 Reorganization
Summary of Work
June 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 35.0 |
| Kurt L. Haras | Investment Banking | Director | 71.0 |
| Gregory S. McGowan | Investment Banking | Vice President | 50.0 |
| Alexander J. Schroeder | Investment Banking | Analyst | 76.0 |
| **Total** | | | **232.0** |

Confidential

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet – Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, June 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 02, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, June 03, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, June 04, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington management |
| Wednesday, June 04, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, June 05, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, June 06, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, June 09, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 09, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, June 10, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, June 11, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, June 12, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conf. Call with SRR re: info request items |
| Thursday, June 12, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, June 13, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, June 16, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 16, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, June 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, June 18, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, June 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, June 20, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, June 23, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington management |
| Monday, June 23, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 23, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, June 24, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington management |
| Tuesday, June 24, 2008 | 2.5 hrs | 53 | Discussions with Potential Investors | Meeting with potential investor |
| Tuesday, June 24, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, June 25, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, June 26, 2008 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington management |
| Thursday, June 26, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, June 27, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, June 30, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 30, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - June 2008** | **35.0 hrs** | | | |

**Lexington Precision Corporation - Chapter 11 Reorganization**

*Time Sheet - Alexander J. Schroeder, Analyst*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, June 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 02, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Tuesday, June 03, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Wednesday, June 04, 2008 | 2.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Thursday, June 05, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Friday, June 06, 2008 | 5.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Monday, June 09, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 09, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, June 09, 2008 | 2.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Tuesday, June 10, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, June 10, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Wednesday, June 11, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Thursday, June 12, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Friday, June 13, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Friday, June 13, 2008 | 2.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Monday, June 16, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 16, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Tuesday, June 17, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Wednesday, June 18, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, June 18, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Thursday, June 19, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, June 19, 2008 | 2.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Friday, June 20, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Friday, June 20, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Monday, June 23, 2008 | 1.5 hrs | 11 | Meeting/Calls (internal) | Internal WYC&C planning meeting |
| Monday, June 23, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Tuesday, June 24, 2008 | 5.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Wednesday, June 25, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, June 25, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Thursday, June 26, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, June 26, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Friday, June 27, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| Monday, June 30, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, June 30, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, June 30, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation Model/Drafting of Valuation Report |
| **Total Hours - June 2008** | **76.0 hrs** | | | |

W.Y. CAMPBELL & COMPANY

Confidential

Page 1 of 1

Lexington Precision Corporation - Time Sheet

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
July 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 61.0 |
| Kurt L. Haras | Investment Banking | Director | 98.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 54.5 |
| Alexander J. Schroeder | Investment Banking | Analyst | 73.0 |
| **Total** | | | **287.0** |

Confidential
Lexington Precision Corporation - Time Sheet

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, July 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 02, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 03, 2008 | 4.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 07, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington |
| Monday, July 07, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 07, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 08, 2008 | 3.0 hrs | 15 | Travel | Travel - Michigan to Ohio re: SRR meeting with management/facility tour |
| Tuesday, July 08, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 09, 2008 | 6.0 hrs | 21 | Facility Tour | SRR meeting with management/facility tour - Ohio facilities |
| Wednesday, July 09, 2008 | 3.0 hrs | 15 | Travel | Travel - Ohio to Michigan re: SRR meeting with management/facility tour |
| Wednesday, July 09, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 10, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 14, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 16, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 18, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 21, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 21, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 22, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 23, 2008 | 4.0 hrs | 15 | Travel | Travel - Michigan to NYC re: meeting with Lexington management |
| Wednesday, July 23, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington management - NYC |
| Wednesday, July 23, 2008 | 4.0 hrs | 15 | Travel | Travel - NYC to Michigan re: meeting with Lexington management |
| Thursday, July 24, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 25, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 28, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 29, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 30, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 31, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - July 2008** | **61.0 hrs** | | | |

Lexington Precision Corporation - Chapter 11 Reorganization                                                                                         W.Y. CAMPBELL & COMPANY

*Time Sheet - Kurt L. Haras, Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, July 01, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 02, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 02, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, July 03, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 03, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Monday, July 07, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. Call with Lexington |
| Monday, July 07, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 07, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 08, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Tuesday, July 08, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 09, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Wednesday, July 09, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 09, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Wednesday, July 09, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, July 10, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 11, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 11, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Monday, July 14, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 14, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 14, 2008 | 3.5 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Monday, July 14, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, July 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 15, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, July 16, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 16, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Thursday, July 17, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 17, 2008 | 4.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Friday, July 18, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 21, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 21, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Monday, July 21, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Tuesday, July 22, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 22, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Tuesday, July 22, 2008 | 1.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Wednesday, July 23, 2008 | 4.0 hrs | 15 | Travel | Travel - Michigan to NYC re: meeting with Lexington management |
| Wednesday, July 23, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington management - NYC |
| Wednesday, July 23, 2008 | 4.0 hrs | 15 | Travel | Travel - NYC to Michigan re: meeting with Lexington management |
| Wednesday, July 23, 2008 | 0.5 hrs | 62 | Data Requests | Fulfillment of data request items |
| Thursday, July 24, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 24, 2008 | 3.5 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Friday, July 25, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Call with Lexington and legal counsel - re: Bankruptcy hearing |
| Friday, July 25, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 25, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Monday, July 28, 2008 | 4.0 hrs | 15 | Travel | Travel - Michigan to NYC re: Bankruptcy hearing |
| Monday, July 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 28, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 29, 2008 | 8.0 hrs | 17 | Legal | Bankruptcy hearing - NYC |
| Tuesday, July 29, 2008 | 4.0 hrs | 15 | Travel | Travel - NYC to Michigan re: Bankruptcy hearing |
| Wednesday, July 30, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 30, 2008 | 1.5 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Thursday, July 31, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 31, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation of valuation analysis and report |
| Thursday, July 31, 2008 | 1.0 hrs | 62 | Data Requests | Fulfillment of data request items |

**Total Hours - July 2008**   98.5 hrs

Confidential

Lexington Precision Corporation - Chapter 11 Reorganization                                           W.Y. CAMPBELL & COMPANY

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, July 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 02, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, July 02, 2008 | 3.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 03, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 07, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 07, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 08, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 08, 2008 | 3.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 09, 2008 | 4.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 10, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 14, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 14, 2008 | 2.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, July 15, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 15, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 16, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 17, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 17, 2008 | 3.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, July 18, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, July 18, 2008 | 2.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, July 21, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 22, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 22, 2008 | 4.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 24, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 24, 2008 | 2.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, July 25, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, July 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 28, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 29, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, July 29, 2008 | 4.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 30, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 31, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, July 31, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| **Total Hours - July 2008** | **54.5 hrs** | | | |

Lexington Precision Corporation – Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Alexander J. Schroeder, Analyst*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Wednesday, July 02, 2008 | 4.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, July 07, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, July 08, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 09, 2008 | 4.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, July 14, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 14, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, July 15, 2008 | 3.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 17, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, July 21, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 21, 2008 | 8.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, July 22, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 23, 2008 | 0.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 24, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, July 25, 2008 | 3.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, July 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, July 28, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, July 30, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, July 31, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |

**Total Hours - July 2008**    **73.0 hrs**

Confidential

Lexington Precision Corporation - Time Sheet