

ANDRÉ A. AUGIER – Managing Director

André A. Augier is a Managing Director of W.Y. Campbell & Company having joined the Company in 1988. Prior to joining W.Y. Campbell & Company, Mr. Augier was employed as an officer with transactional responsibility in the Corporate Finance Department at First of Michigan Corporation where he worked extensively in the divestiture arena. Previously, Mr. Augier held a position with the firm's Public Finance Department where, acting as an underwriter and financial advisor, he initiated and structured tax-exempt public debt offerings. Mr. Augier is fluent in French, a graduate of Michigan State University's School of Business where he received his B.A. in Finance and of Walsh College where he received his Masters of Science in Finance with Honors.

EMAIL ANDRÉ



KURT L. HARAS – Director

Kurt L. Haras is a Director of W.Y. Campbell & Company. Prior to joining W.Y. Campbell & Company in 2001, Mr. Haras served as an officer in the Corporate Finance department at Fahnestock & Company, where he was involved in mergers, acquisitions, public offerings, private placements, and business valuations. Prior to joining Fahnestock, he worked for PricewaterhouseCoopers LLP in the Corporate Value Consulting practice where he performed business valuations for estate, tax, and transaction purposes. Mr. Haras graduated from Michigan State University with a B.A. in Accounting and is a certified public accountant. Mr. Haras is currently enrolled in the Executive M.B.A. program at the University of Michigan.

EMAIL KURT

08-11153-scc    Doc 397-5    Filed 09/15/08    Entered 09/15/08 13:33:10    Exhibit Resumes    Pg 3 of 4



GREGORY S. McGOWAN – Vice President

Gregory S. McGowan is a Vice President at W.Y. Campbell & Company. Prior to joining W.Y. Campbell & Company in 2006, Mr. McGowan served with both Woodward Capital Advisors and Deloitte & Touche Corporate Finance LLC where he worked on numerous investment banking advisory assignments with large public companies and small privately held companies in the execution of middle market transactions. He specializes in the advisory of mergers acquisitions, divestitures, capital raising and joint ventures.

Mr. McGowan earned a Bachelor of Arts degree with honors in Finance from Michigan State University where he was elected to Bet Gamma Sigma. He is Series 7 and 63 licensed.

EMAIL GREGORY



ALEXANDER J. SCHROEDER – Analyst

Alexander J. Schroeder joined W.Y. Campbell & Company as an Analyst in 2006. Prior to joining the firm, Mr. Schroeder was an Analyst at Duff & Phelps LLC in the Corporate Value Consulting practice. At Duff & Phelps, Mr. Schroeder performed business valuations for financial reporting, tax, and transaction purposes. Mr. Schroeder has also worked for General Motors Corporation and Lear Corporation. Mr. Schroeder graduated with honors from Michigan State University with a Bachelor of Arts degree in Finance.

EMAIL ALEXANDER