**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :    Case No. 08-11153 (MG)
                                                :
                                                :
                    Debtors.                    :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on September 15, 2008, I served the Summary Sheet for Andrews Kurth LLP under 11 U.S.C. 330 for First Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period 4/11/2008 to 7/31/2008 [Docket #396] upon the names listed on the service list attached via Overnight Mail.

Alexandra Zoë Bunnell

Subscribed and sworn to before me this
15th day of September, 2008

Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20__

NYC:181662.1

## Service List

Burnt Mountain Center, Inc.
Attn: Kim Hyde
515 Pioneer Rd
Jasper, GA 30143

Channel Prime Alliance
Attn: Ciara Dolloway
800 Connecticut Ave
Norwalk, CT 06854

Chase Brass & Copper, Inc.
Attn: Cheryl Nofziger
P.O. Box 152
Montpelier, OH 43543-0152

China Auto Group
Attn: Kim Taylor Domines
17815 Sky Park Circle, Suite D
Irvine, CA 92614

Copper & Brass Sales
Attn: Dale Sawchik
5755 Grant Avenue
Cleveland, OH 44105

CSE Mortgage, LLC
C/O CapitalSource Finance LLC
Attn: Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Dalton Box
Attn: Sheila Blair
612 East Callahan Rd
Dalton, GA 30721

Degussa-Huls Corporation
Attn: Fred Pacinich
379 Interpace Parkway
Parsippany, NJ 07660

DMD Special Situtations, LLC
C/O CapitalSource Finance LLC
Attn: Todd Gehrs
4445 Willard Avenue, 12th Floor,
Chevy Chase, MD 20815

Dow Corning STI
Attn: Anne Tipple
111 S. Progress Drive
Kendallville, IN 46755

Earle M. Jorgensen Company
Attn: David O'Brien
2060 Enterprise Parkway
Twinsburg, OH 44087

Environmental Products & Services
PO Box 4620
Burlington, VT 05406

NYC:181662.1

Excellus Blue Cross
Attn: Customer Service
PO Box 4752
Rochester, NY 14692

Georgia Power
Attn: Customer Service
Bin #76141
P.O. Box 200127
Cartersville, GA 30120

Goodyear Tire & Rubber Co.
Attn: Derick McGinness
5055 Milk Drive
Beaumont, TX 38024

Haley & Aldrich, Inc.
Attn: Steve Schalabba
465 Medford Street Suite 2200
Boston, MA 02129-1400

Internal Revenue Service
Attn: District Director
290 Broadway
New York, NY 10007

Keystone Profiles
Attn: Frank Cremeens
220 Seventh Avenue
Beaver Falls, PA 15010

Lintech International
Attn: Julie Van Brunt
P.O. Box 10225
Macon,      GA 31297

Georgia Department of Revenue
Sales & Use Tax Division
P. O. Box 105296
Atlanta, GA 30348

Gold Key Processing, Ltd
Attn: Steve Harsh
14910 Madison Road
Middlefield, OH 44062

Gosiger Machine Tools
Attn: Linda Duale
PO Box 712288
Cincinnati, OH 45271

Imperial Die & Mfg Co.
Attn: Ron LaPossy
22930 Royalton Road
Strongsville, OH 44149

International Union of
Electronic, Electrical
Machine and Furniture Workers, AFL-CIO,
Attn: Ken Ream
111 Whitehead Lane, Suite #2
Monroeville, PA 15146-2715

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue, 15th Floor
New York, NY 10017

Lion Copolymer
Attn: Michelle Geidroz
36191 Highway 30
Geismar, LA 70734

Local 1811, United Steelworkers Of America,
AFL-CIO, CLC
C/O Lexington Medical
Attn: Wayne Robinson
P.O. Box 4477
Rock Hill, SC 29732

Momentive Performance Materials, Inc.
Attn :Linda Ayers
187 Danbury Road
Wilson, CT 06897

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
7 Times Square
New York, NY 10036

Office of The United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, NY 10004
Attn:  Paul Schwartzberg

Ohio Edison
Attn: Customer Service
P.O. Box 3637
Akron, OH 44309-367

PPG Industries, Inc.
Attn: Anew Johnson
Dept. At 40177
Atlanta, GA 31192

Preferred Rubber Compounding
Attn: Michelle Parks
1020 Lambert Street
Barberton, OH 44203

Process Oils, Inc.
Attn: Bob Hoch
11601 Katy Freeway, Ste 223
Houston, TX 77079

Securities and Exchange Commission
Attn: Regional Director
233 Broadway
New York, NY 10279

Shin-Etsu Silicones Of America, Inc.
Attn: Elaine Mcdowell
1150 Damar Drive
Akron, OH 44305

Signature Aluminum
Attn: Chip Moore
500 Edward Ave
Richmond Hill
Ontario L4C 4Y
CANADA

Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Attn:  Richard Ferrell, Esq.
Cincinnati, OH  45202

Technical Machine Products
Attn: Sherry Fess
5500 Walworth Avenue
Cleveland, OH  44102

Vitex Corporation
Attn: Brenda Goodearl
43 Industrial Park Drive
P.O. Box 6149
Franklin, NH  03235

NYC:181662.1

Waller, Lansden, Dortch, & Davis, LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219

Weil, Gotshal & Manges LLP
Attn: Richard Krasnow, Esq.
767 Fifth Avenue
New York, NY 10153

Day Pitney LLP
7 Times Square
New York, NY 10036
Attn: Scott Zuber

Cohen Weiss & Simon LLP
330 West 42nd street
New York, NY 10036
Attn: Richard Seltzer / Robin Gise

Tennessee Department of Revenue
c/o Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Cintas Corporation
Angela Ladanza
PO Box 727
North Jackson, OH 44451-0727

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577-2534

Webster Business Credit Corporation
Attn: Alan Mckay
One State Street, 7th Floor
New York, NY 10004

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Attn: Aaron Cahn, Esq.

Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
Attn: Michael Brownstein

United Steelworkers
5 Gateway Center, Suite 802
Pittsburgh, PA 15222
Attn: David Juny

Bankruptcy Administration
Ikon Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Engel Canada, Inc.
Petra Catteau
545 Elmira road
Guelph, ON N1K 1C2
Canada

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001-3565

NYC:181662.1

H&R of New York, LLP
d/b/a/ Haley & Aldrich
c/o Hiscock & Barclay LLP
J. Eric Charlton
300 S. State Street
Syracuse, NY  13202-2024

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ  07601-6205

Air Cleaning Technologies, Inc.
Robert House
13310 Industrial Pk Blvd., #195
Plymouth, MN  55441-3815

Bibb Control Systems
PO Box 277
2909 Lanier Heights road
Macon, GA  31217-5794

Conveyer & Caster Equipment for Industry
Rachel Kutel
3501 Detroit Avenue
Cleveland, OH  44113-2700

Engel Machinery
Helen Olajos
3740 Board Road
York, PA  17406-8425

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA  92108-3419

General Cable Industries Inc.
4 Tesseneer Drive
Highland Heights, KY  41076-9167

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ  07601-6205

Wacker Chemical Corporation
c/o Hodgson Russ LLP
Attn:  Deborah J. Piazza, Esq.
60 East 42nd Street
New York, NY 10165

Audio Video Supply
Kara Johnson
4575 ruffner Street
San Diego, CA  92111-2215

Charmilles Technologies
Laura Schalla
AGIE Carmilles Corporation
PO Box 708
Mt. Prospect, IL  60056-0807

ENCO Manufacturing Company, Inc.
PO Box 357
Farmingdale, NY  11735-0357

Environmental Science Corp.
Rhodora Saylor
12065 Lebanon Road
Mt. Juliet, TN  37122-2508

6

Fluid Power South, Inc.
Catherine Wells
2909 Landford Road, Building A-800
Norcaross, GA  30071-4763

Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright road, Suite 400
Macon, GA  31210-1748

Millennium Machinery
Frank Maehr
2350 Brighton Henrietta Townline Road
Rochester, NY  14623-2708

Reginal Distributors, Inc.
David Scalen
1143 Lexington Avenue
Rochester, NY  14606-2903

Trade Beam, Inc.
Two Waters Park Drive
Suite 200
San Mateo, CA  94403-1178

Forklifts Unlimited
Jane League
PO Box 947
York, SC  29745-0947

Lianda
Lee Mao
1340 Corporate Drive, Suite 500
Hudson, OH  44236-4445

Glenn M. Reisman
Two Corporate Drive
Suite 234
Shelton, CT  06484-6213

Marc N. Swanson, Esq.
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226-4415

Peening Technologies
5289 Bldg. 8
Bankhead Highway
Austell, GA  30106

Stephen S. LaPlante, Esq.
Miller, Canfield, Paddock & Stone PLC
150 W. Jefferson Avenue
Suite 2500
Detroit, MI  48226-4415

Twist, Inc.
PO Box 177
Jamestown, OH  45335-0177

Gosiger, Inc.
c/o Rcihard L. Ferrell
Taft Stattinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957

Martin Pallet Inc.
Judith Miller
1414 Industrial Avenue, S.W.
Massillon, OH  44647-7663

7

Pg 8 of 9

Ohio Edison Company
Bankruptcy Dept.
6896 Miller Rd., Room 204
Brecksville, OH  44141-3222

Pepper Pike Place Associates, LLC
c/o Howard A. Marken, Fred Arnoff Weston
1301 E. Ninth Street, Suite 1900
Cleveland, OH  44114-1862

Travelers
One Tower Square, 5MN
Hartford, CT  06183-0002

USW
Five Gateway Center, Suite 607
Pittsburgh, PA  15222

Gayson SDI
Robert Bradley
30 Second St. SW
Barberton, OH  44203-2620

HB Chemical Corporation
Rick Ravine
PO Box 75502
Cleveland, OH  44101-4755

Mark Filippini
Akzo Nobel Polymers Chemicals LLC
525 West Van Burn Street
Chicago, IL  60607-3823

McMaster-Carr
200 Aurora Industrial Parkway
Aurora, OH  44202-8090
Attn:  Tina Davidson

PPG Industries, Inc.
Credit Department # 0595047
One PPG Place 8-1
Pittsburgh, PA  15272-0001

R. E. Conduit Company, Inc.
Cheryl Morgan
3050 Springboro West
Daton, OH  45439-1716

Standex International Group
dba Mold Tech Ohio
Mathew Pinsel
801 N. Merician Road
Youngston, OH  44509-1008

Thomas M. Wilson, Esq.
Kelley & Ferraro LLP
2200 Kay Tower
123 Public Square
Cleveland, OH  44114-1217

Tri Din
PO Box 822001
Philadelphia, PA  19182-2001

Waste Management RMC
2421 W. Peoria Avenue
Phoenix, AZ  85029-4944

NYC:181662.1

Yarde Metals
Cynthia Lawrence
45 Newell Street
Southington, CT 06489-1424

William F. Harmeyer
Willam F. Harmeyer & Associates
7322 Southwest Freeway
Suite 475
Houston, TX 77074-2047

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309-5605

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/A Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017-2072