**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08-11153 (MG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**STIPULATION AND AGREED ORDER BETWEEN DEBTORS AND THE PREPETITION SENIOR LENDERS DEEMING CLAIMS TIMELY FILED**

By and through the undersigned attorneys, Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors") and CapitalSource Finance LLC, as Revolver Agent[1] to the Prepetition Revolver Lenders and CSE Mortgage LLC, as Term Loan Agent to the Senior Term Loan Lenders (collectively, the "Parties"), hereby agree and stipulate to the following matters:

RECITALS:

A. On June 30, this Court entered that certain Order Pursuant to Bankruptcy Rules 2002(A)(7), (F), and (L) and 3003(C)(3) and Section 502(B)(9) of the Bankruptcy Code Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (the "Bar Date Order"), which required proofs of claim to be delivered to the Debtors' claims processing agent prior to 5:00 p.m. (eastern time) on Friday August 15, 2008, at the following address: Lexington Precision Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 3rd Avenue, 3rd Floor, New York, New York 10017 (the "Claims Address").

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in that certain Final Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364 (I) Authorizing Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders, and (III) Authorizing Pospetition Financing, dated April 17, 2008 [Docket No. 61].

B. Pursuant to the Prepetition Senior Lender Loan Documents, the Agents are vested with the authority to act on behalf of the Prepetition Senior Lenders. On August 13, 2008, the following proofs of claim, with original signatures (collectively, the "Claims"), were submitted by the Agents for shipment by overnight delivery via Federal Express to the Claims Address, proof of which is attached hereto as Exhibit A:

(i) Prepetition Revolver Lenders' claim against Debtor Lexington Precision Corp. (Case No. 08-11153) submitted by the Revolver Agent;

(ii) Prepetition Revolver Lenders' claim against Debtor Lexington Rubber Group, Inc. (Case No. 08-11156) submitted by the Revolver Agent;

(iii) Claim of CSE Mortgage LLC ("CSE"), as a lender, and DMD Special Situations Funding LLC, ("DMD"), as a lender (DMD and CSE, as lenders, the "Prepetition Term Lenders") against Lexington Precision Corp. (Case No. 08-11153) submitted by the Term Loan Agent; and

(iv) Prepetition Term Lenders' claim against Lexington Rubber Group, Inc. (Case No. 08-11156) submitted by the Term Loan Agent.

C. In addition, on August 14, 2008, counsel to the Agents also forwarded pdf scans of the Claims to counsel to the Debtors.

D. The Agents subsequently became aware that shipment of the original Claims, despite proper addressing of the package by the Agents to the Claims Address, was not completed by Federal Express. Upon learning that the shipment was not delivered, counsel to the Agents immediately informed counsel to the Debtors of the delivery failure and sought confirmation of where to submit the Claims.

E. As instructed by the Debtors, the Agents resubmitted the Claims for delivery to the Claims Address, proof of which is attached hereto as Exhibit B.

F. The parties determined to enter into this stipulation to avoid litigation costs regarding the timeliness of the filing of the Claims.

AGREEMENT:

1. The Claims of the Prepetition Senior Lenders are hereby deemed timely filed in compliance with the Bar Date Order, and the Claims shall not be subject to any objection by the Debtors or any party in interest on the basis that they were not timely filed.

Dated: September 4, 2008
New York, New York

WEIL, GOTSHAL & MANGES LLP

/s/ Richard P. Krasnow
Richard P. Krasnow
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtors and Debtors in Possession

WALLER LANSDEN DORTCH & DAVIS LLP

/s/ Robert J. Welhoelter
John C. Tishler
Robert J. Welhoelter
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Telephone: (615) 244-6380
Fax: (615) 244-6804

and

CARTER LEDYARD & MILBURN LLP

/s/ Aaron R. Cahn
Aaron R. Cahn
2 Wall Street
New York, New York 10005
TEL: (212) 238-8629
FAX: (212) 732-3232

