UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEXINGTON PRECISION CORP, | : | |
| | : | Case No. 08-11153 (MG) |
| *et al.,* | : | |
| | : | Jointly Administered |
| Debtors. | : x | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of Allison R. Bach, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Allison R. Bach be granted, permitting the same to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above referenced bankruptcy proceeding, only.

Dated: **September 18, 2008**        /s/Martin Glenn

UNITED STATES BANKRUPTCY JUDGE