UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEXINGTON PRECISION CORP., et al.,                                :   08- 11153 (MG)
                                                                  :
        Debtors.                                                  :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 11, 2008, I caused to be served true and correct copies of the "Office of the United States Trustee Letter," dated September 5, 2008, to which is attached "Creditors Committee Acceptance Form," enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            _____
                                                                    Herb Baer

Sworn to before me this
15TH day of September, 2008

_____
Notary Public

    STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
        NO. 01GA6150011
   QUALIFIED IN NEW YORK COUNTY
 MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\LPC\Affidavits\TrusteeLetterForm _ Aff _ 9-11-08.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON, THE | ATTN: JOHN GIULIANO, 101 BARCLAY STREET, 8W, NEW YORK, NY 10286 |
| BRB INTERNATIONAL B.V. | ATRADIUS COLLECTION, INC., 1200 ARLINGTON HEIGHTS ROAD, SUITE 410, ITASCA, IL 60143 |
| BURGESS PIGMENT COMPANY | P. O. BOX 349, SANDERSVILLE, GA 31082 |
| CHANNEL PRIME ALLIANCE | 800 CONNECTICUT AVENUE, NORWALK, CT 06854-1631 |
| CHASE BRASS & COPPER CO. INC | P.O. BOX 152, MONTPELIER, OH 43543-0152 |
| COPPER & BRASS SALES | 5755 GRANT AVE, CLEVELAND, OH 44105 |
| DOW CORNING STI | C/O ANGELA M. COLE, ESQ., DOW CORNING CORPORATION, 2200 W. SALZBURG ROAD, C01222, MIDLAND, MI 48640 |
| EQUITY TRUST CO FBO DAVID FISHER IRA | TRANSFEROR: WACKER CHEMICAL CORP., 225 BURNS ROAD, ELYRIA, OH 44035 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD, ATLANTA, GA 30396 |
| GOLD KEY PROCESSING, LTD. | 14910 MADISON ROAD, MIDDLEFIELD, OH 44062 |
| GOODYEAR TIRE & RUBBER CO | REFERENCE: 4079, P. O. BOX 100605, ATLANTA, GA 30384-0605 |
| GOSIGER MACHINE TOOLS | PO BOX 712288, CINCINNATI, OH 45271-2288 |
| HAINCO, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD, ATTN: GANNA LIBERCHUCK, 301 ROUTE 17, 6TH FLOOR, RUTHERFORD, NJ 07070 |
| HOME INSURANCE CO. IN LIQUIDATION, THE | KAREN TISDELL, 286 COMMERCIAL ST, MANCHESTER, NH 03101 |
| IKON FINANCIAL SERVICES | BANKRUPTCY ADMINISTRATION, P.O. BOX 13708, MACON, GA 31208 |
| INDUSTRIAL PACKAGING SUPPLIES | P.O. BOX 2009, FOUNTAIN INN, SC 29644 |
| KEYSTON PROFILES, LTD. | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, ATTN KARI B CONIGLIO, 200 PUBLIC SQUARE, SUITE 2300, CLEVELAND, OH 44114-2378 |
| LAUREL STEEL | 5400 HARVESTER ROAD, BURLINGTON, ON L7R 3Y8 CA |
| LINTECH INTERNATIONAL | P.O. BOX 10225, MACON, GA 31297 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | SIGNATURE ALUMINUM, ONE UNIVERSITY PLAZA, STE 312, HACKENSACK, NJ 07601 |
| MOMENTIVE PERFORMANCE MATERIALS | C/O JANELLE WENDORF, 260 HUDSON RIVER ROAD, WATERFORD, NY 12188 |
| OHIO EDISON COMPANY | BANKRUPTCY DEPT, 6896 MILLER RD RM 204, BRECKSVILLE, OH 44141 |
| P P G INDUSTRIES INC | DEPT AT 40177, ATLANTA, GA 31192 |
| PEPPER PIKE PLACE ASSOCIATES, LLC | 30195 CHAGRIN BLVD., PEPPER PIKE, OH 44124 |
| PREFERRED RUBBER COMPOUNDING | 1020 LAMBERT ST., BARBERTON, OH 44203 |
| PROCESS OILS, INC. | ONE SUGAR CREEK CENTER BLVD.,#920, SUGAR LAND, TX 77478 |
| SCHWARZ PARTNERS PACKAGING, LLC | D/B/A DALTON BOX, 612 CALLAHAN ROAD, DALTON, GA 30721 |
| TECHNICAL MACHINE PRODUCTS | 5500 WALWORTH AVENUE, CLEVELAND, OH 44102 |
| U.S. SILICA | P.O. BOX 187, BERKLEY SPRINGS, WA 25411 |
| VITEX EXTRUSION, LLC | C/O CRAIG AND MACAULEY PC, ATTN: KATHLEEN RAHBANY, 600 ATLANTIC AVENUE, BOSTON, MA 02210 |
| W.W. GRAINGER, INC. | 7300 N. MELVINA AVE. M240, NILES, IL 60714-3998 |

**Total Creditor Count 31**