UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEXINGTON PRECISION CORP., et al.,**             :    08- 11153 (MG)
:
Debtors.                                   :    (Jointly Administered)
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 15, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served a copy of the personalized Transfer, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Paul Belobritsky

Sworn to before me this

___17th___ day of September, 2008

_____
Notary Public

[Notary stamp: ELLI PETROS, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01PE6175879, QUALIFIED IN NASSAU COUNTY, COMMISSION EXPIRES 1-22-2011]

T:\Clients\LPC\Affidavits\Transfers_aff_9-15-08.DOC

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  CARDINAL LABORATORIES LLC
            2870 SALT SPRINGS RD
            YOUNGSTOWN, OH 44509

Please note that your claim # 60 in the above referenced case and in the amount of
         $642.00 has been transferred **(unless previously expunged by court order)** to:

            BLUE HERON MICRO OPPORTUNITIES FUND LLP
            TRANSFEROR: CARDINAL LABORATORIES LLC
            ATTN: CLAIMS PROCESSING DEPARTMENT
            5315 NORTH KINGS HIGHWAY
            MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 386         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/15/2008                         Kathleen Farrell-Willoughby, Clerk of Court

                                         /s/ Paul Belobritsky
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 15, 2008.

# EXHIBIT B

```
TIME: 14:18:01                     Lexington Precision Corporation                              PAGE:    1
DATE: 09/15/08                              CREDITOR LISTING

Name                                Address
BLUE HERON MICRO OPPORTUNITIES FUND LLLP   TRANSFEROR: CARDINAL LABORATORIES LLC ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
CARDINAL LABORATORIES LLC           2870 SALT SPRINGS RD YOUNGSTOWN OH 44509

Total Number of Records Printed         2
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153