UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORP., et al.,          :    08- 11153 (MG)
                                            :
        Debtors.                            :    (Jointly Administered)
                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 16, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Paul Belobritsky

Sworn to before me this

_____ day of September, 2008

_____
Notary Public

T:\Clients\LPC\Affidavits\Transfers_aff_9-16-08.DOC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ULINE, INC.
    2200 SOUTH LAKESIDE DRIVE
    WAUKEGAN, IL 60085

Please note that your schedule in the above referenced case and in the amount of
    $320.22 has been transferred **(unless previously expunged by court order)** to:

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ULINE, INC.
D/B/A REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 389     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                          Kathleen Farrell-Willoughby, Clerk of Court

                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on September 16, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEXINGTON PRECISION CORP., et al        |   08-11153 (MG)
                                        |
         Debtors.                       |
                                        |
                                        |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ULINE, INC.
      2200 S LAKESIDE DR
      WAUKEGAN, IL 60085
```

Please note that your schedule in the above referenced case and in the amount of
       $8,900.60 has been transferred **(unless previously expunged by court order)** to:

```
      LIQUIDITY SOLUTIONS, INC.
      TRANSFEROR: ULINE, INC.
      D/B/A REVENUE MANAGEMENT
      ONE UNIVERSITY PLAZA, SUITE 312
      HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 389         in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 16, 2008.

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    ULINE, INC.
       2200 SOUTH LAKESIDE DRIVE
       WAUKEGAN, IL 60085

Please note that your schedule in the above referenced case and in the amount of
        $426.71 has been transferred **(unless previously expunged by court order)** to:

        LIQUIDITY SOLUTIONS, INC.
        TRANSFEROR: ULINE, INC.
        D/B/A REVENUE MANAGEMENT
        ONE UNIVERSITY PLAZA, SUITE 312
        HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 388        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                             Kathleen Farrell-Willoughby, Clerk of Court

                                             /s/ Paul Belobritsky
                                             _____
                                             By: Bankruptcy Services LLC as claims
                                                 agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 16, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   EIT-IM
      22815 GLENN DRIVE SUITE 104
      STERLING, VA 20164
```

Please note that your schedule in the above referenced case and in the amount of
        $275.00 has been transferred **(unless previously expunged by court order)** to:

```
        BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: EIT-IM
        ATTN: CLAIMS PROCESSING DEPARTMENT
        5315 NORTH KINGS HIGHWAY
        MYRTLE BEACH, SC 29577
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                            UNITED STATES BANKRUPTCY COURT
                            Southern District of New York
                            One Bowling Green
                            New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 400       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                              Kathleen Farrell-Willoughby, Clerk of Court


                                              /s/ Paul Belobritsky
                                              _____
                                              By: Bankruptcy Services LLC as claims
                                                  agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 16, 2008.

**EXHIBIT B**

```
TIME: 17:18:41                    Lexington Precision Corporation                              PAGE:    1
DATE: 09/16/08                           CREDITOR LISTING

Name                                     Address
BLUE HERON MICRO OPPORTUNITIES FUND LLP  TRANSFEROR: EIT-IM ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
EIT-IM                                   22815 GLENN DRIVE SUITE 104 STERLING VA 20164
LIQUIDITY SOLUTIONS, INC.                TRANSFEROR: ULINE, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
ULINE, INC.                              2200 S LAKESIDE DR WAUKEGAN IL 60085
ULINE, INC.                              2200 SOUTH LAKESIDE DRIVE WAUKEGAN IL 60085

Total Number of Records Printed         5
```

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153