# Exhibit C



September 19, 2008

Official Committee of Unsecured Creditors of Lexington Precision Corp., *et al.*
Attention: Mr. Robert J. Welch
Jefferies & Company, Inc.
One Station Place, Three North
Stamford, CT  06902

In Reference To:     UCC of Lexington Precision Corp., *et al.*
Matter No.           1016295
Invoice No.          50755

For the Period August 1, 2008 through August 31, 2008

Billing for professional services and expenses incurred as financial advisors to the Official Committee of Unsecured Creditors during the above said period.

| | | |
|---|---|---:|
| August Monthly Fee for Services Rendered | $ | 50,000.00 |
| Expenses | | 304.24 |
| Total Balance Due | **$** | **50,304.24** |

Please include the matter number and invoice number with your payment.

Please remit check and invoice copy to:     **STOUT RISIUS ROSS, INC.**
                                             4000 Town Center, 20th Floor
                                             Southfield, MI  48075

Payments may be made electronically to:      **STOUT RISIUS ROSS, INC.**
                                             Fifth Third Bank
                                             Wire ABA Number 042000314
                                             ACH ABA Number 072405455
                                             Account Number 7911786619

Invoice Payable Upon Receipt
Fed ID 38-3003685

**MONTHLY FEE STATEMENT SUMMARY**

**Summary of Hours by Professional**

**AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| **Timekeeper** | **Titles** | **Hours** |
|---|---|---|
| Jeffrey M. Risius | Managing Director | 25.50 |
| Jesse A. Ultz | Manager | 75.75 |
| Brian A. Hock | Analyst | 156.25 |
| Ryan J. Stonier | Analyst | 6.00 |
| **TOTAL** | | **263.50** |

Please See **Exhibit - A** for a detail of services provided by Stout Risius Ross, Inc.

**MONTHLY FEE STATEMENT SUMMARY**

**Summary of Hours Billed by Category**

<u>**AUGUST 1, 2008 THROUGH AUGUST 31, 2008**</u>

| **Time Category/Description** | **Hours** |
|---|---|
| Asset Recovery | 10.25 |
| Business Analysis | 16.50 |
| Case Administration | 25.25 |
| Fee Application | 8.50 |
| Litigation Consulting | 107.25 |
| Plan and Disclosure Statement | 22.75 |
| Teleconferences/Meetings with Debtors/Counsel | 54.50 |
| Teleconferences/Meetings with Committee/Counsel | 18.50 |
| **TOTAL** | **<u>263.50</u>** |

**MONTHLY FEE STATEMENT SUMMARY**

**Summary of Expenses**

**AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| Expense Category | Amount |
|---|---|
| Travel | $98.26 |
| Telephone | 68.41 |
| Copy Service | 30.91 |
| Federal Express | 71.59 |
| Working Meals | 35.07 |
| **TOTAL** | **$304.24** |

**MONTHLY FEE STATEMENT SUMMARY**

**AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

| | |
|---|---:|
| August Monthly Fee for Services Rendered [1] | $ 50,000.00 |
| Less:  20% Hold Back for the August Monthly Fee | (10,000.00) |
| Fee Statement in Lieu of Application | 40,000.00 |
| Expenses | 304.24 |
| ***Total Fees and Expenses*** | **$ 40,304.24** |

[1] Pursuant to the Order Authorizing the Employment of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors, effective as of May 13, 2008, dated June 5, 2008, **"**SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court." Pursuant to the Stout Risius Ross, Inc. Engagement Letter dated May 13, 2008 "SRR shall be paid a monthly fee (the "Monthly Fee") each month in advance for its services of :  (i) $50,000 per month, for the first ten months of the Engagement and (ii) $20,000 per month thereafter through the date of the confirmation hearing.  Notwithstanding any termination of this Engagement, the Company agrees to pay SRR the Monthly Fee for a minimum of ten (10) months.  The initial Monthly Fee of $50,000 shall be due immediately upon entry by the Bankruptcy Court of an order approving the Committee's retention of SRR."

