UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORP., et al.,        :    08- 11153 (MG)
                                          :
        Debtors.                          :    (Jointly Administered)
                                          :
-----------------------------------------------------------x

## CORRECTED AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PAUL BELOBRITSKY, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On September 16, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Paul Belobritsky

Sworn to before me this

_19th_ day of September, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\LPC\Affidavits\Corrected_Transfers_aff_9-16-08.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ULINE, INC.
         2200 SOUTH LAKESIDE DRIVE
         WAUKEGAN, IL 60085

Please note that your schedule in the above referenced case and in the amount of
    $320.22 has been transferred **(unless previously expunged by court order)** to:

         LIQUIDITY SOLUTIONS, INC.
         TRANSFEROR: ULINE, INC.
         D/B/A REVENUE MANAGEMENT
         ONE UNIVERSITY PLAZA, SUITE 312
         HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                             UNITED STATES BANKRUPTCY COURT
                             Southern District of New York
                             One Bowling Green
                             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 389      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 16, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ULINE, INC.
              2200 S LAKESIDE DR
              WAUKEGAN, IL 60085

Please note that your schedule in the above referenced case and in the amount of
        $8,900.60 has been transferred **(unless previously expunged by court order)** to:

              LIQUIDITY SOLUTIONS, INC.
              TRANSFEROR: ULINE, INC.
              D/B/A REVENUE MANAGEMENT
              ONE UNIVERSITY PLAZA, SUITE 312
              HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 389    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                          Kathleen Farrell-Willoughby, Clerk of Court


                                          /s/ Paul Belobritsky
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 16, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORP., et al<br><br>              Debtors. | Chapter 11 Case No.<br><br>08-11153 (MG) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    ULINE, INC.
            2200 SOUTH LAKESIDE DRIVE
            WAUKEGAN, IL 60085

Please note that your schedule in the above referenced case and in the amount of $426.71 has been transferred **(unless previously expunged by court order)** to:

            LIQUIDITY SOLUTIONS, INC.
            TRANSFEROR: ULINE, INC.
            D/B/A REVENUE MANAGEMENT
            ONE UNIVERSITY PLAZA, SUITE 312
            HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 388 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                                           Kathleen Farrell-Willoughby, Clerk of Court

                                                            /s/ Paul Belobritsky

                                                            By: Bankruptcy Services LLC as claims
                                                                 agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 16, 2008.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  EIT-IM
     22815 GLENN DRIVE SUITE 104
     STERLING, VA 20164
```

Please note that your schedule in the above referenced case and in the amount of
$275.00 has been transferred **(unless previously expunged by court order)** to:

```
     BLUE HERON MICRO OPPORTUNITIES FUND LLP
     TRANSFEROR: EIT-IM
     ATTN: CLAIMS PROCESSING DEPARTMENT
     5315 NORTH KINGS HIGHWAY
     MYRTLE BEACH, SC 29577
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 400    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/16/2008                             Kathleen Farrell-Willoughby, Clerk of Court


                                             /s/ Paul Belobritsky
                                             _____
                                             By: Bankruptcy Services LLC as claims
                                                 agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 16, 2008.

**EXHIBIT B**

```
TIME: 17:18:41                                    Lexington Precision Corporation                                    PAGE:    1
DATE: 09/16/08                                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: EIT-IM ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |
| EIT-IM | 22815 GLENN DRIVE SUITE 104 STERLING VA 20164 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ULINE, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| ULINE, INC. | 2200 S LAKESIDE DR WAUKEGAN IL 60085 |
| ULINE, INC. | 2200 SOUTH LAKESIDE DRIVE WAUKEGAN IL 60085 |

Total Number of Records Printed    5

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153