IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| In Proceedings for a Reorganization ) | ) |
|  ) | Under Chapter 11 |
| IN RE: ) |  |
|  ) | Case No. 08-11153-mg |
| LEXINGTON PRECISION CORPORATION ) |  |
|  ) |  |
| Debtor ) |  |
|  | ) |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Thomas M. Wilson, a member in good standing of the bar in the State of Ohio, (State Bar No. 0038933); the United States District Court, Northern District of Ohio; the United States District Court, Southern District of Ohio; the U.S. Court of Appeals, Fifth Circuit and Sixth Circuit; U.S. Supreme Court; and request admission, *pro hac vice*, before the Honorable Judge Martin Glenn, as counsel for and on behalf of the over 4,000 asbestos-related creditors represented by Kelley & Ferraro LLP, all of whom are parties in interest, in the above-referenced case.

My address is: Kelley & Ferraro LLP
2200 Key Tower, 122 Public Square, Cleveland, Ohio 44114

My e-mail address: twilson@kelley-ferraro.com

My telephone number is: (216) 575-0777

My fax number is: (216) 575-0799

1

2

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully Submitted,

KELLEY & FERRARO, LLP

/s/ Thomas M. Wilson
Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 575-0777
Fax: (216) 575-0799

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was forwarded via first class mail to:

Richard P. Kransow, Esq.                                              Attorney for Debtors
David B. Hird, Esq.
Conray Tseng, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

United States Trustee                                                 U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


/s/ Thomas M. Wilson
Thomas M. Wilson (0038933)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

|  |  |
|---|---|
| In Proceedings for a Reorganization </br></br> IN RE: </br></br> LEXINGTON PRECISION CORPORATION </br></br> Debtor | ) </br> ) Under Chapter 11 </br> ) </br> ) Case No. 08-11153-mg </br> ) </br> ) </br> ) |

## **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Thomas M. Wilson, a member in good standing of the bar in the State of Ohio, (State Bare No. 0038933); the United States District Court, Northern District of Ohio; the United States District Court, Southern District of Ohio; the U.S. Court of Appeals, Fifth Circuit and Sixth Circuit; U.S. Supreme Court; having requested admission, *pro hac vice*, as counsel for and on behalf of the over 4,000 asbestos-related creditors represented by Kelley & Ferraro LLP, all of whom are parties in interest, in the above-referenced case.

**ORDERED,** that Thomas M. Wilson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provided that the filing fee has been paid.

Dated: _____
    Manhattan, New York

                                                                _____
                                                                UNITED STATES BANKRUPTCY JUDGE