**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
**In re**                                              :        **Chapter 11 Case No.**
                                                       :
**LEXINGTON PRECISION CORP., et al.,**                 :        **08- 11153 (MG)**
                                                       :
           **Debtors.**                                :        **(Jointly Administered)**
                                                       :
-------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELLI PETRIS, being duly sworn, deposes and says:

      1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

      2.     On September 26, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), samples of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

      3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              Elli Petris

Sworn to before me this
_____ day of September, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6156011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\LPC\Affidavits\Transfer Aff_9-26-08.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |        Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                   |        08-11153 (MG)

                    Debtors.                        |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  QUALITY PLUS, INC.
               36300 EUREKA ROAD
               ROMULUS, MI 48174

Please note that your schedule in the above referenced case and in the amount of
     $12,353.88 has been transferred **(unless previously expunged by court order)** to:

          RIVERSIDE CLAIMS LLC
          TRANSFEROR: QUALITY PLUS, INC.
          POST OFFICE BOX 626
          PLANETARIUM STATION
          NEW YORK, NY 10024-0540

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 414         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/26/2008                              Kathleen Farrell-Willoughby, Clerk of Court


                                              /s/Elli Petris
                                              _____
                                              By: Bankruptcy Services LLC as claims
                                                  agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 26, 2008.

# EXHIBIT B

```
TIME: 14:46:17                                                                                                    PAGE:  1
DATE: 09/26/08
                                  Lexington Precision Corporation
                                          CREDITOR LISTING

Name                              Address
QUALITY PLUS, INC.                36300 EUREKA ROAD ROMULUS MI 48174
RIVERSIDE CLAIMS LLC              TRANSFEROR: QUALITY PLUS, INC. POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK NY 10024-0540


Total Number of Records Printed   2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153