WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                            :    Chapter 11 Case No.
                                                 :
**LEXINGTON PRECISION CORP., et al.,**  :    08-11153 (MG)
                                                 :
     Debtors.                               :    (Jointly Administered)
                                                 :
------------------------------------------------------------x

**NOTICE OF PROPOSED ORDER ALLOWING INTERIM**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

PLEASE TAKE NOTICE that an omnibus hearing (the "Hearing") shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **October 28, 2008 at 10:00 a.m**. **(prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard to consider application for interim allowances of compensation and reimbursement of expenses including the following applications (collectively, the "Applications"):

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 412 | April 1, 2008 to July 31, 2008 | $959, 601.50 | $31,759.50 |
| W. Y. Campbell & Company | 397 | April 1, 2008 to July 31, 2008 | $200,000.00 | $13,777.58 |

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Andrews Kurth LLP | 396 | April 11, 2008 to July 31, 2008 | $551,484.00 | $21,817.18 |
| Stout Risius Ross, Inc. | 390 | May 13, 2008 to July 31, 2008 | $191,658.22 | $70,139.78 |

PLEASE TAKE FURTHER NOTICE that the Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by interested parties on the Court's website (http://www.nysb.uscourts.gov) or by contacting the respective Applicants.

PLEASE TAKE FURTHER NOTICE that at the Hearing, the Debtors shall present to United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") for approval and entry the proposed order attached hereto granting the Applications and allowing the requested fees and expenses in the amounts as determined by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Applications or the Proposed Order, if any, must (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court no later than **October 20, 2008 at 5:00 p.m. (prevailing Eastern Time)**.  In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses.  General Order M-242 may be found at www.nysb.uscourts.gov.  All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Martin Glenn.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **October 20, 2008, at 5:00 p.m. (prevailing Eastern Time)**, upon:  (a) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New York, New York 10023 (Attn:  Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Conray C. Tseng); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn:  Paul Schwartzberg); (d) attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn:  John C. Tishler); (e) attorneys for the official creditors' committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn:  Paul Silverstein); and (f) attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn:  Gerald Bender).

Dated: New York, New York
       October 2, 2008

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                                       :

In re                                          :         Chapter 11 Case No.
                                                                    :

**LEXINGTON PRECISION CORP., et al.,**    :         **08-11153 (MG)**
                                                                     :

                Debtors.                      :         (Jointly Administered)
                                                                    :
-------------------------------------------------------------x

**ORDER ALLOWING INTERIM COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED AND**
**<u>REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED</u>**

        Upon the hearing held on October 28, 2008 (the "<u>Hearing</u>") to consider the applications (collectively, the "<u>Applications</u>") for allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from April 1, 2008 to July 31, 2008 (the "<u>Application Period</u>") pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), filed by the professionals listed on Exhibit A annexed hereto (the "<u>Professionals</u>") retained in the above-captioned chapter 11 case of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., as debtors and debtors in possession (together, the "<u>Debtors</u>"); and the Court having considered the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996, and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated April 22, 2008 (the

NY2:\1920681\03\1560903!.DOC\26690.0008

"Interim Compensation Order"); and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Applications; the Court finds and determines (a) notice of the Applications was due and proper and no further notice is necessary, (b) the fees of the Professionals incurred during the Application Period are reasonable compensation for actual, necessary services rendered by the Professionals, (c) the expenses incurred during the Application Period are actual and necessary expenses, and (d) the relief requested in the Applications is in the best interests of the Debtors, their estate and their creditors; and therefore, it is hereby

ORDERED that the Applications set forth on Exhibit A annexed hereto are granted as provided in such Exhibit A; and it is further

ORDERED that compensation to the Professionals for professional services rendered during the time periods set forth in the Applications is allowed in the amounts set forth on Exhibit A in the column entitled "Fees Allowed"; and it is further

ORDERED that reimbursement to the Professionals for expenses incurred during the time period set forth in the Applications is allowed in the amounts set forth on Exhibit A in the column entitled "Expenses Allowed"; and it is further

ORDERED that the Debtors are authorized and directed to make payment to the Professionals in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise.

Dated: New York, New York
      October ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 412 | April 1, 2008 to July 31, 2008 | $959, 601.50 | $31,759.50 | | |
| W. Y. Campbell & Company | 397 | April 1, 2008 to July 31, 2008 | $200,000.00 | $13,777.58 | | |
| Andrews Kurth LLP | 396 | April 11, 2008 to July 31, 2008 | $551,484.00 | $21,817.18 | | |
| Stout Risius Ross, Inc. | 390 | May 13, 2008 to July 31, 2008 | $191,658.22 | $70,139.78 | | |

NY2:\1920681\03\1560903!.DOC\26690.0008