UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                          :

In re                                         :          Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al.,    :          08- 11153 (MG)

          Debtors.                            :          (Jointly Administered)

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                     ) ss.:
COUNTY OF NEW YORK    )

        Elli Petris, being duly sworn, deposes and says:

        1.       I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.       On September 29, 2008, I caused to be served the "Corporate Monthly Operating Report – August 2008" dated September 25, 2008, a copy of which is attached hereto as Exhibit "A" by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit "B".

        3.       All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   _/s/ Elli Petris_
                                                                   Elli Petris

Sworn to before me this
30th day of September, 2008

_/s/ Stephanie A. Gaskin_
Notary Public

        **STEPHANIE A. GASKIN**
**NOTARY PUBLIC - STATE OF NEW YORK**
            **NO. 01GA6150011**
  **QUALIFIED IN NEW YORK COUNTY**
**MY COMMISSION EXPIRES JULY 24, 2010**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Lexington Precision Corporation and Lexington Rubber Group, Inc**       Case No. **08-11153 & 08-11156**
     Debtor                                                                      Reporting Period: **August 2008**

                                                                                 Federal Tax I.D. # **22-1830121 & 13-3525759**

CORPORATE MONTHLY OPERATING REPORT – August 2008

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | Waived** |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | No | Waived** |
| Copies of bank statements | | No | Waived** |
| Cash disbursements journals | | No | Waived** |
| Statement of Operations | MOR 2 | Yes | Consolidated Statement of Operations |
| Reorganization items paid | MOR-2 (Cont.) | Yes | No explanation necessary. |
| Balance Sheet | MOR-3 | Yes | Consolidated Statement of Operations |
| Status of Post-petition Taxes | MOR-4 | Yes | No explanation necessary. |
| Copies of IRS Form 6123 or payment receipt | | No | Waived** |
| Copies of tax returns filed during reporting period | | No | Waived** |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No explanation necessary. |
| Listing of Aged Accounts Payable | | No | All post-petition accounts payable are current. |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No explanation necessary. |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No explanation necessary. |
| Payments to Insiders and Professional | MOR-6 | Yes | No explanation necessary. |
| Post Petition Status of Secured Notes | MOR-6 | Yes | No explanation necessary. |
| Debtor Questionnaire | MOR-7 | Yes | No explanation necessary. |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____                     Date _____

Signature of Authorized Individual* /s/ Dennis J. Welhouse                       Date   September 25, 2008

Printed Name of Authorized Individual  Dennis J. Welhouse                        Date   September 25, 2008
                  Senior vice President and CFO
*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

** Inclusion of this and certain other information has been waived per discussions with Official Creditors' Committee and the
   Office of the United States Trustee.

In re Lexington Precision Corporation  
Debtor

Case No. 08-11153  
Reporting Period: August 2008

## PRELIMINARY SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | | | | | |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE | | | | | 958,310.54 |
| DIP LOANS | | | | | - |
| OTHER: Premier Tool and Die | | | | | 26,590.00 |
| OTHER: Miscellaneous Receipts | | | | | 13,618.46 |
| TOTAL RECEIPTS | | | | | 998,519.00 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER *(ATTACH LIST)* | | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | 2,860,245.69 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| | | | | | |
| CASH – END OF MONTH | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $2,860,245.69 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $2,860,245.69 |

In re Lexington Rubber Group, Inc.  
Debtor

Case No. 08-11156  
Reporting Period: August 2008

## PRELIMINARY SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) | | | | | |
| CASH BEGINNING OF MONTH | | | | | |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE | | | | | 5,198,980.12 |
| DIP LOANS | | | | | - |
| OTHER: Cobra | | | | | |
| OTHER: Miscellaneous Receipts | | | | | 34,198.77 |
| TOTAL RECEIPTS | | | | | 5,233,178.89 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER *(ATTACH LIST)* | | | | | |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | | | | | 4,181,922.35 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | |
| | | | | | |
| CASH – END OF MONTH | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $4,181,922.35 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $4,181,922.35 |

