**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                :

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| **LEXINGTON PRECISION CORP.**, et al., : | **08-11153 (MG)** |
| Debtors. : | (Jointly Administered) |

-----------------------------------------------------------------x

**BRIDGE ORDER EXTENDING THE EXCLUSIVE PERIOD**
**DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN**

Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "Debtors") having filed a motion, dated October 7, 2008 (the "Exclusivity Motion") pursuant to section 1121(d) of title 11 of the United States Code to, inter alia, extend the period during which the Debtors have the exclusive right to, inter alia, file a chapter 11 plan (the "Exclusive Period") from October 28, 2008 to January 26, 2009, all as more fully set forth in the Exclusivity Motion; and the Court having scheduled a hearing to consider the Exclusivity Motion on October 28, 2008 at 10:00 a.m. (prevailing Eastern Time); and the Exclusive Period otherwise expiring on October 28, 2008 pursuant that certain Order Granting Motion Pursuant to § 1121(d) to Extend the Debtors' Exclusivity, dated July 31, 2008 [Docket No. 289]; and the Court having determined it is appropriate to extend the Exclusive Period until such time as the Court considers and enters an order determining the Exclusivity Motion; it is hereby

ORDERED that the Debtors' Exclusive Period is extended until such time as the Court has entered an order determining the Exclusivity Motion.

Dated: New York, New York
      **October 8, 2008**

                                                **/s/Martin Glenn**
                                       UNITED STATES BANKRUPTCY JUDGE