**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re                                                      :      Chapter 11 Case No.
                                                           :
LEXINGTON PRECISION CORP., et al.,                         :      08- 11153 (MG)
                                                           :
              Debtors.                                     :      (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 9, 2008, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Elli Petris

Sworn to before me this
_10TH_ day of October, 2008

Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\LPC\Affidavits\Transfer 403_Aff_10-9-2008.DOC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                   | 08-11153 (MG)

            Debtors.

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  STONER CORPORATION
             PO BOX 65
             QUARRYVILLE, PA 17566

Please note that your schedule in the above referenced case and in the amount of
    $1,949.21 has been transferred **(unless previously expunged by court order)** to:

        BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: STONER CORPORATION
        ATTN: CLAIMS PROCESSING DEPARTMENT
        5315 NORTH KINGS HIGHWAY
        MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 403        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/09/2008                        Kathleen Farrell-Willoughby, Clerk of Court


                                        /s/Elli Petris
                                        _____
                                        By: Bankruptcy Services LLC as claims
                                            agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 9, 2008.

# EXHIBIT B

TIME: 12:27:16
DATE: 10/09/08

Lexington Precision Corporation
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: STONER CORPORATION ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |
| STONER CORPORATION | PO BOX 65 QUARRYVILLE PA 17566 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153