WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorney for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEXINGTON PRECISION CORP., et al.,**                         :    **08-11153 (MG)**
                                                               :
         **Debtors.**                                          :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## NOTICE OF AMENDMENT
## TO THE SCHEDULE OF ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that, pursuant to the Court's Order Authorizing the Employment of Professionals Utilized in the Ordinary Course of Business [Docket No. 83] (the "OCP Order"), the Debtors are amending the schedule (the "Schedule") annexed to the OCP Order to include J. Stephen Shi ("Shi") and Nexsen Pruet, LLC ("Nexsen Pruet") as ordinary course professionals. The Debtors have retained Shi to provide advice and counsel on environmental and safety issues and Nexsen Pruet to serve as local counsel in connection with financing transactions in 2006.

NY2:\1926510\02\15@$602!.DOC\26690.0008

Pursuant to the OCP Order, Nexsen Pruet's and Shi's affidavits and questionnaires are annexed hereto as Exhibits A and B respectively, and the revised Schedule is annexed hereto as Exhibit C.

Dated: October 15, 2008
     New York, New York

/s/ Richard P. Krasnow

Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorney for Debtors
and Debtors in Possession

## EXHIBIT A

**(Nexsen Pruet Affidavit & Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
            :
In re       :       Chapter 11 Case No.
            :
LEXINGTON PRECISION CORP., et al.,   :   08-11153 (MG)
            :
    Debtors.   :   (Jointly Administered)
            :
------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF J. STEPHEN SHI, ATTORNEY AND COUNSELOR AT LAW**

STATE OF GEORGIA      )
                      )
COUNTY OF BANKS       )

  J. Stephen Shi, being duly sworn, upon his oath, deposes and says:

  1. I am an attorney practicing as a sole practitioner (the "Firm").

  2. Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

  3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I nor the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the undersigned.

5. Neither I, nor the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $1,700.36 for prepetition services.

_____
J. Stephen Shi, Esq.

Subscribed and sworn to before me

this 01 day of October, 2008

_____
Notary Public

NOTARY PUBLIC, ATHENS-CLARKE COUNTY, GEORGIA
MY COMMISSION EXPIRES JACKSON MAY 11, 2009

(Retention Questionnaire)

In re Lexington Precision Corp., et al.

Chapter 11 Case No. **08-11153 (MG)**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS, TO:

>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153
>Attn: Conray C. Tseng

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   J. Stephen Shi, Esq.
   584 Line Church Road
   Alto, GA 30510

2. Date of retention: Approximately 1986

3. Type of services provided (accounting, legal, etc.):

   Representation in environmental and safety law matters

4. Brief description of services to be provided:

   Advise and counsel for emnvirionmental and safety issues.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly
   (a) Average hourly rate (if applicable): $295

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $750-1000

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:    $1,700.36

   Date claim arose:   Pre petition

   Source of Claim:    Legal Services

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   None

8. Stock of the Debtors currently held by the firm:

   None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   None

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None

11. Name of individual completing this form:

    J. Stephen Shi

# EXHIBIT B

## (Shi Affidavit & Questionnaire)

(Ordinary Course Professional Affidavit)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                         :

In re                                         :        Chapter 11 Case No.
                                         :

LEXINGTON PRECISION CORP., et al.,   :        08-11153 (MG)
                                         :

        Debtors.                       :        (Jointly Administered)
                                         :

---------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF JOHN A. SOWARDS,**

**ON BEHALF OF NEXSEN PRUET, LLC**

STATE OF SOUTH CAROLINA   )
                                  ) ss:
COUNTY OF RICHLAND        )

       John A. Sowards, being duly sworn, upon his oath, deposes and says:

       1.      I am a Member of Nexsen Pruet, LLC, located at 1230 Main Street, Suite 700, Columbia, SC 29201 (the "Firm").

       2.      Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

       3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $0 for prepetition services.

NEXSEN PRUET, LLC

By: _____
Name: John A. Sowards
Title: Member

Subscribed and sworn to before me

this 7th day of October, 2008

_____
Notary Public

Commission expires 1-26-2010

(Retention Questionnaire)

In re Lexington Precision Corp., et al.

