# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

RICHARD P. KRASNOW
DIRECT LINE (212) 310-8493
E-MAIL: richard.krasnow@weil.com

October 21, 2008

**BY FEDEX**

Honorable Judge Martin Glenn
One Bowling Green
Room 504
New York, NY 10004-1408

RECEIVED OCT 22 2008
U.S. BANKRUPTCY COURT, SDNY

Re:  *In re Lexington Precision Corp., et al., 08-11153(MG) (S.D.N.Y.)*

Dear Judge Glenn:

On October 7, 2008, Lexington Precision Corporation and its wholly owned subsidiary, Lexington Rubber Group, Inc. (together the "Debtors") filed a motion to further extend the period in which the Debtors have the exclusive right to file a chapter 11 plan and solicit the acceptances thereof (the "Exclusivity Motion"). A hearing was scheduled for the Court to consider the Exclusivity Motion on October 28, 2008 at 10:00 a.m.

On October 21, 2008, the official committee of unsecured creditors (the "Committee") filed an objection to the Debtors' Exclusivity Motion, which raised certain factual issues.

Accordingly, pursuant to Rule 9014-2 of the Local Bankruptcy Rules for the Southern District of New York, the Debtors request that the October 28, 2008 hearing be an evidentiary hearing to consider factual evidence in support of the Debtors' Exclusivity Motion or, in the alternative, that the Court schedule an evidentiary hearing to consider such evidence at the Court's earliest convenience.

NY2:\1929288\01\15CNC01!.DOC\26690.0008

WEIL, GOTSHAL & MANGES LLP

Honorable Judge Martin Glenn
October 21, 2008
Page 2

        To provide notice of this request to the Committee, a copy of this letter has also been sent to counsel for the Committee.

Very truly yours,

Richard P. Krasnow

cc:    Andrews Kurth, LLP
       450 Lexington Avenue, 15th Floor
       New York, NY 10017
       (Attn: Paul Silverstein, Esq.)
       Attorneys for the Official Creditors' Committee

       Adam P. Strochak

NY2:\1929288\01\15CNC01!.DOC\26690.0008