

**ANDREWS**
ATTORNEYS **KURTH** LLP

450 Lexington Avenue
New York, NY 10017
212.850.2800 Phone
212.850.2929 Fax
andrewskurth.com

Paul N. Silverstein
212.850.2819 Phone
paulsilverstein@andrewskurth.com

October 22, 2008

**VIA HAND DELIVERY AND E-MAIL**

Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
Room 504
New York, NY 10004-1408



Re: *In re Lexington Precision Corp., et al.,*
Case No. 08-11153 (MG)

Dear Judge Glenn:

We have the Debtors' letter to you, dated October 21, 2008, which requests, pursuant to Rule 9014-2 of the Local Bankruptcy Rules, that you set an evidentiary hearing on the Debtors' motion to further extend its exclusive periods (Docket No. 428).

The "factual" issues which may be in "dispute" appear limited in scope. To save significant costs to the Debtors' estates, it seems to us that, in the first instance, factual issues can be dealt with via affidavit(s) from the parties. Based on whatever affidavits are submitted, we suggest that Your Honor can then determine whether an evidentiary hearing is necessary and/or appropriate.

Respectfully,

Paul N. Silverstein

cc: Richard Krasnow, Esq. (Weil Gotshal)
   Adam Strochak, Esq. (Weil Gotshal)
   Jonathan Levine, Esq.