**IRS** Department of the Treasury
Internal Revenue Service

290 BROADWAY
NEW YORK, NY 10007

**Chapter and Case Number:**
11 08-11153-MG
**Person to Contact:**
MARIBEL SANCHEZ
**Contact Telephone Number:**
(212) 436-1334
**Employee Fax Number:**
(212) 436-1931
**Employee Identification Number:**
13-25334

Date: October 20, 2008

MARTIN GLENN
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Debtor: LEXINGTON PRECISION CORPORATION
Bankruptcy Filed April 1, 2008

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 07/03/2008 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ MARIE CERCHERO
GROUP 6 MANAGER

cc: LEXINGTON PRECISION CORPORATION
    JONATHAN LEVINE



Letter 3931CG (11-2004)
Catalog Number 38952B