# EXHIBIT A

**Net Sales and EBITDA before Reorganization Expenses**
**Three Months Ended August 31, 2008**
(in thousands of dollars)

| | Actual | 7/15/2008 Forecast | Increase (Decrease) to Forecast | |
|---|---|---|---|---|
| **Net Sales:** | | | | |
| Insulators and Medical Components | 12,939 | 12,744 | 195 | 1.5 % |
| Connector Seals | 3,267 | 3,499 | (232) | (6.6) |
| Rubber | 16,206 | 16,243 | (37) | (0.2) |
| Metals | 2,635 | 2,700 | (65) | (2.4) |
| Total Company | 18,841 | 18,943 | (102) | (0.5) % |
| | | | | |
| **EBITDA:** | | | | |
| Insulators and Medical Components | 3,272 | 3,197 | 75 | 2.3 % |
| Connector Seals | (200) | 250 | (450) | (180.0) |
| Rubber | 3,072 | 3,447 | (375) | (10.9) |
| Metals | (116) | 82 | (198) | (241.5) |
| | 2,956 | 3,529 | (573) | (16.2) |
| Corporate Office | (560) | (589) | 29 | (4.9) |
| Total Company | 2,396 | 2,940 | (544) | (18.5) % |
| | | | | |
| **EBITDA as a Percentage of Net Sales:** | | | | |
| Insulators and Medical Components | 25.3 % | 25.1 % | 0.2 | Points |
| Connector Seals | (6.1) | 7.1 | (13.3) | |
| Rubber | 19.0 | 21.2 | (2.2) | |
| Metals | (4.4) | 3.0 | (7.4) | |
| | 15.7 | 18.6 | (2.9) | |
| Corporate Office | (3.0) | (3.1) | 0.1 | |
| Total Company | 12.7 % | 15.5 % | (2.8) | Points |