# EXHIBIT B

## LEXINGTON PRECISION CORPORATION – CONSOLIDATED

### EBITDA RECONCILIATION – APRIL 1, 2008 THROUGH AUGUST 31, 2008
(in thousands of dollars)

| Month 2008 | EBITDA as Reported in the Monthly Operating Reports on Page 4 | | GAAP (Accrual Basis) Reorganization Expense as Cited In Note 1 to Page 4 of the Monthly Operating Report | | EBITDA Excluding GAAP Reorganization Expense as Presented in Debtor's Motion to Extend Exclusivity |
|---|---|---|---|---|---|
| April | 979 | + | 221 | = | 1,200 |
| May | 497 | + | 451 | = | 948 |
| June | (78) | + | 1,154 | = | 1,076 |
| July | (63) | + | 634 | = | 571 |
| August | (139) | + | 888 | = | 749 |
| Five months ended August 31, 2008 | 1,196 | + | 3,348 | = | 4,544 |

Note 1: Reorganization expense is presented in the monthly operating report on a "paid" basis.