Hearing Date: October 28, 2008 at 10:00 a.m.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEXINGTON PRECISION CORP., et al.,**             :    08-11153 (MG)
                                                   :
Debtors.                                           :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

### DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FURTHER EXTENDING THE EXCLUSIVITY PERIODS

TO:   THE HONORABLE MARTIN GLENN,
      UNITED STATES BANKRUPTCY JUDGE:

In accordance with the Court's October 22, 2008 Order, Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, "Lexington" or the "Debtors"), as debtors and debtors in possession, hereby submit the following witness and exhibit lists for their case in chief for the October 28, 2008 hearing on their motion, dated October 7, 2008 for entry of an order extending the Debtors' exclusive right to file a plan of reorganization.

## WITNESS LIST

| WITNESS | NARRATIVE SUMMARY |
|---|---|
| 1. Michael Lubin | Mr. Lubin is the Debtor's Co-Chairman. He will testify about: the Debtors' efforts to provide timely and informative responses to the Committee's requests for financial information; the Debtors' preparation of a valuation report; the status of negotiations with the Committee and other creditors; and the status of the Debtors' efforts to obtain exit financing. |
| 2. Dennis Welhouse | Mr. Wellhouse is the Debtors' Chief Financial Officer. He will testify about: the Debtors' financial performance during the chapter 11 cases; the Debtors' projections and revisions thereto; the Debtors' calculation of EBITDA for April-August 2008 and the reconciliation of actual results for the three months ending August 31, 2008 to the Debtors' projections for that period. |

## EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | Chart reconciling EBITDA to projections for three months ending August 31, 2008 (Exhibit A to Debtor's Reply) |
| 2. | Chart reconciling EBITDA calculation for April-August 2008 (Exhibit B to Debtor's Reply) |
| 3. | W.Y Campbell Draft Valuation Report |
| 4. | October 22, 2008 List of Documents Provided to Stout Risius Ross |
| 5. | Email from Adam Strochak to Paul Silverstein dated September 24, 2008 |
| 6. | Email from Paul Silverstein to Adam Strochak dated September 19, 2008 |
| 7. | Email from Adam Strochak to Gerald Bracht dated September 17, 2008 |
| 8. | Letter from Gerald Bracht to Adam Strochak dated September 10, 2008 |
| 9. | Email from Adam Strochak to Jonathan Levine dated August 25, 2008 |
| 10. | Email from Jonathan Levine to Adam Strochak dated August 20, 2008 |
| 11. | Proposed Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated August 8, 2008 [Docket No. 306] |
| 12. | Amended Corporate Monthly Operating Report – August 2008, dated October 2, 2008 [Docket No. 426] |
| 13. | Corporate Monthly Operating Report – July 2008, dated September 15, 2008 [Docket No. 392] |
| 14. | Corporate Monthly Operating Report – June 2008, dated September 15, 2008 [Docket No. 391] |

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| 15. | Corrected Corporate Monthly Operating Report – April 2008, dated July 1, 2008 [Docket No. 201] |
| 16. | Corrected Corporate Monthly Operating Report – May 2008, dated July 1, 2008 [Docket No. 200] |

Dated: October 24, 2008
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession