**Hearing Date: October 28, 2008 at 10:00 a.m. ET**

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEXINGTON PRECISION CORP., et al., | : | Case No. 08-11153 (MG) |
| Debtors. | : | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE FURTHER EXTENDING THE EXCLUSIVITY PERIODS**

TO: THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

In accordance with the Court's October 22, 2008 Order, the Official Committee of Unsecured Creditors (the "Committee") of Lexington Precision Corporation, et al. (collectively, the "Debtors") hereby submit the following witness list and exhibit list for the October 28, 2008 hearing regarding the Debtors' motion for an order further extending the exclusivity periods in this case.

## WITNESS LIST

| WITNESS | NARRATIVE SUMMARY |
| --- | --- |
| 1. Jesse Ultz | Mr. Ultz, of Stout Risius Ross ("SRR"), will testify about the following:<br>▪ Flow of information between the parties since the date of the last hearing (July 29, 2008)<br>▪ Comparison of the Debtors' actual results to its projections<br>▪ Debtors' position regarding enterprise value<br>▪ State of the Debtors' business<br>▪ SRR's preliminary valuation of the Debtors |

## EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| A. | July 31, 2008 email to Jesse Ultz from Kurt Haras re: Jasper and Rock Hill Sales Support Information Flow Exhibits |
| B. | August 5, 2008 email to Jonathan Levine; Paul Silverstein; Gerald Bracht from Jesse Ultz re: Status Update |
| C. | August 12, 2008 email to Kurt Haras from Jesse Ultz re: Lexington Information Follow-Up |
| D. | August 12, 2008 email to Jesse Ultz from Kurt Haras re: Lexington Information Follow-Up |
| E. | August 13, 2008 email to Kurt Haras from Jesse Ultz re: Lexington Information Follow-Up |
| F. | August 15, 2008 email to Kurt Haras from Jesse Ultz re: Conference Call Follow Up |
| G. | August 20, 2008 email to Jesse Ultz from Kurt Haras re: Conference Call Follow Up |
| H. | August 26, 2008 email to Jesse Ultz from Kurt Haras re: Conference Call Follow Up (Draft) |
| I. | September 2, 2008 email to Jesse Ultz from Kurt Haras re: Outstanding Items |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| J. | September 8, 2008 email to Brian Hock; Jeff Risius; Jesse Ultz from Kurt Haras re: OEM Sales |
| K. | September 24, 2008 email to Paul Silverstein from Adam Strochak re: Lexington |
| L. | October 23, 2008 email to Gerald Bracht; Paul Silverstein; Jonathan Levine from Jesse Ultz re: Vienna's updated financial projections |
| M. | October 23, 2008 email to Gerald Bracht; Paul Silverstein; Jonathan Levine from Jesse Ultz re: Vienna Sales Budget 2008-2012 |
| N. | July 29, 2008 email to Michael A. Lubin from Stephen Altneu re: Capital One Proposal Letter |
| O. | 2008 5-Year Plan Monthly Forecast to Actual Results |
| P. | Actual vs. Budget Source Documents |
| Q. | Comparable Companies – Multiple Trends |
| R. | Revised Projections |
| S. | December 13, 2007 – Analysis of Various Sale Transactions |
| T. | March 10, 2008 Proposal |
| U. | Valuation of Lexington Precision Corporation (Draft), dated August 8, 2008, prepared by W.Y. Campbell |

Dated: New York, New York
October 27, 2008

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein

Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee of Unsecured Creditors