ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
TEL: (212) 850-2800
FAX: (212) 850-2929

*Counsel to Official Committee of Unsecured Creditors*

AND

WALLER LANSDEN DORTCH & DAVIS LLP
John C. Tishler (*Pro Hac Vice*)
Robert J. Welhoelter (*Pro Hac Vice*)
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
TEL: (615) 244-6380
FAX: (615) 244-6804

and

CARTER LEDYARD & MILBURN LLP
Aaron R. Cahn
2 Wall Street
New York, New York 10005
TEL: (212) 238-8629
FAX: (212) 732-3232

*Counsel to Agents for the Prepetition Senior Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
: 
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEXINGTON PRECISION CORP., et al.,**                     :    08-11153 (MG)
                                                           :
      Debtors.                  :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

**STIPULATION BY & BETWEEN OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS AND AGENTS FOR PREPETITION SENIOR LENDERS**
**REGARDING INTERIM FEE APPLICATION OF COMMITTEE COUNSEL**

2430031.5

By and through their respective undersigned attorneys, (i) the Official Committee of Unsecured Creditors (the "Committee"), (ii) CapitalSource Finance LLC, as agent to the lenders (the "Prepetition Revolver Lenders") under that certain Credit and Security Agreement, dated May 31, 2006 (as amended to date and as may be amended, restated or otherwise modified from time), and (iii) CSE Mortgage LLC, as agent to the lenders (the "Prepetition Term Lenders," together with the Prepetition Revolver Lenders, the "Prepetition Senior Lenders") under that certain Loan and Security Agreement, dated May 31, 2006 (as amended to date and as may be amended, restated or otherwise modified from time to time), do hereby stipulate, agree and state as follows:

Any and all rights of the Prepetition Senior Lenders, and the aforementioned agents therefor, to object, on any grounds whatsoever, to that certain *First Interim Application of Andrews Kurth LLP Under 11 U.S.C. § 331 for Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (Docket No. 396), shall be preserved and may be raised by the Prepetition Senior Lenders, and the aforementioned agents therefor, at any hearing on any final fee application by counsel to the Committee.

**STIPULATED AND AGREED TO BY:**

    ANDREWS KURTH LLP

    */s/    Paul N. Silverstein*
    Paul N. Silverstein (PS 5098)
    Jonathan I. Levine (JL 9674)
    450 Lexington Avenue, 15th Floor
    New York, New York 10017
    TEL: (212) 850-2800
    FAX: (212) 850-2929

    *Counsel to Official Committee of Unsecured Creditors*

AND

WALLER LANSDEN DORTCH & DAVIS LLP

/s/    Robert J. Welhoelter
John C. Tishler (*Pro Hac Vice*)
Robert J. Welhoelter (*Pro Hac Vice*)
511 Union Street, Suite 2700
Nashville, Tennessee  37219-8966
TEL: (615) 244-6380
FAX: (615) 244-6804

and

CARTER LEDYARD & MILBURN LLP

/s/    Aaron R. Cahn
Aaron R. Cahn
2 Wall Street
New York, New York 10005
TEL: (212) 238-8629
FAX: (212) 732-3232

*Counsel to Agents for Senior Prepetition Lenders*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing stipulation was served by mail upon the following parties in accordance with that certain *Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses*, on this the 27th day of October, 2008.

Lexington Precision Corporation
(Attn: Michael A. Lubin)
800 Third Avenue, 15th Floor
New York, New York 10023

Weil, Gotshal & Manges, LLP
(Attn: Conray C. Tseng)
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee for the Southern District of New York
(Attn: Paul Schwartzberg)
33 Whitehall Street
New York, New York 10004

O'Melveny & Meyers, LLP
(Attn: Gerald Bender)
Times Square Tower
7 Times Square
New York, New York 10036

/s/    *Aaron R. Cahn*
Aaron R. Cahn