WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :        **Chapter 11 Case No.**
                                                             :
**LEXINGTON PRECISION CORPORATION,**   :        **08- 11153 (MG)**
                                                             :
            **Debtor.**                                      :
                                                             :
-------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 28, 2008, AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
                     Alexander Hamilton U.S. Custom House, Courtroom 501,
                     One Bowling Green, New York, NY 10004-1408.

**I.      UNCONTESTED MATTERS**

   1.      First Application for Interim Professional Compensation Summary Sheet for
           Andrews Kurth LLP under 11 U.S.C. 330 for First Interim Allowance of
           Compensation and Reimbursement of Expenses as Counsel to the Official
           Committee of Unsecured Creditors for Andrews Kurth LLP **[Docket No. 396]**

           Response Deadline:              October 20, 2008

           Response(s) Received:           None

           Additional Documents:

           A.      Notice of Hearing on Interim Applications for Allowance of
                   Compensation for Professional Services Rendered and for Reimbursement
                   of Actual and Necessary Expenses **[Docket No. 415]**

B.    Notice of Proposed Order Allowing Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred **[Docket No. 422]**

Responsible Counsel:  Andrews Kurth LLP

Status: **This matter is going forward**

2.    First Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2008 through July 31, 2008 for Weil, Gotshal & Manges LLP, Debtor's Attorney **[Docket No. 412]**

Response Deadline:          October 20, 2008

Response(s) Received:        None

Additional Documents:

A.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 415]**

B.    Notice of Proposed Order Allowing Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred **[Docket No. 422]**

Responsible Counsel:  Weil, Gotshal & Manges

Status: **This matter is going forward**

3.    Interim Application for Interim Professional Compensation for W.Y. Campbell & Company, Consultant **[Docket No. 397]**

Response Deadline:          October 20, 2008

Response(s) Received:        None

Additional Documents:

A.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 415]**

B.    Notice of Proposed Order Allowing Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred **[Docket No. 422]**

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges

<u>Status:</u> **This matter is going forward**

4.      First Interim Application of Stout Risius Ross, Inc. under 11 U.S.C. 330 for
        Interim Allowance of Compensation and Reimbursement of Expenses as
        Financial Advisor to the Official Committee of Unsecured Creditors for Stout
        **[Docket No. 390]**

        <u>Response Deadline:</u>          October 20, 2008

        <u>Response(s) Received:</u>        None

        <u>Additional Documents:</u>

        A.      Notice of Hearing on Interim Applications for Allowance of
                Compensation for Professional Services Rendered and for Reimbursement
                of Actual and Necessary Expenses **[Docket No. 415]**

        B.      Notice of Proposed Order Allowing Interim Compensation for
                Professional Services Rendered and Reimbursement of Actual and
                Necessary Expenses Incurred **[Docket No. 422]**

        <u>Responsible Counsel:</u>  Andrews Kurth LLP

        <u>Status:</u> **This matter is going forward**

## II.     <u>CONTESTED MATTERS</u>

1.      Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Further
        Extending the Debtors' Exclusivity Periods **[Docket No. 428]**

        <u>Response Deadline:</u>          October 20, 2008

        <u>Response(s) Received:</u>

        A.      Official Committee of Unsecured Creditors Objection to Debtors' Motion
                for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Further
                Extending the Debtors' Exclusivity Periods **[Docket No. 436]**

        B.      Debtors' Reply to the Objection of the Official Committee of Unsecured
                Creditors to Motion for an Order Pursuant to Section 1121(d) of the
                Bankruptcy Code Further Extending the Exclusivity Periods **[Docket No.
                444]**

        <u>Additional Documents:</u>

        A.      Bridge Order Extending the Exclusive Period During which the Debtors
                May File a Chapter 11 Plan **[Docket No. 430]**

B.       Order Re October 28, 2008 Hearing on Debtors' Motion to Extend
         Exclusivity **[Docket No. 439]**

C.       Amended Order Re October 28, 2008 Hearing on Debtors' Motion to
         Extend Exclusivity **[Docket No. 442]**

D.       Debtors' Witness and Exhibit List for Hearing on Motion for an Order
         Pursuant to Section 1121(d) of the Bankruptcy Code Further Extending
         the Exclusivity Periods **[Docket No. 445]**

E.       Official Committee of Unsecured Creditors' Witness and Exhibit List for
         Hearing on Motion for an Order Pursuant to Section 1121(d) of the
         Bankruptcy Code Further Extending the Exclusivity Periods **[Docket No.
         447]**

         <u>Responsible Counsel:</u>  Weil, Gotshal & Manges

         <u>Status:</u> **This matter is going forward**


Dated: New York, New York
       October 27, 2008

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        Adam P. Strochak

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:   (212) 310-8000
                                        Facsimile:    (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession