**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEXINGTON PRECISION CORP, | : |  |
|  | : | Case No. 08-11153 (MG) |
| *et al.*, | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

_____ x

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I electronically filed **NOTICE OF SUBMISSION OF MONTHLY FEE STATEMENT OF W.Y. CAMPBELL AND COMPANY AS FINANCIAL ADVISORS TO DEBTORS FOR THE PERIODS AUGUST 1, 2008 TO AUGUST 31, 2008 AND SEPTEMBER 1, 2008 TO SEPTEMBER 30, 2008** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Aaron R. Cahn<br>cahn@clm.com | J Eric Charlton<br>echarlton@hiscockbarclay.com | Marvin E. Clements<br>agbanknewyork@ag.tn.gov |
| Gayle Ehrlich<br>gehrlich@sandw.com | Richard L. Ferrell<br>Ferrell@taftlaw.com | William F. Harmeyer<br>wharmeyer@harmeyerlaw.com |
| Donald N. Jaffe<br>djaffe@westonhurd.com | David R. Jury<br>djury@usw.org | Richard P. Krasnow<br>richard.krasnow@weil.com<br>richard.krasnow@weil.com<br>shai.waisman@weil.com<br>victoria.vron@weil.com |
| Stephen S. LaPlante<br>laplante@millercanfield.com | Jonathan Levine<br>jonathanlevine@andrewskurth.com<br>jlevine@akllp.com | Christopher Marcus<br>christopher.marcus@weil.com |
| Raymond Patella<br>patella@blankrome.com | Deborah J. Piazza<br>dpiazza@hodgsonruss.com | Richard M. Seltzer<br>rseltzer@cwsny.com |
| Paul N. Silverstein<br>paulsilverstein@andrewskurth.com<br>jlevine@akllp.com | Scott A. Zuber<br>szuber@daypitney.com<br>jhahn@daypitney.com | |

and by U.S. Mail on October 30, 2008 to the following:

| | |
|---|---|
| Christopher Marcus<br>John Lucas<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Paul Kenan Schwartzberg<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Blue Heron Micro Opportunities Fund, LLP<br>5315 North Kings Highway<br>Myrtle Beach, SC 29577 | Epiq Bankruptcy Solutions, LLC Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | Equity Trust Company Custodian fbo David Fishel IRA<br>225 Burns Road<br>Elyria, OH 44035 |
| Fair Harbor Capital, LLC<br>875 Avenue of the Americas, Suite 2305<br>New York, NY 10001 | Hain Capital Group, LLC<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 |
| Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | Mitchel H. Perkiel<br>Troutman Sanders LLP<br>405 Lexington Avenue<br>New York, NY 10174 |
| Revenue Management<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | Paul Kenan Schwartzberg<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Thomas M. Wilson<br>Kelley & Ferraro, LLP<br>1300 E. Ninth Street, Suite 1901<br>Cleveland, OH 44114 |
| Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10023<br>Attention: Michael Lubin | Waller, Landsden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Attention: John Rishler |
| Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>Attention: Paul Silverstein | O'Melveny & Meyers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Attention: Gerald Bender |
| Internal Revenue Service<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Paul N. Silverstein<br>Andrews Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 |

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

        DICKINSON WRIGHT PLLC

        By: /s/ Allison R. Bach
            Allison R. Bach (5059)
        Attorneys for W.Y. Campbell & Dompany
        500 Woodward Avenue, Suite 4000
        Detroit, Michigan 48226
        (313) 223-3500
        abach@dickinsonwright.com