UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
LEXINGTON PRECISION CORP., et al.,           :    08- 11153 (MG)
                                             :
         Debtors.                            :    (Jointly Administered)
                                             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2008, I caused a true and correct copy of the "Notice of Agenda of Matters Scheduled for Hearing on October 28, 2008, at 10:00 A.M." [Docket No. 451], dated October 27, 2008, to be delivered by facsimile to the following parties:

Andrews Kurth LLP, Attn: Paul N. Silverstein, Jonathan Levine, Fax:(212) 850-2929

O'Melveny & Meyers, LLP, Attn: Gerald Bender, Esq., Fax:(212) 326-2061

The Office of the United States Trustee, Attn: Paul Kenan Schwartzberg, Fax:(212) 668-2255

                                             _____
                                             Elli Petris

Sworn to before me this
____ day of October, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 200_

T:\Clients\LPC\Affidavits\Ntc. Agenda of Matters_Aff_10-27-2008.DOC