UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK
(MANHATTAN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Lexington Precision Corporation, | ) ) | Case No. 08-11153 (MG) |
| Debtor. | ) ) ) |  |

### CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on November 5, 2008, I served a copy of the Notice of Appearance and Request for Service of Papers, in the manner specified below to the parties on the attached service list.


Dated: November 5, 2008      /s/ Frank F. McGinn
                             Frank F. McGinn, BBO # 564729
                             ffm@bostonbusinesslaw.com
                             Bartlett Hackett Feinberg P.C.
                             155 Federal Street, 9th Floor
                             Boston, MA  02110
                             Tel. (617) 422-0200
                             Fax. (617) 422-0383

**BY EMAIL**

- Allison R. Bach    abach@dickinsonwright.com
- Aaron R. Cahn    cahn@clm.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Gayle Ehrlich    gehrlich@sandw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- William F. Harmeyer    wharmeyer@harmeyerlaw.com
- Donald N. Jaffe    djaffe@westonhurd.com
- David R. Jury    djury@usw.org
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Jonathan Levine    jonathanlevine@andrewskurth.com, jlevine@akllp.com
- Christopher Marcus    christopher.marcus@weil.com
- Raymond Patella    patella@blankrome.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Richard M. Seltzer    rseltzer@cwsny.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com

**BY FIRST CLASS MAIL**

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

~~Christopher B. Donald~~

~~Dow Corning Corporation~~

EQUITY TRUST COMPANY CUSTODIAN FBO DAVID FISHEL IRA
225 BURNS ROAD
ELYRIA, OH 44035

Fair Harbor Capital, LLC

875 Avenue of the Americas
Suite 2305
New York, NY 10001

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Internal Revenue Service
290 Broadway, 5th floor
New York, NY 10007

~~Richard P. Krasnow~~

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Mitchel H. Perkiel
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

~~Riverside Claims LLC~~

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Ave.
15th Floor
New York, NY 10017

Lee William Stremba
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

~~TypeWrite Word Processing Service~~

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114