**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                : 
                                                     :    **Chapter 11 Case No.**
**LEXINGTON PRECISION CORP., <u>et al.</u>,**        :    **08-11153 (MG)**
                                                     :
                                                     :    **(Jointly Administered)**
                        Debtors.                     :
-------------------------------------------------------------x

### STIPULATION, AGREEMENT, AND ORDER TO EXTEND
### THE DEADLINE FOR THE CREDITORS' COMMITTEE TO
### OBJECT TO THE DEBTORS' PROPOSED DISCLOSURE STATEMENT

**<u>Recitals</u>**

        A.    On April 1, 2008 (the "<u>Commencement Date</u>"), Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "<u>Debtors</u>"), each commenced voluntary chapter 11 cases. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

        B.    On April 11, 2008, the United States Trustee for the Southern District of New York appointed the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>").

        C.    On June 30, 2008 the Debtors filed their chapter 11 plan. [Docket No. 196]. On August 8, 2008, the Debtors filed an amended chapter 11 plan and a proposed disclosure statement therefor (the "<u>Proposed Disclosure Statement</u>"). [Docket Nos. 305, 306].

        D.    On October 24, 2008, the Debtors' filed a motion (the "<u>Motion</u>") seeking, among other things, approval of the Proposed Disclosure Statement. [Docket No. 446]. Objections to the Debtors' Motion are due on November 12, 2008 at 4:00 p.m. (Eastern Time) (the "<u>Objection Deadline</u>"). A hearing to consider the Debtors' Motion (the "<u>Hearing</u>") was

scheduled for November 24, 2008 at 10:00 a.m. (Eastern Time).  The Hearing has since been adjourned to December 10, 2008 at 10:00 a.m. (Eastern Time).

   E. The Debtors intend to file a revised disclosure statement (the "<u>Revised Proposed Disclosure Statement</u>") within the coming weeks.

   F. The Creditors Committee has requested an extension of the Objection Deadline, as it pertains to it, until 4:00 p.m. (Eastern Time) on the seventh (7th) calendar day after the Debtors file the Revised Proposed Disclosure Statement.

**Agreement**

   1. The Objection Deadline for the Creditors' Committee to object to the Debtors' Motion is extended to 4:00 p.m. (Eastern Time) on the seventh (7th) calendar day after the Debtors file the Revised Proposed Disclosure Statement.

Dated:  November 10, 2008
   New York, New York

By: /s/ Richard P. Krasnow    By: /s/ Paul Silverstein

Richard P. Krasnow, Esq.    Paul Silverstein, Esq.
WEIL, GOTSHAL & MANGES LLP  ANDREWS KURTH
767 Fifth Avenue       450 Lexington Avenue
New York, New York 10153    New York, NY 10017
Telephone: (212) 310-8000    Telephone: (212) 850-2800
Facsimile: (212) 310-8007    Facsimile: (212) 850-2929

Attorneys for the Debtors    Attorneys for the
and Debtors in Possession    Creditors' Committee

SO ORDERED, this
10th day of November, 2008

   /s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

2