**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11 Case No.
**LEXINGTON PRECISION CORP., et al.,**        :    08-11153 (MG)
                                                                 :
                                                                 :    (Jointly Administered)
                     Debtors.                           :
-----------------------------------------------------------------x

**STIPULATION, AGREEMENT, AND ORDER TO EXTEND
THE DEADLINE FOR THE REVOLVER AGENT AND TERM AGENT TO
OBJECT TO THE DEBTORS' PROPOSED DISCLOSURE STATEMENT**

**Recitals**

        A.     On April 1, 2008 (the "Commencement Date"), Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), each commenced voluntary chapter 11 cases. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

        B.     On April 2, 2008, the Court granted Debtors interim authority to, among other things, use certain cash collateral securing prepetition claims arising under (a) that certain Credit and Security Agreement, dated May 31, 2006 between the Debtors, as borrowers, and CapitalSource Finance LLC ("CapitalSource"), as a lender, as collateral and administrative agent for itself and other lenders (CapitalSource, when acting in such capacity, the "Revolver Agent"), and as co-documentation agent and Webster Business Credit Corporation, as a lender and co-documentation agent and that (b) certain Loan and Security Agreement, dated May 31, 2006 between the Debtors, as borrowers, and CSE Mortgage LLC, as a lender and as collateral and administrative agent for itself and each other lender under the Loan Agreement (CSE, when acting in such capacity, the "Term Agent"), and DMD Special Situations Funding, LLC, as a

lender under the Loan Agreement. [Docket No. 16]. On April 17, 2008, the Court granted the Debtors final authority to use such cash collateral. [Docket No. 61].

    C.    On June 30, 2008, the Debtors filed their chapter 11 plan. [Docket No. 196]. On August 8, 2008, the Debtors filed an amended chapter 11 plan and a proposed disclosure statement therefor (the "Proposed Disclosure Statement"). [Docket Nos. 305, 306].

    D.    On October 24, 2008, the Debtors' filed a motion (the "Motion") seeking, among other things, approval of the Proposed Disclosure Statement. [Docket No. 446]. Objections to the Debtors' Motion are due on November 12, 2008 at 4:00 p.m. (Eastern Time) (the "Objection Deadline"). A hearing to consider the Debtors' Motion (the "Hearing") was scheduled for November 24, 2008 at 10:00 a.m. (Eastern Time). The Hearing has since been adjourned to December 10, 2008 at 10:00 a.m. (Eastern Time).

    E.    The Debtors intend to file a revised disclosure statement (the "Revised Proposed Disclosure Statement") within the coming weeks.

    F.    The Revolver Agent and the Term Agent have requested that the Objection Deadline for the Revolver Agent and the Term Agent to file an objection to the Debtors' Motion be extended to **November 26, 2008** at **4:00 p.m. (Eastern Time)**.

**Agreement**

1. The Objection Deadline for the Revolver Agent and the Term Agent to object to the Debtors' Motion is extended to **November 26, 2008 at 4:00 p.m. (Eastern Time)**.

Dated: November 12, 2008
       New York, New York

By: /s/ Richard P. Krasnow                    By: /s/ Robert J. Welhoelter

   Richard P. Krasnow                              John C. Tishler *Pro Hac Vice*
   Adam P. Strochak                                Robert J. Welhoelter *Pro Hac Vice*
   WEIL, GOTSHAL & MANGES LLP                      WALLER LANSDEN DORTSCH &
   767 Fifth Avenue                                DAVIS LLP
   New York, New York 10153                        511 Union St., Suite 2700
   Telephone: (212) 310-8000                       Nashville, Tennessee 37219-8966
   Facsimile: (212) 310-8007                       Telephone:  (615) 244-6380
                                                   Facsimile:  (615) 244-6804
   Attorneys for the Debtors
   and Debtors in Possession                       - and -

                                                   /s/ Aaron R. Cahn
                                                   Aaron R. Cahn
                                                   2 Wall Street
                                                   New York, New York 10005
                                                   Telephone:  (212) 238-8629
                                                   Facsimile: (212) 732-3232

                                                   Attorneys for the
                                                   Revolver and Term Agents

SO ORDERED, this
12 day of November, 2008

**/s/ Martin Glenn**
UNITED STATES BANKRUPTCY JUDGE