**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____   x

In re:                                               :          Chapter 11
                                                     :
        LEXINGTON PRECISION CORP,                    :
                                                     :          Case No. 08-11153 (MG)
                    *et al.*,                        :
                                                     :          Jointly Administered
                    Debtors.                         :
_____   x

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2008, I electronically filed **NOTICE OF SUBMISSION OF MONTHLY FEE STATEMENT OF W.Y. CAMPBELL AND COMPANY AS FINANCIAL ADVISORS TO DEBTORS FOR THE PERIOD OCTOBER 1, 2008 TO OCTOBER 31, 2008** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Aaron R. Cahn | J Eric Charlton | Marvin E. Clements |
| cahn@clm.com | echarlton@hiscockbarclay.com | agbanknewyork@ag.tn.gov |
| | | |
| Gayle Ehrlich | Richard L. Ferrell | William F. Harmeyer |
| gehrlich@sandw.com | Ferrell@taftlaw.com | wharmeyer@harmeyerlaw.com |
| | | |
| Donald N. Jaffe | David R. Jury | Richard P. Krasnow |
| djaffe@westonhurd.com | djury@usw.org | richard.krasnow@weil.com |
| | | richard.krasnow@weil.com |
| | | shai.waisman@weil.com |
| | | victoria.vron@weil.com |
| | | |
| Stephen S. LaPlante | Jonathan Levine | Christopher Marcus |
| laplante@millercanfield.com | jonathanlevine@andrewskurth.com | christopher.marcus@weil.com |
| | jlevine@akllp.com | |
| | | |
| Raymond Patella | Deborah J. Piazza | Richard M. Seltzer |
| patella@blankrome.com | dpiazza@hodgsonruss.com | rseltzer@cwsny.com |
| | | |
| Paul N. Silverstein | Scott A. Zuber | |
| paulsilverstein@andrewskurth.com | szuber@daypitney.com | |
| jlevine@akllp.com | jhahn@daypitney.com | |

and by U.S. Mail on December 1, 2008 to the following:

Christopher Marcus
John Lucas
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Equity Trust Company Custodian fbo David Fishel IRA
225 Burns Road
Elyria, OH 44035

Fair Harbor Capital, LLC
875 Avenue of the Americas, Suite 2305
New York, NY 10001

Hain Capital Group, LLC
301 Route 17, 6th Floor
Rutherford, NJ 07070

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

Mitchel H. Perkiel
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Revenue Management
One University Plaza, Suite 312
Hackensack, NJ 07601

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth Street, Suite 1901
Cleveland, OH 44114

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY  10023
Attention:  Michael Lubin

Waller, Landsden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Attention:  John Rishler

O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attention:  Gerald Bender

Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017
Attention:  Paul Silverstein

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY  10007

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

Lee William Stremba
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

DICKINSON WRIGHT PLLC

By:  /s/ Allison R. Bach
Allison R. Bach (5059)
Attorneys for W.Y. Campbell & Company
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
abach@dickinsonwright.com