08-11153-scc    Doc 478    Filed 12/05/08    Entered 12/05/08 17:54:36    Main Document
Pg 1 of 41
Hearing Date: January 7, 2009 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: December 31, 2008 at 4:00 p.m. (prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                            :

**In re**                     :       **Chapter 11 Case No.**
                            :

**LEXINGTON PRECISION CORP., et al.,**    :       **08-11153 (MG)**
                            :

        **Debtors.**                 :       **(Jointly Administered)**
                            :
------------------------------------------------------------x

**NOTICE OF DEBTORS' DEBTORS' FIRST**
**OMNIBUS OBJECTION TO CERTAIN (a) LATE-FILED CLAIMS,**
**(b) DUPLICATIVE CLAIMS, (c) SUPERSEDED CLAIMS AND (d) EQUITY CLAIMS**

          **PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the first

omnibus objection, dated December 5, 2008 (the "First Omnibus Objection"), of Lexington

Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., each as

debtors and debtors-in-possession (together, the "Debtors") to certain (i) late filed proofs of

claims, (ii) duplicate proofs of claims, (iii) amended and superseded proofs of claim, and (iv)

shareholder proofs of claim filed in the Debtors' chapter 11 cases shall be held before the

Honorable Martin Glenn, United States Bankruptcy Judge, in Room 501 of the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004, on **January 7, 2009, at 2:00 p.m.**

**(Prevailing Eastern Time)**.

477

**PARTIES RECEIVING NOTICE OF THE FIRST OMNIBUS OBJECTION SHOULD REVIEW THE FIRST OMNIBUS OBJECTION TO SEE IF THEIR NAMES AND/OR CLAIMS ARE LOCATED IN THE FIRST OMNIBUS OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO.**

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the First Omnibus Objection must be in writing, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the identity of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed no later than **December 31, 2008 at 4:00 p.m. (Prevailing Eastern Time)** with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182, and be served upon:  (a) the Debtors, Lexington Precision Corp., 800 Third Ave. 15th Floor, New York, New York 10023 (Attn:  Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow and Conray T. Tseng); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Attn:  Paul Schwartzberg, Esq.); (d) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, TN, 37219 (Attn:

John C. Tishler); (e) the attorneys for the statutory committee of unsecured creditors, Andrews

Kurth LLP, 450 Lexington Avenue, New York, New York, 10017 (Attn: Paul Silverstein); and

(f) attorneys for the Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square

Tower, 7 Times Square, New York, NY 10036 (Attn: Gerald Bender, Esq.), so as to be received

no later than **December 31, 2008 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief

requested in the First Omnibus Objection shall be held before the Honorable Martin Glenn,

United States Bankruptcy Judge, on **January 7, 2009 at 2:00 p.m. (prevailing Eastern Time)**,

in Room 501 at the United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

Dated: December 5, 2008
      New York, New York

                                      Richard P. Krasnow
                                      Adam P. Strochak
                                      WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

08-11153-scc    Doc 478    Filed 12/05/08    Entered 12/05/08 07:54:36    Main Document
Hearing Date: January 7, 2009 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: December 31, 2008 at 4:00 p.m. (prevailing Eastern Time)
Pg 4 of 41

