# EXHIBIT B

## (Order of the Bankruptcy Court)

## To be filed

NY2:\1891035\37\14J4R37!.DOC\26690.0008