# EXHIBIT F

**(Projected Consolidated Financial Statements for Five Years ending December 31, 2012)**

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Consolidated Statements of Operations
(in thousands of dollars)**

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 88,408 | 73,102 | 93,020 | 105,344 | 115,919 | 126,382 |
| Cost of sales | 76,529 | 63,016 | 72,991 | 78,805 | 83,882 | 89,980 |
| Gross profit | 11,879 | 10,086 | 20,029 | 26,539 | 32,037 | 36,402 |
| Selling & administrative expense | 6,506 | 5,693 | 6,276 | 6,162 | 6,385 | 6,568 |
| Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
| Other income (expense): |  |  |  |  |  |  |
|   Interest expense | (11,507) | (8,913) | (3,379) | (1,889) | (1,101) | — |
|   Interest income | 68 | 96 | — | — | 130 | 530 |
|   Gain on sale of property | — | — | — | 3,287 | — | — |
|   Discontinued operations | (189) | 51 | — | 576 | — | — |
|   Reorganization expense | (698) | (5,814) | (590) | — | — | — |
|     Subtotal | (12,326) | (14,580) | (3,969) | 1,974 | (971) | 530 |
| Income (loss) before income taxes | (6,953) | (10,187) | 9,784 | 22,351 | 24,681 | 30,364 |
| Provision for income taxes | 6 | 40 | 1,000 | 4,300 | 6,000 | 8,300 |
| Net income (loss) | (6,959) | (10,227) | 8,784 | 18,051 | 18,681 | 22,064 |
| EBITDA (continuing operations): |  |  |  |  |  |  |
|   Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
|   Depreciation | 6,036 | 5,072 | 4,358 | 3,797 | 3,608 | 3,614 |
|   Amortization (operating only) | 401 | 262 | 169 | 430 | 192 | 141 |
|     EBITDA | 11,810 | 9,727 | 18,280 | 24,604 | 29,452 | 33,589 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Consolidated Statements of Operations
### (expressed as a percent of net sales)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 86.6 | 86.2 | 78.5 | 74.8 | 72.4 | 71.2 |
| Gross profit | 13.4 | 13.8 | 21.5 | 25.2 | 27.6 | 28.8 |
| Selling & administrative expense | 7.4 | 7.8 | 6.7 | 5.8 | 5.5 | 5.2 |
| Income from operations | 6.1 | 6.0 | 14.8 | 19.3 | 22.1 | 23.6 |
| Other income (expense): |  |  |  |  |  |  |
| Interest expense | (13.0) | (12.2) | (3.6) | (1.8) | (0.9) | 0.0 |
| Interest income | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.4 |
| Gain on sale of property | 0.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 |
| Discontinued operations | (0.2) | 0.1 | 0.0 | 0.5 | 0.0 | 0.0 |
| Reorganization expense | (0.8) | (8.0) | (0.6) | 0.0 | 0.0 | 0.0 |
| Total | (13.9) | (19.9) | (4.3) | 1.9 | (0.8) | 0.4 |
| Income (loss) before income taxes | (7.9) | (13.9) | 10.5 | 21.2 | 21.3 | 24.0 |
| Income taxes | 0.0 | 0.1 | 1.1 | 4.1 | 5.2 | 6.6 |
| Net income (loss) | (7.9) % | (14.0) % | 9.4 % | 17.1 % | 16.1 % | 17.5 % |
| EBITDA: |  |  |  |  |  |  |
| Income from operations | 6.1 % | 6.0 % | 14.8 % | 19.3 % | 22.1 % | 23.6 % |
| Depreciation | 6.8 | 6.9 | 4.7 | 3.6 | 3.1 | 2.9 |
| Amortization (operating only) | 0.5 | 0.4 | 0.2 | 0.4 | 0.2 | 0.1 |
| EBITDA | 13.4 % | 13.3 % | 19.7 % | 23.4 % | 25.4 % | 26.6 % |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Consolidated Statements of Cash Flows**
(in thousands of dollars)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
| Depreciation | 6,036 | 5,072 | 4,358 | 3,797 | 3,608 | 3,614 |
| Amortization (operating only), net | 401 | 262 | 169 | 430 | 192 | 141 |
| EBITDA | 11,810 | 9,727 | 18,280 | 24,604 | 29,452 | 33,589 |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (1,256) | 3,833 | (3,814) | (4,365) | (1,583) | (1,604) |
