

600 Travis, Suite 4200
Houston, Texas 77002
713.220.4200 Phone
713.220.4285 Fax
andrewskurth.com

Gerald Bracht
713.220.4706 Phone
713.238.7358 Fax
geraldbracht@andrewskurth.com

December 9, 2008

*Via Hand Delivery*
Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    *Lexington Precision Corp, et. al.,* Case No. 08-11153 (MG)

Dear Judge Glenn:

    This letter is to request a short status conference with the Court. The purpose of the status conference would be to discuss the need for entry of a discovery schedule leading up to the confirmation hearing, which I understand to be calendered for February 9-10, 2009.

    Although the Debtors and the Committee continue to discuss a consensual plan, there is no indication that a resolution is forthcoming, and it appears likely that a valuation hearing will be necessary. Counsel for the Debtors and the Committee have attempted to reach agreement on a firm discovery schedule but, as of now, have been unable to do so. As the time to conduct discovery before February 9 grows shorter, counsel for the Committee feels that it is necessary to get a firm discovery schedule in place that will allow the parties to proceed toward the hearing in an orderly fashion.

    I don't anticipate that the status conference would last more than 15-30 minutes. Please advise as to your availability this week for such a conference. Thank you for your consideration of this request.

Respectfully,

/s/ Gerald Bracht

Gerald Bracht

cc: Weil, Gotshal & Manges LLP

NYC:184294.1
Austin   Beijing   Dallas   Houston   London   Los Angeles   New York   The Woodlands   Washington, DC