**PRESIDENT**
PATRICK BUCCI

**VICE-PRESIDENT**
TOM WOLFE

E-mail—iuecwalocal84727@yahoo.com

**FINANCIAL SECRETARY**
TONY HUDDLESTON

**RECORDING SECRETARY**
DRUCELLA GRAHAM

Phone-330-719-7635
Fax-330-395-4875

# IUE-CWA
A Force for Working Families

P.O. Box 512
Cortland Oh. 44410

## Proud to be Union

December 16, 2008

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

In re: Lexington Precision Corp., et al., Chapter 11 Case No. 08-11153 (MG), December 8, 2008 Proposed Disclosure Statement.

Dear Judge Glenn:

    Hello, my name is Patrick Bucci, I am the local president of the IUE-CWA Local #84727 which represents the hourly workers from Lexington Precision Corporation (Vienna, Ohio Facility). I am writing to you concerning the recent December 8, 2008 Proposed Disclosure Statement from Lexington Precision Corporation.

    We have been very carefully monitoring all of the bankruptcy proceedings since the April 1, 2008 filing for Chapter 11 Bankruptcy Protection by Lexington Precision Corporation. Until this point, no disclosure has been more disturbing than this one presented to your court for consideration as part of the corporation's reorganization plan to exit Chapter 11 Bankruptcy.

    The corporation is asking the court's permission to either sell the Vienna, Ohio facility business or the absorption of the business into the remaining facilities in North Canton, Ohio, Rock Hill, South Carolina, or Jasper, Georgia. Due to the recent dramatic downturn in volume in the automotive original equipment segment the corporation believes this is the best course of action. We believe the corporation is failing to recognize a better course of action that will insure a more viable business strategy.

    The Vienna, Ohio facility has been the backbone of the corporation for many years through the hard work and dedication of both hourly and salaried employees. We believe the Vienna, Ohio facility will remain a viable business for many years to come once the company emerges from Chapter 11 Bankruptcy Protection.

    We feel very strongly that the facility in North Canton, Ohio has never been a viable business, never generated any cash flow and has only cost this corporation money over the years. Several salaried employees over the years have expressed many questions and concerns about the North Canton, Ohio facility remaining open.

    In the automotive O.E.M. market, the Rubber Group has focused on two principal products, insulators for automotive ignition systems and connector seals for automotive wiring harnesses. The Corporation believes that the Rubber Group is one of the two largest suppliers in the North American Automotive O.E.M. market. The Vienna, Ohio facility is the major reason for the Rubber Groups

DEC 17 2008
U.S. BANKRUPTCY COURT, SDNY

success in the market and the North Canton, Ohio facility has never been a contributor in that success.

In closing, we fully realize and understand the state of the economy, credit crisis, and the chaos within the automotive industry. We cannot stand idly by and allow another bad decision by this corporation to tragically effect so many lives by ultimately closing the Vienna, Ohio facility. We are asking for your careful consideration when making your final ruling on the Proposed Reorganization Plan. Please ask yourself, "Why Vienna, Ohio"? "Why not absorb the North Canton, Ohio Facility into the remaining three?" The proof is in the numbers and the North Canton, Ohio facility has none to back them up!

Thank you for you time and consideration.

Respectfully,

*Patrick Bucci*

Patrick Bucci
President
IUE-CWA Local #84727