**EXHIBIT B**

**(Order of the Bankruptcy Court)**

**To be filed**