# EXHIBIT F

**(Projected Consolidated Financial Statements for Five Years ending December 31, 2012)**

**Exhibit F**

### Projected Financial Statements

The Debtors' projected consolidated financial statements for the five years ending December 31, 2012, that are contained in this Exhibit F (the "Projected Financial Statements") were prepared by the Debtors in December 2008 in connection with the development of the second Amended Plan. Set forth below is a description of the manner in which the Projected Financial Statements were developed and the assumptions upon which the Projected Financial Statements were based.

## A. Development of the Projected Financial Statements

The Projected Financial Statements represent a summation of separate financial projections developed by the management teams at each of the Debtors' operating units (the "Divisional Projections") and for the Corporate Office, based upon (1) the underlying assumptions set forth below, and (2) the information available to the management team of each operating unit regarding the cost structure of that operating unit and critical factors in the market segments served by that operating unit. The market factors considered by the operating unit management teams included input from existing and prospective customers regarding the following:

(i)    the relative quality, service, and pricing offered by the operating units and their competitors;

(ii)    additional business that may become available to the operating units as a result of new programs being developed by those customers;

(iii)    additional business that may become available to the operating units as a result of re-sourcing of existing components due to quality, service, or pricing issues with current suppliers; and

(iv)    the potential for the operating units to lose business as a result of possible in-sourcing, offshore sourcing, or other re-sourcing decisions.

## B. Assumptions Underlying the Projected Financial Statements

The Divisional Projections were developed utilizing the following key assumptions:

**1. Consummation of the Amended Plan.** The Amended Plan will be confirmed by the Bankruptcy Court and the Effective Date will be February 25, 2008.

**2. New Secured Credit Facility.** On the Effective Date, the Debtors will enter into a senior, secured credit facility (the "New Secured Credit Facility") that will consist of (a) a $15.0 million revolving line of credit, and (b) $20.3 million of term loans. In addition, the Debtors will make arrangements for the $4.0 million Debtor-In-

Possession Financing being repaid on the Effective Date to be reinvested as a junior participation in the New Secured Financing.

**3. Consolidation of Manufacturing Facilities.** The Debtors will undertake a consolidation plan pursuant to which the Vienna, Ohio facility, which primarily produces connector seals for the automotive original equipment manufacturers ("OEMs"), will be closed at the end of the second quarter of 2009 and approximately 80% of the business at that facility will be transferred to the other three facilities of the Rubber Group. During the first half of 2009, the Vienna facility will produce "inventory banks" adequate to ensure that its customers will not experience production line shut-downs during the transition period. In order to ensure that productivity and quality levels at the Vienna facility are maintained during the first half of 2009, the Debtors have provided for an incentive compensation program for all employees at the Vienna facility in the aggregate amount of $843,000. The parts being transferred to other facilities will commence production at their new locations on January 1, 2010.

**4. Automotive Aftermarket.** Unit sales of automotive replacement parts that are critical to the operation and performance of the vehicle will grow at the rate of one percent (1%) per annum. The Debtors' sales of insulators for aftermarket ignition-wire sets have increased during 2008, despite the slowdown of the economy and the decrease in sales of new cars and light trucks.

**5. Automotive Original Equipment Segment.** Overall production of new cars and light trucks will be in accordance with the projections received by the Debtors during October 2008 from a leading, automotive-industry forecasting service, which indicated the following North American production levels (in millions of units):

|  | Actual | Projected | | | | |
|---|---|---|---|---|---|---|
|  | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** |
| GM, Ford, Chrysler | 9,548 | 7,679 | 7,141 | 7,253 | 7,331 | 7,473 |
| All Other | 5,553 | 5,332 | 5,400 | 5,827 | 6,525 | 7,242 |
|  | 15,101 | 13,011 | 12,541 | 13,086 | 13,856 | 14,715 |

The forecasting service also provided an automotive engine-build forecast that correlated to the vehicle production forecast. The engine-build forecast was the basis for forecasting the Debtors' sales of insulators for OEM ignition systems.

Since the Projected Financial Statements were prepared, industry projections for automobile production have been reduced several times. The latest such forecast available to the Debtors projects that the aggregate level of production of new automobiles in North America will be as follows:

- 2008    12.7 million units
- 2009    10.1 million units
- 2010    11.7 million units
- 2011    13.7 million units
- 2012    15.0 million units

Based upon the updated production forecast, the Debtors estimate that net sales and EBITDA included in the Projected Financial Statements for the Connector Seals Division and the Machining Division, which primarily serve the automotive OEM segment, would be adjusted by the following amounts:

|  | Change in Net Sales | | | |
|---|---|---|---|---|
|  | __2009__ | __2010__ | __2011__ | __2012__ |
| Connector Seals |  |  |  |  |
| Machining |  |  |  |  |
| Total | _____ | _____ | _____ | _____ |

|  | Change in EBITDA | | | |
|---|---|---|---|---|
|  | __2009__ | __2010__ | __2011__ | __2012__ |
| Connector Seals |  |  |  |  |
| Machining |  |  |  |  |
| Total | _____ | _____ | _____ | _____ |

The Debtors believe that any reduction in sales of insulators for ignition wire sets to the automotive OEM segment would be offset by increased sales of insulators for the automotive aftermarket, as a result of increases in the average age of vehicles on the road.

