# EXHIBIT G

# (Liquidation Analysis)

NY2:\1891035\37\14J4R37!.DOC\26690.0008

## LEXINGTON PRECISION CORPORATION

### Liquidation Analysis as of February 28, 2009
(in thousands of dollars)

|  | LRGI | LPC | Debtors |
|---|---:|---:|---:|
| Net proceeds of liquidation before related fees | 29,198 | 15,614 | 44,812 |
| Trustee's commission (3%) | (876) | (468) | (1,344) |
| Legal fees | (600) | (600) | (1,200) |
| Net proceeds of liquidation | 27,722 | 14,545 | 42,268 |
| Secured debt |  |  | (33,804) |
| Interest on secured debt during liquidation period |  |  | (760) |
| Debtor-in-possession loan |  |  | (4,033) |
| Interest on debtor-in-possession loan during liquidation period |  |  | (200) |
| Net proceeds before payment of post-petition accounts payable and chapter 11 professional fees |  |  | 3,471 |
| Post-petition accounts payable |  |  | (4,218) |
| Chapter 11 professional fees |  |  | (672) |
| Shortfall |  |  | (1,419) |
| Net proceeds of liquidation available for unsecured creditors |  |  | -0- |