WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re:                                                  :         Chapter 11
                                                        :
**LEXINGTON PRECISION CORP., <u>et</u> <u>al.</u>,**    :         Case No. 08-11153 (MG)
                                                        :
              Debtors.                                  :         (Jointly Administered)
                                                        :
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE DECEMBER 19, 2008**
<u>**OMNIBUS HEARING TO JANUARY 7, 2008 AT 2:00 P.M. (EASTERN TIME)**</u>

PLEASE TAKE NOTICE that the hearng (the "<u>Hearing</u>") to consider, among other pending matters, the Debtors' motion to approve the Debtors' proposed disclosure statement, [Docket No. 479], which was scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on December 19, 2008 at 10:00 a.m. (Eastern Time) has been adjourned to **January 7, 2009 at 2:00 p.m. (Eastern Time)**.  The Debtors may further adjourn the Hearing from time to time without further notice other than the announcement in open court of such adjournment on

the date scheduled for the Hearing or filing and serving a notice of adjournment.

Dated: December 18, 2008
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Attorneys for Debtors
and Debtors in Possession