Objection Deadline – December 31, 2008 at 12:00 p.m. (Eastern Standard Time)
Hearing Date – January 7, 2009 at 2:00 p.m. (Eastern Standard Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEXINGTON PRECISION CORP., et al.,                           :    08-11153 (MG)
                                                             :
        Debtors.                                             :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x
```

**NOTICE OF HEARING OF DEBTORS' MOTION TO (I) APPROVE THE DEBTORS' PROPOSED DISCLOSURE STATEMENT, (II) APPROVE THE PROCEDURES TO SOLICIT ACCEPTANCES OF THE DEBTORS' PROPOSED PLAN, AND (III) SCHEDULE A HEARING AND ESTABLISH NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE DEBTORS' PROPOSED PLAN**

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases, filed a motion, dated October 24, 2008, [Docket No. 446], (the "Motion") for entry of an order approving, among other things, the Debtors' proposed disclosure statement, [Docket No. 488], (as may be amended, the "Disclosure Statement") for the Debtors' proposed chapter 11 plan. (as may be amended, the "Proposed Plan"). Please note that the Proposed Plan is attached to the Disclosure Statement as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that the Motion and Disclosure Statement (with the Proposed Plan attached thereto) are available at the Debtors' claims and noticing agent's website at **http://chapter11.epiqsystems.com/lexington**.  The documents are also available from the website of the U.S. Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") at **http://ecf.nysb.uscourts.gov/** (a PACER login and password are required and can be obtained through the PACER Service Center) at http://pacer.psc.uscourts.gov/.  For hard copies, please contact Epiq Bankruptcy Solutions, LLC at **(886) 212-0222** or **(646) 282-2500**

PLEASE TAKE FURTHER NOTICE that the deadline to file any objections or responses to the Motion is **December 31, 2008 at 12:00 p.m. (Eastern Standard Time)** (the "<u>Objection Deadline</u>").  In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at www.nysb.uscourts.gov.  All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Martin Glenn.

PLEASE TAKE NOTICE that all objections or responses, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **December 31, 2008 at 12:00 p.m. (Eastern Standard Time)**, upon:  (a) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New

York, New York 10023 (Attn: Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Adam Strochak and John Lucas); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (d) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (e) the attorneys for the statutory creditors' committee, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein); and (f) the attorneys for the Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion and the relief requested therein shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **January 7, 2009 at 2:00 p.m**. **(prevailing Eastern Time)** (the "Hearing"), at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard; provided, however, that the Debtors may adjourn the Hearing from time to time without further notice other than the announcement in open court of such adjournment on the date scheduled for the Hearing or filing and serving a notice of adjournment.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: December 18, 2008
      New York, New York

      /s/ Richard P. Krasnow
      Richard P. Krasnow
      Adam P. Strochak

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York  10153
      Telephone:   (212) 310-8000
      Facsimile:    (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession