UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :

In re                                    :          Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORP., et al.,    :          08-11153 (MG)
                                            :
        Debtors.                      :          (Jointly Administered)
                                            :
-------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULES
2002(b) AND 9006(c) TO SHORTEN THE NOTICE PERIOD
WITH RESPECT TO THE DEBTORS' MOTION TO (I) APPROVE
THE DEBTORS' PROPOSED DISCLOSURE STATEMENT,
(II) APPROVE THE PROCEDURES TO SOLICIT ACCEPTANCES
OF THE DEBTORS' PROPOSED PLAN, AND (III) SCHEDULE A
HEARING AND ESTABLISH NOTICE AND OBJECTION
PROCEDURES FOR CONFIRMATION OF THE DEBTORS' PROPOSED PLAN**

        Upon the oral motion, on December 18, 2008 (the "Motion to Shorten Time") of Lexington Precision Corporation and Lexington Rubber Group, Inc. (collectively, the "Debtors"), pursuant to bankruptcy rules 2002(b) and 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to shorten the notice period with respect to the Debtors' motion (the "Motion"), pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code"), to (a) approve the Debtors' proposed disclosure statement, (b) approve the solicitation procedures for the Debtors' proposed plan, and (c) schedule a hearing and establish notice and objection procedures for confirmation of the Debtors' proposed plan, all as more fully described in the Motion and the Motion to Shorten Time; and the Court having jurisdiction to consider the Motion to Shorten Time and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion to Shorten Time

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten Time having been provided to (i) the Official Committee of Unsecured Creditors, (ii) the Agents for the Prepetition Senior Lenders, and (iii) the United States Trustee during the conference call with the Court on December 18, 2008; the Court finds cause exists to expedite consideration of the relief requested in the Motion and such expedited consideration is beneficial to, and in the interests of, the Debtors, their estates, and all parties in interest therein; notice of the Motion, as provided herein, is due and proper and no further notice of the Motion is necessary, it is hereby:

ORDERED that a hearing (the "Hearing") to consider the relief requested in the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **January 7, 2009 at 2:00 p.m**. **(prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard; and it is further

ORDERED that any objections or responses to the Motion, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and (c) set forth the name of the objecting party, the basis for the objection, and the specific grounds therefore; and it is further

ORDERED that all objections and responses must be filed with the Bankruptcy Court no later than **December 31, 2008 at 12:00 p.m. (prevailing Eastern Time)**; and it is further

ORDERED that, in accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must file their objections and responses electronically; General Order M-242 may be found at www.nysb.uscourts.gov; and it is further

ORDERED that, all other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Martin Glenn; and it is further

ORDERED that, all objections and responses must be served so as to be received no later than **December 31, 2008, at 12:00 p.m. (prevailing Eastern Time)**, upon: (a) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Adam P. Strochak and John W. Lucas); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (d) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (e) the attorneys for the official Creditors' Committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein); and (f) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender); and it is further

ORDERED that the Debtors shall serve notice of the Hearing by sending a copy of this Order and a notice of hearing via (i) email, (ii) fax, or (iii) overnight mail, by **December 19, 2008** to ):  (a) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn:  Paul Schwartzberg); (b) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn:  John C. Tishler); (c) the attorneys for the official Creditors' Committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn:  Paul Silverstein); (d) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn:  Gerald Bender); and (e) all other parties entitled to notice of the Motion under Bankruptcy Rule 2002(b).

Dated:    December 18, 2008
          New York, New York

                                                  /s/ Martin Glenn
                                                UNITED STATES BANKRUPTCY JUDGE