**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
LEXINGTON PRECISION CORP., et al.,           :    08-11153 (MG)
                                             :
         Debtors.                            :    (Jointly Administered)
                                             :
-------------------------------------------------------------x
```

### ORDER ADJOURNING THE HEARING ON THE
### APPROVAL THE PROPOSED DISCLOSURE STATEMENT
### AND VACATING THE DISCOVERY SCHEDULE WITH
### RESPECT TO CONFIRMATION OF THE SECOND AMNEDED PLAN

Upon the motion, dated January 5, 2009 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc. (collectively, the "Debtors"), pursuant to sections 105 and 1125 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2002 of the Federal Rules of Bankruptcy Procedure, to adjourn the hearing (the "Hearing") on the approval of the proposed disclosure statement (the "Disclosure Statement") and vacate the discovery schedule relating to the confirmation of the second amended plan (the "Second Amended Plan"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion by e-mail having been provided to (i) the Official Committee of Unsecured Creditors, (ii) the Agents for the Prepetition Senior Lenders, (iii) the United States

Trustee, and (iv) the Debtor's postpetition lenders; the Court finds cause exists to adjourn the Hearing, it is hereby:

ORDERED that a Hearing the approval of the Disclosure Statement will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **February 9, 2009, at 2:00 p.m**. **(prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard; and it is further

ORDERED that the Debtors shall serve notice of the Hearing by sending a copy of this Order and a notice of hearing via (i) email, (ii) fax, or (iii) first class regular mail, by **January 7, 2009** to: (a) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (b) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (c) the attorneys for the official Creditors' Committee, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein); (d) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender); and (e) all other parties entitled to notice of the Motion under Bankruptcy Rule 2002(b); and it is further

ORDERED that a status conference will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **February 2, 2009, at 10:00 a.m.  (prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; and it is further

ORDERED that the discovery schedule approved by the Court is hereby vacated and the Debtors and the Committee shall adjust the discovery schedule in accordance with the date of the hearing on the confirmation of the Second Amended Plan.

Dated:   January 6, 2009
        New York, New York

                /s/  Martin Glenn
                UNITED STATES BANKRUPTCY JUDGE