WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                    :

In re                                  :         Chapter 11
                    :

**LEXINGTON PRECISION CORP.**, et al.,    :         Case No. 08-11153 (MG)
                    :

           Debtors.              :         (Jointly Administered)
                    :
-----------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE JANUARY 7, 2009 OMNIBUS**
**HEARING TO FEBRUARY 9, 2009 AT 2:00 P.M. (EASTERN TIME) AND**
**SCHEDULING OF A STATUS CONFERENCE ON FEBRUARY 2, 2009 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that pursuant to an order of the Court, dated January 6, 2009 [Docket No. 508] (the "Scheduling Order"), a copy of which is attached hereto as Exhibit "A", the hearing (the "Hearing") to consider, among other pending matters, the Debtors' motion to approve the Debtors' proposed disclosure statement, [Docket No. 495], which was scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on January 7, 2009 at 2:00 p.m. (prevailing Eastern Time) has been adjourned to **February 9, 2009 at 2:00 p.m. (prevailing Eastern Time)**.  The Debtors may further adjourn the Hearing from time to time

without further notice other than the announcement in open court of such adjournment on a the date scheduled for the Hearing or filing and serving a notice of adjournment.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, a status conference will be held on **February 2, 2009 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: January 6, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
Attorneys for Debtors
and Debtors in Possession