WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**    :    **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORP., et al.,**    :    **08-11153 (MG)**
:
Debtors.    :    **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF MODIFICATION OF THE DEBTORS' FIRST
OMNIBUS OBJECTION TO CERTAIN (a) LATE-FILED CLAIMS,
(b) DUPLICATIVE CLAIMS, (c) SUPERSEDED CLAIMS, AND (d) EQUITY CLAIMS**

**PLEASE TAKE NOTICE** that on December 5, 2008, Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed their first omnibus objection (the "Objection") to certain (a) late-filed proofs of claim, (b) duplicative proofs of claim, (c) amended and superseded proofs of claim, and (d) shareholder proofs of claim [Docket No. 478].

**PLEASE TAKE FURTHER NOTICE** that the Objection disputed, among other claims, (i) proofs of claim 4472 and 4473 filed by CapitalSource Finance LLC, as agent, under the Debtors' prepetition credit agreements, (ii) proof of claim 4487 filed by the City of Rock

Hill, and (iii) proofs of claim 4480, 4481, and 4483 filed by Fair Harbor Capital, LLC, ("Fair Harbor").

**PLEASE TAKE FURTHER NOTICE** that Fair Harbor is also the assignee of proofs of claim 74, 156, and 158.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Objection solely with respect to proofs of claim 4472, 4473, and 4487. The Debtors reserve, however, all rights, defenses, and objections with respect to proofs of claim 4472, 4473, and 4487.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby modify the Objection with respect to proofs of claim filed by Fair Harbor by substituting, with the consent of Fair Harbor, proofs of claims 74, 156, and 158 for proofs of claims 4480, 4481, and 4483, as proofs of claims 74, 156, and 158 have been superseded by proofs of claims 4480, 4481, and 4483, respectively. The Debtors reserve, however, all rights, defenses, and objections with respect to proofs of claims 4480, 4481, and 4483.

Dated: January 6, 2009
       New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession