UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                       :   Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :   08- 11153 (MG)
                                                            :
         Debtors.                                           :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2008, I caused to be served true and correct copies of the:

   a. "Notice of Adjournment of Hearing on Notice of Debtor's First Omnibus Objection to Certain (A) Late-Filed Claims, (B) Duplicative Claims, (C) Superseded Claims and (D) Equity Claims," dated December 30, 2008, [Docket No. 504], (the "Notice of Adjournment"), and

   b. "Notice of Debtors Objection to Proof of Claim 262 of Lorraine Cerimele," dated December 30, 2008, to which is attached the "Debtor's Objection to Proof of Claim 262 of Larraine Cerimele," dated December 30, 2008, [Docket No. 503], (the "Larraine Cerimele"),

   by causing true and correct copies to be delivered as follows:

   i. the Notice of Adjournment and the Larraine Cerimele enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit A.

   ii. the Larraine Cerimele enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit B, and

   iii. the Notice of Adjournment enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit C.

T:\Clients\LPC\Affidavits\Adj Ntc & Obj Ntc Cerimele_Aff_12-30-08.DOC

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Elli Petris

Sworn to before me this
5th day of January, 2009

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

2

**EXHIBIT A**

## LEXINGTON PRECISION CORPORATION
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS,P.O. BOX 36001, FT. LAUDERDALE, FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ.,450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN, ESQ., (COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT),155 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,THE CHRYSLER BUILDING,405 LEXINGTON AVENUE, NEW YORK, NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,ONE LOGAN SQUARE,130 NORTH 18TH STREET, PHILADELPHIA, PA 19103-6998 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE,515 PIONEER RD, JASPER, GA 30143 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN,COUNSEL TO CAPITAL SOURCE FINANCE, LLC.,2 WALL STREET, NEW YORK, NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY,800 CONNECTICUT AVE, NORWALK, CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER,P.O. BOX 152, MONTPELIER, OH 43543-0152 |
| CHINA AUTO GROUP | ATTN:KIM TAYLOR DOMINES,17815 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER,COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY,RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL,AND SERVICE WORKERS INTERNATIONAL UNION,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| COHEN, WEISS AND SIMON LLP | ATTN: ROBIN H. GISE,COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY,RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL,AND SERVICE WORKERS INTERNATIONAL UNION,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK,5755 GRANT AVENUE, CLEVELAND, OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR,612 EAST CALLAHAN RD, DALTON, GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ.,COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION,P.O. BOX 1945, MORRISTOWN, NJ 07962-1945 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH,379 INTERPACE PARKWAY, PARSIPPANY, NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE,111 S. PROGRESS DRIVE, KENDALLVILLE, IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN,2060 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 4620, BURLINGTON, VT 05406 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE,PO BOX 4752, ROCHESTER, NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION,P. O. BOX 105296, ATLANTA, GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE, CARTERSVILLE, GA 301214283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH,14910 MADISON ROAD, MIDDLEFIELD, OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS,5055 MLK DRIVE, BEAUMONT, TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE,PO BOX 712288, CINCINNATI, OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA,465 MEDFORD STREET, STE 2200, BOSTON, MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ.,ATTORNEYS FOR H&R OF NEW YORK,D/B/A HALEY & ALDRICH OF NEW YORK,300 SOUTH STATE STREET,ONE PARK PLACE, SYRACUSE, NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP,3920 ARKWRIGHT ROAD, SUITE 400, MACON, GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY,22930 ROYALTON ROAD, STRONGSVILLE, OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR,290 BROADWAY, NEW YORK, NY 10007 |

## LEXINGTON PRECISION CORPORATION
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | P.O. BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM,111 WHITEHEAD LANE, SUITE #2, MONROEVILLE, PA 15146-2715 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS,220 SEVENTH AVENUE, BEAVER FALLS, PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT,P.O. BOX 10225, MACON, GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ,36191 HIGHWAY 30, GEISMAR, LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL,ATTN:WAYNE ROBINSON,P.O. BOX 4477, ROCK HILL, SC 29732 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | 22 CORPORATE WOODS BLVD STE 4, ALBANY, NY 122112503 |
| NEW YORK STATE SALES TAX | P.O. BOX 1209, NEW YORK, NY 10116 |
| NEW YORK STATE TAX PROCESSING | JAF BUILDING, P.O. BOX 1206, NEW YORK, NY 10116 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ.,TIMES SQUARE TOWER,7 TIMES SQUARE, NEW YORK, NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK,33 WHITEHALL STREET,  21ST FLOOR,ATTN: PAUL KENAN SCHWARTZBERG, NEW YORK, NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE,P.O. BOX 3637, AKRON, OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON,DEPT. AT 40177,P.O. BOX 40162, ATLANTA, GA 31192-0162 |
| PREFERRED RUBBER  COMPOUNDING | ATTN:MICHELLE PARKS,1020 LAMBERT STREET, BARBERTON, OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH,11601 KATY FREEWAY, STE 223, HOUSTON, TX 77079 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR,233 BROADWY, NEW YORK, NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL,1150 DAMAR DRIVE, AKRON, OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE,500 EDWARD AVE, RICHMOND HILL, ON L4C4Y9 CANADA |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION, | SALES TAX RETURN, COLUMBIA, SC 29214 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ.,COUNSEL TO WILMINGTON TRUST COMPANY,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ.,COUNSEL TO GOSIGER, INC.,425 WALNUT STREET, SUITE 1800, CINCINNATI, OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS,5500 WALWORTH AVENUE, CLEVELAND, OH 44102 |
| THOMAS M. WILSON, ESQ. | KELLEY & FERRARO, L.L.P.,2200 KEY TOWER,127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561, COLUMBUS, OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL,FIVE GATEWAY CENTER, SUITE 807, PITTSBURGH, NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL,43 INDUSTRIAL PARK DRIVE P.O. BOX 6149, FRANKLIN, NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST,3301 SUTTON ROAD, ADRIAN, MI 49221 |
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER,ROBERT J. WELHOELTER,COUNSEL TO CAPITAL SOURCE FINANCE LLC.,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5, NEW YORK, NY 100176563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ.,FRED J. ARNOFF, ESQ.,(COUNSEL TO PEPPER PIKE PLACE ASSOCIATES, LLC),THE TOWER AT ERIEVIEW,1301 EAST 9TH STREET, SUITE 1900, CLEVELAND, OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE,11100 NORTH MARKET STREET RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |

