UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :     Case No. 08-11153 (MG)
                                                    :
                                                    :
                Debtors.                            :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Timothy S. McConn, a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Court for the Southern District of Texas request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the Official Committee of Unsecured Creditor in the above referenced case.

Mailing address: Timothy S. McConn, Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002;
E-mail address: tmcconn@andrewskurth.com; telephone number (713) 220-4773.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 01/08/09
New York, New York                                       /s/  Timothy S. McConn

---

## ORDER

**ORDERED**,
that Timothy S. McConn, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

HOU:2889237.1