UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                        :        Chapter 11 Case No.
                                             :
LEXINGTON PRECISION CORP., et al.,           :        08- 11153 (MG)
                                             :
            Debtors.                         :        (Jointly Administered)
                                             :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELLI PETRIS, being duly sworn, deposes and says:

1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On January 7, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
                                             Elli Petris

Sworn to before me this
_____ day of January 2009.

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfer 506_Aff_1-7-09.DOC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  FAB-WELD CORPORATION
             280 DEWEY AVENUE
             ROCHESTER, NY 14608

Please note that your schedule in the above referenced case and in the amount of
        $1,490.00 has been transferred **(unless previously expunged by court order)** to:

             DEBT ACQUISITION COMPANY OF AMERICA V
             TRANSFEROR: FAB-WELD CORPORATION
             ATTN: TRACI FETTE
             1565 HOTEL CIRCLE SOUTH, #310
             SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 506        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2009                         Vito Genna, Clerk of Court


                                         /s/Elli Petris
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al                     | 08-11153 (MG)

                      Debtors.                        |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   RESOURCES FOR MANUFACTURING
              7644 MCEWEN RD
              DAYTON, OH 45459

Please note that your schedule in the above referenced case and in the amount of $865.85 has been transferred **(unless previously expunged by court order)** to:

              DEBT ACQUISITION COMPANY OF AMERICA V
              TRANSFEROR: RESOURCES FOR MANUFACTURING
              ATTN: TRACI FETTE
              1565 HOTEL CIRCLE SOUTH, #310
              SAN DIEGO, CA 92108

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 506        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/06/2009                          Vito Genna, Clerk of Court


                                          /s/Elli Petris
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).


FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2009.

**EXHIBIT B**

TIME: 18:39:34
DATE: 01/06/09

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

PAGE:  1

| Name | Address |
|------|---------|
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: FAB-WELD CORPORATION ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: RESOURCES FOR MANUFACTURING ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| FAB-WELD CORPORATION | 280 DEWEY AVENUE ROCHESTER NY 14608 |
| RESOURCES FOR MANUFACTURING | 7644 MCEWEN RD DAYTON OH 45459 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

Weil, Gotshal & Manges LLP
Attn:  Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153