UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————— ————————————

Re:                                     Chapter 11
                                        Case No. 08-11153 (MG)
                                        (Jointly Administered)
Lexington Precision Corp. *et al.*,     In proceedings for a reorganization,
                                        application for a second interim allowance of
                                        fees for financial advisors to the Official
                                        Committee of Unsecured Creditors

            Debtor:

———————————————— ————————————

## FEES AND EXPENSES APPLICATION
## COVER SHEET

NAME OF APPLICANT:          STOUT RISIUS ROSS, INC.
NAME OF CLIENT:             THE OFFICIAL COMMITTEE OF UNSECURED
                            CREDITORS OF LEXINGTON PRECISION CORP., *ET
                            AL.*

PERIOD COVERED:             AUGUST 1, 2008 THROUGH NOVEMBER 30, 2008

SECOND INTERIM APPLICATION:

### SECTION I: FEE SUMMARY

|        |                                          | TO DATE       | CURRENT       |
| ------ | ---------------------------------------- | ------------- | ------------- |
| PERIOD |                                          |               |               |
| 1.     | Total fees and expenses requested:       | $ 394,747.74  | $ 203,089.52  |
| 2.     | Total fees and expenses allowed:         | $ 182,625.96  | N/A           |
| 3.     | Total retainer (if applicable):          | N/A           | N/A           |
| 4.     | Total holdback (if applicable):          | $   9,032.26  | N/A           |
| 5.     | Total received by applicant[1]:          | $ 305,491.38  | $ 183,972.94  |
| 6.     | Total fees and expenses due (1 less 5):  | $  89,256.36  | $  19,116.58  |

———————————————

[1] Payments received as of December 31, 2008.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Re:

Lexington Precision Corp. *et al.*,

Debtor:

---

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a second interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your Applicant's retention order was signed on or about June 5, 2008 effective as of May 13, 2008.

B. Your Applicant represents the Official Committee of Unsecured Creditors.

C. This compensation is the Second Interim Allowance for the period August 1, 2008 through November 30, 2008.

D. The total amount of the compensation requested is $200,000.00 which consists of $50,000.00 for the "August Monthly Fee," $50,000.00 for the "September Monthly Fee," $50,000.00 for the "October Monthly Fee," and $50,000.00 for the "November Monthly Fee."

E. The total amount of expenses of which reimbursement is sought is $3,089.52.

F. The total amount of previous compensation paid as of December 31, 2008 was $291,612.90.

G. The total amount of previous expenses paid as of December 31, 2008 was $13,878.48.

H. The amount of retainer is not applicable.

STOUT RISIUS ROSS, INC.

Jeffrey M. Risius, CFA, ASA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: | Chapter 11 |
| | Case No. 08-11153 (MG) |
| | (Jointly Administered) |
| Lexington Precision Corp. *et al.*, | In proceedings for a reorganization, application for a second interim allowance of fees for financial advisors to the Official Committee of Unsecured Creditors |
| Debtor: | |

STATE OF NEW YORK    )
                                         )  ss:
COUNTY OF NEW YORK   )

Stout Risius Ross, Inc. hereby applies to the court for a second interim allowance of fees and expenses, and represents as follows:

1.   The bankruptcy case of Lexington Precision Corp. *et al.* was commenced by a voluntary petition filed on April 1, 2008.

2.   Lexington Precision Corp. *et al.* is a corporation organized and existing under the laws of the State of Delaware.  The executive office is currently located at 800 Third Avenue, New York, New York 10022.

3.   By order dated on or about June 5, 2008, the court approved the retention of Stout Risius Ross, Inc. as financial advisors to the Official Committee of Unsecured Creditors.  A copy of said Order is attached as Exhibit C.

4.   The engagement of Stout Risius Ross, Inc. is under the direct supervision of Jeffrey M. Risius, CFA, ASA, a Managing Director of the firm with familiarity in the bankruptcy and insolvency area of valuation and accounting.

5.   Stout Risius Ross, Inc. maintains records of time it expended in the rendition of all professional services.  The firm's time records were made concurrently with the rendition of professional services, and all such records are available for inspection.  Exhibit A-1 hereto sets forth a schedule showing the name, position, hours worked from August 1, 2008 through November 30, 2008 of services rendered for all professionals of Stout Risius Ross, Inc. having devoted time to this case.   Exhibit A-2 hereto is a breakdown of all professionals' daily time details, by project category.

6. Following is a description of the firm's services provided to the Committee of Unsecured Creditors' ("Committee") along with the aggregate time expended by category:

|  | **Hours** |
|---|---|
| **A. CASE ADMINISTRATION**<br>Review of case status, motions, and docket filings. Prepare information request lists and correspondence in connection with the case. Organize and document electronic files received from the Debtors and the Debtors' financial advisor. | 53.00 |
| **B. BUSINESS ANALYSIS**<br>Review of the Debtors' historical public annual reports (10-K's) and quarterly reports (10-Q's), historical financial reports by division, and the Confidential Information Memorandum prepared by W.Y. Campbell to get an understanding of the Debtors' business and historical operating results. Also, includes a detailed review of the Debtors Bankruptcy Schedules and Statements of Financial Affairs to understand the Debtors' financial condition at the filing date. Monitoring of weekly actual cash flow for comparison with projections from August 1, 2008 through November 30, 2008 and analysis of the Debtors' updated cash flow projections. Also, review and analysis of the Debtors' April and through October operating reports. Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 44.50 |
| **C. ASSET RECOVERY**<br>Preparation of an estimated distribution analysis using various outcomes on case matters, asset values, and claim values by category. Also, includes a preliminary analysis of disbursements to potential insiders and related parties. Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 10.25 |
| **D. LITIGATION CONSULTING**<br>Preparation of a business valuation of the Debtors for purposes of evaluating and negotiating a proposed plan of reorganization. Preparation includes research and analysis of the Debtors projections, operating results of comparable companies, research of industry trends, research of comparable transactions and related multiples, review of historical financial statements for non-recurring events, amongst other procedures. In addition, review and analyze prior letters of intent and offers to purchase specific divisions of the Debtors and the Debtors as a whole. Includes the review and analysis of significant amounts of information received from the Debtors' financial advisors related to the Debtors' five-year plan and Plan of Reorganization. Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 613.55 |

**E.** **PLAN AND DISCLOSURE STATEMENT**

Review and analysis of several versions of the Debtors' proposed Plan of Reorganization. Formulation of an analysis related to the estimated recovery to the unsecured creditors based on the Plan of Reorganization.    Preparation of comments and various analyses that were distributed to Counsel and the Committee.

48.50

**F.** **TELECONFERENCES/MEETINGS – COMMITTEE OF UNSECURED CREDITORS/COUNSEL**

Preparation for and attendance at meetings and teleconferences with the Committee and the Committee's professionals to discuss the Debtors' financial condition, status of DIP operations, estimated claims base, and other matters.    Includes various teleconferences and meetings with Committee Counsel to discuss on-going case matters, preparation for Committee calls and case strategy.

74.50

**G.** **TELECONFERENCES/MEETINGS – DEBTOR/COUNSEL**

Preparation for and attendance at various meetings, site visits and teleconferences with the Debtors' management and the Debtors' financial advisors. Issues discussed include historical financial results, DIP operations, actual vs. projected results, status of information requests and ongoing requests for information, amongst other matters.

79.50

**H.** **FEE APPLICATION**

Preparation of monthly fee statements and time detail for the period August 1, 2008 through November 30, 2008, in advance of completing an interim fee application in accordance with the U.S. Trustee's guidelines, as well as preparation of the first interim fee application.

