

**W. Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

October 2, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (August 2008)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



**W. Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                                    10/2/08

## Monthly Client Expense Report
### 8/1/08 Through 8/31/08

Lexington Precision

| | |
|---|---:|
| 55625-Federal Express | 247.00 |
| 55905-Reproduuction | 275.00 |
| 56230-Telephone | 35.19 |
| 56000-Reference | 575.00 |

TOTAL EXPENSESDUE                                    $1,132.19

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/6/08 | Reference | Detroit | 50.00 | vendor | K. haras |
| 8/6/08 | Reference | Detroit | 100.00 | vendor | G. McGowan |
| 8/7/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 8/8/08 | Reference | Detroit | 50.00 | vendor | K. haras |
| 8/12/08 | Reference | Detroit | 100.00 | vendor | A, Schroeder |
| 8/22/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 8/28/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| | | | 575.00 | | |



## LEXINGTON PRECISION

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/31/2008 | Federal Express | Detroit, MI | 247.00 | vendor | various |
| | | | 247.00 | | |

## LEXINGTON PRECISION

### Telephone



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/31/2008 | conference calls | Detroit, MI | 353.19 | vendor | various |
| | | | 353.19 | | |

## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/1/2008 | color copies | Detroit, MI | 250.00 | 1.00/page | various |
| 8/31/2008 | b/w copies | Detroit, MI | 25.00 | .10/page | various |
| | | | 275.00 | | |

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

October 27, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (September 2008) (Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



INVESTMENT BANKING & COMPANY

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica

10/27/08

## Monthly Client Expense Report
### 9/1/08 Through 9/30/08

Lexington Precision

| | |
|---|---:|
| 55100-Legal | |
| 55625-Federal Express | 171.60 |
| 55905-Reproduction | 128.42 |
| 56000-Reference | 196.00 |
| 56230-Telephone | 300.00 |
| 56450-Travel | 409.84 |
| 56460-Meals | 4237.25 |
| | 15.00 |

TOTAL EXPENSESDUE

$5,458.11

## Wire Transfer Instructions for the account of:
# W. Y. Campbell & Company
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

## LEXINGTON PRECISION

**Meals**



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/9/08 | Dinner | New York | 15.00 | vendor | A. Augier |
| | | | 15.00 | | |



**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/30/2008 | Federal Express | Detroit, MI | 128.42 | vendor | various |
| | | | 128.42 | | |



## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/1/2008 | color copies | Detroit, MI | 176.00 | 1.00/page | various |
| 9/30/2008 | b/w copies | Detroit, MI | 20.00 | .10/page | various |
| | | | 196.00 | | |

## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/2/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 9/3/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| 9/15/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| 9/19/08 | Reference | Detroit | 50.00 | vendor | A. Schroeder |
| | | | 300.00 | | |

## LEXINGTON PRECISION

### Telephone



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/30/2008 | conference calls | Detroit, MI | 409.84 | vendor | various |
| | | | 409.84 | | |

**LEXINGTON PRECISION**

Legal

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 09/30/08 | Misc Legal Fees | Detroit, MI | 171.60 | vendor | various |
| | | | 171.60 | | |

ACCOUNT WITH

**DICKINSON WRIGHT**PLLC

500 ODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

August 18, 2008
Invoice No. 639135

021924    W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: MR. WILLIAM CAMPBELL

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 07/02/08 ARB | TCs with client re: monthly fee and expense statement; preparation of first interim fee application. | .20 |
| 07/23/08 ARB | Review retention orders and application procedures.  Email to client re: upcoming deadlines for monthly invoices and interim fee applications. | .60 |

TOTAL SERVICES. . . . . . . . . .$    168.00

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | REPRODUCTION-INSIDE FIRM | 3.60 |

TOTAL DISBURSEMENTS. . . . . . .$    3.60

TOTAL CURRENT CHARGES. . . . . .$    171.60

## LEXINGTON PRECISION

### Travel

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/9/08 | Roundtrip Airfare - Detroit, MI to New York, NY | | 1,344.00 | vendor | A. Schroeder |
| 9/9/08 | Airport Parking | Detroit | 25.00 | vendor | A. Schroeder |
| 9/9/08 | Mileage to airport | Detroit | 25.25 | vendor | K. Haras |
| 9/9/08 | Taxi from airport | New York City | 35.00 | vendor | K. Haras |
| 9/9/08 | Roundtrip Airfare - Detroit, MI to New York, NY | | 1,344.00 | vendor | K. Haras |
| 9/9/08 | Airport Parking | Detroit | 25.00 | vendor | K. Haras |
| 9/9/08 | Roundtrip Airfare - Detroit, MI to New York, NY | | 1,344.00 | vendor | A. Augier |
| 9/9/08 | taxi to airport | New York City | 35.00 | vendor | A. Augier |
| 9/9/08 | Airport Parking | Detroit | 25.00 | vendor | A. Augier |
| 9/9/08 | changed flight fee | Detroit | 35.00 | vendor | A. Augier |

4,237.25

# LEXINGTON PRECISION

## Meals

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/9/08 | Dinner | New York | 15.00 | vendor | A. Augier |
| | | | 15.00 | | |



INVESTMENT BANKING

EXHIBIT C

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

November 26, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees: (October 2008) (Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |

**Total amount due:** **$ 40,000.00**

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



INVESTMENT BANKING & COMPANY

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                            11/26/08

## Monthly Client Expense Report
### 10/1/08 Through 10/31/08

Lexington Precision

| | |
|---|---:|
| 55100-Legal | 1336.20 |
| 55625-Federal Express | 257.32 |
| 55905-Reproduction | 202.50 |
| 56000-Reference | 475.00 |
| 56230-Telephone | 680.58 |
| 56450-Travel | 3905.00 |
| 56460-Meals | 25.25 |

TOTAL EXPENSES DUE                          $6,881.85

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

October 13, 2008
Invoice No. 646922

021924    W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: MR. WILLIAM CAMPBELL

| DATE | | SERVICES | HOURS |
|------|------|------|------|
| 09/10/08 | ARB | Review supporting documentation for fee application. Emails with client re: request for additional supporting documents. | .70 |
| 09/11/08 | ARB | Draft and revise first interim fee application. TC with client re: additional narrative for application. Email application to client for review and signature. | 2.60 |
| 09/12/08 | ARB | Review email from client re: summary of work performed during application period. Email to client re: filing fee application. | .40 |
| 09/15/08 | ARB | Coordinate filing of fee application and pro hac motions. | .30 |
| 09/17/08 | RMB | T/c w/Andre re disclosure form. | .20 |
| 09/25/08 | ARB | Review notice of hearing re: professional fee applications. Email to client re: same. | .40 |

============

TOTAL SERVICES. . . . . . . . . .$    1,023.00

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021924-00020
W.Y. CAMPBELL & COMPANY
LEXINGTON PRECISION FEE APPLICATION

Invoice No. 646922
Page   2

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | REPRODUCTION-INSIDE FIRM | 288.20 |
| 09/15/08 | RECORDING/FILING FEE - - VENDOR: ALLISON R. BACH REIMBURSE FEE FOR ADMISSION PRO HAC VICE IN CASE NO 08-11153 IN THE SOUTHERN DISTRICT OF NEW YORK---AR BACH | 25.00 |

```
                                        ------------
        TOTAL DISBURSEMENTS. . . . . . . $       313.20
                                        ------------

        TOTAL CURRENT CHARGES. . . . . . $     1,336.20
                                        ============
```

**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2008 | Federal Express | Detroit, MI | 257.32 | vendor | various |
| | | | 257.32 | | |



## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/1/2008 | color copies | Detroit, MI | 180.00 | 1.00/page | various |
| 10/31/2008 | b/w copies | Detroit, MI | 22.50 | .10/page | various |
| | | | 202.50 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/6/08 | Reference | Detroit | 150.00 | vendor | G. McGowan |
| 10/13/08 | Reference | Detroit | 100.00 | vendor | G. McGowan |
| 10/22/08 | Reference | Detroit | 50.00 | vendor | G. McGowan |
| 10/28/08 | Reference | Detroit | 75.00 | vendor | G. McGowan |
| 10/30/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| | | | 475.00 | | |



**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2008 | conference calls | Detroit, MI | 680.58 | vendor | various |
| | | | 680.58 | | |

**LEXINGTON PRECISION**

**Legal**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/08 | Misc Legal Fees | Detroit, MI | 1,336.20 | vendor | various |
| | | | 1,336.20 | | |

## LEXINGTON PRECISION

### Travel

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/13/08 | Airfare + agent Fee | New York, NY | 929.00 | vendor | A. Augier |
| 10/13/08 | Taxi from airport | New York, NY | 35.00 | vendor | A. Augier |
| 10/13/08 | Taxi to airport | New York, NY | 35.00 | vendor | A. Augier |
| 10/13/08 | Airport Parking | New York, NY | 25.00 | vendor | A. Augier |
| 10/27/08 | Air Fare | New York, Lexington | 1,379.00 | vendor | K. Haras |
| 10/27/08 | Airport Parking | New York, Lexington | 25.00 | vendor | K. Haras |
| 10/27/08 | Airfare + agent Fee | New York, NY | 1,379.00 | vendor | A. Augier |
| 10/27/08 | Taxi from airport | New York, NY | 38.00 | vendor | A. Augier |
| 10/27/08 | Taxi to airport | New York, NY | 35.00 | vendor | A. Augier |
| 10/27/08 | Airport Parking | New York, NY | 25.00 | vendor | A. Augier |

3,905.00

# LEXINGTON PRECISION

## Meals

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/27/2008 | meals while traveling | New York, | 20.00 | vendor | K. Haras |
| 10/27/2008 | refreshments | New York, NY | 5.25 | vendor | K. |
| | | | 25.25 | | |



**EXHIBIT C**

INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

December 22, 2008

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (November  2008)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | $ 40,000.00 |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                    12/22/08

## Monthly Client Expense Report
### 11/1/08 Through 11/30/08

Lexington Precision

| | |
|---|---:|
| 55625-Federal Express | 313.27 |
| 55905-Reproduction | 175.00 |
| 56000-Reference | 550.00 |
| 56230-Telephone | 370.62 |

TOTAL EXPENSES DUE                              $1,408.89

Wire Transfer Instructions for the account of:
### W. Y. Campbell & Company
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33



**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2008 | Federal Express | Detroit, MI | 313.27 | vendor | various |
| | | | 313.27 | | |

## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/1/2008 | color copies | Detroit, MI | 137.00 | 1.00/page | various |
| 11/30/2008 | b/w copies | Detroit, MI | 38.00 | .10/page | various |
| | | | 175.00 | | |

## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/3/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| 11/6/08 | Reference | Detroit | 150.00 | vendor | A. Schroeder |
| 11/10/08 | Reference | Detroit | 50.00 | vendor | A. Schroeder |
| 11/18/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 11/25/08 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| 11/26/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| | | | 550.00 | | |

**LEXINGTON PRECISION**

Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2008 | conference calls | Detroit, MI | 370.62 | vendor | various |
| | | | **370.62** | | |