EXHIBIT
D

Confidential

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
August 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 52.0 |
| Kurt L. Haras | Investment Banking | Director | 59.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 55.0 |
| Alexander J. Schroeder | Investment Banking | Analyst | 82.5 |
| Total | | | 249.0 |

Lexington Precision Corporation - Time Sheet

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Friday, August 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 04, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 04, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 05, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 05, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with management |
| Wednesday, August 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 07, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 08, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 11, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 11, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to Rochester, NY |
| Monday, August 11, 2008 | 4.0 hrs | 21 | Facility Tour | Plant tour - Rochester, NY Facility |
| Monday, August 11, 2008 | 4.0 hrs | 15 | Travel | Travel - Rochester, NY to Detroit, MI |
| Tuesday, August 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 13, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 13, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Thursday, August 14, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 15, 2008 | 4.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Monday, August 18, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 18, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 19, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 20, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 21, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 22, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 22, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with management |
| Monday, August 25, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 25, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 26, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 27, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 28, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - August 2008** | **52.0 hrs** | | | |

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - Kurt L. Haras, Director

W.Y. CAMPBELL & COMPANY

| Date | Time | Task | Task Code | Description of Task |
|---|---|---|---|---|
| Friday, August 01, 2008 | 1.0 hrs | Meeting/Calls (WYCC/Client) | 12 | Conference call with management |
| Friday, August 01, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Monday, August 04, 2008 | 1.5 hrs | Meeting/Calls (Internal) | 11 | Internal WYC&C planning meeting |
| Monday, August 04, 2008 | 1.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Tuesday, August 05, 2008 | 1.0 hrs | Meeting/Calls (WYCC/Committee) | 13 | Conference call with management/Committee Advisors |
| Tuesday, August 05, 2008 | 1.5 hrs | Meeting/Calls (WYCC/Client) | 12 | Conference call with management |
| Tuesday, August 05, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 06, 2008 | 1.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 06, 2008 | 1.5 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Thursday, August 07, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Friday, August 08, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Friday, August 08, 2008 | 2.5 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Monday, August 11, 2008 | 1.0 hrs | Meeting/Calls (Internal) | 11 | Internal WYC&C planning meeting |
| Monday, August 11, 2008 | 1.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Tuesday, August 12, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Tuesday, August 12, 2008 | 3.5 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Wednesday, August 13, 2008 | 1.0 hrs | Meeting/Calls (WYCC/Committee) | 13 | Conference call with management/Committee Advisors |
| Wednesday, August 13, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Thursday, August 14, 2008 | 1.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Friday, August 15, 2008 | 4.0 hrs | Meeting/Calls (WYCC/Committee) | 13 | Conference call with management/Committee Advisors |
| Friday, August 15, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Friday, August 15, 2008 | 1.5 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Monday, August 18, 2008 | 1.5 hrs | Meeting/Calls (Internal) | 11 | Internal WYC&C planning meeting |
| Monday, August 18, 2008 | 1.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Tuesday, August 19, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 20, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 20, 2008 | 4.0 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Thursday, August 21, 2008 | 1.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Thursday, August 21, 2008 | 1.0 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Friday, August 22, 2008 | 1.0 hrs | Meeting/Calls (WYCC/Client) | 12 | Conference call with management |
| Friday, August 22, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Monday, August 25, 2008 | 1.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Monday, August 25, 2008 | 2.0 hrs | Meeting/Calls (Internal) | 11 | Internal WYC&C planning meeting |
| Tuesday, August 26, 2008 | 1.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 27, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Wednesday, August 27, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Thursday, August 28, 2008 | 2.5 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Thursday, August 28, 2008 | 2.0 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| Friday, August 29, 2008 | 2.0 hrs | Valuation Report | 44 | Preparation of valuation analysis and report |
| Friday, August 29, 2008 | 0.5 hrs | Correspondence with client | 18 | Phone/email correspondence with client |
| **Total Hours - August 2008** | **59.5 hrs** | | | |

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Friday, August 01, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 01, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, August 04, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 04, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 04, 2008 | 4.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, August 05, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 05, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, August 06, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 06, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, August 07, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 07, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, August 08, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 08, 2008 | 8.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, August 11, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 11, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 13, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 14, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 15, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 18, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 18, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 20, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 21, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 22, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, August 25, 2008 | 1.0 hrs | 11 | Meeting/Calls (internal) | Internal WYC&C planning meeting |
| Monday, August 25, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, August 26, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, August 27, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, August 28, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, August 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - August 2008**    **55.0 hrs**

Confidential

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - Alexander J. Schroeder, Analyst

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Friday, August 01, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with management |
| Friday, August 01, 2008 | 7.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, August 04, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 04, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, August 05, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Tuesday, August 05, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with management |
| Tuesday, August 05, 2008 | 8.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, August 06, 2008 | 9.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, August 07, 2008 | 6.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, August 08, 2008 | 9.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, August 11, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, August 12, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Wednesday, August 13, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Thursday, August 14, 2008 | 5.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, August 15, 2008 | 4.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Monday, August 18, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, August 20, 2008 | 4.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Friday, August 22, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with management |
| Friday, August 22, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Monday, August 25, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, August 25, 2008 | 3.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Tuesday, August 26, 2008 | 2.0 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |
| Thursday, August 28, 2008 | 3.5 hrs | 44 | Valuation Report | Drafting of valuation analysis and report |

**Total Hours - August 2008**   82.5 hrs

Lexington Precision Corporation - Time Sheet    Confidential

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
September 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 58.0 |
| Kurt L. Haras | Investment Banking | Director | 72.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 44.5 |
| Alexander J. Schroeder | Investment Banking | Analyst | 81.5 |
| **Total** | | | **256.5** |

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, September 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 02, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 04, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 05, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 05, 2008 | 2.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 08, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 08, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Tuesday, September 09, 2008 | 6.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington management - NYC |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Wednesday, September 10, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 11, 2008 | 1.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 11, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 12, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 15, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 15, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 16, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, September 16, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Wednesday, September 17, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 17, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 18, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 18, 2008 | 2.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 19, 2008 | 2.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 22, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 23, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 24, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 25, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 26, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 29, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 29, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 30, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - September 2008** | **58.0 hrs** | | | |

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - Kurt L. Haras, Director

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, September 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 02, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 04, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 04, 2008 | 1.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 05, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 05, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 08, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 08, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 08, 2008 | 1.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Tuesday, September 09, 2008 | 6.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington management - NYC |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Wednesday, September 10, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 10, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 11, 2008 | 0.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 11, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Thursday, September 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 12, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 15, 2008 | 2.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 15, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 15, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, September 16, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 16, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Tuesday, September 16, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 17, 2008 | 4.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Wednesday, September 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 18, 2008 | 3.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 18, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 19, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 19, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 22, 2008 | 4.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 23, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 24, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 25, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 26, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 29, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 29, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 30, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - September 2008** | **72.5 hrs** | | | |

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, September 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 02, 2008 | 1.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Wednesday, September 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 04, 2008 | 1.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 04, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 05, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 05, 2008 | 1.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 08, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 09, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 09, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 11, 2008 | 0.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 12, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 15, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 15, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 16, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, September 16, 2008 | 4.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Wednesday, September 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, September 17, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 18, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, September 18, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, September 19, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 22, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Thursday, September 25, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, September 29, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, September 30, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 30, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| **Total Hours - September 2008** | **44.5 hrs** | | | |

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Analyst*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Tuesday, September 02, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 02, 2008 | 1.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Wednesday, September 03, 2008 | 4.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 04, 2008 | 1.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 05, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 05, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 08, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 08, 2008 | 2.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Tuesday, September 09, 2008 | 6.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington management - NYC |
| Tuesday, September 09, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Wednesday, September 10, 2008 | 2.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 11, 2008 | 3.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 11, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Friday, September 12, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 15, 2008 | 6.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 15, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, September 16, 2008 | 4.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Tuesday, September 16, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Conf. call with Lexington management re: valuation report |
| Wednesday, September 17, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Thursday, September 18, 2008 | 5.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 19, 2008 | 7.0 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Friday, September 19, 2008 | 8.5 hrs | 44 | Valuation Report | Preparation/review of valuation analysis and report |
| Monday, September 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, September 29, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |

**Total Hours - September 2008**    **81.5 hrs**

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation – Chapter 11 Reorganization
Summary of Work
October 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 72.0 |
| Kurt L. Haras | Investment Banking | Director | 52.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 48.0 |
| Alexander J. Schroeder | Investment Banking | Analyst | 66.5 |
| **Total** | | | **239.0** |

Lexington Precision Corporation - Time Sheet

Confidential

**W.Y. CAMPBELL & COMPANY**

## Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Wednesday, October 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 02, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 06, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, October 07, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 08, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 09, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 10, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 13, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Monday, October 13, 2008 | 6.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington - NYC |
| Monday, October 13, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Tuesday, October 14, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, October 15, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 15, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Wednesday, October 15, 2008 | 2.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington - NYC |
| Thursday, October 16, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Friday, October 17, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 20, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 20, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, October 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 22, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 23, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 24, 2008 | 2.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 27, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 27, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Monday, October 27, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington - NYC |
| Monday, October 27, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Tuesday, October 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, October 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 30, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 30, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 31, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - October 2008**    **72.0 hrs**

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

Time Sheet - Kurt L. Haras, Director

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Wednesday, October 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 02, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 06, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, October 07, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 08, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 09, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 10, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 13, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 13, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, October 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 15, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 16, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 17, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 20, 2008 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Monday, October 20, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 20, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, October 21, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 22, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 23, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 24, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 27, 2008 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Monday, October 27, 2008 | 7.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Lexington - NYC |
| Monday, October 27, 2008 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Monday, October 27, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, October 28, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 29, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 30, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 31, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

Total Hours - October 2008    52.5 hrs

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Wednesday, October 01, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 03, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 06, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 06, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 06, 2008 | 6.5 hrs | 44 | Valuation Report | Valuation analysis |
| Tuesday, October 07, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, October 09, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 10, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 13, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 13, 2008 | 6.5 hrs | 44 | Valuation Report | Valuation analysis |
| Tuesday, October 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 20, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, October 21, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 22, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, October 22, 2008 | 8.0 hrs | 44 | Valuation Report | Valuation analysis |
| Thursday, October 23, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, October 27, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, October 28, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, October 28, 2008 | 6.0 hrs | 44 | Valuation Report | Valuation analysis |
| Thursday, October 30, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, October 31, 2008 | 5.5 hrs | 44 | Valuation Report | Valuation analysis |

**Total Hours - October 2008**    **48.0 hrs**

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Analyst*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Friday, October 03, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation analysis |
| Monday, October 06, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 06, 2008 | 3.0 hrs | 44 | Valuation Report | Valuation analysis |
| Tuesday, October 07, 2008 | 6.0 hrs | 44 | Valuation Report | Valuation analysis |
| Thursday, October 09, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation analysis |
| Monday, October 13, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, October 13, 2008 | 2.5 hrs | 44 | Valuation Report | Valuation analysis |
| Wednesday, October 15, 2008 | 3.5 hrs | 44 | Valuation Report | Valuation analysis |
| Friday, October 17, 2008 | 2.0 hrs | 44 | Valuation Report | Valuation analysis |
| Monday, October 20, 2008 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) | Conference call with management/Committee Advisors |
| Monday, October 20, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, October 22, 2008 | 6.0 hrs | 44 | Valuation Report | Valuation analysis |
| Thursday, October 23, 2008 | 4.0 hrs | 44 | Valuation Report | Valuation analysis |
| Friday, October 24, 2008 | 4.5 hrs | 44 | Valuation Report | Valuation analysis |
| Monday, October 27, 2008 | 5.5 hrs | 44 | Valuation Report | Valuation analysis |
| Tuesday, October 28, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Wednesday, October 29, 2008 | 4.5 hrs | 44 | Valuation Report | Valuation analysis |
| Thursday, October 30, 2008 | 6.5 hrs | 44 | Valuation Report | Valuation analysis |
| | 7.0 hrs | 44 | Valuation Report | Valuation analysis |

**Total Hours - October 2008**    66.5 hrs

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
November 2008

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 37.0 |
| Kurt L. Haras | Investment Banking | Director | 51.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 58.5 |
| Alexander J. Schroeder | Investment Banking | Analyst | 81.5 |
| **Total** | | | **228.5** |

Confidential

W.Y. CAMPBELL & COMPANY

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - Andre A. Augier, Managing Director

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 03, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 03, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 04, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 05, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 06, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 06, 2008 | 3.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 07, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 10, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 10, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 11, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 12, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 12, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 13, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 13, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 14, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 14, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 17, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 17, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 17, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 18, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 19, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 20, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 21, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 21, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 24, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 24, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 24, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 25, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 26, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

Total Hours - November 2008    37.0 hrs

Confidential

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - Kurt L. Haras, Director

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 03, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 03, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 03, 2008 | 4.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 04, 2008 | 2.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 05, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 05, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 06, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 06, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 07, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 10, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 10, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 10, 2008 | 4.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 11, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 12, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 12, 2008 | 3.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 13, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 13, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 14, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 17, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 17, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 17, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 18, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 18, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Wednesday, November 19, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 20, 2008 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 20, 2008 | 3.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 21, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 24, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 24, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 25, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 26, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 26, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |

Total Hours - November 2008  51.5 hrs

Lexington Precision Corporation - Chapter 11 Reorganization

Time Sheet - *Gregory S. McGowan, Vice President*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 03, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 03, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 03, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 04, 2008 | 6.0 hrs | 42 | Financial Model Review | Review/Construction of updated financial model |
| Wednesday, November 05, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 05, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 06, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 06, 2008 | 3.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 10, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 10, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 11, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 11, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 11, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Wednesday, November 12, 2008 | 5.5 hrs | 42 | Financial Model Review | Review/Construction of updated financial model |
| Thursday, November 13, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 13, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 14, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 14, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 17, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Tuesday, November 18, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 18, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Wednesday, November 19, 2008 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 19, 2008 | 4.0 hrs | 42 | Financial Model Review | Review/Construction of updated financial model |
| Thursday, November 20, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 20, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 21, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 21, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 24, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 24, 2008 | 2.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 25, 2008 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 25, 2008 | 7.0 hrs | 42 | Financial Model Review | Review/Construction of updated financial model |
| Wednesday, November 26, 2008 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 26, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |

Total Hours - November 2008    58.5 hrs

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Alexander J. Schroeder, Analyst*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 03, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 03, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 03, 2008 | 4.0 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Wednesday, November 05, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Wednesday, November 05, 2008 | 3.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Thursday, November 06, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 06, 2008 | 7.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Monday, November 10, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 10, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Monday, November 10, 2008 | 4.0 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Tuesday, November 11, 2008 | 5.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Wednesday, November 12, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 13, 2008 | 4.0 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Friday, November 14, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Friday, November 14, 2008 | 7.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Monday, November 17, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 17, 2008 | 2.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 18, 2008 | 0.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 18, 2008 | 4.0 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Wednesday, November 19, 2008 | 1.5 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 20, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Thursday, November 20, 2008 | 5.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Friday, November 21, 2008 | 7.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Monday, November 24, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 24, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Tuesday, November 25, 2008 | 7.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| Wednesday, November 26, 2008 | 1.0 hrs | 43 | Review of Financial Data | Review of data provided by Lexington |
| Wednesday, November 26, 2008 | 3.5 hrs | 41 | Financial Modeling | Construction of updated financial models |
| **Total Hours - November 2008** | **81.5 hrs** | | | |

Confidential