# EXHIBIT B

## SUMMARY OF MATTERS WITH RESPECT TO
## FIRST INTERIM APPLICATION OF
## ANDREWS KURTH LLP
## FOR THE PERIOD OF AUGUST 1, 2008 TO NOVEMBER 30, 2008

| Professional | Title | Class Year | Rate | Hours Billed | Total Value |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | $910.00 | 98.40 | $89,544.00 |
| ANDREW FEINER | Partner | 1982 | $760.00 | 51.30 | $38,988.00 |
| GERALD L. BRACHT | Partner | 1976 | $640.00 | 159.30 | $101,952.00 |
| JASON BROOKNER | Partner | 1994 | $585.00 | .60 | $351.00 |
| GREGG SULLIVAN | Partner | 1977 | $550.00 | 5.50 | $3,025.00 |
| JONATHAN I. LEVINE | Associate | 2000 | $545.00 | 246.60 | $134,397.00 |
| MONICA SUSAN BLACKER | Of Counsel | 1977 | $525.00 | 2.40 | $1,260.00 |
| THOMAS TAYLOR | Partner | 1982 | $505.00 | 2.80 | $1,414.00 |
| BASIL UMARI | Associate | 2000 | $425.00 | 16.80 | $7,140.00 |
| JEREMY RECKMEYER | Associate | 2005 | $405.00 | 1.20 | $486.00 |
| TIM MCCONN | Associate | 2001 | $400.00 | 32.90 | $13,160.00 |
| JEFFERY M. BUTLER | Associate | 2002 | $375.00 | 8.60 | $3,225.00 |
| MATTHEW WILLCOX | Associate | 2002 | $350.00 | 2.10 | $735.00 |
| JEFFREY B. SCHWARCZ | Associate | 2005 | $350.00 | .80 | $280.00 |
| WILL BECKER | Associate | 2004 | $335.00 | 2.10 | $703.50 |
| ALISON CHEN | Associate | 2004 | $335.00 | .70 | $234.50 |
| CASSANDRA PORSCH | Associate | 2005 | $325.00 | 3.20 | $1,040.00 |
| CAREY SAKERT | Paralegal | | $220.00 | 17.80 | $3,916.00 |
| ALEXANDRA Z. BUNNELL | Paralegal | | $170.00 | 19.30 | $3,281.00 |
| | | | | | |
| **GRAND TOTAL** | | | | 672.40 | $405,132.00 |
| **BLENDED RATE** | | | $602.50 | | |

NYC:185265.1