# EXHIBIT C

# SUMMARY OF MATTERS WITH RESPECT TO
# FIRST INTERIM APPLICATION OF
# ANDREWS KURTH LLP
# FOR THE PERIOD OF AUGUST 1, 2008 TO NOVEMBER 30, 2008

| Matter Name | Total Hours | Fee Amount | Disbursement Amount |
|---|---|---|---|
| DIP FINANCING/CASH COLLATERAL | 30.50 | $16,360.00 | |
| EMPLOYMENT OF PROFESSIONALS/ FEE APPLICATION | 32.30 | $17,252.00 | $863.41 |
| PLAN AND DISCLOSURE STATEMENT | 395.10 | $235,003.50 | $12,371.75 |
| TAX MATTERS | 68.50 | $48,927.50 | $142.26 |
| BUSINESS OPERATIONS | 3.60 | $2,436.50 | |
| CASE ADMINISTRATION | 16.90 | $4,467.50 | $402.98 |
| CLAIMS | 25.50 | $15,266.50 | $.35 |
| COMMITTEE MATTERS | 100.00 | $65,418.50 | $2,873.75 |

| | |
|---|---|
| Total Services | $405,132.00 |
| Total Disbursements | $16,654.50 |
| Total Current Services and Disbursements | $421,786.50 |

NYC:185265.1