UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                 :

In re                                            :         Chapter 11 Case No.
                                                 :

**LEXINGTON PRECISION CORP., et al.,**    :         08-11153 (MG)
                                               :

           Debtors.                           :         **(Jointly Administered)**
                                               :
-------------------------------------------------------------x

       Upon the motion, dated January 15, 2009 (the "Motion"), of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 105 and 1121(d) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), for a bridge order extending the Debtors' exclusive periods during which the Debtors may file a chapter 11 plan and solicit acceptances thereof (the "Exclusive Periods") to the time the Court enters an order on the Debtors' motion, dated January 12, 2009 [Docket 517] (the "Exclusivity Motion"), pursuant to section 1121(d) of the Bankruptcy Code extending the Exclusive Periods, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief sought therein in accordance with 28 U.S.C. §1334; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found that cause exists to extend the Exclusive Periods as requested in the Motion; and it appearing that the Debtors' exclusive period to file a chapter 11 plan expires on January 26, 2009 and have requested a hearing on the Exclusivity Motion to be scheduled for February 2, 2009; and after due deliberation and sufficient cause appearing therefor, it is hereby

       ORDERED that the Motion is granted; and it is further

       ORDERED that, pursuant to sections 105 and 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Periods are extended to and including the time the Court enters an order

on the Debtors' Exclusivity Motion, without prejudice to the Debtors' pending Exclusivity Motion or any other or further request by the Debtors to extend the Exclusive Periods under section 1121 of the Bankruptcy Code.

/s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

Dated: January 16, 2009
       New York, New York