UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                            :    Chapter 11
:
LEXINGTON PRECISION CORP., et al.,                :    Case No. 08-11153 (MG)
:
Debtors.                                          :    (Jointly Administered)
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF FINANCIAL BALLOTING GROUP OF THE NOTICE OF ADJOURNMENT ON HOLDERS OF PUBLIC SECURITIES

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

Stephenie Kjontvedt, being duly sworn, deposes and says, under the penalty of perjury:

1. I am the Vice President of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the firm requested by Epiq Bankruptcy Solutions, LLC ("EBS"), the claims and solicitation agent to the above captioned debtors and debtors-in-possession (the "Debtors" or "Lexington Precision"), to assist with the service of the Notice of Adjournment of the January 7, 2009 Omnibus Hearing to February 9, 2009 at 2:00 P.M. (Eastern Time) and Scheduling of a Status Conference on February 2, 2009 at 10:00 A.M. documents described in Paragraph 2 hereof (the "Notice of Adjournment") on the nominees and registered holders of the Debtors' public securities listed on Exhibit A hereto (the "Public Securities"). I am authorized to submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

3. Jane Sullivan, Executive Director of FBG, also assisted with the service described herein.

4. I hereby certify that on January 7, 2009, I caused sufficient copies of the Notice of Adjournment to be sent by overnight mail or hand delivery to the brokerage firms, banks, and agents (the "Nominees") identified on Exhibit B hereto, to enable the Nominees to distribute the Notice of Adjournment to beneficial owners of the Public Securities as of December 18, 2008.

5. FBG also caused a letter of instruction to be transmitted with each delivery to a Nominee. A true and correct copy of the letter of instruction is attached hereto as Exhibit C.

6. I further certify that on January 7, 2009, I caused copies of the Notice of Adjournment to be delivered by electronic mail to the non-U.S. securities depositories identified on Exhibit D hereto.

7. I further certify that on January 7, 2009, I caused copies of the Notice of Adjournment to be sent by First Class Mail to the registered holders of the Common Stock as of December 18, 2008, listed on Exhibit E hereto.

8. The names of the Nominees included on Exhibit B, and the number of customers represented by such Nominees, were determined by following the usual and customary procedures employed in annual meetings and other solicitations involving debt and/or equity securities traded on one or more of the national exchanges. The list of registered holders included on Exhibit E was provided by the Debtors.

9. A true and correct copy of the Notice of Adjournment is attached as Exhibit F hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Stephenie Kjontvedt

SUBSCRIBED AND SWORN TO BEFORE ME
This 15th day of January, 2009.

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 12