**Exhibit A**

## Lexington Precision

## Public Securities

| Description | CUSIP Number |
|---|---|
| 12% Senior Subordinated Notes | 529529 AE 9 |
| 12% Senior Subordinated Notes-Unit | 529529 AD 1 |
| Common Stock | 529529 10 9 |