**Exhibit B**

Broadridge Financial Solutions LLC
Attn: Job Number N14784
51 Mercedes Way
Edgewood, NY 11717
Served 1/7/2009

Bank of New York, The (901)
Attn: Mickey Jimenez Or Proxy Manager
One Wall Street
6th Floor
New York, NY 10286
Served 1/7/2009

State Street Bank and Trust Company (997)
Attn: Amanda Gontarz Or Proxy Manager
Corp Actions - JAB5E
1776 Heritage Drive
Quincy, MA 02171
Served 1/7/2009

Hill Thompson (0633)
Attn: Frederick Lando Or Proxy Manager
15 Exchange Place
Ste. 800
Jersey City, NJ 07302
Served 1/7/2009

NBCN (5008)
Attn: Louise Normandin Or Proxy Manager
1010 La Gaucheiere West
17th Floor, Suite 1925
Montreal, QC H3B 5J2
Served 1/7/2009

JPMorgan Chase Bank (902)
Attn: Armando Morales Or Proxy Manager
14201 Dallas Parkway
12th Floor
Dallas, TX 75254
Served 1/7/2009

The Depository Trust Company
Attn: Edward Haiduk
55 Water Street
25th Floor
New York, NY 10004
Served 1/7/2009

The Depository Trust Company
Attn: Horace Daley
55 Water Street
25th Floor
New York, NY 10004
Served 1/7/2009

PNC (2616)
Attn: Kathryn Graham Or Proxy Manager
8800 Tinicum Blvd
MS-F6-F266-02-2
Philadelphia, PA 19153
Served 1/7/2009

First Southwest (0309)
Attn: Danny Piggee Or Proxy Manager
1700 Pacific Avenue
Suite 500
Dallas, TX 75201
Served 1/7/2009

Mesirow (727)
Attn: Gail Cortese Or Proxy Manager
350 North Clark
2nd Floor
Chicago, IL 60610
Served 1/7/2009

Texas Treasury Safekeeping (2622)
Attn: Janie Dominguez Or Proxy Manager
208 East 10th St.
Austin, TX 78701
Served 1/7/2009