**Exhibit C**

# Financial Balloting Group LLC

M E M O R A N D U M

TO:   All Banks, Brokers and Other Intermediaries

DATE:   January 7, 2009

SUBJECT:   LEXINGTON PRECISION CORP., et al.
Chapter 11 Case No. 08-11153

RECORD DATE:
December 18, 2008

| Cusips | Broadridge Job # |
|---|---|
| 529529AE9 | |
| 529529AD1 | N14784 |
| 529529109 | |

Enclosed for *immediate distribution* to the beneficial holders of the above referenced cusips are the following documents:

- Notice of Adjournment of the January 7, 2009 Omnibus Hearing to February 9, 2009 at 2:00 P.M. (Eastern Time) and Scheduling of a Status Conference on February 2, 2009 at 10:00 A.M.

Should you require additional copies of the enclosed materials, please contact:

Lucy Merino at lmerino@fbgllc.com ,or

Eduardo Turbanos at eturbanos@fbgllc.com .

Invoices regarding distribution of the above materials should be directed to:

Financial Balloting Group LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn: Stephenie Kjontvedt