**<u>Exhibit D</u>**

Clearstream Banking Luxembourg
42 Boulevard John F. Kennedy
1855 Luxembourg
Luxembourg
cdcservices@clearstream.com
corporateactionsicsd@clearstream.com


Euroclear Bank S.A./N.V.
1, Boulevard Roi Albert II
1210 Brussels
Belgium
drit@euroclear.com
equdr@euroclear.com


SegaIntersettle AG
Baslerstrasse 100
CH-4600 Olten
Switzerland
Corpactionsoverseas.group@sisclear.com