**<u>Exhibit E</u>**

Adalaide R Shoup
1810 Bunker Hill Dr
SUN CITY CENTER FL
33573-5008

Adam Kearney
930 W 7th Streetd Lot 46
ERIE PA
16502-1101

Ahuvah Keller
152-18 Union Turnpike Apt 8m
FLUSHING NY
11367

Alan E Greener
2323 Edinboro Rd
Apt #276
ERIE PA
16509-3478

Alfred Welker
131 Mckinley Ave
JAMESTOWN NY
14701-6511

Alfred Welker & Benita Welker Jt Ten
131 Mc Kinley Ave
JAMESTOWN NY
14701-6511

Alice Mary Riley
3135 Salvio Street
CONCORD CA
94519-2213

Allan B Pintner
6543 Mill Rd
BRECKSVILLE OH
44141-1560

Allen C Harvey
242 North St
CALEDONIA NY
14423-1047

Allen Petrof
11310 Thwing Rd
CHARDON OH
44024

Ameal Rabil & Madeline Rabil Jt Ten
207 E 4th St
WELDON NC
27890-1524

Andrew Bela & Gertrude H Bela Jt Ten
193 N Ridge Dr
FALLBROOK CA
92028-2620

Anne George Lugmayr & Michael George
Lugmayr Jt Ten
C/O Harold H George
1315 Spring Lake Dr
ERIE PA
16505-2730

Anne Marie Griffiths
4435 E Edgewood Ave
MESA AZ
85206-2601

Anthony C Valle
2253 Manitow Rd
ROCHESTER NY
14606-3213

Anthony R Hall
10760 Robert Ln
CHAGRIN FALLS OH
44023

Arthur Bertschi
C/O A & B Roffing
23 Gerrard Dr
WALDWICK NJ
07463-1213

Arthur K Martin
107 Main Street Village Dr
JONESBOROUGH TN
37659

Atlas Corp
Attn Robert T Exby Controller
Republic Plaza Bldg
370 17th St Suite 3150
DENVER CO
80202-5631

August E De Prez & Anne K De Prez Jt Ten
4533 N Shore Dr #303
MASON OH
45040

August E Deprez
4533 N Shore Dr #303
MASON OH
45040

Barbara Collins
C/O Barbara Jean Collins Kristofik
12152 Nutmeg Ln
N ROYALTON OH
44133

Basil Gedz & Fay E Gedz Jt Ten
1839 S Maple St R D 2
ASHVILLE NY
14710-9617

Beatrice Boomer
35-47 - 80th St
JACKSON HEIGHTS NY
11372-4911

Benjamin M Zook Cust Martin L Zook The
Virginia Ugma
Rte 2 Box 2795
REEDVILLE VA
22539-9754

Berniece Baptie
16127 High St
PARKMAN OH
44080

Beth Decapite & Ray Rossman Jr Tr Ua 02/19/91
Thomas J Murnick Rev Trust
1370 Ontario St #1420
CLEVELAND OH
44113

Betty Lea Turner
802 Cherry Point Rd
LOTTSBURG VA
22511

Betty Mae Raye
PO Box 215 Baker St
NELSON GA
30151

Betty Svoboda
13889 Ravenna Rd
NEWBURY OH
44065-9542

Betty Wilkinson
11620 Olympic Dr
MANASSAS VA
20108

Bettye Hogg
C/O Keller
300 San Gabriel Village Blvd
Apt 310
GEORGETOWN TX
78626

Beverly Hilldale
Box 62 High Acres
BEMUS POINT NY
14712-0062

Beverly Narusch
11067 Leader Rd
CHARDON OH
44024-8951

Bille Nowacki
4276 Edgewater Dr
VERMILION OH
44089-2123

Billy Bagwell
14095 Highway 53 E
DAWSONVILLE GA
30534-8311

Blaine Dubrock
3071 Polly Rd
RAVENNA OH
44266-9438

Blaise V Rizzo
21 Park Square #21
HILTON NY
14468

Bob Clay
4760 Farley Dr
MENTOR OH
44060

Bobby Glenn Poole
Rte 2 Box 259
JASPER GA
30143-9529

Bruce A Byers
C/O Ellen O Byers
15025 Crestwood Dr
MIDDLEFIELD OH
44062-8221

Bruce Bodolay Cust Tami L Bodolay The Ohio
Ugma
567 Emerald Ct
AURORA OH
44202

Bruce T Giddy
1882 Delaware Av
FALCONER NY
14733

Bryan D Miller
Hc 66 Box 785
MOYERS OK
74557-9742

Calvin J Penasak
4933 Country Breeze Ct
NORTH LAS VEGAS NV
89031-0252

Camille Tippens
190 Myrtle St
JASPER GA
30143-1026

Carl J Pillittieri
110 E 6th St Apt 4
JAMESTOWN NY
14701-5326

Carol H Whaley
20 Swan St
JAMESTOWN NY
14701

Carol J Omelian
2047 Maywood St
CHESAPEAKE VA
23323

Carol J Sullivan
2247 Sw Danforth Cir
PALM CITY FL
34990-7709

Carol Jean Davenport
1957 Hoag Rd
ASHVILLE NY
14710-9602

Caroline L Hazen Tr Ua 07/22/2008 Caroline L
Hazen Revocable Trust
450 N Mcdonald Ave - Apt 196
DELAND FL
32724

Cede & Co
PO Box 20
Bowling Green Stn
NEW YORK NY
10274

Chandler Nelson
5656 Leet Ave
DEWITTVILLE NY
14728-9780

Charlene C Ames
4584 Waleska Highway 108
JASPER GA
30143

Charlene Voyles
Box 461
BALL GROUND GA
30107-0461

Charles A Roadcap & Evelyn D Roadcap Jt Ten
19 Abby Chase
JEFFERSONVILLE IN
47130-9762

Charles E Ohmer
Box 4
RUSSELL PA
16345-0004

Charles Edward Walker
706 Martin Rd
JASPER GA
30143-9803

Charles F Wixon Jr
4998 Shearing Rd
GAINESVILLE NY
14066-9778

Charles J Andrasco
2410 Kegwood Lane
BOWIE MD
20715-2821

Charles Jenkins
716 Wilbur Ave
YOUNGSTOWN OH
44502-2359

Charles Stroth Jr
R D 1
BEMUS POINT NY
14712-9801

Charles Vizine
7722 Coffee Creek Dr
CHARLOTTE NC
28273-3112

Charles William Kufner Jr
5104 Cindy Lane
MC KEAN PA
16426-1416

Christine D Solsbee
166 Dunham Ave Rte 39
JAMESTOWN NY
14701-2532

Clarence Pearson
269 Beth Ave
JASPER GA
30143-2001

Conner Holding Company
1030 State St
ERIE PA
16501-1804

Corra F Gore
77 King Arthur Drive
NOKOMIS FL
34275-1853

Courtney L George
619 Nw 23rd St
GAINESVILLE FL
32607-2618

Craig D Walker & Rhonda L Walker Jt Ten
114 Harrison Dr
EDINBORO PA
16412

Cynthia Palmer
11461 Nw 10th Pl
OCALA FL
34482-6862

Dah-Cheng Woo
2300 Pimmit Dr 814
FALLS CHURCH VA
22043-2820

Dale C Stubenrauch & Eileen R Stubenrauch Jt
Ten
20400 Cherrystone Ct
MONTGOMERY VILLAGE MD
20886-1220

Dan Mccray
1595 Orr St
JAMESTOWN NY
14701-9492

Daniel G Mcguire
4841 State Rt 20 A W
WARSAW NY
14569

Daniel Larson
5 Peach Street
JAMESTOWN NY
14701-3711

Daniel N Golden
Box 79 High Acres Trail
BEMUS POINT NY
14712-0079

Daniel Nagurney
796 Hunt Rd
LAKEWOOD NY
14750-9642

Darlene A Payne
2538 Fisher Hill Rd
P O Box 112
KENNEDY NY
14747

Darwin Wayne Hottois
95 Gannett Rd
FARMINGTON NY
14425

Daryl R Stone
9661 Brown Rd 67
CHARDON OH
44024-9142

David A Howe
201 Florence Ave
ROCHESTER NY
14616

David A Shafer
PO Box 3504
JAMESTOWN NY
14702-3504

David E Merry & Sally Merry Jt Ten
9 Mystic Ln
MARLBOROUGH CT
06447-1536

David G Swanson
72 Norton Ave
JAMESTOWN NY
14701-6322

David J Finnemore
14 Myers Ave
JAMESTOWN NY
14701-6716

David J Giannavola
25 Sungrove Lane
ROCHESTER NY
14624

David S Wilson
4799 Canada Rd
MANTUA OH
44255-9748

Debra James
10376 Brosius Rd Lot  35
GARRETTSVILLE OH
44231

Della Panebianco
145 Chandler St
Apt 107
JAMESTOWN NY
14701-5668

Delores E Swanson
138 W Fairmount Ave
# 8
LAKEWOOD NY
14750-1632

Denise Strike
1263 Hunters Lake Dr E
CUYAHOGA FLS OH
44221-5268

Dennis Barr
220 Bronson Ave
ROCHESTER NY
14611-3411

Dennis Iacopelli
48 Drexel Dr
ROCHESTER NY
14606-5331

Dennis J Anderson
15 Barker St
JAMESTOWN NY
14701-8361

Dennis J Welhouse
13034 Coachman Dr
CHARDON OH
44024

Dennis Lenlon Rhodes
777 Church St
BLUE RIDGE GA
30513

Derwood J Beebe
110 Southland Ave
LAKEWOOD NY
14750-1419

Derwood J Beebe & Marilyn Beebe Jt Ten
110 Southland Ave
LAKEWOOD NY
14750-1419

Diane L Tompkins & Robert N Tompkins Jt Ten
41 Frew Run St
FREWSBURG NY
14738-9778

Diane Tompkins
41 Frew Run Street
FREWSBURG NY
14738-9778

Dixie Green
297 Hall Rd
JAMESTOWN NY
14701-9346

Donald A Roellke
4870 Carriage Park Rd
FAIRFAX VA
22032-2383

Donald B Christopherson
179 Avalon Blvd We
JAMESTOWN NY
14701-4305

Donald D Starcher
5302 Herner County Line Rd
SOUTHINGTON OH
44470-9518

Donald J Dickey
12371 Hydeshaffer
BRISTOLVILLE OH
44402-8713

Donald J Jones
24 Black Spruce
ROCHESTER NY
14616

Donald K Cliff
180 Camelot Dr
HUNTINGTON WV
25701

Donna Telesz
6493 Evergreen Dr
INDEPENDENCE OH
44131

Doris Dailey
5521 N County Rd 767
BLYTHEVILLE AR
72315

Doris J Muhs
73 Fallingwood Terrace
ROCHESTER NY
14612

Doris M Saleeby Cust Richard G Saleeby Jr The
NorthCarolina Ugma
2307 Churchill Rd
RALEIGH NC
27608-2003

Doris M Saleeby Cust Richel H Saleeby The
North Carolina Ugma
2307 Churchill Rd
RALEIGH NC
27608-2003

Dorothy G Lloyd
3204 High View Circle
GREENSBORO NC
27410-8308

Dorothy M Placek
165 St Joseph St
ROCHESTER NY
14617-2419

Douglas Boyd Iii
3919 Lancaster Rd
ERIE PA
16506-5342

Douglas Houck
397 Magee Ave
ROCHESTER NY
14613-1009

Dwight C Baum Tr The Dwight C Baum &
Hildagarde EBaum Trust Ua 1/16/79
140 Belday Dr
PASADENA CA
91105

Edmund Delain
160 Brad St
JAMESTOWN NY
14701-9319

Edward C Engel & Gloria F Engel Jt Ten
7436 Chestnut St Box 373
FAIRVIEW PA
16415-1132

Edward G Legler & Noreen A Legler Jt Ten
10086 County Route 76
HAMMONDSPORT NY
14840

Edward J Sullivan & Carol Jane Sullivan Jt Ten
2247 Sw Danforth Cir
PALM CITY FL
34990-7709

Edward J Wadas
5131 S E Miles Grant Terr
STUART FL
34997-1853

Edward L Johnson
7016 Hwy 225 South Apt 15
CHATSWORTH GA
30705

Edward T Sulewski & Stephanie K Sulewski Jt
Ten
1448 Lynn St
ERIE PA
16503-1731

Edward V Bolt
3490 Tanager Dr
ERIE PA
16506

Edward W Lincoln
6256 South Rd
CHERRY CREEK NY
14723-9716

Edwin V Kiessling
C/O Darlene Castellano
2420 Eppinger Blvd
THORNTON CO
80229-8112

Elaine R Schwab
2750 W 8th St
ERIE PA
16505-4023

Elaine Y Chambers Cust Diane Chambers The
Maryland Ugma
Box 824 Low
LOCUST GROVE VA
22508-0824

Elaine Y Chambers Cust Douglas Chambers The
Maryland Ugma
207 Harpers Ferry Dr
LOCUST GROVE VA
22508-5149

Elizabeth H Ruml
38 Old Moses Road
PO Box 297
S STRAFFORD VT
5070

Eric C Bode
PO Box 612
BARRINGTON IL
60011-0612

Erick J Olson
77 Pine Tree Dr
ROYERSFORD PA
19468

Erika E Molnar
2895 Tradewind Dr
MT PLEASANT SC
29466-7987

Erika Pietruska
8627 Kirsch Rd
ERIE PA
16510-5013

Ernest L Berry
PO Box 293
CLARCONA FL
32710

Eugene T Forrest
612 Hobson Rd
JASPER GA
30143-9801

Evelyn M Blood
1432 Trask Rd
JAMESTOWN NY
14701-9407

Femion Cristea & Joan Cristea Jt Ten
143 Davis St
YOUNGSVILLE PA
16371

Florence M Quinn
444 E Grandview Blvd
ERIE PA
16504-2604

Florence T Herst
PO Box 116
BURTON OH
44021

Frances M Cranston
91 Mariposa Drive
ROCHESTER NY
14624

Francis J Rath & Kazimira B Rath Jt Ten
PO Box 266
YOUNGSTOWN NY
14174-0266

Frank Martz
346 8th St
ELYRIA OH
44035

Fred Carr
1850 Alice St #320
OAKLAND CA
94612-4111

Fred Nuzum & Virginia M Nuzum Jt Ten
810 Napoli Ln
PUNTA GORDA FL
33950-6526

Gary D Cauffman Jr
1260 Woodhull Rd
WEBSTER NY
14580

Gary S Siracusa
119 Rusty Ln
ROCHESTER NY
14626

Gary W Cornell
31 Burtch St
JAMESTOWN NY
14701

George Adams
1869 Camp St Ext
JAMESTOWN NY
14701-9238

George Ann Humbert
14747 S Cheslure St
BURTON OH
44021

George Clifford Mooney
1646 Roy Rd
ELLIJAY GA
30536

George D Bowers
PO Box 830
BLUE RIDGE GA
30513

George E Kempinski & Sandra L Kempinski Jt Ten
53 Tilbury Ave
NANTICOKE PA
18634

George Kohler
21366 Bassett Ave
PT CHARLOTTE FL
33952-1504

George Kosor & Marie Kosor Jt Ten
748 Maner Rd
ROCKMART GA
30153

George R Klos
19 S Pearl St
OAKFIELD NY
14125-1218

George T Strong & Carol Strong Jt Ten
Trask Rd Rd 4
JAMESTOWN NY
14701-9407

Gerald B Miller
1906 Hoag Dr
ASHVILLE NY
14710

Gerald C Bondi
52 Campbell Ave
JAMESTOWN NY
14701-1704

Gerald L Mattingly
Campbell Rd
GAINESVILLE NY
14066

Gerald Saunders Jr
4960 Crofton Dr
ROCKFORD IL
61114-5420

Geraldine Janik & Kathleen Janik Jt Ten
26 Edmund St
BUFFALO NY
14227

Gladys E Raynes
P O Box 1016
JASPER GA
30143-8668

Gladys K Huddleston
321 White Rock Lane
STRASBURG VA
22657

Gordon E Copeland
3811 Sw 29th Place
OCALA FL
34474-4311

Gordon R Robine
12 Tareyton Dr
VICTOR NY
14564

Grace Reese
351 White St
WATERVILLE NY
13480-1218

Greg F Steinworth
11310 E Persimmon Ave
MESA AZ
85212

Greg Kaser
59 Mary St
JASPER GA
30143-1440

Gregory Carr
1290 Nw Pinelake Dr
STUART FL
34994

Gregory P Burris
2674 Sweden Wlk Rd
BROCKPORT NY
14420-9412

Gregory Tobias
9 S Allegheny Ave
JAMESTOWN NY
14701-4260

Gregory Ziemkiewicz
44 Eugene St Dr
ROCHESTER NY
14606-5512

Gustave R Karge
462 West Ave
BROCKPORT NY
14420-1122

Gwendlyn Chapman
81 Holiday Rd
ROCHESTER NY
14623-4768

H Kennedy Linge & Hope Linge Ten Ent
509 Osborne Ln
SEWICKLEY PA
15143-2035

Harold E Hall
14767 Madison Rd
MIDDLEFIELD OH
44062-9407

Harold E Meyer
4354 Redding Rd
CLEVELAND OH
44109-3555

Harold Earl Meyer & Grace L Meyer Jt Ten
4354 Redding Rd
CLEVELAND OH
44109-3555

Harold G Garverick Jr
11343 S Forest Dr
PAINESVILLE OH
44077-8958

Harold J Huber
99 Fernwood Rd
SUMMIT NJ
07901-2958

Harry A Linsinbigler
31 Almond Lane
LEVITTOWN PA
19055-1209

Harry L Bedsworth & Ann B Bedsworth Jt Ten
1 Harbourside Dr
DELRAY BEACH FL
33483

Harry P Hatry
1400 S Joyce St A-1612
ARLINGTON VA
22202-1861

Harvey N Talley & Josephine P Talley Jt Ten
PO Box 291548
PORT ORANGE FL
32129-1548

Hazel M Rich
236 Beth Ave
JASPER GA
30143

Helen Huber
99 Fernwood Rd
SUMMIT NJ
07901-2958

Helen Little & George Richard Little Sr Jt Ten
793 Nalley Dr
JASPER GA
30143-2139

Helen N Little
164 Nalley Drive
JASPER GA
30143-2139

Henry C Metzner
11825 Bell Rd
NEWBURY OH
44065-9583

Henry Geisler
277 State St
JAMESTOWN NY
14701-7631

Henry H Armstrong
3404 College Ave
COLUMBUS GA
31907-2020

Herbert J Obryant
C/O Mrs H O'bryant
7093 Ball Ground Rd
BALL GROUND GA
30107

Herbert Wittels
44 Horizon Dr
ROCHESTER NY
14625-1340

Howard Brondfield
6794 Metro Park Drive
CLEVELAND OH
44143-1511

Howard James Leopold & Marilyn E Leopold Jt
Ten
16902 Old Country Rd
NORTHPORT AL
35475

Howard L Kirchner
1108 7th St Ne
WASHINGTON DC
20002-2133

Howard Obryant
95 Mineral Springs Rd N
JASPER GA
30143

Hugh E Snyder
6614 Tuckahoe Rd
WILLIAMSON NY
14589-9591

Imperial Brose Inc
Drawer 174
PENNDEL PA
19047

Izaak Wirszup & Pera Wirszup Jt Ten
5750 S Kenwood
CHICAGO IL
60637-1744

J Christopher Manners
30100 Chagrin Blvd
PEPPER PIKE OH
44124-5705

J Petter Turnquist
370 Wheeler Road
FREWSBURG NY
14738

J William Nutter
311 Wakefield Drive
LOCUST GROVE VA
22508

Jack E Schwartz
Spruce Creek South
9525 Se 173 Lane
SUMMERFIELD FL
34491-6445

Jack Monick Cust Kaitlin S Monick The
Pennsylvania Ugma
9 Van Horn St
WILKES BARRE PA
18702-1320

Jack Sullivan
8640 Freedom Rd
WINDHAM OH
44288-9509

Jack T Sullivan & Virginia A Sullivan Jt Ten
8640 Freedom Rd
WINDHAM OH
44288-9509

Jackie Mcpherson
Rte 2 Box 220
TALKING ROCK GA
30175-9735

Jacqueline Rhoades Sarsella Cust Carly Rhoades
Sarsella The Virginia Ugma
2224 Logan St
RICHMOND VA
23235-3460

Jacques Fontanet & Francoise Fontanet Jt Ten
884 W End Ave
NEW YORK NY
10025-3506

James A Pike Jr
904 Sergius Way
ROCHESTER NY
14612

James E Hagen
3224 Sherry Ct
FALLS CHURCH VA
22042-3720

James E Hellman & Carla Y Hellman Jt Ten
5009 Colonial Ave
ERIE PA
16506-4057

James Garverick Cust David Mc Kee The Ohio
Ugma
923 E Home Rd
SPRINGFIELD OH
45503-2718

James J Meme
Box 1599
BLUE RIDGE GA
30513-1599

James J Meme & Kathleen Meme Jt Ten
PO Box 1599
BLUE RIDGE GA
30513-1599

James L Best
26 Buckspark Ct
POTOMAC MD
20854-4265

James L Glymp & Blanche T Glymp Jt Ten
1463 N Highview Ln Apt 107
ALEXANDRIA VA
22311

James Mulvey
9 Round Hill Lane
BRIDGEWATER CT
06752-1036

James P Burdic
4771 Hunt Road
ASHVILLE NY
14710-9611

James T Kiehl & Joan K Kiehl Jt Ten
617 Armada Rd N
VENICE FL
34285

James Tellefsen
805 Mountain Heights Ridge Rd
SCOTTSBORO AL
35769-8820

James V Mc Kay
C/O Pat Curtin
3100 S Manchester St #420
FALLS CHURCH VA
22044-2713

James W Dillard
Box 2182
BLUE RIDGE GA
30513-2182

James W Garvey
3914 Trask Ave
ERIE PA
16508

Jane M Coleman
12206 Braemer Circle
FT WASHINGTON MD
20744-6024

Janice Slusher
4929 Gibbs Rd
ANDOVER OH
44003-9604

Jason E Schickling
4550 Scott Rd
EAST SPRINGFIELD PA
16411-9753

Jean M Vivlamore
4181 Country Rd 46
CANANDAIGUA NY
14424

Jeanne J Thomas
2146 Shayside Rd
LAKEWOOD NY
14750-1926

Jeffrey James
8519 Center St
GARRETTSVILLE OH
44231-9638

Jeffrey W Schuler
2343 Bethlehem Pike Apt 2
HATFIELD PA
19440

Jerry Carelock
57 Stanfield Ter
ROCHESTER NY
14619-2148

Jerry E Goble
3430 Roundtop Road
ELLIJAY GA
30540

Jerry W Mowrey
Sinclair
SINCLAIRVILLE NY
14782

Jo Anne Volke
134 Mission Dr
AKRON OH
44301-1826

Joan M Heidemann
4603 Langdrum Lane
CHEVY CHASE MD
20815-5416

Joanne Marie Orrino
1049 Windsor Terrace Nw
PT CHARLOTTE FL
33948

Joe Gailey & Beulah E Gailey Jt Ten
220 E Walnut St
SPRINGFIELD MO
65806-2126

John A Palumbo & Margaret F Palumbo Jt Ten
120 Freedom Pond Ln
NORTH CHILI NY
14514

John A Smigelskis
60 Mercury D
ROCHESTER NY
14624-2408

John C Miller
2536 Carrington Street Nw
NORTH CANTON OH
44720

John Charles Larson
2036 Ford Gates Dr
GARNER NC
27529-3766

John Dasfaias
20 Francine Dr
ROCHESTER NY
14606-3343

John E Bleil
347 Erica Dr
ERIE PA
16509

John E Bleil & Suzanne R Bleil Jt Ten
347 Erica Dr
ERIE PA
16509

John E Brady
6306 Josephine Rd
WALDORF MD
20601-3207

John E Shoup
32 Johnson St
FREWSBURG NY
14738-9522

John Egrek
1143 E 169th St
CLEVELAND OH
44110-1563

John F Donohue & Dorothy Donohue Jt Ten
6575 Newmarket Way
RALEIGH NC
27615-6830

John F Pasquale
3371 Poplar Hill Rd
LIVONIA NY
14487

John G Kurey
106 S Green St
MT UNION PA
17066-1350

John Heil
309 PO Box
HAMMONDSPORT NY
14840

John M Kuchka
105 Park Blvd
BERWICK PA
18603

John M Mc Mahon Cust Jennifer Mc Mahon The
New York Ugma
738 Ocean Club Dr
FERNANDINA FL
32034

John M Schlosser
2117 Ne 11th Ave
FORT LAUDERDALE FL
33305

John P Aszklar
59 Knowles Ave
PLANTSVILLE CT
06479-1110

John P Spitznagel & Yvonne M Spitznagel Jt Ten
25 Bedford Rd
SUMMIT NJ
7901

John T Kondichek & Cecilia M Kondichek Jt Ten
1419 Treeline Dr
BLOOMSBURG PA
17815-8801

John T Stiepan
1029 Matilada
ST PAUL MN
55117-5130

John V Austin
4917 N 15th St
ARLINGTON VA
22205-2616

John V Auston
4917 N 15th St
ARLINGTON VA
22205-2616

John V Donigian Cust Donna Donigian The New
Jersey Ugma
54 Stewart Ave
LITTLE FALLS NJ
07424-1842

John V Donigian Cust Gail Donigian The New
Jersey Ugma
54 Stewart Ave
LITTLE FALLS NJ
07424-1842

John V Donigian Cust Ward Donigian The New
Jersey Ugma
54 Stewart Ave
LITTLE FALLS NJ
07424-1842

John W Johnson
Rte 2 Box 133-I
KENNEDY NY
14747-9802

John Zochowski
5038 Hillsdale
ERIE PA
16509-2005

Johny W Gable
469 Turner Rd
JASPER GA
30143-9405

Joseph A Cornell
17 Haley Ave
GENESEO NY
14454

Joseph A Pardo
P O Box 350
PHILOMONT VA
20131

Joseph Cervera
172 W Prospect St
WALDWICK NJ
07463-1338

Joseph J Ball Sr
3165 Morris Manor
MERRITT IS FL
32952-2876

Joseph J Bleil
351 Hallock St
JAMESTOWN NY
14701-2808

Joseph J Borden
323 Southampton Dr
ROCHESTER NY
14616

Joseph Lincoln Rich & Hazel M Rich Jt Ten
236 Beth Ave
JASPER GA
30143

Joyce Voytovich
6 Birnam Drive
GREENSBURG PA
15601

Judith A Hawthorne
PO Box 80
HUNTERSVILLE NC
28070

Judith Lee Winters
9455 Indian Run
MACEDONIA OH
44056-1013

Judith Myers
570 West Main St
MADISON OH
44057-3136

June Meyer
373 Emerson Ln
BERKELEY HEIGHTS NJ
7922

Karen A Welhouse
117 Chimney Ridge
CHARDON OH
44024

Karen L Horton Tr Ua 03/25/04 Karen L Horton
Trust
2200 Trott Ave
VIENNA VA
22181-3130

Karen M Busa
1924 Mandel Ave
WESTCHESTER IL
60154

Katheleen Rae Miller
10 Dean St
RANDOLPH NY
14772-1304

Kathryn E Sulewski
1448 Lynn St
ERIE PA
16503-1731

Keith Blockinger
1050 Fox Den Trail
CANFIELD OH
44406

Kelli Kothera
7789 Wrenwood Dr
GARRETTSVILLE OH
44231

Kendrick Brookreson Cust David Karl Brookreson
The Pennsylvania Ugma
8501 Woodson Rd
OVERLAND PARK KS
66207-1556

Kenneth C Baker
93 Talamora Trail
BROCKPORT NY
14420-2012

Kenneth Charles Rice
3660 Monroe Ave Apt 75
PITTSFORD NY
14534-1255

Kenneth Eggleston
1428 Riverside Rd
FREWSBURG NY
14738-9802

Kenneth Hampton Carney
2116 Steel Bridge Rd
DAWSONVILLE GA
30534

Kenneth I Greenstein
18 Shetland Court
EAST HAMPTON NY
11937

Kenneth I Greenstein Tr The Kenneth I
Greenstein Rtrm Plan Ua Oct 1 83
18 Shetland Court
EAST HAMPTON NY
11937

Kenneth P Dalle
8669 Powell Rd
INTERLAKEN NY
14847-9614

Kenneth R Keene
Box 730
LIVERMORE ME
04253-0730

Kenneth R Pfrengle
304 Buttonwood Lane
LARGO FL
33770

Kestutis J Stankus
74 Woodlawn St
ROCHESTER NY
14607-3736

Kevin H Hrabak
10719 Vernon Ave
GARFIELD HTS OH
44125-2717

Kevin L Engwall
4187 Kortwright Rd
JAMESTOWN NY
14701

Kevin Monroe
13777 Hale Rd #a
BURTON OH
44021-9595

Kevin Williamson
462 Howard Avenue
JAMESTOWN NY
14701

Knute A Kibbe & Dorothy J Kibbe Jt Ten
4714 Rt 60
GERRY NY
14740-9537

Larry A Miller
C/O Mary Jane Miller
8751 Spring Hill Trl
YOUNGSTOWN OH
44514-5833

Larry G Chastain
Box 516
TATE GA
30177-0516

Larry J Lookenhouse
100 Race St Box 143
SUGAR GROVE PA
16350-0143

Laurence D Klein
3521 Willow Springs Rd
DURHAM NC
27703-4850

Lawrence O Ragland
243 Brooks Ave
ROCHESTER NY
14619-2456

Lazy River Investment Co Partnership
949 University Ave
Suite 100
SACRAMENTO CA
95825

Leeonia Mc Pherson & Jackie Mc Pherson Jt Ten
Rte 2
TALKING ROCK GA
30175-9802

Leeonia Mcpherson
Rte 2
TALKING ROCK GA
30175-9802

Lelia Bush Cust Charles Bush The Virginia Ugma
2620 N Powhatan
ARLINGTON VA
22207-1125

Leslie J Winch
10177 Payne Ave
LYNDONVILLE NY
14098

Leslie L Miller
1906 Hoag Rd
ASHVILLE NY
14710

Lewis N Mettler
C/O Apt 1012
401 Seneca Manor Drive
ROCHESTER NY
14621-1643

Lewis S Nygren
R D 4
JAMESTOWN NY
14701-9804

Lidia B Telesz
2925 E 57th St
CLEVELAND OH
44127-1213

Lillian Mullett
14289 Mayfield
HUNTSBURG OH
44046-8723

Linda Sue Roberts
Box 384
TATE GA
30177-0384

Lisa J Spear & Gregg Spear Jt Ten
4935 Ridgewood Rd W
SPRINGFIELD OH
45503-5845

Lorene A Wozniak Gabrial
37 Elmwood St
NEW CASTLE PA
16101

Loretta Rose
12752 Townline Rd
WINDSOR OH
44099-9601

Lou Ann Mullins
215 Charles Ave
JASPER GA
30143-2005

Louis Banik
12860 Mayfield Rd Apt 171
CHARDON OH
44024-8936

Louis M Robertson
4512 W Burton Dr
MUNCIE IN
47304-3576

Louise Colarusso
48 Stout St
PITTSTON PA
18640-3345

Lowell L Swanson & Delores Swanson Jt Ten
138 W Fairmount Ave
# 8
LAKEWOOD NY
14750-1632

Loyd Hulsey
195 Grady St
JASPER GA
30143-1009

Lubin Delano & Co Prft Shrg Plan & Trust Ua Jan
1 84
C/O Lubin Delano & Co
800 Third Ave 15th Fl
NEW YORK NY
10022-5911

Lubin Delano & Co Profit Sharing Plan And Trust
800 Third Ave 15th Floor
NEW YORK NY
10022-5911

Luellett A White
2831 Warren-Burton Rd
SOUTHINGTON OH
44470-9742

Lyle R Schaub
R R #2 Box 294
MARSEILLES IL
61341-9802

Lynn L Lafler
620 Shore Dr
W HENRIETTA NY
14586-9604

Margaret Hill
3040 Rome Rockcreek Rd
ROCK CREEK OH
44084-9708

Marian Kohler
21366 Bassett Ave
PT CHARLOTTE FL
33952-1504

Marian Renner
16860 Us 19 North
CLEARWATER FL
33755

Marie R Vlach
5505 Saint Andrews Dr
WESTERVILLE OH
43082

Marilyn Clay
4760 Farley Drive
MENTOR OH
44060

Marilyn N Turnamian
28 Indian Field Court
MAHWAH NJ
07430-2243

Mark W Byers
13427 State Rd Jj
DE SOTO MO
63020-4935

Marlin T Coffman & Annelle Coffman Jt Ten
25553 State Hwy 3
CALLAO MO
63534-2300

Marsha Ann Peairs
12981 Bass Lake Rd
CHARDON OH
44024-8319

Marshall H Ryan
Box 195
ASHVILLE NY
14710-0195

Marshall Williams
1616 Treetop Trl Apt A
AKRON OH
44313-8655

Martin E Stringer Cust Michael Stringer The
Ohio Ugma
6515 Bayberry Dr
SEVEN HILLS OH
44131-3004

Martin L Brothers
164 State Highway 37c
MASSENA NY
13662

Mary Ann Gwiazda
69 George Ave
MIDDLESEX NJ
08846-1737

Mary D Jones
C/O Mary D Allison
521 12th St
MANHATTAN BCH CA
90266

Mary Ellen Owens
1562 Swede Rd
ASHVILLE NY
14710

Mary J Cardinale
167 Hinchey Rd
ROCHESTER NY
14624-2901

Mary Lee Blasius
15 Pinewood Circle
HANOVER PA
17331

Mary Lou Dalsing
Rte 1
HAZEL GREEN WI
53811-9801

Mary Lou Dalsing Cust Benjamin T Dalsing The
Wisconsin Ugma
Rte 1 Box 324
HAZEL GREEN WI
53811-9801

Mary Morian
110 Dunham Ave Box 536
CELORON NY
14720-0536

Matt Tholkes & Agatha Tholkes Jt Ten
1217 West Farm Lane
BUFFALO MN
55313

Matthew J Mazick & Emma L Mazick Jt Ten
109 - 5th St
CALIFORNIA PA
15419-1142

Matthew R Einsmann
401 Prestwick
SUMMERVILLE SC
29483

Mavis Mead
PO Box 350
GERRY NY
14740-0350

Melvin Lee Bowers
Box 602
BLUE RIDGE GA
30513-0602

Merle E Terry
5355 Route 474
ASHVILLE NY
14710

Michael A Lindvay
1667 Jackson Run Rd
WARREN PA
16365-3903

Michael A Lubin
C/O Lubin Delano & Company
800 Third Ave
NEW YORK NY
10022-2300

Michael A Pirone
33 Raff Ave
MINEOLA NY
11501-3115

Michael Anderson
66 Donna Rd
ROCHESTER NY
14606-3235

Michael D Berry
800 Sandpiper Trail
WARREN OH
44483

Michael J Macblane
1171 Weiland
ROCHESTER NY
14626-3916

Michael J Stack
214 S Swam St
BATAVIA NY
14020

Michael Joseph Considine
PO Box 6
SARATOGA SPGS NY
12866

Michael M Logan
5430 Kings Common Way
CUMMING GA
30040-0552

Michael R Johnson
100 Jamestown St
RANDOLPH NY
14772-1042

Mildred B Grantham
902 S Main St
NEWTON MS
39345-2914

Mildred Puckett
125 Golden Springs Rd
JASPER GA
30143-1419

Muriel F Mella
4 Horizon Rd Apt 1427
FT LEE NJ
07024-6728

Myrtle L Terefenke
22708 Nadine Circle
TORRANCE CA
90505

Nancy C Dutton
50 E Main St
STAFFORD SPRINGS CT
06076-1228

Nancy I Welk
122 Elsworth Dr
ROCHESTER NY
14615-1014

Nancy L Wymer
7 Sampson St
JAMESTOWN NY
14701-6577

National Bank Georgia Tr The Sert Ua Nov 10 67
Fbo Wesley S Swanson
Box 1234
ATLANTA GA
30301-1234

New York State Comptroller
Office Of Unclaimed Funds
Capital Station Annex
P O Box 7009
ALBANY NY
12225-0009

Norma M Larson
5 Peach St
JAMESTOWN NY
14701

Norman R Lazarus & June D Lazarus Jt Ten
Langrick Butlers Dene Rd
Woldingham
SURREY
CR3 7HXGBR

Norman T Sullivan
4555 Kirkcaldy Rd
BLOOMFIELD HILLS MI
48304-3748

Odessa Coller
11 Bonita Rd
PALMYRA VA
22963-2434

Opal V Watson
PO Box 341
BALL GROUND GA
30107

Paralee Sanford
Box 98
ELLIJAY GA
30540

Pat Baratta
C/O Antoinette Baratta
3 Sun Valley Dr
ROCHESTER NY
14606-4732

Patricia A Alley
3148 Gracefield Road
Apt 219
SILVER SPRING MD
20904

Patricia A Fasano
C/O Patricia A Clifford Schalk
5611 Oak Ridge Av
NEW PORT RICHEY FL
34652

Patricia Lemaire & Raymond Lemaire Jt Ten
11 Moreau Ave
LEWISTON ME
4240

Patricia Matzek
9788 Hemlock Lane
GARRETTSVILLE OH
44231

Patrick A Conway
1160 Unquowa Rd
FAIRFIELD CT
06430-4947

Patrick A Conway & Glenna George Conway Jt
Ten
1160 Unquowa Rd
FAIRFIELD CT
06430-4947

Paul Archetko
86 Fernwood Park
ROCHESTER NY
14609

Paul D Odell
1085 Whalen Rd
PENFIELD NY
14526

Paul E Coffey Jr
18 Church St
SILVER SPRINGS NY
14550

Paul Kendall Worley
638 E Church St
JASPER GA
30143-1309

Paul M Branch
1309 Buchannan Avenue
OLEAN NY
14760

Paul R Levesque & Beverly Levesque Jt Ten
7716 Martel Pl
SPRINGFIELD VA
22152-1945

Paul Stone
266 Rk Av
ROCHESTER NY
14609

Pauline Cochran
Rte 4 Box 401
JASPER GA
30143-9725

Perry L Bush
64 Alderbush Ln
HAMLIN NY
14464-9326

Peter C Arthmire
1128 Harrogate Way
AMBLER PA
19002

Peter P Beckman
72 D Dorchester Dr
LAKEWOOD NJ
08701-6321

Peter P Morgus & Twila J Morgus Jt Ten
105 Oaqkwood Pl
HENDERSONVILLE NC
28792-9521

Peter S Cumbo & Rose A Cumbo Jt Ten
34 College Green Dr
NORTH CHILI NY
14514

Phyllis Lee
2306 Highland Ave
NEW CASTLE PA
16105-2180

Rachel Jenkins
Box 368
BALL GROUND GA
30107-0368

Ralph Avagnano
16 Cleveland Ave
WALDWICK NJ
07463-1624

Ralph C Chick
3608 Norwood Pl
ALEXANDRIA VA
22305-1146

Ralph H Poole Jr
858 Worley Cross Rd
JASPER GA
30143

Ralph J Norce
132 E Front St
BERWICK PA
18603-4818

Randy Cook
1596 Ridgewood Court
TWINSBURG OH
44087

Ray K Grant
5130 W Glenview Pl
CHANDLER AZ
85226-3669

Ray W Mc Mullen & Nancy F Mc Mullen Jt Ten
22411 Robin Oaks
DIAMOND BAR CA
91765-2959

Raymond A Aldrich
38 Chautaugua Ave
LAKEWOOD NY
14750-1229

Raymond Blair Jr
3966 Reger Rd
CONNEAUT OH
44030-9744

Raymond Bunch
737 Bethany Road
JASPER GA
30143

Raymond C Del Monte Cust Gregory A De
Monte The New York Ugma
835 Allens Creek Rd
ROCHESTER NY
14618

Raymond C Feasel Jr
280 Ward Hill Rd
P O Box 14
HENRIETTA NY
14467

Raymond E Barg
1124 Clubhouse Dr
MANSFIELD TX
76063

Raymond F Olson
103 Lakeview Ave
LAKEWOOD NY
14750-1257

Raymond J Tittl & Debbie D Tittl Jt Ten
18685 Jackson Dr
CHAGRIN FALLS OH
44023-6071

Raymond L Sharp
31 Linden Ave
JAMESTOWN NY
14701-6755

Rebecca Foye
PO Box 1960
ERIE PA
16509-0960

Regina D Tarpley
Box 1609
BLUE RIDGE GA
30513-1609

Rhona Chase
20080 Boca West Dr #414
BOCA RATON FL
33434

Richard A Hetz & Judy M Hetz Jt Ten
Box 483
6860 Bear Creek Rd
FAIRVIEW PA
16415-0483

Richard C Sommer
2807 Barberry Ln
BOWIE MD
20715-2417

Richard D Strong & Alice W Strong Jt Ten
14868 Dunlin
MIDDLEFIELD OH
44062

Richard F Sandow
7397 Evans Rd
BERGEN NY
14416

Richard G Saleeby Cust Richard G Saleeby Jr The
NorthCarolina Ugma
2307 Churchill Rd
RALEIGH NC
27608-2003

Richard Giordon
R D 2
SUGAR GROVE PA
16350-9802

Richard J Matzek
12365 Honeylocust Ln
GARRETTSVILLE OH
44231-9678

Richard L Kelley
6007 Fauna Lane
APOLLO BEACH FL
33572-2601

Richard Milton Gray Jr
212 Wells Court
EUCLID OH
44132

Richard O Baker & Betty Sue Baker Jt Ten
1724 E 294 St
WICKLIFFE OH
44092-1921

Richard R Noble
2820 Roosevelt Hwy
HAMLIN NY
14464

Richard Rosenburg
4758 Grandwoods Dr
LANSING MI
48917

Richard Twoey
4747 Parkview Dr
W FARMINGTON OH
44491-9727

Richard Wood
Box 560
PARKMAN OH
44080-0560

Richy Gorecki
24 Helen Ave
AVENEL NJ
7001

Robert A Dewey
3820 S Thistle Drive
CHANDLER AZ
85248

Robert A Mckissock
9 Shadywood Dr
ROCHESTER NY
14606

Robert B Crows
31800 Gates Mills Blvd
PEPPER PIKE OH
44124-4345

Robert B Klein
1931 Fountainridge Rd
CHAPEL HILL NC
27514-2330

Robert B Pavlatos
700 E High St
SPRINGFIELD OH
45505-1014

Robert D Whiting
180 High Point Blvd N Apt B
BOYNTON BEACH FL
33435

Robert F Myers & Inez R Myers Jt Ten
Box 27124 Bay Pt
PANAMA CITY FL
32411-7124

Robert Herman
C/O Steven E Herman
208 Houston Dr
THOUSAND OAKS CA
91360-6031

Robert Hunter Johnson & Doralyn B Johnsonjt
Ten Wros
513 Cherokee Dr
ERIE PA
16505-2411

Robert J Sherman
2110 Wheatland Center Rd
SCOTTSVILLE NY
14546-9722

Robert J Vilcheck & Helen L Vilcheck Jt Ten
14005 Whispering Oaks Road
MIDLOTHIAN VA
23112

Robert L Dunn
2825 Lander Rd
PEPPER PIKE OH
44124-4819

Robert L Peterson
104 School St
SUGAR GROVE PA
16350

Robert L Thompkins
41 Frew Run St
FREWSBURG NY
14738-9778

Robert M Mahan & Ann Maham Jt Ten
461 Manor Dr
SEYMOUR IN
47274-2254

Robert Melquist
174 Shady Side Rd
LAKEWOOD NY
14750

Robert Parnusie
69 Kathy Dr
PITTSFORD NY
14534-2649

Robert R Butler & Mamie M Butler Jt Ten
8107 Bullock Ln
SPRINGFIELD VA
22151

Robert R Gutzmer
47 Lori Lane
ROCHESTER NY
14624-1445

Robert R Lewis
1092 Hillsboro Cone
WEBSTER NY
14580

Robert R Patt
315 Audino Ln F
ROCHESTER NY
14624-5631

Robert S Wolfe & Irene I Wolfe Jt Ten
Main St Box 237
MADISON PA
15663-0237

Robert Sitka
198 Burlington Ave
BRISTOL CT
06010-3678

Robert T Montgomery
Box 232
KILLINGTON VT
05751-0232

Robert W Kunkel
3440 Valley Creek Circle
MIDDLETON WI
53562-1620

Robert Watson
R D 1 Cheney Rd
ASHVILLE NY
14710-9801

Rodger A Edwards
Box 34
BALL GROUND GA
30107-0034

Roger A Tolins
25 Chestnut Dr
ROSLYN NY
11576

Roger J Gray Sr & Lorie G Gray Tr Ua 12/08/2006
Roger J Gray &
9200 Sockeye Ct
# A
FARWELL MI
48622-9556

Ronald Filarski
16740 Apple Lane
RAY MI
48096-4107

Ronald J Krzemien
6263 Portageville Rd
CASTILE NY
14427-9763

Ronald P Montgomery & Helen M Montgomery
Ten Ent
40 Emerson St
UNIONTOWN PA
15401-4868

Ronald T Rogers
6495 State Rt 5
KINSMAN OH
44428

Ronda A Partnership
44 Minell Pl
TEANECK NJ
07666-5508

Rosalie J Ognibene
36 Francine Dr
ROCHESTER NY
14606-3343

Rosemary Fasulo
5411 Old State Rd
WEST FARMINGTON OH
44491-9728

Rosemary Thomason
7759 Hwy 53 W
JASPER GA
30143

Ross A Mc Kay & Phyllis Mc Kay Jt Ten
12401 Skylark Ln
BOWIE MD
20715-2122

Royal Wolf
10502 E Elmhurst Dr
SUN LAKES AZ
85248-9227

Rudolph M Bush & Lelia E Bush Jt Ten
2620 N Powhatan St
ARLINGTON VA
22207-1125

Russell Conti
1101 Prendergast Upper
JAMESTOWN NY
14701

Ruth H Bryan
1118 Mertensia Rd
FARMINGTON NY
14425

Ruth M Johnville
1695 Qualtrough Rd
ROCHESTER NY
14625-1353

Salvatore Scialabba
503 Meade Dr
CORAOPOLIS PA
15108-9666

Sam A Madonia
PO Box 926
VIENNA VA
22183

Sammie C Watkins
Rte 1
JASPER GA
30143-9801

Samson Hightower
C/O Audrey  Hightower
94 Mosley Heights
JASPER GA
30143

Samuel Robert Spear
618 E Rawhide
GILBERT AZ
85296

Sandra M Swanson
17 Hedges St
JAMESTOWN NY
14701

Sandra Thomas
348 Oak Knoll Avenue
NEWTON FALLS OH
44444

Sandra Wallace
3774 Mead Rd
JAMESTOWN NY
14701

Santo Romano & Jean Romano Jt Ten
317 Taft Ave
ROCHESTER NY
14609-1109

Sarah A Brock & John C Brock Jt Ten
125 Golden Springs Dr
JASPER GA
30143-1419

Scott R Stewart
1609 Manitou Rd
ROCHESTER NY
14626

Sebastian Trussalo & Frances Trussalo Jt Ten
8 Mc Kinley Ave
JAMESTOWN NY
14701-6706

Sharon Matthews
2310 Lisha Lane
MISSOURI CITY TX
77489

Sharon Miller
8660 S R 534
MESOPOTAMIA OH
44439

Sharon Zavarella
15955 Messenger Rd
AUBURN TWP OH
44023

Sheridan Richards
R D
NEW SHARON ME
04955-9800

Sherwood Jungquist Jr
161 E Terrance Ave
LAKEWOOD NY
14750-1431

Shirley Hockman
C/O Shirley Musal
7635 Coal Bank Rd
MARSHALLVILLE OH
44645-9730

Shirley M Hollink
1960 Redman Rd
HAMLIN NY
14464

Stanley A Kowalski & Helen R Kowalski Jt Ten
1147 W 40th St
ERIE PA
16509-1340

Stanley Kempinski
49 Lee Park Ave
WILKES BARRE PA
18702-4013

Stanley Kempinski & Geraldine Kempinski Jt Ten
49 Lee Park Ave
Lee Park
WILKES BARRE PA
18702-4013

State Controller
State Of California
Division Of Unclaimed Property
P O Box 942850
SACRAMENTO CA
94250

Stella Stefanowicz
1015 Hess Ave
ERIE PA
16503-1635

Stephen Patrick
2936 Noel Dr
YOUNGSTOWN OH
44509-3024

Steve B Southerland
PO Box 1293
JASPER GA
30143

Steven A Kurzawa
16354 Snow Rd
BURTON OH
44021-9721

Steven J Klein
1931 Fountainridge Rd
CHAPEL HILL NC
27514-2330

Steven L Leblanc
3 Dubord St
JAY ME
04239-1601

Steven P Johnson
26 Harlem Ave
LAKEWOOD NY
14750-1454

Steven P Omelian
184 Fieldstone Farm Dr
STATESVILLE NC
28677

Sue A Whitman
3116 Dutch Hollow Rd
BEMUS POINT NY
14712-9711

Suzanne Bourgeois Rabil
3614 Ordway St Nw
WASHINGTON DC
20016-3176

Theodore J Lemanski
3202 Crest Ave
HYATTSVILLE MD
20785

Thomas Arneman
1179 E Grandview Blvd
ERIE PA
16504-2731

Thomas Danielson
4375 W Summit Ave
LAKEWOOD NY
14750-9703

Thomas George & Linda Fenwick George Jt Ten
1372 Butler St Se
NORTH CANTON OH
44720-3973

Thomas Grace & Paula Grace Jt Ten
246 Golf View Rd
ARDMORE PA
19003

Thomas Infantolino
1384 Hyde Park
DAYTONA BEACH FL
32124-3771

Thomas J Riddles
6440 Windy Willow Dr
SOLON OH
44139-3112

Thomas M Weiser
6275 Walkers Corners Rd
SOUTH BYRON NY
14557

Thomas P Mulvaney
2386 Golf Oak Park
JOHNS ISLAND SC
29455

Thomas S Jerris
Rfd
CALEDONIA NY
14423

Thomas V Thole & Julia A Thole Jt Ten
9393 Midnight Pass Rd
SARASOTA FL
34242

Timothy Atkins
27 W 18th St
JAMESTOWN NY
14701-3007

Tom Fosh Baily
26 Old Hollow Rd
BLUE RIDGE GA
30513

Tracie M Sherard & Stella M Sherard Jt Ten
Box 214
FINDLAY OH
45839-0214

Truman C Wilson
Box 1291
BLUE RIDGE GA
30513-1291

Tucker Anthony Inc Cust Warren Delano Ira
Rollover Ua Jan 13 88
110 South Ave
NEW CANAAN CT
06840-5721

Tucker Anthony Inc Cust Warren Delano Ira Ua
Mar 9 83
110 South Ave
NEW CANAAN CT
06840-5721

Tyler B Burdick Jr
1409 Landon Ct
LYNCHBURG VA
24503-3113

Uwe W Friedrich
Post Fach 80
Liebigstrasse
D-4444 BAD BENTHEIM 1
DEU

Valerie J Nelson
6995 Mckay Road
MAYVILLE NY
14757

Vangie T Wurdemann
734 S W Kings Bay Drive
CRYSTAL RIVER FL
34429-4653

Vernon Chipman & Ruth Chipman Jt Ten
Cobb Rd
KENNEDY NY
14747

Vida Whited
1731 Short Creek Rd
CANTON GA
30114

Virginia Ann Malicia
14312 Detroit Ave - Apt 447
LAKEWOOD OH
44107-4456

Vito Rivers
32 El Mar Dr
ROCHESTER NY
14616-1016

Wallace Ward
Box 906
BOULDER CITY NV
89005-0906

Walter Bialo
3148 Hampshire Ln
WAUKEGAN IL
60087-5328

Walter F Casselberry
3663 Rock Glen Rd
WARSAW NY
14569

Warren Delano
110 South Ave
NEW CANAAN CT
06840-5721

Warren Delano Jr
Lexington Precision Corp
800 Third Ave 15th Fl
NEW YORK NY
10022

Warren L Piazza
4816 Rt 380
JAMESTOWN NY
14701-9802

Wayne E Jacobs
PO Box 1085 16060 E High St
MIDDLEFIELD OH
44062

Wayne E Jacobs & Kathyrn M Jacobs Jt Ten
PO Box 1085 16060 E High St
MIDDLEFIELD OH
44062

Wayne Nelson
3202 W Lakeshore Dr
TALLAHASSEE FL
32312-1809

Wendell Lipscomb
1735 - 10th St
BERKELEY CA
94710-1817

Wilhelm Maier
1201 St Ann Dr
ERIE PA
16509-2973

William B Bigham & Donna C Bigham Jt Ten
1000 Robinbrook Lane
WAXHAW NC
28173-7579

William B Conner
7603 Southeast Sanderling Place
HOBE SOUND FL
33455

William C Clement
Box 1202
BLUE RIDGE GA
30513-1202

William D Patterson
Box 390
BLUE RIDGE GA
30513-0390

William E Hill Jr
18 Euston St
NEW BRITAIN CT
06053-2530

William F Cracker & Nancy C Cracker Jt Ten
700 Thompson Dairy Way
ROCKVILLE MD
20850

William H Thomas
5903 Winnequah Rd
MONONA WI
53716

William J Blasius
286 Sixth Ave
CAPE MAY NJ
08204-1131

William J Bleil
Box 392
ERIE PA
16512-0392

William Nutter & Patricia Nutter Jt Ten
311 Wakefield Drive
LOCUST GROVE VA
22508

William P Cook Sr
2330 Livonia Ctr Rd
LIMA NY
14485-9533

William R Webb
13 Crown St
JAMESTOWN NY
14701

William Rowe
951 - 2nd St Pike
SOUTHAMPTON PA
18966-3952

William S Swanson
3735 W Oak Hill Rd
JAMESTOWN NY
14701

William S Youngs
450 Clover Dr
YORK PA
17402

Willie B Curtis
905 S Main St
JASPER GA
30143-2119

Willis Wright
35 Genessee St
JAMESTOWN NY
14701-2870

Wm Barringer
14725 Lakeview Dr
Apt 1
MIDDLEFIELD OH
44062-9000

Wm Mekker
2476 Ridgewood Ave
NEWTON FALLS OH
44444-9242