# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

DONNA GRILLO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Syosset, New York.

That on the 20th day of January, 2009, deponent served the annexed Notice of Motion to Quash Subpoena with Supporting Affirmation upon the following at the address set forth below:

ANDREWS KURTH LLP
Attn:  Jonathan Levine, Esq.
       Timothy McConn, Esq.
       Paul N. Silverstein, Esq.
450 Lexington Avenue, 15th Floor
New York, New York 10017

WEIL GOTSHAL & MANGES, LLP
Attn:  Christopher Marcus, Esq.
       Richard P. Krasnow, Esq.
       Adam P. Strochak, Esq.
767 Fifth Avenue
New York, New York 10153

OFFICE OF THE UNITED STATES
  TRUSTEE
Attn:  Paul Kenan Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

CARTER LEDYARD & MILBURN, LLP
Attn:  Aaron R. Cahn, Esq.
2 Wall Street
New York, New York 10005

HISCOCK & BARCLAY, LLP
Attn:  J. Eric Charlton, Esq.
One Park Place
300 South State Street
Syracuse, New York 13202

TAFT, STETTINIUS & HOLLISTER, LLP
Attn:  Richard L. Ferrell, Esq.
425 Walnut Street
1800 Firstar Tower
Cincinnati, Ohio 45202

UNITED STEELWORKERS
Attn:  David R. Jury, Esq.
Five Gateway Center
Room 807
Pittsburgh, Pennsylvania 15222

FOX ROTHSCHILD LLP
Attn:  Raymond Patella, Esq.
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, New Jersey 08401-7212

HODGSON RUSS LLP
Attn:  Deborah J. Piazza
60 East 42nd Street, 37th Floor
New York, New York 10165-0150

COHEN, WEISS and SIMON, LLP
Attn:  Richard M. Seltzer
330 West 42nd Street, 25th Floor
New York, New York 10036

| | |
|---|---|
| DAY PITNEY LLP<br>Attn: Scott A. Zuber, Esq.<br>200 Campus Drive<br>Florham Park, New Jersey 07932-0950 | WESTON HURD LLP<br>Attn: Donald N. Jaffe, Esq.<br>1301 East 9th Street, Suite 1900<br>Cleveland, Ohio 44114-1862 |
| DICKINSON WRIGHT PLLC<br>Attn: Allison R. Bach<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, Michigan 48226 | MILLER CANFIELD PADDOCK<br>  & STONE, PLC<br>Attn: StephenS. LaPlante<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, Michigan 48226 |
| SULLIVAN & WORCESTER LLP<br>Attn: Gayle Ehrlich, Esq.<br>One Post Office Square<br>Boston, Massachusetts 02109 | TROUTMAN SANDERS LLP<br>Attn: Mitchel H. Perkiel, Esq.<br>      Lee William Stremba, Esq.<br>405 Lexington Avenue<br>New York, New York 10174 |
| KELLEY & FERRARO, LLP<br>Attn: Thomas M. Wilson, Esq.<br>1300 East Ninth Street, Suite 1901<br>Cleveland, Ohio 44114 | WALLER LANSDEN DORTCH<br>  & DAVIS, LLP<br>Attn: Robert J. Welhoelter, Esq.<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219 |
| BARTLETT HACKETT FEINBERG P.C.<br>Attn: Frank McGinn, Esq.<br>155 Federal Street, 9th Floor<br>Boston, Massachusetts 02110 | OFFICE OF THE TENNESSEE<br>  ATTORNEY GENERAL<br>Attn: Marvin E. Clements, Jr.<br>Bankruptcy & Collections Division<br>425 Fifth Avenue North, 2nd Floor<br>Nashville, Tennessee 37243 |
| WILLIAM F. HARMEYER<br>  & ASSOCIATES, P.C.<br>Attn: William F. Harmeyer, Esq.<br>7322 Southwest Freeway, Suite 475<br>Houston, Texas 77074 | |

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DONNA GRILLO

Sworn to before me this
20th day of January, 2009

_____
Notary Public

JENNIFER L. SILVESTRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SI6044395 - SUFFOLK COUNTY
COMMISSION EXPIRES JULY 3, 2010