Hearing Date and Time:  March 3, 2009 at 10:00 a.m. (Eastern Time)
Objection Deadline:  February 20, 2009 at 4:00 p.m. (EasternTime)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                             :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEXINGTON PRECISION CORP., et al.,** | : | **Case No. 08-11153 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF THE FEBRUARY 4, 2009 HEARING TO MARCH 3, 2009 at 10:00 A.M. (EASTERN TIME)

          PLEASE TAKE NOTICE that the hearing (the "Hearing") to consider the

Debtor's Objection to Proof of Claim 262 of Lorraine Cerimele, [Docket No. 503], (the

"Objection") which was scheduled for consideration before the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004,

on February 4, 2009 at 2:00 p.m. (Eastern Time) has been adjourned to **March 3, 2009 at**

**10:00 a.m. (Eastern Time)**.  The Debtors may further adjourn the Hearing from time to time

without further notice other than the announcement in open court of such adjournment on the

date scheduled for the Hearing or filing and serving a notice of adjournment.

PLEASE TAKE FURTHER NOTICE that the deadline to respond or object to the Objection is extended to **February 20, 2009 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Objection must be in writing, must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the identity of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed no later than **February 20, 2009 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that registered users of the Bankruptcy Court's case filing system must electronically file their responses and objections with the Bankruptcy Court in accordance with General Order M-242.  General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court.  All other parties in interest must file their responses and objections on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and deliver a hard copy directly to Chambers), in accordance with General Order M-182.

PLEASE TAKE FURTHER NOTICE that all responses and objections must be served upon:  (a) the Debtors, Lexington Precision Corp., 800 Third Ave. 15th Floor, New York, New York 10023 (Attn:  Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Adam P. Strochak and Conray T. Tseng); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Attn:  Paul Schwartzberg); (d) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, TN, 37219 (Attn:  John C. Tishler); (e) the attorneys for

the statutory committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue,

New York, New York, 10017 (Attn:  Paul Silverstein); and (f) attorneys for the Debtors'

postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New

York, NY 10036 (Attn:  Gerald Bender), so as to be received no later than **February 20, 2009 at**

**4:00 p.m. (Eastern Time)**.

Dated:  January 21, 2009
      New York, New York

          /s/ Richard P. Krasnow
          Richard P. Krasnow
          Adam P. Strochak

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone:    (212) 310-8000
          Facsimile:    (212) 310-8007
          Attorneys for Debtors
          and Debtors in Possession