UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :    08- 11153 (MG)
                                                            :
         Debtors.                                           :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On January 21, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Elli Petris

Sworn to before me this
23rd day of January 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfers 339.368.384.385.369-383_Aff_1-21-09.DOC

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   BARCODE INTEGRATORS
              2950 WESTWAY DR STE 107
              BRUNSWICK, OH 44280

Please note that your schedule in the above referenced case and in the amount of
        $239.00 has been transferred **(unless previously expunged by court order)** to:

              BLUE HERON MICRO OPPORTUNITIES FUND LLP
              TRANSFEROR: BARCODE INTEGRATORS
              ATTN: CLAIMS PROCESSING DEPARTMENT
              5315 NORTH KINGS HIGHWAY
              MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 339     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2009                         Vito Genna, Clerk of Court

                                         /s/Elli Petris
                                         _____
                                         By: Bankruptcy Services LLC as claims
                                             agent for the debtor(s).

FOR BSI USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 21, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.
LEXINGTON PRECISION CORP., et al | 08-11153 (MG)
Debtors. |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   KRS PLASTICS
      PO BOX 693224
      HIGHWAY 701 BYPASS
      TAVOR CITY, NC 28463

Please note that your schedule in the above referenced case and in the amount of $228.56 has been transferred **(unless previously expunged by court order)** to:

      BLUE HERON MICRO OPPORTUNITIES FUND LLP
      TRANSFEROR: KRS PLASTICS
      ATTN: CLAIMS PROCESSING DEPARTMENT
      5315 NORTH KINGS HIGHWAY
      MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 368    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2009                        Vito Genna, Clerk of Court

                                        /s/Elli Petris
                                        _____
                                        By: Bankruptcy Services LLC as claims
                                            agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 21, 2009.

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALLIED METRICS SEALS &
          FASTNERS, INC.
          2 WILSON DRIVE
          SPARTA, NJ 7871

Please note that your schedule in the above referenced case and in the amount of $256.78 has been transferred **(unless previously expunged by court order)** to:

          BLUE HERON MICRO OPPORTUNITIES FUND LLP
          TRANSFEROR: ALLIED METRICS SEALS &
          ATTN: CLAIMS PROCESSING DEPARTMENT
          5315 NORTH KINGS HIGHWAY
          MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 384 385    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2009                          Vito Genna, Clerk of Court

                                          /s/Elli Petris
                                          _____
                                          By: Bankruptcy Services LLC as claims
                                              agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 21, 2009.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                        |
In re                                   |    Chapter 11 Case No.
                                        |
LEXINGTON PRECISION CORP., et al        |    08-11153 (MG)
                                        |
            Debtors.                    |
                                        |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GENERAL WELDING SUPPLY CO.
         2120 PROGRESS STREET
         DOVER, OH 44622

Please note that your schedule in the above referenced case and in the amount of
    $1,267.92 has been transferred **(unless previously expunged by court order)** to:

         BLUE HERON MICRO OPPORTUNITIES FUND LLP
         TRANSFEROR: GENERAL WELDING SUPPLY CO.
         ATTN: CLAIMS PROCESSING DEPARTMENT
         5315 NORTH KINGS HIGHWAY
         MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 369    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2009                            Vito Genna, Clerk of Court


                                            /s/Elli Petris
                                            _____
                                            By: Bankruptcy Services LLC as claims
                                                agent for the debtor(s).


FOR BSI USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 21, 2009.

**EXHIBIT B**

```
TIME: 13:45:03                                    LEXINGTON PRECISION CORPORATION                              PAGE:   1
DATE: 01/21/09                                           CREDITOR LISTING

Name                                              Address
ALLIED METRICS SEALS &                            FASTNERS, INC. 2 WILSON DRIVE SPARTA NJ 7871
BARCODE INTEGRATORS                               2950 WESTWAY DR STE 107 BRUNSWICK OH 44280
BLUE HERON MICRO OPPORTUNITIES FUND LLP           TRANSFEROR: ALLIED METRICS SEALS & ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
BLUE HERON MICRO OPPORTUNITIES FUND LLP           TRANSFEROR: BARCODE INTEGRATORS ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
BLUE HERON MICRO OPPORTUNITIES FUND LLP           TRANSFEROR: GENERAL WELDING SUPPLY CO. ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
BLUE HERON MICRO OPPORTUNITIES FUND LLP           TRANSFEROR: KRS PLASTICS ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
GENERAL WELDING SUPPLY CO.                        2120 PROGRESS STREET DOVER OH 44622
KRS PLASTICS                                      PO BOX 693224 HIGHWAY 701 BYPASS TAVOR CITY NC 28463

Total Number of Records Printed    8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153