LAZER, APTHEKER, ROSELLA
    & YEDID, P.C.
Attn: Joseph C. Savino, Esq. (JS8884)
Attorneys for Capital One Leverage
   Finance Corporation
225 Old Country Road
Mineola, New York 11501
(631) 761-0855

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

LEXINGTON PRECISION CORP., et al.,

                                Debtors.
------------------------------------------------------------------X

NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA

Chapter 11
Case No. 08-11153 (mg)

     PLEASE TAKE NOTICE, that the Notice of Motion to Quash Subpoena and Amended Notice of Motion to Quash Subpoena served by the Attorney for the Official Committee of Unsecured Creditors previously filed on January 20, 2009 [Docket Nos. 530 and 531] by Capital One Leverage Finance Corporation ("Capital One") by and through its attorneys LAZER, APTHEKER, ROSELLA & YEDID, P.C., is hereby withdrawn.

Dated:  Melville, New York
          January 27, 2009

                                           LAZER, APTHEKER, ROSELLA
                                              & YEDID, P.C.

                                      By:___/s/ Joseph C. Savino (JS8884)
                                         JOSEPH C. SAVINO (JS8884)
                                    Attorneys for Capital One Leverage
                                       Finance Corporation
                                   225 Old Country Road
                                   Melville, New York 11747
                                   (631) 761-0855

TO:    ANDREWS KURTH LLP
Attn: Jonathan Levine, Esq.
      Timothy McConn, Esq.
      Paul N. Silverstein, Esq.
450 Lexington Avenue, 15th Floor
New York, New York 10017
(212) 850-2816

WEIL GOTSHAL & MANGES, LLP
Attn: Christopher Marcus, Esq.
      Richard P. Krasnow, Esq.
      Adam P. Strochak, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8007

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Paul Kenan Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500

CARTER LEDYARD & MILBURN, LLP
Attn: Aaron R. Cahn, Esq.
2 Wall Street
New York, New York 10005
(212) 238-8832

HISCOCK & BARCLAY, LLP
Attn: J. Eric Charlton, Esq.
One Park Place
300 South State Street
Syracuse, New York 13202
(315) 425-2716

TAFT, STETTINIUS & HOLLISTER, LLP
Attn: Richard L. Ferrell, Esq.
425 Walnut Street
1800 Firstar Tower
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STEELWORKERS
Attn: David R. Jury, Esq.
Five Gateway Center
Room 807
Pittsburgh, Pennsylvania 15222
(412) 562-2429

FOX ROTHSCHILD LLP
Attn: Raymond Patella, Esq.
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, New Jersey 08401-7212
(609) 572-2254

HODGSON RUSS LLP
Attn: Deborah J. Piazza
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
(212) 661-3535

COHEN, WEISS and SIMON, LLP
Attn: Richard M. Seltzer
330 West 42nd Street, 25th Floor
New York, New York 10036
(212) 356-0219

DAY PITNEY LLP
Attn: Scott A. Zuber, Esq.
200 Campus Drive
Florham Park, New Jersey 07932-0950
(973) 966-6300

DICKINSON WRIGHT PLLC
Attn: Allison R. Bach
500 Woodward Avenue
Suite 4000
Detroit, Michigan 48226
(313) 223-3500

OFFICE OF THE TENNESSEE ATTORNEY GENERAL
Attn: Marvin E. Clements, Jr.
Bankruptcy & Collections Division
425 Fifth Avenue North, 2nd Floor
Nashville, Tennessee 37243
(615) 741-1935

SULLIVAN & WORCESTER LLP
Attn: Gayle Ehrlich, Esq.
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2453

WILLIAM F. HARMEYER & ASSOCIATES, P.C.
Attn: William F. Harmeyer, Esq.
7322 Southwest Freeway, Suite 475
Houston, Texas 77074
(713) 270-5552

WESTON HURD LLP
Attn: Donald N. Jaffe, Esq.
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862
(216) 678-3262

MILLER CANFIELD PADDOCK & STONE, PLC
Attn: StephenS. LaPlante
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
(313) 496-8478

BARTLETT HACKETT FEINBERG P.C.
Attn: Frank McGinn, Esq.
155 Federal Street, 9th Floor
Boston, Massachusetts 02110
(617) 422-0200

TROUTMAN SANDERS LLP
Attn: Mitchel H. Perkiel, Esq.
     Lee William Stremba, Esq.
405 Lexington Avenue
New York, New York 10174
(212) 704-6016

WALLER LANSDEN DORTCH & DAVIS, LLP
Attn: Robert J. Welhoelter, Esq.
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380

KELLEY & FERRARO, LLP
Attn: Thomas M. Wilson, Esq.
1300 East Ninth Street, Suite 1901
Cleveland, Ohio 44114
(216) 575-0777