WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11
                                          :
LEXINGTON PRECISION CORP., et al.,        :      Case No. 08-11153 (MG)
                                          :
            Debtors.                      :      (Jointly Administered)
                                          :
-----------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF THE**
**FEBRUARY 9, 2009 OMNIBUS HEARING**
**TO A DATE AND TIME TO BE DETERMINED**

            **PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the

Debtors' motion to approve the Debtors' proposed disclosure statement, [Docket No. 495],

which was scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge, at the

United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

Custom House, One Bowling Green, New York, New York 10004, on February 9, 2009

at 2:00 p.m. (prevailing Eastern Time) has been adjourned to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving said notice of hearing upon (i) the list of parties requesting notice of pleadings in accordance with the Court's order establishing notice procedures,[1] and (ii) all parties that have previously filed an objection or response to the Debtors' proposed disclosure statement.

Dated: January 28, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

---

[1] Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures, dated April 2, 2008 [Docket No. 22].