**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEXINGTON PRECISION CORP., <u>et al.</u>,** | : | **08-11153 (MG)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FIRST OMNIBUS
### OBJECTION, AS MODIFIED, TO CERTAIN (a) LATE-FILED CLAIMS,
### (b) DUPLICATE CLAIMS, (c) SUPERSEDED CLAIMS AND (d) EQUITY CLAIMS

Upon consideration of the first omnibus objection to proofs of claim, dated

December 5, 2008 (the "<u>Objection</u>")[1] of Lexington Precision Corporation and its wholly-owned

subsidiary, Lexington Rubber Group, Inc., each as debtors and debtors-in-possession (together,

the "<u>Debtors</u>") to, among others, (a) proofs of claims 4472 and 4473 filed by CapitalSource

Finance LLC, as agent, under the Debtors' prepetition credit agreements ("<u>CapitalSource</u>"),

(b) proof of claim 4487 filed by the City of Rock Hill, SC ("<u>Rock Hill</u>"), and (c) proofs of claim

4480, 4481, and 4483 filed by Fair Harbor Capital, LLC as assignee of proofs of claim 74, 156,

and 158 ("<u>Fair Harbor</u>"); and the Court having jurisdiction to consider the Objection and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of

Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of

New York, dated July 19, 1984 (Ward, Acting C.J.); and the Debtors having filed that certain

Notice of Modification of the Debtors' First Omnibus Objection to Certain (a) Late-Filed

Claims, (b) Duplicative Claims, and (c) Superseded Claims, and (d) Equity Claim, dated

January 6, 2009 (the "<u>Notice of Modification</u>") that modifies the Debtors' Objection by

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the
Objection.

(1) withdrawing the Objection solely with respect to proofs of claim 4472 and 4473 filed by

CapitalSource and proof of claim 4487 filed by Rock Hill, subject to the Debtors' reserving all

rights, defense, and objections with respect to said proofs of claim and (2) substituting, with Fair

Harbor's consent, proofs of claim 74, 156, and 158 for proofs of claim 4480, 4481, and 4483

(collectively, the "Fair Harbor Surviving Claims"), subject to the Debtors' reserving all rights,

defenses, and objections with respect to the Fair Harbor Surviving Claims; and consideration of

the Objection, as modified by the Notice of Modification, and the relief requested therein being a

core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined based upon the

Objection, the Notice of Modification, the record of the hearing, held on February 4, 2008 in

respect of the Objection that pursuant to Rule 3007 of the Federal Rules of Bankruptcy

Procedure, due and proper notice has been provided to each holder of a claim listed on the

attached exhibits and all other parties entitled to notice and no other or further notice is necessary

and the relief requested in the Objection is in the best interests of the Debtors, their estates, and

creditors; and the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and therefore it is

ORDERED that each Late Filed Claim listed on **Exhibit A** attached hereto in the

rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is

further

ORDERED that each Duplicate Claim listed on **Exhibit B** attached hereto in the

rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is

further

ORDERED that each Superseded Claim listed on **Exhibit C** attached hereto in the rows entitled "Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that each Equity Claim listed on **Exhibit D** attached hereto in the rows entitled "Claims to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Epiq is authorized and directed to delete the following from the official claims registry: (a) each Late Filed Claim listed on **Exhibit A** attached hereto, (b) each Duplicate Claim listed on **Exhibit B** attached hereto, (c) each Superseded Claim listed on **Exhibit C** attached hereto, and (d) each Equity Claim listed on **Exhibit D** attached hereto.

Dated:   New York, New York
         February 4, 2009

                                        /s/ Martin Glenn
                                        UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**(Late Filed Claims)**

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT A**

**LATE FILED CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| BIBB CONTROL SYSTEMS<br>2909 LANIER HEIGHTS ROAD<br>MACON, GA 31217 | 4476 | 08-11156 | 09/03/2008 | $903.41 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| FONTANET, JACQUES & FRANCOISE<br>JT TEN<br>884 W END AVE<br>NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 09/23/2008 | UNDETERMINED | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| GRAY, ROGER J SR & LORIE G TR<br>UA 12/08/2006<br>ROGER J GRAY &LORIE GRAY TRUST<br>9200 SOCKEYE CT # A<br>FARWELL, MI 48622-9556 | 4467 | 08-11153 | 08/18/2008 | $41,730.00 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| LINDAUER, CRAIG<br>12345 PEARL ROAD<br>CHARDON, OH 44024 | 4469 | 08-11153 | 08/18/2008 | UNDETERMINED | SECURURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MACHINISTS TOOL REPAIR<br>6484 GRAFTON ROAD<br>VALLEY CITY, OH 44280 | 4470 | 08-11153 | 08/25/2008 | UNDETERMINED | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| MCMASTER-CARR SUPPLY COMPANY<br>6100 FULTON INDUSTRIAL BOULEVARD<br>ATLANTA, GA 30336-2852 | 4482 | 08-11153 | 09/15/2008 | $4,466.26 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | 4485 | 08-11153 | 09/26/2008 | $1,035.89 | UNSECURED | Filed after Bar Date. See pages 3 and 4 of Objection. |

Total Amount to be Expunged:                                       $48,135.56

**EXHIBIT B**

**(Duplicate Claims)**

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT B**

**DUPLICATE CLAIMS - TO BE EXPUNGED**

| Claimant | Duplicate Claim To Be Expunge | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim No. | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| CSC PARTNERSHIP ATTN JOSEPH CAPLEA PO BOX 357 GREENTOWN, OH 44630-0357 | 146 | 08-11153 | 07/21/2008 | $3,316.31 | UNSECURED | 36 | More than one claim filed against the same entity for the same obligation.  See page 4 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 28 | 08-11153 | 04/24/2008 | $108,250.52 | ADMINISTRATIVE UNSECURED | 9 | More than one claim filed against the same entity for the same obligation.  See page 4 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 182 | 08-11153 | 07/28/2008 | $41,112.23 | UNSECURED | 50 | More than one claim filed against the same entity for the same obligation.  See page 4 of the Objection. |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTN MARY PERLICK 1400 AMERICAN LANE 9TH FLOOR, TOWER 2 SCHAUMBURG, IL 60196 | 32 | 08-11153 | 05/12/2008 | $0.00 | UNSECURED UNLIQUIDATED | 30 | More than one claim filed against the same entity for the same obligation.  See page 4 of the Objection. |

Total Amount to be Expunged:                                        $152,679.06

**EXHIBIT C**

**(Amended and Superseded Claims)**

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C**

**AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED**

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: SIGNATURE ALUMINUM CANADA IN D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 9 | 08-11153 | 04/30/2008 | $108,250.52 | ADMINISTRATIVE UNSECURED | 198 | Proofs of claim no longer valid due to subsequently filed proof of claim.  See pages 4 and 5 of the Objection |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: PREFERRED RUBBER COMPOUNDING D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 50 | 08-11153 | 06/19/2008 | $41,112.23 | UNSECURED | 274 | Proofs of claim no longer valid due to subsequently filed proof of claim.  See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: JTI, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 70 | 08-11153 | 07/10/2008 | undetermined | UNSECURED | 199 | Proofs of claim no longer valid due to subsequently filed proof of claim.  See pages 4 and 5 of the Objection. |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: CHEMETALL OAKITE PRODUCTS D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 119 | 08-11153 | 07/16/2008 | $6,107.04 | UNSECURED | 227 | Proofs of claim no longer valid due to subsequently filed proof of claim.  See pages 4 and 5 of the Objection. |
| MH EQUIPMENT CO. PO BOX 50 MOSSVILLE, IL 61552 | 54 | 08-11156 | 07/07/2008 | $1,107.74 | UNSECURED | 100 | Proofs of claim no longer valid due to subsequently filed proof of claim.  See pages 4 and 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C**

**AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED**

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| MOMENTIVE PERFORMANCE MATERIALS C/O JANELLE WENDORF 260 HUDSON RIVER ROAD WATERFORD, NY 12188 | 4 | 08-11153 | 04/25/2008 | $76,617.60 | ADMINISTRATIVE | 163 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| MOMENTIVE PERFORMANCE MATERIALS C/O JANELLE WENDORF 260 HUDSON RIVER ROAD WATERFORD, NY 12188 | 5 | 08-11153 | 04/25/2008 | $323,009.90 | UNSECURED | 164 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| PREFERRED RUBBER COMPOUNDING 1020 LAMBERT ST. BARBERTON, OH 44203 | 18 | 08-11153 | 05/01/2008 | $48,921.99 | UNSECURED | 50 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| WACKER CHEMICAL CORP ATTN: SANDY LEWIS, CREDIT MANAGER 3301 SUTTON RD ADRIAN, MI 49221 | 6 | 08-11156 | 04/28/2008 | $1,025,161.55 | UNSECURED | 246 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| WASTE MANAGEMENT ATTN GIAL HEPTIG, BANKRUPTCY SPECIALIST 2421 W. PEORIA AVE. PHOENIX, AZ 85029 | 25 | 08-11153 | 04/18/2008 | $3,598.77 | UNSECURED | 16 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT C**

**AMENDED CLAIMS AND SUPERSEDED CLAIMS - TO BE EXPUNGED**

| Claimant | Amended and Superseded Claim to be Expunged | Case No. | Date Filed | Amount to Be Expunged | | Remaining Claim | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF RE CONDUIT COMPANY INC 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 74 | 08-11153 | 07/10/2008 | $9,532.93 | UNSECURED | 4480 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 156 | 08-11156 | 09/19/2008 | $14,651.22 | UNSECURED | 4481 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK, NY 10001 | 158 | 08-11156 | 09/22/2008 | $6,588.40 | UNSECURED | 4483 | Proofs of claim no longer valid due to subsequently filed proof of claim. See pages 4 and 5 of the Objection. |

Total Amount to be Expunged:                                    $1,664,659.89

**EXHIBIT D**

**(Shareholder Claims)**

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| BYERS, MARK W. I<br>149 TIMBUKTOOO LN<br>SPEEDWELL, TN 37870 | 267 | 08-11153 | 08/14/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| COLARUSSO, LOUISE<br>48 STOUT ST<br>PITTSTON, PA 18640-3345 | 176 | 08-11153 | 07/28/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| D'ANGELO, SHARON<br>6071 LOCKLIE DRIVE<br>HIGHLAND HTS., OH 44144 | 231 | 08-11153 | 08/11/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| FONTANET, JACQUES & FRANCOISE JT TEN<br>884 W END AVE<br>NEW YORK, NY 10025-3506 | 4484 | 08-11153 | 09/23/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| GRAY, ROGER J SR & LORIE G TR<br>UA 12/08/2006<br>ROGER J GRAY &LORIE GRAY TRUST<br>9200 SOCKEYE CT # A<br>FARWELL, MI 48622-9556 | 4467 | 08-11153 | 08/18/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| LINDAUER, CRAIG<br>12345 PEARL ROAD<br>CHARDON, OH 44024 | 4469 | 08-11153 | 08/18/2008 | UNDETERMINED | SECURURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| LINDAUER, DALE<br>115 GARDEN ST<br>BEDFORD, OH 44146 | 253 | 08-11153 | 08/13/2008 | $43,228.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |
| LINDAUER, DENNIS<br>1750 HICKS PIKE<br>WALTON, KY 41094 | 232 | 08-11153 | 08/11/2008 | $706,200.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |
| LINDAUER, DENNIS<br>1750 HICKS PIKE<br>WALTON, KY 41094 | 233 | 08-11153 | 08/11/2008 | $52,216.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |
| OSBORN, DAVID E.<br>240 NW FERRY ST.<br>POULSBO, WA 98370 | 284 | 08-11153 | 08/15/2008 | $6,848.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |
| OSBORN, LOIS FOR ESTATE OF EDWIN H. OSBORN<br>240 NW FERRY ST<br>POULSBO, WA 98370 | 283 | 08-11153 | 08/15/2008 | $62,060.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |
| PETROF, ALLEN<br>11310 THWING RD<br>CHARDON, OH 44024 | 218 | 08-11153 | 08/05/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim.  See page 5 of the Objection. |

**LEXINGTON PRECISION CORP., et al.**
**CASE NO. 08-11153 (MG) (Jointly Administered)**
**FIRST OMNIBUS OBJECTION TO CLAIMS - EXHIBIT D**

**SHAREHOLDER CLAIMS - TO BE EXPUNGED**

| Claimant | Claim No. | Case No. | Date Filed | Amount to Be Expunged | | Grounds for Objection and Cross-Reference to the Pertinent Pages in the Objection |
|---|---|---|---|---|---|---|
| ROMANO, SANTO & JEAN JT TEN 317 TAFT AVE ROCHESTER, NY 14609-1109 | 207 | 08-11153 | 08/04/2008 | UNDETERMINED | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| SULLIVAN, EDWARD J & CAROL JANE JT TEN 2247 SW DANFORTH CIR PALM CITY, FL 34990-7709 | 186 | 08-11153 | 07/30/2008 | $2,332.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |
| TAKAYAMA, DIANE L. 3163 ELNORA CT MARIETTA, GA 30066 | 266 | 08-11153 | 08/14/2008 | $41,730.00 | UNSECURED | Bar Date Order does not entitle holders of equity interests to file proofs of claim. See page 5 of the Objection. |

Total Amount to be Expunged:                                    $1,039,804.00