WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :   08-11153 (MG)
                                                            :
    Debtors.                                                :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF SUPPLEMENT TO DEBTORS' MOTION FOR AUTHORIZATION, PURSUANT TO 11 U.S.C. §§ 105, 361, 362, AND 363(c), FOR CONTINUED USE OF CASH COLLATERAL

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases, hereby supplement the "Budget" annexed as Exhibit B to the motion, dated February 2, 2009 (the "Motion"), pursuant to sections 105(a), 361, 362, and 363 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the use of cash collateral.

Dated: February 7, 2009
      New York, New York

                                            /s/ Richard P. Krasnow
                                            Richard P. Krasnow
                                            Adam P. Strochak

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone:    (212) 310-8000
                                            Facsimile:    (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

**LEXINGTON PRECISION CORPORATION**

**FORECAST OF CASH RECEIPTS AND DISBURSEMENTS AND NET SALES FROM FEBRUARY 23 THROUGH MAY 22, 2009**
(in thousands of dollars)

| | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar | 3-Apr | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May | 15-May | 22-May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash receipts:** | 1,476 | 1,290 | 1,260 | 1,436 | 1,233 | 1,843 | 1,622 | 1,681 | 1,777 | 2,026 | 1,761 | 1,817 | 1,751 |
| **Cash disbursements:** | | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | | |
| CapitalSource principal (1) | - | 269 | - | - | - | 269 | - | - | - | 269 | - | - | - |
| CapitalSource interest | - | 165 | - | - | - | 150 | - | - | - | 145 | - | - | - |
| CapitalSource miscellaneous fees | - | 8 | - | - | - | 8 | - | - | - | 8 | - | - | - |
| DIP Interest and fees | - | 35 | - | - | - | 35 | - | - | - | 35 | - | - | - |
| L&D | - | - | - | - | - | 203 | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 566 | 344 | 627 | 346 | 443 | 563 | 357 | 931 | 352 | 646 | 371 | 656 | 362 |
| Retirement & Savings Plan 401(k) | 30 | - | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Group Medical Care Plan Administrative Fees | - | - | - | 13 | - | - | - | 13 | - | - | - | 13 | - |
| Prescription drug plan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stop Loss | - | 15 | - | - | - | 15 | - | - | - | 15 | - | - | - |
| Reorganization professional fees and expenses | 153 | 155 | 155 | 155 | 155 | 122 | 122 | 122 | 122 | 99 | 99 | 99 | 99 |
| DIP legal counsel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary course professionals | - | - | - | 8 | 84 | - | - | 8 | - | 11 | - | - | 33 |
| Vendors - check disbursements (excluding Dow & Wacker): | | | | | | | | | | | | | |
| Dow Corning | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wacker | 19 | 19 | 19 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 |
| All other excluding capex | 127 | 148 | 76 | 78 | 70 | 70 | 80 | 106 | 145 | 145 | 145 | 150 | 150 |
| Capex | 436 | 578 | 648 | 564 | 601 | 704 | 682 | 743 | 713 | 703 | 688 | 782 | 683 |
| Ohio BWC and UMR Health Disbursements | 10 | 10 | 60 | 10 | 10 | 10 | 10 | 60 | 10 | 10 | 10 | 60 | 10 |
| Commercial Traffic | 228 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Utilities | 13 | 13 | 14 | 14 | 14 | 14 | 15 | 16 | 16 | 15 | 16 | 17 | 17 |
| Disbursements (receipts) related to the Rock Hill fire (1) | 47 | 47 | 47 | 171 | - | (300) | - | - | 153 | - | - | - | 153 |
| Total cash disbursed | 1,629 | 1,846 | 1,716 | 1,515 | 1,533 | 2,019 | 1,422 | 2,155 | 1,667 | 2,257 | 1,485 | 1,933 | 1,663 |
| Net cash received (used) | (153) | (556) | (456) | (79) | (300) | (176) | 200 | (474) | 110 | (231) | 276 | (116) | 88 |
| Cumulative net cash received (used) | (153) | (709) | (1,165) | (1,244) | (1,544) | (1,720) | (1,520) | (1,994) | (1,884) | (2,115) | (1,839) | (1,955) | (1,867) |
| Ending FirstMerit cash balance from prior period | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 |
| DIP loan proceeds and interest thereon | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 |
| Net cash available | 3,708 | 3,152 | 2,696 | 2,617 | 2,317 | 2,141 | 2,341 | 1,867 | 1,977 | 1,746 | 2,022 | 1,906 | 1,994 |
| Net sales (based on date shipped) | 1,141 | 1,665 | 1,739 | 1,770 | 1,861 | 1,827 | 1,541 | 1,748 | 1,864 | 1,851 | 1,896 | 1,912 | 2,051 |
| Net cumulative sales | 1,141 | 2,806 | 4,545 | 6,315 | 8,176 | 10,003 | 11,544 | 13,292 | 15,156 | 17,007 | 18,903 | 20,815 | 22,866 |

(1) The Company estimates that $412,000 of expenditures made for the clean-up and restoration of the Rock Hill, South Carolina manufacturing facility as a result of the fire that occurred on November 19, 2008, will be receivable from Affiliated Factory Mutual Insurance Company at the close of business on May 22, 2009.

Note: The forecast of cash receipts and disbursements for the the thirteen-week period ended May 22, 2009, assumes that no insurance recoveries under the provisions of the Company's business interruption insurance will be received by the Company on or before May 22, 2009.