## Exhibit A

# Lexington

Lexington Precision Corporation

30195 Chagrin Boulevard
Cleveland, OH 44124
www.lexingtonprecision.com

**Compliance Certificate**

February 11, 2009

CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815
Attention: Mr. Mark Fidati
          Ms. Mirjam Gambill
          Mr. Todd Gehrs
          Mr. Akim Grate

Re:    Lexington Precision Corporation & Lexington Rubber Group, Inc. — Compliance Certificate for the period ended February 06, 2009

Gentlemen:

    Pursuant to the requirements of paragraph 11(vii) of the final order signed on April 17, 2008, by the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, authorizing the debtors to use cash collateral, granting adequate protection to prepetition secured lenders, and authorizing postpetition financing, we hereby certify that the actual net sales as shown on the attached schedule titled "Net Sales Comparison For April 2, 2008 Through February 6, 2009" are correct in all material respects.

    IN WITNESS WHEREOF, this Compliance Certificate is executed by the undersigned this 11th day of February 2009.

                        LEXINGTON PRECISION CORPORATION

                        By: *[signature]*
                        Name:  Dennis J. Welhouse
                        Title:    SVP & Chief Financial Officer

F:/CapitalSource/Compliance certificate 2009.02.06

*When precision matters.*

## LEXINGTON PRECISION CORPORATION

**BUDGET COMPARISON FOR APRIL 2, 2008 THROUGH FEBRUARY 6, 2009**
(in thousands of dollars)

| | Actual | Budget | Actual vs. Budget |
|---|---|---|---|
| **Cash receipts:** | 64,252 | 63,196 | 1,056 |
| **Cash disbursements:** | | | |
| Debt service: | | | |
|   CapitalSource principal (1) | 2,690 | 2,690 | - |
|   CapitalSource interest | 1,959 | 2,103 | (144) |
|   CapitalSource fees (LOC & unused line) | 128 | 74 | 54 |
|   DIP Interest and fees | 408 | 417 | (9) |
| L&D | 609 | 609 | - |
| Payroll and payroll taxes | 18,306 | 19,953 | (1,647) |
| Retirement & Savings Plan 401(k) | 1,388 | 1,685 | (297) |
| Group Medical Care Plan Administrative Fees | 128 | 209 | (81) |
| Prescription drug plan | 390 | 545 | (155) |
| Reorganization professional fees and expenses | 3,058 | 5,183 | (2,125) |
| DeWolff, Boberg and Associates | 491 | 491 | - |
| DIP legal counsel | - | 20 | (20) |
| Ordinary course professionals | - | 797 | (797) |
| Vendors - check disbursements (excluding Dow & Wacker): | | | |
|   Dow Corning | 1,618 | 2,165 | (547) |
|   Wacker | 5,596 | 5,569 | 27 |
|   All other excluding capex | 26,350 | 26,366 | (16) |
|   Capex | - | 869 | (869) |
|   Ohio BWC and UMR Health Disbursements | 2,082 | 3,153 | (1,071) |
|   Commercial Traffic | 643 | 727 | (84) |
|   Utilities | - | 130 | (130) |
| Total cash disbursed | 65,844 | 73,755 | (7,911) |
| **Net cash received (used)** | (1,592) | (10,559) | 8,967 |
| Cash balance April 1 | 588 | - | 588 |
| Miscellaneous cash receipts | 1,053 | - | 1,053 |
| **Actual versus budgeted cash generated (used)** | 49 | (10,559) | 10,608 |
| Adjustments to tie to the budgeted cash balance as shown on the "New Budget:" | | | |
| DIP loan proceeds | 4,084 | 4,036 | 48 |
| Interest earned on operating funds deposited at Capital One | 38 | | |
| Cumulative difference between the cash that was budgeted to be available at the end of the 11-week period and the first 13 week period and the cash that was subsequently budgeted to be available to begin the first and second 13-week periods. | - | 7,959 | (7,959) |
| **Actual / Budgeted net cash available as of February 6, 2009** | 4,171 | 1,436 | 2,735 |
| **Net sales (based on date shipped)** | 58,087 | 64,962 | (6,875) |

**LEXINGTON PRECISION CORPORATION**

**NET SALES COMPARISON FOR APRIL 2, 2008 THROUGH FEBRUARY 6, 2009**
(in thousands of dollars)

|  | Period Ended February 6, 2009 | | | |
| --- | --- | --- | --- | --- |
|  | Actual | Budget | Actual vs. Budget | Percentage Change Inc. (Dec.) |
| **Net sales:** | | | | |
| Vienna facility | 9,015 | 13,493 | (4,478) | (33.2) % |
| Rock Hill facility | 14,057 | 13,662 | 395 | 2.9 |
| Jasper facility | 26,511 | 27,407 | (896) | (3.3) |
| Rochester facility | 8,504 | 10,400 | (1,896) | (18.2) |
| Total net sales | 58,087 | 64,962 | (6,875) | (10.6) % |

**Discussion:**

The sales shortfall of $6,875, or 10.6%, results primarily from below budgeted net sales at Vienna, Rochester, and Jasper due to the sharp decrease in unit sales to tier one automobile parts manufacturers. Below budget net sales of OEM automotive components were offset, in part, by net sales of medical components and aftermarket automotive components in excess of budgeted net sales at Rock Hill and Jasper, respectively.