**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
LEXINGTON PRECISION CORP, et al.,                              :    Case No. 08-11153 (MG)
                                                               :
                                                               :
                        Debtors.                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on February 13, 2009, I served the Official Committee of Unsecured Creditors Objection to Debtors' Third Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusivity Periods [Docket # 553] upon the names listed on the service list attached via Overnight Mail.

_____
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
17th day of February, 2009

_____
Notary Public

MARIA SIOPIS
Notary Public, State of New York
No. 01SI6151546
Qualified in Queens County
Commission Expires Oct. 10, 2010

NYC:186291.1

08-11153-scc    Doc 554    Filed 02/17/09    Entered 02/17/09 10:59:18    Main Document
                                    Pg 2 of 6

## Service List

American Express
Attn: Ann Jacobs
P.O. Box 36001
Ft. Lauderdale, FL 33336-0001

Bartlett Hackett Feinberg P.C.
Attn: Frank F. McGinn, Esq.
155 Federal Street, 9th Floor
Boston, MA 02100

Blank Rome LLP
Attn: Michael Z. Brownstein
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Blank Rome LLP
Attn: Raymon Patella
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Burnt Mountain Center, Inc.
Attn: Kim Hyde
515 Pioneer Rd
Jasper, GA 30143

CapitalSource Finance LLC
Attn: Akim Grate and Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Carter Ledyard & Milburn
Attn: Aaron R. Cahn
2 Wall Street
New York, NY 10005

Channel Prime Alliance
Attn: Ciara Dolloway
800 Connecticut Ave
Norwalk, CT 06854

Chase Brass & Copper, Inc.
Attn: Cheryl Nofziger
P.O. Box 152
Montpelier, OH 43543-0152

China Auto Group
Attn: Kim Taylor Domines
17815 Sky Park Circle, Suite D
Irvine, CA 92614

Cohen, Weiss and Simon LLP
Attn: Richard M. Seltzer and Robin H. Gise
330 West 42nd Street
New York, NY 10036

Copper & Brass Sales
Attn: Dale Sawchik
5755 Grant Avenue
Cleveland, OH 44105

2

NYC:186291.1

CSE Mortgage, LLC c/o Capitalsource Finance LLC
Attn: Akim Grate and Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Dalton Box
Attn: Sheila Blair
612 East Callahan Rd
Dalton, GA 30721

Day Pitney LLP
Attn: Scott A. Zuber
P.O. Box 1945
Morristown, NJ 07962-1945

Degussa-Huls Corporation
Attn: Fred Pacinich
379 Interpace Parkway
Parsippany, NJ 07660

DMD Special Situations, LLC
c/o Capitalsource Finance LLC
Attn: Akim Grate and Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Dow Corning STI
Attn: Anne Tipple
111 S. Progress Drive
Kendallville, IN 46755

Earle M. Jorgensen Company
Attn: David O'Brien
2060 Enterprise Parkway
Twinsburg, OH 44087

Environmental Products and Services
PO Box 4620
Burlington, VT 05406

Excellus Blue Cross
Attn: Customer Service
PO Box 4752
Rochester, NY 14692

Georgia Department of Revenue
Sales & Use Tax Division
P.O. Box 105296
Atlanta, GA 30348

Georgia Power
41 Massell Dr SE
Cartersville, GA 30121-4283

Gold Key Processing, Ltd.
Attn: Steve Harsh
14910 Madison Road
Middlefield, OH 44062

Goodyear Tire & Rubber Co.
Attn: Derick McGinness
5055 MLK Drive
Beaumont, TX 38024

3

NYC:186291.1

Gosiger Machine Tools
Attn: Linda Duale
PO Box 712288
Cincinnati, OH 45271

Haley & Aldrich, Inc.
Attn: Steve Schalabba
465 Medford Street, Ste 2000
Boston, MA 02129-1400

Hiscock & Barclay, LLP
Attn: J. Eric Charlton
300 South State Street, One Park Place
Syracuse, NY 13202

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Imperial DIE & MFG Co.
Attn: Ron Lapossy
22930 Royalton Road
Strongsville, OH 44149

Internal Revenue Service
Attn: District Director
290 Broadway
New York, NY 10007

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

International Union of Electronic, Electrical Machine and Furniture Workers
Attn: Ken Ream
111 Whitehead Lane, Suite # 2
Monroeville, PA 15146-2715

Keystone Profiles
Attn: Frank Cremeens
220 Seventh Avenue
Beaver Falls, PA 15010

Lexington Precision Corporation
Attn: Michael A. Lubin and Warren Delano
800 Third Avenue, 15th Floor
New York, NY 10017

Lintech International
Attn: Julie Van Brunt
P.O. Box 10225
Macon, GA 31297

Lion Copolymer
Attn: Michelle Geidroz
36191 Highway 30
Geismar, LA 70734

Local 1811, United Steelworkers of America
c/o Lexington Medical
Attn: Wayne Robinson
P.O. Box 4477
Rock Hill, SC 29732

Miller, Canfield, Paddock and Stone P.L.C.
Attn: Stephen S. Laplante and Mark N. Swanson
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

4

NYC:186291.1

Momentive Performance Materials, Inc.
22 Corporate Woods Blvd, Ste 4
Albany, NY 12211-2503

New York State Sales Tax
P.O. Box 1209
New York, NY 10116

New York State Tax Processing
JAF Building
P.O. Box 1206
New York, NY 10116

O'Melveny & Meyers LLP
Attn: Gerald Bender
Times Square Tower
7 Times Square
New York, NY 10036

Office of the United States Trustee for SDNY
Attn: Paul Schwartzberg
33 Whitehall Street
New York, NY 10004

Ohio Edison
Attn: Customer Service
P.O. Box 3637
Akron, OH 44309-3637

PPG Industries, Inc.
Attn: Anew Johnson
Dept. at 40177
P.O. Box 40162
Atlanta, GA 31192-0162

Preferred Rubber Compounding
Attn: Michelle Parks
1020 Lambert Street
Barberton, OH 44203

Process Oils, Inc.
Attn: Bob Hoch
11601 Katy Freeway, Ste 223
Houston, TX 77079

Securities and Exchange Commission
Attn: Regional Director
233 Broadway
New York, NY 10279

Shin-Etsu Silicones of America, Inc.
Attn: Elaine Mcdowell
1150 Damar Drive
Akron, OH 44305

Signature Aluminum
Attn: Chip Moore
500 Edward Ave
Richmond Hill, ON L4C4Y9 Canada

South Carolina Department of Revenue and Taxation
Sales Tax Return
Columbia, SC 29214

Sullivan & Worcester LLP
Attn: Gayle P. Ehrlich, Esq.
One Post Office Square
Boston, MA 02109

5

NYC:186291.1

Taft Stettinius & Hollister LLP
Attn: Richard Ferrell, Esq.
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Thomas M. Wilson, Esq.
Kelley & Ferraro, L.L.P
2200 Key Tower
127 Public Square
Cleveland, OH 44102

United Steel Workers
Attn: David R. Jury
Five Gateway Center, Suite 807
Pittsburgh, NY 15222

Wacker Silicones
Attn: James Lammers
3301 Sutton Road
Adrian, MI 49221

Webster Business Credit Corporation
360 Lexington Ave, Fl. 5
New York, NY 10017-6563

Wilmington Trust Company Corporate Capital Markets
Steve Cimalore
11100 North Market Street
Rodney Square North
Wilmington, DE 19890

Technical Machine Products
Attn: Sherry Fess
5500 Walworth Avenue
Cleveland, OH 44102

Treasurer of the State of Ohio
P.O. Box 16561
Columbus, OH 43266

Vitex Corporation
Attn: Brenda Goodearl
43 Industrial Park Drive
P.O. Box 6149
Franklin, NJ 03235

Waller, Landsen, Dortch & Davis, LLP
Attn: John C. Tishler and Robert J. Welhoelter
511 Union Street, Suite 2700
Nashville, TN 37219

Weston Hurd LLC
Attn: Howard A. Marken; Donald N. Jaffe; Fred J. Arnoff
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, OH 44114-1862

6