UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEXINGTON PRECISION CORP., et al.,              :    08- 11153 (MG)
                                                :
        Debtors.                                :    (Jointly Administered)
                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On February 12, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                    Elli Petris

Sworn to before me this
13th day of February, 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Transfer 460_Aff_2-12-09.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: BROCK SUPPLY COMPANY
        865 WEST CHURCH STREET
        JASPER, GA 30143

Please note that your schedule in the above referenced case and in the amount of $99.94 has been transferred (**unless previously expunged by court order**) to:

        BLUE HERON MICRO OPPORTUNITIES FUND LLP
        TRANSFEROR: BROCK SUPPLY COMPANY
        ATTN: CLAIMS PROCESSING DEPARTMENT
        5315 NORTH KINGS HIGHWAY
        MYRTLE BEACH, SC 29577

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 460 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/12/2009                    Vito Genna, Clerk of Court

                                    /s/Elli Petris
                                    _____
                                    By: Bankruptcy Services LLC as claims
                                        agent for the debtor(s).

FOR BSI USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 12, 2009.

# EXHIBIT B

```
TIME: 10:09:13                          LEXINGTON PRECISION CORPORATION                                         PAGE:  1
DATE: 02/12/09                                CREDITOR LISTING

Name                              Address
BLUE HERON MICRO OPPORTUNITIES FUND LLP    TRANSFEROR: BROCK SUPPLY COMPANY ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577
BROCK SUPPLY COMPANY              865 WEST CHURCH STREET JASPER GA 30143

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

Weil, Gotshal & Manges LLP
Attn: Conray Tseng
767 Fifth Avenue
New York, N. Y. 10153