**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
LEXINGTON PRECISION CORP, et al.,                 :    Case No. 08-11153 (MG)
                                                  :
                                                  :
              Debtors.                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on February 17, 2009, I served the Official Committee of Unsecured Creditors Response to Debtors' Motion for an Order Authorizing Continued Use of Cash Collateral [Docket # 555] upon the names listed on the service list attached via Overnight Mail.

_____
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
18th day of February, 2009

_____
Notary Public
JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20_10_

NYC:186392.1

## Service List

Lexington Precision Corp.
Attn: Michael A. Lubin
800 Third Avenue 15th Floor
New York, New York 10023
fax: 212-319-4659

The Office of the United States Trustee
Attn: Paul Schwartzberg
33 Whitehall Street, 21st Floor
New York, New York 10004
fax: 212-668-2255

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
Times Square Tower
7 Times Square
New York, NY 100036
fax: 212-326-2061

Weil, Gotshal & Manges LLP
Attn: Christopher J. Marcus; Victoria Vron
767 Fifth Avenue
New York, New York 10153
fax:212-310-8007

Waller, Landsden, Dortch & Davis LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219
fax:615-244-6804

NYC:186392.1