## CERTIFICATE OF SERVICE

I, Dan Shaked attorney for Claimant, hereby certify that a copy of the foregoing *Claimant's Response To Debtors' Objection To Proof Of Claim #262 Of Lorraine Cerimele And Motion Of Claimant For Relief From Automatic Stay* was this 18th day of February 2009 served via U.S. mail upon:

Mr. Michael Lubin
c/o Lexington Precision Corp.
800 Third Avenue, 15th Floor
New York, NY 10023

Adam P. Strochak, Esq. &
Conray T. Tseng, Esq.
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mr. Paul Schwartzberg
Office of the United States Trustee for
The Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Mr. John C. Tishler
c/o Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Mr. Paul Silverstein
c/o Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Mr. Gerald Bender
c/o O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

Dan Shaked, Esq.
Shaked & Posner

12