Hearing Date: February 23, 2008 at 10:00 a.m.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEXINGTON PRECISION CORP., et al.,            :    08-11153 (MG)
                                              :
         Debtors.                             :    (Jointly Administered)
                                              :
-----------------------------------------------------------x
```

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON MOTION FOR CONTINUED USE
OF CASH COLLATERAL AND MOTION FOR AN ORDER
PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY
CODE FURTHER EXTENDING THE EXCLUSIVITY PERIODS**

TO:   THE HONORABLE MARTIN GLENN,
      UNITED STATES BANKRUPTCY JUDGE:

Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, "Lexington" or the "Debtors"), as debtors and debtors in possession, hereby submit the following witness and exhibit lists for their case in chief for the February 23, 2009 hearing on 1) their motion, dated January 12, 2009 for entry of an order extending the Debtors' exclusive right to file a plan of reorganization and 2) their motion, dated February 2, 2009 for entry of an order pursuant to 11 U.S.C. Sections 105, 361, 362, and 363(c), for continued use of cash collateral.

NY2:\1968721\01\1672P01!.DOC\26690.0008

## WITNESS LIST

| WITNESS | NARRATIVE SUMMARY |
|---|---|
| 1. Michael Lubin | Mr. Lubin is the Debtor's Chairman. He will testify about: (a) the history and current status of the Debtors efforts to obtain exit financing and the Debtors' conclusion that restructuring the connector seals business will enhance their ability to obtain financing; (b) the Debtors' plans for consolidation of the connector seals business, projected financial results of the consolidation, plans for implementing the consolidation, and progress to date; (c) negotiations between the Debtors and the Committee regarding the plan of reorganization and valuation; (d) the Debtors' financial and operational performance during the chapter 11 cases; (e) the Debtors' conclusion that marketing some or all of their assets, including the medical business, would not enhance value; (f) the Debtors' liquidation analysis; and (g) the Debtors' understanding of current market conditions in the OEM automotive industry, the automotive aftermarket, and the medical device industry. |
| 2. Dennis Welhouse | Mr. Welhouse is the Debtors' Chief Financial Officer. He will testify about: (a) the Debtors' financial performance during the chapter 11 cases; (b) the Debtors' projected 13-week budget; (c) the Debtors financial projections. |
| 3. Andre Augier | Mr. Augier is the Managing Director for the Debtors' financial advisors, W.Y. Campbell & Company. He will testify that the enterprise value of just the Debtors' medical and insulators businesses substantially exceeds the prepetition secured debt. |

## EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | Forecast of Cash Receipts and Disbursements and Net Sales from February 23, 2009 to May 22, 2009 |
| 2. | Email dated January 23, 2009, from Michael Lubin to Deirdre Martini regarding projected financial statements |
| 3. | 2008 Consolidated Financial Package |
| 4. | 2009 Consolidated Financial Package |
| 5. | 2009 Income Statements By Location |
| 6. | Corporate Monthly Operating Report – December 2008, dated January 30, 2009 [Docket No. 543] |
| 7. | Corporate Monthly Operating Report – November 2008, dated December 31, 2008 [Docket No. 505] |
| 8. | Corporate Monthly Operating Report – October 2008, dated December 1, 2008 [Docket No. 476] |
| 9. | Summary of CSM North American auto build forecasts and comparison to actual results |

| 10. | Email from Warren Delano to Robert Welch and Nicholas Walsh, February 11, 2009 |
| --- | --- |
| 11. | Debtors' Liquidation Analysis |
| 12. | W.Y. Campbell, Valuation of Core Assets of Lexington Precision Corporation, as of February 28, 2009 |

Dated: February 19, 2009
      New York, New York

                                     /s/ Adam P. Strochak
                                     Richard P. Krasnow
                                     Adam P. Strochak

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Debtors and Debtors in Possession