WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                :
**In re:**                                                      :        **Chapter 11**
                                                                :
**LEXINGTON PRECISION CORP., et al.,**                          :        **Case No. 08-11153 (MG)**
                                                                :
                **Debtors.**                                    :        **(Jointly Administered)**
                                                                :
------------------------------------------------------------------------x

**DEBTORS' AMENDMENT TO THIRD MOTION**
**FOR AN ORDER PURSUANT TO SECTION 1121(d) OF THE**
**BANKRUPTCY CODE EXTENDING THE DEBTORS' EXCLUSIVITY PERIODS**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Lexington Precision Corporation ("Lexington Precision") and its wholly-owned

subsidiary, Lexington Rubber Group, Inc. ("Lexington Rubber Group" and together with

Lexington Precision, the "Debtors"), as debtors and debtors in possession, as and for their

amendment to the motion, dated January 12, 2009 (the "Motion") [Docket No. 517], pursuant to

section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), extending the

exclusive periods, respectfully represent:

**Amendment To Third Exclusivity Motion**

1.        The Debtors filed the Motion on January 12, 2009 seeking an extension of

the exclusive period to file a plan of reorganization and to solicit the acceptances thereof through

NY2:\1967610\03\1667%03!.DOC\26690.0008

and including April 27, 2009 and June 25, 2009, respectively (the "Exclusive Periods").  By

order dated, January 16, 2009 [Docket No. 528], the Court extended the Exclusive Periods

through the time the Court enters an order on the Motion.  The Debtors filed a motion, dated

February 2, 2009 (the "Cash Collateral Motion") [Docket No. 544], for authorization to continue

use of cash collateral.

2.     On January 23, 2009, the Court held a status conference and scheduled the

hearings (the "Hearing") on the Exclusivity Motion and Cash Collateral Motion on February 23,

2009 at 10:00 a.m. (Prevailing Eastern Time).

3.     In their two prior motions, the Debtors requested modest 90-day

extensions and the Debtors made the same 90-day request in the Exclusivity Motion.  At the time

of the Hearing, approximately a month and a half will have elapsed since the filing of the

Exclusivity Motion.  Assuming the Court grants the Motion and it is necessary for the Debtors to

seek a further extension of the Exclusive Periods, the Debtors will be required to file a fourth

motion to extend the exclusive periods approximately one month later.

4.     In an effort to conserve estate resources and for the reasons set forth in the

Exclusivity Motion and the evidence adduced at the Hearing, the Debtors amend the Exclusivity

Motion by requesting an extension of the Exclusive Periods through July 31, 2009 and

September 29, 2009.  If granted, the relief requested herein and in the Motion is without

prejudice to such further requests that may be made pursuant to section 1121(d) of the

Bankruptcy Code by the Debtors or any party in interest, for cause shown, upon notice and a

hearing.

3

WHEREFORE the Debtors respectfully requests that the Court grant the Motion

as amended and such other and further relief as is just.

Dated: February 19, 2009
        New York, New York

                                        /s/ Adam P. Strochak
                                        Richard P. Krasnow
                                        Adam P. Strochak

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:    (212) 310-8000
                                        Facsimile:    (212) 310-8007
                                        Attorneys for Debtors
                                        and Debtors in Possession