WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                              :    **Chapter 11 Case No.**
                                                            :
**LEXINGTON PRECISION CORPORATION,**   :    **08- 11153 (MG)**
                                                            :
           **Debtor.**                 :
                                                            :
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON FEBRUARY 23, 2009 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
              Alexander Hamilton U.S. Custom House, Courtroom 501,
              One Bowling Green, New York, NY 10004.[1]

**I.    CONTESTED MATTERS**

   1.   Debtors' Motion for Authorization, Pursuant to 11 U.S.C. Sections 105, 361, 362,
        and 363(c), for Continued Use of Cash Collateral **[Docket No. 544]**

        Response Deadline:        February 13, 2009

        Responses Received:

        A.   Objection to Motion of Agents for Prepetition Senior Lenders to Debtors'
             Motion for Continued Use of Cash Collateral **[Docket No. 551]**

---

[1] Parties appearing by telephone must first obtain authorization from Chambers and arrange the dial-in details with Court Call, (888) 882-6878.

    B.    Official Committee of Unsecured Creditors Response to Debtors' Motion for an Order Authorizing Continued Use of Cash Collateral **[Docket No. 555]**

    C.    Debtors' Reply to Prepetition Senior Lenders' Objection and Creditors' Committee's Response to Debtors' Motion for Authorization for Use of Cash Collateral **[Docket No. 561]**

Additional Documents:

    A.    Notice of Supplement to Debtors' Motion for Authorization, Pursuant to 11 U.S.C. 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 550]**

Responsible Counsel:  Weil, Gotshal & Manges

Status: **This matter is going forward**

2.    Debtors' Third Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusivity Periods **[Docket No. 517]**

    Response Deadline:    February 13, 2009

    Responses Received:

    A.    Objection of Agents for Prepetition Senior Lenders to Debtors' Motion for Extension of Exclusive Plan Periods **[Docket No. 552]**

    B.    Official Committee of Unsecured Creditors Objection to Debtors' Third Motion for an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusivity Periods **[Docket No. 553]**

    C.    Debtors' Omnibus Reply to Objections to Third Motion to Extend Exclusivity **[Docket No. 562]**

Additional Documents:

    A.    Notice of Filing of the Motion of the Debtors for a Bridge Order Pursuant to Sections 105 and 1121(d) of the Bankruptcy Code Extending the Exclusive Periods During which the Debtor May File a Chapter 11 Plan **[Docket No. 521]**

    B.    Debtors' Amendment to Third Motion for an Order Pursuant to Section 1121(D) of the Bankruptcy Code Extending the Debtors' Exclusivity Periods [Related Docket No. 517] **[Docket No. 564]**

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges

<u>Status:</u> **This matter is going forward**

Dated: New York, New York
       February 20, 2009

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:     (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

NY2:\1968478\01\166VY01!.DOC\26690.0008