Robin H. Gise (RG 5592)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

Counsel for United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers International Union

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lexington Precision Corp., *et al.*, | ) | Case No.: 08-11153 (MG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Martin Glenn |

**<u>NOTICE OF REMOVAL FROM NOTICE OF ELECTRONIC FILINGS AND SERVICE</u>**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), the undersigned attorney appears for the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("USW"), a creditor and party in interest in this case, and requests removal from Notice of Electronic Filings and all service lists in this action and all related actions.

Dated: February 23, 2009

                                                         Respectfully submitted,

                                                         /s/ Robin H. Gise
                                                         Robin H. Gise (RG 5592)
                                                         COHEN, WEISS and SIMON LLP
                                                         330 West 42nd Street
                                                         New York, New York  10036
                                                         (212) 563-4100
                                                         rgise@cwsny.com

                                                         Counsel for USW

00132851.DOC.1