**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
:
**LEXINGTON PRECISION CORP., et al.,**          :    08-11153 (MG)
:
      Debtors.                              :    (Jointly Administered)
:
------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE
GRANTING THE THIRD EXTENSION OF THE DEBTORS' EXCLUSIVITY PERIOD**

Upon the motion, dated January 12, 2009 (the "Motion"), of Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "Debtors"), pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), for an extension of the period during which the Debtors have the exclusive right to file a chapter 11 plan to April 27, 2009 (the "Exclusive Filing Period") and the period within which the Debtor may solicit acceptances thereof to June 25, 2009 (the "Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"), all as more fully described in the Motion; and upon the amendment to the Motion, dated February 19, 2009 (the "Amended Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and no other notice need be provided; and such relief being in the best interest of the Debtors, their estates and creditors; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion and Amended Motion are granted as provided herein; and it is further

ORDERED that the Debtors' Exclusive Filing Period is extended through and including April 30, 2009; and it is further

ORDERED that the Debtors' Solicitation Period is extended through and including June 1, 2009; and it is further

ORDERED that the extension of the Exclusivity Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

Dated: **February 26, 2009**
      New York, New York

                                                       **/s/Martin Glenn**
                                           UNITED STATES BANKRUPTCY JUDGE