**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
LEXINGTON PRECISION CORP, <u>et al.</u>,          :        Case No. 08-11153 (MG)
                                                  :
                                                  :
                                                  :
                          Debtors.                :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn,

state under oath that on February 27, 2009, I served the Notice of Submission of Monthly Fee

Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of

Unsecured Creditors of Lexington Precision Corp., et al. for the period January 1, 2009 through

January 31, 2009 [Docket # 575] upon the names listed on the service list attached via Overnight

Mail.

_____
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
27th day of February, 2009

_____
Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20__
NYC:_____

## Service List

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue 15th Floor
New York, New York 10023
fax: 212-319-4659

Weil, Gotshal & Manges LLP
Attn: Richard Krasnow and John W. Lucas
767 Fifth Avenue
New York, New York 10153
fax:212-310-8007

The Office of the United States Trustee
Attn: Paul Schwartzberg
33 Whitehall Street, 21st Floor
New York, New York 10004
fax: 212-668-2255

Waller, Landsden, Dortch & Davis LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219
fax:615-244-6804

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
Times Square Tower
7 Times Square
New York, NY 100036
fax: 212-326-2061

Lexington Precision Corporation
Attn: Dennis J. Welhouse
30195 Chagrin Blvd.
Suite 208W
Cleveland, OH 44124-5703

2

NYC:186874.1