WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                     :
                                          :    Chapter 11 Case No.
LEXINGTON PRECISION CORP., et al.,        :    08-11153 (MG)
                                          :
                                          :    (Jointly Administered)
                        Debtors.          :
-------------------------------------------------------------x
```

### NOTICE OF PRESENTMENT OF THE SECOND STIPULATION, AGREEMENT, AND ORDER EXTENDING THE TIME WITHIN WHICH THE DEBTORS' MAY ASSUME OR REJECT A CERTAIN NON-RESIDENTIAL LEASE WITH PEPPER PIKE PLACE ASSOCIATES, LLC

PLEASE TAKE NOTICE that the undersigned will present the attached stipulation, agreement, and order (the "Proposed Stipulation") between the Debtors and Pepper Pike Place Associates, LLC to the Honorable Martin Glenn, United States Bankruptcy Judge, for signature on **March 10, 2009 at 12:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that objections or responses to the Proposed Stipulation, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be received by Judge Glenn's chambers and by the undersigned no later than **March 10, 2009 at 11:30 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, unless objections are received by **March 10, 2009 at 11:30 a.m. (prevailing Eastern Time)**, the Proposed Stipulation may be signed.

Dated: February 27, 2009
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                            :
                                                 :    **Chapter 11 Case No.**
**LEXINGTON PRECISION CORP., et al.,**           :    **08-11153 (MG)**
                                                 :
                                                 :    **(Jointly Administered)**
                          Debtors.               :
-----------------------------------------------------------------x

**SECOND STIPULATION, AGREEMENT, AND ORDER EXTENDING THE TIME**
**WITHIN WHICH THE DEBTORS' MAY ASSUME OR REJECT A CERTAIN**
**NON-RESIDENTIAL LEASE WITH PEPPER PIKE PLACE ASSOCIATES, LLC**

**Recitals**

A.      Lexington Precision Corporation ("LPC") and Lexington Rubber Group,

Inc. ("LRGI", and together with LPC, the "Debtors") each commenced voluntary chapter 11

cases on April 1, 2008 (the "Commencement Date").  The Debtors continue to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of title 11 of the United States Code (the "Bankruptcy Code").

B.      Pursuant to that certain unexpired non-residential real property lease,

dated May 26, 2004 (the "Lease"), between Pepper Pike Place Associates, LLC, as lessor

("PPPA"), and LPC, as lessee, LPC leases certain corporate office space located at

30195 Chagrin Blvd. Suite 208W, Pepper Pike, Ohio 44124.

C.      Pursuant to section 365(d)(4) of the Bankruptcy Code, the Debtors must

assume or reject any unexpired non-residential real property leases by the earlier of (a) the date

that is 120 days after the commencement of the Debtors' chapter 11 cases, July 30, 2008, or

(b) the date of entry of an order confirming a chapter 11 plan.  If the Debtors do not assume or

reject any such lease by the applicable deadline, the lease will be deemed rejected.  11 U.S.C.

§ 365(d)(4).

D.      Pursuant to an order, dated July 29, 2008 [Docket No. 284], the Court extended the time period for the Debtors to assume or reject any unexpired non-residential real property leases to the earlier of (a) October 28, 2008 or (b) the date of entry of an order confirming a chapter 11 plan.

E.      Section 365(d)(4)(B)(ii) provides that the time period for the Debtors to assume or reject an unexpired non-residential real property lease may not be further extended without the written consent of the lessor.

F.      By that certain Stipulation, Agreement, and Order Extending the Time within which the Debtors' May Assume or Reject a Certain Non-Residential Lease with Pepper Pike Place Associates, LLC, dated October 21, 2008 [Docket No. 452], PPPA consented to the extension of the time period for the Debtors to assume or reject the Lease to the earlier of (a) February 25, 2008 and (b) the date of entry of an order confirming a chapter 11 plan.

G.      In accordance with the requirements of section 365(d)(4)(B)(ii), PPPA consents to the further extension of the time period for the Debtors to assume or reject the Lease as hereafter provided.

**<u>Agreement</u>**

1.      The time period for the Debtors to assume or reject the Lease is hereby extended to the earlier of (a) July 31, 2009, the end of the Lease, and (b) the date of entry of an order confirming a chapter 11 plan.

2.      At the Debtors' option, with PPPA's written consent, if the Debtors have not assumed or rejected the Lease by July 31, 2009, the Debtors may maintain a month-to-month tenancy, at the same rent as presently exists and under the same terms and conditions of the

present Lease, except for the provision relating to the lease term, after the expiration of the Lease

on July 31, 2009.

      3.    Nothing contained in this stipulation shall prejudice PPPA's rights to

compel the Debtors to assume or reject the Lease under section 365 of the Bankruptcy Code or

any other section of the Bankruptcy Code.  Nothing contained in this stipulation shall prejudice

PPPA's rights and remedies under the Lease.  PPPA and the Debtors reserve their respective

rights under the Lease.

      4.    This stipulation to extend the time period for the Debtors to assume or

reject the Lease shall be deemed effective as of February 25, 2009.

Dated: February 27, 2009
      New York, New York


By: /s/ Richard P. Krasnow            By: /s/ Donald N. Jaffe

    Richard P. Krasnow              Donald N. Jaffe
    WEIL, GOTSHAL & MANGES LLP     WESTON HURD LLP
    767 Fifth Avenue               1301 E. 9th St.  Suite 1900
    New York, New York 10153        Cleveland, Ohio, 44114
    Telephone: (212) 310-8000         Telephone: (216) 241-6602
    Facsimile: (212) 310-8007          Facsimile: (216) 621-8369

    Attorneys for the                Attorneys for PPPA
    Debtors and Debtors in Possession


SO ORDERED, this
___ day of March, 2009

_____
UNITED STATES BANKRUPTCY JUDGE