# EXHIBIT A

**(Budget)**

# LEXINGTON PRECISION CORPORATION

## FORECAST OF CASH RECEIPTS AND DISBURSEMENTS AND NET SALES FROM FEBRUARY 23 THROUGH MAY 22, 2009

### (in thousands of dollars)

| | Week Ended | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27-Feb | 6-Mar | 13-Mar | 20-Mar | 27-Mar | 3-Apr | 10-Apr | 17-Apr | 24-Apr | 1-May | 8-May | 15-May | 22-May |
| **Cash receipts:** | 1,476 | 1,290 | 1,260 | 1,436 | 1,233 | 1,843 | 1,622 | 1,681 | 1,777 | 2,026 | 1,761 | 1,817 | 1,751 |
| **Cash disbursements:** | | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | | |
| CapitalSource principal (1) | 269 | - | - | - | - | 269 | - | - | - | 269 | - | - | - |
| CapitalSource interest | 165 | - | - | - | - | 150 | - | - | - | 145 | - | - | - |
| CapitalSource miscellaneous fees | 8 | - | - | - | - | 8 | - | - | - | 8 | - | - | - |
| DIP interest and fees | 35 | - | - | - | - | 35 | - | - | - | 35 | - | - | - |
| L&D | - | - | - | - | - | 203 | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 566 | 344 | 627 | 346 | 443 | 563 | 357 | 931 | 352 | 646 | 371 | 656 | 362 |
| Retirement & Savings Plan-401(k) | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Group Medical Care Plan Administrative Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prescription drug plan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stop Loss | - | 15 | - | - | - | 15 | - | - | - | 15 | - | - | - |
| Reorganization professional fees and expenses | 153 | 155 | 155 | 155 | 155 | 122 | 122 | 122 | 122 | 99 | 99 | 99 | 99 |
| DIP legal counsel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary course professionals | - | - | - | 8 | 84 | - | - | 8 | - | 11 | - | - | 33 |
| Vendors - check disbursements (excluding Dow & Wacker): | | | | | | | | | | | | | |
| Dow Corning | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Wacker | 19 | 19 | - | - | - | - | - | - | - | - | - | - | - |
| All other excluding capex | 127 | 148 | 76 | 78 | 86 | 86 | 86 | 106 | 86 | 145 | 145 | 150 | 150 |
| Capex | 436 | 578 | 648 | 564 | 601 | 704 | 682 | 743 | 713 | 703 | 688 | 782 | 683 |
| Ohio BWC and UMR Health Disbursements | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 60 | 60 | 10 | 10 | 60 | 10 |
| Commercial Traffic | 228 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Utilities | 13 | 13 | 14 | 14 | 14 | 14 | 15 | 16 | 16 | 15 | 16 | 17 | 17 |
| Disbursements (receipts) related to the Rock Hill fire (1) | 47 | 47 | 47 | 171 | 84 | (300) | - | - | 153 | - | - | - | 153 |
| Total cash disbursed | 1,629 | 1,846 | 1,716 | 1,515 | 1,533 | 2,019 | 1,422 | 2,155 | 1,667 | 2,257 | 1,485 | 1,933 | 1,663 |
| **Net cash received (used)** | (153) | (556) | (456) | (79) | (300) | (176) | 200 | (474) | 110 | (231) | 276 | (116) | 88 |
| **Cumulative net cash received (used)** | (153) | (709) | (1,165) | (1,244) | (1,544) | (1,720) | (1,520) | (1,994) | (1,884) | (2,115) | (1,839) | (1,955) | (1,867) |
| **Ending FirstMerit cash balance from prior period** | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 | 777 |
| **DIP loan proceeds and interest thereon** | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 | 3,084 |
| **Net cash available** | 3,708 | 3,152 | 2,696 | 2,617 | 2,317 | 2,141 | 2,341 | 1,867 | 1,977 | 1,746 | 2,022 | 1,906 | 1,994 |
| **Net sales (based on date shipped)** | 1,141 | 1,665 | 1,739 | 1,770 | 1,861 | 1,827 | 1,541 | 1,748 | 1,864 | 1,851 | 1,896 | 1,912 | 2,051 |
| **Net cumulative sales** | 1,141 | 2,806 | 4,545 | 6,315 | 8,176 | 10,003 | 11,544 | 13,292 | 15,156 | 17,007 | 18,903 | 20,815 | 22,866 |

(1) The Company estimates that $412,000 of expenditures made for the clean-up and restoration of the Rock Hill, South Carolina manufacturing facility as a result of the fire that occurred on November 19, 2008, will be receivable from Affiliated Factory Mutual Insurance Company at the close of business on May 22, 2009.

Note:   The forecast of cash receipts and disbursements for the the thirteen-week period ended May 22, 2009 assumes that no insurance recoveries under the provisions of the Company's business interruption insurance will be received by the Company on or before May 22, 2009.