

| | |
|---|---|
| | 450 Lexington Avenue<br>New York, New York 10017<br>212.850.2800 Phone<br>212.850.2929 Fax<br>andrewskurth.com |
| | Paul Silverstein<br>212.850.2819 Phone<br>212.850.2929 Fax<br>paulsilverstein@andrewskurth.com |

March 13, 2009

Hon. Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

    Re:    **Lexington Precision Corp.**
             **Case No. 08-11153-mg**

Dear Judge Glenn:

    We represent the Official Committee of Unsecured Creditors of Lexington Precision Corporation and Lexington Rubber Group, Inc. Please be advised that we are adjourning the "First Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008," currently scheduled for March 24, 2009 to **March 31, 2009** at 10:00 a.m. This adjournment is with the consent/agreement of Your Honor's Courtroom deputy and the Debtors.

                                                Respectfully,

                                                Alexandra Zoë Bunnell
                                                Legal Assistant

cc:    Michael A. Lubin
       Richard Krasnow
       Paul Schwartzberg
       John C. Tishler
       Gerald Bender, Esq
       Dennis J. Welhouse