Hearing Date: **March 31, 2009 at 10:00 a.m. (ET)**
Objection Deadline: **March 24, 2009 at 10:00 a.m. (ET)**

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
LEXINGTON PRECISION CORP, et al.,                 :    Case No. 08-11153 (MG)
                                                  :
                                                  :    (Jointly Administered)
                    Debtors.                      :
-------------------------------------------------------------x

## AMENDED NOTICE OF HEARING ON FIRST AMENDED APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF STOUT RISIUS ROSS, INC., AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") has filed an amended application (the "Application") seeking an order authorizing the Committee to retain Stout Risius Ross, Inc. ("SRR") as its financial advisor on amended terms.

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in compliance with the Federal Rules of Bankruptcy Procedure and Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in

writing describing the basis therefore and must be filed with the Court electronically in accordance with General Orders M-242 and M-269 (which can be found at www.nysbuscourts.gov) by registered users of the Bankruptcy Court's electronic case filing system and shall further be served upon (i) the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Paul Schwartzberg, Esq.); (ii) counsel to the Debtor, Weil Gotschal & Manges, LLP, 767 Fifth Avenue, New York, New York 10053 (Attention: Richard P. Krasnow, Esq. and John Lucas, Esq.); (iii) counsel to the Committee, Andrews Kurth LLP, 450 Lexington, 15th Floor, New York, NY 10017 (Attention: Paul N. Silverstein, Esq.); (iv) attorneys for the Pre-Petition Lenders, Waller, Landsden, Dorten & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tisher); and (v) counsel for the Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender), so as to be received no later than March 24, 2009 at 10:00 a.m. ET.

PLEASE TAKE FURTHER NOTICE that a hearing on approval of the Application will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United State Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 501, One Bowling Green, New York, New York 10004 on March 31, 2009 at 10:00 a.m. ET.

PLEASE TAKE FURTHER NOTICE that the full terms of the retention are contained in the Application and Exhibits A and B which are annexed to thereto. The Application is available for inspection at the Office of the Clerk for the Bankruptcy Court and on the Bankruptcy Court's

NYC:187560.1

website at www.nysb.uscourts.gov, or through an account obtained from the Pacer Service Center at (800) 676-6856, (212) 301-6440, or www.pacer.uscourts.gov.

Dated: New York, New York
       March 13, 2009

**ANDREWS KURTH LLP**

By: /s/ Paul N. Silverstein
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue
New York, New York 10017
(212) 850-2800

Counsel to the Official
Committee of Unsecured Creditors

NYC:187560.1