WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re** : **Chapter 11**
: 
**LEXINGTON PRECISION CORP., et al.,** : **Case No. 08-11153 (MG)**
: 
**Debtors.** : **(Jointly Administered)**
: 
------------------------------------------------------------------------x

**NOTICE OF RESCHEDULING OF HEARING ON**
**DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 105 AND 364**
**FOR AUTHORIZATION TO EXTEND POSTPETITION FINANCING**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider Debtors'

Motion, Pursuant to 11 U.S.C. Section 105 and 364, for Authorization to Extend Postpetition

Financing, [Docket No. 567], which was scheduled before the Honorable Arthur J. Gonzalez,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District

of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York

10004, on March 23, 2009 at 11:00 a.m. (prevailing Eastern Time) has been rescheduled to

**March 23, 2009 at 9:30 a.m. (prevailing Eastern Time).**

Dated: March 13, 2009
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Attorneys for Debtors
and Debtors in Possession