UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEXINGTON PRECISION CORP., et al.,     :    08-11153 (MG)
                                                                 :
     Debtors.                                               :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## ORDER APPOINTING MEDIATOR

WHEREAS, at a hearing on February 24, 2009, the parties agreed, and the Court ordered, appointment of a mediator to facilitate resolution of disputed issues in these cases, in accordance with the Court's General Amended Order M-143, dated January 17, 1995, and General Amended Order M-211, dated October 20, 1999 (together, the "Mediation Orders");

WHEREAS, the parties have agreed to retain Seymour Preston, Jr. of Goldin Associates as a mediator;

Accordingly, it is hereby

ORDERED that Seymour Preston, Jr. of Goldin Associates is appointed as the mediator in the above-captioned cases; and it is further

ORDERED that the subject matter of the mediation shall be the Debtors' enterprise value and any other related issues the parties agree to include in the mediation process; and it is further

ORDERED that on or before March 23, 2009 the attorneys for the parties shall meet and confer with the mediator either in person or by teleconference to (i) determine the scope of materials to be submitted to the mediator and (ii) fix a time line for the mediation; and it is further

ORDERED that, by April 3, 2009 and every two weeks thereafter, the parties to the mediation shall jointly provide a status report to the Court regarding the mediation indicating the status thereof and whether the mediation process has concluded or is continuing; and it is further

ORDERED that, except as otherwise provided in this Order the mediation shall be conducted generally in accordance with the Mediation Orders and all discussions among the parties and the mediator and all materials used or introduced in the mediation shall remain confidential and shall be in all respects subject to Federal Rule of Evidence 408; and it is further

ORDERED that the mediator shall be compensated on an hourly basis at his regular hourly rate, including any additional personnel at Goldin Associates whom the mediator determines are necessary for this engagement, plus any out-of-pocket expenses; and it is further

ORDERED that the Debtors shall pay the fees and expenses of the mediator as administrative expenses, without need for further order of this Court; and it is further

ORDERED that the Court shall be the exclusive forum with respect to any disputes or controversies relating to or arising under this Order.

Dated: March 17, 2009
      New York, New York

/s/ Martin Glenn
UNITED STATES BANKRUPTCY JUDGE