WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                             :    **Chapter 11 Case No.**
:
LEXINGTON PRECISION CORPORATION,    :    08- 11153 (MG)
:
         Debtor.                                  :
:
-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 23, 2009 AT 9:30 A.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
    Alexander Hamilton U.S. Custom House, Courtroom 523,
    One Bowling Green, New York, NY 10004.

**I.    UNCONTESTED MATTERS**

1.  Notice Of Debtors' Motion Pursuant to 11 U.S.C. Section 105 and 364 for Authorization to Extend Postpetition Financing **[Docket No. 567]**

    Response Deadline:         March 16, 2009

    Responses Received:  None

    Additional Documents:

    A.  Notice of Rescheduling of Hearing on Debtors' Motion Pursuant to 11 U.S.C. Section 105 and 364 for Authorization to Extend Postpetition Financing **[Docket No. 591]**

NY2:\1978916\01\16#XW01!.DOC\26690.0008

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges

<u>Status:</u> **This matter is going forward**

Dated: New York, New York
       March 20, 2009

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

NY2:\1978916\01\16#XW01!.DOC\26690.0008