WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                         :        **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,**   :        **08- 11153 (MG)**
:
**Debtor.**                         :
:
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 1, 2009 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501,
One Bowling Green, New York, NY 10004.

**I.    UNCONTESTED MATTERS**

1.  Second Interim Application of Stout Risius Ross, Inc. under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors **[Docket No. 522]**

    Response Deadline:    March 24, 2009

    Responses Received:  None

    Additional Documents:

    A.  Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 584]**

    B.    Notice of Adjournment of the March 31, 2009 Hearing to April 1, 2009 at 2:00 P.M. (Eastern Time) **[Docket No. 595]**

    Responsible Counsel:  Andrews Kurth LLP

    Status: **This matter is going forward**

2.    Second Application for Interim Professional Compensation for W.Y. Campbell & Company, Consultant, period: 8/1/2008 to 11/30/2008 **[Docket No. 523]**

    Response Deadline:    March 24, 2009

    Responses Received:  None

    Additional Documents:

    A.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 584]**

    B.    Notice of Adjournment of the March 31, 2009 Hearing to April 1, 2009 at 2:00 P.M. (Eastern Time) **[Docket No. 595]**

    Responsible Counsel: Weil, Gotshal & Manges LLP

    Status: **This matter is going forward**

3.    Second Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2008 through November 30, 2008 **[Docket No. 542]**

    Response Deadline:    March 24, 2009

    Responses Received:  None

    Additional Documents:

    A.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 584]**

    B.    Notice of Adjournment of the March 31, 2009 Hearing to April 1, 2009 at 2:00 P.M. (Eastern Time) **[Docket No. 595]**

    Responsible Counsel: Weil, Gotshal & Manges LLP

    Status: **This matter is going forward**

4. Second Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for Andrews Kurth LLP **[Docket No. 525]**

   Response Deadline:    March 24, 2009

   Responses Received:

   A. Debtors' Response and Reservation of Rights to the Second Interim Fee and Expense Application of Andrews Kurth LLP as Counsel to the Official Committee of Unsecured Creditors **[Docket No. 597]**

   Additional Documents:

   A. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 584]**

   B. Notice of Adjournment of the March 31, 2009 Hearing to April 1, 2009 at 2:00 P.M. (Eastern Time) **[Docket No. 595]**

   Responsible Counsel:  Andrews Kurth LLP

   Status: **This matter is going forward**

5. First Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008 **[Docket No. 580]**

   Response Deadline:    March 24, 2009

   Responses Received:  None

Additional Documents:

A. Letter of Adjournment of First Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008 **[Docket No. 589]**

B. Notice of Adjournment of the March 31, 2009 Hearing to April 1, 2009 at 2:00 P.M. (Eastern Time) **[Docket No. 595]**

Dated: New York, New York
       March 31, 2009

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession