# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

RICHARD P. KRASNOW
DIRECT LINE (212) 310-8493
E-MAIL: richard.krasnow@weil.com

April 1, 2009

**BY FEDEX**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:   **In re Lexington Precision Corp., et. al., Case No. 08-11153-MG**

Honorable Martin Glenn:

This is the joint status report of the parties required by the Court's March 17, 2009 order regarding mediation. The attorneys for the official committee of unsecured creditors (the "Committee") and the senior prepetition lenders (the "Senior Prepetition Lenders") have reviewed this letter.

On March 20, 2009, the Mediator, Mr. Preston, and the attorneys for the Debtors, the Committee, and the Senior Prepetition Lenders met via teleconference to discuss the scope of the materials to be submitted to the Mediator and fix a timeline for the mediation. On that call, and in subsequent communications, the parties confirmed the following schedule:

- March 31 – Debtors provided updated forecasts to all parties and the Mediator

- April 3 – Debtors and the Committee will provide to Mr. Preston valuation reports conforming to his specifications, for use solely in the mediation process, and exchange them with each other

- April 13 – Mr. Preston will meet with the Debtors and the Committee to review Lexington's forecasts and business plan

Hon. Martin Glenn
April 1, 2009
Page 2

- April 20 – Mr. Preston will meet with the parties for a mediation session, initially with the Debtors and the Committee and later, if appropriate, with the Prepetition Senior Lenders

The parties will provide a further status report in two weeks..

Respectfully submitted,

Richard P. Krasnow

cc: Seymour Preston, Jr. (via e-mail)
Paul Silverstein, Esq. (via e-mail)
Gerald Bracht, Esq. (via e-mail)
Jonathan Levine, Esq. (via e-mail)
John Tishler, Esq. (via e-mail)
Rob Welhoelter, Esq. (via e-mail)
Aaron Cahn, Esq. (via e-mail)

NY2:\1981726\02\16H3Y02!.DOC\26690.0008