UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEXINGTON PRECISION CORPORATION,              :      08- 11153 (MG)
                                              :
            Debtor.                           :      (Jointly Administered)
                                              :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELLI PETRIS, being duly sworn, deposes and says:

1.  I am employed as Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third
    Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to
    the above-captioned action.

2.  On March 31, 2009, I caused to be served the "Notice of Agenda of Matters Scheduled
    for Hearing on April 1, 2009 at 2:00 P.M.," dated March 31, 2009, [Docket No. 600], by
    causing true and correct copies, delivered by facsimile to those parties listed on the
    annexed Exhibit A.

                                              Elli Petris

Sworn to before me this
____ day of April 2009

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

T:\Clients\LPC\Affidavits\Agenda 4-1-09_Aff_3-31-09.DOC

**EXHIBIT A**

| NAME | FAX |
| --- | --- |
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |