**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————— x
In re:                                                                  :        Chapter 11
                                                                              :
   LEXINGTON PRECISION CORP,         :
                                                                              :        Case No. 08-11153 (MG)
         *et al.*,              :
                                                                              :        Jointly Administered
        Debtors.         :
——————————————————————— x

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 3, 2009, I electronically filed **Notice of Submission of Monthly Fee Statement of W.Y. Campbell and Company as Financial Advisors to Debtors For Period February 1, 2009 through February 28, 2009** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Aaron R. Cahn cahn@clm.com
- J Eric Charlton echarlton@hiscockbarclay.com
- Marvin E. Clements agbanknewyork@ag.tn.gov
- Gayle Ehrlich gehrlich@sandw.com
- Richard L. Ferrell Ferrell@taftlaw.com
- William F. Harmeyer wharmeyer@harmeyerlaw.com
- Donald N. Jaffe djaffe@westonhurd.com
- David R. Jury djury@usw.org
- Richard P. Krasnow richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Stephen S. LaPlante laplante@millercanfield.com
- Jonathan Levine jonathanlevine@andrewskurth.com, jlevine@akllp.com
- Christopher Marcus christopher.marcus@weil.com
- Frank McGinn ffm@bostonbusinesslaw.com
- Raymond Patella rpatella@foxrothschild.com
- Deborah J. Piazza dpiazza@hodgsonruss.com
- Joseph Cono Savino savino@larypc.com, silvestro@larypc.com
- Richard M. Seltzer rseltzer@cwsny.com
- Dan Shaked dan@shakedandposner.com
- Paul N. Silverstein paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Adam P. Strochak adam.strochak@weil.com, michele.meises@weil.com
- Marc N. Swanson swansonm@millercanfield.com
- Robert J. Welhoelter robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
- Scott A. Zuber szuber@daypitney.com, jhahn@daypitney.com

and by U.S. Mail on April 3, 2009 to the following:

| | |
|---|---|
| Christopher Marcus<br>John Lucas<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Paul Kenan Schwartzberg<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10023<br>Attention: Michael Lubin | Waller, Landsden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Attention: John Tishler |
| Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>Attention: Paul Silverstein | O'Melveny & Meyers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Attention: Gerald Bender |

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

DICKINSON WRIGHT PLLC

By: /s/ Allison R. Bach
    Allison R. Bach (5059)
Attorneys for W.Y. Campbell & Company
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
abach@dickinsonwright.com