# WEIL, GOTSHAL & MANGES LLP

1300 EYE STREET, NW
SUITE 900
WASHINGTON, DC 20005
(202) 682-7000
FAX: (202) 857-0939

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW

ADAM P. STROCHAK
DIRECT LINE (202) 682-7001
E-MAIL: adam.strochak@weil.com

May 1, 2009

**BY FEDEX**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    **In re Lexington Precision Corp., et. al., Case No. 08-11153 (MG)**

Dear Judge Glenn:

      This is the joint status report of the parties required by the Court's March 17, 2009 order regarding mediation and provides a summary of the events that have occurred since the second joint status letter dated April 16, 2009. The attorneys for the official committee of unsecured creditors (the "Committee") and prepetition senior lenders (the "Prepetition Senior Lenders") have reviewed this letter.

      On April 29, 2009, the Mediator, Mr. Preston, conducted an eight hour mediation session with the Debtors and the Committee. The mediation was attended by the Debtors' senior management, members of the Committee, financial advisors for both the Debtors and the Committee, and one attorney for each party.

      During the mediation session, Mr. Preston met individually with representatives of the Debtors and the Committee and discussed the parties' positions with respect to the value of the Debtors' businesses, the Debtors' projections, and possible ways to bridge the gap between the parties on valuation.. Although no agreement was reached, Mr. Preston did propose a conceptual framework for resolution and the parties are considering it. Mr. Preston will be discussing this proposal separately with each of the parties and, if progress is made, may conduct further mediation sessions.

NY2:\1992316\03\16P@403!.DOC\26690.0008

**WEIL, GOTSHAL & MANGES LLP**

Hon. Martin Glenn
May 1, 2009
Page 2

The parties will provide a further status report in two weeks..

Respectfully submitted,

Adam P. Strochak

cc:    Seymour Preston, Jr. (via e-mail)
       Paul Silverstein, Esq. (via e-mail)
       Gerald Bracht, Esq. (via e-mail)
       Jonathan Levine, Esq. (via e-mail)
       John Tishler, Esq. (via e-mail)
       Rob Welhoelter, Esq. (via e-mail)
       Aaron Cahn, Esq. (via e-mail)

NY2:\1992316\03\16P@403!.DOC\26690.0008