WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :
**In re:**                                         :    Chapter 11
                                                  :
**LEXINGTON PRECISION CORP., et al.,**             :    Case No. 08-11153 (MG)
                                                  :
          **Debtors.**                             :    (Jointly Administered)
                                                  :
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**OBJECTION TO PROOF OF CLAIM 262 OF LORRAINE CERIMELE**

PLEASE TAKE NOTICE that a hearing (the "Hearing") to consider Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele [Docket No. 503] and Lorraine Cerimele's response thereto [Docket No. 559] (the "Cerimele Response"), which was scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on May 14, 2009 at 10:00 a.m. (Eastern Time) has been adjourned to **June 25, 2009 at 10:00 a.m. (Eastern Time)**.

The Debtors time to respond to the Cerimele Response will be filed with the Court on or before June 18, 2009 at 4:00 p.m. and Cerimele's reply thereto will be filed with the Court on or before June 22, 2009 at 4:00 p.m.

Dated: May 11, 2009
New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
Attorneys for Debtors
and Debtors in Possession