WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEXINGTON PRECISION CORP., et al., : 08-11153 (MG)
: 
Debtors. : (Jointly Administered)
: 
----------------------------------------------------------------x

**NOTICE OF SUPPLEMENT TO DEBTORS' MOTION FOR**
**AUTHORIZATION, PURSUANT TO 11 U.S.C. §§ 105, 361, 362,**
**AND 363(c), FOR CONTINUED USE OF CASH COLLATERAL**

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases, hereby file the "Budget" referenced in the motion, dated April 29, 2009 [Docket No. 616], pursuant to sections 105(a), 361, 362, and 363 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the use of cash collateral.  The Budget is annexed hereto as Exhibit A.

NY2:\1996100\01\16S7801!.DOC\26690.0008

Dated: May 12, 2009
New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# (Budget)

NY2:\1996100\01\16S7801!.DOC\26690.0008

**LEXINGTON PRECISION CORPORATION**

**FORECAST OF CASH RECEIPTS, CASH DISBURSEMENTS, AND NET SALES FROM MAY 11 THROUGH AUGUST 21, 2009**
**(in thousands of dollars)**

| | \multicolumn{15}{c}{Week Ended} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15-May | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul | 17-Jul | 24-Jul | 31-Jul | 7-Aug | 14-Aug | 21-Aug |
| **Cash receipts** | 1,124 | 1,378 | 1,577 | 1,592 | 1,254 | 1,239 | 1,257 | 1,265 | 950 | 1,184 | 1,184 | 1,284 | 1,131 | 1,230 | 1,215 |
| **Cash disbursements:** | | | | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | | | | |
| CapitalSource principal | - | - | - | 269 | - | - | - | 269 | - | - | - | - | 269 | - | - |
| CapitalSource interest | - | - | - | 145 | - | - | - | 145 | - | - | - | - | 145 | - | - |
| CapitalSource miscellaneous fees | - | - | - | 8 | - | - | - | 8 | - | - | - | - | 8 | - | - |
| DIP Interest and fees | - | - | - | 34 | - | - | - | 34 | - | - | - | - | 34 | - | - |
| Lubin, Delano & Co. | - | - | - | - | - | - | - | 203 | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 525 | 178 | 461 | 468 | 498 | 211 | 176 | 435 | 135 | 478 | 209 | 485 | 241 | 524 | 249 |
| Retirement & Savings Plan 401(k) | 30 | 9 | 30 | 9 | 9 | 30 | 9 | 30 | 9 | 30 | 9 | 30 | 11 | 43 | 11 |
| Group Medical Care Plan administrative fees | 12 | - | - | - | - | 12 | - | - | - | 12 | - | - | - | 12 | - |
| Reorganization professional fees and expenses | 159 | 259 | 159 | 139 | 139 | 139 | 139 | 97 | 97 | 97 | 97 | 97 | 109 | 109 | 109 |
| DIP legal counsel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary course professionals | - | 48 | 8 | 24 | - | - | 8 | 8 | - | - | - | - | 8 | 13 | - | 8 |
| Vendors - check disbursements (excluding Dow & Wacker): | | | | | | | | | | | | | | | |
| Dow Corning | 5 | 27 | 22 | 10 | 7 | 6 | 7 | 6 | 7 | 6 | 2 | 7 | 8 | 7 | 23 |
| Wacker Silicones | 170 | 141 | 15 | 130 | 161 | 8 | 98 | 90 | 110 | 86 | 86 | 86 | 26 | 96 | 103 |
| All other excluding capital expenditures | 484 | 516 | 453 | 475 | 344 | 437 | 437 | 484 | 527 | 705 | 511 | 424 | 893 | 531 | 583 |
| Capital expenditures | 11 | 11 | 11 | 11 | 15 | 15 | 15 | 15 | 16 | 31 | 16 | 16 | 31 | 9 | 39 |
| State of Ohio BWC and UMR health disbursements | 39 | 39 | 39 | 138 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| Commercial Traffic | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 12 | 12 | 12 | 12 | 15 |
| Disbursements (receipts) related to the Rock Hill fire | - | - | - | (200) | - | - | - | - | 75 | (75) | - | - | - | 76 | - |
| Total cash disbursed | 1,446 | 1,239 | 1,209 | 1,671 | 1,223 | 908 | 939 | 1,874 | 1,025 | 1,419 | 981 | 1,204 | 1,839 | 1,458 | 1,179 |
| **Net cash received (used)** | (322) | 139 | 368 | (79) | 31 | 331 | 318 | (609) | (75) | (235) | 203 | 80 | (708) | (228) | 36 |
| **Cumulative net cash received (used)** | (322) | (183) | 185 | 106 | 137 | 468 | 786 | 177 | 102 | (133) | 70 | 150 | (558) | (786) | (750) |
| **Ending FirstMerit cash balance from prior period** | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 |
| **DIP loan proceeds and interest thereon** | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 |
| **Net cash available** | 2,354 | 2,493 | 2,861 | 2,782 | 2,813 | 3,144 | 3,462 | 2,853 | 2,778 | 2,543 | 2,746 | 2,826 | 2,118 | 1,890 | 1,926 |
| **Net sales (based on date shipped)** | 1,117 | 1,254 | 1,098 | 1,174 | 1,178 | 1,296 | 1,328 | 554 | 1,034 | 1,119 | 1,212 | 1,213 | 1,519 | 1,519 | 1,633 |
| **Net cumulative sales** | 1,117 | 2,371 | 3,469 | 4,643 | 5,821 | 7,117 | 8,445 | 8,999 | 10,033 | 11,152 | 12,364 | 13,577 | 15,096 | 16,615 | 18,248 |