UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Re:

Lexington Precision Corp. *et al.*,


                    Debtor:

_____

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization, application for a third interim allowance of fees for financial advisors to the Official Committee of Unsecured Creditors

FEES AND EXPENSES APPLICATION
COVER SHEET

NAME OF APPLICANT:          STOUT RISIUS ROSS, INC.
NAME OF CLIENT:             THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEXINGTON PRECISION CORP., *ET AL.*

PERIOD COVERED:             DECEMBER 1, 2008 THROUGH MARCH 31, 2009

THIRD INTERIM APPLICATION:

SECTION I:  FEE SUMMARY

| PERIOD | | TO DATE | CURRENT |
|---|---|---|---|
| 1. | Total fees and expenses requested: | $ 596,795.86 | $ 202,048.12 |
| 2. | Total fees and expenses allowed: | $ 365,715.48 | N/A |
| 3. | Total retainer (if applicable): | N/A | N/A |
| 4. | Total holdback (if applicable): | $  29,032.26 | N/A |
| 5. | Total received by applicant[1]: | $ 487,608.30 | $ 182,116.92 |
| 6. | Total fees and expenses due (1 less 5): | $ 109,187.56 | $  19,931.20 |

_____

[1] Payments received as of April 30, 2009.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re:<br><br>Lexington Precision Corp. *et al.*,<br><br><br><br>Debtor: | Chapter 11<br>Case No. 08-11153 (MG)<br>(Jointly Administered)<br>In proceedings for a reorganization,<br>application for a third interim allowance of<br>fees for financial advisors to the Official<br>Committee of Unsecured Creditors |

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your Applicant's retention order was signed on or about June 5, 2008 effective as of May 13, 2008.

B. Your Applicant represents the Official Committee of Unsecured Creditors.

C. This compensation is the Third Interim Allowance for the period December 1, 2008 through March 31, 2009.

D. The total amount of the compensation requested is $200,000.00 which consists of $50,000.00 for the "December Monthly Fee," $50,000.00 for the "January Monthly Fee," $50,000.00 for the "February Monthly Fee," and $50,000.00 for the "March Monthly Fee."

E. The total amount of expenses of which reimbursement is sought is $2,048.12.

F. The total amount of previous compensation paid as of April 30, 2009 was $471,612.90.

G. The total amount of previous expenses paid as of April 30, 2009 was $15,995.40.

H. The amount of retainer is not applicable.

STOUT RISIUS ROSS, INC.

Jeffrey M. Risius, CFA, ASA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

Lexington Precision Corp. *et al.,*

Debtor:

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a third interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK       )
                        )  ss:
COUNTY OF NEW YORK   )

Stout Risius Ross, Inc. hereby applies to the court for a third interim allowance of fees and
expenses, and represents as follows:

1.   The bankruptcy case of Lexington Precision Corp. *et al.* was commenced by a voluntary
     petition filed on April 1, 2008.

2.   Lexington Precision Corp. *et al.* is a corporation organized and existing under the laws of
     the State of Delaware.  The executive office is currently located at 800 Third Avenue, New
     York, New York 10022.

3.   By order dated on or about June 5, 2008, the court approved the retention of Stout Risius
     Ross, Inc. as financial advisors to the Official Committee of Unsecured Creditors.  A copy
     of said Order is attached as Exhibit C.

4.   The engagement of Stout Risius Ross, Inc. is under the direct supervision of Jeffrey M.
     Risius, CFA, ASA, a Managing Director of the firm with familiarity in the bankruptcy and
     insolvency area of valuation and accounting.

5.   Stout Risius Ross, Inc. maintains records of time it expended in the rendition of all
     professional services.  The firm's time records were made concurrently with the rendition of
     professional services, and all such records are available for inspection.  Exhibit A-1 hereto
     sets forth a schedule showing the name, position, hours worked from December 1, 2008
     through March 31, 2009 of services rendered for all professionals of Stout Risius Ross, Inc.
     having devoted time to this case.  Exhibit A-2 hereto is a breakdown of all professionals'
     daily time details, by project category.

6.    Following is a description of the firm's services provided to the Committee of Unsecured Creditors' ("Committee") along with the aggregate time expended by category:

|  | **Hours** |
|---|---|
| **A.  CASE ADMINISTRATION** | 16.00 |

**A.  CASE ADMINISTRATION**
Review of case status, motions, and docket filings.  Prepare information request lists and correspondence in connection with the case.  Organize and document electronic files received from the Debtors and the Debtors' financial advisor.

**B.  BUSINESS ANALYSIS**                                                                 34.75
Review of the Debtors' historical public quarterly reports (10-Q's) and historical financial reports by division.  Also, includes monitoring of weekly actual cash flow for comparison with projections from December 1, 2008 through March 31, 2009 and analysis of the Debtors' updated cash flow projections.  Also, review and analysis of the Debtors' November through February operating reports.  Preparation of comments and various analyses that were distributed to Counsel and to the Committee.

**C.  LITIGATION CONSULTING**                                                          731.50
Preparation of a business valuation of the Debtors for purposes of mediation and negotiating a proposed plan of reorganization. Preparation includes research and analysis of the Debtors updated projections, operating results of comparable companies, research of industry trends, research of changes in the current economic environment, research of comparable transactions and related multiples, review of historical financial statements for non-recurring events, amongst other procedures.  In addition, review and analyze prior letters of intent and offers to purchase specific divisions of the Debtors and the Debtors as a whole.  Includes the review and analysis of significant amounts of information received from the Debtors' financial advisors related to the Debtors' updated five-year plan and Amended Plans of Reorganization and Disclosure Statements.  Preparation for a mediation hearing.  Preparation of comments and various analyses that were distributed to Counsel and to the Committee.

**D.    PLAN AND DISCLOSURE STATEMENT**
Review and analysis of several versions of the Debtors' proposed                     8.75
Amended Plans of Reorganization.  Preparation of comments and
various analyses that were distributed to Counsel and the
Committee.

**E.    TELECONFERENCES/MEETINGS – COMMITTEE OF
        UNSECURED CREDITORS/COUNSEL**
Preparation for and attendance at meetings and teleconferences                     64.50
with the Committee and the Committee's professionals to discuss
the Debtors' financial condition, status of DIP operations,
estimated claims base, mediation, and other matters.  Includes
various teleconferences and meetings with Committee Counsel to
discuss on-going case matters, preparation for Committee calls
and case strategy.

**F.    TELECONFERENCES/MEETINGS – DEBTOR/COUNSEL**
Preparation for and attendance at various meetings and                              13.50
teleconferences with the Debtors' management and the Debtors'
financial advisors.  Issues discussed include historical financial
results, DIP operations, actual vs. projected results, financial
forecasts, status of information requests and ongoing requests for
information, amongst other matters.

**G.    FEE APPLICATION**
Preparation of monthly fee statements and time detail for the                       37.25
period December 1, 2008 through March 31, 2009, in advance of
completing an interim fee application in accordance with the U.S.
Trustee's guidelines, as well as preparation of the second interim
fee application.
                                                                        _____
                                                                          906.25
                                                                        =========

7.  The total hours worked by the professional staff of Stout Risius Ross, Inc. for the period December 1, 2008 through March 31, 2009 in performing the work described above in paragraph 6 is as follows:

|  | Hours |
|---|---|
| Managing Director | 83.75 |
| Director and Manager | 270.25 |
| Senior Analyst and Analysts | 552.25 |
|  | **906.25** |

8.  Applicant makes this third interim application for allowance of fees in the total amount of $200,000.00, for 906.25 hours of work, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters.  The third interim application for allowance of fees consists of $50,000.00 for the "December Monthly Fee," $50,000.00 for the "January Monthly Fee," $50,000.00 for the "February Monthly Fee," and $50,000.00 for the "March Monthly Fee."

9.  Reimbursement of expenses:  The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $2,048.12, listed in Exhibit B.

10.  Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $200,000.00, and for reimbursement of out-of-pocket expenses in the amount of $2,048.12.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before me this 15th day of May 2009

_____
Notary Public

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

**EXHIBIT A-1**

**LEXINGTON PRECISION CORP. *ET AL.***

TIME SUMMARY
December 1, 2008 through March 31, 2009

| Name/Title | Time |
|---|---|
| Jeffrey M. Risius, Managing Director | 83.75 |
| Aaron M. Stumpf, Director | 2.75 |
| Jesse A. Ultz, Manager | 270.25 |
| Brian A. Hock, Senior Analyst | 531.50 |
| Joseph R. Ashor, Analyst | 7.50 |
| Jeffrey M. Holycross, Analyst | 10.50 |
| | **906.25** |

**EXHIBIT A-2**

## LEXINGTON PRECISION CORP. *ET AL.*

DAILY TIME BY PROFESSIONAL
BY CATEGORY

See attached details of all professionals' time from December 1, 2008 through March 31, 2009.

**Detail of Services Provided By Stout Risius Ross, Inc.**                          **Exhibit A-2**
**Lexington Precision Corp., et al.**
**December 1, 2008 Through March 31, 2009**

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Business Analysis | 12/2/2008 | JAU | Jesse A. Ultz | 1.25 | Reviewing new Debtors operating results |
| Business Analysis | 12/9/2008 | JAU | Jesse A. Ultz | 1.00 | Reviewing October financial results |
| Business Analysis | 12/15/2008 | BAH | Brian Hock | 2.50 | Analysis of weekly cash flow |
| Business Analysis | 12/17/2008 | JAU | Jesse A. Ultz | 0.75 | Reviewing court filings |
| Business Analysis | 1/6/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing Debtors current operating results |
| Business Analysis | 1/8/2009 | BAH | Brian A. Hock | 3.50 | Reviewing Debtors operating results |
| Business Analysis | 1/15/2009 | BAH | Brian A. Hock | 3.50 | Analysis of weekly cash flow |
| Business Analysis | 1/19/2009 | BAH | Brian A. Hock | 1.00 | Analysis of weekly cash flow |
| Business Analysis | 1/21/2009 | BAH | Brian A. Hock | 1.50 | Analysis of weekly cash flow |
| Business Analysis | 1/22/2009 | BAH | Brian A. Hock | 3.50 | Analysis of Debtors historical financial results |
| Business Analysis | 1/22/2009 | BAH | Brian A. Hock | 2.50 | Analysis of weekly cash flow |
| Business Analysis | 1/27/2009 | BAH | Brian A. Hock | 1.50 | Analysis of weekly cash flow |
| Business Analysis | 1/28/2009 | BAH | Brian A. Hock | 2.00 | Analysis of Debtors historical financial results |
| Business Analysis | 2/3/2009 | BAH | Brian A. Hock | 1.50 | Reviewing cash collateral motion |
| Business Analysis | 2/3/2009 | JMR | Jeffrey M. Risius | 2.50 | Review and analyze monthly operating report as of 12/31/2008 |
| Business Analysis | 2/13/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 2/17/2009 | BAH | Brian A. Hock | 1.25 | Cash flow analysis |
| Business Analysis | 3/3/2009 | JMR | Jeffrey M. Risius | 1.00 | Review current financial performance |
| Business Analysis | 3/30/2009 | BAH | Brian A. Hock | 0.75 | Analysis of Debtors monthly operating reports |
| | | | | 34.75 | |
| Case Administration | 12/10/2008 | BAH | Brian Hock | 2.00 | Organization of work papers for document retention purposes |
| Case Administration | 12/15/2008 | BAH | Brian Hock | 0.75 | Organization of work papers for document retention purposes |
| Case Administration | 12/31/2008 | BAH | Brian Hock | 0.75 | Organization of work papers for document retention purposes |
| Case Administration | 1/15/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 1/16/2009 | BAH | Brian A. Hock | 1.50 | Organization of work papers for document retention purposes |
| Case Administration | 2/9/2009 | BAH | Brian A. Hock | 2.25 | Organization of workpapers for document retention purposes |
| Case Administration | 2/11/2009 | BAH | Brian A. Hock | 1.50 | Organization of workpapers for document retention purposes |
| Case Administration | 2/20/2009 | BAH | Brian A. Hock | 1.25 | Organization of workpapers for document retention purposes |
| Case Administration | 2/24/2009 | BAH | Brian A. Hock | 3.00 | Organization of workpapers for document retention purposes |
| Case Administration | 2/27/2009 | JMR | Jeffrey M. Risius | 1.00 | Organization of workpapers |
| Case Administration | 3/18/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| | | | | 16.00 | |
| Fee Application | 12/18/2008 | BAH | Brian Hock | 1.50 | Preparation of November fee statement |
| Fee Application | 1/4/2009 | BAH | Brian A. Hock | 3.00 | Preparation of interim fee application |
| Fee Application | 1/5/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of interim fee application |
| Fee Application | 1/8/2009 | JAU | Jesse A. Ultz | 1.75 | Preparation of interim fee application |
| Fee Application | 1/9/2009 | BAH | Brian A. Hock | 4.50 | Preparation of interim fee application |
| Fee Application | 1/9/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of interim fee application |
| Fee Application | 1/12/2009 | BAH | Brian A. Hock | 1.00 | Preparation of interim fee application |
| Fee Application | 1/12/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation of interim fee application |
| Fee Application | 1/22/2009 | BAH | Brian A. Hock | 2.00 | Preparation of December fee statement |
| Fee Application | 1/23/2009 | BAH | Brian A. Hock | 1.50 | Preparation of December fee statement |
| Fee Application | 1/26/2009 | BAH | Brian A. Hock | 2.50 | Preparation of December fee statement |
| Fee Application | 2/6/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of interim fee application |
| Fee Application | 2/23/2009 | BAH | Brian A. Hock | 3.00 | Preparation of interim fee application |
| Fee Application | 2/24/2009 | BAH | Brian A. Hock | 1.00 | Preparation of interim fee application |
| Fee Application | 2/25/2009 | BAH | Brian A. Hock | 0.50 | Preparation of interim fee application |
| Fee Application | 2/25/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of interim fee application |
| Fee Application | 3/25/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of February fee application |
| Fee Application | 3/26/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of February fee application |
| Fee Application | 3/30/2009 | BAH | Brian A. Hock | 3.25 | Preparation of February fee application |
| Fee Application | 3/30/2009 | JAU | Jesse A. Ultz | 1.50 | Preparation of February fee application |
| Fee Application | 3/31/2009 | BAH | Brian A. Hock | 2.50 | Preparation of February fee application |
| Fee Application | 3/31/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation of February fee application |
| | | | | 37.25 | |
| Litigation Consulting | 12/1/2008 | JMR | Jeffrey M. Risius | 2.00 | Review of valuation analysis |
| Litigation Consulting | 12/1/2008 | JAU | Jesse A. Ultz | 1.25 | Industry research |
| Litigation Consulting | 12/4/2008 | JAU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 12/8/2008 | BAH | Brian Hock | 14.50 | Analysis of historical financial performance |
| Litigation Consulting | 12/8/2008 | JAU | Jesse A. Ultz | 3.50 | Valuation analysis and preparation of presentation |
| Litigation Consulting | 12/9/2008 | JAU | Jesse A. Ultz | 8.00 | Analysis of projected financial performance |
| Litigation Consulting | 12/9/2008 | JAU | Jesse A. Ultz | 5.00 | Preparation of presentation |
| Litigation Consulting | 12/9/2008 | JAU | Jesse A. Ultz | 1.00 | Reviewing revised projections by division |
| Litigation Consulting | 12/10/2008 | BAH | Brian Hock | 7.00 | Analysis for and preparation of presentation to UCC counsel |
| Litigation Consulting | 12/10/2008 | JAU | Jesse A. Ultz | 6.50 | Preparation of report |
| Litigation Consulting | 12/11/2008 | JAU | Jesse A. Ultz | 4.00 | Reviewing new projections |
| Litigation Consulting | 12/12/2008 | BAH | Brian Hock | 5.50 | Preparation of exhibits for report |
| Litigation Consulting | 12/12/2008 | BAH | Brian Hock | 6.00 | Preparation of report |
| Litigation Consulting | 12/12/2008 | JMR | Jeffrey M. Risius | 1.25 | Review updated debtor forecast |
| Litigation Consulting | 12/12/2008 | JAU | Jesse A. Ultz | 2.25 | Reviewing and revising analysis |
| Litigation Consulting | 12/15/2008 | BAH | Brian Hock | 9.00 | Preparation of report |
| Litigation Consulting | 12/15/2008 | JMH | Jeffrey M. Holycross | 3.25 | Industry research and analysis |
| Litigation Consulting | 12/15/2008 | JAU | Jesse A. Ultz | 2.75 | Valuation analysis |
| Litigation Consulting | 12/16/2008 | BAH | Brian Hock | 10.00 | Preparation of report |

**Detail of Services Provided By Stout Risius Ross, Inc.**                              Exhibit A-2
**Lexington Precision Corp., et al.**
**December 1, 2008 Through March 31, 2009**

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 12/16/2008 | JMH | Jeffrey M. Holycross | 1.00 | Industry research |
| Litigation Consulting | 12/16/2008 | JAU | Jesse A. Ultz | 0.50 | Valuation analysis |
| Litigation Consulting | 12/17/2008 | BAH | Brian Hock | 11.00 | Analysis and preparation of report |
| Litigation Consulting | 12/17/2008 | JAU | Jesse A. Ultz | 1.00 | Valuation analysis and report |
| Litigation Consulting | 12/18/2008 | BAH | Brian Hock | 2.00 | Review of meeting with UCC counsel |
| Litigation Consulting | 12/18/2008 | JMH | Jeffrey M. Holycross | 2.00 | Industry research |
| Litigation Consulting | 12/19/2008 | BAH | Brian Hock | 11.25 | Financial analysis and preparing report |
| Litigation Consulting | 12/19/2008 | JMH | Jeffrey M. Holycross | 1.75 | Industry research |
| Litigation Consulting | 12/19/2008 | JAU | Jesse A. Ultz | 4.50 | Valuation analysis and report |
| Litigation Consulting | 12/20/2008 | BAH | Brian Hock | 5.00 | Financial analysis and research |
| Litigation Consulting | 12/22/2008 | BAH | Brian Hock | 11.50 | Financial analysis and preparation of report |
| Litigation Consulting | 12/22/2008 | JMH | Jeffrey M. Holycross | 1.75 | Industry research |
| Litigation Consulting | 12/22/2008 | JMR | Jeffrey M. Risius | 1.50 | Preparation of report |
| Litigation Consulting | 12/22/2008 | JAU | Jesse A. Ultz | 2.00 | Reviewing analysis and report |
| Litigation Consulting | 12/23/2008 | BAH | Brian Hock | 14.25 | Industry research and preparation of report |
| Litigation Consulting | 12/23/2008 | JMH | Jeffrey M. Holycross | 0.75 | Industry research |
| Litigation Consulting | 12/23/2008 | JAU | Jesse A. Ultz | 1.00 | Reviewing analysis and report |
| Litigation Consulting | 12/24/2008 | BAH | Brian Hock | 7.50 | Industry research and preparation of report |
| Litigation Consulting | 12/29/2008 | BAH | Brian Hock | 3.00 | Industry research |
| Litigation Consulting | 12/29/2008 | BAH | Brian Hock | 8.50 | Preparation of report |
| Litigation Consulting | 12/29/2008 | JMR | Jeffrey M. Risius | 1.00 | Review of new debtor projections |
| Litigation Consulting | 12/29/2008 | JMR | Jeffrey M. Risius | 3.00 | Review of valuation analysis |
| Litigation Consulting | 12/30/2008 | BAH | Brian Hock | 13.00 | Industry research and preparation of report |
| Litigation Consulting | 12/31/2008 | BAH | Brian Hock | 3.00 | Industry research and analysis |
| Litigation Consulting | 12/31/2008 | BAH | Brian Hock | 4.50 | Preparation of report |
| Litigation Consulting | 1/2/2009 | BAH | Brian A. Hock | 4.50 | Preparation of report |
| Litigation Consulting | 1/3/2009 | BAH | Brian A. Hock | 5.50 | Financial analysis and preparation of report |
| Litigation Consulting | 1/3/2009 | JAU | Jesse A. Ultz | 5.50 | Valuation analysis and report |
| Litigation Consulting | 1/4/2009 | JAU | Jesse A. Ultz | 2.00 | Valuation analysis |
| Litigation Consulting | 1/5/2009 | BAH | Brian A. Hock | 11.50 | Valuation analysis |
| Litigation Consulting | 1/5/2009 | JMR | Jeffrey M. Risius | 1.00 | Review of documents provided by Debtors |
| Litigation Consulting | 1/5/2009 | JMR | Jeffrey M. Risius | 1.00 | Review of valuation analysis |
| Litigation Consulting | 1/5/2009 | JAU | Jesse A. Ultz | 8.25 | Reviewing analysis and report |
| Litigation Consulting | 1/5/2009 | JRA | Joseph R. Ashor | 7.50 | Industry research |
| Litigation Consulting | 1/6/2009 | BAH | Brian A. Hock | 6.75 | Valuation analysis |
| Litigation Consulting | 1/6/2009 | JMR | Jeffrey M. Risius | 3.50 | Review of valuation analysis |
| Litigation Consulting | 1/6/2009 | JAU | Jesse A. Ultz | 4.75 | Reviewing analysis and report |
| Litigation Consulting | 1/7/2009 | BAH | Brian A. Hock | 2.00 | Valuation analysis |
| Litigation Consulting | 1/7/2009 | JMR | Jeffrey M. Risius | 2.50 | Review of valuation analysis |
| Litigation Consulting | 1/7/2009 | JAU | Jesse A. Ultz | 2.75 | Reviewing analysis and report |
| Litigation Consulting | 1/12/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation analysis and industry research |
| Litigation Consulting | 1/13/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing analysis |
| Litigation Consulting | 1/14/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing court dockets, preparing for meeting with Committee |
| Litigation Consulting | 1/15/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing court filings |
| Litigation Consulting | 1/19/2009 | BAH | Brian A. Hock | 2.50 | Industry research and analysis |
| Litigation Consulting | 1/19/2009 | BAH | Brian A. Hock | 2.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 1/19/2009 | BAH | Brian A. Hock | 2.00 | Preparation of report |
| Litigation Consulting | 1/19/2009 | JAU | Jesse A. Ultz | 2.00 | Preparing for hearing on exclusivity |
| Litigation Consulting | 1/20/2009 | BAH | Brian A. Hock | 6.25 | Preparation of report |
| Litigation Consulting | 1/20/2009 | BAH | Brian A. Hock | 2.50 | Industry research and analysis |
| Litigation Consulting | 1/20/2009 | JMR | Jeffrey M. Risius | 0.75 | Reviewing documents produced by Debtors |
| Litigation Consulting | 1/20/2009 | JAU | Jesse A. Ultz | 2.25 | Preparation for hearing on exclusivity |
| Litigation Consulting | 1/21/2009 | BAH | Brian A. Hock | 6.00 | Preparation of report |
| Litigation Consulting | 1/21/2009 | JAU | Jesse A. Ultz | 2.00 | Preparing for hearing on exclusivity |
| Litigation Consulting | 1/22/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 1/23/2009 | JAU | Jesse A. Ultz | 3.75 | Preparing for hearing on exclusivity |
| Litigation Consulting | 1/27/2009 | BAH | Brian A. Hock | 4.00 | Analysis in preparation for hearing on exclusivity |
| Litigation Consulting | 1/27/2009 | JAU | Jesse A. Ultz | 0.75 | Analysis of financing options |
| Litigation Consulting | 1/28/2009 | BAH | Brian A. Hock | 2.50 | Reviewing documents provided by Debtors |
| Litigation Consulting | 1/28/2009 | BAH | Brian A. Hock | 1.00 | Valuation analysis |
| Litigation Consulting | 1/28/2009 | JAU | Jesse A. Ultz | 1.50 | Analysis of financing options |
| Litigation Consulting | 1/29/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing case dockets |
| Litigation Consulting | 1/30/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 2/2/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing new information and projections |
| Litigation Consulting | 2/3/2009 | BAH | Brian A. Hock | 4.00 | Analysis and review of cash collateral motion |
| Litigation Consulting | 2/3/2009 | JAU | Jesse A. Ultz | 0.75 | Industry research |
| Litigation Consulting | 2/4/2009 | BAH | Brian A. Hock | 3.00 | Industry research |
| Litigation Consulting | 2/4/2009 | JMR | Jeffrey M. Risius | 0.75 | Review cash collateral motion |
| Litigation Consulting | 2/4/2009 | JMR | Jeffrey M. Risius | 2.50 | Review hearing transcripts from 10/28/08 and 7/29/2008 |
| Litigation Consulting | 2/4/2009 | JAU | Jesse A. Ultz | 1.50 | Review and comments from motion to extend use of cash collateral |
| Litigation Consulting | 2/5/2009 | BAH | Brian A. Hock | 3.50 | Analysis of cash collateral motion |
| Litigation Consulting | 2/5/2009 | JAU | Jesse A. Ultz | 2.75 | Preparation for depositions and hearings |
| Litigation Consulting | 2/6/2009 | BAH | Brian A. Hock | 2.50 | Document review and comments on cash collateral motion |
| Litigation Consulting | 2/6/2009 | JMR | Jeffrey M. Risius | 1.50 | Review objection to exclusivity motion |
| Litigation Consulting | 2/9/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing dockets and court filings |
| Litigation Consulting | 2/10/2009 | BAH | Brian A. Hock | 0.50 | Industry research |
| Litigation Consulting | 2/10/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 2/11/2009 | BAH | Brian A. Hock | 2.00 | Industry research |

Detail of Services Provided By Stout Risius Ross, Inc.                     Exhibit A-2
Lexington Precision Corp., et al.
December 1, 2008 Through March 31, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 2/11/2009 | JAU | Jesse A. Ultz | 0.75 | Valuation analysis |
| Litigation Consulting | 2/12/2009 | BAH | Brian A. Hock | 1.00 | Review of objections to court filings |
| Litigation Consulting | 2/13/2009 | BAH | Brian A. Hock | 1.50 | Review of objections to court filings |
| Litigation Consulting | 2/13/2009 | JAU | Jesse A. Ultz | 1.50 | Reviewing motions and docket |
| Litigation Consulting | 2/16/2009 | BAH | Brian A. Hock | 2.25 | Industry research |
| Litigation Consulting | 2/16/2009 | BAH | Brian A. Hock | 2.50 | Reviewing court filings |
| Litigation Consulting | 2/16/2009 | JAU | Jesse A. Ultz | 3.00 | Preparation for hearing on exclusivity |
| Litigation Consulting | 2/17/2009 | BAH | Brian A. Hock | 0.50 | Preparation of documents for hearing on exclusivity |
| Litigation Consulting | 2/17/2009 | BAH | Brian A. Hock | 1.00 | Reviewing objection for extended use of cash collateral |
| Litigation Consulting | 2/17/2009 | BAH | Brian A. Hock | 4.00 | Review of analysis and court filings |
| Litigation Consulting | 2/17/2009 | JAU | Jesse A. Ultz | 5.25 | Preparation for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/18/2009 | BAH | Brian A. Hock | 4.00 | Preparation of documents for hearing on exclusivity |
| Litigation Consulting | 2/18/2009 | JMR | Jeffrey M. Risius | 0.50 | Review cash collateral motion |
| Litigation Consulting | 2/18/2009 | JMR | Jeffrey M. Risius | 1.00 | Review objection to cash collateral motion |
| Litigation Consulting | 2/18/2009 | JAU | Jesse A. Ultz | 4.50 | Preparation for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/19/2009 | BAH | Brian A. Hock | 6.00 | Reviewed documents filed as exhibits to hearing and analysis of exhibits |
| Litigation Consulting | 2/19/2009 | JMR | Jeffrey M. Risius | 1.00 | Review hearing exhibits |
| Litigation Consulting | 2/19/2009 | JAU | Jesse A. Ultz | 3.50 | Preparing for hearings on exclusivity and cash collateral, reviewing exhibits and objections |
| Litigation Consulting | 2/20/2009 | BAH | Brian A. Hock | 1.50 | Review of documents submitted for hearing |
| Litigation Consulting | 2/20/2009 | BAH | Brian A. Hock | 6.50 | Preparation of exhibits for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/20/2009 | JMR | Jeffrey M. Risius | 0.50 | Trial preparation |
| Litigation Consulting | 2/20/2009 | JMR | Jeffrey M. Risius | 3.00 | Review of WYC valuation report |
| Litigation Consulting | 2/20/2009 | JAU | Jesse A. Ultz | 5.75 | Preparation for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/21/2009 | BAH | Brian A. Hock | 4.00 | Analysis and valuation report |
| Litigation Consulting | 2/21/2009 | JAU | Jesse A. Ultz | 2.50 | Preparation for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/22/2009 | JAU | Jesse A. Ultz | 5.00 | Preparation for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/22/2009 | JAU | Jesse A. Ultz | 4.00 | Traveling to New York for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/23/2009 | BAH | Brian A. Hock | 2.00 | Financial statement analysis |
| Litigation Consulting | 2/23/2009 | JAU | Jesse A. Ultz | 12.00 | Preparation for and attendance at hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/24/2009 | JAU | Jesse A. Ultz | 10.00 | Preparation for and attendance at hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/24/2009 | JAU | Jesse A. Ultz | 4.00 | Traveling from New York for hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/25/2009 | BAH | Brian A. Hock | 2.00 | Industry research |
| Litigation Consulting | 2/25/2009 | BAH | Brian A. Hock | 3.00 | Review of hearing notes and debriefing from hearing |
| Litigation Consulting | 2/25/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation research and analysis |
| Litigation Consulting | 2/25/2009 | JAU | Jesse A. Ultz | 2.00 | Review and download of hearings on exclusivity and cash collateral |
| Litigation Consulting | 2/26/2009 | BAH | Brian A. Hock | 5.00 | Valuation research and analysis |
| Litigation Consulting | 2/26/2009 | JAU | Jesse A. Ultz | 3.75 | Valuation research and analysis |
| Litigation Consulting | 2/27/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation analysis |
| Litigation Consulting | 3/2/2009 | JAU | Jesse A. Ultz | 0.75 | Valuation analysis |
| Litigation Consulting | 3/3/2009 | BAH | Brian A. Hock | 3.00 | Industry research |
| Litigation Consulting | 3/3/2009 | BAH | Brian A. Hock | 9.50 | Updating valuation analysis |
| Litigation Consulting | 3/3/2009 | JMR | Jeffrey M. Risius | 2.50 | Valuation analysis |
| Litigation Consulting | 3/3/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation analysis |
| Litigation Consulting | 3/4/2009 | BAH | Brian A. Hock | 8.75 | Updating valuation analysis and market research |
| Litigation Consulting | 3/4/2009 | JAU | Jesse A. Ultz | 2.00 | Valuation analysis |
| Litigation Consulting | 3/5/2009 | BAH | Brian A. Hock | 12.50 | Valuation analysis and updating report |
| Litigation Consulting | 3/5/2009 | JMR | Jeffrey M. Risius | 1.50 | Valuation analysis |
| Litigation Consulting | 3/5/2009 | JAU | Jesse A. Ultz | 6.50 | Valuation research and analysis |
| Litigation Consulting | 3/6/2009 | BAH | Brian A. Hock | 10.50 | Valuation analysis and updating report |
| Litigation Consulting | 3/6/2009 | JMR | Jeffrey M. Risius | 2.75 | Review valuation analysis |
| Litigation Consulting | 3/6/2009 | JAU | Jesse A. Ultz | 5.25 | Valuation research and analysis |
| Litigation Consulting | 3/7/2009 | BAH | Brian A. Hock | 5.00 | Updating valuation report |
| Litigation Consulting | 3/9/2009 | BAH | Brian A. Hock | 8.75 | Updating valuation report |
| Litigation Consulting | 3/9/2009 | BAH | Brian A. Hock | 1.25 | Valuation Analysis |
| Litigation Consulting | 3/9/2009 | JMR | Jeffrey M. Risius | 2.00 | Valuation analysis |
| Litigation Consulting | 3/9/2009 | JAU | Jesse A. Ultz | 3.00 | Review of valuation report |
| Litigation Consulting | 3/10/2009 | BAH | Brian A. Hock | 12.25 | Valuation analysis and updating report |
| Litigation Consulting | 3/10/2009 | JAU | Jesse A. Ultz | 8.75 | Reviewing valuation report |
| Litigation Consulting | 3/11/2009 | BAH | Brian A. Hock | 12.50 | Valuation analysis and updating report |
| Litigation Consulting | 3/11/2009 | JAU | Jesse A. Ultz | 7.50 | Valuation report |
| Litigation Consulting | 3/12/2009 | BAH | Brian A. Hock | 3.50 | Industry research |
| Litigation Consulting | 3/12/2009 | BAH | Brian A. Hock | 8.00 | Valuation report |
| Litigation Consulting | 3/12/2009 | JAU | Jesse A. Ultz | 5.50 | Valuation report |
| Litigation Consulting | 3/13/2009 | BAH | Brian A. Hock | 4.00 | Industry research |
| Litigation Consulting | 3/13/2009 | BAH | Brian A. Hock | 8.00 | Valuation report |
| Litigation Consulting | 3/13/2009 | JAU | Jesse A. Ultz | 2.00 | Reviewing valuation report |
| Litigation Consulting | 3/15/2009 | JMR | Jeffrey M. Risius | 8.00 | Reviewing valuation report |
| Litigation Consulting | 3/16/2009 | BAH | Brian A. Hock | 13.75 | Updating valuation report |
| Litigation Consulting | 3/16/2009 | JAU | Jesse A. Ultz | 6.25 | Reviewing valuation report |
| Litigation Consulting | 3/17/2009 | BAH | Brian A. Hock | 7.00 | Review and updating of valuation report |
| Litigation Consulting | 3/17/2009 | BAH | Brian A. Hock | 8.50 | Updating valuation report |
| Litigation Consulting | 3/17/2009 | JAU | Jesse A. Ultz | 6.25 | Review of valuation report |
| Litigation Consulting | 3/18/2009 | AMS | Aaron M. Stumpf | 0.75 | Review of valuation report |
| Litigation Consulting | 3/18/2009 | BAH | Brian A. Hock | 6.25 | Reviewing valuation analysis and report |
| Litigation Consulting | 3/18/2009 | JMR | Jeffrey M. Risius | 4.00 | Review valuation analysis |
| Litigation Consulting | 3/18/2009 | JAU | Jesse A. Ultz | 2.00 | Review of valuation report |
| Litigation Consulting | 3/19/2009 | AMS | Aaron M. Stumpf | 2.00 | Review of valuation report |

Detail of Services Provided By Stout Risius Ross, Inc.                          Exhibit A-2
Lexington Precision Corp., et al.
December 1, 2008 Through March 31, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 3/19/2009 | BAH | Brian A. Hock | 0.50 | Updating valuation report |
| Litigation Consulting | 3/19/2009 | JMR | Jeffrey M. Risius | 4.00 | Valuation report preparation |
| Litigation Consulting | 3/20/2009 | BAH | Brian A. Hock | 6.00 | Review and updating of valuation report |
| Litigation Consulting | 3/23/2009 | BAH | Brian A. Hock | 2.00 | Updating valuation report |
| Litigation Consulting | 3/23/2009 | JMR | Jeffrey M. Risius | 6.50 | Review of valuation report |
| Litigation Consulting | 3/23/2009 | JAU | Jesse A. Ultz | 1.50 | Reviewing valuation report |
| Litigation Consulting | 3/24/2009 | BAH | Brian A. Hock | 4.50 | Report review and preparation for delivery |
| Litigation Consulting | 3/24/2009 | JMR | Jeffrey M. Risius | 2.00 | Review of valuation report |
| Litigation Consulting | 3/24/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation report |
| Litigation Consulting | 3/30/2009 | BAH | Brian A. Hock | 2.25 | Updating valuation report |
| Litigation Consulting | 3/30/2009 | JAU | Jesse A. Ultz | 1.50 | Reviewing valuation report |
| | | | | 731.50 | |
| | | | | | |
| Plan and Disclosure Statement | 12/3/2008 | JAU | Jesse A. Ultz | 2.25 | Analysis of Debtors new proposed plan |
| Plan and Disclosure Statement | 12/5/2008 | JAU | Jesse A. Ultz | 1.50 | Analysis of Debtors new proposed plan |
| Plan and Disclosure Statement | 12/9/2008 | JAU | Jesse A. Ultz | 2.00 | Reviewing new disclosure statement |
| Plan and Disclosure Statement | 12/12/2008 | JMR | Jeffrey M. Risius | 2.00 | Review disclosure statement and plan |
| Plan and Disclosure Statement | 12/18/2008 | JAU | Jesse A. Ultz | 1.00 | Reviewing revised Disclosure Statement |
| | | | | 8.75 | |
| | | | | | |
| Teleconferences/Meetings with Committee/Counsel | 12/1/2008 | JAU | Jesse A. Ultz | 2.00 | Conference calls with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/3/2008 | JAU | Jesse A. Ultz | 1.00 | Conference calls with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/4/2008 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/5/2008 | JAU | Jesse A. Ultz | 1.00 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/10/2008 | BAH | Brian Hock | 2.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/10/2008 | JMR | Jeffrey M. Risius | 2.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/10/2008 | JAU | Jesse A. Ultz | 2.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/18/2008 | BAH | Brian Hock | 7.00 | Preparation for and meeting with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/18/2008 | JAU | Jesse A. Ultz | 7.00 | Preparation for and meeting with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 12/22/2008 | BAH | Brian Hock | 0.25 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 1/2/2009 | JMR | Jeffrey M. Risius | 1.00 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/2/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/6/2009 | BAH | Brian A. Hock | 1.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/6/2009 | JMR | Jeffrey M. Risius | 2.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/12/2009 | BAH | Brian A. Hock | 1.00 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/13/2009 | BAH | Brian A. Hock | 1.00 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/15/2009 | JMR | Jeffrey M. Risius | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/15/2009 | JMR | Jeffrey M. Risius | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/15/2009 | JAU | Jesse A. Ultz | 3.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/26/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/27/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/28/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 1/30/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/2/2009 | JAU | Jesse A. Ultz | 0.75 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 2/3/2009 | BAH | Brian A. Hock | 0.50 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/3/2009 | BAH | Brian A. Hock | 1.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/3/2009 | JAU | Jesse A. Ultz | 3.25 | Preparation for and call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/9/2009 | BAH | Brian A. Hock | 1.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/9/2009 | JMR | Jeffrey M. Risius | 1.25 | Conference call with UCC and counsel |

**Detail of Services Provided By Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**December 1, 2008 Through March 31, 2009**

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 2/9/2009 | JAU | Jesse A. Ultz | 1.25 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/12/2009 | JAU | Jesse A. Ultz | 1.00 | Call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 2/27/2009 | BAH | Brian A. Hock | 1.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/27/2009 | JMR | Jeffrey M. Risius | 1.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 2/27/2009 | JAU | Jesse A. Ultz | 1.50 | Conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 3/3/2009 | JMR | Jeffrey M. Risius | 0.50 | Preparation for call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 3/3/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation for call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 3/27/2009 | BAH | Brian A. Hock | 1.50 | Preparation for call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 3/27/2009 | JMR | Jeffrey M. Risius | 2.50 | Preparation for call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 3/27/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for call with UCC counsel |
| | | | | 64.50 | |
| Teleconferences/Meetings with Debtors/Counsel | 12/16/2008 | BAH | Brian Hock | 2.00 | Preparation for and conference call with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 12/16/2008 | JMR | Jeffrey M. Risius | 1.50 | Conference call with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 12/16/2008 | JAU | Jesse A. Ultz | 2.25 | Preparation for and conference call with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 12/22/2008 | BAH | Brian Hock | 3.00 | Correspondence with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 2/25/2009 | BAH | Brian A. Hock | 0.25 | Correspondence with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 3/9/2009 | BAH | Brian A. Hock | 1.75 | Preparation for and call with Debtors management and UCC |
| Teleconferences/Meetings with Debtors/Counsel | 3/9/2009 | JMR | Jeffrey M. Risius | 1.00 | Preparation for and call with Debtors management and UCC |
| Teleconferences/Meetings with Debtors/Counsel | 3/9/2009 | JAU | Jesse A. Ultz | 1.75 | Preparation for and call with Debtors management and UCC |
| | | | | 13.50 | |

**LEXINGTON PRECISION CORP.** *ET AL.*

EXPENSE SUMMARY
December 1, 2008 through March 31, 2009

| Expense Category | Amount |
| --- | --- |
| Travel | $ 794.41 |
| Lodging | 713.12 |
| Federal Express | 106.88 |
| Working Meals | 362.97 |
| Telephone | 70.74 |
| **TOTAL** | **$ 2,048.12** |

**EXHIBIT B-2**

### LEXINGTON PRECISION CORP. *ET AL.*

DAILY EXPENSES AND AMOUNTS

See attached details of all expenses incurred from December 1, 2008 through March 31, 2009.

**Expense Detail for Stout Risius Ross, Inc.**
**Third Interim Fee Application**

Exhibit B-2

| Date | Amount | Description |
|---|---|---|
| 12/8/2008 | $    9.81 | Dinner for Brian Hock while working late |
| 12/9/2008 | 6.66 | Dinner for Brian Hock while working late |
| 12/9/2008 | 7.73 | Dinner for Jesse Ultz while working late |
| 12/10/2008 | 8.24 | Dinner for Jesse Ultz while working late |
| 12/11/2008 | 11.12 | Dinner for Brian Hock while working late |
| 12/15/2008 | 15.53 | Dinner for Jesse Ultz and Brian Hock while working late |
| 12/16/2008 | 11.65 | Dinner for Brian Hock while working late |
| 12/17/2008 | 11.66 | Dinner for Brian Hock while working late |
| 12/18/2008 | 38.50 | Lunch for Brian Hock, Jesse Ultz, Gerald Bracht, and Jeff Risius while working |
| 12/20/2008 | 5.83 | Dinner for Brian Hock while working late |
| 12/22/2008 | 11.65 | Dinner for Brian Hock while working late |
| 12/23/2008 | 7.19 | Dinner for Brian Hock while working late |
| 12/30/2008 | 12.71 | Dinner for Brian Hock while working late |
| **Total December Working Meals Expense** | **158.28** | |
| | | |
| 12/30/2008 | 13.08 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total December Federal Express Expense** | **13.08** | |
| | | |
| 12/29/2008 | 19.20 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total December Telephone Expense** | **19.20** | |
| | | |
| **Total December Expenses** | **$    190.56** | |
| | | |
| | | |
| 1/3/2009 | $    9.57 | Meal for Jesse Ultz while working weekend |
| 1/5/2009 | 8.98 | Dinner for Brian Hock while working late |
| 1/5/2009 | 8.98 | Dinner for Jesse Ultz while working late |
| **Total January Working Meals Expense** | **27.53** | |
| | | |
| 1/31/2009 | 13.22 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total January Federal Express Expense** | **13.22** | |
| | | |
| 1/12/2009 | 26.65 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 1/12/2009 | 0.17 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| 1/12/2009 | 24.72 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total January Telephone Expense** | **51.54** | |
| | | |
| 1/20/2009 | 169.20 | Flight to New York for Jesse Ultz for hearing on exclusivity |
| **Total January Travel Expense** | **169.20** | |
| | | |
| **Total January Expenses** | **$    261.49** | |

Expense Detail for Stout Risius Ross, Inc.                                                              Exhibit B-2
Third Interim Fee Application

| Date | Amount | Description |
|---|---|---|
| 2/21/2009 | $ 4.22 | Meal for Jesse Ultz when working weekend |
| 2/22/2009 | 7.67 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/22/2009 | 12.76 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/23/2009 | 12.00 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/23/2009 | 14.43 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/24/2009 | 8.33 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/24/2009 | 4.42 | Meal for Jesse Ultz while in New York for hearings on exclusivity and cash collateral |
| 2/25/2009 | 13.77 | Dinner for Brian Hock while working late |
| **Total February Working Meals Expense** | **77.60** | |
| | | |
| 2/18/2009 | 12.42 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 2/18/2009 | 12.42 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total February Federal Express Expense** | **24.84** | |
| | | |
| 2/24/2009 | 713.12 | Hotel in New York for two nights for Jesse Ultz for hearings on exclusivity and cash collateral |
| **Total February Lodging Expense** | **713.12** | |
| | | |
| 2/16/2009 | 407.19 | Flight to New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/22/2009 | 35.90 | Cab from airport to hotel in New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/23/2009 | 20.00 | Subway card in New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/24/2009 | 30.25 | Driving to and from airport for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/24/2009 | 31.87 | Cab from hotel to airport in New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/24/2009 | 40.00 | Flight change fee and checked baggage fee for flight from New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| 2/24/2009 | 60.00 | Parking at airport during trip to New York for Jesse Ultz for hearings on exclusivity and cash collateral |
| **Total February Travel Expense** | **625.21** | |
| | | |
| **Total February Expenses** | **$ 1,440.77** | |
| 3/3/2009 | $ 6.89 | Dinner for Brian Hock while working late |
| 3/4/2009 | 19.45 | Dinner for Jesse Ultz when working late |
| 3/9/2009 | 9.52 | Dinner for Brian Hock while working late |
| 3/10/2009 | 7.16 | Dinner for Jesse Ultz when working late |
| 3/10/2009 | 6.89 | Dinner for Brian Hock while working late |
| 3/11/2009 | 12.00 | Dinner for Jesse Ultz when working late |
| 3/12/2009 | 5.87 | Dinner for Jesse Ultz when working late |
| 3/16/2009 | 11.64 | Dinner for Brian Hock while working late |
| 3/16/2009 | 9.79 | Dinner for Jesse Ultz when working late |
| 3/24/2009 | 10.35 | Dinner for Brian Hock while working late |
| **Total March Working Meals Expense** | **99.56** | |
| | | |
| 3/17/2009 | 12.61 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 3/23/2009 | 31.27 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 3/23/2009 | 11.86 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total March Federal Express Expense** | **55.74** | |
| | | |
| **Total March Expenses** | **$ 155.30** | |

**EXHIBIT C**

LEXINGTON PRECISION CORP. *ET AL.*

RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                    :          Chapter 11
                                          :
LEXINGTON PRECISION CORP, et al.,         :          Case No. 08-11153 (MG)
                                          :
                                          :          (Jointly Administered)
                                          :
                        Debtors.          :
-------------------------------------------------------------x

**ORDER AUTHORIZING EMPLOYMENT OF
STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008**

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and

Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") in the above-captioned

Chapter 11 cases for entry of an order, under sections 328(a) and 1103(a) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Stout Risius

Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008, pursuant to the terms of

SRR's engagement letter dated as of May 13, 2008 (the "Engagement Letter"); and the Court

having considered the Application and the Declaration of Jeffrey M. Risius dated May 13, 2008,

in support of the Application; and it appearing that (i) SRR does not hold or represent an interest

adverse to the Committee, (ii) SRR is a "disinterested person" as that term is defined in under

section 101(14) of the Bankruptcy Code, (iii) the retention of SRR by the Committee is

necessary and in the best interest of the Committee, and (iv) the terms and conditions of SRR's

employment as set forth in the Application and the Engagement Letter (as defined in the

Application) are fair and reasonable, including, without limitation, the Fee Structure (as defined

in the Application); and the Court having jurisdiction to consider and determine the Application

as a core proceeding under 28 U.S.C. §§ 157 and 1334; and it appearing that notice has been given and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Application is hereby granted, and SRR is hereby employed as the Committee's financial advisors, as of May 13, 2008, on the terms and conditions set forth in the Engagement Letter; and it is further

ORDERED that, notwithstanding anything in the Engagement Letter to the contrary, SRR's compensation thereunder may not be increased absent further Order of this Court.

ORDERED that SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court; and it is further

ORDERED that, the United States Trustee, Capital Source Finance LLC, as agent, and CSF Mortgage LLC, as agent, retain all rights to object to SRR's interim and final fee applications (including expense reimbursement) on grounds including, without limitation, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and directed to indemnify and hold harmless SRR and the other Indemnified Parties (as defined in the Engagement Letter) pursuant to the indemnification provisions of the Engagement Letter, which requests for payment of indemnity,

2

if any, pursuant thereto shall be made by means of an application and shall be subject to review by the Court to ensure that any such payment conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, provided, however, that in no event shall SRR or the other Indemnified Parties be indemnified for (x) their respective gross negligence, willful misconduct or fraud or (y) a material breach of a term or condition of the Engagement Letter by SRR; and it is further

ORDERED that in no event shall SRR be indemnified if the Debtor or a representative of the estates, assert a claim for, and a court determines by final order that such claim arose out of (x) SRR's or the Indemnified Parties' gross negligence, willful misconduct or fraud or (y) a material breach of a term of condition of the Engagement Letter by SRR; and it is further

ORDERED that in the event SRR seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in SRR's own application (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regards to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that SRR shall not, in the course of its engagement by the Committee under this Order, use any information obtained or work product developed in connection with its prior real estate valuation/appraisal engagement by Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC as agent, CSE Mortgage LLC, as agent, and other Prepetition Senior Lenders (as defined in the Final Order Authorizing Use of Cash Collateral, dated April 17, 2007)

NYC:175769.8

and shall keep all such information and work product strictly confidential; and it is further

ORDERED that SRR shall not testify adversely to Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC, as agent, CSE Mortgage LLC, as agent, or any other Prepetition Senior Lenders, with respect to real estate valuation/appraisal previously performed by SRR for or on behalf of such entities; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, Local Rules, any order of this Court or any guidelines regarding submission and approval of fee applications, SRR shall only be required to maintain contemporaneous summary time records for services rendered in hourly increments and shall not be required to file a schedule of rates; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters arising from or related to this Order or the implementation hereof.


Dated:  June 5, 2008

    New York, NY


                                        /s/ Martin Glenn
                                        UNITED STATES BANKRUPTCY JUDGE


4

<u>VERIFICATION</u>

STATE OF NEW YORK          )
                          ) ss:
COUNTY OF NEW YORK        )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein; I am acquainted with the facts upon which this application is based; I have read the foregoing application and know the contents thereof: the same is true to the knowledge of the deponent, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.


_____
Jeffrey M. Risius, CFA, ASA


Sworn to and subscribed to before
me this 15th day of May 2009

_____
Notary Public,

```
JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland
```

<u>CERTIFICATION</u>

STATE OF NEW YORK     )
                             ) ss:
COUNTY OF NEW YORK    )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.    I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein.

2.    I have read the application.

3.    All interested parties have received and are reviewing or have reviewed the application.

4.    In providing a reimbursable service, Applicant does not make a profit on that service.

5.    In charging for a particular service, Applicant does not include the amortization of the cost of any investment equipment or capital outlay.

6.    In seeking reimbursement for third-party services, Applicant requests reimbursement only for the amount billed to the applicant by the third party.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of May 2009

_____
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

Lexington Precision Corp. *et al.*,

Debtor:

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a third interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK          )
                           )  ss:
COUNTY OF NEW YORK         )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1. Deponent is a Managing Director of the Applicant named in the foregoing Application for a third interim allowance of Fees, for services rendered by Stout Risius Ross, Inc. as financial advisors to the above-named Official Committee of Unsecured Creditors.

2. No arrangement prohibited by 18 U.S.C. Sec. 155 has been made by me or to any member of the said firm of Stout Risius Ross, Inc.

3. Applicant is a disinterested person and represents or holds no interest adverse to the Debtor.

4. No agreements or understandings in any form or guise have been made or exist between Applicant and any other person for a division or sharing of compensation allowed or to be allowed, or paid or to be paid, for services rendered in connection with this proceeding and no agreement has been made which is contrary to the provisions of the Bankruptcy Code.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of May 2009

_____
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland