**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEXINGTON PRECISION CORP, | : | |
| | : | Case No. 08-11153 (MG) |
| *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

_____ x

## EXHIBIT LIST

| | |
|---|---|
| A | Retention Order |
| B | Engagement Letter |
| C | Invoices |
| D | Daily Time Logs |
| E | Resumes |