

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

EXHIBIT C

February 2, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (December  2008)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | $ 40,000.00 |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484

 **W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                2/2/09

### Monthly Client Expense Report
12/1/08 Through 12/31/08

Lexington Precision

| | |
|---|---|
| 55100-Legal | 754.32 |
| 55625-Federal Express | 295.83 |
| 55905-Reproduction | 278.60 |
| 56000-Reference | 450.00 |
| 56230-Telephone | 432.44 |

TOTAL EXPENSESDUE                     $2,211.19

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

Legal

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/31/08 | Dickinson Wright | Detroit, MI | 754.32 | vendor | |
| | | | 754.32 | | |

IN ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

November 17, 2008
Invoice No. 651228

021924       W.Y. CAMPBELL & COMPANY
021924-00020  LEXINGTON PRECISION FEE APPLICATION
             W.Y. CAMPBELL & COMPANY
             ONE WOODWARD AVE., 26TH FLOOR
             DETROIT, MI 48226

             ATTN: MR. ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 10/02/08 ARB | Review notice of presentment re: interim fee application.  Review invoice and supporting documents for August from client. | .40 |
| 10/23/08 ARB | TC with counsel for debtor re: monthly fee statements; hearing on interim application. TC and emails with client re: same. | .50 |
| 10/27/08 ARB | Emails with client re: submission of monthly invoices and time records; hearing on first interim fee application. | .30 |
| 10/30/08 ARB | Drafted and revised monthly fee statement; prepared exhibits for same.  Emails with client re: same.  Coordinate filing of same. | 1.20 |

TOTAL SERVICES. . . . . . . . . .$      504.00

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | TELECOMMUNICATIONS | 8.14 |
| | REPRODUCTION-INSIDE FIRM | 240.20 |
| | TELEPHONE | 1.98 |

TOTAL DISBURSEMENTS. . . . . . . $      250.32

TOTAL CURRENT CHARGES. . . . . . $      754.32

## LEXINGTON PRECISION

### Federal Express

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/31/2008 | Federal Express | Detroit, MI | 295.83 | vendor | various |
| | | | 295.83 | | |

## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/1/2008 | color copies | Detroit, MI | 200.00 | 1.00/page | various |
| 12/31/2008 | b/w copies | Detroit, MI | 78.60 | .10/page | various |
| | | | 278.60 | | |

## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/11/08 | Reference | Detroit | 125.00 | vendor | G, McGowan |
| 12/12/08 | Reference | Detroit | 100.00 | vendor | A. Schroeder |
| 12/15/08 | Reference | Detroit | 200.00 | vendor | A. Schroeder |
| 12/17/08 | Reference | Detroit | 25.00 | vendor | A. Schroeder |
| | | | 450.00 | | |

## LEXINGTON PRECISION

### Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/31/2008 | conference calls | Detroit, MI | 432.44 | vendor | various |
| | | | **432.44** | | |

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

March 3, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (January 2009)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**

Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                 3/3/09

## Monthly Client Expense Report
### 1/1/09 Through 1/31/09

Lexington Precision

| | |
|---|---|
| 55100-Legal | 167.96 |
| 55625-Federal Express | 269.86 |
| 55905-Reproduction | 207.10 |
| 56000-Reference | 350.00 |
| 56230-Telephone | 625.85 |

TOTAL EXPENSESDUE                    $1,620.77

## Wire Transfer Instructions for the account of:
### W. Y. Campbell & Company
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33



ACCOUNT WITH

## DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

December 18, 2008
Invoice No. 656513

021924    W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 11/18/08 ARB | Emails with client re: status of interim payment.  TC with counsel for debtor re: same. | .30 |
| 11/24/08 ARB | Email to client re: upcoming deadlines for monthly fee statement. | .20 |
| 11/26/08 ARB | Review email from client re: invoices sent to debtor along with back up information. | .20 |

============

TOTAL SERVICES. . . . . . . . . .$    147.00

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | DELIVERY EXPENSE | 20.96 |

------------

TOTAL DISBURSEMENTS. . . . . . . $    20.96

------------

TOTAL CURRENT CHARGES. . . . . . $    167.96

============

**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/31/2009 | Federal Express | Detroit, MI | 269.86 | vendor | various |
| | | | 269.86 | | |



**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/1/2009 | color copies | Detroit, MI | 150.00 | 1.00/page | various |
| 1/31/2009 | b/w copies | Detroit, MI | 57.10 | .10/page | various |
| | | | 207.10 | | |

# LEXINGTON PRECISION

## Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/14/09 | Reference | Detroit | 100.00 | vendor | G, McGowan |
| 1/15/09 | Reference | Detroit | 100.00 | vendor | G, McGowan |
| 1/16/09 | Reference | Detroit | 75.00 | vendor | K. Haras |
| 1/20/09 | Reference | Detroit | 75.00 | vendor | A. Schroeder |
| | | | 350.00 | | |

## LEXINGTON PRECISION

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/31/2009 | conference calls | Detroit, MI | 625.85 | vendor | various |
| | | | **625.85** | | |





W.Y. CAMPBELL & COMPANY
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

April 3, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

Monthly Advisory Fees:    (February 2009)                  $ 50,000.00
(Montly Advisory Fee $50,000/month x 1)

80% of Advisory Fees:                                          x .80
                                                         _____
                                                          $ 40,000.00


**Total amount due:**                                     **$ 40,000.00**


Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                                          4/3/09

## Monthly Client Expense Report
### 2/1/09 Through 2/28/09

Lexington Precision

| | |
|---|---|
| 55100-Legal | 820.80 |
| 55625-Federal Express | 165.17 |
| 55905-Reproduction | 215.20 |
| 56000-Reference | 275.00 |
| 56230-Telephone | 510.6 |
| 56450-Travel | 2732.70 |
| 56460-Meals | 43.03 |

TOTAL EXPENSES DUE                                    $4,762.50

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

**Legal**



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/28/09 | Dickinson Wright | Detroit, MI | 820.80 | vendor | |

820.80

In Account With



DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

January 22, 2009
Invoice No. 660473

021924   W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI   48226

ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 12/01/08 ARB | TC with client re: confirming payments for first interim period; payment for August and September; filing of October monthly fee statement.  Email to client re: fee application process. Draft and revise October monthly fee statement.  Coordinate filing and service of same. | 1.10 |
| 12/22/08 ARB | Emails with client re: November monthly fee statement and supporting documents. | .30 |
| 12/23/08 ARB | Draft monthly fee statement.  Coordinate filing of same. | 1.10 |

============
TOTAL SERVICES. . . . . . . . . .$      525.00

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | REPRODUCTION-INSIDE FIRM | 295.80 |

------------
TOTAL DISBURSEMENTS. . . . . . . $      295.80
------------

TOTAL CURRENT CHARGES. . . . . . $      820.80
============



**LEXINGTON PRECISION**

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/28/2009 | Federal Express | Detroit, MI | 165.17 | vendor | various |
| | | | 165.17 | | |

**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 1/1/2009 | color copies | Detroit, MI | 200.00 | 1.00/page | various |
| 1/31/2009 | b/w copies | Detroit, MI | 15.20 | .10/page | various |
| | | | 215.20 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/17/09 | Reference | Detroit | 125.00 | vendor | G, McGowan |
| 2/20/09 | Reference | Detroit | 150.00 | vendor | A. Schroeder |
| | | | 275.00 | | |

**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/28/2009 | conference calls | Detroit, MI | 510.36 | vendor | various |
| | | | **510.36** | | |

**LEXINGTON PRECISION**

Travel

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/22/09 | Airport Transportation from hotel | Park City, UT | 192.00 | vendor | A. Augier |
| 2/22/09 | Airfare + agent fee change tickets to leave vacation early to accommodate client | Park City, UT | 564.00 | vendor | A. Augier |
| 2/22/09 | Airfare + agent fee to change original tickets from Detroit to New York | Detroit, MI | 165.00 | vendor | A. Augier |
| 2/23/09 | Round - trip airfare from DTW to NYC and back | Detroit, MI | 323.60 | vendor | A. Augier |
| 2/25/09 | Hotel | New York, NY | 365.17 | vendor | A. Augier |
| 2/25/09 | Airport parking | Detroit, MI | 80.00 | vendor | A. Augier |
| 2/25/09 | Cabfare to airport from hotel | New York, NY | 35.00 | vendor | A. Augier |
| | | | | | |
| 2/18/09 | Mileage to meeting at DTW | Detroit, MI | $23.10 | vendor | K. Haras |
| 2/18/09 | Airport Parking for meeting at DTW | Detroit, MI | $7.00 | vendor | K. Haras |
| 2/22/09 | Lodging for Cash Collateral Hearing | New York, NY | $365.17 | vendor | K. Haras |
| 2/22/09 | Airfare + agent fee from DTW to NYC and return | Detroit, MI | $531.21 | vendor | K. Haras |
| 2/22/09 | Mileage to airport for Cash Collateral Hearings | Detroit, MI | $21.45 | vendor | K. Haras |
| 2/22/09 | Airport Parking | Detroit, MI | $25.00 | vendor | K. Haras |
| 2/22/09 | Cabfare from airport to hotel | New York, NY | $35.00 | vendor | K. Haras |

2,732.70

**LEXINGTON PRECISION**

**Meals**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 2/24/2009 | Meal | New York, NY | 43.03 | vendor | K. Haras/A.Augier |
| | | | 43.03 | | |

**W. Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

May 6, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (March 2009)<br>(Montly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



Dfla;skjdf
ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                               5/6/09

Monthly Client Expense Report
3/1/09 Through 3/31/09

Lexington Precision

| | |
|---|---:|
| 55100-Legal | 659.10 |
| 55625-Federal Express | 261.59 |
| 55905-Reproduction | 285.00 |
| 56000-Reference | 290.00 |
| 56230-Telephone | 428.74 |
| 56450-Travel | 90.55 |

TOTAL EXPENSESDUE                          $2,014.98

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

**Legal**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/31/09 | Dickinson Wright | Detroit, MI | 659.10 | vendor | |

IN ACCOUNT WITH



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

Lexington

February 17, 2009
Invoice No. 663268

021924    W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 01/14/09 ARB | Confer with WRR re: drafting interim fee application.  TC with client re: summary of work for fee application. | .30 |
| 01/14/09 WWR | Brief discussion with ARB (.2); Prep of Third Interim Fee Application (1.0) | 1.20 |
| 01/15/09 ARB | Emails with client re: narrative for fee application.   Review fee application and email to client for approval.  Coordinate filing of same. | .60 |
| 01/15/09 WWR | Revisions to Second Interim Fee Application (.3); Receipt/review emails regarding services performed (.3) | .60 |
| 01/30/09 ARB | Emails with client re: monthly fee statement. | .20 |

============

TOTAL SERVICES. . . . . . . . . .$        537.50

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | REPRODUCTION-INSIDE FIRM | 121.60 |

------------

TOTAL DISBURSEMENTS. . . . . . .$        121.60

------------

TOTAL CURRENT CHARGES. . . . . .$        659.10

============

## LEXINGTON PRECISION

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 3/31/2009 | Federal Express | Detroit, MI | 261.59 | vendor | various |

261.59

# LEXINGTON PRECISION

## Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 3/1/2009 | color copies | Detroit, MI | 250.00 | 1.00/page | various |
| 3/31/2009 | b/w copies | Detroit, MI | 35.00 | .10/page | various |

285.00

# LEXINGTON PRECISION

## Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 3/11/09 | Reference | Detroit | 100.00 | vendor | G. McGow. |
| 3/16/09 | Reference | Detroit | 100.00 | vendor | G. McGow. |
| 3/16/09 | Reference | Detroit | 90.00 | vendor | A. Schroec |

290.00



## LEXINGTON PRECISION

### Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 3/31/2009 | conference calls | Detroit, MI | 428.74 | vendor | various |

428.74

# LEXINGTON PRECISION

## Travel

| Date Incurred | Description | City | Cost |
|---|---|---|---|
| 3/31/09 | Sedan from airport leaving vacation early to accommodate client | Detroit | 90.55 |
| | | | 90.55 |

| Vendor | Method of Computation |
| --- | --- |
| A. Augier | Incurred By |