Task Codes

**10 Administration**
11 Meeting/Calls (Internal)
12 Meeting/Calls (WYCC/Client)
13 Meeting/Calls (WYCC/Committee)
14 Preparation of Fee Documents
15 Travel
16 Administration Items
17 Legal
18 Correspondence with client

**20 Facility Tours**
21 Facility Tour

**30 Offering Documents**
31 Drafting of Offering Documents
32 Review of Offering Documents
33 Drafting of Management Presentation
34 Review of Management Presentation
39 Data Review - Document Preparation

**40 Financial**
41 Financial Modeling
42 Financial Model Review
43 Review of Financial Data
44 Valuation Report

**50 Marketing**
51 Investor Research
52 Meetings and Discussions - Marketing
53 Discussions with Potential Investors
54 Management Presentations
55 Industry Research

**60 Due Diligence**
61 Due Diligence Data
62 Data Requests

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
December 2008

| Name | Function | Title | Number of Hours |
|------|----------|-------|-----------------|
| 1 André A. Augier | Investment Banking | Managing Director | 41.0 |
| 2 Kurt L. Haras | Investment Banking | Director | 44.0 |
| 3 Gregory S. McGowan | Investment Banking | Vice President | 59.5 |
| 4 Alexander J. Schroeder | Investment Banking | Associate | 73.0 |
| Total | | | 217.5 |

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task |
|---|---|---|---|
| Monday, December 01, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 01, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 01, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, December 02, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Tuesday, December 02, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, December 03, 2008 | 2.0 hrs | 18 | Correspondence with client |
| Thursday, December 04, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Friday, December 05, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Saturday, December 06, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 08, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 08, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 08, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, December 09, 2008 | 1.5 hrs | 18 | Correspondence with client |
| Wednesday, December 10, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Wednesday, December 10, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Thursday, December 11, 2008 | 2.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Thursday, December 11, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, December 11, 2008 | 1.5 hrs | 43 | Review of Financial Data |
| Thursday, December 11, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, December 12, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, December 12, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Friday, December 12, 2008 | 2.0 hrs | 43 | Review of Financial Data |
| Monday, December 15, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 15, 2008 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, December 16, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Tuesday, December 16, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, December 16, 2008 | 1.5 hrs | 43 | Review of Financial Data |
| Wednesday, December 17, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, December 17, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Thursday, December 18, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, December 18, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Friday, December 19, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 22, 2008 | 1.5 hrs | 18 | Correspondence with client |
| Tuesday, December 23, 2008 | 0.5 hrs | 18 | Correspondence with client |

**W.Y. CAMPBELL & COMPANY**

## Description of Task

Internal WYC&C planning meeting
Conf. call with Lexington management
Phone/email correspondence with client
Conf. call with Lexington management
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Conf. call with Lexington management
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Review of updated financial data
Meeting with Lexington management
Phone/email correspondence with client
Review of updated financial data
Conf. call with Lexington management
Phone/email correspondence with client
Review of updated financial data
Internal WYC&C planning meeting
Phone/email correspondence with client
Conference call with management/Committee Advisors
Phone/email correspondence with client
Review of updated financial data
Phone/email correspondence with client
Review of updated financial data
Phone/email correspondence with client
Review of updated financial data
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client

| | | | |
|---|---|---|---|
| Friday, December 26, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Monday, December 29, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 29, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, December 30, 2008 | 0.5 hrs | 18 | Correspondence with client |
| **Total Hours - December 2008** | **41.0 hrs** | | |

Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Kurt L. Haras, Director*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, December 01, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 01, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 01, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, December 02, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Wednesday, December 03, 2008 | 2.0 hrs | 18 | Correspondence with client |
| Wednesday, December 03, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Thursday, December 04, 2008 | 1.5 hrs | 18 | Correspondence with client |
| Thursday, December 04, 2008 | 1.5 hrs | 43 | Review of Financial Data |
| Friday, December 05, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Friday, December 05, 2008 | 2.0 hrs | 43 | Review of Financial Data |
| Saturday, December 06, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 08, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 08, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 08, 2008 | 2.0 hrs | 43 | Review of Financial Data |
| Tuesday, December 09, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, December 09, 2008 | 3.0 hrs | 43 | Review of Financial Data |
| Wednesday, December 10, 2008 | 2.5 hrs | 43 | Review of Financial Data |
| Thursday, December 11, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, December 11, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Friday, December 12, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, December 12, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Friday, December 12, 2008 | 2.5 hrs | 43 | Review of Financial Data |
| Monday, December 15, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 15, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, December 16, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Tuesday, December 16, 2008 | 1.5 hrs | 18 | Correspondence with client |
| Tuesday, December 16, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Wednesday, December 17, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Wednesday, December 17, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, December 18, 2008 | 1.0 hrs | 43 | Review of Financial Data |
| Friday, December 19, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 22, 2008 | 1.5 hrs | 18 | Correspondence with client |

W.Y. CAMPBELL & COMPANY

## Description of Task

Internal WYC&C planning meeting
Conf. call with Lexington management
Phone/email correspondence with client
Conf. call with Lexington management
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Conf. call with Lexington management
Review of updated financial data and valuation information/report
Conf. call with Lexington management
Internal WYC&C planning meeting
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Conf. call with Lexington management
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Internal WYC&C planning meeting
Phone/email correspondence with client
Conference call with management/Committee Advisors
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Review of updated financial data and valuation information/report
Review of updated financial data and valuation information/report
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client

| | Correspondence with client | Meeting/Calls (Internal) | |
|---|---|---|---|
| Tuesday, December 23, 2008 | 18 | | 0.5 hrs |
| Monday, December 29, 2008 | | 11 | 0.5 hrs |
| **Total Hours - December 2008** | | | **44.0 hrs** |

Phone/email correspondence with client
Internal WYC&C planning meeting

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, December 01, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 01, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 01, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, December 02, 2008 | 1.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Tuesday, December 02, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, December 03, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, December 03, 2008 | 3.0 hrs | 41 | Financial Modeling |
| Thursday, December 04, 2008 | 1.5 hrs | 18 | Correspondence with client |
| Thursday, December 04, 2008 | 4.5 hrs | 41 | Financial Modeling |
| Friday, December 05, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Friday, December 05, 2008 | 1.5 hrs | 41 | Financial Modeling |
| Saturday, December 06, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 08, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 08, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 08, 2008 | 5.0 hrs | 41 | Financial Modeling |
| Tuesday, December 09, 2008 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, December 09, 2008 | 2.5 hrs | 41 | Financial Modeling |
| Thursday, December 11, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, December 11, 2008 | 6.0 hrs | 41 | Financial Modeling |
| Friday, December 12, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, December 12, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Friday, December 12, 2008 | 3.5 hrs | 41 | Financial Modeling |
| Monday, December 15, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 15, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Monday, December 15, 2008 | 4.5 hrs | 41 | Financial Modeling |
| Tuesday, December 16, 2008 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, December 16, 2008 | 0.5 hrs | 41 | Financial Modeling |
| Wednesday, December 17, 2008 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, December 17, 2008 | 1.0 hrs | 41 | Financial Modeling |
| Thursday, December 18, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Friday, December 19, 2008 | 0.5 hrs | 18 | Correspondence with client |
| Monday, December 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 22, 2008 | 1.5 hrs | 18 | Correspondence with client |

W.Y. CAMPBELL & COMPANY

**Description of Task**

Internal WYC&C planning meeting
Conf. call with Lexington management
Phone/email correspondence with client
Conf. call with Lexington management
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Internal WYC&C planning meeting
Conf. call with Lexington management
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Internal WYC&C planning meeting
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Conf. call with Lexington management
Phone/email correspondence with client
Update and review of financial models
Internal WYC&C planning meeting
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client

| | | Correspondence with client | Meeting/Calls (Internal) |
|---|---|---|---|
| Tuesday, December 23, 2008 | 0.5 hrs | | 18 |
| Monday, December 29, 2008 | 0.5 hrs | | 11 |
| **Total Hours - December 2008** | **59.5 hrs** | | |

Phone/email correspondence with client

Internal WYC&C planning meeting

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Associate*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, December 01, 2008 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Wednesday, December 03, 2008 | 9.5 hrs | 41 | Financial Modeling |
| Thursday, December 04, 2008 | 7.0 hrs | 41 | Financial Modeling |
| Friday, December 05, 2008 | 8.0 hrs | 41 | Financial Modeling |
| Saturday, December 06, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Monday, December 08, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 08, 2008 | 8.5 hrs | 41 | Financial Modeling |
| Tuesday, December 09, 2008 | 4.0 hrs | 41 | Financial Modeling |
| Wednesday, December 10, 2008 | 5.5 hrs | 41 | Financial Modeling |
| Thursday, December 11, 2008 | 8.0 hrs | 41 | Financial Modeling |
| Friday, December 12, 2008 | 1.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, December 12, 2008 | 3.5 hrs | 41 | Financial Modeling |
| Monday, December 15, 2008 | 2.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 15, 2008 | 4.5 hrs | 41 | Financial Modeling |
| Tuesday, December 16, 2008 | 1.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Tuesday, December 16, 2008 | 2.5 hrs | 41 | Financial Modeling |
| Wednesday, December 17, 2008 | 2.0 hrs | 41 | Financial Modeling |
| Monday, December 22, 2008 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, December 29, 2008 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| **Total Hours - December 2008** | **73.0 hrs** | | |

W.Y. CAMPBELL & COMPANY

**Description of Task**

Internal WYC&C planning meeting
Financial model construction and update
Financial model construction and update
Financial model construction and update
Conf. call with Lexington management
Internal WYC&C planning meeting
Internal WYC&C planning meeting
Financial model construction and update
Financial model construction and update
Financial model construction and update
Financial model construction and update
Financial model construction and update
Conf. call with Lexington management
Financial model construction and update
Internal WYC&C planning meeting
Financial model construction and update
Conference call with management/Committee Advisors
Financial model construction and update
Financial model construction and update
Internal WYC&C planning meeting
Internal WYC&C planning meeting

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work
January 2009

| Name | Function | Title | Number of Hours |
|------|----------|-------|-----------------|
| André A. Augier | Investment Banking | Managing Director | 31.5 |
| Kurt L. Haras | Investment Banking | Director | 35.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 64.5 |
| Alexander J. Schroeder | Investment Banking | Associate | 83.0 |
| **Total** | | | **214.5** |

Confidential

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Friday, January 02, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, January 05, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 05, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, January 06, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 07, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Thursday, January 08, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Friday, January 09, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, January 12, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 12, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, January 13, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Wednesday, January 14, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, January 15, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Friday, January 16, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Monday, January 19, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 19, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, January 20, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 20, 2009 | 1.5 hrs | 39 | Data Review - Document Preparation |
| Wednesday, January 21, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Thursday, January 22, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 23, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Monday, January 26, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 26, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 27, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Wednesday, January 28, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, January 29, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Friday, January 30, 2009 | 1.0 hrs | 18 | Correspondence with client |
| **Total Hours - January 2009** | **31.5 hrs** | | |

W.Y. CAMPBELL & COMPANY

## Description of Task

Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Review of Real Estate documents
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Kurt L. Haras, Director*

| Date | Time | Task Code | Task |
|---|---|---|---|
| Friday, January 02, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Monday, January 05, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 05, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, January 06, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 07, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Thursday, January 08, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 09, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Monday, January 12, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 12, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 13, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 14, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, January 15, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Friday, January 16, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 16, 2009 | 2.0 hrs | 39 | Data Review - Document Preparation |
| Monday, January 19, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 19, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 20, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 20, 2009 | 1.5 hrs | 39 | Data Review - Document Preparation |
| Wednesday, January 21, 2009 | 2.5 hrs | 18 | Correspondence with client |
| Wednesday, January 21, 2009 | 0.5 hrs | 39 | Data Review - Document Preparation |
| Thursday, January 22, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 23, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, January 26, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 26, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, January 27, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 28, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, January 29, 2009 | 3.0 hrs | 18 | Correspondence with client |
| Friday, January 30, 2009 | 1.0 hrs | 18 | Correspondence with client |

**Total Hours - January 2009**    35.5 hrs

W.Y. CAMPBELL & COMPANY

## Description of Task

Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Review of Real Estate Package
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Review of Real Estate Package
Phone/email correspondence with client
Review of Real Estate Package
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Friday, January 02, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, January 05, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 05, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, January 06, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Wednesday, January 07, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, January 08, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 09, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, January 12, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 12, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, January 13, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Wednesday, January 14, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Wednesday, January 14, 2009 | 3.0 hrs | 39 | Data Review - Document Preparation |
| Thursday, January 15, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, January 15, 2009 | 1.5 hrs | 39 | Data Review - Document Preparation |
| Friday, January 16, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, January 19, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 19, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, January 20, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Wednesday, January 21, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 21, 2009 | 1.0 hrs | 39 | Data Review - Document Preparation |
| Thursday, January 22, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, January 23, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, January 26, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 26, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, January 27, 2009 | 2.0 hrs | 18 | Correspondence with client |
| Tuesday, January 27, 2009 | 8.0 hrs | 41 | Financial Modeling |
| Wednesday, January 28, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, January 28, 2009 | 10.5 hrs | 41 | Financial Modeling |
| Thursday, January 29, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, January 29, 2009 | 9.0 hrs | 41 | Financial Modeling |
| Friday, January 30, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Friday, January 30, 2009 | 7.5 hrs | 41 | Financial Modeling |

W.Y. CAMPBELL & COMPANY

## Description of Task

Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Construction of Real Estate Financing Memo
Phone/email correspondence with client
Construction of Real Estate Financing Memo
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Construction of Real Estate Financing Memo
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models
Phone/email correspondence with client
Update and review of financial models

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Associate*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, January 05, 2009 | 3.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 05, 2009 | 0.5 hrs | 41 | Financial Modeling |
| Tuesday, January 06, 2009 | 1.0 hrs | 41 | Financial Modeling |
| Thursday, January 08, 2009 | 1.5 hrs | 41 | Financial Modeling |
| Friday, January 09, 2009 | 2.5 hrs | 41 | Financial Modeling |
| Monday, January 12, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, January 13, 2009 | 1.5 hrs | 41 | Financial Modeling |
| Tuesday, January 13, 2009 | 4.0 hrs | 39 | Data Review - Document Preparation |
| Wednesday, January 14, 2009 | 2.0 hrs | 39 | Data Review - Document Preparation |
| Thursday, January 15, 2009 | 0.5 hrs | 41 | Financial Modeling |
| Friday, January 16, 2009 | 1.0 hrs | 39 | Data Review - Document Preparation |
| Monday, January 19, 2009 | 1.0 hrs | 39 | Data Review - Document Preparation |
| Monday, January 19, 2009 | 3.5 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, January 20, 2009 | 1.5 hrs | 41 | Financial Modeling |
| Tuesday, January 20, 2009 | 1.5 hrs | 39 | Data Review - Document Preparation |
| Wednesday, January 21, 2009 | 1.5 hrs | 41 | Financial Modeling |
| Wednesday, January 21, 2009 | 2.0 hrs | 39 | Data Review - Document Preparation |
| Thursday, January 22, 2009 | 5.0 hrs | 41 | Financial Modeling |
| Friday, January 23, 2009 | 6.0 hrs | 41 | Financial Modeling |
| Monday, January 26, 2009 | 2.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, January 26, 2009 | 5.0 hrs | 41 | Financial Modeling |
| Tuesday, January 27, 2009 | 9.0 hrs | 41 | Financial Modeling |
| Wednesday, January 28, 2009 | 11.0 hrs | 41 | Financial Modeling |
| Thursday, January 29, 2009 | 10.0 hrs | 41 | Financial Modeling |
| Friday, January 30, 2009 | 6.5 hrs | 41 | Financial Modeling |
| **Total Hours - January 2009** | **83.0 hrs** | | |

W.Y. CAMPBELL & COMPANY

## Description of Task

Internal WYC&C planning meeting
Update and review of financial models
Update and review of financial models
Update and review of financial models
Update and review of financial models
Internal WYC&C planning meeting
Update and review of financial models
Update and review of financial models
Construction of Real Estate Financing Memo
Construction of Real Estate Financing Memo
Update and review of financial models
Construction of Real Estate Financing Memo
Internal WYC&C planning meeting
Update and review of financial models
Update and review of financial models
Construction of Real Estate Financing Memo
Construction of Real Estate Financing Memo
Update and review of financial models
Construction of Real Estate Financing Memo
Update and review of financial models
Update and review of financial models
Internal WYC&C planning meeting
Update and review of financial models
Update and review of financial models
Update and review of financial models
Update and review of financial models
Update and review of financial models

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work Performed
February 2009

| Name | Function | Title | Number of Hours |
|------|----------|-------|-----------------|
| André A. Augier | Investment Banking | Managing Director | 49.5 |
| Kurt L. Haras | Investment Banking | Director | 58.5 |
| Gregory S. McGowan | Investment Banking | Vice President | 58.0 |
| Alexander J. Schroeder | Investment Banking | Associate | 56.5 |
| **Total** | | | **222.5** |

Confidential

# Lexington Precision Corporation - Chapter 11 Reorganization

**W.Y. CAMPBELL & COMPANY**

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, February 02, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 02, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 03, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 04, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 05, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 06, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 09, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 09, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with Weil Gotshal |
| Monday, February 09, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 10, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 11, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 12, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 13, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 16, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 16, 2009 | 0.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Tuesday, February 17, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 17, 2009 | 1.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 18, 2009 | 3.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Thursday, February 19, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 19, 2009 | 4.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Friday, February 20, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 20, 2009 | 1.0 hrs | 43 | Review of Financial Data | Review of Vomero Report |
| Friday, February 20, 2009 | 2.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Sunday, February 22, 2009 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Monday, February 23, 2009 | 7.0 hrs | 17 | Legal | New York - Cash Collateral Hearing |
| Monday, February 23, 2009 | 0.5 hrs | 17 | Legal | Testimony at Cash Collateral Hearing |
| Monday, February 23, 2009 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Tuesday, February 24, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 25, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 26, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 27, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - February 2009**    49.5 hrs

Confidential

## Lexington Precision Corporation - Chapter 11 Reorganization

**Time Sheet - Kurt L. Haraz, Director**

**W.Y. CAMPBELL & COMPANY**

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, February 02, 2009 | 1.0 hrs | 11 | Meeting/Call (Internal) | Internal WYC&C planning meeting |
| Monday, February 02, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 03, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 04, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 05, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 06, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 06, 2009 | 1.5 hrs | 11 | Meeting/Call (Internal) | Internal WYC&C planning meeting |
| Monday, February 09, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) | Conference call with Well Grohal |
| Monday, February 09, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 09, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 10, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 11, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 12, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 13, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 16, 2009 | 1.0 hrs | 11 | Meeting/Call (Internal) | Internal WYC&C planning meeting |
| Monday, February 16, 2009 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 16, 2009 | 1.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Monday, February 16, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 17, 2009 | 1.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Tuesday, February 17, 2009 | 1.5 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Tuesday, February 17, 2009 | 1.5 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Tuesday, February 17, 2009 | 1.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 1.5 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Wednesday, February 18, 2009 | 3.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 2.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 0.5 hrs | 12 | Meeting/Call (WYCC/Client) | Meeting with Mike Lubin |
| Thursday, February 19, 2009 | 0.5 hrs | 15 | Travel | Travel - WYCC office to Detroit Airport |
| Thursday, February 19, 2009 | 2.0 hrs | 15 | Travel | Travel - Detroit Airport to WYCC office |
| Thursday, February 19, 2009 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 19, 2009 | 1.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Friday, February 20, 2009 | 2.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Friday, February 20, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 20, 2009 | 1.0 hrs | 43 | Review of Vomero Report | Review of Vomero Report |
| Friday, February 20, 2009 | 3.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Sunday, February 22, 2009 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Monday, February 23, 2009 | 7.5 hrs | 17 | Legal | New York - Cash Collateral Hearing |
| Monday, February 23, 2009 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Tuesday, February 24, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 25, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 26, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 27, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - February 2009**          **58.5 hrs**

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task | Description of Task |
|------|------|-----------|------|---------------------|
| Monday, February 02, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 02, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 03, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 04, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 05, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 06, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 09, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 09, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, February 09, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 10, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 11, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 12, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 13, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 16, 2009 | 2.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Monday, February 16, 2009 | 1.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Monday, February 16, 2009 | 3.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Monday, February 16, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 17, 2009 | 3.5 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Tuesday, February 17, 2009 | 1.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Tuesday, February 17, 2009 | 1.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Tuesday, February 17, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 18, 2009 | 2.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Wednesday, February 18, 2009 | 1.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Wednesday, February 18, 2009 | 3.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Thursday, February 19, 2009 | 2.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Thursday, February 19, 2009 | 4.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Thursday, February 19, 2009 | 4.0 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Friday, February 20, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 20, 2009 | 1.5 hrs | 43 | Review of Financial Data | Review of Venaro Report |
| Friday, February 20, 2009 | 2.5 hrs | 41 | Financial Modeling | Update and review of financial models |
| Friday, February 20, 2009 | 3.5 hrs | 44 | Valuation Report | Cash Collateral Valuation Report |
| Friday, February 20, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, February 24, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, February 25, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, February 26, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, February 27, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - February 2009**    58.0 hrs

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Associate*

| Date | Time | Task Code | Task | Description of Task |
|------|------|-----------|------|---------------------|
| Monday, February 02, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 09, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, February 16, 2009 | 4.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Monday, February 16, 2009 | 1.5 hrs | 41 | Financial Modeling | Update and review of financial models |
| Monday, February 16, 2009 | 2.0 hrs | 44 | Valuation Report | Writing of Cash Collateral Valuation Report |
| Monday, February 17, 2009 | 7.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Tuesday, February 17, 2009 | 2.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Tuesday, February 17, 2009 | 3.5 hrs | 44 | Valuation Report | Writing of Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 4.0 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Wednesday, February 18, 2009 | 1.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Wednesday, February 18, 2009 | 4.0 hrs | 44 | Valuation Report | Writing of Cash Collateral Valuation Report |
| Wednesday, February 18, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) | Meeting with Mike Lubin |
| Wednesday, February 18, 2009 | 0.5 hrs | 15 | Travel | Travel - WYCC office to Detroit Airport |
| Wednesday, February 18, 2009 | 0.5 hrs | 15 | Travel | Travel - Detroit Airport to WYCC office |
| Thursday, February 19, 2009 | 2.5 hrs | 43 | Review of Financial Data | Review/Analysis of financial projections |
| Thursday, February 19, 2009 | 3.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Thursday, February 19, 2009 | 6.5 hrs | 44 | Valuation Report | Writing of Cash Collateral Valuation Report |
| Friday, February 20, 2009 | 2.0 hrs | 41 | Financial Modeling | Update and review of financial models |
| Friday, February 20, 2009 | 1.5 hrs | 43 | Review of Financial Data | Review of Vomero Report |
| Friday, February 20, 2009 | 5.5 hrs | 44 | Valuation Report | Writing of Cash Collateral Valuation Report |

**Total Hours - February 2009**            **56.5 hrs**

Confidential

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Work Performed
March 2009

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| 1 André A. Augier | Investment Banking | Managing Director | 32.0 |
| 2 Kurt L. Haras | Investment Banking | Director | 40.0 |
| 3 Gregory S. McGowan | Investment Banking | Vice President | 75.5 |
| 4 Alexander J. Schroeder | Investment Banking | Associate | 96.5 |
| Total | | | 244.0 |

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, March 02, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 02, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, March 04, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, March 05, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Friday, March 06, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, March 09, 2009 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Monday, March 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, March 10, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, March 11, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, March 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 16, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Wednesday, March 18, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, March 19, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Friday, March 20, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 23, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Wednesday, March 25, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, March 26, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Thursday, March 26, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, March 26, 2009 | 1.0 hrs | 44 | Valuation Report |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 1.0 hrs | 44 | Valuation Report |
| Monday, March 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 30, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 30, 2009 | 2.0 hrs | 44 | Valuation Report |
| Tuesday, March 31, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, March 31, 2009 | 4.0 hrs | 44 | Valuation Report |

**Total Hours - March 2009**          32.0 hrs

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Kurt L. Harras, Director*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, March 02, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, March 03, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, March 05, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, March 06, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Monday, March 09, 2009 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Monday, March 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 09, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, March 12, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, March 13, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 16, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, March 19, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, March 20, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Friday, March 20, 2009 | 3.0 hrs | 39 | Data Review - Document Preparation |
| Monday, March 23, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 23, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 23, 2009 | 1.5 hrs | 44 | Valuation Report |
| Thursday, March 26, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Thursday, March 26, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, March 26, 2009 | 1.5 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 1.5 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 2.0 hrs | 44 | Valuation Report |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 1.0 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 1.0 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 2.5 hrs | 44 | Valuation Report |
| Monday, March 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 30, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 30, 2009 | 3.0 hrs | 44 | Valuation Report |
| Tuesday, March 31, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Tuesday, March 31, 2009 | 3.0 hrs | 44 | Valuation Report |

W.Y. CAMPBELL & COMPANY

## Description of Task

Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Lexington committee conference call
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Phone/email correspondence with client
Phone/email correspondence with client
Phone/email correspondence with client
Review of restructuring memo
Internal WYC&C planning meeting
Phone/email correspondence with client
Review of trading multiples
Mediation planning call
Phone/email correspondence with client
Analysis of Rock Hill sales projections
Analysis of Jasper sales projections
Review of valuation material and valuation report
Conference call to review Jasper forecast
Conference call to review Rock Hill forecast
Analysis of Rock Hill sales projections
Analysis of Jasper sales projections
Review of valuation material and valuation report
Internal WYC&C planning meeting
Phone/email correspondence with client
Review of valuation material and valuation report
Phone/email correspondence with client
Review of valuation material and valuation report

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, March 02, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, March 03, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Wednesday, March 04, 2009 | 2.0 hrs | 41 | Financial Modeling |
| Monday, March 09, 2009 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Monday, March 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Tuesday, March 10, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Wednesday, March 11, 2009 | 1.5 hrs | 55 | Industry Research |
| Wednesday, March 11, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Thursday, March 12, 2009 | 3.0 hrs | 55 | Industry Research |
| Thursday, March 12, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Friday, March 13, 2009 | 2.5 hrs | 55 | Industry Research |
| Monday, March 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 16, 2009 | 1.0 hrs | 55 | Industry Research |
| Tuesday, March 17, 2009 | 1.5 hrs | 55 | Industry Research |
| Wednesday, March 18, 2009 | 1.0 hrs | 55 | Industry Research |
| Wednesday, March 18, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Thursday, March 19, 2009 | 2.0 hrs | 55 | Industry Research |
| Thursday, March 19, 2009 | 6.0 hrs | 39 | Data Review - Document Preparation |
| Thursday, March 19, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Friday, March 20, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 23, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 23, 2009 | 4.0 hrs | 44 | Valuation Report |
| Tuesday, March 24, 2009 | 2.0 hrs | 44 | Valuation Report |
| Tuesday, March 24, 2009 | 1.5 hrs | 18 | Correspondence with client |
| Wednesday, March 25, 2009 | 4.0 hrs | 44 | Valuation Report |
| Thursday, March 26, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Thursday, March 26, 2009 | 3.0 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 3.0 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 1.5 hrs | 44 | Valuation Report |
| Thursday, March 26, 2009 | 1.0 hrs | 18 | Correspondence with client |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |

# W.Y. CAMPBELL & COMPANY

## Description of Task

Internal WYC&C planning meeting
Phone/email correspondence with client
Debt restructure modeling and review
Lexington Bond Holder Call
Internal WYC&C planning meeting
Phone/email correspondence with client
Research and analysis of comparable company analyst reports and trading multiples
Phone/email correspondence with client
Research and analysis of comparable company analyst reports and trading multiples
Phone/email correspondence with client
Research and analysis of comparable company analyst reports and trading multiples
Internal WYC&C planning meeting
Research and analysis of comparable company analyst reports and trading multiples
Research and analysis of comparable company analyst reports and trading multiples
Research and analysis of comparable company analyst reports and trading multiples
Phone/email correspondence with client
Research and analysis of comparable company analyst reports and trading multiples
Construction of restructuring memo
Phone/email correspondence with client
Phone/email correspondence with client
Internal WYC&C planning meeting
Valuation analysis and construction of valuation report for mediation
Valuation analysis and construction of valuation report for mediation
Phone/email correspondence with client
Valuation analysis and construction of valuation report for mediation
Mediation planning call
Analysis of Rock Hill sales projections
Analysis of Jasper sales projections
Valuation analysis and construction of valuation report for mediation
Phone/email correspondence with client
Conference call to review Jasper forecast
Conference call to review Rock Hill forecast

| | | | |
|---|---|---|---|
| Friday, March 27, 2009 | 1.0 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 1.0 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 2.5 hrs | 44 | Valuation Report |
| Friday, March 27, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Monday, March 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 30, 2009 | 6.0 hrs | 44 | Valuation Report |
| Monday, March 30, 2009 | 0.5 hrs | 18 | Correspondence with client |
| Tuesday, March 31, 2009 | 6.0 hrs | 44 | Valuation Report |
| Tuesday, March 31, 2009 | 1.0 hrs | 18 | Correspondence with client |

**Total Hours – March 2009**  **75.5 hrs**

Analysis of Rock Hill sales projections
Analysis of Jasper sales projections
Valuation analysis and construction of valuation report for mediation
Phone/email correspondence with client
Internal WYC&C planning meeting
Valuation analysis and construction of valuation report for mediation
Phone/email correspondence with client
Valuation analysis and construction of valuation report for mediation
Phone/email correspondence with client

# Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Associate*

| Date | Time | Task Code | Task |
|------|------|-----------|------|
| Monday, March 02, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Wednesday, March 04, 2009 | 4.0 hrs | 41 | Financial Modeling |
| Monday, March 09, 2009 | 2.0 hrs | 13 | Meeting/Calls (WYCC/Committee) |
| Monday, March 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Wednesday, March 11, 2009 | 10.0 hrs | 55 | Industry Research |
| Thursday, March 12, 2009 | 6.0 hrs | 55 | Industry Research |
| Friday, March 13, 2009 | 7.5 hrs | 55 | Industry Research |
| Monday, March 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 16, 2009 | 5.0 hrs | 55 | Industry Research |
| Tuesday, March 17, 2009 | 6.5 hrs | 55 | Industry Research |
| Thursday, March 19, 2009 | 4.5 hrs | 39 | Data Review - Document Preparation |
| Monday, March 23, 2009 | 0.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 23, 2009 | 4.0 hrs | 44 | Valuation Report |
| Tuesday, March 24, 2009 | 3.5 hrs | 44 | Valuation Report |
| Wednesday, March 25, 2009 | 5.5 hrs | 44 | Valuation Report |
| Thursday, March 26, 2009 | 0.5 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Thursday, March 26, 2009 | 3.0 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 2.5 hrs | 42 | Financial Model Review |
| Thursday, March 26, 2009 | 1.5 hrs | 44 | Valuation Report |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 2.0 hrs | 12 | Meeting/Calls (WYCC/Client) |
| Friday, March 27, 2009 | 1.5 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 2.5 hrs | 42 | Financial Model Review |
| Friday, March 27, 2009 | 1.0 hrs | 44 | Valuation Report |
| Monday, March 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) |
| Monday, March 30, 2009 | 7.5 hrs | 44 | Valuation Report |
| Tuesday, March 31, 2009 | 9.5 hrs | 44 | Valuation Report |

**Total Hours - March 2009**                                **96.5 hrs**

**W.Y. CAMPBELL & COMPANY**

## Description of Task

Internal WYC&C planning meeting

Debt restructure modeling

Lexington Bond Holder Call

Internal WYC&C planning meeting

Research and analysis of comparable company analyst reports and trading multiples

Research and analysis of comparable company analyst reports and trading multiples

Research and analysis of comparable company analyst reports and trading multiples

Internal WYC&C planning meeting

Research and analysis of comparable company analyst reports and trading multiples

Research and analysis of comparable company analyst reports and trading multiples

Construction of restructuring memo

Internal WYC&C planning meeting

Valuation analysis and construction of valuation report for mediation

Valuation analysis and construction of valuation report for mediation

Valuation analysis and construction of valuation report for mediation

Mediation planning call

Analysis of Rock Hill sales projections

Analysis of Jasper sales projections

Valuation analysis and construction of valuation report for mediation

Conference call to review Jasper forecast

Conference call to review Rock Hill forecast

Analysis of Rock Hill sales projections

Analysis of Jasper sales projections

Valuation analysis and construction of valuation report for mediation

Internal WYC&C planning meeting

Valuation analysis and construction of valuation report for mediation

Valuation analysis and construction of valuation report for mediation