**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____  x

In re:                                          :        Chapter 11
                                                :
    LEXINGTON PRECISION CORP,            :
                                                :        Case No. 08-11153 (MG)
                *et al.*,            :
                                                :        Jointly Administered
                Debtors.         :

_____  x

## CERTIFICATE OF SERVICE

       I hereby certify that on May 15, 2009, I electronically filed **THIRD INTERIM APPLICATION OF W.Y. CAMPBELL & COMPANY FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Aaron R. Cahn    cahn@clm.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Gayle Ehrlich    gehrlich@sandw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- William F. Harmeyer    wharmeyer@harmeyerlaw.com
- Donald N. Jaffe    djaffe@westonhurd.com
- David R. Jury    djury@usw.org
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Jonathan Levine    jonathanlevine@andrewskurth.com, jlevine@akllp.com
- Christopher Marcus    christopher.marcus@weil.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Raymond Patella    rpatella@foxrothschild.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Joseph Cono Savino    savino@larypc.com, silvestro@larypc.com
- Richard M. Seltzer    rseltzer@cwsny.com
- Dan Shaked    dan@shakedandposner.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Adam P. Strochak    adam.strochak@weil.com, michele.meises@weil.com
- Marc N. Swanson    swansonm@millercanfield.com
- Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com

and by U.S. Mail to the following:

| | |
|---|---|
| Christopher Marcus<br>John Lucas<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 | Paul Kenan Schwartzberg<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10023<br>Attention: Michael Lubin | Waller, Landsden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Attention: John Tishler |
| Andrews Kurth, LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>Attention: Paul Silverstein | O'Melveny & Meyers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Attention: Gerald Bender |

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

                                          DICKINSON WRIGHT PLLC

                                          By: /s/ Allison R. Bach
                                              Allison R. Bach (5059)
                                        Attorneys for W.Y. Campbell & Company
                                        500 Woodward Avenue, Suite 4000
                                        Detroit, Michigan 48226
                                        (313) 223-3500
                                        abach@dickinsonwright.com