WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                            :
In re                                       :        **Chapter 11 Case No.**
                                            :
**LEXINGTON PRECISION CORPORATION,**   :        **08- 11153 (MG)**
                                            :
                **Debtor.**                 :
                                            :
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 20, 2009 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
                Alexander Hamilton U.S. Custom House, Courtroom 523,
                One Bowling Green, New York, NY 10004.

**I.      UNCONTESTED MATTERS**

1.      Notice of the Debtors' Motion for Authorization, Pursuant To 11 U.S.C. §§ 105,
        361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 616]**

        Response Deadline:          May 15, 2009

        Responses Received:

        A.      Limited Objection of Agents for Prepetition Senior Lenders to Debtors'
                Third Motion for Continued Use of Cash Collateral **[Docket No. 628]**

        Additional Documents:

        A.      Notice of Supplement to Debtors Motion for Authorization, Pursuant to 11
                U.S.C. §§ 105, 361, 362, and 363(c), for Continued Use of Cash Collateral
                **[Docket No. 626]**

Responsible Counsel:  Weil, Gotshal & Manges

Status: **This matter is going forward**

Dated: New York, New York
        May 19, 2009

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession