**LEXINGTON PRECISION CORPORATION**

**FORECAST OF CASH RECEIPTS, CASH DISBURSEMENTS, AND NET SALES FROM MAY 11 THROUGH AUGUST 21, 2009**
 (in thousands of dollars)

| | Week Ended | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15-May | 22-May | 29-May | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul | 17-Jul | 24-Jul | 31-Jul | 7-Aug | 14-Aug | 21-Aug |
| **Cash receipts** | 1,124 | 1,378 | 1,577 | 1,592 | 1,254 | 1,239 | 1,257 | 1,265 | 950 | 1,184 | 1,184 | 1,284 | 1,131 | 1,230 | 1,215 |
| **Cash disbursements:** | | | | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | | | | |
|   CapitalSource principal | - | - | - | 269 | - | - | - | 269 | - | - | - | - | 269 | - | - |
|   CapitalSource interest | - | - | - | 145 | - | - | - | 145 | - | - | - | - | 145 | - | - |
|   CapitalSource miscellaneous fees | - | - | - | 8 | - | - | - | 8 | - | - | - | - | 8 | - | - |
|   DIP Interest and fees | - | - | - | 34 | - | - | - | 34 | - | - | - | - | 34 | - | - |
| Lubin, Delano & Co. | - | - | - | - | - | - | - | 203 | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 525 | 178 | 461 | 468 | 498 | 211 | 176 | 435 | 135 | 478 | 209 | 485 | 241 | 524 | 249 |
| Retirement & Savings Plan 401(k) | 30 | 9 | 30 | 9 | 9 | 30 | 9 | 30 | 9 | 30 | 9 | 30 | 11 | 43 | 11 |
| Group Medical Care Plan administrative fees | 12 | - | - | - | - | 12 | - | - | - | 12 | - | - | - | 12 | - |
| Reorganization professional fees and expenses | 159 | 259 | 159 | 139 | 139 | 139 | 139 | 97 | 97 | 97 | 97 | 97 | 109 | 109 | 109 |
| DIP legal counsel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary course professionals | - | 48 | 8 | 24 | - | - | 8 | 8 | - | - | - | 8 | 13 | - | 8 |
| Vendors - check disbursements (excluding Dow & Wacker): | | | | | | | | | | | | | | | |
|   Dow Corning | 5 | 27 | 22 | 10 | 7 | 6 | 7 | 6 | 7 | 6 | 2 | 7 | 8 | 7 | 23 |
|   Wacker Silicones | 170 | 141 | 15 | 130 | 161 | 8 | 98 | 90 | 110 | 86 | 86 | 86 | 26 | 96 | 103 |
|   All other excluding capital expenditures | 484 | 516 | 453 | 475 | 344 | 437 | 437 | 484 | 527 | 705 | 511 | 424 | 893 | 531 | 583 |
|   Capital expenditures | 11 | 11 | 11 | 11 | 15 | 15 | 15 | 15 | 16 | 31 | 16 | 16 | 31 | 9 | 39 |
|   State of Ohio BWC and UMR health disbursements | 39 | 39 | 39 | 138 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
|   Commercial Traffic | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 12 | 12 | 12 | 12 | 15 |
|   Disbursements (receipts) related to the Rock Hill fire | - | - | - | (200) | - | - | - | - | 75 | (75) | - | - | - | 76 | - |
|     Total cash disbursed | 1,446 | 1,239 | 1,209 | 1,671 | 1,223 | 908 | 939 | 1,874 | 1,025 | 1,419 | 981 | 1,204 | 1,839 | 1,458 | 1,179 |
| **Net cash received (used)** | (322) | 139 | 368 | (79) | 31 | 331 | 318 | (609) | (75) | (235) | 203 | 80 | (708) | (228) | 36 |
| **Cumulative net cash received (used)** | (322) | (183) | 185 | 106 | 137 | 468 | 786 | 177 | 102 | (133) | 70 | 150 | (558) | (786) | (750) |
| **Ending FirstMerit cash balance from prior period** | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 |
| **DIP loan proceeds and interest thereon** | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 | 2,347 |
| **Net cash available** | 2,354 | 2,493 | 2,861 | 2,782 | 2,813 | 3,144 | 3,462 | 2,853 | 2,778 | 2,543 | 2,746 | 2,826 | 2,118 | 1,890 | 1,926 |
| **Net sales (based on date shipped)** | 1,117 | 1,254 | 1,098 | 1,174 | 1,178 | 1,296 | 1,328 | 554 | 1,034 | 1,119 | 1,212 | 1,213 | 1,519 | 1,519 | 1,633 |
| **Net cumulative sales** | 1,117 | 2,371 | 3,469 | 4,643 | 5,821 | 7,117 | 8,445 | 8,999 | 10,033 | 11,152 | 12,364 | 13,577 | 15,096 | 16,615 | 18,248 |