Pg 1 of 2

# EXHIBIT B

## SUMMARY OF FEES WITH RESPECT TO
## THIRD INTERIM APPLICATION OF ANDREWS KRUTH LLP
## FOR THE PERIOD OF DECEMBER 1, 2008 TO MARCH 31, 2009

| NAME | TITLE | | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | 955 | 49.40 | 46,349.00 |
| THOMAS TAYLOR | Partner | 1982 | 530 | 3.20 | 1,633.50 |
| ROBIN RUSSELL | Partner | 1986 | 710 | 18.40 | 12,479.50 |
| JASON S. BROOKNER | Partner | 1994 | 615 | 4.30 | 2,515.50 |
| LISA E. MORFEY | Counsel | 1999 | 500 | 12.30 | 6,115.00 |
| GERALD L. BRACHT | Partner | 1976 | 670 | 208.70 | 137,342.00 |
| TIM MCCONN | Associate | 2001 | 445 | 109.00 | 45,269.50 |
| CAREY SAKERT | Paralegal | | 230 | 2.10 | 462.00 |
| KAREEN SIMON-EICHMANN | Paralegal | | 190 | 54.60 | 9,909.00 |
| GREG SULLIVAN | Partner | 1977 | 580 | 12.70 | 7,270.00 |
| BASIL UMARI | Associate | 2000 | 475 | 4.00 | 1,720.00 |
| JONATHAN I. LEVINE | Partner | 2000 | 605 | 153.00 | 89,781.00 |
| ANDREW FEINER | Partner | 1982 | 790 | 6.00 | 4,560.00 |
| JEREMY B. RECKMEYER | Associate | 2005 | 420 | 0.80 | 336.00 |
| CASSANDRA L. PORSCH | Associate | 2005 | 420 | 14.80 | 5,389.50 |
| GRACE D. O'MALLEY | Associate | 1997 | 340 | 0.40 | 120.00 |
| JULIA GORODETSKY | Associate | 2008 | 340 | 13.30 | 3,964.00 |
| DAVID L. CURRY, JR. | Associate | 2008 | 265 | 3.20 | 848.00 |
| MARCELA X. BERDION-STRAUB | Associate | 2008 | 265 | 1.00 | 250.00 |
| ALEXANDRA Z. BUNNELL | Paralegal | | 200 | 15.00 | 2,844.00 |
| **TOTAL** | | | | 686.20 | 379,157.50 |
| **BLENDED RATE** | | | $552.55 | | |