# EXHIBIT C

## SUMMARY OF MATTERS WITH RESPECT TO
## THIRD INTERIM APPLICATION OF
## ANDREWS KURTH LLP
## FOR THE PERIOD OF DECEMBER 1, 2008 TO MARCH 31, 2009

| Matter Number | Matter Name | Fee Amount | Disbursement Amount |
|---|---|---:|---:|
| 0181752 | DIP FINANCING/CASH COLLATERAL | 8,977.00 | 1.61 |
| 0181754 | EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION | 6,670.50 | 143.52 |
| 0181756 | PLAN AND DISCLOSURE STATEMENT | 282,165.50 | 115,282.85 |
| 0181757 | TAX MATTERS | 4,560.00 | 0.14 |
| 0181761 | BUSINESS OPERATIONS | 2,710.00 | 0.00 |
| 0181762 | CASE ADMINISTRATION | 18,085.50 | 3,196.48 |
| 0181763 | CLAIMS | 27,697.00 | 214.40 |
| 0181764 | COMMITTEE MATTERS | 28,292.00 | 200.05 |

Total Services $ 379,157.50
Total Disbursements $ 119,039.05
Total Current Services and Disbursements $ 498,196.55

PAYMENT DUE UPON RECEIPT
For Questions or Comments Regarding this Bill, Please Contact the Accounting Department at (713) 220-4606.
Error! Unknown document property name.