# WEIL, GOTSHAL & MANGES LLP

1300 EYE STREET, NW
SUITE 900
WASHINGTON, DC 20005
(202) 682-7000
FAX: (202) 857-0939

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW

ADAM P. STROCHAK
DIRECT LINE (202) 682-7001
E-MAIL: adam.strochak@weil.com

June 5, 2009

**BY FEDEX**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:  **In re Lexington Precision Corp., et. al., Case No. 08-11153 (MG)**

Dear Judge Glenn:

This is the joint status report of the parties required by the Court's March 17, 2009 order regarding mediation and provides a summary of the events that have occurred since the fourth joint status letter dated May 15, 2009. The attorneys for the official committee of unsecured creditors (the "Committee") and prepetition senior lenders (the "Prepetition Senior Lenders") have reviewed this letter.

Since the mediation session on April 29, 2009, the Committee submitted a settlement proposal to the Debtors and on May 11, 2009 the Debtors made a counter-proposal. The Committee has indicated it does not find the Debtors' proposal acceptable, but has not yet responded with a further proposal. The parties remain willing to try to reach a consensual resolution while they each explore the possibility of obtaining financing for a plan of reorganization. Although no further mediation session is scheduled at this time, Mr. Preston is conducting separate discussions with the parties.

NY2:\2003043\02\16XK302!.DOC\26690.0008

WEIL, GOTSHAL & MANGES LLP

Hon. Martin Glenn
June 5, 2009
Page 2

The parties will provide a further status report in two weeks.

Respectfully submitted,

*[signature]*

Adam P. Strochak

cc:   Seymour Preston, Jr. (via e-mail)
    Paul Silverstein, Esq. (via e-mail)
    Gerald Bracht, Esq. (via e-mail)
    Jonathan Levine, Esq. (via e-mail)
    John Tishler, Esq. (via e-mail)
    Rob Welhoelter, Esq. (via e-mail)
    Aaron Cahn, Esq. (via e-mail)

NY2:\2003043\02\16XK302!.DOC\26690.0008