**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORPORATION,          :      08- 11153 (MG)
                                          :
        Debtor.                           :      (Jointly Administered)
                                          :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at
    757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and
    am not a party to the above-captioned action.

2.  On May 19, 2009, I caused to be served the "Notice of Agenda of Matters Scheduled for
    Hearing on May 20, 2009 at 2:00 P.M.," dated May 19, 2009, [Docket No. 633], by
    causing true and correct copies delivered via facsimile to the parties listed on the attached
    Exhibit A.

a.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          Eleni Kossivas

Sworn to before me this
2   day of June, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6010978
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 10-22-2011

T:\Clients\LPC\Affidavits\NTC AOM_Aff_5-19-09.doc

**EXHIBIT A**

| NAME | FAX |
| --- | --- |
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |