Hearing Date: July 30, 2009 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: July 23, 2009 at 4:00 p.m. (prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                              :
**In re**                                     :     Chapter 11 Case No.
                                              :
**LEXINGTON PRECISION CORP., et al.,**        :     08-11153 (MG)
                                              :
        Debtors.                              :     (Jointly Administered)
                                              :
-------------------------------------------------------------x

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that an omnibus hearing (the "Hearing") shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on **July 30, 2009 at 2:00 p.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard to consider application for interim allowances of compensation and reimbursement of expenses including the following applications (collectively, the "Applications"):

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 646 | December 1, 2008 to March 31, 2009 | $431,503.00 | $16,575.12 |
| W. Y. Campbell & Company | 629 | December 1, 2008 to March 31, 2009 | $200,000.00 | $10,609.44 |

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Andrews Kurth LLP | 641 | December 1, 2008 to March 31, 2009 | $379,157.50 | $119,039.05 |
| Stout Risius Ross, Inc. | 627 | December 1, 2008 to March 31, 2009 | $200,000.00 | $2,048.12 |

PLEASE TAKE FURTHER NOTICE that the Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by interested parties on the Court's website (http://www.nysb.uscourts.gov) or by contacting the respective Applicants.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Applications, if any, must (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court no later than **July 23, 2009 at 4:00 p.m. (prevailing Eastern Time)**. In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Martin Glenn.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **July 23, 2009 at 4:00 p.m. (prevailing Eastern Time)**, upon: (a) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New

US_ACTIVE:\43073958\02\43073958_2.DOC\.    2

York, New York 10023 (Attn: Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: John W. Lucas); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (d) attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (e) attorneys for the official creditors' committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein); and (f) attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

Dated: New York, New York
June 18, 2009

/s/s Adam P. Strochak
Richard P. Krasnow
Adam Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession