## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
Adam P. Strochak
*202-682-7001*
adam.strochak@weil.com

June 22, 2009

**BY FEDEX**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re:    **In re Lexington Precision Corp., et. al., Case No. 08-11153 (MG)**

Dear Judge Glenn:

This is the joint status report of the parties required by the Court's March 17, 2009 order regarding mediation and provides a summary of the events that have occurred since the fifth joint status letter dated June 5, 2009. The attorneys for the official committee of unsecured creditors (the "Committee") and prepetition senior lenders (the "Prepetition Senior Lenders") have reviewed this letter.

There has been no change since the filing of the latest status letter with the Court. As stated in the prior letter, the Committee submitted a settlement proposal to the Debtors after the mediation session on April 29, 2009 and on May 11, 2009 the Debtors made a counter-proposal. The Committee did not find the Debtors' proposal acceptable and has not yet responded with a further proposal. The Debtors remain willing to try to reach a consensual resolution while the parties each explore the possibility of obtaining financing for a plan of reorganization. Although no further mediation session is scheduled at this time, Mr. Preston continues to have separate discussions with the parties.

WEIL, GOTSHAL & MANGES LLP

Hon. Martin Glenn
June 22, 2009
Page 2

The parties will provide a further status report in two weeks.

Respectfully submitted,

Adam P. Strochak

cc:   Seymour Preston, Jr. (via e-mail)
      Paul Silverstein, Esq. (via e-mail)
      Gerald Bracht, Esq. (via e-mail)
      Jonathan Levine, Esq. (via e-mail)
      John Tishler, Esq. (via e-mail)
      Rob Welhoelter, Esq. (via e-mail)
      Aaron Cahn, Esq. (via e-mail)