WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re:                                                  :        Chapter 11
:
**LEXINGTON PRECISION CORP., <u>et</u> <u>al.</u>,**    :        Case No. 08-11153 (MG)
:
Debtors.                                        :        (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS'
OBJECTION TO PROOF OF CLAIM 262 OF LORRAINE CERIMELE**

PLEASE TAKE NOTICE that a hearing (the "<u>Hearing</u>") to consider Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele [Docket No. 503], Lorraine Cerimele's response thereto [Docket No. 559] (the "<u>Automatic Stay Motion</u>"), and the Debtors' objection thereto [Docket No. 651] (the "<u>Objection</u>"), which was scheduled before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on June 25, 2009 at 10:00 a.m. (Eastern Time) has been adjourned to **<u>July 30, 2009 at 2:00 p.m. (Eastern Time)</u>**.

PLEASE TAKE NOTICE that Lorraine Cerimele's reply to the Objection, if any, will be filed with the Court on or before July 24, 2009 at 4:00 p.m.

Dated: June 22, 2009
      New York, New York

      /s/ Adam P. Strochak
      Richard P. Krasnow
      Adam P. Strochak

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone:    (212) 310-8000
      Facsimile:    (212) 310-8007
      Attorneys for Debtors
      and Debtors in Possession