**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
LEXINGTON PRECISION CORP, et al.,                          :    Case No. 08-11153 (MG)
                                                           :
                                                           :
                        Debtors.                           :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on June 30, 2009, I served the Notice of Submission of Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the period May 1, 2009 through May 31, 2009 [Docket # 657] upon the names listed on the service list attached via Overnight Mail.

_/s/ Alexandra Zoë Bunnell_
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
30th day of June, 2009

_/s/ Anju Uchima_
Notary Public

ANJU UCHIMA
Notary Public, State of New York
No. 02UC6006161
Qualified in New York County
Commission Expires April 27, 2010

NYC:193426.1

## Service List

Lexington Precision Corporation
Attn: Michael A. Lubin
800 Third Avenue 15th Floor
New York, New York 10022
fax: 212-319-4659

The Office of the United States Trustee
Attn: Paul Schwartzberg
33 Whitehall Street, 21st Floor
New York, New York 10004
fax: 212-668-2255

O'Melveny & Meyers, LLP
Attn: Gerald Bender, Esq.
Times Square Tower
7 Times Square
New York, NY 100036
fax: 212-326-2061

Lexington Precision Corporation
Attn: Dennis J. Welhouse
30195 Chagrin Blvd.
Suite 208W
Cleveland, OH 44124-5703

Weil, Gotshal & Manges LLP
Attn: Richard Krasnow and John W. Lucas
767 Fifth Avenue
New York, New York 10153
fax: 212-310-8007

Waller, Landsden, Dortch & Davis LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219
fax: 615-244-6804

NYC:193426.1