**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____   x

In re:                                              :          Chapter 11
                                                    :
      LEXINGTON PRECISION CORP,                     :
                                                    :          Case No. 08-11153 (MG)
                       *et al.*,                    :
                                                    :          Jointly Administered
                       Debtors.                     :
_____   x

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2009, I electronically filed **NOTICE OF SUBMISSION OF MONTHLY FEE STATEMENT OF W.Y. CAMPBELL AND COMPANY AS FINANCIAL ADVISORS TO DEBTORS FOR THE PERIOD MAY 1, 2009 THROUGH MAY 31, 2009** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Aaron R. Cahn     cahn@clm.com
- J Eric Charlton     echarlton@hiscockbarclay.com
- Marvin E. Clements     agbanknewyork@ag.tn.gov
- Gayle Ehrlich     gehrlich@sandw.com
- Richard L. Ferrell     Ferrell@taftlaw.com
- William F. Harmeyer     wharmeyer@harmeyerlaw.com
- Donald N. Jaffe     djaffe@westonhurd.com
- David R. Jury     djury@usw.org
- Richard P. Krasnow     richard.krasnow@weil.com,
  richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Stephen S. LaPlante     laplante@millercanfield.com
- Jonathan Levine     jonathanlevine@andrewskurth.com, jlevine@akllp.com
- Christopher Marcus     christopher.marcus@weil.com
- Frank McGinn     ffm@bostonbusinesslaw.com
- Raymond Patella     rpatella@foxrothschild.com
- Deborah J. Piazza     dpiazza@hodgsonruss.com
- Joseph Cono Savino     savino@larypc.com, silvestro@larypc.com
- Richard M. Seltzer     rseltzer@cwsny.com
- Dan Shaked  dan@shakedandposner.com
- Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Adam P. Strochak     adam.strochak@weil.com, michele.meises@weil.com
- Marc N. Swanson  swansonm@millercanfield.com
- Robert J. Welhoelter     robert.welhoelter@wallerlaw.com,
  darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
- Scott A. Zuber     szuber@daypitney.com, jhahn@daypitney.com

08-11153-scc   Doc 666   Filed 07/23/09   Entered 07/23/09 12:07:24   Main Document
Pg 2 of 2

and by U.S. Mail to the following:

Christopher Marcus
John Lucas
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10023
Attention: Michael Lubin

Waller, Landsden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Attention: John Tishler

Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attention: Paul Silverstein

O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attention: Gerald Bender

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10023
Attention: Dennis Wellhouse

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

DICKINSON WRIGHT PLLC

By: /s/ Allison R. Bach
      Allison R. Bach (5059)
Attorneys for W.Y. Campbell & Company
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
abach@dickinsonwright.com