# AFFIDAVIT OF KATHY MURPHY

In my previous job at Delphi Packard, I was responsible for all silicone seals. I interfaced with Lorraine Cerimele as a Quality Manager at LCI quite often. Lorraine made working with LCI very enjoyable. I could always count on her to be honest about problem components. Lorraine was very knowledgeable about all processes and their effects on the parts. She was very pleasant to deal with and was always willing to do whatever I needed or requested. I feel we worked well together.

Because of her attitude, I was more than happy to make print changes at her request to help LCI with processing issues whenever possible. I was very disappointed and surprised to hear that she was fired. I can not imagine anyone having a problem dealing with Lorraine. I could always count on her to answer any questions I had about component problems, new component due dates, or anything concerning LCI. I also interfaced with many Packard engineers who felt the same about Lorraine as I did. I never heard any negative comments about Lorraine, about her attitude, or her ability.

After I heard that she had been fired, I had requests from various companies to have her submit a resume to them. One competitor in particular had several conversations with me about Lorraine and her qualifications, pay scale and life style.

March _18_, 1999

Witnesses:

_____

_Christina Parrish_____

_____
KATHY MURPHY


STATE OF OHIO          )
                       ) ss.
TRUMBULL COUNTY        )

Before me a notary public in and for the above State and County personally appeared Kathy Murphy on the _18_ day of March, 1999 who did swear under oath that the above statement is true as she verily believes.

_Christina Parrish_____
NOTARY PUBLIC

CHRIST... ... Notary Public
... of Ohio
My Commission Expires _8/10/2000_

EXHIBIT F