IN THE COURT OF COMMON PLEAS
- GENERAL DIVISION-
TRUMBULL COUNTY, OHIO

**LORRAINE L CERIMELE,**          CASE NUMBER: 2000 CV 01997

    **PLAINTIFF**

**VS.**          JUDGE JOHN M STUARD

**LEXINGTON PRECISION
CORPORATION DBA LEXINGTON
CONN, et al.,**

    **DEFENDANT**          **JUDGMENT ENTRY**

    This matter is before the Court on Defendants' Motion for Reconsideration which asks to the Court to reconsider its December 8, 2006 decision which overruled Defendant's Motion to Dismiss. The Court finds no basis for changing its prior decision.

    In addition to the reasoning outlined in the December 8, 2006 Entry, the Court notes that while Defendants repeatedly complain about the more than five year delay in Plaintiff responding to their discovery requests[1], they remarkably fail to note that less than two weeks after filing their motion to dismiss in April 2006, they entered into an <u>agreed</u> entry setting an August 2006 date for the parties to complete fact discovery. Further, Plaintiff's counsel's serious illness, which Defendants acknowledge, arose <u>after</u> the submission of the agreed entry. While the Court certainly does not wish to countenance dilatory tactics by either side in this case, Defendants' sudden outrage at Plaintiff's failure to respond sooner strikes the Court as perhaps somewhat disingenuous and at the very least, based upon an incomplete recitation of the history of this case.

---

[1] Interestingly, the only motion to compel ever filed by Defendants in this matter was filed less than a month ago.


EXHIBIT H

For the reasons thus stated, the Court finds Defendants' Motion for Reconsideration not well-taken, and it is therefore ORDERED, ADJUDGED and DECREED that the same be OVERRULED.

*[signature]*
JUDGE JOHN M STUARD

Date: 1/10/07

**TO THE CLERK OF COURTS:** You Are Ordered to Serve
Copies of this Judgment on all Counsel of Record
or Upon the Parties who are Unrepresented Forthwith
by Ordinary Mail.

*[signature]*
**JUDGE JOHN M STUARD**

*[Stamp: KAREN INFANTE ALLEN, CLERK OF COURTS, TRUMBULL COUNTY, 2007 JAN 10 P 4:02]*

RECEIVED
JAN 1 8 2007
ATTY. FRANK BODOR