## CERTIFICATE OF SERVICE

      I, Dan Shaked attorney for Claimant, hereby certify that a copy of the foregoing *Claimant's Reply to Debtor's Objection to Claimant Cerimele's Motion For Relief From the Automatic Stay to Pursue Pending Action In The Trumbull County, Ohio Court of Common Pleas* was this 24th day of July 2009 served via U.S. mail upon:

Mr. Michael Lubin
c/o Lexington Precision Corp.
800 Third Avenue, 15th Floor
New York, NY 10023

Adam P. Strochak, Esq. &
Richard P. Krasnow, Esq.
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mr. Paul Schwartzberg
Office of the United States Trustee for
The Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Mr. John C. Tishler
c/o Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Mr. Paul Silverstein
c/o Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Mr. Gerald Bender
c/o O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

                                            */s/Dan Shaked*_____
                                              Dan Shaked, Esq.
                                              Shaked & Posner