

February 27, 2009

Mr. Robert Welch
Chairman, Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.*
c/o Jefferies High Yield Trading
The Metro Center
One Station Place, Three North
Stamford, CT 06902

RE: Financial Advisors to the Official Committee of Unsecured Creditors of Lexington
Precision Corporation, *et al.*

Dear Mr. Welch:

This letter shall serve as an addendum to our previously issued engagement letter dated
May 13, 2008 (the "Engagement Letter"), which is attached.

Given that the case is not substantially complete with respect to our services as was
originally contemplated by the terms of the Engagement Letter, we request the following
updated terms related to items one and two in the "Fees and Expenses" section of the
Engagement Letter.

1. The Company shall pay SRR a Monthly Fee of $50,000 for a minimum of
   fourteen (14) months (rather than ten (10) months as outlined in the Engagement
   Letter).

2. SRR agrees that its aggregate out-of-pocket expenses reasonably incurred by SRR
   in connection with the matters contemplated by the Engagement Letter shall not
   exceed $50,000 without the Committee's prior approval (rather than $25,000 as
   outlined in the Engagement Letter).

All of the other terms and conditions of the Engagement Letter shall still be applicable to
this assignment.

4000 Town Center, 20th Floor
Southfield, MI 48075
ph. 248 208-8800
fax 248 208-8822
www.srr.com



Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.*
February 27, 2009
Page 2 of 2

Please indicate your agreement with the terms of this addendum to the Engagement
Letter, subject to approval of the Bankruptcy Court, by signing and returning to me the
enclosed copy of this letter.

\*   \*   \*   \*   \*   \*

Very truly yours,

**STOUT RISIUS ROSS, INC.**

By:

Jeffrey M. Risius, CPA/ABV, CFA, ASA
Managing Director

Attachments:  Engagement Letter dated May 13, 2008

Acknowledged and Accepted:

**Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.***

Signed: _____

Name: _____

Title: _____

Date: _____