

**SRR**
STOUT | RISIUS | ROSS

July 17, 2009

Mr. Robert Welch
Chairman, Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.*
c/o Jefferies High Yield Trading
The Metro Center
One Station Place, Three North
Stamford, CT 06902

RE: Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corporation, *et al.*

Dear Mr. Welch:

This letter shall serve as an addendum to our previously issued engagement letter dated May 13, 2008 (the "Engagement Letter") and previously issued addendum letter dated February 27, 2009 (the "Addendum Letter"), which are attached.

Given that the case is not substantially complete with respect to our services as was originally contemplated by the terms of the Engagement Letter, we request the following updated terms related to items one and two in the "Fees and Expenses" section of the Engagement Letter.

1. The Company shall pay SRR a Monthly Fee of $50,000 for a minimum of seventeen (17) months (rather than ten (10) months as outlined in the Engagement Letter and fourteen (14) months as outlined in the Addendum Letter).

2. SRR agrees that its aggregate out-of-pocket expenses reasonably incurred by SRR in connection with the matters contemplated by the Engagement Letter shall not exceed $50,000 without the Committee's prior approval (rather than $25,000 as outlined in the Engagement Letter and the same as in the Addendum Letter).

All of the other terms and conditions of the Engagement Letter shall still be applicable to this assignment.

4000 Town Center, 20th Floor
Southfield, MI 48075
ph. 248 208-8800
fax 248 208-8822
www.srr.com



Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.*
July 17, 2009
Page 2 of 2

Please indicate your agreement with the terms of this addendum to the Engagement Letter, subject to approval of the Bankruptcy Court, by signing and returning to me the enclosed copy of this letter.

\* \* \* \* \*

Very truly yours,

**STOUT RISIUS ROSS, INC.**

By: _____
Jeffrey M. Risius, CPA/ABV, CFA, ASA
Managing Director

Attachments:   Engagement Letter dated May 13, 2008
Addendum Letter dated February 27, 2009

Acknowledged and Accepted:

**Official Committee of Unsecured Creditors of
Lexington Precision Corporation, *et al.***

Signed: _____

Name: Robert J Welch

Title: Chairman

Date: July 20, 2009