WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                        :
**In re**                               :        **Chapter 11 Case No.**
                                        :
**LEXINGTON PRECISION CORPORATION,**    :        **08- 11153 (MG)**
                                        :
           **Debtor.**                  :
                                        :
-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 30, 2009 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
            Alexander Hamilton U.S. Custom House, Courtroom 523,
            One Bowling Green, New York, NY 10004.

**I.      UNCONTESTED MATTERS**

   1.     Motion of the Debtors, Pursuant to Sections 105(a), 362, and 364(c)(2) of the
          Bankruptcy Code, for Authorization to Incur Secured Debt from Westfield Bank,
          FSB for the Purpose of Financing the Debtors' Insurance Premiums for their
          Workmen's Compensation Liability, Employment Practices Liability, Umbrella
          Liability, and Excess Umbrella Liability **[Docket No. 662]**

          Response Deadline:          July 23, 2009

          Responses Received:  None

          Responsible Counsel:  Weil, Gotshal & Manges LLP

          Status: **This matter is going forward**

US_ACTIVE:\43115904\01\43115904_1.DOC\.

## II.   CONTESTED MATTERS

1.   Third Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for Andrews Kurth LLP **[Docket No. 641]**

   Response Deadline:          July 23, 2009

   Responses Received:

   A.   Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 664]**

   B.   Debtors' Limited Objection to the Third Interim Fee and Expense Application of Andrews Kurth LLP **[Docket No. 667]**

   Additional Documents:

   A.   Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 650]**

   Responsible Counsel:  Andrews Kurth LLP

   Status: **This matter is going forward**

2.   Third Interim Application of Stout Risius Ross, Inc. under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for Stout Risius Ross, Inc., Other Professional, period: 12/1/2008 to 3/31/2009 **[Docket No. 627]**

   Response Deadline:          July 23, 2009

   Responses Received:

   A.   Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 664]**

   Additional Documents:

   A.   Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 650]**

   Responsible Counsel:  Andrews Kurth LLP

   Status: **This matter is going forward**

3.      Third Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2008 through March 31, 2009 **[Docket No. 646]**

       Response Deadline:        July 23, 2009

       Responses Received:

       A.      Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 664]**

       Additional Documents:

       A.      Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 650]**

       Responsible Counsel:  Weil, Gotshal & Manges LLP

       Status: **This matter is going forward**

4.      Third Application for Interim Professional Compensation for W.Y. Campbell & Company, Consultant, period: 12/1/2008 to 3/31/2009 **[Docket No. 629]**

       Response Deadline:        July 23, 2009

       Responses Received:

       A.      Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 664]**

       Additional Documents:

       A.      Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 650]**

       Responsible Counsel:  Weil, Gotshal & Manges LLP

       Status: **This matter is going forward**

5.      Response to Debtors' Objection to Proof of Claim #262 of Lorraine Cerimele and Motion of Claimant for Relief from Automatic Stay **[Docket No. 559]**

       Response Deadline:        February 20, 2009

       Responses Received:

A.   Debtors' Objection to Motion of Lorraine Cerimele for Relief from the Automatic Stay to Pursue a Pending Action in the Trumbull County, Ohio Court of Common Pleas **[Docket No. 651]**

Replies Received:

A.   Reply to Debtor's Objection to Claimant Cerimele's Motion for Relief from the Automatic Stay to Pursue Pending Action in the Trumbull County, Ohio Court of Common Pleas **[Docket No. 669]**

Additional Documents:

A.   Debtor's Objection to Proof of Claim 262 of Lorraine Cerimele **[Docket No. 503]**

A.   Notice of Adjournment of the February 4, 2009 Hearing to March 3, 2009 at 10:00 A.M. (Eastern Time) **[Docket No. 534]**

B.   Notice of Adjournment of Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele **[Docket No. 577]**

C.   Notice of Adjournment Of Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele **[Docket No. 625]**

D.   Notice of Adjournment of Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele **[Docket No. 656]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **Pursuant to agreement of the parties, only the Claimant's motion to lift the automatic stay is going forward at the July 30, 2009 Hearing.**

Dated: New York, New York
        July 29, 2009

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession