**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
In re                                          :
                                               :      Chapter 11 Case No.
LEXINGTON PRECISION CORP., et al.,             :      08-11153 (MG)
                                               :
                                               :      (Jointly Administered)
                         Debtors.              :
----------------------------------------------------------------x
```

### ORDER DENYING MOTION TO LIFT THE AUTOMATIC STAY

Pending before the Court is the motion of creditor Lorraine Cerimele for relief from the automatic stay (ECF Doc. #559) for cause. For the reasons stated on the record at a hearing on July 30, 2009, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 30, 2009
       New York, New York

                                   /s/ Martin Glenn
                                   United States Bankruptcy Judge