UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORPORATION,            :    08- 11153 (MG)
                                            :
        Debtor.                             :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 29, 2009, I caused to be served true and correct copies of the "Notice of Agenda of Matters Scheduled for Hearing on July 30, 2009 at 2:00 p.m.," dated July 29, 2009 [Docket No. 674], to be delivered by facsimile to those parties listed on the annexed Exhibit A.

_____
Sidney Garabato

Sworn to before me this
29th day of July, 2009

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LPC\Affidavits\Agenda of Matters_Aff_7-29-09.doc

**Exhibit "A"**

| NAME | FAX |
|---|---|
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |