ANDREWS KURTH LLP  
Paul N. Silverstein (PS 5098)  
Jonathan Levine (JL 9674)  
450 Lexington Avenue, 15th Floor  
New York, New York 10017  
Telephone: (212) 850-2800  
Facsimile: (212) 850-2929  

Counsel to the Official Committee  
of Unsecured Creditors  

Hearing Date: September 22, 2009, 10:00 a.m. ET

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------x  
In re:                                              :  
                                                    :   Chapter 11  
LEXINGTON PRECISION CORP, et al.,                   :  
                                                    :   Case No. 08-11153 (MG)  
                                                    :  
                    Debtors.                        :  
-------------------------------------------------------------x  

### NOTICE OF RESCHEDULED HEARING ON THE SECOND AMENDED APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF STOUT RISIUS ROSS, INC., AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008

**TO ALL PARTIES ON THE ATTACHED LIST:**

**PLEASE TAKE NOTICE** that on July 27, 2009, the Official Committee of Unsecured Creditors (the "Committee"), filed the Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as its Financial Advisor (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application was noticed and scheduled for **August 18, 2009 at 2:00 p.m.** At the Court's request, the hearing to consider the Application will now be held before the Honorable Martin Glenn, on **September 22, 2009 at 10:00 a.m. ET**, or as soon thereafter as counsel can be heard, in the United States

NYC:195973.1

Bankruptcy Court for the Southern District of New York, Room 501, One Bowling Green, New York, New York 10004.

Dated: New York, New York
August 14, 2009

    Respectfully submitted,

    **ANDREWS KURTH LLP**

    <u>/s/ Paul N. Silverstein</u>
    Paul N. Silverstein (PS 5098)
    Jonathan I. Levine (JL 9674)
    450 Lexington Avenue, 15th Floor
    New York, New York 10017
    Tel: (212) 850-2800
    Fax: (212) 850-2929

    Counsel to the Official Committee of Unsecured Creditors

NYC:195973.1

## Service List

Burnt Mountain Center, Inc.
Attn: Kim Hyde
515 Pioneer Rd
Jasper, GA 30143

Channel Prime Alliance
Attn: Ciara Dolloway
800 Connecticut Ave
Norwalk, CT 06854

Chase Brass & Copper, Inc.
Attn: Cheryl Nofziger
P.O. Box 152
Montpelier, OH 43543-0152

China Auto Group
Attn: Kim Taylor Domines
17815 Sky Park Circle, Suite D
Irvine, CA 92614

Copper & Brass Sales
Attn: Dale Sawchik
5755 Grant Avenue
Cleveland, OH 44105

CSE Mortgage, LLC
C/O CapitalSource Finance LLC
Attn:Todd Gehrs
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Dalton Box
Attn: Sheila Blair
612 East Callahan Rd
Dalton, GA 30721

Degussa-Huls Corporation
Attn: Fred Pacinich
379 Interpace Parkway
Parsippany, NJ 07660

DMD Special Situtations, LLC
C/O CapitalSource Finance LLC
Attn: Todd Gehrs
4445 Willard Avenue, 12th Floor,
Chevy Chase, MD 20815

Dow Corning STI
Attn: Anne Tipple
111 S. Progress Drive
Kendallville, IN 46755

| | |
|---|---|
| Earle M. Jorgensen Company<br>Attn: David O'Brien<br>2060 Enterprise Parkway<br>Twinsburg, OH 44087 | Environmental Products & Services<br>PO Box 4620<br>Burlington, VT 05406 |
| Excellus Blue Cross<br>Attn: Customer Service<br>PO Box 4752<br>Rochester, NY 14692 | Georgia Department of Revenue<br>Sales & Use Tax Division<br>P. O. Box 105296<br>Atlanta, GA 30348 |
| Georgia Power<br>Attn: Customer Service<br>Bin #76141<br>P.O. Box 200127<br>Cartersville, GA 30120 | Gold Key Processing, Ltd<br>Attn: Steve Harsh<br>14910 Madison Road<br>Middlefield, OH 44062 |
| Goodyear Tire & Rubber Co.<br>Attn: Derick McGinness<br>5055 Milk Drive<br>Beaumont, TX 38024 | Gosiger Machine Tools<br>Attn: Linda Duale<br>PO Box 712288<br>Cincinnati, OH 45271 |
| Haley & Aldrich, Inc.<br>Attn: Steve Schalabba<br>465 Medford Street Suite 2200<br>Boston, MA 02129-1400 | Imperial Die & Mfg Co.<br>Attn: Ron LaPossy<br>22930 Royalton Road<br>Strongsville, OH 44149 |
| Internal Revenue Service<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007 | International Union of<br>Electronic, Electrical<br>Machine and Furniture Workers, AFL-CIO, Sal<br>Attn: Ken Ream<br>111 Whitehead Lane, Suite #2<br>Monroeville, PA 15146-2715 |

NYC:195973.1

| | |
|---|---|
| Keystone Profiles<br>Attn: Frank Cremeens<br>220 Seventh Avenue<br>Beaver Falls, PA 15010 | Lexington Precision Corporation<br>Attn: Michael A. Lubin<br>800 Third Avenue, 15th Floor<br>New York, NY 10017 |
| Lintech International<br>Attn: Julie Van Brunt<br>P.O. Box 10225<br>Macon,    GA 31297 | Lion Copolymer<br>Attn: Michelle Geidroz<br>36191 Highway 30<br>Geismar, LA 70734 |
| Local 1811, United Steelworkers Of America,<br>AFL-CIO, CLC<br>C/O Lexington Medical<br>Attn: Wayne Robinson<br>P.O. Box 4477<br>Rock Hill, SC 29732 | Momentive Performance Materials, Inc.<br>Attn :Linda Ayers<br>187 Danbury Road<br>Wilson, CT 06897 |
| O'Melveny & Meyers, LLP<br>Attn: Gerald Bender, Esq.<br>7 Times Square<br>New York, NY 10036 | Office of The United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor,<br>New York, NY 10004<br>Attn:  Paul Schwartzberg |
| Ohio Edison<br>Attn: Customer Service<br>P.O. Box 3637<br>Akron, OH 44309-367 | PPG Industries, Inc.<br>Attn: Anew Johnson<br>Dept. At 40177<br>Atlanta, GA 31192 |
| Preferred Rubber Compounding<br>Attn: Michelle Parks<br>1020 Lambert Street<br>Barberton, OH 44203 | Process Oils, Inc.<br>Attn: Bob Hoch<br>11601 Katy Freeway, Ste 223<br>Houston, TX 77079 |

NYC:195973.1

Securities and Exchange Commission
Attn: Regional Director
233 Broadway
 New York,  NY 10279

Shin-Etsu Silicones Of America, Inc.
Attn: Elaine Mcdowell
1150 Damar Drive
Akron, OH 44305

Signature Aluminum
Attn: Chip Moore
500 Edward Ave
Richmond Hill
Ontario L4C 4Y
CANADA

Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Attn:  Richard Ferrell, Esq.
Cincinnati, OH  45202

Technical Machine Products
Attn: Sherry Fess
5500 Walworth Avenue
Cleveland, OH  44102

Vitex Corporation
Attn: Brenda Goodearl
43 Industrial Park Drive
P.O. Box 6149
Franklin, NH  03235

Waller, Lansden, Dortch, & Davis, LLP
Attn: John C. Tishler
511 Union Street, Suite 2700
Nashville, TN 37219

Webster Business Credit Corporation
Attn: Alan Mckay
One State Street, 7th Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
Attn: Christopher J. Marcus, Esq.
767 Fifth Avenue
New York,  NY 10153

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005
Attn:  Aaron Cahn, Esq.

Day Pitney LLP
7 Times Square
New York, NY  10036
Attn:  Scott Zuber

Blank Rome LLP
405 Lexington Avenue
New York, NY  10174
Attn:  Michael Brownstein

| | |
|---|---|
| Cohen Weiss & Simon LLP | United Steelworkers |
| 330 West 42nd street | 5 Gateway Center, Suite 802 |
| New York, NY  10036 | Pittsburgh, PA  15222 |
| Attn:  Richard Seltzer / Robin Gise | Attn:  David Juny |

NYC:195973.1