WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**LEXINGTON PRECISION CORPORATION,**                        :    **08- 11153 (MG)**
                                                            :
         **Debtor.**                                        :
                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNED OR RESOLVED MATTERS**
**AND CANCELED HEARING ON AUGUST 18, 2009 AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 523,
One Bowling Green, New York, NY 10004.

**PLEASE TAKE NOTICE THAT** - As set forth below, all matters scheduled for consideration at the hearing on **August 18, 2009 at 2:00 p.m.** (the "*Hearing*") in the above-captioned chapter 11 cases have been resolved or adjourned. Accordingly, the Hearing has been cancelled.

**I.    ADJOURNED MATTERS**

1. Second Application to Employ Stout Risius Ross as Financial Advisor Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008 **[Docket No. 671]**

    Response Deadline:            August 13, 2009

    Responses Received:

    A.   Debtors' Limited Objection to the Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial

  Advisors to the Official Committee of Unsecured Creditors **[Docket No. 687]**

Additional Documents:

A. Notice of Hearing on Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008 **[Docket No. 672]**

B. Order Pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) to Shorten the Notice Period with Respect to the Debtors' Fourth Motion for Authorization, Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 684]**

C. Notice of Rescheduled Hearing on the Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors, Effective as of May 13, 2008 **[Docket No. 688]**

Responsible Counsel: Andrews Kurth LLP

Status: **This matter is being adjourned to September 22, 2009 at 10:00 a.m.**

## II. RESOLVED MATTERS

1. Debtors Fourth Motion for Authorization, Pursuant to 11 U.S.C. 105, 361, 362, and 363(C), for Continued Use of Cash Collateral **[Docket No. 682]**

 Response Deadline:   August 17, 2009

 Responses Received: None

 Additional Documents:

A. Debtors Ex Parte Motion Pursuant to Bankruptcy Rules 2002(a)(1) and 9006(c) to Shorten the Notice Period with Respect to the Debtors Fourth Motion for Authorization, Pursuant to 11 U.S.C. 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 683]**

B. Order Pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) to Shorten the Notice Period with Respect to the Debtors' Fourth Motion for Authorization, Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 684]**

C. Stipulation, Agreement and Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, and 363 (i) Authorizing Debtors to Use Cash Collateral

and (ii) Granting Adequate Protection to Prepetition Secured Lenders **[Docket No. 690]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **Per the stipulation, agreement and order signed on August 17, 2009 [Docket No. 690], this matter has been resolved without a hearing.**

Dated: New York, New York
August 17, 2009

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession