# EXHIBIT C

# **Collective Exhibit C**

*Notices of Non-Voting Status*

C-1:   LRGI Notice of Non-Voting Status for LRGI Class 1

C-2:   LPC Notice of Non-Voting Status for LPC Class 1

C-3:   LPC Notice of Non-Voting Status for LPC Class 10

**EXHIBIT C-1**
(Notice of Non-Voting Status for LRGI Class 1)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                   :
In re:                                             :    Chapter 11
                                                   :
LEXINGTON RUBBER GROUP, INC.,                      :    Case No. 08-11156 (MG)
                                                   :
            Debtor.                                :    (Jointly Administered under
                                                   :    Case No. 08-11153 (MG))
---------------------------------------------------------------x

### NOTICE OF NON-VOTING STATUS TO UNIMPAIRED CLASS

PLEASE TAKE NOTICE THAT on the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order, dated _____ __, 2008 (the "Disclosure Statement Order"), approving the COMBINED DISCLOSURE STATEMENT REGARDING PREPETITION SECURED LENDERS' CHAPTER 11 PLANS FOR LEXINGTON RUBBER GROUP, INC. AND LEXINGTON PRECISION CORPORATION, dated _____ __, 2009 (as it may be further amended, supplemented, or modified, the "Disclosure Statement") filed by CapitalSource Finance, LLC, as agent under that certain Prepetition Credit Agreement, and CSE Mortgage LLC, as agent under that certain Prepetition Loan Agreement (collectively, the "Plan Proponents") in the above-referenced chapter 11 case for Lexington Rubber Group, Inc. ("LRGI").

The Disclosure Statement Order also authorizes the Plan Proponents to solicit votes to accept or reject the Prepetition Secured Lenders' Chapter 11 Plan with respect to LRGI, dated August __, 2009 (as it may be further amended, supplemented or modified, the "Proposed Plan") a copy of which is annexed as Exhibit A to the Disclosure Statement.

UNDER THE TERMS OF THE PROPOSED PLAN, YOUR CLAIM(S) AGAINST LRGI ARE CLASSIFIED IN CLASS 1 AS OTHER PRIORITY CLAIM(S) AND IS/ARE NOT IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(f) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (i) DEEMED TO HAVE ACCEPTED THE PROPOSED PLAN AND (ii) NOT ENTITLED TO VOTE ON THE PROPOSED PLAN. IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR INTEREST(S), OR YOU WANT TO REQUEST A COPY OF THE PROPOSED PLAN AND DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE PLAN PROPONENTS' VOTING SOLICITATION AGENT, FINANCIAL BALLOTING GROUP LLC, ATTN: LEXINGTON PRECISION BALLOT TABULATION, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NEW YORK 10017, OR BY TELEPHONE AT (646) 282-1800.

Dated: _____ \_\_, 2009
       New York, New York

                                      WALLER LANSDEN DORTCH & DAVIS, LLP
                                      511 Union Street, Suite 2700
                                      Nashville, Tennessee 37219
                                      (615) 244-6380 TEL
                                      (615) 244-6804 FAX

                                      and

                                      CARTER LEDYARD & MILBURN LLP
                                      2 Wall Street
                                      New York, NY 10005
                                      Telephone: 212-732-3200
                                      Fax: 212-732-3232

                                      *Counsel to the Plan Proponents*

08-11153-scc    Doc 698-5    Filed 09/03/09    Entered 09/03/09 16:52:19    Exhibit C
Pg 4 of 8

**EXHIBIT C-2**
(Notice of Non-Voting Status for LPC Class 1)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re:                                      :     Chapter 11
                                            :
LEXINGTON PRECISION CORPORATION,   :     Case No. 08-11153(MG)
                                            :
           Debtor.                          :     (Jointly Administered)
-------------------------------------------------------------x

## NOTICE OF NON-VOTING STATUS TO UNIMPAIRED CLASS

PLEASE TAKE NOTICE THAT on the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order, dated _____ __, 2008 (the "Disclosure Statement Order"), approving the COMBINED DISCLOSURE STATEMENT REGARDING PREPETITION SECURED LENDERS' CHAPTER 11 PLANS FOR LEXINGTON RUBBER GROUP, INC. AND LEXINGTON PRECISION CORPORATION, dated _____ __, 2009 (as it may be further amended, supplemented, or modified, the "Disclosure Statement") filed by CapitalSource Finance, LLC, as agent under that certain Prepetition Credit Agreement, and CSE Mortgage LLC, as agent under that certain Prepetition Loan Agreement (collectively, the "Plan Proponents") in the above-referenced chapter 11 case for Lexington Precision Corporation ("LPC").

The Disclosure Statement Order also authorizes the Plan Proponents to solicit votes to accept or reject the Prepetition Secured Lenders' Chapter 11 Plan with respect to LPC, dated August __, 2009 (as it may be further amended, supplemented or modified, the "Proposed Plan") a copy of which is annexed as Exhibit B to the Disclosure Statement.

UNDER THE TERMS OF THE PROPOSED PLAN, YOUR CLAIM(S) AGAINST LPC ARE CLASSIFIED IN CLASS 1 AS OTHER PRIORITY CLAIM(S) AND IS/ARE NOT IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(f) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (i) DEEMED TO HAVE ACCEPTED THE PROPOSED PLAN AND (ii) NOT ENTITLED TO VOTE ON THE PROPOSED PLAN. IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR INTEREST(S), OR YOU WANT TO REQUEST A COPY OF THE PROPOSED PLAN AND DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE PLAN PROPONENTS' VOTING SOLICITATION AGENT, FINANCIAL BALLOTING GROUP LLC, ATTN: LEXINGTON PRECISION BALLOT TABULATION, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NEW YORK 10017, OR BY TELEPHONE AT (646) 282-1800.

Dated: _____ \_\_, 2009
      New York, New York

    WALLER LANSDEN DORTCH & DAVIS, LLP
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219
    (615) 244-6380 TEL
    (615) 244-6804 FAX

    and

    CARTER LEDYARD & MILBURN LLP
    2 Wall Street
    New York, NY 10005
    Telephone: 212-732-3200
    Fax: 212-732-3232

    *Counsel to the Plan Proponents*

**EXHIBIT C-3**
(Notice of Non-Voting Status for LPC Class 10)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
LEXINGTON PRECISION CORPORATION,                    :    Case No. 08-11153(MG)
                                                    :
        Debtor.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF NON-VOTING STATUS TO FULLY IMPAIRED CLASS**

      PLEASE TAKE NOTICE THAT on the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order, dated _____, 2008 (the "Disclosure Statement Order"), approving the COMBINED DISCLOSURE STATEMENT REGARDING PREPETITION SECURED LENDERS' CHAPTER 11 PLANS FOR LEXINGTON RUBBER GROUP, INC. AND LEXINGTON PRECISION CORPORATION, dated _____, 2009 (as it may be further amended, supplemented, or modified, the "Disclosure Statement") filed by CapitalSource Finance, LLC, as agent under that certain Prepetition Credit Agreement, and CSE Mortgage LLC, as agent under that certain Prepetition Loan Agreement (collectively, the "Plan Proponents") in the above-referenced chapter 11 case for Lexington Precision Corporation ("LPC").

      The Disclosure Statement Order also authorizes the Plan Proponents to solicit votes to accept or reject the Prepetition Secured Lenders' Chapter 11 Plan with respect to LPC, dated August __, 2009 (as it may be further amended, supplemented or modified, the "Proposed Plan") a copy of which is annexed as Exhibit B to the Disclosure Statement.

      UNDER THE TERMS OF THE PROPOSED PLAN, YOUR INTEREST(S) IN LPC ARE CLASSIFIED IN CLASS 10 AS OTHER EQUITY INTERESTS IN LP, WHICH ARE FULLY IMPAIRED, AND THEREFORE, PURSUANT TO SECTION 1126(g) OF TITLE 11 OF THE UNITED STATES CODE, YOU ARE (i) DEEMED TO HAVE REJECTED THE PROPOSED PLAN AND (ii) NOT ENTITLED TO VOTE ON THE PROPOSED PLAN. YOUR OTHER EQUITY INTERESTS IN LPC WILL BE CANCELLED AND EXTINGUISHED, WITH NO DISTRIBUTION UNDER THE PROPOSED PLAN.

      IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S) OR INTEREST(S), OR YOU WANT TO REQUEST A COPY OF THE PROPOSED PLAN AND DISCLOSURE STATEMENT, YOU SHOULD CONTACT THE PLAN PROPONENTS' VOTING SOLICITATION AGENT, FINANCIAL BALLOTING GROUP LLC, ATTN: LEXINGTON PRECISION BALLOT TABULATION, 757 THIRD AVENUE, 3RD FLOOR, NEW YORK, NEW YORK 10017, OR BY TELEPHONE AT (646) 282-1800.

Dated: _____ __, 2009
      New York, New York

                           WALLER LANSDEN DORTCH & DAVIS, LLP
                           511 Union Street, Suite 2700
                           Nashville, Tennessee 37219
                           (615) 244-6380 TEL
                           (615) 244-6804 FAX

                           and

                           CARTER LEDYARD & MILBURN LLP
                           2 Wall Street
                           New York, NY 10005
                           Telephone: 212-732-3200
                           Fax: 212-732-3232

                           *Counsel to the Plan Proponents*