UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEXINGTON PRECISION CORPORATION,                               :    08- 11153 (MG)
                                                               :
         Debtor.                                               :    (Jointly Administered)
                                                               :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2009, I caused to be served true and correct copies of the "Debtors' Limited Objection to the Second Amended Application for Order Authorizing the Employment of Stout Risius Ross, Inc., as Financial Advisors to the Official Committee of Unsecured Creditors," dated August 13, 2009, [Docket No. 687], enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        _____
                                                        Eleni Kossivas

Sworn to before me this
14th day of August, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175079
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 12-22-2011

T:\Clients\LPC\Affidavits\Stout 2nd Amended Obj_Aff_8-13-09.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS,P.O. BOX 36001,   FT. LAUDERDALE, FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN,450 LEXINGTON AVENUE,   NEW YORK, NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ.,450 LEXINGTON AVENUE,   NEW YORK, NY 10017 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN, ESQ.,(COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT),155 FEDERAL STREET, 9TH FLOOR,   BOSTON, MA 02110 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,THE CHRYSLER BUILDING,405 LEXINGTON AVENUE,   NEW YORK, NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA,COUNSEL TO GENERAL CABLE INDUSTRIES, INC.,ONE LOGAN SQUARE,130 NORTH 18TH STREET,   PHILADELPHIA, PA 19103-6998 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE,515 PIONEER RD,   JASPER, GA 30143 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR,   CHEVY CHASE, MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR,   CHEVY CHASE, MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN,COUNSEL TO CAPITAL SOURCE FINANCE, LLC.,2 WALL STREET, NEW YORK, NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY,800 CONNECTICUT AVE,   NORWALK, CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER,P.O. BOX 152,   MONTPELIER, OH 43543-0152 |
| CHINA AUTO GROUP | ATTN:KIM TAYLOR DOMINES,17815 SKY PARK CIRCLE, SUITE D,   IRVINE, CA 92614 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER,COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY,RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL,AND SERVICE WORKERS INTERNATIONAL UNION,330 WEST 42ND STREET,   NEW YORK, NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK,5755 GRANT AVENUE,   CLEVELAND, OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR,   CHEVY CHASE, MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC, | ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR,   CHEVY CHASE, MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR,612 EAST CALLAHAN RD,   DALTON, GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ.,COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION,P.O. BOX 1945,   MORRISTOWN, NJ 07962-1945 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH,379 INTERPACE PARKWAY,   PARSIPPANY, NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:AKIM GRATE,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC,ATTN:TODD GEHRS,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE,111 S. PROGRESS DRIVE,   KENDALLVILLE, IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN,2060 ENTERPRISE PARKWAY,   TWINSBURG, OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 4620,   BURLINGTON, VT 05406 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE,PO BOX 4752,   ROCHESTER, NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION,P. O. BOX 105296,   ATLANTA, GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE,   CARTERSVILLE, GA 301214283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH,14910 MADISON ROAD,   MIDDLEFIELD, OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS,5055 MLK DRIVE,   BEAUMONT, TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE,PO BOX 712288,   CINCINNATI, OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA,465 MEDFORD STREET, STE 2200,   BOSTON, MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ.,ATTORNEYS FOR H&R OF NEW YORK,D/B/A HALEY & ALDRICH OF NEW YORK,300 SOUTH STATE STREET,ONE PARK PLACE,   SYRACUSE, NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP,3920 ARKWRIGHT ROAD, SUITE 400,   MACON, GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY,22930 ROYALTON ROAD,   STRONGSVILLE, OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR,290 BROADWAY,   NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126,   PHILADELPHIA, PA 19114-0326 |
| INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED,ATTN:KEN REAM,111 WHITEHEAD LANE, SUITE #2,   MONROEVILLE, PA 15146-2715 |

| Claim Name | Address Information |
|---|---|
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS,220 SEVENTH AVENUE, BEAVER FALLS, PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO,800 THIRD AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT,P.O. BOX 10225, MACON, GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ,36191 HIGHWAY 30, GEISMAR, LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL,ATTN:WAYNE ROBINSON,P.O. BOX 4477, ROCK HILL, SC 29732 |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C. | ATTN: MARC N. SWANSON,(COUNSEL TO: FORD MOTOR COMPANY),150 WEST JEFFERSON, SUITE 2500, DETROIT, MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ.,ATTORNEYS FOR FORD MOTOR COMPANY,150 W. JEFFERSON AVENUE, SUITE 2500, DETROIT, MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | 22 CORPORATE WOODS BLVD STE 4, ALBANY, NY 122112503 |
| NEW YORK STATE SALES TAX | P.O. BOX 1209, NEW YORK, NY 10116 |
| NEW YORK STATE TAX PROCESSING | JAF BUILDING, P.O. BOX 1206, NEW YORK, NY 10116 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ.,TIMES SQUARE TOWER,7 TIMES SQUARE, NEW YORK, NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK,33 WHITEHALL STREET, 21ST FLOOR,ATTN: PAUL KENAN SCHWARTZBERG, NEW YORK, NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE,P.O. BOX 3637, AKRON, OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON,DEPT. AT 40177,P.O. BOX 40162, ATLANTA, GA 31192-0162 |
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS,1020 LAMBERT STREET, BARBERTON, OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH,11601 KATY FREEWAY, STE 223, HOUSTON, TX 77079 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR,233 BROADWY, NEW YORK, NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL,1150 DAMAR DRIVE, AKRON, OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE,500 EDWARD AVE, RICHMOND HILL, ON L4C4Y9 CANADA |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION, | SALES TAX RETURN, COLUMBIA, SC 29214 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ.,COUNSEL TO WILMINGTON TRUST COMPANY,ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ.,COUNSEL TO GOSIGER, INC.,425 WALNUT STREET, SUITE 1800, CINCINNATI, OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS,5500 WALWORTH AVENUE, CLEVELAND, OH 44102 |
| THOMAS M. WILSON, ESQ. | KELLEY & FERRARO, L.L.P.,2200 KEY TOWER,127 PUBLIC SQUARE, CLEVELAND, OH 44114 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561, COLUMBUS, OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL,FIVE GATEWAY CENTER, SUITE 807, PITTSBURGH, NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL,43 INDUSTRIAL PARK DRIVE P.O. BOX 6149, FRANKLIN, NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST,3301 SUTTON ROAD, ADRIAN, MI 49221 |
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER,ROBERT J. WELHOELTER,COUNSEL TO CAPITAL SOURCE FINANCE LLC.,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER,511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5, NEW YORK, NY 100176563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ.,FRED J. ARNOFF, ESQ.,(COUNSEL TO PEPPER PIKE PLACE ASSOCIATES, LLC),THE TOWER AT ERIEVIEW,1301 EAST 9TH STREET, SUITE 1900, CLEVELAND, OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE,11100 NORTH MARKET STREET RODNEY SQUARE NORTH, WILMINGTON, DE 19890 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 73**