UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEXINGTON PRECISION CORPORATION,          :    08- 11153 (MG)
                                          :
        Debtor.                           :    (Jointly Administered)
                                          :
----------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2009, I caused to be served true and correct copies of the "Notice of Adjourned or Resolved Matters and Canceled Hearing on August 18, 2009 at 2:00 PM," dated August 17, 2009, [Docket No. 691], by causing true and correct copies, delivered by facsimile to those parties listed on the annexed Exhibit A.

_____
Elli Petris

Sworn to before me this
28th day of August, 2009

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198819
Qualified In Kings County
Commission Expires January 5, 2013

T:\Clients\LPC\Affidavits\Agenda 691_Aff_8-17-09.doc

# EXHIBIT A

| NAME | FAX |
| --- | --- |
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |