Hearing Date and Time: October 6, 2009 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: October 1, 2009 4:00 p.m. (prevailing Eastern Time)

WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

and

CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for the Agents to the Prepetition Secured Lenders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                              :
**In re:**                                    :   **Chapter 11**
                                              :
**LEXINGTON PRECISION CORP., et al.,**        :   Case No. 08-11153 (MG)
                                              :
            **Debtors.**                      :   (Jointly Administered)
                                              :
-----------------------------------------------------------x

**CORRECTED NOTICE OF HEARING OF PREPETITION SECURED LENDERS' MOTION TO (I) APPROVE THE PREPETITION SECURED LENDERS' PROPOSED DISCLOSURE STATEMENT, (II) APPROVE THE PROCEDURES TO SOLICIT ACCEPTANCES OF THE PREPETITION SECURED LENDERS' PROPOSED PLANS, AND (III) SCHEDULE A HEARING AND ESTABLISH NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE PREPETITION SECURED LENDERS' PROPOSED PLANS (RELATED DOC. NO. 700)**

PLEASE TAKE NOTICE THAT CapitalSource Finance LLC, as agent under the Prepetition Credit Agreement[1] and CSE Mortgage LLC, as agent under the Prepetition Loan Agreement (together, the "Agents"), filed a motion on the date indicated below to (a) approve the proposed disclosure statement, (b) approve the solicitation procedures for the proposed plans, and (c) schedule a hearing and establish notice and objection procedures for confirmation of the proposed plans (collectively the "Motion").

PLEASE TAKE FURTHER NOTICE that objections or responses to the Motion, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court no later than **October 1, 2009 at 4:00 p.m. (prevailing Eastern Time)**. In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other

---

[1] Capitalized terms not otherwise defined herein have the meanings set forth in the Proposed Combined Disclosure Statement Regarding Prepetition Secured Lender's Chapter 11 Plans for Lexington Rubber Group, Inc. and Lexington Precision Corporation.

parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Martin Glenn.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **October 1, 2009, at 4:00 p.m. (prevailing Eastern Time)**, upon: (a) the attorneys for the Agents, Waller, Lansden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (b) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (c) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Victoria Vron); (d) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (e) the attorneys for the statutory creditors' committee, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein); and (f) the attorneys for the Debtors' postpetition agents, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

PLEASE TAKE NOTICE that a hearing to consider the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **October 6, 2009 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel can be heard; provided, however, that the Agents may adjourn the Hearing from time to time

without further notice other than the announcement in open court of such adjournment on the date scheduled for the Hearing or filing and serving a notice of adjournment.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: September 3, 2009
      New York, New York

/s/ John Tishler
John C. Tishler

WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

and


/s/ Aaron Cahn
Aaron R. Cahn

CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for the Agents to the Prepetition Secured Lenders