# EXHIBIT E

# HISTORICAL INCOME STATEMENTS OF THE DEBTORS BY DIVISION

# Historical Income Statements by Division

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
Rubber Group - Connector Seals (Vienna, OH)
Reported Income Statements

Exhibit A.1

| In Thousands of U.S. Dollars | | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation | |
|---|---|---|---|---|---|---|---|---|---|
| | | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | 7/31/2009 [a] | 7/31/2008 [a] | 7/31/2009 [a] |
| 1 | Gross Sales | $ 49,794 | $ 36,495 | $ 29,085 | $ 24,495 | $ 14,040 | $ 6,940 | $ 10,250 | $ 3,150 |
| 2 | Returns | (381) | (756) | (483) | (322) | (136) | (74) | (78) | (16) |
| 3 | Discounts and Allowances | (138) | (316) | (210) | (48) | (15) | (7) | (8) | 0 |
| 4 | **Net Sales** | **49,275** | **35,423** | **28,392** | **24,125** | **13,889** | **6,859** | **10,164** | **3,134** |
| 5 | *Growth Rate* | *n/a* | *-28.1%* | *-19.8%* | *-15.0%* | *-42.4%* | *-50.6%* | *n/a* | *-69.2%* |
| 6 | Material Cost | 17,912 | 11,265 | 8,156 | 7,066 | 4,351 | 2,301 | 3,176 | 1,126 |
| 7 | Direct Labor | 7,013 | 4,990 | 4,029 | 3,291 | 2,088 | 1,121 | 1,487 | 520 |
| 8 | Factory Overhead | 21,628 | 16,307 | 12,038 | 10,039 | 7,996 | 6,553 | 5,350 | 3,907 |
| 9 | **Total Cost of Sales** | **46,553** | **32,562** | **24,223** | **20,396** | **14,435** | **9,975** | **10,013** | **5,553** |
| 10 | **Gross Profit from Operations** | **2,722** | **2,861** | **4,169** | **3,729** | **(546)** | **(3,116)** | **151** | **(2,419)** |
| 11 | Marketing & Sales | 356 | 292 | 107 | 192 | 406 | 493 | 9 | 96 |
| 12 | General & Administrative | 1,096 | 926 | 881 | 751 | 608 | 611 | 386 | 389 |
| 13 | **Total S&A Expenses** | **1,452** | **1,218** | **988** | **943** | **1,014** | **1,104** | **395** | **485** |
| 14 | **Operating Profit (Loss)** | **1,270** | **1,643** | **3,181** | **2,786** | **(1,560)** | **(4,220)** | **(244)** | **(2,904)** |
| 15 | Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | **EBIT** | **1,270** | **1,643** | **3,181** | **2,786** | **(1,560)** | **(4,220)** | **(244)** | **(2,904)** |
| 18 | Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | **Earnings Before Taxes** | **1,270** | **1,643** | **3,181** | **2,786** | **(1,560)** | **(4,220)** | **(244)** | **(2,904)** |
| 20 | Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | **Net Income from Continuing Operations** | **1,270** | **1,643** | **3,181** | **2,786** | **(1,560)** | **(4,220)** | **(244)** | **(2,904)** |
| 23 | Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | **Net Income** | **$ 1,270** | **$ 1,643** | **$ 3,181** | **$ 2,786** | **$ (1,560)** | **$ (4,220)** | **$ (244)** | **$ (2,904)** |
| 25 | **EBIT** | $ 1,270 | $ 1,643 | $ 3,181 | $ 2,786 | $ (1,560) | $ (4,220) | $ (244) | $ (2,904) |
| 26 | **EBITDA** | $ 3,954 | $ 4,232 | $ 5,106 | $ 4,489 | $ 242 | $ (2,632) | $ 805 | $ (2,069) |

Source: Internal financial statements
[a] These periods include results for the LSR division.

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - LSR (N. Canton/Vienna, OH)**
**Reported Income Statements**

Exhibit A.2

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended 7/31/2009 | LTM Calculation For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | | 7/31/2008 | 7/31/2009 |
| 1  Gross Sales | $ 0 | $ 2,936 | $ 2,906 | $ 2,043 | n/a | n/a | n/a | n/a |
| 2  Returns | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 3  Discounts and Allowances | 0 | (27) | 12 | (52) | n/a | n/a | n/a | n/a |
| 4  **Net Sales** | **0** | **2,909** | **2,918** | **1,991** | **n/a** | **n/a** | **n/a** | **n/a** |
| 5  *Growth Rate* | *n/a* | *n/a* | *0.3%* | *-31.8%* | *n/a* | *n/a* | *n/a* | *n/a* |
| 6  Material Cost | 0 | 1,209 | 1,205 | 911 | n/a | n/a | n/a | n/a |
| 7  Direct Labor | 0 | 178 | 293 | 376 | n/a | n/a | n/a | n/a |
| 8  Factory Overhead | 0 | 1,412 | 1,341 | 1,655 | n/a | n/a | n/a | n/a |
| 9  **Total Cost of Sales** | **0** | **2,799** | **2,839** | **2,942** | **n/a** | **n/a** | **n/a** | **n/a** |
| 10 **Gross Profit from Operations** | **0** | **110** | **79** | **(951)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 11 Marketing & Sales | 0 | 60 | 30 | 30 | n/a | n/a | n/a | n/a |
| 12 General & Administrative | 0 | 37 | 99 | 99 | n/a | n/a | n/a | n/a |
| 13 **Total S&A Expenses** | **0** | **97** | **129** | **129** | **n/a** | **n/a** | **n/a** | **n/a** |
| 14 **Operating Profit (Loss)** | **0** | **13** | **(50)** | **(1,080)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 16 **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **n/a** | **n/a** | **n/a** | **n/a** |
| 17 **EBIT** | **0** | **13** | **(50)** | **(1,080)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 18 Interest Expense | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 19 **Earnings Before Taxes** | **0** | **13** | **(50)** | **(1,080)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 20 Income Taxes | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 22 **Net Income from Continuing Operations** | **0** | **13** | **(50)** | **(1,080)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 24 **Net Income** | **$ 0** | **$ 13** | **$ (50)** | **$ (1,080)** | **n/a** | **n/a** | **n/a** | **n/a** |
| 25 EBIT | $ 0 | $ 13 | $ (50) | $ (1,080) | n/a | n/a | n/a | n/a |
| 26 EBITDA | $ 0 | $ 388 | $ 351 | $ (571) | n/a | n/a | n/a | n/a |

Source: Internal financial statements
[a] In January of 2008, LSR's operations were transferred to the Vienna, Ohio facility. As such, results for LSR after January 2008 are presented in the Connector Seals financial information.

## HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Insulators (Jasper, GA)**
**Reported Income Statements**

Exhibit A.3

| In Thousands of U.S. Dollars | | 12/31/2004 | 12/31/2005 | For the Fiscal Year Ended 12/31/2006 | 12/31/2007 | 12/31/2008 | 12 Months Ended 7/31/2009 | LTM Calculation For the 7 Months Ended 7/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Gross Sales | $ 40,730 | $ 37,478 | $ 34,397 | $ 32,941 | $ 32,813 | $ 29,255 | $ 20,907 | $ 17,349 |
| 2 | Returns | (227) | (306) | (166) | (373) | (389) | (117) | (302) | (30) |
| 3 | Discounts and Allowances | (781) | (609) | (490) | (25) | (111) | (108) | (71) | (68) |
| 4 | **Net Sales** | **39,722** | **36,563** | **33,741** | **32,543** | **32,313** | **29,030** | **20,534** | **17,251** |
| 5 | Growth Rate | n/a | -8.0% | -7.7% | -3.6% | -0.7% | -10.2% | n/a | -16.0% |
| 6 | Material Cost | 11,959 | 11,854 | 11,343 | 11,370 | 11,300 | 10,429 | 6,933 | 6,062 |
| 7 | Direct Labor | 3,403 | 3,135 | 2,783 | 2,668 | 2,205 | 1,832 | 1,390 | 1,017 |
| 8 | Factory Overhead | 14,764 | 14,779 | 13,564 | 12,768 | 11,645 | 10,445 | 7,444 | 6,244 |
| 9 | **Total Cost of Sales** | **30,126** | **29,768** | **27,690** | **26,806** | **25,150** | **22,706** | **15,767** | **13,323** |
| 10 | **Gross Profit from Operations** | **9,596** | **6,795** | **6,051** | **5,737** | **7,163** | **6,324** | **4,767** | **3,928** |
| 11 | Marketing & Sales | 515 | 432 | 459 | 577 | 506 | 483 | 274 | 251 |
| 12 | General & Administrative | 1,038 | 831 | 949 | 887 | 789 | 612 | 533 | 356 |
| 13 | **Total S&A Expenses** | **1,553** | **1,263** | **1,408** | **1,464** | **1,295** | **1,095** | **807** | **607** |
| 14 | **Operating Profit (Loss)** | **8,043** | **5,532** | **4,643** | **4,273** | **5,868** | **5,229** | **3,960** | **3,321** |
| 15 | Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | **EBIT** | **8,043** | **5,532** | **4,643** | **4,273** | **5,868** | **5,229** | **3,960** | **3,321** |
| 18 | Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | **Earnings Before Taxes** | **8,043** | **5,532** | **4,643** | **4,273** | **5,868** | **5,229** | **3,960** | **3,321** |
| 20 | Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | **Net Income from Continuing Operations** | **8,043** | **5,532** | **4,643** | **4,273** | **5,868** | **5,229** | **3,960** | **3,321** |
| 23 | Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | **Net Income** | $ **8,043** | $ **5,532** | $ **4,643** | $ **4,273** | $ **5,868** | $ **5,229** | $ **3,960** | $ **3,321** |
| 25 | EBIT | $ 8,043 | $ 5,532 | $ 4,643 | $ 4,273 | $ 5,868 | $ 5,229 | $ 3,960 | $ 3,321 |
| 26 | EBITDA | $ 10,623 | $ 8,180 | $ 7,364 | $ 6,597 | $ 7,845 | $ 7,133 | $ 5,144 | $ 4,432 |

Source: Internal financial statements

## HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Medical (Rock Hill, SC)**
Reported Income Statements

Exhibit A.4

*In Thousands of U.S. Dollars*

| | | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | | 7/31/2009 | For the 7 Months Ended | | |
| | | | | | | | | 7/31/2008 | 7/31/2009 | |
| 1 Gross Sales | $ 10,686 | $ 10,042 | $ 11,229 | $ 16,167 | $ 16,267 | | $ 15,575 | $ 9,772 | $ 9,080 | |
| 2 Returns | (118) | (53) | (191) | (129) | (35) | | (97) | (26) | (88) | |
| 3 Discounts and Allowances | 0 | 0 | 1 | (110) | (29) | | 0 | (29) | 0 | |
| 4 **Net Sales** | **10,568** | **9,989** | **11,039** | **15,928** | **16,203** | | **15,478** | **9,717** | **8,992** | |
| 5 *Growth Rate* | *n/a* | *-5.5%* | *10.5%* | *44.3%* | *1.7%* | | *-4.5%* | *n/a* | *-7.5%* | |
| 6 Material Cost | 2,115 | 2,216 | 2,443 | 3,097 | 3,451 | | 3,591 | 2,061 | 2,201 | |
| 7 Direct Labor | 1,529 | 1,430 | 1,639 | 2,152 | 1,967 | | 1,522 | 1,336 | 891 | |
| 8 Factory Overhead | 5,125 | 4,909 | 5,785 | 7,492 | 7,065 | | 6,496 | 4,105 | 3,536 | |
| 9 **Total Cost of Sales** | **8,769** | **8,555** | **9,867** | **12,741** | **12,483** | | **11,609** | **7,502** | **6,628** | |
| 10 **Gross Profit from Operations** | 1,799 | 1,434 | 1,172 | 3,187 | 3,720 | | 3,869 | 2,215 | 2,364 | |
| 11 Marketing & Sales | 360 | 314 | 464 | 385 | 223 | | 282 | 137 | 196 | |
| 12 General & Administrative | 464 | 450 | 412 | 454 | 843 | | 857 | 217 | 231 | |
| 13 **Total S&A Expenses** | **824** | **764** | **876** | **839** | **1,066** | | **1,139** | **354** | **427** | |
| 14 **Operating Profit (Loss)** | 975 | 670 | 296 | 2,348 | 2,654 | | 2,730 | 1,861 | 1,937 | |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| 16 **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **0** | | **0** | **0** | **0** | |
| 17 **EBIT** | 975 | 670 | 296 | 2,348 | 2,654 | | 2,730 | 1,861 | 1,937 | |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| 19 **Earnings Before Taxes** | 975 | 670 | 296 | 2,348 | 2,654 | | 2,730 | 1,861 | 1,937 | |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| 22 **Net Income from Continuing Operations** | 975 | 670 | 296 | 2,348 | 2,654 | | 2,730 | 1,861 | 1,937 | |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | |
| 24 **Net Income** | $ 975 | $ 670 | $ 296 | $ 2,348 | $ 2,654 | | $ 2,730 | $ 1,861 | $ 1,937 | |
| 25 **EBIT** | $ 975 | $ 670 | $ 296 | $ 2,348 | $ 2,654 | | $ 2,730 | $ 1,861 | $ 1,937 | |
| 26 **EBITDA** | $ 1,589 | $ 1,282 | $ 853 | $ 2,828 | $ 3,134 | | $ 3,191 | $ 2,140 | $ 2,197 | |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

Lexington Precision Corporation
Rubber Group - Technologies (N. Canton, OH)
Reported Income Statements

Exhibit A.5

| In Thousands of U.S. Dollars | | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12 Months Ended 7/31/2009 | LTM Calculation For the 7 Months Ended 7/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | For the Fiscal Year Ended | | | | | |
| 1 | Gross Sales | $ 6,308 | $ 4,147 | $ 4,294 | $ 3,838 | $ 3,579 | $ 2,769 | $ 2,076 | $ 1,266 |
| 2 | Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | **Net Sales** | **6,308** | **4,147** | **4,294** | **3,838** | **3,579** | **2,769** | **2,076** | **1,266** |
| 5 | Growth Rate | n/a | -34.3% | 3.5% | -10.6% | -6.7% | -22.6% | n/a | -39.0% |
| 6 | Material Cost | 1,067 | 706 | 846 | 701 | 623 | 501 | 362 | 240 |
| 7 | Direct Labor | 1,016 | 684 | 654 | 649 | 637 | 508 | 354 | 225 |
| 8 | Factory Overhead | 4,234 | 3,221 | 2,947 | 2,642 | 2,692 | 2,378 | 1,546 | 1,232 |
| 9 | **Total Cost of Sales** | **6,317** | **4,611** | **4,447** | **3,992** | **3,952** | **3,387** | **2,262** | **1,697** |
| 10 | Gross Profit from Operations | (9) | (464) | (153) | (154) | (373) | (618) | (186) | (431) |
| 11 | Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | General & Administrative | 414 | 360 | 275 | 198 | 183 | 208 | 96 | 121 |
| 13 | **Total S&A Expenses** | **414** | **360** | **275** | **198** | **183** | **208** | **96** | **121** |
| 14 | Operating Profit (Loss) | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 15 | Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 17 | EBIT | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 18 | Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | Earnings Before Taxes | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 20 | Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | Net Income from Continuing Operations | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 23 | Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | **Net Income** | $ (423) | $ (824) | $ (428) | $ (352) | $ (556) | $ (826) | $ (282) | $ (552) |
| 25 | EBIT | $ (423) | $ (824) | $ (428) | $ (352) | $ (556) | $ (826) | $ (282) | $ (552) |
| 26 | EBITDA | $ 628 | $ 178 | $ 423 | $ 359 | $ (69) | $ (398) | $ 24 | $ (305) |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Eliminations [a]**
**Reported Income Statement**

Exhibit A.6

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | | 12 Months Ended | LTM Calculation | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | | For the 7 Months Ended | |
| | | | | | | | | 7/31/2008 | 7/31/2009 |
| 1  Gross Sales | $ (6,308) | $ (4,147) | $ (4,294) | $ (3,838) | $ (3,579) | $ (2,769) | | $ (2,076) | $ (1,266) |
| 2  Returns | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 3  Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 4  **Net Sales** | **(6,308)** | **(4,147)** | **(4,294)** | **(3,838)** | **(3,579)** | **(2,769)** | | **(2,076)** | **(1,266)** |
| 5  Growth Rate | n/a | -34.3% | 3.5% | -10.6% | -6.7% | -22.6% | | n/a | -39.0% |
| 6  Material Cost | (1,067) | (705) | (846) | (701) | (623) | (501) | | (362) | (240) |
| 7  Direct Labor | (1,016) | (684) | (654) | (649) | (637) | (508) | | (354) | (225) |
| 8  Factory Overhead | (4,225) | (2,758) | (2,794) | (2,488) | (2,319) | (1,760) | | (1,360) | (801) |
| 9  **Total Cost of Sales** | **(6,308)** | **(4,147)** | **(4,294)** | **(3,838)** | **(3,579)** | **(2,769)** | | **(2,076)** | **(1,266)** |
| 10 Gross Profit from Operations | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 11 Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 12 General & Administrative | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 13 **Total S&A Expenses** | **0** | **0** | **0** | **0** | **0** | **0** | | **0** | **0** |
| 14 Operating Profit (Loss) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 16 **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **0** | **0** | | **0** | **0** |
| 17 EBIT | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 19 Earnings Before Taxes | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 22 Net Income from Continuing Operations | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 |
| 24 **Net Income** | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | | $ 0 | $ 0 |
| 25 EBIT | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | | $ 0 | $ 0 |
| 26 EBITDA | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | | $ 0 | $ 0 |

Source: Internal financial statements
[a] Note: Eliminations relate solely to the sale and expense items of the Technologies division.

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group Consolidated**
**Income Statements**

Exhibit A.7

*In Thousands of U.S. Dollars*

| | | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12 Months Ended 7/31/2009 | 7/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | For the Fiscal Year Ended | | | | For the 7 Months Ended | LTM Calculation |
| 1 | Gross Sales | $ 101,210 | $ 86,951 | $ 77,617 | $ 75,646 | $ 63,120 | $ 51,770 | $ 40,929 | $ 29,579 |
| 2 | Returns | (726) | (1,115) | (840) | (824) | (560) | (288) | (406) | (134) |
| 3 | Discounts and Allowances | (919) | (952) | (687) | (235) | (155) | (115) | (108) | (68) |
| 4 | **Net Sales** | **99,565** | **84,884** | **76,090** | **74,587** | **62,405** | **51,367** | **40,415** | **29,377** |
| 5 | *Growth Rate* | *n/a* | *-14.7%* | *-10.4%* | *-2.0%* | *-16.3%* | *-17.7%* | *n/a* | *-27.3%* |
| 6 | Material Cost | 31,986 | 26,545 | 23,147 | 22,444 | 19,102 | 16,321 | 12,170 | 9,389 |
| 7 | Direct Labor | 11,945 | 9,733 | 8,744 | 8,487 | 6,260 | 4,475 | 4,213 | 2,428 |
| 8 | Factory Overhead | 41,526 | 37,870 | 32,881 | 32,108 | 27,079 | 24,112 | 17,085 | 14,118 |
| 9 | **Total Cost of Sales** | **85,457** | **74,148** | **64,772** | **63,039** | **52,441** | **44,908** | **33,468** | **25,935** |
| 10 | **Gross Profit from Operations** | **14,108** | **10,736** | **11,318** | **11,548** | **9,964** | **6,459** | **6,947** | **3,442** |
| 11 | Marketing & Sales | 1,231 | 1,098 | 1,060 | 1,184 | 1,135 | 1,258 | 420 | 543 |
| 12 | General & Administrative | 3,012 | 2,604 | 2,616 | 2,389 | 2,423 | 2,288 | 1,232 | 1,097 |
| 13 | **Total S&A Expenses** | **4,243** | **3,702** | **3,676** | **3,573** | **3,558** | **3,546** | **1,652** | **1,640** |
| 14 | **Operating Profit (Loss)** | **9,865** | **7,034** | **7,642** | **7,975** | **6,406** | **2,913** | **5,295** | **1,802** |
| 15 | Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 17 | **EBIT** | **9,865** | **7,034** | **7,642** | **7,975** | **6,406** | **2,913** | **5,295** | **1,802** |
| 18 | Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | **Earnings Before Taxes** | **9,865** | **7,034** | **7,642** | **7,975** | **6,406** | **2,913** | **5,295** | **1,802** |
| 20 | Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | **Net Income from Continuing Operations** | **9,865** | **7,034** | **7,642** | **7,975** | **6,406** | **2,913** | **5,295** | **1,802** |
| 23 | Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | **Net Income** | **$ 9,865** | **$ 7,034** | **$ 7,642** | **$ 7,975** | **$ 6,406** | **$ 2,913** | **$ 5,295** | **$ 1,802** |
| 25 | EBIT | $ 9,865 | $ 7,034 | $ 7,642 | $ 7,975 | $ 6,406 | $ 2,913 | $ 5,295 | $ 1,802 |
| 26 | EBITDA | $ 16,794 | $ 14,260 | $ 14,097 | $ 13,702 | $ 11,152 | $ 7,294 | $ 8,113 | $ 4,255 |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Metals Group Consolidated**
**Reported Income Statements**

Exhibit A.8

*In Thousands of U.S. Dollars*

| | | For the Fiscal Year Ended | | | | | 12 Months Ended | For the 7 Months Ended | | LTM Calculation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 | |
| 1 | Gross Sales | $ 11,012 | $ 12,156 | $ 11,962 | $ 14,055 | $ 10,804 | $ 8,967 | $ 6,889 | $ 5,052 | |
| 2 | Returns | (69) | (175) | (153) | (198) | (34) | (21) | (31) | (18) | |
| 3 | Discounts and Allowances | (155) | (23) | 2 | (36) | (19) | (13) | (11) | (5) | |
| 4 | **Net Sales** | **10,788** | **11,958** | **11,811** | **13,821** | **10,751** | **8,933** | **6,847** | **5,029** | |
| 5 | Growth Rate | n/a | 10.8% | -1.2% | 17.0% | -22.2% | -16.9% | n/a | -26.6% | |
| 6 | Material Cost | 4,206 | 4,416 | 4,650 | 5,013 | 4,133 | 3,874 | 2,501 | 2,242 | |
| 7 | Direct Labor | 1,696 | 1,704 | 1,674 | 1,990 | 1,492 | 1,164 | 927 | 599 | |
| 8 | Factory Overhead | 6,945 | 5,430 | 6,063 | 6,487 | 5,357 | 4,965 | 3,196 | 2,804 | |
| 9 | **Total Cost of Sales** | **12,847** | **11,550** | **12,387** | **13,490** | **10,982** | **10,003** | **6,624** | **5,645** | |
| 10 | **Gross Profit from Operations** | **(2,059)** | **408** | **(576)** | **331** | **(231)** | **(1,070)** | **223** | **(616)** | |
| 11 | Marketing & Sales | 252 | 372 | 365 | 302 | 309 | 225 | 176 | 92 | |
| 12 | General & Administrative | 477 | 351 | 304 | 221 | 238 | 201 | 141 | 104 | |
| 13 | **Total S&A Expenses** | **729** | **723** | **669** | **523** | **547** | **426** | **317** | **196** | |
| 14 | **Operating Profit (Loss)** | **(2,788)** | **(315)** | **(1,245)** | **(192)** | **(778)** | **(1,496)** | **(94)** | **(812)** | |
| 15 | Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 16 | **Total Other Income (Expense)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | |
| 17 | **EBIT** | **(2,788)** | **(315)** | **(1,245)** | **(192)** | **(778)** | **(1,496)** | **(94)** | **(812)** | |
| 18 | Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 19 | **Earnings Before Taxes** | **(2,788)** | **(315)** | **(1,245)** | **(192)** | **(778)** | **(1,496)** | **(94)** | **(812)** | |
| 20 | Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21 | Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22 | **Net Income from Continuing Operations** | **(2,788)** | **(315)** | **(1,245)** | **(192)** | **(778)** | **(1,496)** | **(94)** | **(812)** | |
| 23 | Income (Loss) from Discontinued Operations | (2,967) | 644 | 0 | 0 | (162) | (129) | (72) | (39) | |
| 24 | **Net Income** | **$ (5,755)** | **$ 329** | **$ (1,245)** | **$ (192)** | **$ (940)** | **$ (1,625)** | **$ (166)** | **$ (851)** | |
| 25 | **EBIT** | **$ (2,788)** | **$ (315)** | **$ (1,245)** | **$ (192)** | **$ (778)** | **$ (1,496)** | **$ (94)** | **$ (812)** | |
| 26 | **EBITDA** | **$ (1,312)** | **$ 823** | **$ (425)** | **$ 490** | **$ (242)** | **$ (1,026)** | **$ 239** | **$ (545)** | |

Source: Internal financial statements

## HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Corporate Overhead (New York, NY)**
**Reported Income Statements**

Exhibit A.9

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12 Months Ended 7/31/2009 | LTM Calculation For the 7 Months Ended 7/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|---|---|
| | | For the Fiscal Year Ended | | | | | | |
| 1 Gross Sales | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 2 Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 **Net Sales** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 5 *Growth Rate* | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 6 Material Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Direct Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Factory Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 **Total Cost of Sales** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 10 **Gross Profit from Operations** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| 11 Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 General & Administrative | 2,411 | 2,322 | 2,313 | 3,108 | 7,413 | 7,241 | 4,294 | 4,122 |
| 13 **Total S&A Expenses** | **2,411** | **2,322** | **2,313** | **3,108** | **7,413** | **7,241** | **4,294** | **4,122** |
| 14 **Operating Profit (Loss)** | **(2,411)** | **(2,322)** | **(2,313)** | **(3,108)** | **(7,413)** | **(7,241)** | **(4,294)** | **(4,122)** |
| 15 Gain (Loss) on Repurchase of Debt | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 **Total Other Income (Expense)** | **8,598** | **77** | **0** | **0** | **0** | **0** | **0** | **0** |
| 17 **EBIT** | **6,187** | **(2,245)** | **(2,313)** | **(3,108)** | **(7,413)** | **(7,241)** | **(4,294)** | **(4,122)** |
| 18 Interest Expense | (8,903) | (9,200) | (10,943) | (11,339) | (8,609) | (7,609) | (5,336) | (4,336) |
| 19 **Earnings Before Taxes** | **(2,716)** | **(11,445)** | **(13,256)** | **(14,447)** | **(16,022)** | **(14,850)** | **(9,630)** | **(8,458)** |
| 20 Income Taxes | 196 | 299 | (18) | (6) | (48) | (38) | (31) | (21) |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 **Net Income from Continuing Operations** | **(2,520)** | **(11,146)** | **(13,274)** | **(14,453)** | **(16,070)** | **(14,888)** | **(9,661)** | **(8,479)** |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 **Net Income** | **$ (2,520)** | **$ (11,146)** | **$ (13,274)** | **$ (14,453)** | **$ (16,070)** | **$ (14,888)** | **$ (9,661)** | **$ (8,479)** |
| 25 EBIT | $ 6,187 | $ (2,245) | $ (2,313) | $ (3,108) | $ (7,413) | $ (7,241) | $ (4,294) | $ (4,122) |
| 26 EBITDA | $ 6,226 | $ (2,235) | $ (2,293) | $ (3,080) | $ (7,362) | $ (7,188) | $ (4,265) | $ (4,091) |

Source: Internal financial statements