# EXHIBIT H

# ADJUSTED INCOME STATEMENTS OF THE DEBTORS

Adjusted Income Statements

## ADJUSTED INCOME STATEMENTS

**Lexington Precision Corporation**
**Financial Statements**
**Adjusted Income Statements**

Exhibit D.1

*In Thousands of U.S. Dollars*

| | | 12/31/2004 | % | 12/31/2005 | % | 12/31/2006 | % | 12/31/2007 | % | 12/31/2008 | % | 12 Months Ended 7/31/2009 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | For the Fiscal Year Ended | | | | | | | |
| 1 | Net Sales | $ 99,565 | 100.0% | $ 84,884 | 100.0% | $ 76,090 | 100.0% | $ 74,587 | 100.0% | $ 62,405 | 100.0% | $ 51,367 | 100.0% |
| 2 | Growth Rate | n/a | | -14.7% | | -10.4% | | -2.0% | | -16.3% | | -17.7% | |
| 3 | Material Cost | 31,986 | 32.1% | 26,545 | 31.3% | 23,147 | 30.4% | 22,444 | 30.1% | 19,102 | 30.6% | 16,321 | 31.8% |
| 4 | Direct Labor | 11,945 | 12.0% | 9,733 | 11.5% | 8,744 | 11.5% | 8,487 | 11.4% | 6,260 | 10.0% | 4,475 | 8.7% |
| 5 | Factory Overhead | 40,332 | 40.5% | 37,522 | 44.2% | 32,881 | 43.2% | 32,052 | 43.0% | 26,676 | 42.7% | 23,305 | 45.4% |
| 6 | Total Cost of Sales | 84,263 | 84.6% | 73,800 | 86.9% | 64,772 | 85.1% | 62,983 | 84.4% | 52,038 | 83.4% | 44,101 | 85.9% |
| 7 | Gross Profit from Operations | 15,302 | 15.4% | 11,084 | 13.1% | 11,318 | 14.9% | 11,604 | 15.6% | 10,367 | 16.6% | 7,266 | 14.1% |
| 8 | Marketing & Sales | 1,231 | 1.2% | 1,098 | 1.3% | 1,060 | 1.4% | 1,184 | 1.6% | 1,135 | 1.8% | 1,258 | 2.4% |
| 9 | General & Administrative | 5,423 | 5.4% | 4,926 | 5.8% | 4,929 | 6.5% | 4,799 | 6.4% | 4,161 | 6.7% | 4,053 | 7.9% |
| 10 | Total S&A Expenses | 6,654 | 6.7% | 6,024 | 7.1% | 5,989 | 7.9% | 5,983 | 8.0% | 5,296 | 8.5% | 5,311 | 10.3% |
| 11 | Operating Profit (Loss) | 8,648 | 8.7% | 5,060 | 6.0% | 5,329 | 7.0% | 5,621 | 7.5% | 5,071 | 8.1% | 1,955 | 3.8% |
| 12 | Removal of Gain on Sale of Assets | 0 | 0.0% | (571) | -0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 13 | Total Other Income (Expense) | 0 | 0.0% | (571) | -0.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 14 | EBIT | 8,648 | 8.7% | 4,489 | 5.3% | 5,329 | 7.0% | 5,621 | 7.5% | 5,071 | 8.1% | 1,955 | 3.8% |
| 15 | Interest Expense | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 16 | Earnings Before Taxes | 8,648 | 8.7% | 4,489 | 5.3% | 5,329 | 7.0% | 5,621 | 7.5% | 5,071 | 8.1% | 1,955 | 3.8% |
| 17 | Income Taxes | (3,100) | -3.1% | (1,600) | -1.9% | (1,900) | -2.5% | (2,000) | -2.7% | (1,800) | -2.9% | (700) | -1.4% |
| 18 | Net Income | $ 5,548 | 5.6% | $ 2,889 | 3.4% | $ 3,429 | 4.5% | $ 3,621 | 4.9% | $ 3,271 | 5.2% | $ 1,255 | 2.4% |
| 19 | EBIT | $ 8,648 | 8.7% | $ 4,489 | 5.3% | $ 5,329 | 7.0% | $ 5,621 | 7.5% | $ 5,071 | 8.1% | $ 1,955 | 3.8% |
| 20 | EBITDA | $ 15,616 | 15.7% | $ 11,725 | 13.8% | $ 11,804 | 15.5% | $ 11,376 | 15.3% | $ 9,868 | 15.8% | $ 6,389 | 12.4% |

Note: Consolidated statements reflect the Rubber Group and Corporate