# EXHIBIT K

# LIQUIDATION ANALYSIS

# [TO BE SUPPLEMENTED]