# EXHIBIT E

# HISTORICAL INCOME STATEMENTS OF THE DEBTORS BY DIVISION

# Historical Income Statements by Division

# HISTORICAL INCOME STATEMENTS BY DIVISION

Exhibit A.1

**Lexington Precision Corporation**
**Rubber Group - Connector Seals (Vienna, OH)**
**Reported Income Statements**

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | 12 Months Ended 7/31/2009 [a] | For the 7 Months Ended 7/31/2008 [a] | 7/31/2009 [a] |
|---|---|---|---|---|---|---|---|---|
| 1 Gross Sales | $ 49,794 | $ 36,495 | $ 29,085 | $ 24,495 | $ 14,040 | $ 6,940 | $ 10,250 | $ 3,150 |
| 2 Returns | (381) | (756) | (463) | (322) | (136) | (74) | (76) | (16) |
| 3 Discounts and Allowances | (138) | (316) | (210) | (48) | (15) | (7) | (9) | 0 |
| 4 Net Sales | 49,275 | 35,423 | 28,392 | 24,125 | 13,889 | 6,859 | 10,164 | 3,134 |
| 5 *Growth Rate* | *n/a* | *-28.1%* | *-19.8%* | *-15.0%* | *-42.4%* | *-50.6%* | *n/a* | *-69.2%* |
| 6 Material Cost | 17,912 | 11,265 | 8,156 | 7,066 | 4,351 | 2,301 | 3,176 | 1,126 |
| 7 Direct Labor | 7,013 | 4,990 | 4,029 | 3,291 | 2,088 | 1,121 | 1,487 | 520 |
| 8 Factory Overhead | 21,628 | 16,307 | 12,038 | 10,039 | 7,996 | 6,553 | 5,350 | 3,907 |
| 9 Total Cost of Sales | 46,553 | 32,562 | 24,223 | 20,396 | 14,435 | 9,975 | 10,013 | 5,553 |
| 10 Gross Profit from Operations | 2,722 | 2,861 | 4,169 | 3,729 | (546) | (3,116) | 151 | (2,419) |
| 11 Marketing & Sales | 356 | 292 | 107 | 192 | 406 | 483 | 9 | 96 |
| 12 General & Administrative | 1,096 | 926 | 881 | 751 | 608 | 611 | 386 | 389 |
| 13 Total S&A Expenses | 1,452 | 1,218 | 988 | 943 | 1,014 | 1,104 | 395 | 485 |
| 14 Operating Profit (Loss) | 1,270 | 1,643 | 3,181 | 2,786 | (1,560) | (4,220) | (244) | (2,904) |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 1,270 | 1,643 | 3,181 | 2,786 | (1,560) | (4,220) | (244) | (2,904) |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | 1,270 | 1,643 | 3,181 | 2,786 | (1,560) | (4,220) | (244) | (2,904) |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | 1,270 | 1,643 | 3,181 | 2,786 | (1,560) | (4,220) | (244) | (2,904) |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ 1,270 | $ 1,643 | $ 3,181 | $ 2,786 | $ (1,560) | $ (4,220) | $ (244) | $ (2,904) |
| 25 EBIT | $ 1,270 | $ 1,643 | $ 3,181 | $ 2,786 | $ (1,560) | $ (4,220) | $ (244) | $ (2,904) |
| 26 EBITDA | $ 3,954 | $ 4,232 | $ 5,106 | $ 4,489 | $ 242 | $ (2,632) | $ 805 | $ (2,069) |

Source: Internal financial statements
[a] These periods exclude results for the LSR division.

# HISTORICAL INCOME STATEMENTS BY DIVISION

Exhibit A.2

**Lexington Precision Corporation**
**Rubber Group - LSR (N. Canton/Vienna, OH)**
**Reported Income Statements**

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | For the 7 Months Ended | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 0 | $ 2,936 | $ 2,906 | $ 2,043 | n/a | n/a | n/a | n/a |
| 2 Returns | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 3 Discounts and Allowances | 0 | (27) | 12 | (52) | n/a | n/a | n/a | n/a |
| 4 Net Sales | 0 | 2,909 | 2,918 | 1,991 | n/a | n/a | n/a | n/a |
| 5 *Growth Rate* | *n/a* | *n/a* | *0.3%* | *-31.6%* | *n/a* | *n/a* | *n/a* | *n/a* |
| 6 Material Cost | 0 | 1,209 | 1,205 | 911 | n/a | n/a | n/a | n/a |
| 7 Direct Labor | 0 | 178 | 293 | 376 | n/a | n/a | n/a | n/a |
| 8 Factory Overhead | 0 | 1,412 | 1,341 | 1,655 | n/a | n/a | n/a | n/a |
| 9 Total Cost of Sales | 0 | 2,799 | 2,839 | 2,942 | n/a | n/a | n/a | n/a |
| 10 Gross Profit from Operations | 0 | 110 | 79 | (951) | n/a | n/a | n/a | n/a |
| 11 Marketing & Sales | 0 | 60 | 30 | 30 | n/a | n/a | n/a | n/a |
| 12 General & Administrative | 0 | 37 | 99 | 99 | n/a | n/a | n/a | n/a |
| 13 Total S&A Expenses | 0 | 97 | 129 | 129 | n/a | n/a | n/a | n/a |
| 14 Operating Profit (Loss) | 0 | 13 | (50) | (1,080) | n/a | n/a | n/a | n/a |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 17 EBIT | 0 | 13 | (50) | (1,080) | n/a | n/a | n/a | n/a |
| 18 Interest Expense | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 19 Earnings Before Taxes | 0 | 13 | (50) | (1,080) | n/a | n/a | n/a | n/a |
| 20 Income Taxes | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 22 Net Income from Continuing Operations | 0 | 13 | (50) | (1,080) | n/a | n/a | n/a | n/a |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | n/a | n/a | n/a | n/a |
| 24 Net Income | $ 0 | $ 13 | $ (50) | $ (1,080) | n/a | n/a | n/a | n/a |
| 25 EBIT | $ 0 | $ 13 | $ (50) | (1,080) | n/a | n/a | n/a | n/a |
| 26 EBITDA | $ 0 | $ 388 | $ 351 | (571) | n/a | n/a | n/a | n/a |

Source: Internal financial statements
[a] In January of 2008, LSR's operations were transferred to the Vienna, Ohio facility. As such, results for LSR after January 2008 are presented in the Connector Seals financial information.

# HISTORICAL INCOME STATEMENTS BY DIVISION

Exhibit A.3

**Lexington Precision Corporation**
**Rubber Group - Insulators (Jasper, GA)**
**Reported Income Statements**

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation — For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 40,730 | $ 37,478 | $ 34,397 | $ 32,941 | $ 32,813 | $ 29,255 | $ 20,907 | $ 17,349 |
| 2 Returns | (227) | (306) | (166) | (373) | (389) | (117) | (302) | (30) |
| 3 Discounts and Allowances | (781) | (609) | (490) | (25) | (111) | (108) | (71) | (68) |
| 4 Net Sales | 39,722 | 36,563 | 33,741 | 32,543 | 32,313 | 29,030 | 20,534 | 17,251 |
| 5 *Growth Rate* | *n/a* | *-8.0%* | *-7.7%* | *-3.6%* | *-0.7%* | *-10.2%* | *n/a* | *-16.0%* |
| 6 Material Cost | 11,959 | 11,854 | 11,343 | 11,370 | 11,300 | 10,429 | 6,933 | 6,062 |
| 7 Direct Labor | 3,403 | 3,135 | 2,783 | 2,668 | 2,205 | 1,832 | 1,390 | 1,017 |
| 8 Factory Overhead | 14,764 | 14,779 | 13,564 | 12,768 | 11,645 | 10,445 | 7,444 | 6,244 |
| 9 Total Cost of Sales | 30,126 | 29,768 | 27,690 | 26,806 | 25,150 | 22,706 | 15,767 | 13,323 |
| 10 Gross Profit from Operations | 9,596 | 6,795 | 6,051 | 5,737 | 7,163 | 6,324 | 4,767 | 3,928 |
| 11 Marketing & Sales | 515 | 432 | 459 | 577 | 506 | 483 | 274 | 251 |
| 12 General & Administrative | 1,038 | 831 | 949 | 887 | 789 | 612 | 533 | 356 |
| 13 Total S&A Expenses | 1,553 | 1,263 | 1,408 | 1,464 | 1,295 | 1,095 | 807 | 607 |
| 14 Operating Profit (Loss) | 8,043 | 5,532 | 4,643 | 4,273 | 5,868 | 5,229 | 3,960 | 3,321 |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 8,043 | 5,532 | 4,643 | 4,273 | 5,868 | 5,229 | 3,960 | 3,321 |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | 8,043 | 5,532 | 4,643 | 4,273 | 5,868 | 5,229 | 3,960 | 3,321 |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | 8,043 | 5,532 | 4,643 | 4,273 | 5,868 | 5,229 | 3,960 | 3,321 |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ 8,043 | $ 5,532 | $ 4,643 | $ 4,273 | $ 5,868 | $ 5,229 | $ 3,960 | $ 3,321 |
| 25 EBIT | $ 8,043 | $ 5,532 | $ 4,643 | $ 4,273 | $ 5,868 | $ 5,229 | $ 3,960 | $ 3,321 |
| 26 EBITDA | $ 10,623 | $ 8,180 | $ 7,364 | $ 6,597 | $ 7,845 | $ 7,133 | $ 5,144 | $ 4,432 |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Medical (Rock Hill, SC)**
**Reported Income Statements**

Exhibit A.4

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation — For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 10,686 | $ 10,042 | $ 11,229 | $ 16,167 | $ 16,267 | $ 15,575 | $ 9,772 | $ 9,080 |
| 2 Returns | (118) | (53) | (191) | (129) | (35) | (97) | (26) | (88) |
| 3 Discounts and Allowances | 0 | 0 | 1 | (110) | (29) | 0 | (29) | 0 |
| 4 Net Sales | 10,568 | 9,989 | 11,039 | 15,928 | 16,203 | 15,478 | 9,717 | 8,992 |
| 5 Growth Rate | n/a | -5.5% | 10.5% | 44.3% | 1.7% | -4.5% | n/a | -7.5% |
| 6 Material Cost | 2,115 | 2,216 | 2,443 | 3,097 | 3,451 | 3,591 | 2,061 | 2,201 |
| 7 Direct Labor | 1,529 | 1,430 | 1,639 | 2,152 | 1,967 | 1,522 | 1,336 | 891 |
| 8 Factory Overhead | 5,125 | 4,909 | 5,785 | 7,492 | 7,065 | 6,496 | 4,105 | 3,536 |
| 9 Total Cost of Sales | 8,769 | 8,555 | 9,867 | 12,741 | 12,483 | 11,609 | 7,502 | 6,628 |
| 10 Gross Profit from Operations | 1,799 | 1,434 | 1,172 | 3,187 | 3,720 | 3,869 | 2,215 | 2,364 |
| 11 Marketing & Sales | 360 | 314 | 464 | 385 | 223 | 282 | 137 | 196 |
| 12 General & Administrative | 464 | 450 | 412 | 454 | 843 | 857 | 217 | 231 |
| 13 Total S&A Expenses | 824 | 764 | 876 | 839 | 1,066 | 1,139 | 354 | 427 |
| 14 Operating Profit (Loss) | 975 | 670 | 296 | 2,348 | 2,654 | 2,730 | 1,861 | 1,937 |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 975 | 670 | 296 | 2,348 | 2,654 | 2,730 | 1,861 | 1,937 |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | 975 | 670 | 296 | 2,348 | 2,654 | 2,730 | 1,861 | 1,937 |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | 975 | 670 | 296 | 2,348 | 2,654 | 2,730 | 1,861 | 1,937 |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ 975 | $ 670 | $ 296 | $ 2,348 | $ 2,654 | $ 2,730 | $ 1,861 | $ 1,937 |
| 25 EBIT | $ 975 | $ 670 | $ 296 | $ 2,348 | $ 2,654 | $ 2,730 | $ 1,861 | $ 1,937 |
| 26 EBITDA | $ 1,589 | $ 1,282 | $ 853 | $ 2,828 | $ 3,134 | $ 3,191 | $ 2,140 | $ 2,197 |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Technologies (N. Canton, OH)**
**Reported Income Statements**

Exhibit A.5

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | For the 7 Months Ended | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 6,308 | $ 4,147 | $ 4,294 | $ 3,838 | $ 3,579 | $ 2,769 | $ 2,076 | $ 1,266 |
| 2 Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Net Sales | 6,308 | 4,147 | 4,294 | 3,838 | 3,579 | 2,769 | 2,076 | 1,266 |
| 5 Growth Rate | n/a | -34.3% | 3.5% | -10.6% | -6.7% | -22.6% | n/a | -39.0% |
| 6 Material Cost | 1,067 | 706 | 846 | 701 | 623 | 501 | 362 | 240 |
| 7 Direct Labor | 1,016 | 684 | 654 | 649 | 637 | 508 | 354 | 225 |
| 8 Factory Overhead | 4,234 | 3,221 | 2,947 | 2,642 | 2,692 | 2,378 | 1,546 | 1,232 |
| 9 Total Cost of Sales | 6,317 | 4,611 | 4,447 | 3,992 | 3,952 | 3,387 | 2,262 | 1,697 |
| 10 Gross Profit from Operations | (9) | (464) | (153) | (154) | (373) | (618) | (186) | (431) |
| 11 Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 General & Administrative | 414 | 360 | 275 | 198 | 183 | 208 | 96 | 121 |
| 13 Total S&A Expenses | 414 | 360 | 275 | 198 | 183 | 208 | 96 | 121 |
| 14 Operating Profit (Loss) | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | (423) | (824) | (428) | (352) | (556) | (826) | (282) | (552) |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ (423) | $ (824) | $ (428) | $ (352) | $ (556) | $ (826) | $ (282) | $ (552) |
| 25 EBIT | $ (423) | $ (824) | $ (428) | $ (352) | $ (556) | $ (826) | $ (282) | $ (552) |
| 26 EBITDA | $ 628 | $ 178 | $ 423 | $ 359 | $ (69) | $ (398) | $ 24 | $ (305) |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Eliminations [a]**
**Reported Income Statement**

Exhibit A.6

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ (6,308) | $ (4,147) | $ (4,294) | $ (3,838) | $ (3,579) | $ (2,769) | $ (2,076) | $ (1,266) |
| 2 Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Net Sales | (6,308) | (4,147) | (4,294) | (3,838) | (3,579) | (2,769) | (2,076) | (1,266) |
| 5 *Growth Rate* | *n/a* | *-34.3%* | *3.5%* | *-10.6%* | *-6.7%* | *-22.6%* | *n/a* | *-39.0%* |
| 6 Material Cost | (1,067) | (705) | (846) | (701) | (623) | (501) | (362) | (240) |
| 7 Direct Labor | (1,016) | (684) | (654) | (649) | (637) | (508) | (354) | (225) |
| 8 Factory Overhead | (4,225) | (2,758) | (2,794) | (2,488) | (2,319) | (1,760) | (1,360) | (801) |
| 9 Total Cost of Sales | (6,308) | (4,147) | (4,294) | (3,838) | (3,579) | (2,769) | (2,076) | (1,266) |
| 10 Gross Profit from Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 General & Administrative | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 Total S&A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Operating Profit (Loss) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 25 EBIT | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 26 EBITDA | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

Source: Internal financial statements.
[a] Note: Eliminations relate solely to the sale and expense items of the Technologies division.

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group Consolidated**
**Income Statements**

Exhibit A.7

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation — For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 101,210 | $ 86,951 | $ 77,617 | $ 75,646 | $ 63,120 | $ 51,770 | $ 40,929 | $ 29,579 |
| 2 Returns | (726) | (1,115) | (840) | (824) | (560) | (288) | (406) | (134) |
| 3 Discounts and Allowances | (919) | (952) | (687) | (235) | (155) | (115) | (108) | (69) |
| 4 Net Sales | 99,565 | 84,884 | 76,090 | 74,587 | 62,405 | 51,367 | 40,415 | 29,377 |
| 5 Growth Rate | n/a | -14.7% | -10.4% | -2.0% | -16.3% | -17.7% | n/a | -27.3% |
| 6 Material Cost | 31,986 | 26,545 | 23,147 | 22,444 | 19,102 | 16,321 | 12,170 | 9,389 |
| 7 Direct Labor | 11,945 | 9,733 | 8,744 | 8,487 | 6,260 | 4,475 | 4,213 | 2,428 |
| 8 Factory Overhead | 41,526 | 37,870 | 32,881 | 32,108 | 27,079 | 24,112 | 17,085 | 14,118 |
| 9 Total Cost of Sales | 85,457 | 74,148 | 64,772 | 63,039 | 52,441 | 44,908 | 33,468 | 25,935 |
| 10 Gross Profit from Operations | 14,108 | 10,736 | 11,318 | 11,548 | 9,964 | 6,459 | 6,947 | 3,442 |
| 11 Marketing & Sales | 1,231 | 1,098 | 1,060 | 1,184 | 1,135 | 1,258 | 420 | 543 |
| 12 General & Administrative | 3,012 | 2,604 | 2,616 | 2,389 | 2,423 | 2,288 | 1,232 | 1,097 |
| 13 Total S&A Expenses | 4,243 | 3,702 | 3,676 | 3,573 | 3,558 | 3,546 | 1,652 | 1,640 |
| 14 Operating Profit (Loss) | 9,865 | 7,034 | 7,642 | 7,975 | 6,406 | 2,913 | 5,295 | 1,802 |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 9,865 | 7,034 | 7,642 | 7,975 | 6,406 | 2,913 | 5,295 | 1,802 |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | 9,865 | 7,034 | 7,642 | 7,975 | 6,406 | 2,913 | 5,295 | 1,802 |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | 9,865 | 7,034 | 7,642 | 7,975 | 6,406 | 2,913 | 5,295 | 1,802 |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ 9,865 | $ 7,034 | $ 7,642 | $ 7,975 | $ 6,406 | $ 2,913 | $ 5,295 | $ 1,802 |
| 25 EBIT | $ 9,865 | $ 7,034 | $ 7,642 | $ 7,975 | $ 6,406 | $ 2,913 | $ 5,295 | $ 1,802 |
| 26 EBITDA | $ 16,794 | $ 14,260 | $ 14,097 | $ 13,702 | $ 11,152 | $ 7,294 | $ 8,113 | $ 4,255 |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Metals Group Consolidated**
**Reported Income Statements**

Exhibit A.8

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation – For the 7 Months Ended | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 11,012 | $ 12,156 | $ 11,962 | $ 14,055 | $ 10,804 | $ 8,967 | $ 6,889 | $ 5,052 |
| 2 Returns | (69) | (175) | (153) | (198) | (34) | (21) | (31) | (16) |
| 3 Discounts and Allowances | (155) | (23) | 2 | (36) | (19) | (13) | (11) | (5) |
| 4 Net Sales | 10,788 | 11,958 | 11,811 | 13,821 | 10,751 | 8,933 | 6,847 | 5,029 |
| 5 Growth Rate | n/a | 10.8% | -1.2% | 17.0% | -22.2% | -16.9% | n/a | -26.6% |
| 6 Material Cost | 4,206 | 4,416 | 4,650 | 5,013 | 4,133 | 3,874 | 2,501 | 2,242 |
| 7 Direct Labor | 1,696 | 1,704 | 1,674 | 1,990 | 1,492 | 1,164 | 927 | 599 |
| 8 Factory Overhead | 6,945 | 5,430 | 6,063 | 6,487 | 5,357 | 4,965 | 3,196 | 2,804 |
| 9 Total Cost of Sales | 12,847 | 11,550 | 12,387 | 13,490 | 10,982 | 10,003 | 6,624 | 5,645 |
| 10 Gross Profit from Operations | (2,059) | 408 | (576) | 331 | (231) | (1,070) | 223 | (616) |
| 11 Marketing & Sales | 252 | 372 | 365 | 302 | 309 | 225 | 176 | 92 |
| 12 General & Administrative | 477 | 351 | 304 | 221 | 238 | 201 | 141 | 104 |
| 13 Total S&A Expenses | 729 | 723 | 669 | 523 | 547 | 426 | 317 | 196 |
| 14 Operating Profit (Loss) | (2,788) | (315) | (1,245) | (192) | (778) | (1,496) | (94) | (812) |
| 15 Gain (Loss) on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | (2,788) | (315) | (1,245) | (192) | (778) | (1,496) | (94) | (812) |
| 18 Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 Earnings Before Taxes | (2,788) | (315) | (1,245) | (192) | (778) | (1,496) | (94) | (812) |
| 20 Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | (2,788) | (315) | (1,245) | (192) | (778) | (1,496) | (94) | (812) |
| 23 Income (Loss) from Discontinued Operations | (2,967) | 644 | 0 | 0 | (162) | (129) | (72) | (39) |
| 24 Net Income | $ (5,755) | $ 329 | $ (1,245) | $ (192) | $ (940) | $ (1,625) | $ (166) | $ (851) |
| 25 EBIT | $ (2,788) | $ (315) | $ (1,245) | $ (192) | $ (778) | $ (1,496) | $ (94) | $ (812) |
| 26 EBITDA | $ (1,312) | $ 823 | $ (425) | $ 490 | $ (242) | $ (1,026) | $ 239 | $ (545) |

Source: Internal financial statements

# HISTORICAL INCOME STATEMENTS BY DIVISION

**Lexington Precision Corporation**
**Corporate Overhead (New York, NY)**
**Reported Income Statements**

Exhibit A.9

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended | LTM Calculation — For the 7 Months Ended | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 | 7/31/2008 | 7/31/2009 |
| 1 Gross Sales | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 2 Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Discounts and Allowances | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Net Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Growth Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 6 Material Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Direct Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Factory Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Total Cost of Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 Gross Profit from Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 Marketing & Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 General & Administrative | 2,411 | 2,322 | 2,313 | 3,108 | 7,413 | 7,241 | 4,294 | 4,122 |
| 13 Total S&A Expenses | 2,411 | 2,322 | 2,313 | 3,108 | 7,413 | 7,241 | 4,294 | 4,122 |
| 14 Operating Profit (Loss) | (2,411) | (2,322) | (2,313) | (3,108) | (7,413) | (7,241) | (4,294) | (4,122) |
| 15 Gain (Loss) on Repurchase of Debt | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Total Other Income (Expense) | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 EBIT | 6,187 | (2,245) | (2,313) | (3,108) | (7,413) | (7,241) | (4,294) | (4,122) |
| 18 Interest Expense | (8,903) | (9,200) | (10,943) | (11,339) | (8,609) | (7,609) | (5,336) | (4,336) |
| 19 Earnings Before Taxes | (2,716) | (11,445) | (13,256) | (14,447) | (16,022) | (14,850) | (9,630) | (8,458) |
| 20 Income Taxes | 196 | 299 | (18) | (6) | (48) | (38) | (31) | (21) |
| 21 Cumulative Effect of a Change in Accounting Principle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Net Income from Continuing Operations | (2,520) | (11,146) | (13,274) | (14,453) | (16,070) | (14,888) | (9,661) | (8,479) |
| 23 Income (Loss) from Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Net Income | $ (2,520) | $ (11,146) | $ (13,274) | $ (14,453) | $ (16,070) | $ (14,888) | $ (9,661) | $ (8,479) |
| 25 EBIT | $ 6,187 | $ (2,245) | $ (2,313) | $ (3,108) | $ (7,413) | $ (7,241) | $ (4,294) | $ (4,122) |
| 26 EBITDA | $ 6,226 | $ (2,235) | $ (2,293) | $ (3,080) | $ (7,362) | $ (7,188) | $ (4,265) | $ (4,091) |

Source: Internal financial statements