# EXHIBIT F

# HISTORICAL CONSOLIDATED INCOME STATEMENT OF THE DEBTORS

# Historical Consolidated Income Statements

## HISTORICAL CONSOLIDATED INCOME STATEMENTS

Lexington Precision Corporation
Lexington Precision Corporation - Consolidated
Income Statements

Exhibit B.1

*In Thousands of U.S. Dollars*

| | | | For the Fiscal Year Ended | | | | 12 Months Ended 7/31/2009 | LTM Calculation For the 7 Months Ended | |
|---|---|---|---|---|---|---|---|---|---|
| | | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | | 7/31/2008 | 7/31/2009 |
| 1 | **Net Sales** | $ 99,565 | $ 84,884 | $ 76,090 | $ 74,587 | $ 62,405 | $ 51,367 | $ 40,415 | $ 29,377 |
| 2 | *Growth Rate* | n/a | -14.7% | -10.4% | -2.0% | -16.3% | -17.7% | n/a | -27.3% |
| 3 | Material Cost | 31,986 | 26,545 | 23,147 | 22,444 | 19,102 | 16,321 | 12,170 | 9,389 |
| 4 | Direct Labor | 11,945 | 9,733 | 8,744 | 8,487 | 6,260 | 4,475 | 4,213 | 2,428 |
| 5 | Factory Overhead | 41,526 | 37,870 | 32,881 | 32,108 | 27,079 | 24,112 | 17,085 | 14,118 |
| 6 | **Total Cost of Sales** | 85,457 | 74,148 | 64,772 | 63,039 | 52,441 | 44,908 | 33,468 | 25,935 |
| 7 | **Gross Profit from Operations** | 14,108 | 10,736 | 11,318 | 11,548 | 9,964 | 6,459 | 6,947 | 3,442 |
| 8 | Marketing & Sales | 1,231 | 1,098 | 1,060 | 1,184 | 1,135 | 1,258 | 420 | 543 |
| 9 | General & Administrative | 5,423 | 4,926 | 4,929 | 5,497 | 9,836 | 9,529 | 5,526 | 5,219 |
| 10 | **Total S&A Expenses** | 6,654 | 6,024 | 5,989 | 6,681 | 10,971 | 10,787 | 5,946 | 5,762 |
| 11 | **Operating Profit (Loss)** | 7,454 | 4,712 | 5,329 | 4,867 | (1,007) | (4,328) | 1,001 | (2,320) |
| 12 | Gain (Loss) on Repurchase of Debt | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | **Total Other Income (Expense)** | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | **EBIT** | 16,052 | 4,789 | 5,329 | 4,867 | (1,007) | (4,328) | 1,001 | (2,320) |
| 15 | Interest Expense | (8,903) | (9,200) | (10,943) | (11,339) | (8,609) | (7,609) | (5,336) | (4,336) |
| 16 | **Earnings Before Taxes** | 7,149 | (4,411) | (5,614) | (6,472) | (9,616) | (11,937) | (4,335) | (6,656) |
| 17 | Income Taxes | 196 | 299 | (18) | (6) | (48) | (38) | (31) | (21) |
| 18 | **Net Income from Continuing Operations** | 7,345 | (4,112) | (5,632) | (6,478) | (9,664) | (11,975) | (4,366) | (6,677) |
| 19 | Income (Loss) from Discontinued Operations | (2,967) | 644 | (472) | (289) | (162) | (129) | (72) | (39) |
| 20 | **Net Income** | $ 4,378 | $ (3,468) | $ (6,104) | $ (6,767) | $ (9,826) | $ (12,104) | $ (4,438) | $ (6,716) |
| 21 | EBIT | $ 16,052 | $ 4,789 | $ 5,329 | $ 4,867 | $ (1,007) | $ (4,328) | $ 1,001 | $ (2,320) |
| 22 | EBITDA | $ 23,020 | $ 12,025 | $ 11,804 | $ 10,622 | $ 3,790 | $ 106 | $ 3,848 | $ 164 |

Source: Internal financial statements
Note: Consolidated statements reflect the Rubber Group and Corporate