# EXHIBIT I

# HISTORICAL BALANCE SHEETS OF THE DEBTORS BY DIVISION

# Historical Balance Sheets by Division

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Connector Seals (Vienna, OH)**
**Reported Balance Sheets**

Exhibit E.1

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | 7/31/2009 [a] |
|---|---:|---:|---:|---:|---:|---:|
| 1 Cash and Marketable Securities | $ 13 | $ 2 | $ 5 | $ 2 | $ 2 | $ 2 |
| 2 Accounts Receivable | 7,493 | 3,596 | 3,032 | 2,450 | 789 | 549 |
| 3 Inventories | 3,410 | 1,855 | 2,086 | 2,027 | 2,045 | 652 |
| 4 Prepaid Expenses and Other Current Assets | 522 | 309 | 176 | 53 | 163 | 126 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 **Total Current Assets** | **11,438** | **5,762** | **5,299** | **4,532** | **2,999** | **1,329** |
| 8 Land | 337 | 146 | 146 | 146 | 146 | 146 |
| 9 Buildings | 4,738 | 2,590 | 2,590 | 2,589 | 2,590 | 2,590 |
| 10 Machinery and Equipment | 30,670 | 22,428 | 22,754 | 22,972 | 26,355 | 15,954 |
| 11 Less: Accumulated Depreciation | (24,252) | (19,683) | (21,074) | (22,232) | (25,023) | (16,228) |
| 12 **Net Plant and Equipment** | **11,493** | **5,481** | **4,416** | **3,475** | **4,068** | **2,462** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 703 | 645 | 477 | 346 | 357 | 0 |
| 17 **Total Other Assets** | **703** | **645** | **477** | **346** | **357** | **0** |
| 18 **Total Assets** | **$ 23,634** | **$ 11,888** | **$ 10,192** | **$ 8,353** | **$ 7,424** | **$ 3,791** |
| 19 Accounts Payable | $ 3,196 | $ 2,673 | $ 1,362 | $ 1,083 | $ 1,252 | $ 1,124 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 1,462 | 1,232 | 1,239 | 1,164 | 1,100 | 1,027 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **4,658** | **3,905** | **2,601** | **2,247** | **2,352** | **2,151** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Other Long-Term Liabilities | 109 | 3 | 31 | 15 | 17 | 0 |
| 31 Intercompany Payables, Due To (From) | 18,867 | 7,980 | 7,560 | 6,091 | 5,055 | 1,640 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **18,976** | **7,983** | **7,591** | **6,106** | **5,072** | **1,640** |
| 34 **Total Liabilities** | **23,634** | **11,888** | **10,192** | **8,353** | **7,424** | **3,791** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 23,634** | **$ 11,888** | **$ 10,192** | **$ 8,353** | **$ 7,424** | **$ 3,791** |

Source: Internal financial statements
[a] Includes results for the LSR division.

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group – LSR (N. Canton/Vienna, OH)**
**Reported Balance Sheets**

Exhibit E.2

*In Thousands of U.S. Dollars*

| | | | | As of | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 [a] | 7/31/2009 [a] |
| 1 Cash and Marketable Securities | $ 0 | $ 0 | $ 1 | $ 1 | n/a | n/a |
| 2 Accounts Receivable | 0 | 357 | 147 | 237 | n/a | n/a |
| 3 Inventories | 0 | 438 | 429 | 312 | n/a | n/a |
| 4 Prepaid Expenses and Other Current Assets | 0 | 105 | 37 | 21 | n/a | n/a |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | n/a | n/a |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | n/a | n/a |
| 7 **Total Current Assets** | **0** | **900** | **614** | **571** | **n/a** | **n/a** |
| 8 Land | 0 | 0 | 0 | 0 | n/a | n/a |
| 9 Buildings | 0 | 27 | 27 | 27 | n/a | n/a |
| 10 Machinery and Equipment | 0 | 3,218 | 3,425 | 3,845 | n/a | n/a |
| 11 Less: Accumulated Depreciation | 0 | (1,477) | (1,878) | (2,375) | n/a | n/a |
| 12 **Net Plant and Equipment** | **0** | **1,768** | **1,574** | **1,497** | **n/a** | **n/a** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | n/a | n/a |
| 14 Goodwill | 0 | 0 | 0 | 0 | n/a | n/a |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | n/a | n/a |
| 16 Other Assets | 0 | 33 | 41 | 1 | n/a | n/a |
| 17 **Total Other Assets** | **0** | **33** | **41** | **1** | **n/a** | **n/a** |
| 18 **Total Assets** | **$ 0** | **$ 2,701** | **$ 2,229** | **$ 2,069** | **n/a** | **n/a** |
| 19 Accounts Payable | $ 0 | $ 309 | $ 158 | $ 116 | n/a | n/a |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | n/a | n/a |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | n/a | n/a |
| 22 Accrued Operating Expenses | 0 | 41 | 50 | 62 | n/a | n/a |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | n/a | n/a |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | n/a | n/a |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | n/a | n/a |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | n/a | n/a |
| 27 **Total Current Liabilities** | **0** | **350** | **208** | **178** | **n/a** | **n/a** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | n/a | n/a |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | n/a | n/a |
| 30 Other Long-Term Liabilities | 0 | 43 | 11 | 0 | n/a | n/a |
| 31 Intercompany Payables, Due To (From) | 0 | 2,308 | 2,010 | 1,891 | n/a | n/a |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | n/a | n/a |
| 33 **Total Long-Term Liabilities** | **0** | **2,351** | **2,021** | **1,891** | **n/a** | **n/a** |
| 34 **Total Liabilities** | **0** | **2,701** | **2,229** | **2,069** | **n/a** | **n/a** |
| 35 Common Stock | 0 | 0 | 0 | 0 | n/a | n/a |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | n/a | n/a |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | n/a | n/a |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **n/a** | **n/a** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 0** | **$ 2,701** | **$ 2,229** | **$ 2,069** | **n/a** | **n/a** |

Source: Internal financial statements
[a] In January of 2008, LSR's operations were transferred to the Vienna, Ohio facility. As such, results for LSR after January 2008 are presented in the Connector Seals Group financial information.

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Insulators (Jasper, GA)**
**Reported Balance Sheets**

Exhibit E.3

*In Thousands of U.S. Dollars*

| | | | | As of | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
| 1 Cash and Marketable Securities | $ 43 | $ 43 | $ 42 | $ 42 | $ 21 | $ 20 |
| 2 Accounts Receivable | 4,739 | 4,552 | 3,632 | 3,926 | 2,819 | 3,581 |
| 3 Inventories | 2,533 | 2,612 | 3,004 | 3,231 | 4,311 | 3,472 |
| 4 Prepaid Expenses and Other Current Assets | 512 | 384 | 323 | 333 | 519 | 754 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 **Total Current Assets** | **7,827** | **7,591** | **7,001** | **7,532** | **7,670** | **7,827** |
| 8 Land | 884 | 884 | 901 | 942 | 1,380 | 1,420 |
| 9 Buildings | 2,663 | 2,666 | 2,666 | 2,650 | 2,658 | 2,678 |
| 10 Machinery and Equipment | 35,238 | 40,509 | 40,782 | 39,857 | 41,399 | 44,226 |
| 11 Less: Accumulated Depreciation | (29,657) | (34,588) | (36,935) | (37,227) | (39,515) | (42,442) |
| 12 **Net Plant and Equipment** | **9,128** | **9,471** | **7,414** | **6,222** | **5,922** | **5,882** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 28 | 7 | 84 | 93 | 36 | 52 |
| 17 **Total Other Assets** | **28** | **7** | **84** | **93** | **36** | **52** |
| 18 **Total Assets** | **$ 16,983** | **$ 17,069** | **$ 14,499** | **$ 13,847** | **$ 13,628** | **$ 13,761** |
| 19 Accounts Payable | $ 3,239 | $ 3,340 | $ 1,921 | $ 2,255 | $ 2,855 | $ 3,162 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 751 | 907 | 366 | 456 | 521 | 720 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **3,990** | **4,247** | **2,287** | **2,711** | **3,376** | **3,882** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 188 | 181 | 182 | 170 | 170 | 151 |
| 30 Other Long-Term Liabilities | 47 | 17 | 0 | 0 | 0 | 12 |
| 31 Intercompany Payables, Due To (From) | 12,758 | 12,624 | 12,030 | 10,966 | 10,082 | 9,716 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **12,993** | **12,822** | **12,212** | **11,136** | **10,252** | **9,879** |
| 34 **Total Liabilities** | **16,983** | **17,069** | **14,499** | **13,847** | **13,628** | **13,761** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 16,983** | **$ 17,069** | **$ 14,499** | **$ 13,847** | **$ 13,628** | **$ 13,761** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Medical (Rock Hill, SC)**
**Reported Balance Sheets**

Exhibit E.4

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|
| 1 Cash and Marketable Securities | $ 1 | $ 2 | $ 1 | $ 5 | $ 3 | $ 5 |
| 2 Accounts Receivable | 1,145 | 2,135 | 1,422 | 2,348 | 1,590 | 1,995 |
| 3 Inventories | 1,145 | 1,168 | 1,251 | 1,401 | 1,570 | 1,688 |
| 4 Prepaid Expenses and Other Current Assets | 161 | (415) | 350 | 78 | 1,124 | 826 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 **Total Current Assets** | **2,452** | **2,890** | **3,024** | **3,832** | **4,287** | **4,514** |
| 8 Land | 169 | 169 | 169 | 169 | 169 | 169 |
| 9 Buildings | 2,290 | 2,291 | 2,327 | 2,304 | 2,322 | 2,322 |
| 10 Machinery and Equipment | 6,826 | 8,300 | 8,628 | 8,604 | 8,864 | 14,262 |
| 11 Less: Accumulated Depreciation | (6,257) | (7,887) | (8,465) | (8,609) | (9,170) | (13,950) |
| 12 **Net Plant and Equipment** | **3,028** | **2,873** | **2,659** | **2,468** | **2,185** | **2,803** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 14 | 71 | 55 | 57 | 118 | 371 |
| 17 **Total Other Assets** | **14** | **71** | **55** | **57** | **118** | **371** |
| 18 **Total Assets** | **$ 5,494** | **$ 5,834** | **$ 5,738** | **$ 6,357** | **$ 6,590** | **$ 7,688** |
| 19 Accounts Payable | $ 414 | $ 408 | $ 352 | $ 620 | $ 1,117 | $ 827 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 303 | 496 | 438 | 363 | 625 | 463 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **717** | **904** | **790** | **983** | **1,742** | **1,290** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Other Long-Term Liabilities | 26 | 23 | 138 | 161 | 127 | 191 |
| 31 Intercompany Payables, Due To (From) | 4,751 | 4,907 | 4,810 | 5,213 | 4,721 | 6,207 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **4,777** | **4,930** | **4,948** | **5,374** | **4,848** | **6,398** |
| 34 **Total Liabilities** | **5,494** | **5,834** | **5,738** | **6,357** | **6,590** | **7,688** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 5,494** | **$ 5,834** | **$ 5,738** | **$ 6,357** | **$ 6,590** | **$ 7,688** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Technologies (N. Canton, OH)**
Reported Balance Sheets

Exhibit E.5

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|
| 1 Cash and Marketable Securities | $ 9 | $ 2 | $ 1 | $ 1 | $ 1 | $ 5 |
| 2 Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Inventories | 431 | 281 | 210 | 297 | 167 | 258 |
| 4 Prepaid Expenses and Other Current Assets | 129 | 78 | 76 | 67 | 78 | 75 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 **Total Current Assets** | **569** | **361** | **287** | **365** | **246** | **338** |
| 8 Land | 439 | 439 | 439 | 439 | 439 | 439 |
| 9 Buildings | 3,405 | 3,442 | 3,442 | 3,442 | 3,442 | 3,442 |
| 10 Machinery and Equipment | 10,180 | 10,243 | 10,578 | 10,078 | 9,844 | 9,811 |
| 11 Less: Accumulated Depreciation | (7,968) | (9,188) | (9,971) | (10,337) | (10,788) | (11,002) |
| 12 **Net Plant and Equipment** | **6,056** | **4,936** | **4,488** | **3,622** | **2,937** | **2,690** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 18 | 0 | 0 | 0 | 0 | 0 |
| 17 **Total Other Assets** | **18** | **0** | **0** | **0** | **0** | **0** |
| 18 **Total Assets** | **$ 6,643** | **$ 5,297** | **$ 4,775** | **$ 3,987** | **$ 3,183** | **$ 3,028** |
| 19 Accounts Payable | $ 620 | $ 446 | $ 383 | $ 279 | $ 342 | $ 356 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 320 | 292 | 136 | 93 | 205 | 176 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **940** | **738** | **519** | **372** | **547** | **532** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Other Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 Intercompany Payables, Due To (From) | 5,703 | 4,559 | 4,256 | 3,615 | 2,636 | 2,496 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **5,703** | **4,559** | **4,256** | **3,615** | **2,636** | **2,496** |
| 34 **Total Liabilities** | **6,643** | **5,297** | **4,775** | **3,987** | **3,183** | **3,028** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 6,643** | **$ 5,297** | **$ 4,775** | **$ 3,987** | **$ 3,183** | **$ 3,028** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group - Reclassification**
**Reported Balance Sheet**

Exhibit E.6

*In Thousands of U.S. Dollars*

| | | 12/31/2004 | 12/31/2005 | 12/31/2006 | As of 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|---|
| 1 | Cash and Marketable Securities | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 2 | Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Inventories | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Prepaid Expenses and Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | **Total Current Assets** | **0** | **0** | **0** | **0** | **0** | **0** |
| 8 | Land | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Buildings | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Machinery and Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | Less: Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | **Net Plant and Equipment** | **0** | **0** | **0** | **0** | **0** | **0** |
| 13 | Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| 15 | Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Other Assets | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | **Total Other Assets** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** |
| 18 | **Total Assets** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** |
| 19 | Accounts Payable | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 20 | Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | Accrued Operating Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | **Total Current Liabilities** | **0** | **0** | **0** | **0** | **0** | **0** |
| 28 | Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | Other Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | Intercompany Payables, Due To (From) | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| 32 | Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 | **Total Long-Term Liabilities** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** |
| 34 | **Total Liabilities** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** | **7,623** |
| 35 | Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 | Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 | **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 | **Total Liabilities & Stockholders' Equity** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** | **$ 7,623** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Rubber Group Consolidated**
**Reported Balance Sheets**

Exhibit E.7

*In Thousands of U.S. Dollars*

As of

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---:|---:|---:|---:|---:|---:|
| 1 Cash and Marketable Securities | $ 66 | $ 49 | $ 50 | $ 51 | $ 27 | $ 32 |
| 2 Accounts Receivable | 13,377 | 10,640 | 8,233 | 8,961 | 5,198 | 6,125 |
| 3 Inventories | 7,519 | 6,354 | 6,980 | 7,268 | 8,093 | 6,070 |
| 4 Prepaid Expenses and Other Current Assets | 1,324 | 461 | 962 | 552 | 1,884 | 1,781 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 **Total Current Assets** | 22,286 | 17,504 | 16,225 | 16,832 | 15,202 | 14,008 |
| 8 Land | 1,829 | 1,638 | 1,655 | 1,696 | 2,134 | 2,174 |
| 9 Buildings | 13,096 | 11,016 | 11,052 | 11,012 | 11,012 | 11,032 |
| 10 Machinery and Equipment | 82,914 | 84,698 | 86,167 | 85,356 | 86,462 | 84,253 |
| 11 Less: Accumulated Depreciation | (68,134) | (72,823) | (78,323) | (80,780) | (84,496) | (83,622) |
| 12 **Net Plant and Equipment** | 29,705 | 24,529 | 20,551 | 17,284 | 15,112 | 13,837 |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 763 | 756 | 657 | 497 | 511 | 423 |
| 17 **Total Other Assets** | 8,386 | 8,379 | 8,280 | 8,120 | 8,134 | 8,046 |
| 18 **Total Assets** | $ 60,377 | $ 50,412 | $ 45,056 | $ 42,236 | $ 38,448 | $ 35,891 |
| 19 Accounts Payable | $ 7,469 | $ 7,176 | $ 4,176 | $ 4,353 | $ 5,566 | $ 5,469 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 2,836 | 2,968 | 2,229 | 2,138 | 2,451 | 2,386 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | 10,305 | 10,144 | 6,405 | 6,491 | 8,017 | 7,855 |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 188 | 181 | 182 | 170 | 170 | 151 |
| 30 Other Long-Term Liabilities | 182 | 86 | 180 | 176 | 144 | 203 |
| 31 Intercompany Payables, Due To (From) | 49,702 | 40,001 | 38,289 | 35,399 | 30,117 | 27,682 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | 50,072 | 40,268 | 38,651 | 35,745 | 30,431 | 28,036 |
| 34 **Total Liabilities** | 60,377 | 50,412 | 45,056 | 42,236 | 38,448 | 35,891 |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 **Total Liabilities & Stockholders' Equity** | $ 60,377 | $ 50,412 | $ 45,056 | $ 42,236 | $ 38,448 | $ 35,891 |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Metals Group Consolidated**
**Reported Balance Sheets**

Exhibit E.8

*In Thousands of U.S. Dollars*

| | | | | As of | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
| 1  Cash and Marketable Securities | $ 2 | $ 3 | $ 2 | $ 1 | $ 2 | $ 1 |
| 2  Accounts Receivable | 1,945 | 2,061 | 1,619 | 2,020 | 1,607 | 956 |
| 3  Inventories | 1,272 | 1,430 | 1,807 | 2,062 | 2,512 | 2,061 |
| 4  Prepaid Expenses and Other Current Assets | 316 | 250 | 314 | 343 | 295 | 568 |
| 5  Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6  Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7  **Total Current Assets** | **3,535** | **3,744** | **3,742** | **4,426** | **4,416** | **3,586** |
| 8  Land | 245 | 121 | 121 | 121 | 121 | 121 |
| 9  Buildings | 6,354 | 2,302 | 2,316 | 2,325 | 2,330 | 2,338 |
| 10 Machinery and Equipment | 24,778 | 24,273 | 24,770 | 25,280 | 25,170 | 25,187 |
| 11 Less: Accumulated Depreciation | (25,040) | (22,749) | (23,569) | (24,251) | (24,371) | (24,630) |
| 12 **Net Plant and Equipment** | **6,337** | **3,947** | **3,638** | **3,475** | **3,250** | **3,016** |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 0 | 1 | 1 | 62 | 34 | 21 |
| 17 **Total Other Assets** | **0** | **1** | **1** | **62** | **34** | **21** |
| 18 **Total Assets** | **$ 9,872** | **$ 7,692** | **$ 7,381** | **$ 7,963** | **$ 7,700** | **$ 6,623** |
| 19 Accounts Payable | $ 1,331 | $ 1,079 | $ 1,069 | $ 1,538 | $ 1,249 | $ 1,418 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 520 | 412 | 392 | 433 | 408 | 497 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **1,851** | **1,491** | **1,461** | **1,971** | **1,657** | **1,915** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 66 | 67 | 78 | 88 | 104 | 87 |
| 30 Other Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 Intercompany Payables, Due To (From) | 7,955 | 6,134 | 5,842 | 5,904 | 5,939 | 4,621 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **8,021** | **6,201** | **5,920** | **5,992** | **6,043** | **4,708** |
| 34 **Total Liabilities** | **9,872** | **7,692** | **7,381** | **7,963** | **7,700** | **6,623** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 9,872** | **$ 7,692** | **$ 7,381** | **$ 7,963** | **$ 7,700** | **$ 6,623** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Discontinued Operations**
**Reported Balance Sheets**

Exhibit E.9

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|
| 1 Cash and Marketable Securities | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 2 Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Inventories | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Prepaid Expenses and Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Current Assets of Discontinued Operations | 0 | 254 | 101 | 10 | 7 | 30 |
| 7 **Total Current Assets** | **0** | **254** | **101** | **10** | **7** | **30** |
| 8 Land | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Buildings | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 Machinery and Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 Less: Accumulated Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 **Net Plant and Equipment** | **0** | **0** | **0** | **0** | **0** | **0** |
| 13 **Plant and Equipment of Discontinued Operations** | **0** | **1,474** | **1,418** | **1,338** | **1,231** | **1,168** |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 Other Assets | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 **Total Other Assets** | **0** | **0** | **0** | **0** | **0** | **0** |
| 18 **Total Assets** | **$ 0** | **$ 1,728** | **$ 1,519** | **$ 1,348** | **$ 1,238** | **$ 1,198** |
| 19 Accounts Payable | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| 20 Accrued Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 Accrued Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 Accrued Operating Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 Short-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 Current Portion of Long-Term Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 485 | 221 | 241 | 255 | 325 |
| 27 **Total Current Liabilities** | **0** | **485** | **221** | **241** | **255** | **325** |
| 28 Long-Term Debt, Net of Current Portion | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Other Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 Intercompany Payables, Due To (From) | 0 | 1,243 | 1,298 | 1,107 | 983 | 873 |
| 32 Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| 33 **Total Long-Term Liabilities** | **0** | **1,243** | **1,298** | **1,107** | **983** | **873** |
| 34 **Total Liabilities** | **0** | **1,728** | **1,519** | **1,348** | **1,238** | **1,198** |
| 35 Common Stock | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 Additional Paid-in Capital | 0 | 0 | 0 | 0 | 0 | 0 |
| 37 Accumulated Deficit | 0 | 0 | 0 | 0 | 0 | 0 |
| 38 **Total Shareholders' Equity (Deficit)** | **0** | **0** | **0** | **0** | **0** | **0** |
| 39 **Total Liabilities & Stockholders' Equity** | **$ 0** | **$ 1,728** | **$ 1,519** | **$ 1,348** | **$ 1,238** | **$ 1,198** |

Source: Internal financial statements

# HISTORICAL BALANCE SHEETS BY DIVISION

**Lexington Precision Corporation**
**Corporate Overhead (New York, NY)**
**Reported Balance Sheets**

Exhibit E.10

*In Thousands of U.S. Dollars*

| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---|---|---|---|---|
| 1  Cash and Marketable Securities | $ (51) | $ (39) | $ (17) | $ 374 | $ 5,549 | $ 3,897 |
| 2  Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 |
| 3  Inventories | 0 | 0 | 0 | 0 | 0 | 0 |
| 4  Prepaid Expenses and Other Current Assets | 25 | (95) | (203) | 137 | 165 | 356 |
| 5  Deferred Income Taxes | 1,090 | 1,028 | 374 | 98 | 98 | 0 |
| 6  Current Assets of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 7  **Total Current Assets** | **1,064** | **894** | **154** | **609** | **5,812** | **4,253** |
| 8  Land | 0 | 0 | 0 | 0 | 0 | 0 |
| 9  Buildings | 0 | 0 | 0 | 0 | 36 | 36 |
| 10 Machinery and Equipment | 269 | 273 | 43 | 33 | 101 | 101 |
| 11 Less: Accumulated Depreciation | (254) | (262) | (6) | 87 | (60) | (83) |
| 12 **Net Plant and Equipment** | **15** | **11** | **37** | (25) | **77** | **54** |
| | | | | **95** | | |
| 13 Plant and Equipment of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 Deferred Financing Expenses | 2,174 | 1,311 | 0 | 37 | 0 | 0 |
| 16 Other Assets | 99 | 295 | 293 | 79 | 79 | 72 |
| 17 **Total Other Assets** | **2,273** | **1,606** | **293** | **116** | **79** | **72** |
| 18 **Total Assets** | $ **3,352** | $ **2,511** | $ **484** | $ **820** | $ **5,968** | $ **4,379** |
| 19 Accounts Payable | $ 953 | $ 798 | $ 1,125 | $ 667 | $ 1,581 | $ 1,574 |
| 20 Accrued Income Taxes | (15) | (44) | (39) | (43) | 5 | 25 |
| 21 Accrued Interest Expense | 975 | 849 | 2,130 | 7,954 | 13,421 | 16,664 |
| 22 Accrued Operating Expenses | 1,498 | 1,365 | 1,207 | 1,404 | 1,234 | 1,051 |
| 23 Short-Term Debt | 14,667 | 11,979 | 8,369 | 10,632 | 18,219 | 18,219 |
| 24 Current Portion of Long-Term Debt | 4,749 | 14,025 | 61,332 | 58,454 | 55,156 | 53,893 |
| 25 Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 Current Liabilities of Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 **Total Current Liabilities** | **22,827** | **28,972** | **74,124** | **79,068** | **89,616** | **91,426** |
| 28 Long-Term Debt, Net of Current Portion | 58,949 | 41,545 | 406 | 5 | 0 | 0 |
| 29 Long-Term Portion of Post-Retirement Obligation | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 Other Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 Intercompany Payables, Due To (From) | (61,639) | (47,378) | (45,429) | (42,410) | (37,039) | (33,176) |
| 32 Deferred Income Taxes | 1,090 | 1,028 | 374 | 98 | 98 | 0 |
| 33 **Total Long-Term Liabilities** | **(1,600)** | **(4,805)** | **(44,649)** | **(42,307)** | **(36,941)** | **(33,176)** |
| 34 **Total Liabilities** | **21,227** | **24,167** | **29,475** | **36,761** | **52,675** | **58,250** |
| 35 Common Stock | 1,233 | 1,233 | 1,235 | 1,238 | 1,242 | 1,245 |
| 36 Additional Paid-in Capital | 13,169 | 13,169 | 13,181 | 13,187 | 13,197 | 13,202 |
| 37 Accumulated Deficit | (32,277) | (36,058) | (43,407) | (50,366) | (61,146) | (68,318) |
| 38 **Total Shareholders' Equity (Deficit)** | **(17,875)** | **(21,656)** | **(28,991)** | **(35,941)** | **(46,707)** | **(53,871)** |
| 39 **Total Liabilities & Stockholders' Equity** | $ **3,352** | $ **2,511** | $ **484** | $ **820** | $ **5,968** | $ **4,379** |

Source: Internal financial statements