# EXHIBIT M

# SCHEDULE OF USES OF FUNDS

## Uses of Funds (in thousands of dollars)

| | |
|---|---:|
| DIP Loan | $ 4,000 |
| 503 (b) 9 Claims | 1,286 |
| US Trustee Fees/Other Priority Claims | 510 |
| Professional Fees | 1,400 |
| Administrative Expense Reserve | 800 |
| Excess Cash | 2,000 |
| **Total** | **$ 9,996** |