Hearing Date: October 6, 2009 at 2:00 p.m.
Objection Deadline: October 1, 2009 at 4:00 p.m.

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :    Case No. 08-11153 (MG)
                                                :
                                                :
                Debtors.                        :
-----------------------------------------------------------x

**NOTICE OF FILING OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' (I) PROPOSED AMENDED JOINT CHAPTER 11 PLAN
FOR THE DEBTORS AND (II) PROPOSED AMENDED DISCLOSURE
STATEMENT IN RESPECT OF THE COMMITTEE'S PROPOSED
AMENDED JOINT CHAPTER 11 PLAN FOR THE DEBTORS**

**PLEASE TAKE NOTICE** that on **September 25, 2009**, the Official Committee of

Unsecured Creditors (the "Committee") filed (i) a Proposed Amended Joint Chapter 11 Plan for

the Debtors (the "Amended Plan") and (ii) a Proposed Amended Disclosure Statement in respect

of its Proposed Amended Joint Chapter 11 Plan for the Debtors (the "Amended Disclosure

Statement"). As previously provided in the Notice of Hearing filed by the Committee on

September 11, 2009, on **October 6, 2009 at 2:00 p.m.** (the "Hearing Date") a hearing will be

held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States

1

NYC:198199.2

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, to consider the Motion of the Official Committee of Unsecured Creditors (the "Committee") for an Order (i) approving the Amended Disclosure Statement, (ii) approving Solicitation Procedures, and (iii) setting hearing and establishing notice and objection procedures for confirmation (the "Motion").[1] **Copies of the Amended Plan and the Amended Disclosure Statement have been provided to all parties who have filed a notice of appearance and request for service in these cases. If you have not been provided with copies of such documents and want to receive copies, please contact the undersigned counsel to the Committee and you will promptly be provided with all of such documents.**

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; (c) set forth the name of the objecting party, the objection and the specific grounds therefor; and (d) and be filed with the Bankruptcy Court no later than **October 1, 2009, at 4:00 p.m.** In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objection and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the Chambers of Judge Martin Glenn at the address set forth above. All objections and responses must be served so as to be received no later than **October 1, 2009, at 4:00 p.m.** upon: (a) counsel to the Committee, Andrews Kurth LLP, 450 Lexington Avenue,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

2

15th Floor, New York, New York 10017 (Attn: Paul Silverstein and Jonathan Levine); (b) counsel to Capital Source Finance LLC and CSE Mortgage LLC, as Agents, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: John C. Tishler); (c) the Debtors, Lexington Precision Corporation, 800 Third Avenue, 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (d) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Victoria Vron); (e) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); and (f) counsel to the Debtors' postpetition agents, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

**PLEASE TAKE FURTH NOTICE THAT** the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court on the Hearing Date.

Dated: September 25, 2009
      New York, New York

                               **ANDREWS KURTH LLP**

                               By: /s/ Paul N. Silverstein
                                  Paul N. Silverstein (PS-5098)
                                  Jonathan Levine (JL-9674)
                                  450 Lexington Avenue
                                  New York, New York 10017
                                  Telephone: (212) 850-2800
                                  Fax: (212) 850- 2929

                                  Counsel to the Official
                                  Committee of Unsecured Creditors

NYC:198199.2