# EXHIBIT G

# ADJUSTMENTS TO CONSOLIDATED INCOME STATEMENTS OF THE DEBTORS

# Adjustments to Consolidated Income Statements

# ADJUSTMENTS TO CONSOLIDATED INCOME STATEMENTS

**Lexington Precision Corporation**
**Financial Statements**
**Adjustments to Consolidated Income Statements**

Exhibit C.1

| In Thousands of U.S. Dollars | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12 Months Ended 7/31/2009 |
|---|---|---|---|---|---|---|
| **5a** LaGrange Closing [a] | $ (1,194) | $ (348) | $ 0 | $ 0 | $ 0 | $ 0 |
| **5b** Equipment Moves [b] | 0 | 0 | 0 | (56) | (213) | (617) |
| **5c** Rock Hill Fire [c] | 0 | 0 | 0 | 0 | (190) | (190) |
| **Total Cost of Sales Adjustments** | (1,194) | (348) | 0 | (56) | (403) | (807) |
| **9a** DeWolff, Boberg, & Associates, Inc. Consulting Fees [d] | 0 | 0 | 0 | 0 | (488) | (488) |
| **9b** Refinancing Expenses/Professional Fees [d] | 0 | 0 | 0 | (698) | (5,187) | (4,988) |
| **Total S&A Expenses Adjustments** | 0 | 0 | 0 | (698) | (5,675) | (5,476) |
| **12a** Gain on Sale of Assets [e] | 0 | (571) | 0 | 0 | 0 | 0 |
| **12b** Gain (Loss) on Repurchase of Debt [f] | (8,598) | (77) | 0 | 0 | 0 | 0 |
| **Total Other Income (Expense) Adjustments** | (8,598) | (648) | 0 | 0 | 0 | 0 |
| **15a** Interest Expense [g] | 8,903 | 9,200 | 10,943 | 11,339 | 8,609 | 7,609 |
| **17a** Income Taxes [h] | (3,296) | (1,899) | (1,882) | (1,994) | (1,752) | (662) |
| **19a** Income (Loss) from Discontinued Operations [I] | 2,967 | (644) | 472 | 289 | 162 | 129 |
| **Total Adjustment to:** | | | | | | |
| Net Income | $ 1,170 | $ 6,357 | $ 9,533 | $ 10,388 | $ 13,097 | $ 13,359 |
| EBIT | $ (7,404) | $ (300) | $ 0 | $ 754 | $ 6,078 | $ 6,283 |
| EBITDA | $ (7,404) | $ (300) | $ 0 | $ 754 | $ 6,078 | $ 6,283 |

Please refer to the next page of this exhibit for a detailed description of each adjustment.

# ADJUSTMENTS TO CONSOLIDATED INCOME STATEMENTS

Exhibit C.2

**Lexington Precision Corporation**
**Financial Statements**
**Adjustments to Consolidated Income Statements**

[a] Adjustments were made, per W.Y. Campbell, for the consolidation of connector seals production to the Vienna, Ohio, facility from the LaGrange, Georgia facility.

[b] Adjustments were made, per W.Y. Campbell and management, to account for the move of equipment from the LaGrange, Georgia, facility in 2007, the LSR facility in 2008, and the movement of the rubber molding operations in the twelve months ended July 31, 2009.

[c] Lost profits, as estimated by management, related to a fire at the Rock Hill, South Carolina facility were adjusted in order to present normalized results.

[d] Refinancing expenses and professional fees related to the Chapter 11 proceedings were adjusted as these are nonrecurring expenses, per the Company's internal financial statements. In addition, consulting fees incurred related to a project undertaken to improve profitability at the Rock Hill, South Carolina facility were removed because they are nonrecurring.

[e] Gains and losses were removed because they are noncash transactions. The gain on the sale of the LaGrange, Georgia facility was removed.

[f] The gains on the repurchase of debt were removed because they are noncash transactions.

[g] Interest expense was removed to reflect the Company's earnings on a debt-free basis.

[h] Income taxes were adjusted to reflect the prevailing federal and state income tax rates in effect as of the Valuation Date.

[i] Income associated with the Company's discontinued operations was removed to present normalized results.