# EXHIBIT J

# HISTORICAL CONSOLIDATED BALANCE SHEETS OF THE DEBTORS

# Historical Consolidated Balance Sheets

# HISTORICAL CONSOLIDATED BALANCE SHEETS

**Lexington Precision Corporation**
**Lexington Precision Corporation - Consolidated**
**Balance Sheets**

Exhibit F.1

*In Thousands of U.S. Dollars*

| | | 12/31/2004 | 12/31/2005 | As of 12/31/2006 | 12/31/2007 | 12/31/2008 | 7/31/2009 |
|---|---|---:|---:|---:|---:|---:|---:|
| 1 | Cash and Marketable Securities | $ 15 | $ 10 | $ 33 | $ 425 | $ 5,576 | $ 3,929 |
| 2 | Accounts Receivable | 13,377 | 10,640 | 8,233 | 8,961 | 5,198 | 6,125 |
| 3 | Inventories | 7,519 | 6,354 | 6,980 | 7,268 | 8,093 | 6,070 |
| 4 | Prepaid Expenses and Other Current Assets | 1,349 | 366 | 759 | 689 | 2,049 | 2,137 |
| 5 | Deferred Income Taxes | 1,090 | 1,028 | 374 | 98 | 98 | 0 |
| 6 | Current Assets of Discontinued Operations | 0 | 254 | 101 | 10 | 7 | 30 |
| 7 | **Total Current Assets** | **23,350** | **18,652** | **16,480** | **17,451** | **21,021** | **18,291** |
| 8 | Land | 1,829 | 1,638 | 1,655 | 1,696 | 2,134 | 2,174 |
| 9 | Buildings | 13,096 | 11,016 | 11,052 | 11,045 | 11,048 | 11,068 |
| 10 | Machinery and Equipment | 83,183 | 84,971 | 86,210 | 85,443 | 86,563 | 84,354 |
| 11 | Less: Accumulated Depreciation | (68,388) | (73,085) | (78,329) | (80,805) | (84,556) | (83,705) |
| 12 | **Net Plant and Equipment** | **29,720** | **24,540** | **20,588** | **17,379** | **15,189** | **13,891** |
| 13 | Plant and Equipment of Discontinued Operations | 0 | 1,474 | 1,418 | 1,338 | 1,231 | 1,166 |
| 14 | Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| 15 | Deferred Financing Expenses | 2,174 | 1,311 | 0 | 37 | 0 | 0 |
| 16 | Other Assets | 862 | 1,051 | 950 | 576 | 590 | 495 |
| 17 | **Total Other Assets** | **10,659** | **9,985** | **8,573** | **8,236** | **8,213** | **8,118** |
| 18 | **Total Assets** | **$ 63,729** | **$ 54,651** | **$ 47,059** | **$ 44,404** | **$ 45,654** | **$ 41,468** |
| 19 | Accounts Payable | $ 8,422 | $ 7,974 | $ 5,301 | $ 5,020 | $ 7,147 | $ 7,043 |
| 20 | Accrued Income Taxes | (15) | (44) | (39) | (43) | 5 | 25 |
| 21 | Accrued Interest Expense | 975 | 849 | 2,130 | 7,954 | 13,421 | 16,664 |
| 22 | Accrued Operating Expenses | 4,334 | 4,333 | 3,436 | 3,542 | 3,685 | 3,437 |
| 23 | Short-Term Debt | 14,667 | 11,979 | 8,369 | 10,632 | 18,219 | 18,219 |
| 24 | Current Portion of Long-Term Debt | 4,749 | 14,025 | 61,332 | 58,454 | 55,156 | 53,893 |
| 25 | Deferred Gain on Repurchase of Debt | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Current Liabilities of Discontinued Operations | 0 | 485 | 221 | 241 | 255 | 325 |
| 27 | **Total Current Liabilities** | **33,132** | **39,601** | **80,750** | **85,800** | **97,888** | **99,606** |
| 28 | Long-Term Debt, Net of Current Portion | 58,949 | 41,545 | 406 | 5 | 0 | 0 |
| 29 | Long-Term Portion of Post-Retirement Obligation | 188 | 181 | 182 | 170 | 170 | 151 |
| 30 | Other Long-Term Liabilities | 182 | 86 | 180 | 176 | 144 | 203 |
| 31 | Intercompany Payables, Due To (From) | (11,937) | (6,134) | (5,842) | (5,904) | (5,939) | (4,621) |
| 32 | Deferred Income Taxes | 1,090 | 1,028 | 374 | 98 | 98 | 0 |
| 33 | **Total Long-Term Liabilities** | **48,472** | **36,706** | **(4,700)** | **(5,455)** | **(5,527)** | **(4,267)** |
| 34 | **Total Liabilities** | **81,604** | **76,307** | **76,050** | **80,345** | **92,361** | **95,339** |
| 35 | Common Stock | 1,233 | 1,233 | 1,235 | 1,238 | 1,242 | 1,245 |
| 36 | Additional Paid-in Capital | 13,169 | 13,169 | 13,181 | 13,187 | 13,197 | 13,202 |
| 37 | Accumulated Deficit | (32,277) | (36,058) | (43,407) | (50,366) | (61,146) | (68,318) |
| 38 | **Total Shareholders' Equity (Deficit)** | **(17,875)** | **(21,656)** | **(28,991)** | **(35,941)** | **(46,707)** | **(53,871)** |
| 39 | **Total Liabilities & Stockholders' Equity** | **$ 63,729** | **$ 54,651** | **$ 47,059** | **$ 44,404** | **$ 45,654** | **$ 41,468** |

Source: Internal financial statements
Note: Consolidated statements reflect the Rubber Group and Corporate