# EXHIBIT L

# PROJECTED CONSOLIDATED INCOME STATEMENTS OF THE REORGANIZED DEBTORS FOR THE FOUR YEARS ENDING DECEMBER 31, 2013

**Projected Income Statements**

*In Thousands of U.S. Dollars*

For the Fiscal Year Ending

|    |                              | Year 1 12/31/2010 | %      | Year 2 12/31/2011 | %      | Year 3 12/31/2012 | %      | Year 4 12/31/2013 | %      |
|----|------------------------------|-------------------|--------|-------------------|--------|-------------------|--------|-------------------|--------|
| 1  | **Net Sales**                | $ 70,449          | 100.0% | $ 74,435          | 100.0% | $ 76,113          | 100.0% | $ 78,397          | 100.0% |
| 2  | *Growth Rate*                | *-1.6%*           |        | *5.7%*            |        | *2.3%*            |        | *3.0%*            |        |
| 3  | Material Cost                | 20,806            | 29.5%  | 21,883            | 29.4%  | 22,172            | 29.1%  | 22,837            | 29.1%  |
| 4  | Direct Labor                 | 6,493             | 9.2%   | 6,787             | 9.1%   | 7,035             | 9.2%   | 7,246             | 9.2%   |
| 5  | Factory Overhead             | 22,420            | 31.8%  | 22,951            | 30.8%  | 23,124            | 30.4%  | 23,934            | 30.5%  |
| 6  | Depreciation and Amortization| 3,693             | 5.2%   | 3,581             | 4.8%   | 3,512             | 4.6%   | 3,130             | 4.0%   |
| 7  | **Total Cost of Sales**      | 53,412            | 75.8%  | 55,203            | 74.2%  | 55,843            | 73.4%  | 57,148            | 72.9%  |
| 8  | **Gross Profit from Operations** | 17,037        | 24.2%  | 19,232            | 25.8%  | 20,271            | 26.6%  | 21,249            | 27.1%  |
| 9  | Marketing & Sales            | 1,039             | 1.5%   | 1,046             | 1.4%   | 1,063             | 1.4%   | 1,095             | 1.4%   |
| 10 | General & Administrative     | 4,429             | 6.3%   | 4,474             | 6.0%   | 4,495             | 5.9%   | 4,630             | 5.9%   |
| 11 | **Total S&A Expenses**       | 5,468             | 7.8%   | 5,521             | 7.4%   | 5,558             | 7.3%   | 5,725             | 7.3%   |
| 12 | **Operating Profit (Loss)**  | 11,569            | 16.4%  | 13,711            | 18.4%  | 14,713            | 19.3%  | 15,524            | 19.8%  |
| 13 | Other Income (Expense)       | 0                 | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   |
| 14 | **Total Other Income (Expense)** | 0             | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   |
| 15 | **EBIT**                     | 11,569            | 16.4%  | 13,711            | 18.4%  | 14,713            | 19.3%  | 15,524            | 19.8%  |
| 16 | Interest Expense             | 0                 | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   | 0                 | 0.0%   |
| 17 | **Earnings Before Taxes**    | 11,569            | 16.4%  | 13,711            | 18.4%  | 14,713            | 19.3%  | 15,524            | 19.8%  |
| 18 | Income Taxes                 | (4,200)           | -6.0%  | (5,000)           | -6.7%  | (5,300)           | -7.0%  | (5,700)           | -7.3%  |
| 19 | **Net Income**               | $ 7,369           | 10.5%  | $ 8,711           | 11.7%  | $ 9,413           | 12.4%  | $ 9,824           | 12.5%  |
| 20 | EBIT                         | $ 11,569          | 16.4%  | $ 13,711          | 18.4%  | $ 14,713          | 19.3%  | $ 15,524          | 19.8%  |
| 21 | EBITDA                       | $ 15,261          | 21.7%  | $ 17,293          | 23.2%  | $ 18,225          | 23.9%  | $ 18,655          | 23.8%  |

Reflects the Company's projections, as adjusted by SRR.

Note: Consolidated statements reflect the Rubber Group and Corporate