Hearing Date: October 6, 2009 at 2:00 p.m.
Objection Deadline: October 1, 2009 at 4:00 p.m.

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEXINGTON PRECISION CORP, et al.,                   :    Case No. 08-11153 (MG)
                                                    :
                                                    :
                    Debtors.                        :
------------------------------------------------------------x

### NOTICE OF FILING OF AMENDED EXHIBIT 1.68 TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROPOSED AMENDED JOINT CHAPTER 11 PLAN FOR THE DEBTORS

**PLEASE TAKE NOTICE** that on **September 29, 2009**, the Official Committee of Unsecured Creditors (the "Committee") filed an amended Exhibit 1.68 (the "Amended Exhibit") to its Proposed Amended Joint Chapter 11 Plan for the Debtors (the "Amended Plan"). The Amended Exhibit is attached hereto as Exhibit A. A blackline comparison of the Amended Exhibit compared against the version of Exhibit 1.68 that was filed along with the Amended Plan is attached hereto as Exhibit B.

NYC:198519.2

Dated: September 29, 2009
New York, New York

**ANDREWS KURTH LLP**

By: /s/ Paul N. Silverstein
Paul N. Silverstein  (PS-5098)
Jonathan Levine (JL-9674)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850- 2929

Counsel to the Official
Committee of Unsecured Creditors

NYC:198519.2