CERTIFICATE OF SERVICE

I, Stephanie Cassagnol, hereby certify that true and correct copies of the attached DIP Lenders' Objection to Prepetition Lenders' Proposed Combined Disclosure Statement and Limited Objection to Official Committee of Unsecured Creditors' Proposed Second Amended Disclosure Statement have been served by hand upon the following:

**BY HAND**

Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
Attn: Paul Silverstein and Jonathan Levine

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, New York 10023
Attn: Michael A. Lubin

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Victoria Vron

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attn: John C. Tishler

Date: October 1, 2009

Respectfully submitted,

_____
Stephanie Cassagnol