SONNENSCHEIN NATH & ROSENTHAL LLP
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

    -and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-8000
Fax: (312) 876-7934

*Counsel to Liberty Mutual Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEXINGTON PRECISION CORPORATION, | Case No. 08-11153 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

      PLEASE TAKE NOTICE that Liberty Mutual Insurance Company ("Liberty Mutual"), as creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Sonnenschein Nath & Rosenthal, LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the

above-captioned cases be given and served upon the following persons at the following addresses and facsimile numbers:

>Jo Christine Reed, Esquire
>**SONNENSCHEIN NATH & ROSENTHAL LLP**
>1221 Avenue of the Americas
>New York, New York 10020
>Telephone: (212) 768-6700
>Facsimile:  (212) 768-6800
>Email: jcreed@sonnenschein.com
>
>          -and-
>
>Robert B. Millner, Esquire
>**SONNENSCHEIN NATH & ROSENTHAL LLP**
>7800 Sears Tower
>233 S. Wacker Drive
>Chicago, IL 60606
>Telephone:  (312) 876-8000
>Facsimile:   (312) 876-7934
>Email:  rmillner@sonnenschein.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) Liberty Mutual's right to have orders in non-core matters entered only after *de novo* review by a District Judge; (ii) Liberty Mutual's right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) Liberty Mutual's right to have the District Court withdraw the reference in any

matter subject to mandatory or discretionary withdrawal; or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Liberty Mutual is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 1, 2009
      New York, New York

                SONNENSCHEIN NATH & ROSENTHAL LLP

                /s/ Jo Christine Reed
                Jo Christine Reed
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone:  (212) 768-6700
                Facsimile:  (212) 768-6800

                -and-

                Robert B. Millner, Esquire
                SONNENSCHEIN NATH & ROSENTHAL LLP
                7800 Sears Tower
                233 S. Wacker Drive
                Chicago, IL 60606
                Telephone:  (312) 876-8000
                Facsimile:  (312) 876-7934

                *Counsel to Liberty Mutual Insurance Company*

17421187\V-2

**CERTIFICATE OF SERVICE**

Jo Christine Reed, an attorney, certifies that on the 1st day of October 2009, she caused the Notice of Appearance and Demand for Notices and Papers to be filed electronically and served on the following addressees via U.S. mail:

*Counsel to Debtors*

Richard P. Krasnow
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Office of The United States Trustee*

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street
21St Floor
New York, NY 10004

*Counsel to the Official Committee of Unsecured Creditors*

Paul N. Silverstein
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017

Dated: October 1, 2009
        New York, New York

/s/  *Jo Christine Reed*
        Jo Christine Reed

17421187\V-2