SONNENSCHEIN NATH & ROSENTHAL LLP
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax: (212) 768-6800

    -and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 876-8000
Fax: (312) 876-7934

*Counsel to Liberty Mutual Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEXINGTON PRECISION CORPORATION, | Case No. 08-11153 (MG) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE**
**PRO HAC VICE FOR ATTORNEY ROBERT B. MILLNER**

      Jo Christine Reed, Esq. ("Movant"), a member in good standing of the Bar of the State of

New York, an attorney admitted to practice before the United States Bankruptcy Court for the

Southern District of New York and a Partner with Sonnenschein Nath & Rosenthal LLP

("Sonnenschein"), hereby submits this motion ( the "Motion") for an order permitting Robert B.

Millner, Esq. ("Admittee") to practice *pro hac vice* before the United States Bankruptcy Court

for the Southern District of New York to appear and represent Liberty Mutual Insurance

Company, under Rule 2090-1(b) of the Local Bankuptcy Rule for the Southern District of New York (the "Local Rules"), In support of this Motion, Movant respectfully represents as follows:

1. Admittee is a Partner at Sonnenschein. Admittee is admitted to practice and in good standing in the Bar of the State of Illinois.

2. Pursuant to the Annexed certification, Admittee submits to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of these chapter 11 cases. In addition, Admittee has access to, or has acquired, a copy of the Local rules and is generally familiar with such rules.

3. Admittee agrees to pay a fee of $25.00 on entry of an order granting admission to practice *pro hac vice.*

4. Admittee's office and email addresses, and telephone and fax numbers are as follows.

> SONNENSCHEIN NATH & ROSENTHAL LLP
> 8000 Sears Tower
> 233 South Wacker Drive
> Chicago, Illinois 60606
> Tel: (312) 876-8000
> Fax: (312) 876-7934
> Robert B. Millner, Esq.
> Email: rmillner@sonnenschein.com

WHEREFORE, movement respectfully request that this court enter an order permitting Admittee to appear *Pro Hac Vice* in association with Movant as counsel for Liberty Mutual Insurance Company in these jointly administered chapter 11 cases.

Dated: October 1, 2009
    New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

/s/ Jo Christine Reed
Jo Christine Reed
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax: (212) 768-6800

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 876-8000
Fax: (312) 876-7934

# **CERTIFICATION**

The Undersigned certifies that he is eligible for admission *Pro Hac Vice to* This Court, is admitted to Practice and in good standing in the Bar of the State of Illinois, submits to the disciplinary jurisdiction of the Court for any alleged misconduct, which occurs in the course of the chapter 11 cases and has access to, or has acquired, a copy of the Local Bankruptcy Rules for the Southern District of New York, and is generally familiar with such rules.

Dated: October 1, 2009
      New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

By:   /s/ Robert B. Millner
      Robert B. Millner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11153 (MG)<br><br>(Jointly Administered) |

### ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion dated October 1, 2009 (the "Motion") of Jo Christine Reed, Esq., for an order permitting Robert B. Millner, Esq. ("Admittee") to practice *Pro Hac Vice* before the United States bankruptcy Court for the Southern District of New York to appear and represent Liberty Mutual Insurance Company, under 2090-1(b) of the Local bankruptcy Rules for the Southern District of New York, as more fully set forth in the Motion; and it appearing that admittee is admitted to practice and in good standing in the Bar of the State of Illinois, and submits to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the course of these chapter 11 cases; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Robert B. Millner, Esq., is admitted to practice *Pro Hac Vice* in the above-captioned jointly administered chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the $25.00 filing fee.

Dated: _____,2009
      New York, New York

                                                HONORABLE Martin Glenn
                                                UNITED STATES BANKRUPTCY JUDGE

- 6 -