**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEXINGTON PRECISION CORPORATION, | Case No. 08-11153 (MG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )ss.: |
| COUNTY OF NEW YORK | ) |

George Luis Medina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

On October 1, 2009, I served true and correct copies of the **LIBERTY MUTUAL INSURANCE COMPANY'S OBJECTION TO PREPETITION SECURED LENDERS' MOTION TO APPROVE THE PROPOSED DISCLOSURE STATEMENT** upon the parties listed on Service List A attached hereto by facsimile and upon the parties listed on Service List B attached hereto by overnight courier.

_/s/    George Luis Medina_
George Luis Medina

Subscribed and sworn to before
me this 1st day of October, 2009

_/s/    Neil R. Toro_
Notary Public

**Notary Public, State of New York**
**No. 01TO6012986**
**Qualified in Kings County**
**Commission Expires September 8, 2010**

## SERVICE LIST A

| NAME● | FIRM● | PHONE● | FAX● |
|---|---|---|---|
| John C. Tishler | Waller Lansden | (615) 850-8756 | (615) 244-6804 |
| Victoria Vron | Weil Gotshal | (212) 310-8493 | (212) 310-8007 |
| Paul Schwartzberg | US Trustee | (212) 510-0500 | (212) 668-2255 |
| Paul N. Silverstein | Andrews Kurth LLP | (212) 850-2819 | (212) 850-2929 |
| Gerald  Bender | O'Melveny & Meyers | (212) 326-2059 | (212) 326-2061 |

## SERVICE LIST B

| | |
|---|---|
| Waller, Lansden, Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Attn:  John C. Tishler | Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10023<br>Attn: Michael A. Lubin |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Victoria Vron | Office of the United States Trustee<br>33 Whitehall Street<br>21St Floor<br>New York, NY 10004<br>Attn: Paul Schwartzberg |
| O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Attn: Gerald C. Bender | Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Paul N. Silverstein |
| The Honorable Martin Glenn<br>United Stated Bankruptcy Court<br>For the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | |