**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-11153 (MG) |
| | ) | |
| Lexington Precision Corp., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that General Cable Industries, Inc. ("General Cable") appears herein by and through its counsel, Jason V. Stitt of Keating Muething & Klekamp PLL and demands that all notices given or required to be given in this case and papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Jason V. Stitt
Keating Muething & Klekamp, PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-3964
Fax: (513) 579-6457
jstitt@kmklaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and as contemplated by Sections 1109(b) and 102(1) of the Bankruptcy Code, the foregoing demand includes not only the notice referred to in the Rule and statutes specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in any rights or

interests of (a) the Debtors, (b) property in which the Debtors may claim an interest, (c) property in the possession, custody or control of the Debtors, or (d) claims against the Debtors to the estates; (2) that seeks to require any act, payment, or other conduct by; or (3) that in any manner affects the rights of General Cable.

**PLEASE TAKE FURTHER NOTICE THAT**, General Cable intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive: (1) General Cable's rights to have final orders in non-core matters entered only after de novo review by a District Judge; (2) General Cable's rights to a trial by jury in any proceeding so triable in this case; (3) General Cable's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which General Cable is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments General Cable expressly reserves

Dated:  October 5, 2009                              Respectfully submitted,

/s/ Jason V. Stitt
Jason V. Stitt (0078513(OH))
Keating Muething & Klekamp PLL
One East Fourth St.
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-3964
Fax: (513) 579-6457
jstitt@kmklaw.com
*Attorney for General Cable Industries, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002 was served electronically through the court's ECF System at the email address registered with the court this 5th day of October, 2009.

      /s/ Jason V. Stitt
      Jason V. Stitt (0078513(OH))

3152759.1