UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| Lexington Precision Corporation, *et al.*, | : Case No. 08-11153 (MG) |
| | : Case No. 08-11156 (MG) |
| | : (Jointly Administered) |
| | : Chapter 11 |
| DEBTORS | : |

REASSIGNMENT

The above-referenced chapter 11 case numbers 08-11153 and 08-11156 have been reassigned from Judge Martin Glenn to Judge Burton R. Lifland.

/s/ Vito Genna
Clerk of Court

Date:   October 5, 2009

cc:   Judge Burton R. Lifland
      Judge Martin Glenn
      US Trustee
      Automation Specialist
      Supervisors
      Case Administrators
      Courtroom Deputies (BRL) (MG)