**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Lexington Precision Corporation | CASE NO.: 08–11153–brl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 22–1830121 | CHAPTER: 11 |

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Burton R. Lifland on October 5, 2009 for administration. Please style all future captions with the appropriate judicial suffix (brl ).

Dated: October 5, 2009                               Vito Genna
                                                     Clerk of the Court