# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: asuarez | Date Created: 10/5/2009 |
| Case: 08−11153−brl | Form ID: 144 | Total: 59 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Adam P. Strochak | adam.strochak@weil.com, michele.meises@weil.com |
| aty | Elisabetta Gasparini | Elisabetta.G.Gasparini@usdoj.gov |
| aty | Richard P. Krasnow | richard.krasnow@weil.com, richard.krasnow@weil.com, shai.waisman@weil.com, victoria.vron@weil.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Lexington Precision Corporation    800 Third Avenue, 15th Floor    New York, NY 10023 | |
| ust | United States Trustee    33 Whitehall Street    21st Floor    New York, NY 10004 | |
| aty | Paul Kenan Schwartzberg    Office of the United States Trustee    33 Whitehall Street    21st Floor    New York, NY 10004 | |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 | |
| smg | United States Attorney    One St. Andrew's Plaza    Claims Unit − Room 417    New York, NY 10007−1701 | |
| smg | Internal Revenue Service    290 Broadway    Insolvency 5th fl    New York, NY 10007 | |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719 | |
| 4570750 | Air Cleaning Technologies, Inc.    Robert House    13310 Industrial Pk Blvd. #195    Plymouth, MN 55441 | |
| 4575760 | Audio Video Supply    Kara Johnson    4575 Ruffner Street    San Diego, CA 92111 | |
| 4516754 | Bankruptcy Administration    Ikon Financial Services    1738 Bass Road    P.O. Box 13708    Macon, GA 31208−3708 | |
| 4609133 | Bibb Control Systems    PO Box 277    2909 Lanier Heights Road    Macon, GA 31217 | |
| 4613816 | Charmilles Technologies    Laura Schalla    AGIE Carmilles Corporation    PO Box 807    Mt Prospect, IL 60056 | |
| 4570751 | Cintas Corporation    Angela Ladanza    PO Box 727    North Jackson, OH 44451 | |
| 4575761 | Conveyer &Caster Equipment for Industry    Rachel Kutel    3501 Detroit Ave    Cleveland, OH 44113−2792 | |
| 4523805 | ENCO MANUFACTURING COMPANY INC    PO BOX 357    FARMINGDALE, NY 11735 | |
| 4570869 | Engel Canada, Inc    Petra Catteau    545 Elmira Road    Guelph On N1K 1C2    Canada | |
| 4570752 | Engel Machinery    Helen Olajos    3740 Board Road    York, PA 17406 | |
| 4570753 | Environmental Science Corp.    Rhodora Saylor    12065 Lebanon Road    Mt. Juliet, TN 37122 | |
| 4570757 | Fair Harbor Capital, LLC    875 Avenue of the Americas    Suite 2305    New York, NY 10001 | |
| 4575762 | Fluid Power South, Inc.    Catherine Wells    2909 Langford Road, Building A−800    Norcross, GA 30071 | |
| 4596947 | Forklifts Unlimited    Jane League    PO Box 947    York, SC 29745 | |
| 4613817 | Gayson SDI    Robert Bradley    30 Second St SW    Barberton, OH 44203 | |
| 4514912 | General Cable Industries, Inc.    4 Tesseneer Drive    Highland Heights, KY 41076−9753 | |
| 4517329 | Glenn M. Reisman    Two Corporate Drive    Suite 234    Shelton, CT 06484 | |
| 4510619 | Gosiger, Inc.    c/o Richard L. Ferrell    Taft Stettinius &Hollister LLP    425 Walnut Street, Suite 1800    Cincinnati, Ohio 45202 | |
| 4570754 | HB Chemical Corporation    Rick Ravine    PO Box 75502    Cleveland, OH 44101 | |
| 4587618 | Ikon Office Solutions    Recovery &Bankruptcy Group    3920 Arkwright Road, Suite 400    Macon, GA 31210 | |
| 4657436 | Iron Mountain Information Management, Inc.    c/o Frank F. McGinn, Esq.    Bartlett Hackett Feinberg P.C.    155 Federal Street, 9th Floor    Boston, MA 02110 | |
| 4578209 | Lianda    Lee Mao    1340 Corporate Drive, Suite 500    Hudson, OH 44236 | |
| 4523796 | MARK FILIPPINI    AKZO NOBEL POLYMERS CHEMICALS LLC    525 WEST VAN BUREN STREET    CHICAGO, IL 60607 | |
| 4735792 | Marc N. Swanson    Miller Canfield Paddock &Stone PLC    150 West Jefferson, Suite 2500    Detroit, MI 48226 | |
| 4585541 | Marc N. Swanson, Esq.    Miller, Canfield, Paddock &Stone, PLC    150 W. Jefferson Avenue, Suite 2500    Detroit, MI 48226 | |
| 4570755 | Martin Pallet Inc.    Judith Miller    1414 Industrial Ave. S.W    Massillon, OH 44647 | |
| 4523798 | McMASTER−CARR    200 AURORA INDUSTRIAL PARKWAY    AURORA, OHIO 44202    ATTN: TINA DAVIDSON | |
| 4570756 | Millenium Machinery    Frank Maehr    2350 Brighton Henrietta Townline Road    Rochester, NY 14623 | |
| 4523800 | OHIO EDISON COMPANY    BANKRUPTCY DEPT    6896 MILLER RD RM 204    BRECKSVILLE, OH 44141 | |
| 4523801 | PPG INDUSTRIES, INC    CREDIT DEPARTMENT # 0595047    ONE PPG PLACE 8−1    PITTSBURGH, PA 15272 | |
| 4597616 | Peening Technologies    5289 Bldg #8    Bankhead Highway    Austell, GA 30106 | |
| 4598345 | Pepper Pike Place Associates, LLC    c/o Howard A. Marken, Fred Arnoff    Weston Hurd LLP    1301 E.Ninth St., Suite 1900    Cleveland, Ohio 44114 | |

| | | | | |
|---|---|---|---|---|
| 4613818 | R E Conduit Company Inc | Cheryl Morgan | 3050 Springboro West | Daton, OH 45439–1716 |
| 4575769 | Regional Distributors, Inc. | David Scalen | 1143 Lexington Avenue | Rochester, NY 14606 |
| 4523943 | Signature Aluminum Canada Inc. f/k/a Bon L Canada | Attention: Melody Dennys, Credit Mgr. | 500 Edward Avenue | Richmond Hill, ON L4C4Y9 Canada |
| 4596946 | Standex International Group | dba Mold Tech Ohio | Mathew Pinsel | 801 N Merician Road  Youngstown, OH 44509 |
| 4585540 | Stephen S. LaPlante, Esq. | Miller, Canfield, Paddock &Stone, PLC | 150 W. Jefferson Avenue, Suite 2500 | Detroit, MI 48226 |
| 4610064 | Tennessee Department of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division  PO Box 20207 | Nashville, Tennessee 37202–0207 |
| 4572584 | Thomas M. Wilson, Esq. | Kelley &Ferraro, LLP | 2200 Key Tower  127 Public Square | Cleveland, Ohio 44114 |
| 4593398 | Trade Beam, Inc. | Two Waters Park Drive | Suite 200 | San Mateo, CA 94403 |
| 4519851 | Travelers | One Tower Square, 5MN | Hartford, CT 06183 | |
| 4601979 | Tri Dim | PO Box 822001 | Philadelphia, PA 19182 | |
| 4609132 | Twist, Inc. | PO Box 177 | Jamestown, OH 45335 | |
| 4517717 | USW | Five Gateway Center, Suite 807 | Pittsburgh, PA 15222 | |
| 4523806 | WASTE MANAGEMENT RMC | 2421 W PEORIA AVE | PHOENIX, ARIZONA 85029 | |
| 4512701 | Wells Fargo Financial Leasing, Inc. | 800 Walnut Street | MAC F4031–050 | Des Moines, IA 50309 |
| 4517331 | William F. Harmeyer | William F. Harmeyer &Associates, P.C | 7322 Southwest Freeway, Suite 475 | Houston, Texas 77074 |
| 4613819 | Yarde Metals | Cynthia Lawrence | 45 Newell Street | Southington, CT 06489 |

TOTAL: 56