## Exhibit A

**The Plan**

(Filed under separate cover)