**Exhibit B**

**Entered Disclosure Statement Order**

(To be provided)