Attorneys for the Agents

SO ORDERED, this
**17th day of September, 2008**

**/s/Martin Glenn**
UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**



4445 Willard Avenue
Twelfth Floor
Chevy Chase, MD 20815
tel: 301.841.2700
capitalsource.com

**ANGELA DISOMMA**
Paralegal – Restructuring Group
direct: 301.634.6756 | fax: 301.841.2380
adisomma@capitalsource.com

August 13, 2008

***VIA FEDERAL EXPRESS***

Lexington Precision Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue, 3rd Floor
New York, New York 10017

**Re: Lexington Precision Corporation/Lexington Rubber Group, Inc. - Chapter 11**

To Whom It May Concern::

Attached please find the following Proofs of Claim:

Debtor: Lexington Precision Corporation; Creditor: Capitalsource Finance LLC - Case No. 08-11156;
Debtor: Lexington Rubber Group, Inc.; Creditor: CSE Mortgage LLC - Case No. 08-11156;
Debtor: Lexington Precision Corporation; Creditor: Capitalsource Finance LLC - Case No. 08-11153; and
Debtor: Lexington Rubber Group, Inc.; Creditor: CSE Mortgage LLC - Case No. 08-11156

Should you have any questions, please do not hesitate to contact me at (301) 634-6756.

Sincerely,

Angela DiSomma
Paralegal

Enclosures

From: Origin ID: GAIA (301)634-6756
Angela DiSomma
CapitalSource
4445 Willard Avenue
12th Floor
Chevy Chase, MD 20815

FedEx. Express

E

Ship Date: 13AUG08
ActWgt: 5 LB
System#: 4016692/INET8061
Account#: S *********

Delivery Address Bar Code



SHIP TO: 301-634-6779 BILL SENDER
**c/o Epiq Bankruptcy Solutions, LLC**
**Lexington Precision Claims Prcsng**
**757 3rd Avenue, 3rd Floor**

**New York, NY 10017**

Ref # Lexington Precision
Invoice #
PO #
Dept #

RELEASE#: 3785346



**THU - 14AUG A1**
TRK# 0201 7984 9567 6386 **STANDARD OVERNIGHT**

**10017**
**NY-US**
**EWR**

**ZB OGSA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.


Dep: Old TRK# 7984-95 Wgt: 5.1 LBS
SPECIAL:
HANDLING:
0.00 TOTAL:
Svcs: EXPRESS SAVER PACKAGE
TRCK: 9572 1637 6836
ORIGIN ID: NYCA (800) 463-3339
LISETTE PORTO
FEDEX
621 WEST 48TH ST
NEW YORK, NY 10036
UNITED STATES US
Ship Date: 21AUG08
ActWgt: 5.1 LB
System#: 0332335/CAF
Account: S 131047207
TO ATT: RETURNS; ANGELA DISOMMA
CAPITALSOURCE
4445 WILLARD AVE.
12TH FLR.
CHEVY CHASE, MD 20815
Dept: Old TRK# 7984-9567-6386
Delivery Add Barcode
BILL RECIPIENT
EXPRESS SAVER PACKAGE
TRK# 9572 1637 6836
Form 0201
IAD
20815 -MD-US
KD GAIA
Attention!
THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):
Refused by recipient.
Recipient moved and left no forwarding address or phone number.
Recipient was not in when we attempted delivery and we were not authorized to leave shipment without a signature.
Recipient's address on your shipment was incorrect and/or incomplete and we were unable to obtain the correct address.
A Post Office box number was the only address given or obtainable.
Unable to collect C.O.D. charges.
Shipper requested return.
Company policy does not allow us to keep an undeliverable shipment longer than 5 days.
Other: Unclaimed
Questions? Call 1.800.Go.FedEx® 800.463.3339.
FedEx Express
The World On Time.
Medium
642 D
For FedEx Express®

Track Shipments/FedEx Kinko's Orders

Quick Help

## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 798495676386 | **Reference** | Lexington Precision |
| **Ship date** | Aug 13, 2008 | **Destination** | New York, NY |
| | | **Service type** | Standard Box |
| | | **Weight** | 5.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 21, 2008** | 1:56 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 957216376836 |
| **Aug 20, 2008** | 7:52 PM | At local FedEx facility | NEW YORK, NY | |
| **Aug 19, 2008** | 7:42 PM | At local FedEx facility | NEW YORK, NY | |
| **Aug 18, 2008** | 4:51 PM | At local FedEx facility | NEW YORK, NY | |
| **Aug 16, 2008** | 9:59 AM | At local FedEx facility | NEW YORK, NY | |
| **Aug 15, 2008** | 4:07 PM | At local FedEx facility | NEW YORK, NY | |
| **Aug 14, 2008** | 6:08 PM | At local FedEx facility | NEW YORK, NY | |
| | 8:08 AM | Delivery exception | NEW YORK, NY | Incorrect address |
| | 7:50 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:38 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:01 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Aug 13, 2008** | 9:17 PM | Left FedEx origin facility | ROCKVILLE, MD | |
| | 6:05 PM | Picked up | ROCKVILLE, MD | |
| | 3:56 PM | Package data transmitted to FedEx | | |

E-mail results | Track more shipments/orders

**Subscribe to tracking updates (optional)**

**Your name:** ______ **Your e-mail address:** ______

**Exhibit B**



4445 Willard Avenue
Twelfth Floor
Chevy Chase, MD 20815
tel: 301.841.2700
capitalsource.com

**ANGELA DISOMMA**
Paralegal – Restructuring Group
direct: 301.634.6756 | fax: 301.841.2380
adisomma@capitalsource.com

~~August 13, 2008~~ Resending August 27, 2008

***VIA FEDERAL EXPRESS***

Lexington Precision Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue, 3rd Floor
New York, New York 10017

**Re: Lexington Precision Corporation/Lexington Rubber Group, Inc. - Chapter 11**

To Whom It May Concern::

Attached please find the following Proofs of Claim:

Debtor: Lexington Precision Corporation; Creditor: Capitalsource Finance LLC - Case No. 08-11156;
Debtor: Lexington Rubber Group, Inc.; Creditor: CSE Mortgage LLC - Case No. 08-11156;
Debtor: Lexington Precision Corporation; Creditor: Capitalsource Finance LLC - Case No. 08-11153; and
Debtor: Lexington Rubber Group, Inc.; Creditor: CSE Mortgage LLC - Case No. 08-11156

Should you have any questions, please do not hesitate to contact me at (301) 634-6756.

Sincerely,

Angela DiSomma
Paralegal

Enclosures

From: Origin ID: GAIA (301)634-6756
Angela DiSomma
CapitalSource
4445 Willard Avenue
12th Floor
Chevy Chase, MD 20815

FedEx. Express

E

Ship Date: 27AUG08
ActWgt: 10 LB
System#: 2939650/INET8061
Account#: S *********

Delivery Address Bar Code

SHIP TO: (646) 282-2500 BILL SENDER
**Lexington Precision Claims Prcsng**
**c/o Epiq Bankruptcy Solutions LLC**
**757 3rd Avenue**
**3rd Floor**
**New York, NY 10017**

Ref # Lexington Precision
Invoice #
PO #
Dept # 4

TRK# 0201 7993 6769 6690

**THU - 28AUG** **A1**
**STANDARD OVERNIGHT**

**10017**
**NY-US**
**EWR**

**ZB OGSA**



**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**IMPORTANT!**
Severe weather may cause some service delays and disruptions along the Gulf Coast. Learn more

Track Shipments/FedEx Kinko's Orders

Quick

## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 799367696690 | **Reference** | Lexington Precision |
| **Signed for by** | J.SANCHEZ | **Department number** | 4 |
| **Ship date** | Aug 27, 2008 | **Destination** | New York, NY |
| **Delivery date** | Aug 28, 2008 2:02 PM | **Delivered to** | Mailroom |
| | | **Service type** | Standard Box |
| | | **Weight** | 10.0 lbs. |

**Status** Delivered

**Signature image available** Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 28, 2008** | 2:02 PM | **Delivered** | New York, NY | |
| | 8:00 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:55 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:30 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Aug 27, 2008** | 9:25 PM | Left FedEx origin facility | ROCKVILLE, MD | |
| | 6:08 PM | Picked up | ROCKVILLE, MD | |
| | 4:30 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments/orders

**Subscribe to tracking updates (optional)**

**Your name:** **Your e-mail address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** HTML Text Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions

Subm