**Detail of Services Provided by Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**August 1, 2008 Through August 31, 2008**

Exhibit - A

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Asset Recovery | 08/04/08 | BH | Brian Hock | 4.00 | Updated claims analysis |
| Asset Recovery | 08/19/08 | BH | Brian Hock | 4.00 | Analysis of claims filed |
| Asset Recovery | 08/26/08 | BH | Brian Hock | 1.25 | Review of claims analysis |
| Asset Recovery | 08/26/08 | BH | Brian Hock | 1.00 | Analysis of claims filed |
| | | | | 10.25 | |
| Business Analysis | 08/06/08 | BH | Brian Hock | 1.50 | Review of Debtor's budget vs. actual cash flow through August 1, 2008 |
| Business Analysis | 08/06/08 | BH | Brian Hock | 4.00 | Cash flow analysis of Debtor |
| Business Analysis | 08/07/08 | BH | Brian Hock | 2.00 | Analysis of weekly cash flow |
| Business Analysis | 08/11/08 | BH | Brian Hock | 1.00 | Analysis of Debtor's current debt outstanding and accrued interest |
| Business Analysis | 08/12/08 | BH | Brian Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 8, 2008 |
| Business Analysis | 08/13/08 | BH | Brian Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 8, 2008 |
| Business Analysis | 08/14/08 | BH | Brian Hock | 2.00 | Analysis of historical budget versus actual performance |
| Business Analysis | 08/29/08 | BH | Brian Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 22, 2008 |
| | | | | 16.50 | |
| Case Administration | 08/01/08 | BH | Brian Hock | 3.50 | Preparation of meeting questions |
| Case Administration | 08/06/08 | BH | Brian Hock | 4.00 | Reviewing, organizing, and typing meeting notes |
| Case Administration | 08/07/08 | BH | Brian Hock | 2.50 | Document organization, electronic filing of emails and attachments received from LPC and W.Y. Campbell |
| Case Administration | 08/08/08 | BH | Brian Hock | 2.00 | Reviewed questions for meeting on August 11, 2008 in Rochester, NY |
| Case Administration | 08/08/08 | BH | Brian Hock | 2.00 | Typed questions to follow up with conference call and emailed outstanding data needs to W.Y. Campbell |
| Case Administration | 08/12/08 | JU | Jesse A. Ultz | 1.00 | Reviewing information received and revising data request |
| Case Administration | 08/13/08 | BH | Brian Hock | 1.00 | Electronic filing of emails received for document retention |
| Case Administration | 08/15/08 | BH | Brian Hock | 1.50 | Making data CD containing documents received for Andrews Kurth |
| Case Administration | 08/15/08 | BH | Brian Hock | 0.50 | Review of outstanding information needs |
| Case Administration | 08/18/08 | BH | Brian Hock | 1.75 | Document organization of electronic files received from W.Y. Campbell and review of files, sending to UCC counsel |
| Case Administration | 08/22/08 | BH | Brian Hock | 3.00 | Organization of industry articles and review of industry articles |
| Case Administration | 08/28/08 | BH | Brian Hock | 2.50 | Document organization of electronic files received from W.Y. Campbell |
| | | | | 25.25 | |
| Fee Application | 08/14/08 | JU | Jesse A. Ultz | 1.00 | Preparation of July invoice |
| Fee Application | 08/18/08 | BH | Brian Hock | 2.00 | Review and revise time detail in advance of preparing the July 2008 fee statement |
| Fee Application | 08/20/08 | BH | Brian Hock | 2.25 | Review and revise time detail in advance of preparing the July 2008 fee statement |
| Fee Application | 08/21/08 | JU | Jesse A. Ultz | 1.50 | Preparation of July invoice |
| Fee Application | 08/25/08 | BH | Brian Hock | 1.00 | Finalizing the July 2008 fee statement |
| Fee Application | 08/25/08 | JU | Jesse A. Ultz | 0.75 | Finalizing the July 2008 fee statement |
| | | | | 8.50 | |
| Litigation Consulting | 08/01/08 | BH | Brian Hock | 4.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/01/08 | BH | Brian Hock | 3.00 | Analysis of comparable companies |
| Litigation Consulting | 08/04/08 | BH | Brian Hock | 4.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/04/08 | BH | Brian Hock | 3.00 | Updating comparable company analysis |
| Litigation Consulting | 08/04/08 | JU | Jesse A. Ultz | 2.25 | Preparing for meeting with management on the plan detail, developing questions |
| Litigation Consulting | 08/04/08 | RS | Ryan J. Stonier | 1.75 | Researching guideline companies |
| Litigation Consulting | 08/05/08 | BH | Brian Hock | 1.25 | Analysis of projected financial statements |
| Litigation Consulting | 08/05/08 | BH | Brian Hock | 3.50 | Analysis of projected income statements |
| Litigation Consulting | 08/05/08 | RS | Ryan J. Stonier | 1.75 | Review of industry analyst reports |
| Litigation Consulting | 08/06/08 | JU | Jesse A. Ultz | 6.00 | Reviewing details of the plan for Metals and Connector Seals, preparing meeting questions, preparing for meeting |
| Litigation Consulting | 08/06/08 | RS | Ryan J. Stonier | 1.25 | Review of industry analyst reports |
| Litigation Consulting | 08/07/08 | BH | Brian Hock | 2.50 | Reviewed meeting questions for Metals |
| Litigation Consulting | 08/07/08 | BH | Brian Hock | 1.50 | Reviewed adjustments to historical income statements based on information received from conference call |
| Litigation Consulting | 08/07/08 | JU | Jesse A. Ultz | 3.50 | Reviewing Metals and Connector Seals detail, preparing meeting questions, preparing for meeting |
| Litigation Consulting | 08/08/08 | BH | Brian Hock | 2.50 | Analysis of projected financial statements |
| Litigation Consulting | 08/08/08 | RS | Ryan J. Stonier | 1.25 | Comparable company research |
| Litigation Consulting | 08/11/08 | BH | Brian Hock | 1.50 | Analysis of projected financial statements |
| Litigation Consulting | 08/11/08 | BH | Brian Hock | 3.50 | Analysis of emergence from bankruptcy balance sheet |
| Litigation Consulting | 08/12/08 | BH | Brian Hock | 2.00 | Researching equity analyst reports |
| Litigation Consulting | 08/12/08 | BH | Brian Hock | 1.50 | Analysis of comparable companies |
| Litigation Consulting | 08/12/08 | JU | Jesse A. Ultz | 1.50 | Meeting download, reviewing notes and information received |

**Detail of Services Provided by Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**August 1, 2008 Through August 31, 2008**

Exhibit - A

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 08/13/08 | BH | Brian Hock | 2.50 | Analysis of comparable companies |
| Litigation Consulting | 08/13/08 | JU | Jesse A. Ultz | 1.00 | Valuation analysis and research |
| Litigation Consulting | 08/15/08 | JU | Jesse A. Ultz | 3.00 | Valuation analysis and research |
| Litigation Consulting | 08/18/08 | BH | Brian Hock | 2.00 | Updating comparable company analysis |
| Litigation Consulting | 08/18/08 | JU | Jesse A. Ultz | 3.00 | Valuation analysis and research |
| Litigation Consulting | 08/19/08 | BH | Brian Hock | 4.00 | Analysis of the backup information to the projected financial statements |
| Litigation Consulting | 08/19/08 | JU | Jesse A. Ultz | 1.00 | Valuation analysis and research |
| Litigation Consulting | 08/20/08 | BH | Brian Hock | 4.00 | Analysis of comparable companies and analysis of projected financial statements |
| Litigation Consulting | 08/20/08 | JU | Jesse A. Ultz | 2.00 | Valuation analysis and research |
| Litigation Consulting | 08/21/08 | BH | Brian Hock | 1.00 | Preparation of published market data |
| Litigation Consulting | 08/21/08 | BH | Brian Hock | 4.25 | Analysis of projected cash flows |
| Litigation Consulting | 08/22/08 | BH | Brian Hock | 5.00 | Analysis of projected cash flows |
| Litigation Consulting | 08/25/08 | BH | Brian Hock | 2.00 | Review and analysis of backup to projections |
| Litigation Consulting | 08/25/08 | JU | Jesse A. Ultz | 3.00 | Reviewing Connector Seals analysis provided by Debtor |
| Litigation Consulting | 08/26/08 | JU | Jesse A. Ultz | 0.50 | Valuation analysis and research |
| Litigation Consulting | 08/27/08 | BH | Brian Hock | 2.50 | Reviewed backup documents to projected income statements |
| Litigation Consulting | 08/27/08 | JU | Jesse A. Ultz | 0.50 | Reviewing new information on Insulators |
| Litigation Consulting | 08/28/08 | BH | Brian Hock | 5.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/28/08 | JU | Jesse A. Ultz | 1.00 | Metals projection analysis, reviewing new detail on Insulators and Medical |
| Litigation Consulting | 08/29/08 | BH | Brian Hock | 4.00 | Review and analysis of new backup to projections |
| Litigation Consulting | 08/29/08 | BH | Brian Hock | 2.00 | Market research |
| Litigation Consulting | 08/29/08 | JU | Jesse A. Ultz | 1.00 | Reviewing new Insulators and Medical financial information |
| | | | | 107.25 | |
| Plan and Disclosure Statement | 08/01/08 | JU | Jesse A. Ultz | 4.50 | Reviewing detail of 5-year plan, preparing for meeting with management |
| Plan and Disclosure Statement | 08/09/08 | JU | Jesse A. Ultz | 1.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/10/08 | JU | Jesse A. Ultz | 3.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian Hock | 4.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian Hock | 2.00 | Reviewing W.Y. Campbell valuation |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian Hock | 1.00 | Reviewing amended plan of reorganization |
| Plan and Disclosure Statement | 08/11/08 | JU | Jesse A. Ultz | 2.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/12/08 | BH | Brian Hock | 3.00 | Proposed plan of reorganization analysis |
| Plan and Disclosure Statement | 08/12/08 | JU | Jesse A. Ultz | 2.25 | Analysis of proposed plan of reorganization |
| | | | | 22.75 | |
| Teleconferences/Meetings with Committee/Counsel | 08/04/08 | JU | Jesse A. Ultz | 1.00 | Call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/05/08 | BH | Brian Hock | 1.00 | Review of conference call and call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/05/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | BH | Brian Hock | 1.50 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | JR | Jeffrey M. Risius | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | BH | Brian Hock | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | JR | Jeffrey M. Risius | 2.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | JU | Jesse A. Ultz | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/19/08 | BH | Brian Hock | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/19/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | BH | Brian Hock | 1.50 | Preparation for and call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | JR | Jeffrey M. Risius | 2.00 | Preparation for and call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | JU | Jesse A. Ultz | 2.50 | Preparation for and call with UCC and counsel |
| | | | | 18.50 | |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/05/08 | BH | Brian Hock | 4.00 | Preparation for and call with Lexington management (Rock Hill and Jasper) |

**Detail of Services Provided by Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**August 1, 2008 Through August 31, 2008**

**Exhibit - A**

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/05/08 | JR | Jeffrey M. Risius | 4.50 | Preparation for and call with Lexington management (Rock Hill and Jasper) |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/05/08 | JU | Jesse A. Ultz | 5.50 | Preparation for and call with Lexington management (Rock Hill and Jasper) |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/11/08 | JR | Jeffrey M. Risius | 10.00 | Preparing for meeting, traveling to Rochester to Metals division, meeting with Metals management and touring facility |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/11/08 | JU | Jesse A. Ultz | 9.50 | Preparing for meeting, traveling to Rochester to Metals division, meeting with Metals management and touring facility |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/13/08 | BH | Brian Hock | 2.00 | Preparation for and conference call with Metals division management team |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/13/08 | JU | Jesse A. Ultz | 2.50 | Preparation for and conference call with Metals division management team |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/15/08 | BH | Brian Hock | 5.50 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/15/08 | JR | Jeffrey M. Risius | 6.00 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| Teleconferences/Meetings with Debtors/Counsel/Financial Advisors | 08/15/08 | JU | Jesse A. Ultz | 5.00 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| | | | | 54.50 | |