**LEXINGTON PRECISION CORPORATION – CONSOLIDATED**  August 2008

## PRELIMINARY CONSOLIDATED STATEMENTS OF EARNINGS
**MONTH**
**in thousands of dollars**

Case no's 08-11153 & 08-11156

| | MONTH Actual | |
|---|---:|---:|
| Gross sales | 6,565 | 101.3 % |
| Returns | 74 | 1.1 |
| Discounts & allowances | 8 | 0.1 |
| Net sales | 6,483 | 100.0 |
| | | |
| Cost of sales: | | |
|   Material cost | 2,040 | 31.5 |
|   Direct labor | 696 | 10.7 |
|   Factory overhead | 2,980 | 46.0 |
|     Total | 5,716 | 88.2 |
| | | |
| Gross profit | 767 | 11.8 |
| | | |
| Selling, general & admin. expense: | | |
|   Marketing & sales | 92 | 1.4 |
|   General & administrative (1) | 1,261 | 19.5 |
|     Total | 1,353 | 20.9 |
| | | |
| Operating profit | (586) | (9.0) |
| | | |
| Nonoperating expense (income): | | |
|   Interest expense (2) | 668 | 10.3 |
|   Interest (income) | (17) | (0.3) |
|   Unrealized loss (gain) on trading securities | – | – |
|     Total | 651 | 10.0 |
| | | |
| Earnings (loss) before taxes | (1,237) | (19.1) |
| | | |
| Income taxes | – | – |
| | | |
| Earnings (loss) from continuing operations | (1,237) | (19.1) |
| | | |
| Income (loss) from discontinued operations | (12) | (0.2) |
| | | |
| Net income (loss) | (1,249) | (19.3) % |
| | | |
| **EBITDA:** | | |
|   Operating Profit | (586) | (9.0) % |
|   Depreciation | 403 | 6.2 |
|   Amortization (operating only) | 16 | 0.2 |
|   EBITDA | (167) | (2.6) % |
| | | |
| **Other Data & Statistics:** | | |
|   Average number of employees (#) | 630 | NA |
|   Sales per employee ($) | 124 | NA |

(1) Includes $888,000 of expenses incurred in connection with the Company's efforts to refinance and or restructure the Company during August 2008.
(2) Includes $34,000 of interest for the holders of the Company's DIP loan during August 2008. Excludes interest expense of $14,000 allocated to discontinued operations for the month of August 2008.

In re **Lexington Precision Corporation - Consolidated**            Case No. **08-11153 & 08-11156**
       Debtor                                                        Reporting Period: **August 2008**

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
|    DeWolff, Boberg & Associates, Inc. | 128,500.00 | |
|    Stout Risius Ross, Inc. | 47,002.31 | |
|    Weil, Gotshal & Manges LLP | 334,535.51 | |
| U. S. Trustee Quarterly Fees - LRG | | |
| U. S. Trustee Quarterly Fees - LPC | | |
| Interest Paid to Lexington on Accumulated Cash from Chapter 11 - DIP Cash *(see continuation sheet)* | 10,897.70 | |
| Interest Paid to Lexington on Accumulated Cash from Chapter 11 - Operating Cash *(see continuation sheet)* | 8,450.43 | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
|    DIP Interest | 34,444.45 | |
|    Epiq Bankruptcy Solutions, LLC | 19,946.58 | |
|    Cushman & Wakefield, Inc. (1) | 40,000.00 | |
|    CapitalSource Reimbursement | 22,335.85 | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

(1) Amount paid pursuant to Order Pursuant to Section 363(b) of the Bankruptcy Code Granting Authority to Reimburse Certain Due Diligence Fees, dated August 22, 2008 [Docket No. 334].

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**LEXINGTON PRECISION CORPORATION – CONSOLIDATED**          August 2008

## PRELIMINARY CONSOLIDATED BALANCE SHEETS
in thousands of dollars

Case no's 08-11153 & 08-11156

| ASSETS | Actual |
|---|---:|
| **Current assets:** | |
| Cash | 7,156 |
| Marketable securities | 146 |
| Accounts receivable | 10,689 |
| Inventories | 10,194 |
| Prepaid expenses and other current assets | 1,842 |
| Deferred income taxes | 98 |
| Current assets of discontinued operations | 4 |
| Total current assets | 30,129 |
| | |
| **Plant & equipment** | |
| Land | 2,165 |
| Buildings | 13,392 |
| Machinery & equipment | 112,006 |
| | 127,563 |
| Accumulated depreciation | 108,081 |
| Plant & equipment, net | 19,482 |
| | |
| Plant & equipment of discontinued operations, net | 1,266 |
| | |
| Goodwill | 7,623 |
| Deferred financing expenses | – |
| Other assets | 550 |
| | 59,050 |
| | |
| **LIABILITIES & SHAREHOLDERS' DEFICIT** | |
| | |
| **Current liabilities:** | |
| Accounts payable | 7,610 (1) |
| Accrued income taxes | (12) |
| Accrued interest expense | 11,661 |
| Accrued operating expenses | 6,364 |
| Short-term debt | 18,219 (2) |
| Current portion of LTD | 56,233 |
| Current liabilities of discontinued operations | 265 (1) |
| Total current liabilities | 100,340 |
| | |
| Long-term debt, net of current portion | – |
| Long-term portion of post-retirement obligation | 271 |
| Other long term liabilities | 122 |
| Deferred income taxes | 98 |
| | |
| **Shareholders' deficit:** | |
| Common stock | 1,240 |
| Add'l paid-in-capital | 13,194 |
| Accumulated deficit | (56,147) |
| Accumulated other comprehensive loss | (68) |
| Total shareholders' deficit | (41,781) |
| | |
| | 59,050 |

(1) As of August 31, 2008, accounts payable and current liabilities of discontinued operations include prepetition accounts payable in the amount of approximately $5,820,000 and $174,000, respectively.
(2) Includes revolving line of credit in the amount of $14,219,000 and the DIP loan in the amount of $4,000,000.

Lexington Precision Corporation - Consolidated
Case No. 08-11153 & 08-11156
Preliminary Status of Post-Petition Taxes
August 2008

| | 8/5 | 8/6 | 8/7 | 8/13 | 8/14 | 8/18 | 8/20 | 8/21 | 8/27 | 8/28 | 8/30 | 8/31 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | | | | | | | | | | | | | |
| FICA - Employee | - | 4,902.64 | 18,510.68 | 4,452.95 | 45,487.16 | - | 4,726.99 | 18,640.41 | 4,381.82 | 38,748.77 | - | - | 139,851.42 |
| FICA - Employer | - | 4,902.67 | 18,510.75 | 4,452.93 | 45,487.19 | - | 4,727.02 | 18,640.34 | 4,381.82 | 38,748.82 | - | - | 139,851.54 |
| Unemployment | - | 15.26 | 70.64 | 8.48 | 145.58 | - | 20.42 | 49.70 | 7.62 | 81.77 | - | - | 399.47 |
| Income | - | 5,263.35 | 20,423.30 | 4,834.40 | 71,910.27 | - | 5,387.44 | 21,384.14 | 4,802.52 | 54,564.92 | - | - | 188,570.34 |
| Other: | | | | | | | | | | | | | - |
| **Total Federal Taxes** | - | 15,083.92 | 57,515.37 | 13,748.76 | 163,030.20 | - | 14,861.87 | 58,714.59 | 13,573.78 | 132,144.28 | - | - | 468,672.77 |
| | | | | | | | | | | | | | |
| **State and Local** | | | | | | | | | | | | | |
| **GA - Georgia** | | | | | | | | | | | | | |
| Withholding | | | 4,101.65 | | 7,643.15 | | | 4,106.19 | | 7,462.73 | | | 23,313.72 |
| Unemployment | | | 126.46 | | 62.63 | | | 61.30 | | 81.40 | | | 331.79 |
| Real Property | | | | | | | | | | | | | - |
| Other: | | | | | | | | | | | | | - |
| **NY - New York** | | | | | | | | | | | | | |
| Withholding | | | 1,928.10 | | 4,379.91 | | | 2,118.81 | | 3,947.71 | | | 12,374.53 |
| Unemployment | | | 66.69 | | 433.83 | | | 66.50 | | 243.83 | | | 810.85 |
| Real Property | | | | | | | | | | | | | - |
| Other: DI | | | | | | | | | | | | | - |
| **OH - Ohio** | | | | | | | | | | | | | |
| Withholding | | 1,580.54 | 695.61 | 1,378.07 | 5,112.89 | | 1,467.53 | 845.49 | 1,343.99 | 4,889.93 | | | 17,314.05 |
| Unemployment | | 164.00 | | 136.12 | 264.79 | | 266.47 | 16.75 | 116.31 | 226.13 | | | 1,190.57 |
| Real Property | | | | | | | | | | | | | - |
| Other: | | | | | | | | | | | | | - |
| **PA - Pennsylvania** | | | | | | | | | | | | | |
| Withholding | | 86.92 | | 86.18 | 149.69 | | 82.43 | | 80.85 | 135.89 | | | 621.96 |
| Unemployment | | | | | | | | | | | | | - |
| Real Property | | | | | | | | | | | | | - |
| Other: | | | | | | | | | | | | | - |
| **SC - South Carolina** | | | | | | | | | | | | | |
| Withholding | | | 2,709.26 | | 8,996.77 | | | 2,469.37 | | 5,165.80 | | | 19,341.20 |
| Unemployment | | | 211.29 | | 289.67 | | | 140.32 | | 145.57 | | | 786.85 |
| Real Property | | | | | | | | | | | | | - |
| Other: | | | | | | | | | | | | | - |
| AK - Akron City, OH | | | 26.14 | | 18.07 | | 8.08 | 25.50 | 6.38 | 29.19 | | | 98.90 |
| BR - Brewster VLG, OH | | | 17.04 | | 16.01 | | | 12.34 | | 13.75 | | | 59.14 |
| CA - Canton City, OH | | | | | | | | | | | | | - |
| CO - Columbiana, OH | | 6.38 | | 5.93 | | | 8.08 | | 6.38 | | | | 26.77 |
| CS - Col SD, OH | | 5.97 | | 5.55 | | | 7.58 | | 5.97 | | | | 25.07 |
| GI - Girard City, OH | | 57.53 | | 55.83 | | | 57.87 | | 56.78 | | | | 228.01 |
| GR - Green City, OH | | | | | 43.75 | | | | | 43.75 | | | 87.50 |
| HU - Hubbard City, OH | | | | | | | | | | | | | - |
| MD - McDonald Vil, OH | | 46.13 | | 45.12 | 31.85 | | 42.35 | | 46.24 | 31.85 | | | 243.54 |
| NC - No Canton Ci, OH | | | | | 47.37 | | | | | 47.37 | | | 94.74 |
| NF - New Franklin, OH | | | 13.40 | | 11.62 | | | 13.11 | | 13.33 | | | 51.46 |
| NI - Niles City, OH | | 78.02 | | 67.97 | 89.74 | | 71.96 | | 63.04 | 89.74 | | | 460.47 |
| NP - New Philadel, OH | | | | | 20.23 | | | | | 20.23 | | | 40.46 |
| PP - Pepper Pike | | | | | 98.63 | | | | | 96.87 | | | 195.50 |
| PY - Pymatuming T, PA | | 12.72 | | 10.48 | | | 10.55 | | 10.48 | | | | 44.23 |
| SH - Sharon City, PA | | 5.61 | | 5.61 | 31.85 | | 5.61 | | 5.61 | 31.85 | | | 115.46 |
| SL - Springfield LS, OH | | 6.86 | | 5.42 | | | 5.42 | | 5.42 | | | | 23.12 |
| SP - Sharpsville, PA | | 5.54 | | 6.73 | | | 5.44 | | 4.99 | | | | 22.70 |
| ST - Struthers Ci, OH | | 8.67 | | 8.67 | | | 8.30 | | 8.42 | | | | 34.06 |
| SW - Stow City, OH | | | | | 48.76 | | | | | 44.26 | | | 93.02 |
| WA - Warren City, OH | | 146.31 | | 127.17 | | | 122.32 | | 119.96 | | | | 515.76 |
| YT - Youngstown C, OH | | | | | | | | | | | | | - |
| **Total State and Local** | - | 2,211.20 | 9,895.64 | 1,944.85 | 27,759.36 | - | 2,161.91 | 9,875.68 | 1,874.44 | 22,729.33 | - | - | 78,452.41 |
| | | | | | | | | | | | | | |
| **Total Payroll Taxes** | - | 17,295.12 | 67,411.01 | 15,693.61 | 190,789.56 | - | 17,023.78 | 68,590.27 | 15,448.22 | 154,873.61 | - | - | 547,125.18 |
| | | | | | | | | | | | | | |
| **Non-Payroll Taxes** | | | | | | | | | | | | | |
| Georgia Department of Revenue July 2008 Use Tax | 672.00 | | | | | | | | | | | | 546.75 |
| 2nd QTR 2008 Ohio CAT Tax | | | | | | 546.75 | | | | | | | 672.00 |
| State of Delaware 2008 2nd Quarter Franchise Tax | | | | | | | | | 2,575.00 | | | | 2,575.00 |
| **Total Non Payroll Taxes** | 672.00 | - | - | - | - | 546.75 | - | - | 2,575.00 | - | - | - | 3,793.75 |
| | | | | | | | | | | | | | |
| **Total Taxes** | 672.00 | 17,295.12 | 67,411.01 | 15,693.61 | 190,789.56 | 546.75 | 17,023.78 | 68,590.27 | 18,023.22 | 154,873.61 | - | - | 550,918.93 |

**PRELIMINARY SUMMARY OF UNPAID POST-PETITION DEBTS**

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | There are no unpaid post petition debts. All debts are either paid or within credit terms. | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

MOR - 4 (2)

In re Lexington Precision Corporation - Consolidated  
Debtor

Case No. 08-11153 & 08-11156  
Reporting Period: August 2008

## PRELIMINARY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 10,421,159.85 |
| Plus: Amounts billed during the period | 6,872,953.09 |
| Less: Amounts collected during the period | 6,157,290.66 |
| Less: Miscellaneous adjustments | 17,163.29 |
| Total Accounts Receivable at the end of the reporting period | 11,119,658.99 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 5,953,902.39 | - | - | - | 5,953,902.39 |
| 31 - 60 days old | - | 3,452,901.36 | - | - | 3,452,901.36 |
| 61 - 90 days old | - | - | 907,890.69 | - | 907,890.69 |
| 91+ days old | - | - | - | 804,964.55 | 804,964.55 |
| Total Accounts Receivable | 5,953,902.39 | 3,452,901.36 | 907,890.69 | 804,964.55 | 11,119,658.99 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | 525,000.00 |
| Plus: Accrual adjustment | | | | | 94,000.00 |
| Net Accounts Receivable | - | - | - | - | 10,688,658.99 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | All taxes are current. | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re LEXINGTON PRECISION CORPORATION  
    Debtor

Case No. 08-11153 & 08-11156  
Reporting Period: August 2008

### PRELIMINARY PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

#### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| Michael Lubin | Debtor-in-Possession Interest | 17,222.22 | |
| William B. Conner | Debtor-in-Possession Interest | 12,916.67 | |
| Dennis J. Welhouse | 8/15/08 Salary | 6,716.67 | |
| Dennis J. Welhouse | 8/29/08 Salary | 6,716.67 | |
| | | | |
| Michael Lubin | | | 101,666.67 |
| William B. Conner | | | 84,775.68 |
| Dennis J. Welhouse | | | 67,166.70 |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 43,572.23 | |

#### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|
| Malin, Bergquist & Company | | | 10,566.89 | 31,616.89 | |
| DeWolff, Boberg & Associates, Inc. | | | 128,500.00 | 179,200.00 | |
| Thompson Hine LLP | | | 11,223.23 | 17,279.73 | |
| Nexsen Pruet, LLC (1) | | | 125.00 | 125.00 | |
| J. Stephen Shi, Attorney and Counselor at Law (1) | | | 414.00 | 2,438.00 | |
| Stout Risius Ross, Inc. | | | 47,002.31 | 121,518.44 | 16,129.03 |
| Weil, Gotshal & Manges LLP | | | 334,535.51 | 334,535.51 | 80,973.10 |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | 532,366.94 | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

(1) In the process of complying with procedures proscribed by the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated April 22, 2008 [Docket No. 83].

### POST-PETITION STATUS OF SECURED NOTES AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| CapitalSource finance LLC (as agent) 4445 Willard Avenue 12th Floor Chevy Chase, MD 20815 and Webster Business Credit Corporation 3600 Lexington Avenue, 5th Floor New York, NY 10017 | 208,333.33 | 208,333.33 | 7,500,000.08 |
| CSE Mortgage LLC and DMD Special Situations units of CapitalSource finance LLC (as agent) 4445 Willard Avenue 12th Floor Chevy Chase, MD 20815 | 61,111.11 | 61,111.11 | 13,533,333.36 |
| Commercial Alloys 1831 Highland Road Twinsburg, OH 44087 | 0.00 | 0.00 | 0.00 |
| Great American Leasing Corporation PO Box 609 Cedar Rapids, Iowa 52406-0609 | 1,161.21 | 0.00 | 15,883.58 |
| TOTAL PAYMENTS | | 269,444.44 | 21,049,217.02 |

Page 10 of 11

In re **Lexington Precision Corporation - Consolidated**       Case No. **08-11153 & 08-11156**
Debtor                                                          Reporting Period: **August 2008**

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3  Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X (1) | |
| 4  Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5  Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6  Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7  Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8  Are any post petition payroll taxes past due? | | X |
| 9  Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | Yes | See footnote (2) |

(1) Debtors received a notice from their insurance providers that, under state law, the providers are not required to renew the Debtors' existing policies. Debtors typically receive such notices when their insurance policies near their expiration dates.

(2) Michael A. Lubin, Chairman of the Board, and William B. Conner, a Director of the Company, received DIP interest during August 2008 in the amounts of $17,222.22 and $12,916.67, respectively.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS,P.O. BOX 36001, FT. LAUDERDALE, FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ.,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,THE CHRYSLER BUILDING,405 LEXINGTON AVENUE, NEW YORK, NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,ONE LOGAN SQUARE,130 NORTH 18TH STREET, PHILADELPHIA, PA 19103-6998 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE,515 PIONEER RD, JASPER, GA 30143 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN,COUNSEL TO CAPITAL SOURCE FINANCE, LLC.,2 WALL STREET, NEW YORK, NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY,800 CONNECTICUT AVE, NORWALK, CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER,P.O. BOX 152, MONTPELIER, OH 43543-0152 |
| CHINA AUTO GROUP | ATTN:KIM TAYLOR DOMINES,17815 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER,COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY,RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL,AND SERVICE WORKERS INTERNATIONAL UNION,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| COHEN, WEISS AND SIMON LLP | ATTN: ROBIN H. GISE,COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY,RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL,AND SERVICE WORKERS INTERNATIONAL UNION,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK,5755 GRANT AVENUE, CLEVELAND, OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR,612 EAST CALLAHAN RD, DALTON, GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ.,COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION,P.O. BOX 1945, MORRISTOWN, NJ 07962-1945 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH,379 INTERPACE PARKWAY, PARSIPPANY, NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE,111 S. PROGRESS DRIVE, KENDALLVILLE, IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN,2060 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 4620, BURLINGTON, VT 05406 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE,PO BOX 4752, ROCHESTER, NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION,P. O. BOX 105296, ATLANTA, GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE, CATERSVILLE, GA 301214283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH,14910 MADISON ROAD, MIDDLEFIELD, OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS,5055 MLK DRIVE, BEAUMONT, TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE,PO BOX 712288, CINCINNATI, OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA,465 MEDFORD STREET, STE 2200, BOSTON, MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ.,ATTORNEYS FOR H&R OF NEW YORK,D/B/A HALEY & ALDRICH OF NEW YORK,300 SOUTH STATE STREET,ONE PARK PLACE, SYRACUSE, NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP,3920 ARKWRIGHT ROAD, SUITE 400, MACON, GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY,22930 ROYALTON ROAD, STRONGSVILLE, OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR,290 BROADWAY, NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNATIONAL UNION OF | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED,ATTN:KEN REAM,111 WHITEHEAD |

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ELECTRONIC, ELECTRICAL | LANE, SUITE #2, MONROEVILLE, PA 15146-2715 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS,220 SEVENTH AVENUE, BEAVER FALLS, PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT,P.O. BOX 10225, MACON, GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ,36191 HIGHWAY 30, GEISMAR, LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL,ATTN:WAYNE ROBINSON,P.O. BOX 4477, ROCK HILL, SC 29732 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | ATTN:LINDA AYERS,187 DANBURY ROAD, WILSON, CT 06897 |
| NEW YORK STATE SALES TAX | P.O. BOX 1209, NEW YORK, NY 10116 |
| NEW YORK STATE TAX PROCESSING | JAF BUILDING, P.O. BOX 1206, NEW YORK, NY 10116 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ.,TIMES SQUARE TOWER,7 TIMES SQUARE, NEW YORK, NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK,33 WHITEHALL STREET,   21ST FLOOR,ATTN: PAUL KENAN SCHWARTZBERG, NEW YORK, NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE,P.O. BOX 3637, AKRON, OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON,DEPT. AT 40177,P.O. BOX 40162, ATLANTA, GA 31192-0162 |
| PREFERRED RUBBER  COMPOUNDING | ATTN:MICHELLE PARKS,1020 LAMBERT STREET, BARBERTON, OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH,11601 KATY FREEWAY, STE 223, HOUSTON, TX 77079 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR,233 BROADWY, NEW YORK, NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL,1150 DAMAR DRIVE, AKRON, OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE,500 EDWARD AVE, RICHMOND HILL, ON L4C4Y9 CANADA |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION, | SALES TAX RETURN, COLUMBIA, SC 29214 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ.,COUNSEL TO WILMINGTON TRUST COMPANY,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ.,COUNSEL TO GOSIGER, INC.,425 WALNUT STREET, SUITE 1800, CINCINNATI, OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS,5500 WALWORTH AVENUE, CLEVELAND, OH 44102 |
| THOMAS M. WILSON, ESQ. | KELLEY & FERRARO, L.L.P.,2200 KEY TOWER,127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561, COLUMBUS, OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL,FIVE GATEWAY CENTER, SUITE 807, PITTSBURGH, NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL,43 INDUSTRIAL PARK DRIVE P.O. BOX 6149, FRANKLIN, NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST,3301 SUTTON ROAD, ADRIAN, MI 49221 |
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER,ROBERT J. WELHOELTER,COUNSEL TO CAPITAL SOURCE FINANCE LLC.,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360  LEXINGTON AVE FL 5, NEW YORK, NY 100176563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ.,FRED J. ARNOFF, ESQ.,(COUNCIL TO PEPPER PIKE PLACE ASSOCIATES, LLC),THE TOWER AT ERIEVIEW,1301 EAST 9TH STREET, SUITE 1900, CLEVELAND, OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE,11100 NORTH MARKET STREET RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |

LEXINGTON PRECISION CORPORATION
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 72**