Chapter 11 Case No. **08-11153 (MG)**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEXINGTON PRECISION CORPORATION OR LEXINGTON RUBBER GROUP, INC. (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.

RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Conray C. Tseng

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Nexsen Pruet, LLC
   1230 Main Street, Suite 700
   Columbia, SC  29202

2. Date of retention:   March 2006

3. Type of services provided (accounting, legal, etc.):

   Legal Services

4. Brief description of services to be provided:

South Carolina local counsel opinion matters in connection with financing transactions in 2006

5. Arrangements for compensation (hourly, contingent, etc.)

hourly

(a) Average hourly rate (if applicable): $250 per hour

(b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

Not currently providing services

6. Prepetition claims against the Debtors held by the firm:

Amount of claim:    $ 0

Date claim arose:    N/A

Source of Claim:    N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim:  $ None

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

Kind of shares: None

No. of shares:  N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        Name: None

        Status: N/A

        Kind of shares: N/A

        No. of shares: N/A

10.   Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        None

11.   Name of individual completing this form:

        John A. Sowards

# EXHIBIT C

## (Revised Schedule)

(Ordinary Course Professionals)

| Professional | Average Monthly Expenditure | Service Performed by Professional |
|---|---|---|
| Womble Carlyle Sandridge & Rice<br>PO Drawer 84<br>Winston Salem, NC 27102<br>Attn: Neil Edwards | $1,200 | Legal advice regarding sales tax issues |
| Buck Consultants, LLC<br>Dept CH 14061<br>Palatine, IL 60055-4061 | $1,500 | Investment advisors |
| Chelko Consulting<br>27500 Detroit Rd, Suite 201<br>Westlake, OH 44145 | $2,000 | Benefit Plans |
| Clark & Clark<br>PO Box H<br>Elijay, GA 30540 | $300 | Legal representation on real property |
| Ernst & Young LLP<br>925 Euclid Avenue<br>Cleveland, OH 44115<br>Attn: Larry Cruise | $0 | Audit and tax work |
| Fisher & Phillips LLP<br>1901 Main St, Suite 1400<br>Columbia, SC 29201 | $100 | Legal representation for labor issues |
| Haley & Aldrich, Inc<br>PO Box 846026<br>Boston, MA 02284-6026 | $5,800 | Environmental consultants |
| Landair Surveying Co of Georgia<br>1875 Old Alabama Rd, Ste 1120<br>Roswell, GA 30076 | $900 | Surveying services |
| Moreland Altobelli & Associates, Inc<br>2211 Beaver Ruin Rd, Suite 190<br>Norcross, GA 30071 | $4,000 | Appraisers |
| Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Attn: Richard Langan, Jr. | $16,500 | Corporate counsel |
| Snell & Wilmer LLP<br>One Arizona Center<br>Phoenix, AZ 85004<br>Attn: Dan W. Goldfine | $2,300 | Legal representation for contractual issues |
| Sullivan & Worchester<br>1290 Avenue of the Americas<br>New York, NY 10104 | $1,300 | Legal work for financing |

| *Professional* | *Average Monthly Expenditure* | *Service Performed by Professional* |
|---|---|---|
| Sutherland, Asbil & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996. | $100 | Legal work for real estate |
| Thompson Hine LLP<br>127 Public Square<br>Cleveland, OH 44114<br>Attn: Mark Floyd | $8,400 | Legal representation for labor issues |
| CompManagement Inc<br>6377 Emerald Parkway<br>Dublin, OH 43017 | $3,000 | Workers compensation advisors |
| Malin, Bergquist & Company LLP<br>3605 McKnight East Drive<br>Pittsburgh, PA 15237-6400 | $20,000 | Audit and tax work |
| DeWolff, Boberg & Associates, Inc.<br>12750 Merit Drive, Suite 250<br>Dallas, TX 75251 | $25,000 | Facility operation consulting |
| J. Stephen Shi, Esq.<br>584 Line Church Road<br>Alto, GA 30510 | $1,000 | Legal representation for environmental and safety issues |
| Nexsen Pruet, LLC<br>1230 Main Street, Suite 700<br>Columbia, SC 29202 | $0 | Advisor on 2006 financing transactions |