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORP., et al.,        :      08-11153 (MG)
                                          :
                Debtors.                  :      (Jointly Administered)
                                          :
------------------------------------------------------------x
```

## DEBTORS' FIRST OMNIBUS OBJECTION TO
## CERTAIN (a) LATE-FILED CLAIMS, (b) DUPLICATIVE
## CLAIMS, (c) SUPERSEDED CLAIMS AND (d) EQUITY CLAIMS

### PLEASE CAREFULLY REVIEW
### THIS OBJECTION AND THE ATTACHMENTS HERETO
### TO DETERMINE WHETHER THIS OBJECTION AFFECTS ANY OF YOUR CLAIMS

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Lexington Precision Corporation and its wholly-owned subsidiary, Lexington

Rubber Group, Inc., each as debtors and debtors-in-possession (together, the "Debtors"), hereby

object (the "Objection"), to certain (a) late-filed claims, (b) duplicate claims, (c) superseded

claims, and (d) "shareholder claims" which assert equity interests, each as detailed below, and

respectfully represent:

## Background

1.      On April 1, 2008 (the "Commencement Date"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3.      On April 11, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee"), appointed the statutory committee of creditors (the "Creditors' Committee").

4.      Pursuant to an order of the Court, dated, April 2, 2008, the Debtors retained Epiq Bankruptcy Solutions, LLC ("Epiq"), as the Debtors' claims agent.

5.      On June 13, 2008, the Debtors filed their schedules and statements of financial affairs (collectively, the "Schedules").  [Docket Nos. 174, 176].

6.      Pursuant to the order of the Court, dated June 30, 2008 (the "Bar Date Order"), August 15, 2008 at 5:00 p.m. (prevailing Eastern Time) (the "Bar Date"), was the deadline for each person or entity other than a Government Unit (as defined by section 101(27) of the Bankruptcy Code), that asserts a claim (as defined by section 101(5) of the Bankruptcy Code) against any of the Debtors that arose prior to April 1, 1008 to file a proof of claim ("Proof of Claim").  Pursuant to the Bar Date Order, September 29, 2008 at 5:00 p.m (prevailing Eastern Time) (the "Government Bar Date") was the deadline for Government Units to file such Proofs of Claim.

## Jurisdiction

7.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## The Claims Reconciliation Process

8.    As the Bar Date and Government Bar Date have passed, the Debtors have begun the claims reconciliation process.  To date, claimants have filed approximately 4500 Proofs of Claim.

9.    Pursuant to Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors may, through an omnibus objection, object to claims, which, among others, are (a) not timely filed, (b) duplicative, (c) amended by subsequently filed proofs of claims or (d) assert interests (as opposed to claims).  With the assistance of Epiq, the Debtors have identified, and hereby object to such claims, because these claims would result in duplicative or otherwise improper recoveries.  As the Debtors continue to analyze and reconcile claims, the Debtors intend to file additional objections as appropriate.

10.    The Debtors limit this Objection to the grounds stated herein and reserve all rights and defenses, including, among other things, the right to further object to any of the Proofs of Claim referenced herein on any basis.

## Objection to Claims

### A.    Late Filed Claims

11.    Pursuant to the Bar Date Order, the Bar Date was August 15, 2008, and the Government Bar Date was September 29, 2008.  Pursuant to the Bar Date Order, --

> any holder of a claim against one or more of the Debtors who is required, but fails to file a Proof of Claim in accordance with this Order on or before the Bar Date or the Government Bar Date, as

applicable, shall be forever barred, estopped, and enjoined from
asserting such claim against the Debtors (or filing a Proof of Claim
with respect thereto), and the Debtors and their property shall be
forever discharged from any and all indebtedness or liability with
respect to such claim, and such holder shall not be permitted to
vote to accept or reject any plan of reorganization filed in these
chapter 11 cases, or participate in any distribution in any of the
Debtors' chapter 11 cases on account of such claim or to receive
further notices regarding such claim or with respect to the Debtors'
chapter 11 cases.

12.     **Exhibit A**, attached hereto, identifies proofs of claim which were filed

after the Bar Date or Government Bar Date, as applicable ("Late Filed Claims").  In light of the

provisions of the Bar Date Order cited above, the Debtors request that the Court disallow and

expunge the Late Filed Claims set forth on **Exhibit A** in their entirety.

**B.     Duplicate Claims**

13.     The Debtors object to the proofs of claim set forth in the column labeled

as "Duplicate Claim To Be Expunged" on **Exhibit B** (the "Duplicate Claims").  The Duplicate

Claims and the proofs of claim set forth in the column labeled "Remaining Claims" on **Exhibit B**

(the "Remaining Claims") were filed against the same Debtor for the same dollar amount and in

respect of the same obligation.  The claimants that filed the Duplicate Claims are entitled to only

one distribution.  To avoid double recovery by such claimants, the Debtors request that the Court

enter an order expunging and disallowing the Duplicate Claims on **Exhibit B**.  The claims

identified as "Remaining Claims" on Exhibit B shall be preserved, without prejudice to the

Debtors' right to object to any such claims on any other ground.

**C.     Superseded Claims**

14.     The Debtors object to each proof of claim set forth in the column labeled

as an "Amended and Superseded Claim To Be Expunged" on **Exhibit C** (the "Amended and

Superseded Claims").  The Amended and Superseded Claims are no longer valid claims as the

holder of each such claim has filed a subsequent proof of claim, which, by its terms, was intended to amend and supersede the previously filed claim. Accordingly, the Debtors request that the Court enter an order expunging and disallowing the Amended and Superseded Claims. Each claim identified as an "Amended/Surviving Claim" on **Exhibit C** shall be preserved without prejudice to the Reorganized Debtors' right to object to such claims on any other ground.

        15.     To the extent that an Amended and Superseded Claim contains attachments that are not contained in the Amended/Surviving Claim, the Reorganized Debtors shall treat any such attachment as if they are attached to the Amended/Surviving Claim.

**D.**     **Equity Interests**

        16.     Certain claimants have filed Proofs of Claim ("Equity Claims") which do not assert claims but rather assert equity interests. **Exhibit D**, attached hereto, identifies such Equity Claims. Because equity interests are not claims against the Debtors' estates, the Debtors request that the Court disallow and expunge the Equity Claims in their entirety.

## Notice

17.     No trustee or examiner has been appointed in these chapter 11 cases.  The

Debtors have provided notice of this Objection to (i) the U.S. Trustee, (ii) the attorneys for the

agents for the Debtors' prepetition lenders, (iii) the attorneys for the Debtors' postpetition

lenders, (iv) the attorneys for the Committee, (v) all parties listed on Exhibit A, B, C, and D and

(vi) all other parties that have requested notice in these chapter 11 cases.  The Debtors submit

that no other or further notice need be provided.

        WHEREFORE the Debtors respectfully request the Court grant the relief

requested herein and such other and further relief as is just and proper.

Dated:  December 5, 2008
        New York, New York

                            Richard P. Krasnow
                            Adam P. Strochak

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York  10153
                            Telephone:    (212) 310-8000
                            Facsimile:    (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

# EXHIBIT A

## (Late Filed Claims)

## LEXINGTON PRECISION CORP., et al.
### CASE NO. 08-11153 (MG) (Jointly Administered)
### FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT A

### LATE FILED CLAIMS - TO BE EXPUNGED

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| BIBB CONTROL SYSTEMS 2909 LANIER HEIGHTS ROAD MACON, GA 31217 | 4476 | 08-11156 | 9/3/2008 | $903.41 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CAPITALSOURCE FINANCE LLC (AS AGENT) JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS, LLP 511 UNION STREET, SUITE 2700 NASHVILLE, TN 37219 | 4472 | 08-11156 | 8/28/2008 | UNDETERMINED | SECURED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CAPITALSOURCE FINANCE LLC (AS AGENT) JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION STREET, SUITE 2700 NASHVILLE, TN 37219 | 4473 | 08-11153 | 8/28/2008 | UNDETERMINED | SECURED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CITY OF ROCK HILL ATTN COLLECTIONS 155 JOHNSTON ST ROCK HILL, SC 29731 | 4487 | 08-11153 | 9/29/2008 | $40,832.97 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF RE CONDUIT COMPANY INC 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4480 | 08-11156 | 9/19/2008 | $9,532.93 | PRIORITY UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| FONTANET, JACQUES & FRANCOISE JT TEN 884 W END AVE NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 9/23/2008 | UNDETERMINED | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |

Prepared By Epiq Bankruptcy Solutions, LLC

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT A**

**LATE FILED CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| GRAY, ROGER J SR & LORIE G TR UA 12/08/2006 ROGER J GRAY &LORIE GRAY TRUST 9200 SOCKEYE CT # A FARWELL, MI 48622-9556 | 4467 | 08-11153 | 8/18/2008 | $41,730.00 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| LINDAUER, CRAIG 12345 PEARL ROAD CHARDON, OH 44024 | 4469 | 08-11153 | 8/18/2008 | UNDETERMINED SECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MACHINIST'S TOOL REPAIR 6484 GRAFTON ROAD VALLEY CITY, OH 44280 | 4470 | 08-11153 | 8/25/2008 | UNDETERMINED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MCMASTER-CARR SUPPLY COMPANY 6100 FULTON INDUSTRIAL BOULEVARD ATLANTA, GA 30336-2852 | 4482 | 08-11153 | 9/15/2008 | $4,466.26 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| PITNEY BOWES CREDIT CORPORATION ATTN: RECOVERY DEPT. 27 WATERVIEW DR. SHELTON, CT 06484-4361 | 4485 | 08-11153 | 9/26/2008 | $1,035.89 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |

Total Amount to be Expunged:                                    $98,501.46

# EXHIBIT B

## (Duplicate Claims)

## LEXINGTON PRECISION CORP., et al.
### CASE NO. 08-11153 (MG) (Jointly Administered)
### FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT B

#### DUPLICATE CLAIMS - TO BE EXPUNGED

| Claimant | Duplicate Claim To Be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim No. | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| CSC PARTNERSHIP ATTN JOSEPH CAPLEA PO BOX 357 GREENTOWN, OH 44630-0357 | 146 | 08-11153 | 7/21/2008 | $3,316.31 | UNSECURED | 36 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| AIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 75 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4481 | 08-11156 | 9/19/2008 | $14,651.22 | PRIORITY UNSECURED | 156 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4483 | 08-11156 | 9/22/2008 | $6,588.40 | PRIORITY UNSECURED | 158 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 28 | 08-11153 | 4/24/2008 | $108,250.52 | ADMINISTRATIVE UNSECURED | 9 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 182 | 08-11153 | 7/28/2008 | $41,112.23 | UNSECURED | 50 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
CASE NO. 08-11153 (MG) (Jointly Administered)
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT B**

DUPLICATE CLAIMS - TO BE EXPUNGED

| Claimant | Duplicate Claim To Be Expunge | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim No. | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTN MARY PERLICK 1400 AMERICAN LANE 9TH FLOOR, TOWER 2 SCHAUMBURG, IL 60196 | 32 | 08-11153 | 5/12/2008 | $0.00 UNSECURED UNLIQUIDATED | 30 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |

Total Amount to be Expunged:                    $173,918.68

# EXHIBIT C

## (Amended and Superseded Claims)

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C**

**AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED**

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SIGNATURE ALUMINUM CANADA IN<br>D/B/A REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 9 | 08-11153 | 4/30/2008 | $108,250.52<br>ADMINISTRATIVE<br>UNSECURED | 198 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PREFERRED RUBBER COMPOUNDING<br>D/B/A REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 50 | 08-11153 | 6/19/2008 | $41,112.23<br>UNSECURED | 274 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JTI, INC.<br>D/B/A REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 70 | 08-11153 | 7/10/2008 | undetermined<br>UNSECURED | 199 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHEMETALL OAKITE PRODUCTS<br>D/B/A REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | 119 | 08-11153 | 7/16/2008 | $6,107.04<br>UNSECURED | 227 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

LEXINGTON PRECISION CORP., et al.
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C
AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| MH EQUIPMENT CO.<br>PO BOX 50<br>MOSSVILLE, IL 61552 | 54 | 08-11156 | 7/7/2008 | $1,107.74 | UNSECURED | 100 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| MOMENTIVE PERFORMANCE MATERIALS<br>C/O JANELLE WENDORF<br>260 HUDSON RIVER ROAD<br>WATERFORD, NY 12188 | 4 | 08-11153 | 4/25/2008 | $76,617.60 | ADMINISTRATIVE | 163 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| MOMENTIVE PERFORMANCE MATERIALS<br>C/O JANELLE WENDORF<br>260 HUDSON RIVER ROAD<br>WATERFORD, NY 12188 | 5 | 08-11153 | 4/25/2008 | $323,009.90 | UNSECURED | 164 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| PREFERRED RUBBER COMPOUNDING<br>1020 LAMBERT ST.<br>BARBERTON, OH 44203 | 18 | 08-11153 | 5/1/2008 | $48,921.99 | UNSECURED | 50 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

## LEXINGTON PRECISION CORP., et al.
### CASE NO. 08-11153 (MG) (Jointly Administered)
### FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C
## AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| WACKER CHEMICAL CORP ATTN: SANDY LEWIS, CREDIT MANAGER 3301 SUTTON RD ADRIAN, MI 49221 | 6 | 08-11156 | 4/28/2008 | $1,025,161.55   UNSECURED | 246 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| WASTE MANAGEMENT ATTN GIAL HEPTIG, BANKRUPTCY SPECIALIST 2421 W. PEORIA AVE. PHOENIX, AZ 85029 | 25 | 08-11153 | 4/18/2008 | $3,598.77   UNSECURED | 16 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

Total Amount to be Expunged:                                                    $1,633,887.34

**EXHIBIT D**

**(Shareholder Claims)**

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| BYERS, MARK W. I<br>149 TIMBUKTOOO LN<br>SPEEDWELL, TN 37870 | 267 | 08-11153 | 8/14/2008 | $41,730.00 | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| COLARUSSO, LOUISE<br>48 STOUT ST<br>PITTSTON, PA 18640-3345 | 176 | 08-11153 | 7/28/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| D'ANGELO, SHARON<br>6071 LOCKLIE DRIVE<br>HIGHLAND HTS., OH 44144 | 231 | 08-11153 | 8/11/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| FONTANET, JACQUES & FRANCOISE<br>JT TEN<br>884 W END AVE<br>NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 9/23/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| GRAY, ROGER J SR & LORIE G TR<br>UA 12/08/2006<br>ROGER J GRAY &LORIE GRAY TRUST<br>9200 SOCKEYE CT # A<br>FARWELL, MI 48622-9556 | 4467 | 08-11153 | 8/18/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| LINDAUER, CRAIG 12345 PEARL ROAD CHARDON, OH 44024 | 4469 | 08-11153 | 8/18/2008 | UNDETERMINED SECURURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DALE 115 GARDEN ST BEDFORD, OH 44146 | 253 | 08-11153 | 8/13/2008 | $43,228.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DENNIS 1750 HICKS PIKE WALTON, KY 41094 | 232 | 08-11153 | 8/11/2008 | $706,200.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DENNIS 1750 HICKS PIKE WALTON, KY 41094 | 233 | 08-11153 | 8/11/2008 | $52,216.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| OSBORN, DAVID E. 240 NW FERRY ST. POULSBO, WA 98370 | 284 | 08-11153 | 8/15/2008 | $6,848.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

LEXINGTON PRECISION CORP., et al.
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D

SHAREHOLDER CLAIMS - TO BE EXPUNGED

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| OSBORN, LOIS FOR ESTATE OF EDWIN H. OSBORN 240 NW FERRY ST POULSBO, WA 98370 | 283 | 08-11153 | 8/15/2008 | $62,060.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| PETROF, ALLEN 11310 THWING RD CHARDON, OH 44024 | 218 | 08-11153 | 8/5/2008 | UNDETERMINED UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| ROMANO, SANTO & JEAN JT TEN 317 TAFT AVE ROCHESTER, NY 14609-1109 | 207 | 08-11153 | 8/4/2008 | UNDETERMINED UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| SULLIVAN, EDWARD J & CAROL JANE JT TEN 2247 SW DANFORTH CIR PALM CITY, FL 34990-7709 | 186 | 08-11153 | 7/30/2008 | $2,332.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| TAKAYAMA, DIANE L. 3163 ELNORA CT MARIETTA, GA 30066 | 266 | 08-11153 | 8/14/2008 | $41,730.00 UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| | | | | | |

Total Amount to be Expunged:      $1,039,804.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                  :        Chapter 11 Case No.
                                                       :
LEXINGTON PRECISION CORP., et al.,                     :        08-11153 (MG)
                                                       :
        Debtors.                                       :        (Jointly Administered)
                                                       :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIRST OMNIBUS
## OBJECTION TO CERTAIN (a) LATE-FILED CLAIMS,
## (b) DUPLICATE CLAIMS, (c) SUPERSEDED CLAIMS AND (d) EQUITY CLAIMS

Upon consideration of the first omnibus objection to proofs of claim, dated

December 5, 2008 (the "Objection")[1] of Lexington Precision Corporation and its wholly-owned

subsidiary, Lexington Rubber Group, Inc., each as debtors and debtors-in-possession (together,

the "Debtors"); and the Court having jurisdiction to consider the Objection and the relief

requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of

Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York,

dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Objection and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed

the Objection; the Court hereby finds and determines that, pursuant to Rule 3007 of the Federal

Rules of Bankruptcy Procedure, due and proper notice has been provided to each holder of a

claim listed on the attached exhibits and all other parties entitled to notice; and no other or

further notice is necessary; and the relief requested in the Objection is in the best interests of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the
Third Omnibus Objection.

Debtors, their estates, and creditors; and the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and therefore it is

ORDERED that each Late Filed Claim listed on **Exhibit A** attached hereto in the rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Duplicate Claim listed on **Exhibit B** attached hereto in the rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Superseded Claim listed on **Exhibit C** attached hereto in the rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Equity Claim listed on **Exhibit D** attached hereto in the rows entitled "Claims to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Epiq is authorized and directed to delete the following from the official claims registry:  (a) each Late Filed Claim listed on **Exhibit A** attached hereto, (b) each Duplicate Claim listed on **Exhibit B** attached hereto, (c) each Superseded Claim listed on **Exhibit C** attached hereto, and (d) each Equity Claim listed on **Exhibit D** attached hereto.

Dated:   New York, New York
      January __, 2009

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## (Late Filed Claims)

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT A**

**LATE FILED CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| BIBB CONTROL SYSTEMS 2909 LANIER HEIGHTS ROAD MACON, GA 31217 | 4476 | 08-11156 | 9/3/2008 | $903.41 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CAPITALSOURCE FINANCE LLC (AS AGENT) JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS, LLP 511 UNION STREET, SUITE 2700 NASHVILLE, TN 37219 | 4472 | 08-11156 | 8/28/2008 | UNDETERMINED | SECURED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CAPITALSOURCE FINANCE LLC (AS AGENT) JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION STREET, SUITE 2700 NASHVILLE, TN 37219 | 4473 | 08-11153 | 8/28/2008 | UNDETERMINED | SECURED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| CITY OF ROCK HILL ATTN COLLECTIONS 155 JOHNSTON ST ROCK HILL, SC 29731 | 4487 | 08-11153 | 9/29/2008 | $40,832.97 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF RE CONDUIT COMPANY INC 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4480 | 08-11156 | 9/19/2008 | $9,532.93 | PRIORITY UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| FONTANET, JACQUES & FRANCOISE JT TEN 884 W END AVE NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 9/23/2008 | UNDETERMINED | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT A**

**LATE FILED CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| GRAY, ROGER J SR & LORIE G TR UA 12/08/2006 ROGER J GRAY &LORIE GRAY TRUST 9200 SOCKEYE CT # A FARWELL, MI 48622-9556 | 4467 | 08-11153 | 8/18/2008 | $41,730.00 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| LINDAUER, CRAIG 12345 PEARL ROAD CHARDON, OH 44024 | 4469 | 08-11153 | 8/18/2008 | UNDETERMINED SECURURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MACHINIST'S TOOL REPAIR 6484 GRAFTON ROAD VALLEY CITY, OH 44280 | 4470 | 08-11153 | 8/25/2008 | UNDETERMINED UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MCMASTER-CARR SUPPLY COMPANY 6100 FULTON INDUSTRIAL BOULEVARD ATLANTA, GA 30336-2852 | 4482 | 08-11153 | 9/15/2008 | $4,466.26 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| PITNEY BOWES CREDIT CORPORATION ATTN: RECOVERY DEPT. 27 WATERVIEW DR. SHELTON, CT 06484-4361 | 4485 | 08-11153 | 9/26/2008 | $1,035.89 UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |

Total Amount to be Expunged:

$98,501.46

**EXHIBIT B**

**(Duplicate Claims)**

NY2:\1932288\03\15#Y_03!.DOC\26690.0008

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT B**

**DUPLICATE CLAIMS - TO BE EXPUNGED**

| Claimant | Duplicate Claim To Be Expunge | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim No. | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| CSC PARTNERSHIP ATTN JOSEPH CAPLEA PO BOX 357 GREENTOWN, OH 44630-0357 | 146 | 08-11153 | 7/21/2008 | $3,316.31 | UNSECURED | 36 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4481 | 08-11156 | 9/19/2008 | $14,651.22 | PRIORITY UNSECURED | 156 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 4483 | 08-11156 | 9/22/2008 | $6,588.40 | PRIORITY UNSECURED | 158 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 28 | 08-11153 | 4/24/2008 | $108,250.52 | ADMINISTRATIVE UNSECURED | 9 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |
| TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 182 | 08-11153 | 7/28/2008 | $41,112.23 | UNSECURED | 50 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT B**

**DUPLICATE CLAIMS - TO BE EXPUNGED**

| Claimant | Duplicate Claim To Be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim No. | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTN MARY PERLICK 1400 AMERICAN LANE 9TH FLOOR, TOWER 2 SCHAUMBURG, IL 60196 | 32 | 08-11153 | 5/12/2008 | $0.00 | UNSECURED UNLIQUIDATED | 30 | More than one claim filed against the same entity for the same obligation. See page 4 of the Objection. |

Total Amount to be Expunged:                $173,918.68

# EXHIBIT C

## (Amended and Superseded Claims)

**LEXINGTON PRECISION CORP., et al.**
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C
AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 9 | 08-11153 | 4/30/2008 | $108,250.52 ADMINISTRATIVE UNSECURED | 198 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 50 | 08-11153 | 6/19/2008 | $41,112.23 UNSECURED | 274 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: JTI, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 70 | 08-11153 | 7/10/2008 | undetermined UNSECURED | 199 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: CHEMETALL OAKITE PRODUCTS D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 119 | 08-11153 | 7/16/2008 | $6,107.04 UNSECURED | 227 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

Prepared By Epiq Bankruptcy Solutions, LLC

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C**
**AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED**

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| MH EQUIPMENT CO. PO BOX 50 MOSSVILLE, IL 61552 | 54 | 08-11156 | 7/7/2008 | $1,107.74 UNSECURED | 100 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| MOMENTIVE PERFORMANCE MATERIALS C/O JANELLE WENDORF 260 HUDSON RIVER ROAD WATERFORD, NY 12188 | 4 | 08-11153 | 4/25/2008 | $76,617.60 ADMINISTRATIVE | 163 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| MOMENTIVE PERFORMANCE MATERIALS C/O JANELLE WENDORF 260 HUDSON RIVER ROAD WATERFORD, NY 12188 | 5 | 08-11153 | 4/25/2008 | $323,009.90 UNSECURED | 164 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| PREFERRED RUBBER COMPOUNDING 1020 LAMBERT ST. BARBERTON, OH 44203 | 18 | 08-11153 | 5/1/2008 | $48,921.99 UNSECURED | 50 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

LEXINGTON PRECISION CORP., et al.
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C
AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| WACKER CHEMICAL CORP ATTN: SANDY LEWIS, CREDIT MANAGER 3301 SUTTON RD ADRIAN, MI 49221 | 6 | 08-11156 | 4/28/2008 | $1,025,161.55    UNSECURED | 246 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| WASTE MANAGEMENT ATTN GIAL HEPTIG, BANKRUPTCY SPECIALIST 2421 W. PEORIA AVE. PHOENIX, AZ 85029 | 25 | 08-11153 | 4/18/2008 | $3,598.77    UNSECURED | 16 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

Total Amount to be Expunged:                    $1,633,887.34

# EXHIBIT D

## (Shareholder Claims)

**LEXINGTON PRECISION CORP., et al.**
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| BYERS, MARK W. I 149 TIMBUKTOOO LN SPEEDWELL, TN 37870 | 267 | 08-11153 | 8/14/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| COLARUSSO, LOUISE 48 STOUT ST PITTSTON, PA 18640-3345 | 176 | 08-11153 | 7/28/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| D'ANGELO, SHARON 6071 LOCKLE DRIVE HIGHLAND HTS., OH 44144 | 231 | 08-11153 | 8/11/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| FONTANET, JACQUES & FRANCOISE JT TEN 884 W END AVE NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 9/23/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| GRAY, ROGER J SR & LORIE G TR UA 12/08/2006 ROGER J GRAY &LORIE GRAY TRUST 9200 SOCKEYE CT # A FARWELL, MI 48622-9556 | 4467 | 08-11153 | 8/18/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| LINDAUER, CRAIG<br>12345 PEARL ROAD<br>CHARDON, OH 44024 | 4469 | 08-11153 | 8/18/2008 | UNDETERMINED    SECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DALE<br>115 GARDEN ST<br>BEDFORD, OH 44146 | 253 | 08-11153 | 8/13/2008 | $43,228.00    UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DENNIS<br>1750 HICKS PIKE<br>WALTON, KY 41094 | 232 | 08-11153 | 8/11/2008 | $706,200.00    UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, DENNIS<br>1750 HICKS PIKE<br>WALTON, KY 41094 | 233 | 08-11153 | 8/11/2008 | $52,216.00    UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| OSBORN, DAVID E.<br>240 NW FERRY ST.<br>POULSBO, WA 98370 | 284 | 08-11153 | 8/15/2008 | $6,848.00    UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

Prepared By Epiq Bankruptcy Solutions, LLC

**LEXINGTON PRECISION CORP., et al.**
CASE NO. 08-11153 (MG) (Jointly Administered)
FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D

SHAREHOLDER CLAIMS - TO BE EXPUNGED

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| OSBORN, LOIS FOR ESTATE OF EDWIN H. OSBORN 240 NW FERRY ST POULSBO, WA 98370 | 283 | 08-11153 | 8/15/2008 | $62,060.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| PETROF, ALLEN 11310 THWING RD CHARDON, OH 44024 | 218 | 08-11153 | 8/5/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| ROMANO, SANTO & JEAN JT TEN 317 TAFT AVE ROCHESTER, NY 14609-1109 | 207 | 08-11153 | 8/4/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| SULLIVAN, EDWARD J & CAROL JANE JT TEN 2247 SW DANFORTH CIR PALM CITY, FL 34990-7709 | 186 | 08-11153 | 7/30/2008 | $2,332.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| TAKAYAMA, DIANE L. 3163 ELNORA CT MARIETTA, GA 30066 | 266 | 08-11153 | 8/14/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

Prepared By Epiq Bankruptcy Solutions, LLC

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|
| Total Amount to be Expunged: | | | | $1,039,804.00 | |