| Inventories | (543) | (1,990) | 2,509 | (1,629) | (1,223) | (1,134) |
| Prepaid expenses | (287) | (155) | 413 | (536) | (151) | (92) |
| Other current assets | 328 | (451) | 461 | 24 | – | – |
| Accounts payable | 188 | 536 | 4,298 | 1,581 | 362 | 635 |
| Accrued expenses | 147 | (29) | (276) | (68) | 84 | 185 |
| Net change in operating working capital | (1,423) | 1,744 | 3,591 | (4,993) | (2,511) | (2,010) |
| Capital expenditures | (2,664) | (2,971) | (3,580) | (5,010) | (3,708) | (3,927) |
| Sales of P & E, excl. gains or losses on sales | – | 22 | 2,785 | 4,500 | – | – |
| Other assets | (184) | (318) | (374) | (325) | (200) | (200) |
| Post-retirement liability, excl. current portion | (2) | 17 | (7) | (30) | (30) | (30) |
| Other long-term liabilities | 101 | 11 | 170 | 111 | 95 | 50 |
| Cash provided (used) by discontinued operations | (17) | 184 | 26 | 1,698 | – | – |
| Net cash provided (used) | 7,621 | 8,416 | 20,891 | 20,555 | 23,098 | 27,472 |
| Nonoperating profit (loss) incl. income tax expense | (12,211) | (14,671) | (4,969) | (6,189) | (6,971) | (7,770) |
| Amortization of deferred financing costs | 1,249 | 251 | 160 | 200 | 440 | – |
| Deferred financing charges | (1,286) | (214) | (800) | – | – | – |
| Income taxes payable, net | (4) | 43 | – | – | – | – |
| Accrued interest | 5,824 | 5,488 | 789 | (93) | (71) | – |
| Accrued reorganization expense | – | 1,052 | (1,062) | – | – | – |
| Term loans | (3,279) | 697 | (6,789) | (12,716) | (10,073) | – |
| Revolving line of credit | 2,263 | 3,587 | (12,831) | (1,388) | – | – |
| Net cash flow | 177 | 4,649 | (4,611) | 369 | 6,423 | 19,702 |
| Add cash on hand at beginning of period | 35 | 212 | 4,861 | 250 | 619 | 7,042 |
| Cash on hand at end of period | 212 | 4,861 | 250 | 619 | 7,042 | 26,744 |
| Net cash transferred to (from) corporate | – | – | – | – | – | – |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Balance Sheets**
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 212 | 4,861 | 250 | 619 | 7,042 | 26,744 |
| Marketable securities | 214 | 116 | 116 | 116 | 116 | 116 |
| Trade receivables, net | 10,981 | 7,148 | 10,962 | 15,327 | 16,910 | 18,514 |
| Inventories | 9,330 | 11,320 | 8,811 | 10,440 | 11,663 | 12,797 |
| Prepaid expenses | 926 | 1,081 | 668 | 1,204 | 1,355 | 1,447 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Other current assets | 106 | 557 | 96 | 72 | 72 | 72 |
| Current assets of discontinued operations | 10 | 5 | – | – | – | – |
| Total current assets | 21,877 | 25,186 | 21,001 | 27,876 | 37,256 | 59,788 |
| Plant & equipment | | | | | | |
| Land | 1,817 | 2,254 | 2,108 | 895 | 895 | 895 |
| Buildings | 13,370 | 13,392 | 10,787 | 10,787 | 10,787 | 10,787 |
| Machinery & equipment | 110,723 | 112,105 | 94,761 | 99,771 | 103,479 | 107,406 |
|  | 125,910 | 127,751 | 107,656 | 111,453 | 115,161 | 119,088 |
| Accumulated depreciation | 105,056 | 109,020 | 92,488 | 96,285 | 99,893 | 103,507 |
| Plant & equipment, net | 20,854 | 18,731 | 15,168 | 15,168 | 15,268 | 15,581 |
| Plant & equipment of discontinued operations | 1,338 | 1,230 | 1,122 | – | – | – |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| Deferred financing expenses | 37 | – | 640 | 440 | – | – |
| Other assets | 638 | 610 | 714 | 512 | 409 | 378 |
|  | 52,367 | 53,380 | 46,268 | 51,619 | 60,556 | 83,370 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Consolidated Balance Sheets (cont.)**
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| Current liabilities: | | | | | | |
|   Accounts payable | 6,558 | 7,607 | 6,029 | 7,610 | 7,972 | 8,607 |
|   Accrued income taxes | (43) | — | — | — | — | — |
|   Accrued interest expense | 7,954 | 13,442 | 164 | 71 | — | — |
|   Accrued expenses excl. interest and income taxes | 3,975 | 4,485 | 3,591 | 3,523 | 3,607 | 3,792 |
|   Short-term debt | 10,632 | 14,219 | 1,388 | — | — | — |
|   Current portion of long-term debt | 58,454 | 59,156 | 6,628 | 3,456 | — | — |
|   Current liabilities of discontinued operations | 241 | 261 | — | — | — | — |
|     Total current liabilities | 87,771 | 99,170 | 17,800 | 14,660 | 11,579 | 12,399 |
| Long-term debt, net of current portion | 5 | — | 16,161 | 6,617 | — | — |
| Long-term portion of post-retirement obligation | 258 | 275 | 268 | 238 | 208 | 178 |
| Other long-term liabilities | 176 | 89 | 144 | 151 | 129 | 83 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Stockholders' equity (deficit): | | | | | | |
|   Common stock | 1,238 | 1,242 | 1,242 | 1,247 | 1,249 | 1,251 |
|   Additional paid-in-capital | 13,187 | 13,197 | 62,462 | 62,464 | 62,468 | 62,472 |
|   Accumulated income (deficit) | (50,366) | (60,691) | (51,907) | (33,856) | (15,175) | 6,889 |
|     Stockholders' equity (deficit) | (35,941) | (46,252) | 11,797 | 29,855 | 48,542 | 70,612 |
| | 52,367 | 53,380 | 46,268 | 51,619 | 60,556 | 83,370 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Consolidating Outstanding Debt
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| Revolving loans | 10,632 | 14,219 | 1,388 | — | — | — |
| Equipment term loan | 9,167 | 6,667 | — | — | — | — |
| New equipment term loan | — | — | 7,235 | 4,901 | — | — |
| Real estate term loan A | 10,022 | 9,289 | — | — | — | — |
| Real estate term loan B | 4,000 | 4,000 | — | — | — | — |
| New real estate term loan | — | — | 8,830 | — | — | — |
| Second lien secured note | — | — | — | — | — | — |
| Debtor-in-possession note | — | 4,000 | — | — | — | — |
| Investor loan | — | — | 4,000 | 4,000 | | |
| Retirement obligations | 6 | — | — | — | — | — |
| General unsecured claims | — | — | 2,724 | 1,172 | — | — |
| 12% Senior Subordinated Notes due July 31, 2009 | 34,177 | 34,177 | — | — | — | — |
| 12% Senior Subordinated Notes due December 31, 2013 | — | — | — | — | — | — |
| 13% Junior Subordinated Note | 347 | 347 | — | — | — | — |
| Redeemable preferred stock | 660 | 660 | — | — | — | — |
| Other | 80 | 16 | — | — | — | — |
| Total debt | 69,091 | 73,375 | 24,177 | 10,073 | — | — |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Rubber Group Statements of Operations
### (in thousands of dollars)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 74,587 | 62,383 | 75,986 | 78,407 | 86,413 | 93,419 |
| Cost of sales | 63,039 | 52,151 | 57,208 | 55,401 | 58,862 | 62,837 |
| Gross profit | 11,548 | 10,232 | 18,778 | 23,006 | 27,551 | 30,582 |
| Selling & administrative expense | 3,573 | 2,882 | 3,107 | 2,784 | 2,853 | 2,919 |
| Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
| EBITDA: | | | | | | |
|   Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
|   Depreciation | 5,335 | 4,499 | 3,762 | 3,105 | 2,722 | 2,637 |
|   Amortization (operating only) | 392 | 248 | 155 | 423 | 186 | 135 |
|     EBITDA | 13,702 | 12,097 | 19,588 | 23,750 | 27,606 | 30,435 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Rubber Group Statements of Operations
(expressed as a percent of net sales)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 84.5 | 83.6 | 75.3 | 70.7 | 68.1 | 67.3 |
| Gross profit | 15.5 | 16.4 | 24.7 | 29.3 | 31.9 | 32.7 |
| Selling & administrative expense | 4.8 | 4.6 | 4.1 | 3.6 | 3.3 | 3.1 |
| Income from operations | 10.7 % | 11.8 % | 20.6 % | 25.8 % | 28.6 % | 29.6 % |
| EBITDA: |  |  |  |  |  |  |
|   Income from operations | 10.7 % | 11.8 % | 20.6 % | 25.8 % | 28.6 % | 29.6 % |
|   Depreciation | 7.2 | 7.2 | 5.0 | 4.0 | 3.1 | 2.8 |
|   Amortization (operating only) | 0.5 | 0.4 | 0.2 | 0.5 | 0.2 | 0.1 |
|     EBITDA | 18.4 % | 19.4 % | 25.8 % | 30.3 % | 31.9 % | 32.6 % |

# LEXINGTON PRECISION CORPORATION
# AND SUBSIDIARY

## Rubber Group Statements of Cash Flows
### (in thousands of dollars)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
| Depreciation | 5,335 | 4,499 | 3,762 | 3,105 | 2,722 | 2,637 |
| Amortization (operating only) | 392 | 248 | 155 | 423 | 186 | 135 |
| EBITDA | 13,702 | 12,097 | 19,588 | 23,750 | 27,606 | 30,435 |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (728) | 3,096 | (1,844) | (2,474) | (1,092) | (944) |
| Inventories | (288) | (1,401) | 2,665 | (924) | (676) | (606) |
| Prepaid expenses | (20) | (203) | 324 | (270) | (77) | (64) |
| Other current assets | 430 | (548) | 358 | 24 | — | — |
| Accounts payable | 177 | 841 | (1,355) | 805 | 404 | 377 |
| Accrued expenses | (91) | 423 | (433) | 279 | 115 | 92 |
| Net change in operating working capital | (520) | 2,208 | (285) | (2,560) | (1,326) | (1,145) |
| Capital expenditures | (2,068) | (2,507) | (2,378) | (3,000) | (2,698) | (2,417) |
| Sales of P & E, excl. gains or losses on sales | — | — | 2,785 | 4,500 | — | — |
| Other assets | (337) | (347) | (374) | (325) | (200) | (200) |
| Post-retirement liability, excl. current portion | (12) | — | — | (20) | (20) | (20) |
| Other long-term liabilities | 101 | 11 | 170 | 111 | 95 | 50 |
| Net cash provided (used) | 10,866 | 11,462 | 19,506 | 22,456 | 23,457 | 26,703 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Rubber Group Balance Sheets**
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 51 | 50 | 50 | 54 | 54 | 54 |
| Trade receivables, net | 8,961 | 5,865 | 7,709 | 10,183 | 11,275 | 12,219 |
| Inventories | 7,268 | 8,669 | 6,004 | 6,928 | 7,604 | 8,210 |
| Prepaid expenses | 646 | 849 | 525 | 795 | 872 | 936 |
| Other current assets | (94) | 454 | 96 | 72 | 72 | 72 |
| Total current assets | 16,832 | 15,887 | 14,384 | 18,032 | 19,877 | 21,491 |
| Plant & equipment | | | | | | |
| Land | 1,696 | 2,133 | 1,987 | 774 | 774 | 774 |
| Buildings | 11,012 | 11,031 | 8,426 | 8,426 | 8,426 | 8,426 |
| Machinery & equipment | 85,356 | 86,717 | 68,173 | 71,173 | 73,871 | 76,288 |
|  | 98,064 | 99,881 | 78,586 | 80,373 | 83,071 | 85,488 |
| Accumulated depreciation | 80,780 | 84,589 | 67,463 | 70,568 | 73,290 | 75,927 |
| Plant & equipment, net | 17,284 | 15,292 | 11,123 | 9,805 | 9,781 | 9,561 |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| Other assets | 497 | 498 | 602 | 400 | 297 | 266 |
|  | 42,236 | 39,300 | 33,732 | 35,860 | 37,578 | 38,941 |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 4,353 | 5,194 | 3,839 | 4,644 | 5,048 | 5,425 |
| Accrued operating expenses | 2,138 | 2,561 | 1,584 | 1,863 | 1,978 | 2,070 |
| Total current liabilities | 6,491 | 7,755 | 5,423 | 6,507 | 7,026 | 7,495 |
| Long-term portion of post-retirement obligation | 170 | 170 | 170 | 150 | 130 | 110 |
| Other long-term liabilities | 176 | 89 | 144 | 151 | 129 | 83 |
| Invested capital | 35,399 | 31,286 | 27,995 | 29,052 | 30,293 | 31,253 |
|  | 42,236 | 39,300 | 33,732 | 35,860 | 37,578 | 38,941 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Metals Group Statements of Operations
### (in thousands of dollars)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net product sales | 13,821 | 10,719 | 17,034 | 26,937 | 29,506 | 32,963 |
| Cost of product sales | 13,490 | 10,865 | 15,783 | 23,404 | 25,020 | 27,143 |
| Gross profit | 331 | (146) | 1,251 | 3,533 | 4,486 | 5,820 |
| Selling & administrative expense | 523 | 534 | 582 | 739 | 840 | 904 |
| Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
| EBITDA: | | | | | | |
|    Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
|    Depreciation | 682 | 538 | 562 | 666 | 871 | 962 |
|    Amortization (operating only) | — | — | — | — | — | — |
|      EBITDA | 490 | (142) | 1,231 | 3,460 | 4,517 | 5,878 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Metals Group Statements of Operations
### (expressed as a percent of net sales)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 97.6 | 101.4 | 92.7 | 86.9 | 84.8 | 82.3 |
| Gross profit | 2.4 | (1.4) | 7.3 | 13.1 | 15.2 | 17.7 |
| Selling & administrative expense | 3.8 | 5.0 | 3.4 | 2.7 | 2.8 | 2.7 |
| Income (loss) from operations | (1.4) % | (6.3) % | 3.9 % | 10.4 % | 12.4 % | 14.9 % |
| EBITDA: |  |  |  |  |  |  |
| Income (loss) from operations | (1.4) % | (6.3) % | 3.9 % | 10.4 % | 12.4 % | 14.9 % |
| Depreciation | 4.9 | 5.0 | 3.3 | 2.5 | 3.0 | 2.9 |
| Amortization (operating only) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA | 3.5 % | (1.3) % | 7.2 % | 12.8 % | 15.3 % | 17.8 % |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Metals Group Statements of Cash Flows
(in thousands of dollars)**

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
| Depreciation | 682 | 538 | 562 | 666 | 871 | 962 |
| Amortization (operating only) | — | — | — | — | — | — |
| EBITDA | 490 | (142) | 1,231 | 3,460 | 4,517 | 5,878 |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (401) | 737 | (1,970) | (1,891) | (491) | (660) |
| Inventories | (255) | (589) | (156) | (705) | (547) | (528) |
| Prepaid expenses | (67) | 35 | 31 | (82) | (24) | (28) |
| Other current assets | 38 | (103) | 103 | — | — | — |
| Accounts payable | 469 | (211) | 300 | 626 | (42) | 258 |
| Accrued expenses | 41 | 107 | 30 | 240 | 69 | 93 |
| Net change in operating working capital | (175) | (24) | (1,662) | (1,812) | (1,035) | (865) |
| Capital expenditures | (519) | (446) | (1,209) | (2,000) | (1,000) | (1,500) |
| Sales of P & E, excl. gains or losses on sales | — | 22 | — | — | — | — |
| Other assets | (61) | 29 | — | — | — | — |
| Post-retirement liability, excl. current portion | 10 | 17 | (7) | (10) | (10) | (10) |
| Net cash provided (used) | (255) | (544) | (1,647) | (362) | 2,472 | 3,503 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Balance Sheets**
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 1 | 4 | 4 | 4 | 4 | 4 |
| Trade receivables, net | 2,020 | 1,283 | 3,253 | 5,144 | 5,635 | 6,295 |
| Inventories | 2,062 | 2,651 | 2,807 | 3,512 | 4,059 | 4,587 |
| Prepaid expenses | 343 | 308 | 277 | 359 | 383 | 411 |
| Other current assets | — | 103 | — | — | — | — |
| Total current assets | 4,426 | 4,349 | 6,341 | 9,019 | 10,081 | 11,297 |
| Plant & equipment | | | | | | |
| Land | 121 | 121 | 121 | 121 | 121 | 121 |
| Buildings | 2,325 | 2,325 | 2,325 | 2,325 | 2,325 | 2,325 |
| Machinery & equipment | 25,280 | 25,288 | 26,497 | 28,497 | 29,497 | 30,997 |
|  | 27,726 | 27,734 | 28,943 | 30,943 | 31,943 | 33,443 |
| Accumulated depreciation | 24,251 | 24,373 | 24,935 | 25,601 | 26,472 | 27,434 |
| Plant & equipment, net | 3,475 | 3,361 | 4,008 | 5,342 | 5,471 | 6,009 |
| Other assets | 62 | 33 | 33 | 33 | 33 | 33 |
|  | 7,963 | 7,743 | 10,382 | 14,394 | 15,585 | 17,339 |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 1,538 | 1,327 | 1,627 | 2,253 | 2,211 | 2,469 |
| Accrued operating expenses | 433 | 540 | 570 | 810 | 879 | 972 |
| Total current liabilities | 1,971 | 1,867 | 2,197 | 3,063 | 3,090 | 3,441 |
| Long-term portion of post-retirement obligation | 88 | 105 | 98 | 88 | 78 | 68 |
| Invested capital | 5,904 | 5,771 | 8,087 | 11,243 | 12,417 | 13,830 |
|  | 7,963 | 7,743 | 10,382 | 14,394 | 15,585 | 17,339 |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Corporate Office Statements of Operations
(in thousands of dollars)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | — | — | — | — | — | — |
| Cost of sales | — | — | — | — | — | — |
| Gross profit from operations | — | — | — | — | — | — |
| Selling & administrative expense | 2,410 | 2,277 | 2,587 | 2,639 | 2,692 | 2,745 |
| Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
| EBITDA: |  |  |  |  |  |  |
|   Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
|   Depreciation | 19 | 35 | 34 | 26 | 15 | 15 |
|   Amortization (operating only) | 9 | 14 | 14 | 7 | 6 | 6 |
|     EBITDA | (2,382) | (2,228) | (2,539) | (2,606) | (2,671) | (2,724) |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Corporate Office Statements of Operations
(expressed as a percent of net sales)

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | – % | – % | – % | – % | – % | – % |
| Cost of sales | – | – | – | – | – | – |
| Gross profit from operations | – | – | – | – | – | – |
| Selling & administrative expense | 2.7 | 3.1 | 2.8 | 2.5 | 2.3 | 2.2 |
| Loss from operations | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |
| EBITDA: | | | | | | |
|   Loss from operations | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |
|   Depreciation | – | – | – | – | – | – |
|   Amortization (operating only) | – | – | – | – | – | – |
|     EBITDA | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Corporate Office Statements of Cash Flows**
**(in thousands of dollars)**

|  | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
| Depreciation | 19 | 35 | 34 | 26 | 15 | 15 |
| Amortization (operating only) | 9 | 14 | 14 | 7 | 6 | 6 |
| EBITDA | (2,382) | (2,228) | (2,539) | (2,606) | (2,671) | (2,724) |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (127) | — | — | — | — | — |
| Prepaid expenses | (200) | 13 | 58 | (184) | (50) | — |
| Other current assets | (140) | 200 | — | — | — | — |
| Accounts payable | (458) | (94) | 5,353 | 150 | — | — |
| Accrued expenses | 197 | (559) | 127 | (587) | (100) | — |
| Net change in operating working capital | (728) | (440) | 5,538 | (621) | (150) | — |
| Capital expenditures | (77) | (18) | 7 | (10) | (10) | (10) |
| Other assets | 214 | — | — | — | — | — |
| Discontinued operations | (87) | — | — | — | — | — |
| Net cash provided (used) | (3,060) | (2,686) | 3,006 | (3,237) | (2,831) | (2,734) |
| Nonoperating loss incl. income tax expense | (12,211) | (14,671) | (4,969) | (6,189) | (6,971) | (7,770) |
| Amortization of deferred financing costs | 1,249 | 251 | 160 | 200 | 440 | — |
| Deferred financing charges | (1,286) | (214) | (800) | — | — | — |
| Income taxes payable, net | (4) | 43 | — | — | — | — |
| Accrued interest | 5,824 | 5,488 | 789 | (93) | (71) | — |
| Accrued reorganization expense | — | 1,052 | (1,062) | — | — | — |
| Term loans | (3,279) | 697 | (6,789) | (12,716) | (10,073) | — |
| Revolving line of credit | 2,263 | 3,587 | (12,831) | (1,388) | — | — |
| Net cash flow | (10,504) | (6,453) | (22,496) | (23,423) | (19,506) | (10,504) |
| Add cash on hand at beginning of period | (17) | 160 | 4,807 | 196 | 561 | 6,984 |
| Less cash on hand at end of period | 160 | 4,807 | 196 | 561 | 6,984 | 26,686 |
| Net cash transferred to (from) corporate | (10,681) | (11,100) | (17,885) | (23,788) | (25,929) | (30,206) |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Corporate Office Balance Sheets**
(in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 160 | 4,807 | 196 | 561 | 6,984 | 26,686 |
| Marketable securities | 214 | 116 | 116 | 116 | 116 | 116 |
| Trade receivables, net | — | — | — | — | — | — |
| Inventories | — | — | — | — | — | — |
| Prepaid expenses | (63) | (76) | (134) | 50 | 100 | 100 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Other current assets | 200 | — | — | — | — | — |
| Total current assets | 609 | 4,945 | 276 | 825 | 7,298 | 27,000 |
| Plant & equipment | | | | | | |
| Land | — | — | — | — | — | — |
| Buildings | 33 | 36 | 36 | 36 | 36 | 36 |
| Machinery & equipment | 87 | 100 | 91 | 101 | 111 | 121 |
|  | 120 | 136 | 127 | 137 | 147 | 157 |
| Accumulated depreciation | 25 | 58 | 90 | 116 | 131 | 146 |
| Plant & equipment, net | 95 | 78 | 37 | 21 | 16 | 11 |
| Deferred financing expenses | 37 | — | 640 | 440 | — | — |
| Other assets | 79 | 79 | 79 | 79 | 79 | 79 |
|  | 820 | 5,102 | 1,032 | 1,365 | 7,393 | 27,090 |

# LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Corporate Office Balance Sheets (cont.)
### (in thousands of dollars)

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 667 | 1,086 | 563 | 713 | 6,984 | 26,686 |
| Accrued income taxes | (43) | — | — | — | — | — |
| Accrued interest expense | 7,954 | 13,442 | 164 | 71 | — | — |
| Accrued expenses excl. interest and income taxes | 1,404 | 1,384 | 1,437 | 850 | 750 | 750 |
| Short-term debt | 10,632 | 14,219 | 1,388 | — | — | — |
| Current portion of long-term debt | 58,454 | 59,156 | 6,628 | 3,456 | — | — |
| Total current liabilities | 79,068 | 89,287 | 10,180 | 5,090 | 7,734 | 27,436 |
| Long-term debt, net of current portion | 5 | — | 16,161 | 6,617 | — | — |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Intercompany | (42,410) | (38,031) | (37,204) | (40,295) | (48,981) | (71,056) |
| Stockholders' equity (deficit): | | | | | | |
| Common stock | 1,238 | 1,242 | 1,242 | 1,247 | 1,249 | 1,251 |
| Add'l paid-in-capital | 13,187 | 13,197 | 62,462 | 62,464 | 62,468 | 62,472 |
| Accumulated deficit | (50,366) | (60,691) | (51,907) | (33,856) | (15,175) | 6,889 |
| Stockholders' equity (deficit) | (35,941) | (46,252) | 11,797 | 29,855 | 48,542 | 70,612 |
|  | 820 | 5,102 | 1,032 | 1,365 | 7,393 | 27,090 |