**6. Medical Device Market.** Unit sales of medical devices will grow at the rate of two percent (2%) per annum.

**7. Availability of New Business.** As a result of the consummation of the Amended Plan, customers of the Debtors who have restricted the ability of the Debtors to obtain new business because of concerns about the Debtors' financial condition will remove those restrictions and permit the Debtors to compete for new business solely on the basis of quality, delivery, and price.

**8. Raw Material Costs.** The Reorganized Debtors will be able to offset any raw material price increases subsequent to the date of the preparation of the Projected Financial Statements through the use of one or more of the following methods:

(i)    Substitution or reformulation of raw materials (including substitution of internally mixed rubber compounds for purchased compounds);

(ii)   Shifting purchases to suppliers offering lower prices for comparable raw materials; and

(iii)  Price increases to customers, some of which are already provided for by contract and some of which will be negotiated at the time of the raw material price increase.

**9. Net Operating Loss Carryforwards.** Upon the consummation of the Amended Plan, there will be a "change of control" of the Debtors, as defined under the Internal Revenue Code (the "Code"). The Reorganized Debtors will elect to utilize their net operating loss carryforwards pursuant to the provisions of Section 382(1)b of the Code, based on an equity value of $4.46 per share.

### C. Forward-Looking Statements

Some of the statements in this Disclosure Statement are "forward-looking statements." Forward-looking statements usually can be identified by the Debtors' use of words like "believes," "expects," "may," "will," "should," "anticipates," "estimates," "projects," or the negative thereof. They may be used when strategy is discussed, which typically involves risk and uncertainty, and they generally are based upon projections and estimates rather than historical facts and events.

Forward-looking statements are subject to a number of risks and uncertainties that could cause the Debtors' actual results or performance to be materially different from the future results or performance expressed in or implied by those statements. Some of those risks and uncertainties are:

(i)     increases and decreases in business awarded to the Debtors by their customers;

(ii)    unanticipated price reductions for the Debtors' products as a result of competition;

(iii)   the ability of the Debtors to offset any increases in the cost of raw materials;

(iv)    North American automotive production significantly above or below the production forecast utilized by the Debtors in preparing the Projected Financial Statements;

(v)     changes in the competitive environment;

(vi)    unanticipated operating results;

(vii)   changes in economic conditions;

(viii)  changes in interest rates;

(ix)    financial difficulties encountered by the Debtors' customers or suppliers;

(x)     decreased access to the credit market by the Debtors customers or suppliers

(xi)   chapter 11 filings by one or more of the Debtors' customers or suppliers

(xii)  a chapter 11 filing by any of the Detroit-based automobile manufacturers; and

(xiii) labor interruptions at facilities of the Debtors or their customers or suppliers.

The Debtors' results of operations for any particular period are not necessarily indicative of the results to be expected for any succeeding period. The use of forward-looking statements should not be regarded as a representation that any of the projections or estimates expressed in or implied by those forward-looking statements will be realized, and actual results may vary materially. We cannot assure you that any of the forward-looking statements contained herein will prove to be accurate. All forward-looking statements are expressly qualified by the discussion above.

# LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Consolidated Statements of Operations
### (in thousands of dollars)

| | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 88,408 | 73,102 | 93,020 | 105,344 | 115,919 | 126,382 |
| Cost of sales | 76,529 | 63,016 | 72,991 | 78,805 | 83,882 | 89,980 |
| Gross profit | 11,879 | 10,086 | 20,029 | 26,539 | 32,037 | 36,402 |
| Selling & administrative expense | 6,506 | 5,693 | 6,276 | 6,162 | 6,385 | 6,568 |
| Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
| Other income (expense): | | | | | | |
| Interest expense | (11,507) | (8,913) | (3,379) | (1,889) | (1,101) | – |
| Interest income | 68 | 96 | – | – | 130 | 530 |
| Gain on sale of property | – | – | – | 3,287 | – | – |
| Discontinued operations | (189) | 51 | – | 576 | – | – |
| Reorganization expense | (698) | (5,814) | (590) | – | – | – |
| Subtotal | (12,326) | (14,580) | (3,969) | 1,974 | (971) | 530 |
| Income (loss) before income taxes | (6,953) | (10,187) | 9,784 | 22,351 | 24,681 | 30,364 |
| Provision for income taxes | 6 | 40 | 1,000 | 4,300 | 6,000 | 8,300 |
| Net income (loss) | (6,959) | (10,227) | 8,784 | 18,051 | 18,681 | 22,064 |
| EBITDA (continuing operations): | | | | | | |
| Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
| Depreciation | 6,036 | 5,072 | 4,358 | 3,797 | 3,608 | 3,614 |
| Amortization (operating only) | 401 | 262 | 169 | 430 | 192 | 141 |
| EBITDA | 11,810 | 9,727 | 18,280 | 24,604 | 29,452 | 33,589 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Statements of Operations**
**(expressed as a percent of net sales)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 86.6 | 86.2 | 78.5 | 74.8 | 72.4 | 71.2 |
| Gross profit | 13.4 | 13.8 | 21.5 | 25.2 | 27.6 | 28.8 |
| Selling & administrative expense | 7.4 | 7.8 | 6.7 | 5.8 | 5.5 | 5.2 |
| Income from operations | 6.1 | 6.0 | 14.8 | 19.3 | 22.1 | 23.6 |
| Other income (expense): | | | | | | |
| Interest expense | (13.0) | (12.2) | (3.6) | (1.8) | (0.9) | 0.0 |
| Interest income | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.4 |
| Gain on sale of property | 0.0 | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 |
| Discontinued operations | (0.2) | 0.1 | 0.0 | 0.5 | 0.0 | 0.0 |
| Reorganization expense | (0.8) | (8.0) | (0.6) | 0.0 | 0.0 | 0.0 |
| Total | (13.9) | (19.9) | (4.3) | 1.9 | (0.8) | 0.4 |
| Income (loss) before income taxes | (7.9) | (13.9) | 10.5 | 21.2 | 21.3 | 24.0 |
| Income taxes | 0.0 | 0.1 | 1.1 | 4.1 | 5.2 | 6.6 |
| Net income (loss) | (7.9) % | (14.0) % | 9.4 % | 17.1 % | 16.1 % | 17.5 % |
| EBITDA: | | | | | | |
| Income from operations | 6.1 % | 6.0 % | 14.8 % | 19.3 % | 22.1 % | 23.6 % |
| Depreciation | 6.8 | 6.9 | 4.7 | 3.6 | 3.1 | 2.9 |
| Amortization (operating only) | 0.5 | 0.4 | 0.2 | 0.4 | 0.2 | 0.1 |
| EBITDA | 13.4 % | 13.3 % | 19.7 % | 23.4 % | 25.4 % | 26.6 % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Statements of Cash Flows**
**(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected | | | |
|---|---|---|---|---|---|---|
| | | | 2009 | 2010 | 2011 | 2012 |
| Income from operations | 5,373 | 4,393 | 13,753 | 20,377 | 25,652 | 29,834 |
| Depreciation | 6,036 | 5,072 | 4,358 | 3,797 | 3,608 | 3,614 |
| Amortization (operating only), net | 401 | 262 | 169 | 430 | 192 | 141 |
| EBITDA | 11,810 | 9,727 | 18,280 | 24,604 | 29,452 | 33,589 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (1,256) | 3,833 | (3,814) | (4,365) | (1,583) | (1,604) |
| Inventories | (543) | (1,990) | 2,509 | (1,629) | (1,223) | (1,134) |
| Prepaid expenses | (287) | (155) | 413 | (536) | (151) | (92) |
| Other current assets | 328 | (451) | 461 | 24 | | |
| Accounts payable | 188 | 536 | 4,298 | 1,581 | 362 | 635 |
| Accrued expenses | 147 | (29) | (276) | (68) | 84 | 185 |
| Net change in operating working capital | (1,423) | 1,744 | 3,591 | (4,993) | (2,511) | (2,010) |
| | | | | | | |
| Capital expenditures | (2,664) | (2,971) | (3,580) | (5,010) | (3,708) | (3,927) |
| Sales of P & E, excl. gains or losses on sales | – | 22 | 2,785 | 4,500 | – | – |
| Other assets | (184) | (318) | (374) | (325) | (200) | (200) |
| Post-retirement liability, excl. current portion | (2) | 17 | (7) | (30) | (30) | (30) |
| Other long-term liabilities | 101 | 11 | 170 | 111 | 95 | 50 |
| Cash provided (used) by discontinued operations | (17) | 184 | 26 | 1,698 | – | – |
| | | | | | | |
| Net cash provided (used) | 7,621 | 8,416 | 20,891 | 20,555 | 23,098 | 27,472 |
| | | | | | | |
| Nonoperating profit (loss) incl. income tax expense | (12,211) | (14,671) | (4,969) | (6,189) | (6,971) | (7,770) |
| Amortization of deferred financing costs | 1,249 | 251 | 160 | 200 | 440 | – |
| Deferred financing charges | (1,286) | (214) | (800) | – | – | – |
| Income taxes payable, net | (4) | 43 | – | – | – | – |
| Accrued interest | 5,824 | 5,488 | 789 | (93) | (71) | – |
| Accrued reorganization expense | – | 1,052 | (1,062) | – | – | – |
| Term loans | (3,279) | 697 | (6,789) | (12,716) | (10,073) | – |
| Revolving line of credit | 2,263 | 3,587 | (12,831) | (1,388) | – | – |
| | | | | | | |
| Net cash flow | 177 | 4,649 | (4,611) | 369 | 6,423 | 19,702 |
| | | | | | | |
| Add cash on hand at beginning of period | 35 | 212 | 4,861 | 250 | 619 | 7,042 |
| Cash on hand at end of period | 212 | 4,861 | 250 | 619 | 7,042 | 26,744 |
| | | | | | | |
| Net cash transferred to (from) corporate | – | – | – | – | – | – |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Balance Sheets**
**(in thousands of dollars)**

| | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 212 | 4,861 | 250 | 619 | 7,042 | 26,744 |
| Marketable securities | 214 | 116 | 116 | 116 | 116 | 116 |
| Trade receivables, net | 10,981 | 7,148 | 10,962 | 15,327 | 16,910 | 18,514 |
| Inventories | 9,330 | 11,320 | 8,811 | 10,440 | 11,663 | 12,797 |
| Prepaid expenses | 926 | 1,081 | 668 | 1,204 | 1,355 | 1,447 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Other current assets | 106 | 557 | 96 | 72 | 72 | 72 |
| Current assets of discontinued operations | 10 | 5 | – | – | – | – |
| Total current assets | 21,877 | 25,186 | 21,001 | 27,876 | 37,256 | 59,788 |
| | | | | | | |
| Plant & equipment | | | | | | |
| Land | 1,817 | 2,254 | 2,108 | 895 | 895 | 895 |
| Buildings | 13,370 | 13,392 | 10,787 | 10,787 | 10,787 | 10,787 |
| Machinery & equipment | 110,723 | 112,105 | 94,761 | 99,771 | 103,479 | 107,406 |
| | 125,910 | 127,751 | 107,656 | 111,453 | 115,161 | 119,088 |
| Accumulated depreciation | 105,056 | 109,020 | 92,488 | 96,285 | 99,893 | 103,507 |
| Plant & equipment, net | 20,854 | 18,731 | 15,168 | 15,168 | 15,268 | 15,581 |
| | | | | | | |
| Plant & equipment of discontinued operations | 1,338 | 1,230 | 1,122 | – | – | – |
| | | | | | | |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| | | | | | | |
| Deferred financing expenses | 37 | – | 640 | 440 | – | – |
| | | | | | | |
| Other assets | 638 | 610 | 714 | 512 | 409 | 378 |
| | | | | | | |
| | 52,367 | 53,380 | 46,268 | 51,619 | 60,556 | 83,370 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Consolidated Balance Sheets (cont.)
(in thousands of dollars)**

| | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| Current liabilities: | | | | | | |
|   Accounts payable | 6,558 | 7,607 | 6,029 | 7,610 | 7,972 | 8,607 |
|   Accrued income taxes | (43) | – | – | – | – | – |
|   Accrued interest expense | 7,954 | 13,442 | 164 | 71 | – | – |
|   Accrued expenses excl. interest and income taxes | 3,975 | 4,485 | 3,591 | 3,523 | 3,607 | 3,792 |
|   Short-term debt | 10,632 | 14,219 | 1,388 | – | – | – |
|   Current portion of long-term debt | 58,454 | 59,156 | 6,628 | 3,456 | – | – |
|   Current liabilities of discontinued operations | 241 | 261 | – | – | – | – |
|     Total current liabilities | 87,771 | 99,170 | 17,800 | 14,660 | 11,579 | 12,399 |
| Long-term debt, net of current portion | 5 | – | 16,161 | 6,617 | – | – |
| Long-term portion of post-retirement obligation | 258 | 275 | 268 | 238 | 208 | 178 |
| Other long-term liabilities | 176 | 89 | 144 | 151 | 129 | 83 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Stockholders' equity (deficit): | | | | | | |
|   Common stock | 1,238 | 1,242 | 1,242 | 1,247 | 1,249 | 1,251 |
|   Additional paid-in-capital | 13,187 | 13,197 | 62,462 | 62,464 | 62,468 | 62,472 |
|   Accumulated income (deficit) | (50,366) | (60,691) | (51,907) | (33,856) | (15,175) | 6,889 |
|     Stockholders' equity (deficit) | (35,941) | (46,252) | 11,797 | 29,855 | 48,542 | 70,612 |
| | 52,367 | 53,380 | 46,268 | 51,619 | 60,556 | 83,370 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidating Outstanding Debt**
**(in thousands of dollars)**

| | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| Revolving loans | 10,632 | 14,219 | 1,388 | – | – | – |
| Equipment term loan | 9,167 | 6,667 | – | – | – | – |
| New equipment term loan | – | – | 7,235 | 4,901 | – | – |
| Real estate term loan A | 10,022 | 9,289 | – | – | – | – |
| Real estate term loan B | 4,000 | 4,000 | – | – | – | – |
| New real estate term loan | – | – | 8,830 | – | – | – |
| Second lien secured note | – | – | – | – | – | – |
| Debtor-in-possession note | – | 4,000 | – | – | – | – |
| Investor loan | – | – | 4,000 | 4,000 | – | – |
| Retirement obligations | 6 | – | – | – | – | – |
| General unsecured claims | – | – | 2,724 | 1,172 | – | – |
| 12% Senior Subordinated Notes due July 31, 2009 | 34,177 | 34,177 | – | – | – | – |
| 12% Senior Subordinated Notes due December 31, 2013 | – | – | – | – | – | – |
| 13% Junior Subordinated Note | 347 | 347 | – | – | – | – |
| Redeemable preferred stock | 660 | 660 | – | – | – | – |
| Other | 80 | 16 | – | – | – | – |
| Total debt | 69,091 | 73,375 | 24,177 | 10,073 | – | – |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Statements of Operations**
**(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 74,587 | 62,383 | 75,986 | 78,407 | 86,413 | 93,419 |
| Cost of sales | 63,039 | 52,151 | 57,208 | 55,401 | 58,862 | 62,837 |
| Gross profit | 11,548 | 10,232 | 18,778 | 23,006 | 27,551 | 30,582 |
| Selling & administrative expense | 3,573 | 2,882 | 3,107 | 2,784 | 2,853 | 2,919 |
| Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
| EBITDA: | | | | | | |
| Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
| Depreciation | 5,335 | 4,499 | 3,762 | 3,105 | 2,722 | 2,637 |
| Amortization (operating only) | 392 | 248 | 155 | 423 | 186 | 135 |
| EBITDA | 13,702 | 12,097 | 19,588 | 23,750 | 27,606 | 30,435 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Rubber Group Statements of Operations
(expressed as a percent of net sales)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 84.5 | 83.6 | 75.3 | 70.7 | 68.1 | 67.3 |
| Gross profit | 15.5 | 16.4 | 24.7 | 29.3 | 31.9 | 32.7 |
| Selling & administrative expense | 4.8 | 4.6 | 4.1 | 3.6 | 3.3 | 3.1 |
| Income from operations | 10.7 % | 11.8 % | 20.6 % | 25.8 % | 28.6 % | 29.6 % |
| EBITDA: | | | | | | |
| Income from operations | 10.7 % | 11.8 % | 20.6 % | 25.8 % | 28.6 % | 29.6 % |
| Depreciation | 7.2 | 7.2 | 5.0 | 4.0 | 3.1 | 2.8 |
| Amortization (operating only) | 0.5 | 0.4 | 0.2 | 0.5 | 0.2 | 0.1 |
| EBITDA | 18.4 % | 19.4 % | 25.8 % | 30.3 % | 31.9 % | 32.6 % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Statements of Cash Flows**
**(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Income from operations | 7,975 | 7,350 | 15,671 | 20,222 | 24,698 | 27,663 |
| Depreciation | 5,335 | 4,499 | 3,762 | 3,105 | 2,722 | 2,637 |
| Amortization (operating only) | 392 | 248 | 155 | 423 | 186 | 135 |
| EBITDA | 13,702 | 12,097 | 19,588 | 23,750 | 27,606 | 30,435 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (728) | 3,096 | (1,844) | (2,474) | (1,092) | (944) |
| Inventories | (288) | (1,401) | 2,665 | (924) | (676) | (606) |
| Prepaid expenses | (20) | (203) | 324 | (270) | (77) | (64) |
| Other current assets | 430 | (548) | 358 | 24 | – | – |
| Accounts payable | 177 | 841 | (1,355) | 805 | 404 | 377 |
| Accrued expenses | (91) | 423 | (433) | 279 | 115 | 92 |
| Net change in operating working capital | (520) | 2,208 | (285) | (2,560) | (1,326) | (1,145) |
| | | | | | | |
| Capital expenditures | (2,068) | (2,507) | (2,378) | (3,000) | (2,698) | (2,417) |
| Sales of P & E, excl. gains or losses on sales | – | – | 2,785 | 4,500 | – | – |
| Other assets | (337) | (347) | (374) | (325) | (200) | (200) |
| Post-retirement liability, excl. current portion | (12) | – | – | (20) | (20) | (20) |
| Other long-term liabilities | 101 | 11 | 170 | 111 | 95 | 50 |
| | | | | | | |
| Net cash provided (used) | 10,866 | 11,462 | 19,506 | 22,456 | 23,457 | 26,703 |

# LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Rubber Group Balance Sheets
### (in thousands of dollars)

| | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 51 | 50 | 50 | 54 | 54 | 54 |
| Trade receivables, net | 8,961 | 5,865 | 7,709 | 10,183 | 11,275 | 12,219 |
| Inventories | 7,268 | 8,669 | 6,004 | 6,928 | 7,604 | 8,210 |
| Prepaid expenses | 646 | 849 | 525 | 795 | 872 | 936 |
| Other current assets | (94) | 454 | 96 | 72 | 72 | 72 |
| Total current assets | 16,832 | 15,887 | 14,384 | 18,032 | 19,877 | 21,491 |
| Plant & equipment | | | | | | |
| Land | 1,696 | 2,133 | 1,987 | 774 | 774 | 774 |
| Buildings | 11,012 | 11,031 | 8,426 | 8,426 | 8,426 | 8,426 |
| Machinery & equipment | 85,356 | 86,717 | 68,173 | 71,173 | 73,871 | 76,288 |
| | 98,064 | 99,881 | 78,586 | 80,373 | 83,071 | 85,488 |
| Accumulated depreciation | 80,780 | 84,589 | 67,463 | 70,568 | 73,290 | 75,927 |
| Plant & equipment, net | 17,284 | 15,292 | 11,123 | 9,805 | 9,781 | 9,561 |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| Other assets | 497 | 498 | 602 | 400 | 297 | 266 |
| | 42,236 | 39,300 | 33,732 | 35,860 | 37,578 | 38,941 |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 4,353 | 5,194 | 3,839 | 4,644 | 5,048 | 5,425 |
| Accrued operating expenses | 2,138 | 2,561 | 1,584 | 1,863 | 1,978 | 2,070 |
| Total current liabilities | 6,491 | 7,755 | 5,423 | 6,507 | 7,026 | 7,495 |
| Long-term portion of post-retirement obligation | 170 | 170 | 170 | 150 | 130 | 110 |
| Other long-term liabilities | 176 | 89 | 144 | 151 | 129 | 83 |
| Invested capital | 35,399 | 31,286 | 27,995 | 29,052 | 30,293 | 31,253 |
| | 42,236 | 39,300 | 33,732 | 35,860 | 37,578 | 38,941 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Statements of Operations**
**(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 2009 | 2010 | 2011 | 2012 |
| Net product sales | 13,821 | 10,719 | 17,034 | 26,937 | 29,506 | 32,963 |
| Cost of product sales | 13,490 | 10,865 | 15,783 | 23,404 | 25,020 | 27,143 |
| Gross profit | 331 | (146) | 1,251 | 3,533 | 4,486 | 5,820 |
| Selling & administrative expense | 523 | 534 | 582 | 739 | 840 | 904 |
| Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
| EBITDA: | | | | | | |
| Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
| Depreciation | 682 | 538 | 562 | 666 | 871 | 962 |
| Amortization (operating only) | – | – | – | – | – | – |
| EBITDA | 490 | (142) | 1,231 | 3,460 | 4,517 | 5,878 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Statements of Operations**
**(expressed as a percent of net sales)**

| | Actual 2007 | | Forecast 2008 | | Projected 2009 | | 2010 | | 2011 | | 2012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 100.0 | % | 100.0 | % | 100.0 | % | 100.0 | % | 100.0 | % | 100.0 | % |
| Cost of sales | 97.6 | | 101.4 | | 92.7 | | 86.9 | | 84.8 | | 82.3 | |
| Gross profit | 2.4 | | (1.4) | | 7.3 | | 13.1 | | 15.2 | | 17.7 | |
| Selling & administrative expense | 3.8 | | 5.0 | | 3.4 | | 2.7 | | 2.8 | | 2.7 | |
| Income (loss) from operations | (1.4) | % | (6.3) | % | 3.9 | % | 10.4 | % | 12.4 | % | 14.9 | % |
| EBITDA: | | | | | | | | | | | | |
| Income (loss) from operations | (1.4) | % | (6.3) | % | 3.9 | % | 10.4 | % | 12.4 | % | 14.9 | % |
| Depreciation | 4.9 | | 5.0 | | 3.3 | | 2.5 | | 3.0 | | 2.9 | |
| Amortization (operating only) | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 | |
| EBITDA | 3.5 | % | (1.3) | % | 7.2 | % | 12.8 | % | 15.3 | % | 17.8 | % |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Metals Group Statements of Cash Flows
(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Income (loss) from operations | (192) | (680) | 669 | 2,794 | 3,646 | 4,916 |
| Depreciation | 682 | 538 | 562 | 666 | 871 | 962 |
| Amortization (operating only) | – | – | – | – | – | – |
| EBITDA | 490 | (142) | 1,231 | 3,460 | 4,517 | 5,878 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (401) | 737 | (1,970) | (1,891) | (491) | (660) |
| Inventories | (255) | (589) | (156) | (705) | (547) | (528) |
| Prepaid expenses | (67) | 35 | 31 | (82) | (24) | (28) |
| Other current assets | 38 | (103) | 103 | – | – | – |
| Accounts payable | 469 | (211) | 300 | 626 | (42) | 258 |
| Accrued expenses | 41 | 107 | 30 | 240 | 69 | 93 |
| Net change in operating working capital | (175) | (24) | (1,662) | (1,812) | (1,035) | (865) |
| | | | | | | |
| Capital expenditures | (519) | (446) | (1,209) | (2,000) | (1,000) | (1,500) |
| Sales of P & E, excl. gains or losses on sales | – | 22 | – | – | – | – |
| Other assets | (61) | 29 | – | – | – | – |
| Post-retirement liability, excl. current portion | 10 | 17 | (7) | (10) | (10) | (10) |
| | | | | | | |
| Net cash provided (used) | (255) | (544) | (1,647) | (362) | 2,472 | 3,503 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Balance Sheets**
**(in thousands of dollars)**

|  | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 1 | 4 | 4 | 4 | 4 | 4 |
| Trade receivables, net | 2,020 | 1,283 | 3,253 | 5,144 | 5,635 | 6,295 |
| Inventories | 2,062 | 2,651 | 2,807 | 3,512 | 4,059 | 4,587 |
| Prepaid expenses | 343 | 308 | 277 | 359 | 383 | 411 |
| Other current assets | — | 103 | — | — | — | — |
| Total current assets | 4,426 | 4,349 | 6,341 | 9,019 | 10,081 | 11,297 |
| Plant & equipment | | | | | | |
| Land | 121 | 121 | 121 | 121 | 121 | 121 |
| Buildings | 2,325 | 2,325 | 2,325 | 2,325 | 2,325 | 2,325 |
| Machinery & equipment | 25,280 | 25,288 | 26,497 | 28,497 | 29,497 | 30,997 |
|  | 27,726 | 27,734 | 28,943 | 30,943 | 31,943 | 33,443 |
| Accumulated depreciation | 24,251 | 24,373 | 24,935 | 25,601 | 26,472 | 27,434 |
| Plant & equipment, net | 3,475 | 3,361 | 4,008 | 5,342 | 5,471 | 6,009 |
| Other assets | 62 | 33 | 33 | 33 | 33 | 33 |
|  | 7,963 | 7,743 | 10,382 | 14,394 | 15,585 | 17,339 |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 1,538 | 1,327 | 1,627 | 2,253 | 2,211 | 2,469 |
| Accrued operating expenses | 433 | 540 | 570 | 810 | 879 | 972 |
| Total current liabilities | 1,971 | 1,867 | 2,197 | 3,063 | 3,090 | 3,441 |
| Long-term portion of post-retirement obligation | 88 | 105 | 98 | 88 | 78 | 68 |
| Invested capital | 5,904 | 5,771 | 8,087 | 11,243 | 12,417 | 13,830 |
|  | 7,963 | 7,743 | 10,382 | 14,394 | 15,585 | 17,339 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Corporate Office Statements of Operations
(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | — | — | — | — | — | — |
| Cost of sales | — | — | — | — | — | — |
| Gross profit from operations | — | — | — | — | — | — |
| Selling & administrative expense | 2,410 | 2,277 | 2,587 | 2,639 | 2,692 | 2,745 |
| Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
| EBITDA: | | | | | | |
|    Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
|    Depreciation | 19 | 35 | 34 | 26 | 15 | 15 |
|    Amortization (operating only) | 9 | 14 | 14 | 7 | 6 | 6 |
|      EBITDA | (2,382) | (2,228) | (2,539) | (2,606) | (2,671) | (2,724) |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Corporate Office Statements of Operations
(expressed as a percent of net sales)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | – % | – % | – % | – % | – % | – % |
| Cost of sales | – | – | – | – | – | – |
| Gross profit from operations | – | – | – | – | – | – |
| Selling & administrative expense | 2.7 | 3.1 | 2.8 | 2.5 | 2.3 | 2.2 |
| Loss from operations | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |
| EBITDA: | | | | | | |
| Loss from operations | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |
| Depreciation | – | – | – | – | – | – |
| Amortization (operating only) | – | – | – | – | – | – |
| EBITDA | (2.7) % | (3.1) % | (2.8) % | (2.5) % | (2.3) % | (2.2) % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Corporate Office Statements of Cash Flows**
**(in thousands of dollars)**

| | Actual 2007 | Forecast 2008 | Projected 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Loss from operations | (2,410) | (2,277) | (2,587) | (2,639) | (2,692) | (2,745) |
| Depreciation | 19 | 35 | 34 | 26 | 15 | 15 |
| Amortization (operating only) | 9 | 14 | 14 | 7 | 6 | 6 |
| EBITDA | (2,382) | (2,228) | (2,539) | (2,606) | (2,671) | (2,724) |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (127) | – | – | – | – | – |
| Prepaid expenses | (200) | 13 | 58 | (184) | (50) | – |
| Other current assets | (140) | 200 | – | – | – | – |
| Accounts payable | (458) | (94) | 5,353 | 150 | – | – |
| Accrued expenses | 197 | (559) | 127 | (587) | (100) | – |
| Net change in operating working capital | (728) | (440) | 5,538 | (621) | (150) | – |
| | | | | | | |
| Capital expenditures | (77) | (18) | 7 | (10) | (10) | (10) |
| Other assets | 214 | – | – | – | – | – |
| Discontinued operations | (87) | | | | | |
| | | | | | | |
| Net cash provided (used) | (3,060) | (2,686) | 3,006 | (3,237) | (2,831) | (2,734) |
| | | | | | | |
| Nonoperating loss incl. income tax expense | (12,211) | (14,671) | (4,969) | (6,189) | (6,971) | (7,770) |
| Amortization of deferred financing costs | 1,249 | 251 | 160 | 200 | 440 | – |
| Deferred financing charges | (1,286) | (214) | (800) | – | – | – |
| Income taxes payable, net | (4) | 43 | – | – | – | – |
| Accrued interest | 5,824 | 5,488 | 789 | (93) | (71) | – |
| Accrued reorganization expense | – | 1,052 | (1,062) | – | – | – |
| Term loans | (3,279) | 697 | (6,789) | (12,716) | (10,073) | – |
| Revolving line of credit | 2,263 | 3,587 | (12,831) | (1,388) | – | – |
| | | | | | | |
| Net cash flow | (10,504) | (6,453) | (22,496) | (23,423) | (19,506) | (10,504) |
| | | | | | | |
| Add cash on hand at beginning of period | (17) | 160 | 4,807 | 196 | 561 | 6,984 |
| Less cash on hand at end of period | 160 | 4,807 | 196 | 561 | 6,984 | 26,686 |
| | | | | | | |
| Net cash transferred to (from) corporate | (10,681) | (11,100) | (17,885) | (23,788) | (25,929) | (30,206) |

## LEXINGTON PRECISION CORPORATION
## AND SUBSIDIARY

### Corporate Office Balance Sheets
### (in thousands of dollars)

| | Actual 12/31/07 | Forecast 12/31/08 | Projected | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 |
| **Assets:** | | | | | | |
| | | | | | | |
| Current assets: | | | | | | |
| Cash | 160 | 4,807 | 196 | 561 | 6,984 | 26,686 |
| Marketable securities | 214 | 116 | 116 | 116 | 116 | 116 |
| Trade receivables, net | – | – | – | – | – | – |
| Inventories | | | | | | |
| Prepaid expenses | (63) | (76) | (134) | 50 | 100 | 100 |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Other current assets | 200 | | – | – | – | – |
| Total current assets | 609 | 4,945 | 276 | 825 | 7,298 | 27,000 |
| | | | | | | |
| Plant & equipment | | | | | | |
| Land | – | – | – | – | – | – |
| Buildings | 33 | 36 | 36 | 36 | 36 | 36 |
| Machinery & equipment | 87 | 100 | 91 | 101 | 111 | 121 |
| | 120 | 136 | 127 | 137 | 147 | 157 |
| Accumulated depreciation | 25 | 58 | 90 | 116 | 131 | 146 |
| Plant & equipment, net | 95 | 78 | 37 | 21 | 16 | 11 |
| | | | | | | |
| Deferred financing expenses | 37 | – | 640 | 440 | – | – |
| | | | | | | |
| Other assets | 79 | 79 | 79 | 79 | 79 | 79 |
| | | | | | | |
| | 820 | 5,102 | 1,032 | 1,365 | 7,393 | 27,090 |

**LEXINGTON PRECISION CORPORATION
AND SUBSIDIARY**

**Corporate Office Balance Sheets (cont.)
(in thousands of dollars)**

| | Actual 12/31/07 | Forecast 12/31/08 | Projected 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 667 | 1,086 | 563 | 713 | 6,984 | 26,686 |
| Accrued income taxes | (43) | – | – | – | – | – |
| Accrued interest expense | 7,954 | 13,442 | 164 | 71 | – | – |
| Accrued expenses excl. interest and income taxes | 1,404 | 1,384 | 1,437 | 850 | 750 | 750 |
| Short-term debt | 10,632 | 14,219 | 1,388 | – | – | – |
| Current portion of long-term debt | 58,454 | 59,156 | 6,628 | 3,456 | – | – |
| Total current liabilities | 79,068 | 89,287 | 10,180 | 5,090 | 7,734 | 27,436 |
| Long-term debt, net of current portion | 5 | – | 16,161 | 6,617 | – | – |
| Deferred income taxes | 98 | 98 | 98 | 98 | 98 | 98 |
| Intercompany | (42,410) | (38,031) | (37,204) | (40,295) | (48,981) | (71,056) |
| Stockholders' equity (deficit): | | | | | | |
| Common stock | 1,238 | 1,242 | 1,242 | 1,247 | 1,249 | 1,251 |
| Add'l paid-in-capital | 13,187 | 13,197 | 62,462 | 62,464 | 62,468 | 62,472 |
| Accumulated deficit | (50,366) | (60,691) | (51,907) | (33,856) | (15,175) | 6,889 |
| Stockholders' equity (deficit) | (35,941) | (46,252) | 11,797 | 29,855 | 48,542 | 70,612 |
| | 820 | 5,102 | 1,032 | 1,365 | 7,393 | 27,090 |