LEXINGTON PRECISION CORPORATION
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 73**

**LPC 12-30-2008**
Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern
District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

# EXHIBIT B

**LPC 12-30-2008**
Lorraine Cerimele
368 Broadway SE
Warren, OH 44484

**EXHIBIT C**

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BIBB CONTROL SYSTEMS | 2909 LANIER HEIGHTS ROAD,   ACCOUNT NO. 2737   MACON, GA 31217 |
| BYERS, MARK W. I | 149 TIMBUKTOOO LN, SPEEDWELL, TN 37870 |
| CAPITALSOURCE FINANCE LLC (AS AGENT) | JOHN C. TISHLER, ESQ.,WALLER LANSDEN DORTCH & DAVIS, LLP,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| CITY OF ROCK HILL | ATTN COLLECTIONS,155 JOHNSTON ST, ROCK HILL, SC 29731 |
| COLARUSSO, LOUISE | 48 STOUT ST, PITTSTON, PA 18640-3345 |
| CSC PARTNERSHIP | ATTN JOSEPH CAPLEA,PO BOX 357,   ACCOUNT NO. 7901   GREENTOWN, OH 44630-0357 |
| D'ANGELO, SHARON | 6071 LOCKLIE DRIVE, HIGHLAND HTS., OH 44144 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF | RE CONDUIT COMPANY INC,875 AVENUE OF THE AMERICAS, SUITE 2305, NEW YORK, NY 10001 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF | GAYSON SDI,875 AVENUE OF THE AMERICAS, SUITE 2305, NEW YORK, NY 10001 |
| FONTANET, JACQUES & FRANCOISE | JT TEN,884 W END AVE, NEW YORK, NY 10025-3506 |
| GRAY, ROGER J SR & LORIE G TR | UA 12/08/2006,ROGER J GRAY &LORIE GRAY TRUST,9200 SOCKEYE CT # A, FARWELL, MI 48622-9556 |
| LINDAUER, CRAIG | 12345 PEARL ROAD, CHARDON, OH 44024 |
| LINDAUER, DALE | 115 GARDEN ST, BEDFORD, OH 44146 |
| LINDAUER, DENNIS | 1750 HICKS PIKE, WALTON, KY 41094 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SIGNATURE ALUMINUM CANADA IN,D/B/A REVENUE MANAGEMENT,ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PREFERRED RUBBER COMPOUNDING,D/B/A REVENUE MANAGEMENT,ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: JTI, INC.,D/B/A REVENUE MANAGEMENT,ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHEMETALL OAKITE PRODUCTS,D/B/A REVENUE MANAGEMENT,ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| MACHINISTS TOOL REPAIR | 6484 GRAFTON ROAD, VALLEY CITY, OH 44280 |
| MCMASTER-CARR SUPPLY COMPANY | 6100 FULTON INDUSTRIAL BOULEVARD,   ACCOUNT NO. 19951402   ATLANTA, GA 30336-2852 |
| MH EQUIPMENT CO. | PO BOX 50,   ACCOUNT NO. X38206   MOSSVILLE, IL 61552 |
| MOMENTIVE PERFORMANCE MATERIALS | C/O JANELLE WENDORF,260 HUDSON RIVER ROAD,   ACCOUNT NO. 50610/52643   WATERFORD, NY 12188 |
| OSBORN, DAVID E. | 240 NW FERRY ST., POULSBO, WA 98370 |
| OSBORN, LOIS FOR ESTATE OF | EDWIN H. OSBORN,240 NW FERRY ST, POULSBO, WA 98370 |
| PETROF, ALLEN | 11310 THWING RD, CHARDON, OH 44024 |
| PITNEY BOWES CREDIT CORPORATION | ATTN: RECOVERY DEPT.,27 WATERVIEW DR.,   ACCOUNT NO. 800900011108531   SHELTON, CT 06484-4361 |
| PREFERRED RUBBER COMPOUNDING | 1020 LAMBERT ST.,   ACCOUNT NO. 3416, 3413, 3414   BARBERTON, OH 44203 |
| ROMANO, SANTO & JEAN | JT TEN,317 TAFT AVE, ROCHESTER, NY 14609-1109 |
| SULLIVAN, EDWARD J & CAROL JANE | JT TEN,2247 SW DANFORTH CIR, PALM CITY, FL 34990-7709 |
| TAKAYAMA, DIANE L. | 3163 ELNORA CT, MARIETTA, GA 30066 |
| WACKER CHEMICAL CORP | ATTN: SANDY LEWIS, CREDIT MANAGER,3301 SUTTON RD,   ACCOUNT NO. 0396   ADRIAN, MI 49221 |
| WASTE MANAGEMENT | ATTN GIAL HEPTIG, BANKRUPTCY SPECIALIST,2421 W. PEORIA AVE., PHOENIX, AZ 85029 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | ATTN MARY PERLICK,1400 AMERICAN LANE,9TH FLOOR, TOWER 2,   ACCOUNT NO. WC 8978408   SCHAUMBURG, IL 60196 |

**Total Creditor Count 33**