37.00

960.80

7.   The total hours worked by the professional staff of Stout Risius Ross, Inc. for the period August 1, 2008 through November 30, 2008 in performing the work described above in paragraph 6 is as follows:

|                             | Hours  |
|-----------------------------|--------|
| Managing Director           | 95.50  |
| Manager                     | 338.75 |
| Senior Analyst and Analysts | 526.55 |
|                             | **960.80** |

8.   Applicant makes this second interim application for allowance of fees in the total amount of $200,000.00, for 960.8 hours of work, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters. The second interim application for allowance of fees consists of $50,000.00 for the "August Monthly Fee," $50,000.00 for the "September Monthly Fee," $50,000.00 for the "October Monthly Fee," and $50,000.00 for the "November Monthly Fee."

9.   Reimbursement of expenses:  The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $3,089.52, listed in Exhibit B.

10.   Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $200,000.00, and for reimbursement of out-of-pocket expenses in the amount of $3,089.52.

_____

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2009

_____

Notary Public

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

**EXHIBIT A-1**

**LEXINGTON PRECISION CORP. *ET AL.***

TIME SUMMARY
August 1, 2008 through November 30, 2008

| Name/Title | Time |
|---|---|
| Jeffrey M. Risius, Managing Director | 95.50 |
| Jesse A. Ultz, Manager | 338.75 |
| Brian A. Hock, Senior Analyst | 516.55 |
| Marc G. Nassif, Associate Director | 4.00 |
| Ryan J. Stonier, Analyst | 6.00 |
| | **960.80** |

**EXHIBIT A-2**

**LEXINGTON PRECISION CORP.** *ET AL.*

DAILY TIME BY PROFESSIONAL
BY CATEGORY

See attached details of all professionals' time from August 1, 2008 through November 30, 2008.

Detail of Services Provided By Stout Risius Ross, Inc.
Lexington Precision Corp., et al.

**Exhibit A-2**

August 1, 2008 Through November 30, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Asset Recovery | 08/04/08 | BH | Brian A. Hock | 4.00 | Updated claims analysis |
| Asset Recovery | 08/19/08 | BH | Brian A. Hock | 4.00 | Analysis of claims filed |
| Asset Recovery | 08/26/08 | BH | Brian A. Hock | 1.25 | Review of claims analysis |
| Asset Recovery | 08/26/08 | BH | Brian A. Hock | 1.00 | Analysis of claims filed |
| | | | | 10.25 | |
| | | | | | |
| Business Analysis | 08/06/08 | BH | Brian A. Hock | 1.50 | Review of Debtor's budget vs. actual cash flow through August 1, 2008 |
| Business Analysis | 08/06/08 | BH | Brian A. Hock | 4.00 | Cash flow analysis of Debtor |
| Business Analysis | 08/07/08 | BH | Brian A. Hock | 2.00 | Analysis of weekly cash flow |
| Business Analysis | 08/11/08 | BH | Brian A. Hock | 1.00 | Analysis of Debtor's current debt outstanding and accrued interest |
| Business Analysis | 08/12/08 | BH | Brian A. Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 8, 2008 |
| Business Analysis | 08/13/08 | BH | Brian A. Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 8, 2008 |
| Business Analysis | 08/14/08 | BH | Brian A. Hock | 2.00 | Analysis of historical budget versus actual performance |
| Business Analysis | 08/29/08 | BH | Brian A. Hock | 2.00 | Review of Debtor's budget vs. actual cash flow through August 22, 2008 |
| Business Analysis | 9/2/2008 | BH | Brian A. Hock | 2.50 | Analysis of weekly cash flow |
| Business Analysis | 9/5/2008 | BH | Brian A. Hock | 3.50 | Analysis of weekly cash flow |
| Business Analysis | 9/19/2008 | BH | Brian A. Hock | 3.00 | Analysis of weekly cash flow |
| Business Analysis | 9/25/2008 | BH | Brian A. Hock | 1.00 | Analysis of weekly cash flow |
| Business Analysis | 9/26/2008 | BH | Brian A. Hock | 1.00 | Analysis of weekly cash flow |
| Business Analysis | 10/8/2008 | BH | Brian A. Hock | 3.00 | Review of historical performance and budgets of Debtors |
| Business Analysis | 10/14/2008 | BH | Brian A. Hock | 1.00 | Analysis of weekly cash flow |
| Business Analysis | 10/14/2008 | BH | Brian A. Hock | 0.50 | Review of financial information received |
| Business Analysis | 10/21/2008 | BH | Brian A. Hock | 1.75 | Analysis of weekly cash flow |
| Business Analysis | 10/30/2008 | JR | Jeffrey M. Risius | 1.50 | Review of legal filings |
| Business Analysis | 10/31/2008 | BH | Brian A. Hock | 0.50 | Analysis of weekly cash flow |
| Business Analysis | 11/6/2008 | BH | Brian A. Hock | 2.50 | Weekly cash flow analysis |
| Business Analysis | 11/19/2008 | JU | Jesse A. Ultz | 0.25 | Checking dockets |
| Business Analysis | 11/25/2008 | BH | Brian A. Hock | 4.50 | Analysis and review of 10-Q |
| Business Analysis | 11/26/2008 | BH | Brian A. Hock | 1.50 | Analysis of 10-Q |
| | | | | 44.50 | |
| | | | | | |
| Case Administration | 08/01/08 | BH | Brian A. Hock | 3.50 | Preparation of meeting questions |
| Case Administration | 08/06/08 | BH | Brian A. Hock | 4.00 | Reviewing, organizing, and typing meeting notes |
| Case Administration | 08/07/08 | BH | Brian A. Hock | 2.50 | Document organization, electronic filing of emails and attachments received from LPC and W.Y. Campbell |
| Case Administration | 08/08/08 | BH | Brian A. Hock | 2.00 | Reviewed questions for meeting on August 11, 2008 in Rochester, NY |
| Case Administration | 08/08/08 | BH | Brian A. Hock | 2.00 | Typed questions to follow up with conference call and emailed outstanding data needs to W.Y. Campbell |
| Case Administration | 08/12/08 | JU | Jesse A. Ultz | 1.00 | Reviewing information received and revising data request |
| Case Administration | 08/13/08 | BH | Brian A. Hock | 1.00 | Electronic filing of emails received for document retention |
| Case Administration | 08/15/08 | BH | Brian A. Hock | 1.50 | Making data CD containing documents received for Andrews Kurth |
| Case Administration | 08/15/08 | BH | Brian A. Hock | 0.50 | Review of outstanding information needs |
| Case Administration | 08/18/08 | BH | Brian A. Hock | 1.75 | Document organization of electronic files received from W.Y. Campbell and review of files, sending to UCC counsel |
| Case Administration | 08/22/08 | BH | Brian A. Hock | 3.00 | Organization of industry articles and review of industry articles |
| Case Administration | 08/28/08 | BH | Brian A. Hock | 2.50 | Document organization of electronic files received from W.Y. Campbell |
| Case Administration | 9/10/2008 | BH | Brian A. Hock | 1.00 | Document organization, electronic filing of emails and attachments received from LPC and W.Y. Campbell |
| Case Administration | 9/11/2008 | BH | Brian A. Hock | 0.50 | Document organization, electronic filing of emails and attachments received from LPC and W.Y. Campbell |
| Case Administration | 9/18/2008 | JR | Jeffrey M. Risius | 0.50 | Organization of workpapers |
| Case Administration | 9/26/2008 | BH | Brian A. Hock | 2.50 | Document organization, electronic filing of emails and attachments received from LPC and W.Y. Campbell |
| Case Administration | 9/27/2008 | BH | Brian A. Hock | 4.00 | Organization of workpapers, preparing for meeting with UCC counsel |
| Case Administration | 9/30/2008 | BH | Brian A. Hock | 3.00 | Document organization in preparation of meeting with UCC counsel |
| Case Administration | 10/20/2008 | BH | Brian A. Hock | 1.75 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 10/21/2008 | BH | Brian A. Hock | 2.00 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 10/22/2008 | BH | Brian A. Hock | 2.00 | Organization of source documents used in analysis |
| Case Administration | 10/23/2008 | BH | Brian A. Hock | 4.50 | Organization of work papers in preparation of hearing |
| Case Administration | 10/24/2008 | BH | Brian A. Hock | 4.00 | Preparation of documents for hearing |
| Case Administration | 10/28/2008 | BH | Brian A. Hock | 1.50 | Document organization of electronic files received from W.Y. Campbell and review of files |
| Case Administration | 11/6/2008 | BH | Brian A. Hock | 0.50 | Organization of work papers for document retention purposes |
| | | | | 53.00 | |
| | | | | | |
| Fee Application | 08/14/08 | JU | Jesse A. Ultz | 1.00 | Preparation of July invoice |
| Fee Application | 08/18/08 | BH | Brian A. Hock | 2.00 | Review and revise time detail in advance of preparing the July 2008 fee statement |
| Fee Application | 08/20/08 | BH | Brian A. Hock | 2.25 | Review and revise time detail in advance of preparing the July 2008 fee statement |
| Fee Application | 08/21/08 | JU | Jesse A. Ultz | 1.50 | Preparation of July invoice |
| Fee Application | 08/25/08 | BH | Brian A. Hock | 1.00 | Finalizing the July 2008 fee statement |
| Fee Application | 08/25/08 | JU | Jesse A. Ultz | 0.75 | Finalizing the July 2008 fee statement |
| Fee Application | 9/2/2008 | BH | Brian A. Hock | 1.50 | Preparing August fee application |
| Fee Application | 9/2/2008 | JU | Jesse A. Ultz | 0.50 | Preparing August fee application |
| Fee Application | 9/3/2008 | JU | Jesse A. Ultz | 1.25 | Preparing interim fee application |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

Exhibit A-2

August 1, 2008 Through November 30, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Fee Application | 9/4/2008 | BH | Brian A. Hock | 1.50 | Preparing August fee application |
| Fee Application | 9/4/2008 | JU | Jesse A. Ultz | 2.00 | Preparing interim fee application |
| Fee Application | 9/5/2008 | JU | Jesse A. Ultz | 1.00 | Preparing interim fee application |
| Fee Application | 9/15/2008 | JU | Jesse A. Ultz | 0.50 | Finalizing interim fee application |
| Fee Application | 9/18/2008 | BH | Brian A. Hock | 3.00 | Preparing August fee application |
| Fee Application | 9/18/2008 | JU | Jesse A. Ultz | 2.00 | Preparing August fee application |
| Fee Application | 9/19/2008 | BH | Brian A. Hock | 3.75 | Preparing August fee application |
| Fee Application | 9/19/2008 | JU | Jesse A. Ultz | 0.50 | Preparing August fee application |
| Fee Application | 10/23/2008 | JU | Jesse A. Ultz | 0.50 | Preparation of September fee statement |
| Fee Application | 10/28/2008 | BH | Brian A. Hock | 2.00 | September fee application |
| Fee Application | 10/30/2008 | JU | Jesse A. Ultz | 0.50 | Preparation of September fee statement |
| Fee Application | 11/19/2008 | BH | Brian A. Hock | 3.50 | Preparation of the September fee statement |
| Fee Application | 11/20/2008 | BH | Brian A. Hock | 2.50 | Preparation of the September fee statement |
| Fee Application | 11/24/2008 | BH | Brian A. Hock | 1.50 | Preparation of the September fee statement |
| Fee Application | 11/24/2008 | JU | Jesse A. Ultz | 0.50 | Preparing September fee statement |
| | | | | 37.00 | |
| | | | | | |
| Litigation Consulting | 08/01/08 | BH | Brian A. Hock | 4.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/01/08 | BH | Brian A. Hock | 3.00 | Analysis of comparable companies |
| Litigation Consulting | 08/04/08 | BH | Brian A. Hock | 4.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/04/08 | BH | Brian A. Hock | 3.00 | Updating comparable company analysis |
| Litigation Consulting | 08/04/08 | JU | Jesse A. Ultz | 2.25 | Preparing for meeting with management on the plan detail, developing questions |
| Litigation Consulting | 08/04/08 | RS | Ryan J. Stonier | 1.75 | Researching guideline companies |
| Litigation Consulting | 08/05/08 | BH | Brian A. Hock | 1.25 | Analysis of projected financial statements |
| Litigation Consulting | 08/05/08 | BH | Brian A. Hock | 3.50 | Analysis of projected income statements |
| Litigation Consulting | 08/05/08 | RS | Ryan J. Stonier | 1.75 | Review of industry analyst reports |
| Litigation Consulting | 08/06/08 | JU | Jesse A. Ultz | 6.00 | Reviewing details of the plan for Metals and Connector Seals, preparing meeting questions, preparing for meeting |
| Litigation Consulting | 08/06/08 | RS | Ryan J. Stonier | 1.25 | Review of industry analyst reports |
| Litigation Consulting | 08/07/08 | BH | Brian A. Hock | 2.50 | Reviewed meeting questions for Metals |
| Litigation Consulting | 08/07/08 | BH | Brian A. Hock | 1.50 | Reviewed adjustments to historical income statements based on information received from conference call |
| Litigation Consulting | 08/07/08 | JU | Jesse A. Ultz | 3.50 | Reviewing Metals and Connector Seals detail, preparing meeting questions, preparing for meeting |
| Litigation Consulting | 08/08/08 | BH | Brian A. Hock | 2.50 | Analysis of projected financial statements |
| Litigation Consulting | 08/08/08 | RS | Ryan J. Stonier | 1.25 | Comparable company research |
| Litigation Consulting | 08/11/08 | BH | Brian A. Hock | 1.50 | Analysis of projected financial statements |
| Litigation Consulting | 08/11/08 | BH | Brian A. Hock | 3.50 | Analysis of emergence from bankruptcy balance sheet |
| Litigation Consulting | 08/12/08 | BH | Brian A. Hock | 2.00 | Researching equity analyst reports |
| Litigation Consulting | 08/12/08 | BH | Brian A. Hock | 1.50 | Analysis of comparable companies |
| Litigation Consulting | 08/12/08 | JU | Jesse A. Ultz | 1.50 | Meeting download, reviewing notes and information received |
| Litigation Consulting | 08/13/08 | BH | Brian A. Hock | 2.50 | Analysis of comparable companies |
| Litigation Consulting | 08/13/08 | JU | Jesse A. Ultz | 1.00 | Valuation analysis and research |
| Litigation Consulting | 08/15/08 | JU | Jesse A. Ultz | 3.00 | Valuation analysis and research |
| Litigation Consulting | 08/18/08 | BH | Brian A. Hock | 2.00 | Updating comparable company analysis |
| Litigation Consulting | 08/18/08 | JU | Jesse A. Ultz | 3.00 | Valuation analysis and research |
| Litigation Consulting | 08/19/08 | BH | Brian A. Hock | 4.00 | Analysis of the backup information to the projected financial statements |
| Litigation Consulting | 08/19/08 | JU | Jesse A. Ultz | 1.00 | Valuation analysis and research |
| Litigation Consulting | 08/20/08 | BH | Brian A. Hock | 4.00 | Analysis of comparable companies and analysis of projected financial statements |
| Litigation Consulting | 08/20/08 | JU | Jesse A. Ultz | 2.00 | Valuation analysis and research |
| Litigation Consulting | 08/21/08 | BH | Brian A. Hock | 1.00 | Preparation of published market data |
| Litigation Consulting | 08/21/08 | BH | Brian A. Hock | 4.25 | Analysis of projected cash flows |
| Litigation Consulting | 08/22/08 | BH | Brian A. Hock | 5.00 | Analysis of projected cash flows |
| Litigation Consulting | 08/25/08 | BH | Brian A. Hock | 2.00 | Review and analysis of backup to projections |
| Litigation Consulting | 08/25/08 | JU | Jesse A. Ultz | 3.00 | Reviewing Connector Seals analysis provided by Debtor |
| Litigation Consulting | 08/26/08 | JU | Jesse A. Ultz | 0.50 | Valuation analysis and research |
| Litigation Consulting | 08/27/08 | BH | Brian A. Hock | 2.50 | Reviewed backup documents to projected income statements |
| Litigation Consulting | 08/27/08 | JU | Jesse A. Ultz | 0.50 | Reviewing new information on Insulators |
| Litigation Consulting | 08/28/08 | BH | Brian A. Hock | 5.00 | Analysis of projected financial statements |
| Litigation Consulting | 08/28/08 | JU | Jesse A. Ultz | 1.00 | Metals projection analysis, reviewing new detail on Insulators and Medical |
| Litigation Consulting | 08/29/08 | BH | Brian A. Hock | 4.00 | Review and analysis of new backup to projections |
| Litigation Consulting | 08/29/08 | BH | Brian A. Hock | 2.00 | Market research |
| Litigation Consulting | 08/29/08 | JU | Jesse A. Ultz | 1.00 | Reviewing new Insulators and Medical financial information |
| Litigation Consulting | 9/2/2008 | BH | Brian A. Hock | 2.50 | Analysis of projected financial statements |
| Litigation Consulting | 9/2/2008 | BH | Brian A. Hock | 2.50 | Market research |
| Litigation Consulting | 9/4/2008 | BH | Brian A. Hock | 1.00 | Analysis of projected financial statements |
| Litigation Consulting | 9/4/2008 | JU | Jesse A. Ultz | 1.00 | Analysis of projected financial statements |
| Litigation Consulting | 9/8/2008 | BH | Brian A. Hock | 1.50 | Review of historical information provided by management |
| Litigation Consulting | 9/8/2008 | JR | Jeffrey M. Risius | 1.00 | Analysis of projected financial statements |
| Litigation Consulting | 9/8/2008 | JR | Jeffrey M. Risius | 1.50 | Litigation consulting - analysis of data provided to date |
| Litigation Consulting | 9/8/2008 | JU | Jesse A. Ultz | 0.75 | Reviewing new 5-year plan details provided by LPC |
| Litigation Consulting | 9/9/2008 | JU | Jesse A. Ultz | 0.50 | Reviewing new support for the 5-year plan |
| Litigation Consulting | 9/12/2008 | JU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Litigation Consulting | 9/17/2008 | JU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Litigation Consulting | 9/17/2008 | JU | Jesse A. Ultz | 0.50 | Reviewing correspondence between LPC counsel and AK |
| Litigation Consulting | 9/17/2008 | JU | Jesse A. Ultz | 1.50 | Reviewing monthly operating reports, new appraisals, and new plan details |
| Litigation Consulting | 9/23/2008 | BH | Brian A. Hock | 2.50 | Analysis of comparable companies |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

August 1, 2008 Through November 30, 2008

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 9/25/2008 | JU | Jesse A. Ultz | 2.75 | Valuation research and analysis |
| Litigation Consulting | 9/26/2008 | JU | Jesse A. Ultz | 1.50 | Valuation research and analysis |
| Litigation Consulting | 9/29/2008 | BH | Brian A. Hock | 4.50 | Analysis of projected financial statements |
| Litigation Consulting | 9/29/2008 | BH | Brian A. Hock | 2.50 | Analysis of projected financial statements |
| Litigation Consulting | 9/29/2008 | BH | Brian A. Hock | 3.50 | Review of Debtors financial statements |
| Litigation Consulting | 9/29/2008 | JU | Jesse A. Ultz | 9.00 | Valuation research and analysis |
| Litigation Consulting | 9/30/2008 | BH | Brian A. Hock | 12.00 | Analysis of projected financial statements |
| Litigation Consulting | 9/30/2008 | JU | Jesse A. Ultz | 8.25 | Valuation research and analysis |
| Litigation Consulting | 10/1/2008 | BH | Brian A. Hock | 14.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/1/2008 | JU | Jesse A. Ultz | 6.75 | Valuation research and analysis |
| Litigation Consulting | 10/2/2008 | BH | Brian A. Hock | 8.00 | Analysis of projected financial statements |
| Litigation Consulting | 10/2/2008 | BH | Brian A. Hock | 5.00 | Preparation for meeting with UCC counsel |
| Litigation Consulting | 10/2/2008 | JU | Jesse A. Ultz | 6.50 | Valuation research and analysis |
| Litigation Consulting | 10/3/2008 | BH | Brian A. Hock | 2.00 | Preparation for meeting with UCC counsel |
| Litigation Consulting | 10/3/2008 | JR | Jeffrey M. Risius | 4.00 | Review of revised debtor projections for Jasper and Rock Hill |
| Litigation Consulting | 10/3/2008 | JU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 10/4/2008 | JR | Jeffrey M. Risius | 3.00 | Review of valuation analysis |
| Litigation Consulting | 10/5/2008 | JU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 10/6/2008 | BH | Brian A. Hock | 6.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/6/2008 | BH | Brian A. Hock | 3.00 | Research and analysis of comparable companies |
| Litigation Consulting | 10/6/2008 | BH | Brian A. Hock | 3.00 | Preparation of documents for UCC |
| Litigation Consulting | 10/6/2008 | JU | Jesse A. Ultz | 7.00 | Valuation research and analysis |
| Litigation Consulting | 10/7/2008 | BH | Brian A. Hock | 13.50 | Review and analysis of revised projected financial statements |
| Litigation Consulting | 10/7/2008 | JU | Jesse A. Ultz | 7.50 | Valuation research and analysis |
| Litigation Consulting | 10/8/2008 | BH | Brian A. Hock | 7.50 | Review and analysis of revised projected financial statements |
| Litigation Consulting | 10/8/2008 | JR | Jeffrey M. Risius | 2.50 | Review of revised medical division projections |
| Litigation Consulting | 10/8/2008 | JU | Jesse A. Ultz | 8.25 | Valuation research and analysis |
| Litigation Consulting | 10/9/2008 | BH | Brian A. Hock | 4.00 | Research and analysis of comparable companies |
| Litigation Consulting | 10/9/2008 | BH | Brian A. Hock | 4.00 | Analysis of projected financial statements |
| Litigation Consulting | 10/9/2008 | JU | Jesse A. Ultz | 3.25 | Valuation research and analysis |
| Litigation Consulting | 10/10/2008 | BH | Brian A. Hock | 3.50 | Preparation for and internal meeting regarding projected financial statements |
| Litigation Consulting | 10/10/2008 | BH | Brian A. Hock | 1.60 | Analysis of projected financial statements |
| Litigation Consulting | 10/10/2008 | BH | Brian A. Hock | 2.50 | Research and analysis of comparable companies |
| Litigation Consulting | 10/10/2008 | JR | Jeffrey M. Risius | 4.00 | Review and analysis of revised projected financial statements |
| Litigation Consulting | 10/10/2008 | JU | Jesse A. Ultz | 3.25 | Valuation research and analysis |
| Litigation Consulting | 10/13/2008 | BH | Brian A. Hock | 3.00 | Research and analysis of comparable companies |
| Litigation Consulting | 10/13/2008 | JU | Jesse A. Ultz | 3.50 | Valuation research and analysis |
| Litigation Consulting | 10/14/2008 | BH | Brian A. Hock | 6.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/14/2008 | JU | Jesse A. Ultz | 6.00 | Valuation research and analysis |
| Litigation Consulting | 10/15/2008 | BH | Brian A. Hock | 11.00 | Analysis of projected financial statements |
| Litigation Consulting | 10/15/2008 | JU | Jesse A. Ultz | 4.00 | Valuation research and analysis |
| Litigation Consulting | 10/16/2008 | BH | Brian A. Hock | 11.25 | Analysis of projected financial statements |
| Litigation Consulting | 10/16/2008 | JR | Jeffrey M. Risius | 2.50 | Review of guideline company analysis |
| Litigation Consulting | 10/16/2008 | JR | Jeffrey M. Risius | 1.00 | Review of transaction method analysis |
| Litigation Consulting | 10/16/2008 | JU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 10/17/2008 | BH | Brian A. Hock | 5.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/17/2008 | JR | Jeffrey M. Risius | 2.25 | Review of projections for valuation analysis |
| Litigation Consulting | 10/20/2008 | BH | Brian A. Hock | 4.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/20/2008 | JR | Jeffrey M. Risius | 2.00 | Valuation analysis review |
| Litigation Consulting | 10/20/2008 | JU | Jesse A. Ultz | 5.50 | Valuation research and analysis |
| Litigation Consulting | 10/21/2008 | BH | Brian A. Hock | 5.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/21/2008 | JU | Jesse A. Ultz | 4.75 | Valuation research and analysis |
| Litigation Consulting | 10/22/2008 | BH | Brian A. Hock | 4.00 | Analysis of projected financial statements and monthly operating reports |
| Litigation Consulting | 10/22/2008 | BH | Brian A. Hock | 1.75 | Review of documents to be sent to UCC counsel |
| Litigation Consulting | 10/22/2008 | JU | Jesse A. Ultz | 1.75 | Valuation research and analysis |
| Litigation Consulting | 10/22/2008 | JU | Jesse A. Ultz | 1.50 | Preparation for testimony on exclusivity |
| Litigation Consulting | 10/23/2008 | BH | Brian A. Hock | 1.00 | Analysis of projected financial statements |
| Litigation Consulting | 10/23/2008 | JU | Jesse A. Ultz | 4.00 | Preparation for hearing on exclusivity and meeting with Debtors |
| Litigation Consulting | 10/24/2008 | JU | Jesse A. Ultz | 5.25 | Preparation for hearing on exclusivity |
| Litigation Consulting | 10/26/2008 | JU | Jesse A. Ultz | 1.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 10/26/2008 | JU | Jesse A. Ultz | 4.00 | Traveling to New York for hearing on exclusivity |
| Litigation Consulting | 10/27/2008 | BH | Brian A. Hock | 1.50 | Review of documents in preparation for hearing |
| Litigation Consulting | 10/27/2008 | JU | Jesse A. Ultz | 2.00 | Analysis of potential plan terms for negotiation |
| Litigation Consulting | 10/27/2008 | JU | Jesse A. Ultz | 5.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 10/28/2008 | BH | Brian A. Hock | 3.00 | Analysis of capital structure |
| Litigation Consulting | 10/28/2008 | JU | Jesse A. Ultz | 2.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 10/28/2008 | JU | Jesse A. Ultz | 6.00 | Attending hearing on exclusivity |
| Litigation Consulting | 10/28/2008 | JU | Jesse A. Ultz | 4.00 | Traveling back from New York for hearing on exclusivity |
| Litigation Consulting | 10/29/2008 | BH | Brian A. Hock | 6.50 | Capital structure analysis |
| Litigation Consulting | 10/29/2008 | JR | Jeffrey M. Risius | 3.00 | Research and analysis of comparable companies |
| Litigation Consulting | 10/29/2008 | JU | Jesse A. Ultz | 2.00 | Analysis of prospective plan structures |
| Litigation Consulting | 10/29/2008 | JU | Jesse A. Ultz | 1.50 | Valuation research and analysis |
| Litigation Consulting | 10/29/2008 | MN | Marc G. Nassif | 4.00 | Reviewed appraisals of properties owned by the Debtors |
| Litigation Consulting | 10/30/2008 | BH | Brian A. Hock | 12.50 | Analysis of projected financial statements |
| Litigation Consulting | 10/30/2008 | JU | Jesse A. Ultz | 9.00 | Valuation research and analysis |
| Litigation Consulting | 10/31/2008 | BH | Brian A. Hock | 7.00 | Analysis of projected cash flows |
| Litigation Consulting | 10/31/2008 | JU | Jesse A. Ultz | 9.50 | Valuation research and analysis |
| Litigation Consulting | 11/1/2008 | BH | Brian A. Hock | 6.00 | Analysis of projected financial statements |
| Litigation Consulting | 11/1/2008 | JU | Jesse A. Ultz | 7.00 | Valuation research and analysis |

3 of 6

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

August 1, 2008 Through November 30, 2008

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 11/2/2008 | BH | Brian A. Hock | 7.30 | Valuation research and analysis |
| Litigation Consulting | 11/2/2008 | JR | Jeffrey M. Risius | 6.00 | Review of valuation analysis |
| Litigation Consulting | 11/2/2008 | JU | Jesse A. Ultz | 7.00 | Valuation research and analysis |
| Litigation Consulting | 11/3/2008 | BH | Brian A. Hock | 11.00 | Valuation research and analysis |
| Litigation Consulting | 11/3/2008 | JR | Jeffrey M. Risius | 3.00 | Review of valuation analysis |
| Litigation Consulting | 11/3/2008 | JU | Jesse A. Ultz | 8.50 | Valuation research and analysis |
| Litigation Consulting | 11/4/2008 | BH | Brian A. Hock | 10.50 | Financial statement analysis and comparable company analysis |
| Litigation Consulting | 11/4/2008 | JR | Jeffrey M. Risius | 5.00 | Review of valuation analysis |
| Litigation Consulting | 11/4/2008 | JU | Jesse A. Ultz | 6.75 | Valuation research and analysis |
| Litigation Consulting | 11/5/2008 | BH | Brian A. Hock | 5.50 | Comparable company analysis and analysis of projected financial statements |
| Litigation Consulting | 11/5/2008 | BH | Brian A. Hock | 2.00 | Valuation research and analysis |
| Litigation Consulting | 11/5/2008 | JR | Jeffrey M. Risius | 3.00 | Review of valuation analysis |
| Litigation Consulting | 11/5/2008 | JU | Jesse A. Ultz | 6.25 | Valuation research and analysis |
| Litigation Consulting | 11/6/2008 | JU | Jesse A. Ultz | 1.25 | Valuation research and analysis |
| Litigation Consulting | 11/7/2008 | BH | Brian A. Hock | 2.50 | Valuation research and analysis |
| Litigation Consulting | 11/7/2008 | JU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 11/10/2008 | JU | Jesse A. Ultz | 2.00 | Valuation research and analysis |
| Litigation Consulting | 11/11/2008 | JU | Jesse A. Ultz | 3.00 | Valuation research and analysis |
| Litigation Consulting | 11/11/2008 | JU | Jesse A. Ultz | 2.00 | Valuation research and analysis |
| Litigation Consulting | 11/12/2008 | JU | Jesse A. Ultz | 3.00 | Reviewing new financial results and updating analysis |
| Litigation Consulting | 11/13/2008 | BH | Brian A. Hock | 6.50 | Financial statement analysis and updating historical financial statements |
| Litigation Consulting | 11/13/2008 | JU | Jesse A. Ultz | 2.00 | Valuation research and analysis |
| Litigation Consulting | 11/13/2008 | JU | Jesse A. Ultz | 2.50 | Valuation research and analysis |
| Litigation Consulting | 11/14/2008 | BH | Brian A. Hock | 3.00 | Analyzing W.Y. Campbell analysis |
| Litigation Consulting | 11/18/2008 | JU | Jesse A. Ultz | 0.50 | Valuation analysis |
| Litigation Consulting | 11/20/2008 | JU | Jesse A. Ultz | 0.50 | Updating analysis and market research |
| Litigation Consulting | 11/21/2008 | JU | Jesse A. Ultz | 0.50 | Updating analysis and market research |
| Litigation Consulting | 11/25/2008 | JU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| | | | | 613.55 | |
| | | | | | |
| Plan and Disclosure Statement | 08/01/08 | JU | Jesse A. Ultz | 4.50 | Reviewing detail of 5-year plan, preparing for meeting with management |
| Plan and Disclosure Statement | 08/09/08 | JU | Jesse A. Ultz | 1.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/10/08 | JU | Jesse A. Ultz | 3.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian A. Hock | 4.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian A. Hock | 2.00 | Reviewing W.Y. Campbell valuation |
| Plan and Disclosure Statement | 08/11/08 | BH | Brian A. Hock | 1.00 | Reviewing amended plan of reorganization |
| Plan and Disclosure Statement | 08/11/08 | JU | Jesse A. Ultz | 2.00 | Reviewing disclosure statement |
| Plan and Disclosure Statement | 08/12/08 | BH | Brian A. Hock | 3.00 | Proposed plan of reorganization analysis |
| Plan and Disclosure Statement | 08/12/08 | JU | Jesse A. Ultz | 2.25 | Analysis of proposed plan of reorganization |
| Plan and Disclosure Statement | 9/21/2008 | JU | Jesse A. Ultz | 2.00 | Reviewing WYC's valuation report |
| Plan and Disclosure Statement | 9/22/2008 | BH | Brian A. Hock | 3.00 | Reviewing and analyzing WYC valuation report |
| Plan and Disclosure Statement | 9/22/2008 | JR | Jeffrey M. Risius | 8.00 | Reviewing WYC's valuation report |
| Plan and Disclosure Statement | 9/22/2008 | JU | Jesse A. Ultz | 2.25 | Reviewing and analyzing WYC valuation report |
| Plan and Disclosure Statement | 9/23/2008 | JR | Jeffrey M. Risius | 2.00 | Reviewing WYC's valuation report |
| Plan and Disclosure Statement | 9/23/2008 | JU | Jesse A. Ultz | 1.00 | Reviewing and analyzing WYC valuation report |
| Plan and Disclosure Statement | 9/24/2008 | BH | Brian A. Hock | 3.50 | Reviewing and analyzing WYC valuation report |
| Plan and Disclosure Statement | 9/26/2008 | BH | Brian A. Hock | 3.00 | Reviewing and analyzing WYC valuation report |
| Plan and Disclosure Statement | 11/3/2008 | JU | Jesse A. Ultz | 1.00 | Review of Disclosure Statement |
| | | | | 48.50 | |
| | | | | | |
| Teleconferences/Meetings with Committee/Counsel | 08/04/08 | JU | Jesse A. Ultz | 1.00 | Call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/05/08 | BH | Brian A. Hock | 1.00 | Review of conference call and call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/05/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | BH | Brian A. Hock | 1.50 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | JR | Jeffrey M. Risius | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/08/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | BH | Brian A. Hock | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | JR | Jeffrey M. Risius | 2.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/12/08 | JU | Jesse A. Ultz | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/19/08 | BH | Brian A. Hock | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/19/08 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | BH | Brian A. Hock | 1.50 | Preparation for and call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | JR | Jeffrey M. Risius | 2.00 | Preparation for and call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 08/20/08 | JU | Jesse A. Ultz | 2.50 | Preparation for and call with UCC and counsel |

Detail of Services Provided By Stout Risius Ross, Inc.

Exhibit A-2

Lexington Precision Corp., et al.

August 1, 2008 Through November 30, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 9/2/2008 | JU | Jesse A. Ultz | 0.75 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/5/2008 | BH | Brian A. Hock | 0.50 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/8/2008 | BH | Brian A. Hock | 0.75 | Preparation for conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/8/2008 | JR | Jeffrey M. Risius | 0.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/8/2008 | JU | Jesse A. Ultz | 1.25 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/17/2008 | BH | Brian A. Hock | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/17/2008 | JU | Jesse A. Ultz | 0.75 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/23/2008 | BH | Brian A. Hock | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/23/2008 | JR | Jeffrey M. Risius | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/23/2008 | JU | Jesse A. Ultz | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/25/2008 | BH | Brian A. Hock | 2.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/25/2008 | JR | Jeffrey M. Risius | 1.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/25/2008 | JU | Jesse A. Ultz | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/2/2008 | JU | Jesse A. Ultz | 1.50 | Meeting with UCC counsel to discuss W.Y. Campbell valuation report |
| Teleconferences/Meetings with Committee/Counsel | 10/3/2008 | BH | Brian A. Hock | 6.00 | Preparation for and meeting with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/3/2008 | JU | Jesse A. Ultz | 7.00 | Preparation for and meeting with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/5/2008 | BH | Brian A. Hock | 1.25 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/5/2008 | JU | Jesse A. Ultz | 1.25 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/12/2008 | BH | Brian A. Hock | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/12/2008 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/13/2008 | JU | Jesse A. Ultz | 1.00 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/14/2008 | BH | Brian A. Hock | 1.50 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/14/2008 | JU | Jesse A. Ultz | 1.00 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/15/2008 | BH | Brian A. Hock | 1.25 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/15/2008 | JR | Jeffrey M. Risius | 2.50 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/15/2008 | JU | Jesse A. Ultz | 1.25 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/20/2008 | BH | Brian A. Hock | 1.25 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/20/2008 | JR | Jeffrey M. Risius | 2.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/22/2008 | BH | Brian A. Hock | 1.00 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/22/2008 | JU | Jesse A. Ultz | 1.00 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/23/2008 | JU | Jesse A. Ultz | 0.75 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/24/2008 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/30/2008 | JR | Jeffrey M. Risius | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/30/2008 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/3/2008 | BH | Brian A. Hock | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/3/2008 | JU | Jesse A. Ultz | 1.00 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/6/2008 | JU | Jesse A. Ultz | 1.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/14/2008 | JU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/25/2008 | JR | Jeffrey M. Risius | 0.75 | Phone call with UCC counsel regarding trial time line |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.                                   Exhibit A-2

August 1, 2008 Through November 30, 2008

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 11/25/2008 | JU | Jesse A. Ultz | 0.75 | Conference call with UCC counsel |
| | | | | 74.50 | |
| Teleconferences/Meetings with Debtors/Counsel | 08/05/08 | BH | Brian A. Hock | 4.00 | Preparation for and call with Lexington management (Rock Hill and Jasper) |
| Teleconferences/Meetings with Debtors/Counsel | 08/05/08 | JR | Jeffrey M. Risius | 4.50 | Preparation for and call with Lexington management (Rock Hill and Jasper) |
| Teleconferences/Meetings with Debtors/Counsel | 08/05/08 | JU | Jesse A. Ultz | 5.50 | Preparation for and call with Lexington management (Rock Hill and Jasper) |
| Teleconferences/Meetings with Debtors/Counsel | 08/11/08 | JR | Jeffrey M. Risius | 10.00 | Preparing for meeting, traveling to Rochester to Metals division, meeting with Metals management and touring facility |
| Teleconferences/Meetings with Debtors/Counsel | 08/11/08 | JU | Jesse A. Ultz | 9.50 | Preparing for meeting, traveling to Rochester to Metals division, meeting with Metals management and touring facility |
| Teleconferences/Meetings with Debtors/Counsel | 08/13/08 | BH | Brian A. Hock | 2.00 | Preparation for and conference call with Metals division management team |
| Teleconferences/Meetings with Debtors/Counsel | 08/13/08 | JU | Jesse A. Ultz | 2.50 | Preparation for and conference call with Metals division management team |
| Teleconferences/Meetings with Debtors/Counsel | 08/15/08 | BH | Brian A. Hock | 5.50 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| Teleconferences/Meetings with Debtors/Counsel | 08/15/08 | JR | Jeffrey M. Risius | 6.00 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| Teleconferences/Meetings with Debtors/Counsel | 08/15/08 | JU | Jesse A. Ultz | 5.00 | Preparation for and conference call with LPC management team regarding Medical and Insulators divisions |
| Teleconferences/Meetings with Debtors/Counsel | 9/2/2008 | JU | Jesse A. Ultz | 1.00 | Correspondence with LPC |
| Teleconferences/Meetings with Debtors/Counsel | 10/13/2008 | BH | Brian A. Hock | 2.25 | Preparation for and conference call with UCC, Debtors, and counsel |
| Teleconferences/Meetings with Debtors/Counsel | 10/13/2008 | JU | Jesse A. Ultz | 2.25 | Preparation for and conference call with UCC, Debtors, and counsel |
| Teleconferences/Meetings with Debtors/Counsel | 10/20/2008 | BH | Brian A. Hock | 1.00 | Preparation for and conference call with Lexington Medical management |
| Teleconferences/Meetings with Debtors/Counsel | 10/20/2008 | JU | Jesse A. Ultz | 1.50 | Preparation for and conference call with Lexington Medical management |
| Teleconferences/Meetings with Debtors/Counsel | 10/24/2008 | BH | Brian A. Hock | 0.50 | Conference call with WYC and Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 10/24/2008 | JU | Jesse A. Ultz | 0.50 | Conference call with WYC and Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 10/27/2008 | BH | Brian A. Hock | 5.00 | Preparation for and conference call with UCC, Debtors, and counsel |
| Teleconferences/Meetings with Debtors/Counsel | 10/27/2008 | JR | Jeffrey M. Risius | 5.00 | Preparation for and conference call with UCC, Debtors, and counsel |
| Teleconferences/Meetings with Debtors/Counsel | 10/27/2008 | JU | Jesse A. Ultz | 6.00 | Preparation for and conference call with UCC, Debtors, and counsel |
| | | | | 79.50 | |

**EXHIBIT B-1**

## LEXINGTON PRECISION CORP. *ET AL.*

EXPENSE SUMMARY
August 1, 2008 through November 30, 2008

| **Expense Category** | **Amount** |
|---|---|
| Travel | $ 1,189.11 |
| Copy Service | 30.91 |
| Lodging | 1,082.44 |
| Federal Express | 261.23 |
| Working Meals | 351.56 |
| Telephone | 174.27 |
| **TOTAL** | **$ 3,089.52** |

**EXHIBIT B-2**

**LEXINGTON PRECISION CORP.** *ET AL.*

DAILY EXPENSES AND AMOUNTS

See attached details of all expenses incurred from August 1, 2008 through November 30, 2008.

Expense Detail for Stout Risius Ross, Inc.                                                                    Exhibit B-2
Second Interim Fee Application

| Date | Amount | Description |
|------|--------|-------------|
| 8/10/2008 | $ 30.91 | Copies of Disclosure Statement |
| **Total August Copy Service Expense** | 30.91 | |
| | | |
| 8/5/2008 | 12.71 | Dinner for Brian Hock while working late |
| 8/6/2008 | 9.99 | Dinner for Jesse Ultz while working late |
| 8/11/2008 | 4.44 | Dinner for Brian Hock while working late |
| 8/13/2008 | 7.93 | Dinner for Brian Hock while working late |
| **Total August Working Meals Expense** | 35.07 | |
| | | |
| 8/13/2008 | 31.99 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 8/13/2008 | 15.07 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 8/26/2008 | 24.53 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total August Federal Express Expense** | 71.59 | |
| | | |
| 8/20/2008 | 12.02 | Chargeable - **Telephone** - - VENDOR: Infinite Conferencing, LLC |
| 8/20/2008 | 25.38 | Chargeable - **Telephone** - - VENDOR: Infinite Conferencing, LLC |
| 8/20/2008 | 31.01 | Chargeable - **Telephone** - - VENDOR: Infinite Conferencing, LLC |
| **Total August Telephone Expense** | $ 68.41 | |
| | | |
| 8/11/2008 | 19.00 | Parking at Metro Airport while in New York for site visits. |
| 8/11/2008 | 28.08 | Mileage to and from Metro Airport for site visits in New York. |
| 8/11/2008 | 32.18 | Driving to and from airport for trip to Rochester for meeting with Metals management. |
| 8/11/2008 | 19.00 | Parking at airport traveling to Rochester for meeting with Metals management. |
| **Total August Travel Expense** | 98.26 | |
| | | |
| **Total August Expenses** | $ 304.24 | |
| | | |
| | | |
| 9/8/2008 | 5.93 | Dinner for Brian Hock while working late |
| 9/22/2008 | 5.93 | Dinner for Brian Hock while working late |
| 9/29/2008 | 7.25 | Dinner for Brian Hock while working late |
| 9/29/2008 | 9.17 | Dinner for Jesse Ultz when working late |
| 9/30/2008 | 16.62 | Dinner for Jesse Ultz when working late |
| **Total September Working Meals Expense** | $ 44.90 | |
| | | |
| 9/4/2008 | 30.73 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 9/17/2008 | 24.53 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total September Federal Express Expense** | $ 55.26 | |
| | | |
| **Total September Expenses** | $ 100.16 | |

Expense Detail for Stout Risius Ross, Inc.
Second Interim Fee Application

Exhibit B-2

| Date | Amount | Description |
|---|---|---|
| 10/2/2008 | 9.99 | Dinner for Jesse Ultz when working late |
| 10/3/2008 | 51.58 | Lunch for Gerry Bracht, Tim McCoun, Jesse Ultz, and Brian Hock while working |
| 10/6/2008 | 11.65 | Dinner for Brian Hock while working late |
| 10/8/2008 | 11.65 | Dinner for Brian Hock while working late |
| 10/8/2008 | 13.76 | Dinner for Jesse Ultz when working late |
| 10/26/2008 | 17.90 | Meal for Jesse Ultz in New York for hearing on exclusivity |
| 10/27/2008 | 17.58 | Meal for Jesse Ultz in New York for hearing on exclusivity |
| 10/28/2008 | 19.20 | Meal for Jesse Ultz in New York for hearing on exclusivity |
| 10/29/2008 | 9.15 | Dinner for Brian Hock while working late |
| 10/30/2008 | 19.48 | Dinner for Jesse Ultz while working late |
| **Total October Working Meals Expense** | **$    181.94** | |
| | | |
| 10/6/2008 | 19.07 | Flash drive to send files to attorneys |
| 10/20/2008 | 100.70 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total October Federal Express Expense** | **$    119.77** | |
| | | |
| 10/28/2008 | 1,082.44 | Hotel in New York for hearing on exclusivity for two nights |
| **Total October Lodging Expense** | **$    1,082.44** | |
| | | |
| 10/20/2008 | 5.50 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total October Telephone Expense** | **$    5.50** | |
| | | |
| 10/23/2008 | 879.00 | Flight to New York for hearing on exclusivity |
| 10/26/2008 | 30.67 | Cab from airport to hotel in New York for hearing on exclusivity |
| 10/28/2008 | 32.18 | Driving to and from airport for trip to New York for hearing on exclusivity |
| 10/28/2008 | 57.00 | Parking at airport for trip to New York for hearing on exclusivity |
| 10/28/2008 | 15.00 | Baggage check fee for flight to New York for hearing on exclusivity |
| 10/28/2008 | 25.00 | Change fee for return flight from New York for hearing on exclusivity |
| 10/28/2008 | 52.00 | Cab to airport from hotel in New York for hearing on exclusivity |
| **Total October Travel Expense** | **$    1,090.85** | |
| | | |
| **Total October Expenses** | **$    2,480.50** | |
| | | |
| 11/1/2008 | 13.00 | Meal for Jesse Ultz when working weekend |
| 11/2/2008 | 24.81 | Lunch on Sunday for Jesse Ultz, Brian Hock, and Jeff Risius while working on valuation analysis |
| 11/3/2008 | 13.78 | Dinner for Brian Hock while working late |
| 11/3/2008 | 8.25 | Dinner for Jesse Ultz when working late |
| 11/4/2008 | 19.92 | Dinner for Brian Hock while working late |
| 11/13/2008 | 9.89 | Dinner for Jesse Ultz when working late |
| **Total November Working Meals Expense** | **$    89.65** | |
| | | |
| 11/20/2008 | 14.61 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total November Federal Express Expense** | **$    14.61** | |
| | | |
| 11/21/2008 | 0.57 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 0.57 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 0.45 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 30.05 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 19.56 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 10.89 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 30.90 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 11/21/2008 | 7.37 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total November Telephone Expense** | **$    100.36** | |
| | | |
| **Total November Expenses** | **$    204.62** | |

**EXHIBIT C**

LEXINGTON PRECISION CORP. *ET AL.*

RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                        :        Chapter 11
                                                              :
LEXINGTON PRECISION CORP, et al.,                             :        Case No. 08-11153 (MG)
                                                              :
                                                              :        (Jointly Administered)
                            Debtors.                          :
--------------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT OF
## STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and

Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") in the above-captioned

Chapter 11 cases for entry of an order, under sections 328(a) and 1103(a) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Stout Risius

Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008, pursuant to the terms of

SRR's engagement letter dated as of May 13, 2008 (the "Engagement Letter"); and the Court

having considered the Application and the Declaration of Jeffrey M. Risius dated May 13, 2008,

in support of the Application; and it appearing that (i) SRR does not hold or represent an interest

adverse to the Committee, (ii) SRR is a "disinterested person" as that term is defined in under

section 101(14) of the Bankruptcy Code, (iii) the retention of SRR by the Committee is

necessary and in the best interest of the Committee, and (iv) the terms and conditions of SRR's

employment as set forth in the Application and the Engagement Letter (as defined in the

Application) are fair and reasonable, including, without limitation, the Fee Structure (as defined

in the Application); and the Court having jurisdiction to consider and determine the Application

as a core proceeding under 28 U.S.C. §§ 157 and 1334; and it appearing that notice has been given and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Application is hereby granted, and SRR is hereby employed as the Committee's financial advisors, as of May 13, 2008, on the terms and conditions set forth in the Engagement Letter; and it is further

ORDERED that, notwithstanding anything in the Engagement Letter to the contrary, SRR's compensation thereunder may not be increased absent further Order of this Court.

ORDERED that SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court; and it is further

ORDERED that, the United States Trustee, Capital Source Finance LLC, as agent, and CSF Mortgage LLC, as agent, retain all rights to object to SRR's interim and final fee applications (including expense reimbursement) on grounds including, without limitation, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and directed to indemnify and hold harmless SRR and the other Indemnified Parties (as defined in the Engagement Letter) pursuant to the indemnification provisions of the Engagement Letter, which requests for payment of indemnity,

2

if any, pursuant thereto shall be made by means of an application and shall be subject to review by the Court to ensure that any such payment conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, provided, however, that in no event shall SRR or the other Indemnified Parties be indemnified for (x) their respective gross negligence, willful misconduct or fraud or (y) a material breach of a term or condition of the Engagement Letter by SRR; and it is further

ORDERED that in no event shall SRR be indemnified if the Debtor or a representative of the estates, assert a claim for, and a court determines by final order that such claim arose out of (x) SRR's or the Indemnified Parties' gross negligence, willful misconduct or fraud or (y) a material breach of a term of condition of the Engagement Letter by SRR; and it is further

ORDERED that in the event SRR seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in SRR's own application (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regards to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that SRR shall not, in the course of its engagement by the Committee under this Order, use any information obtained or work product developed in connection with its prior real estate valuation/appraisal engagement by Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC as agent, CSE Mortgage LLC, as agent, and other Prepetition Senior Lenders (as defined in the Final Order Authorizing Use of Cash Collateral, dated April 17, 2007)

3

and shall keep all such information and work product strictly confidential; and it is further

ORDERED that SRR shall not testify adversely to Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC, as agent, CSE Mortgage LLC, as agent, or any other Prepetition Senior Lenders, with respect to real estate valuation/appraisal previously performed by SRR for or on behalf of such entities; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, Local Rules, any order of this Court or any guidelines regarding submission and approval of fee applications, SRR shall only be required to maintain contemporaneous summary time records for services rendered in hourly increments and shall not be required to file a schedule of rates; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters arising from or related to this Order or the implementation hereof.

Dated:  June 5, 2008

New York, NY

/s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

NYC:175769.8

## VERIFICATION

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein; I am acquainted with the facts upon which this application is based; I have read the foregoing application and know the contents thereof: the same is true to the knowledge of the deponent, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me **this** 15th day of January 2009

Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

CERTIFICATION

STATE OF NEW YORK          )
                          ) ss:
COUNTY OF NEW YORK         )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.    I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein.

2.    I have read the application.

3.    All interested parties have received and are reviewing or have reviewed the application.

4.    In providing a reimbursable service, Applicant does not make a profit on that service.

5.    In charging for a particular service, Applicant does not include the amortization of the cost of any investment equipment or capital outlay.

6.    In seeking reimbursement for third-party services, Applicant requests reimbursement only for the amount billed to the applicant by the third party.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2009

_____
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Re:

Lexington Precision Corp. *et al.*,

                Debtor:

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a second interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

_____

STATE OF NEW YORK      )
                        ) ss:
COUNTY OF NEW YORK   )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.    Deponent is a Managing Director of the Applicant named in the foregoing Application for a second interim allowance of Fees, for services rendered by Stout Risius Ross, Inc. as financial advisors to the above-named Official Committee of Unsecured Creditors.

2.    No arrangement prohibited by 18 U.S.C. Sec. 155 has been made by me or to any member of the said firm of Stout Risius Ross, Inc.

3.    Applicant is a disinterested person and represents or holds no interest adverse to the Debtor.

4.    No agreements or understandings in any form or guise have been made or exist between Applicant and any other person for a division or sharing of compensation allowed or to be allowed, or paid or to be paid, for services rendered in connection with this proceeding and no agreement has been made which is contrary to the provisions of the Bankruptcy Code.

                                 Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2009

Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland