## Exhibit F

**Debtors' Projected Consolidated Financial Statements
for Five Years ending December 31, 2012**

**Exhibit F**

### Projected Financial Statements

The Debtors' projected consolidated financial statements for the four years ending December 31, 2012, that are contained in this Exhibit F (the "Projected Financial Statements") were prepared by the Debtors in September 2009 in connection with the development of the Debtors' Third Amended Plan. Set forth below is a description of the manner in which the Projected Financial Statements were developed and the assumptions upon which the Projected Financial Statements were based.

#### A. Development of the Projected Financial Statements

The Projected Financial Statements represent a summation of separate financial projections developed by the management teams at each of the Debtors' operating units (the "Divisional Projections") and for the Corporate Office, based upon (1) the underlying assumptions set forth below, and (2) the information available to the management team of each operating unit regarding the cost structure of that operating unit and critical factors in the market segments served by that operating unit. The market factors considered by the operating unit management teams included input from existing and prospective customers regarding the following:

(i) the relative quality, service, and pricing offered by the operating units and their competitors;

(ii) additional business that may become available to the operating units as a result of new programs being developed by those customers;

(iii) additional business that may become available to the operating units as a result of re-sourcing of existing components due to quality, service, or pricing issues with current suppliers; and

(iv) the potential for the operating units to lose business as a result of possible in-sourcing, offshore sourcing, or other re-sourcing decisions.

#### B. Assumptions Underlying the Projected Financial Statements

The Divisional Projections were developed utilizing the following key assumptions:

**1. Consummation of the Plan.** The Plan will be confirmed by the Bankruptcy Court and the Effective Date will be December 31, 2009.

**2. Senior Secured Credit Facility.** On the Effective Date, the Debtors' existing Senior, Secured Credit Facility will be restructured pursuant to the Plan to provide for (a) interest payable at Prime + 6% with respect to $4.0 million principal and LIBOR + 4.5% with respect to the balance of the Senior, Secured Facility, (b) monthly

principal payments of $269,000, and (c) a final maturity on the fifth anniversary of the Effective Date.

**3. New Junior Secured Loan.** In addition, the Debtors will make arrangements for a new Junior Secured Loan in an aggregate principal amount of not less than $10.0 million, including the reinvestment of the existing $4.0 million Debtor-In-Possession Loan.

**4. Automotive Aftermarket.** Aggregate sales of automotive replacement parts that are critical to the operation and performance of the vehicle will grow at the rate of one percent (1%) per annum.

**5. Automotive Original Equipment Segment.** Overall production of new cars and light trucks will be in accordance with the projections received by the Debtors during September 2009 from a leading, automotive-industry forecasting service, which indicated the following North American production levels:

- 2009   8.6 million units
- 2010   10.1 million units
- 2011   11.7 million units
- 2012   13.4 million units

The forecasting service also provided an automotive engine-build forecast that correlated to the vehicle production forecast. The engine-build forecast was the basis for forecasting the Debtors' sales of insulators for OEM ignition systems.

**6. Medical Device Market.** Aggregate sales of medical devices will grow at the rate of two percent (2%) per annum.

**7. Availability of New Business.** As a result of the consummation of the Plan, customers of the Debtors who have restricted the ability of the Debtors to obtain new business because of concerns about the Debtors' financial condition will remove those restrictions and permit the Debtors to compete for new business solely on the basis of quality, delivery, and price.

**8. Raw Material Costs.** The Reorganized Debtors will be able to offset any raw material price increases subsequent to the date of the preparation of the Projected Financial Statements through the use of one or more of the following methods:

(i)   Substitution or reformulation of raw materials (including substitution of internally mixed rubber compounds for purchased compounds);

(ii)   Shifting purchases to suppliers offering lower prices for comparable raw materials; and

(iii)   Price increases to customers, some of which are already provided for by contract and some of which will be negotiated at the time of the raw material price increase.

**9. Net Operating Loss Carryforwards.** Upon the consummation of the Amended Plan, there will be a "change of control" of the Debtors, as defined under the Internal Revenue Code (the "Code"). The Reorganized Debtors will elect to utilize their net operating loss carryforwards pursuant to the provisions of Section 382(1)b of the Code, based on an equity value of $1.50 per share.

### C. Forward-Looking Statements

Some of the statements in this Disclosure Statement are "forward-looking statements." Forward-looking statements usually can be identified by the Debtors' use of words like "believes," "expects," "may," "will," "should," "anticipates," "estimates," "projects," or the negative thereof. They may be used when strategy is discussed, which typically involves risk and uncertainty, and they generally are based upon projections and estimates rather than historical facts and events.

Forward-looking statements are subject to a number of risks and uncertainties that could cause the Debtors' actual results or performance to be materially different from the future results or performance expressed in or implied by those statements. Some of those risks and uncertainties are:

(i)     increases and decreases in business awarded to the Debtors by their customers;

(ii)    unanticipated price reductions for the Debtors' products as a result of competition;

(iii)   the ability of the Debtors to offset any increases in the cost of raw materials;

(iv)    North American automotive production significantly above or below the production forecast utilized by the Debtors in preparing the Projected Financial Statements;

(v)     changes in the competitive environment;

(vi)    unanticipated operating results;

(vii)   changes in economic conditions;

(viii)  changes in interest rates;

(ix)    financial difficulties encountered by the Debtors' customers or suppliers;

(x)     decreased access to the credit market by the Debtors customers or suppliers;

(xi)   chapter 11 filings by one or more of the Debtors' customers or
        suppliers;

(xii)  a chapter 11 filing by any of the Detroit-based automobile
        manufacturers; and

(xiii) labor interruptions at facilities of the Debtors or their customers or
        suppliers.

The Debtors' results of operations for any particular period are not necessarily indicative of the results to be expected for any succeeding period. The use of forward-looking statements should not be regarded as a representation that any of the projections or estimates expressed in or implied by those forward-looking statements will be realized, and actual results may vary materially. We cannot assure you that any of the forward-looking statements contained herein will prove to be accurate. All forward-looking statements are expressly qualified by the discussion above.

**Consolidated Statements of Operations**
**(in thousands of dollars)**

|  | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 88,408 | 73,029 | 60,676 | 72,651 | 93,365 | 108,257 |
| Cost of sales | 76,529 | 63,107 | 51,768 | 56,809 | 70,073 | 78,509 |
| Gross profit | 11,879 | 9,922 | 8,908 | 15,842 | 23,292 | 29,748 |
| Selling & administrative expense | 6,506 | 6,177 | 5,356 | 4,687 | 4,982 | 5,209 |
| Income from operations | 5,373 | 3,745 | 3,552 | 11,155 | 18,310 | 24,539 |
| Other income (expense): |  |  |  |  |  |  |
| Interest expense | (11,507) | (8,726) | (7,765) | (3,258) | (3,013) | (2,811) |
| Interest income | 68 | 117 | 170 | 200 | 224 | 391 |
| Gain on sale of property | – | – | – | 1,110 | 3,200 | – |
| Discontinued operations | (189) | (229) | (60) | 603 | – | – |
| Reorganization expense | (698) | (5,165) (1) | (4,452) | (200) | – | – |
| Subtotal | (12,326) | (14,003) | (12,107) | (1,545) | 411 | (2,420) |
| Income (loss) before income taxes | (6,953) | (10,258) | (8,555) | 9,610 | 18,721 | 22,119 |
| Provision for income taxes | 6 | 35 | 38 | 1,600 | 3,700 | 6,100 |
| Net income (loss) | (6,959) | (10,293) | (8,593) | 8,010 | 15,021 | 16,019 |
| EBITDA (continuing operations and excluding reorganization expenses): |  |  |  |  |  |  |
| Income from operations | 5,373 | 3,745 | 3,552 | 11,155 | 18,310 | 24,539 |
| Depreciation | 6,036 | 5,082 | 4,420 | 3,988 | 3,549 | 3,298 |
| Amortization (operating only) | 401 | 251 | 136 | 85 | 135 | 130 |
| EBITDA | 11,810 | 9,078 | 8,108 | 15,228 | 21,994 | 27,967 |

(1) Amount includes $508 of expenses incurred during the first quarter of 2008, prior to our chapter 11 filing on April 1, 2008, in connection with our efforts to refinance, restructure, or repay or indebtedness.

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Statements of Operations**
**(expressed as a percent of net sales)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 86.6 | 86.4 | 85.3 | 78.2 | 75.1 | 72.5 |
| Gross profit | 13.4 | 13.6 | 14.7 | 21.8 | 24.9 | 27.5 |
| Selling & administrative expense | 7.4 | 8.5 | 8.8 | 6.5 | 5.3 | 4.8 |
| Income from operations | 6.1 | 5.1 | 5.9 | 15.4 | 19.6 | 22.7 |
| Other income (expense): | | | | | | |
| Interest expense | (13.0) | (11.9) | (12.8) | (4.5) | (3.2) | (2.6) |
| Interest income | 0.1 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 |
| Gain on sale of property | 0.0 | 0.0 | 0.0 | 1.5 | 3.4 | 0.0 |
| Discontinued operations | (0.2) | (0.3) | (0.1) | 0.8 | 0.0 | 0.0 |
| Reorganization expense | (0.8) | (7.1) | (7.3) | (0.3) | 0.0 | 0.0 |
| Total | (13.9) | (19.2) | (20.0) | (2.1) | 0.4 | (2.2) |
| Income (loss) before income taxes | (7.9) | (14.0) | (14.1) | 13.2 | 20.1 | 20.4 |
| Income taxes | 0.0 | 0.0 | 0.1 | 2.2 | 4.0 | 5.6 |
| Net income (loss) | (7.9) % | (14.1) % | (14.2) % | 11.0 % | 16.1 % | 14.8 % |
| EBITDA: | | | | | | |
| Income from operations | 6.1 % | 5.1 % | 5.9 % | 15.4 % | 19.6 % | 22.7 % |
| Depreciation | 6.8 | 7.0 | 7.3 | 5.5 | 3.8 | 3.0 |
| Amortization (operating only) | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 |
| EBITDA | 13.4 % | 12.4 % | 13.4 % | 21.0 % | 23.6 % | 25.8 % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Statements of Cash Flow**
**(in thousands of dollars)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Income from operations | 5,373 | 3,745 | 3,552 | 11,155 | 18,310 | 24,539 |
| Depreciation | 6,036 | 5,082 | 4,420 | 3,988 | 3,549 | 3,298 |
| Amortization (operating only), net | 401 | 251 | 136 | 85 | 135 | 130 |
| EBITDA | 11,810 | 9,078 | 8,108 | 15,228 | 21,994 | 27,967 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (1,256) | 4,187 | (1,405) | (2,892) | (3,345) | (2,584) |
| Inventories | (543) | (1,267) | 2,160 | (1,404) | (2,784) | (2,010) |
| Prepaid expenses | (287) | (145) | 182 | (113) | (230) | (231) |
| Other current assets | 328 | (1,249) | 325 | 193 | (219) | (211) |
| Accounts payable | 188 | 1,097 | (116) | 3,706 | 1,526 | 865 |
| Accrued expenses | 147 | (583) | (429) | 295 | 517 | 410 |
| Net change in operating working capital | (1,423) | 2,040 | 717 | (215) | (4,535) | (3,761) |
| | | | | | | |
| Capital expenditures | (2,664) | (2,695) | (1,982) | (3,489) | (3,580) | (4,180) |
| Sales of P & E, excl. gains or losses on sales | – | 28 | 146 | 3,026 | 4,500 | – |
| Other assets | (184) | (339) | 6 | (129) | (137) | (140) |
| Post-retirement liability, excl. current portion | (2) | (2) | (34) | (10) | (30) | (30) |
| Other long-term liabilities | 101 | 75 | 166 | – | – | – |
| Cash provided (used) by discontinued operations | (17) | 130 | 76 | 1,677 | – | – |
| | | | | | | |
| Net cash provided (used) | 7,621 | 8,315 | 7,203 | 16,088 | 18,212 | 19,856 |
| | | | | | | |
| Nonoperating profit (loss) incl. income tax expense | (12,211) | (13,977) | (12,205) | (4,858) | (6,489) | (8,520) |
| Amortization of deferred financing costs | 1,249 | 251 | – | 383 | 383 | 384 |
| Deferred financing charges | (1,286) | (214) | (1,150) | – | – | – |
| Income taxes payable, net | (4) | 33 | 38 | (28) | – | – |
| Accrued interest | 5,824 | 5,468 | (198) | – | – | – |
| Accrued reorganization expense | – | 1,168 | (1,168) | – | – | – |
| Noncash 2009 interest expense (converted to equity | – | – | 5,729 | | | |
| Term loans | (3,279) | 697 | 1,244 | (4,438) | (4,228) | (2,932) |
| Revolving line of credit | 2,263 | 3,587 | – | – | – | – |
| | | | | | | |
| Net cash flow | 177 | 5,328 | (507) | 7,147 | 7,878 | 8,788 |
| | | | | | | |
| Add cash on hand at beginning of period | 35 | 212 | 5,540 | 5,033 | 12,180 | 20,058 |
| Cash on hand at end of period | 212 | 5,540 | 5,033 | 12,180 | 20,058 | 28,846 |

## LEXINGTON PRECISION CORPORATION
### AND SUBSIDIARY

**Consolidated Balance Sheets**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 212 | 5,540 | 5,033 | 12,180 | 20,058 | 28,846 |
| Marketable securities | 214 | 38 | 103 | 103 | 103 | 103 |
| Trade receivables, net | 10,981 | 6,794 | 8,199 | 11,091 | 14,436 | 17,020 |
| Inventories | 9,330 | 10,597 | 8,437 | 9,841 | 12,625 | 14,635 |
| Prepaid expenses | 926 | 1,071 | 889 | 1,002 | 1,232 | 1,463 |
| Deferred income taxes | 98 | – | – | – | – | – |
| Other current assets | 106 | 1,355 | 1,030 | 837 | 1,056 | 1,267 |
| Current assets of discontinued operations | 10 | 7 | – | – | – | – |
| Total current assets | 21,877 | 25,402 | 23,691 | 35,054 | 49,510 | 63,334 |
| Plant & equipment | | | | | | |
| Land | 1,817 | 2,255 | 2,287 | 2,141 | 841 | 841 |
| Buildings | 13,370 | 13,378 | 13,433 | 10,843 | 10,843 | 10,843 |
| Machinery & equipment | 110,723 | 112,022 | 110,244 | 100,420 | 104,000 | 108,180 |
| | 125,910 | 127,655 | 125,964 | 113,404 | 115,684 | 119,864 |
| Accumulated depreciation | 105,056 | 109,216 | 110,109 | 99,964 | 103,513 | 106,811 |
| Plant & equipment, net | 20,854 | 18,439 | 15,855 | 13,440 | 12,171 | 13,053 |
| Plant & equipment of discontinued operations | 1,338 | 1,231 | 1,123 | – | – | – |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| Deferred financing expenses | 37 | – | 1,150 | 767 | 384 | – |
| Other assets | 638 | 633 | 368 | 312 | 278 | 288 |
| | 52,367 | 53,328 | 49,810 | 57,196 | 69,966 | 84,298 |

## LEXINGTON PRECISION CORPORATION
### AND SUBSIDIARY

### Consolidated Balance Sheets (cont.)
### (in thousands of dollars)

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 6,558 | 3,391 | 2,108 | 5,814 | 7,340 | 8,205 |
| Accrued income taxes | (43) | (10) | 28 | – | – | – |
| Accrued interest expense | 7,954 | 199 | – | – | – | – |
| Accrued expenses excl. interest and income taxes | 3,975 | 3,392 | 2,963 | 3,258 | 3,775 | 4,185 |
| Short-term debt | 10,632 | 18,219 | – | – | – | – |
| Current portion of long-term debt | 58,454 | 19,972 | 4,438 | 4,228 | 2,932 | 2,500 |
| Current liabilities of discontinued operations | 241 | 148 | 49 | – | – | – |
| Total current liabilities | 87,771 | 45,311 | 9,586 | 13,300 | 14,047 | 14,890 |
| | | | | | | |
| Liabilities subject to compromise | – | 54,013 | – | – | | |
| | | | | | | |
| Long-term debt, net of current portion | 5 | – | 40,602 | 36,374 | 33,442 | 30,942 |
| | | | | | | |
| Long-term portion of post-retirement obligation | 258 | 256 | 222 | 212 | 182 | 152 |
| | | | | | | |
| Other long-term liabilities | 176 | 144 | 156 | 56 | 20 | 20 |
| | | | | | | |
| Deferred income taxes | 98 | – | – | – | | |
| | | | | | | |
| Stockholders' equity (deficit): | | | | | | |
| Common stock | 1,238 | 1,242 | 14,789 | 14,789 | 14,789 | 14,789 |
| Additional paid-in-capital | 13,187 | 13,197 | 53,818 | 53,818 | 53,818 | 53,818 |
| Accumulated income (deficit) | (50,366) | (60,835) | (69,363) | (61,353) | (46,332) | (30,313) |
| Stockholders' equity (deficit) | (35,941) | (46,396) | (756) | 7,254 | 22,275 | 38,294 |
| | | | | | | |
| | 52,367 | 53,328 | 49,810 | 57,196 | 69,966 | 84,298 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Consolidated Outstanding Debt**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | 12/31/11 | 12/31/12 |
|---|---|---|---|---|---|---|
| Revolving loans | 10,632 | 14,219 | – | – | – | – |
| Equipment term loan | 9,167 | 6,667 | 4,167 | 1,667 | – | – |
| New equipment term loan | – | – | – | – | – | – |
| Real estate term loan A | 10,022 | 9,289 | 8,556 | 8,556 | 7,723 | 5,223 |
| Real estate term loan B | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Term loan (formerly revolving line of credit) | – | – | 14,219 | 14,219 | 14,219 | 14,219 |
| New mezzanine loan | – | – | 6,000 | 6,000 | 6,000 | 6,000 |
| Debtor-in-possession | – | 4,000 | – | – | – | – |
| Investor loan / Junior secured loan | – | – | 4,000 | 4,000 | 4,000 | 4,000 |
| Retirement obligations | 6 | – | – | – | – | – |
| General unsecured claims | – | – | 3,888 | 2,160 | 432 | – |
| 12% Senior Subordinated Notes due July 31, 2009 | 34,177 | 34,177 | – | – | – | – |
| 12% Senior Subordinated Notes due December 31, 2013 | – | – | – | – | – | – |
| 13% Junior Subordinated Note | 347 | 347 | – | – | – | – |
| Redeemable preferred stock | 660 | 660 | – | – | – | – |
| Other | 80 | 16 | 210 | – | – | – |
| Total debt | 69,091 | 73,375 | 45,040 | 40,602 | 36,374 | 33,442 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Statements of Operations**
**(in thousands of dollars)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 74,587 | 62,278 | 50,975 | 57,273 | 71,680 | 82,487 |
| Cost of sales | 63,039 | 52,173 | 41,658 | 42,922 | 51,035 | 56,528 |
| Gross profit | 11,548 | 10,105 | 9,317 | 14,351 | 20,645 | 25,959 |
| Selling & administrative expense | 3,573 | 3,409 (1) | 2,731 | 2,185 | 2,288 | 2,355 |
| Income from operations | 7,975 | 6,696 | 6,586 | 12,166 | 18,357 | 23,604 |
| EBITDA: | | | | | | |
|    Income from operations | 7,975 | 6,696 | 6,586 | 12,166 | 18,357 | 23,604 |
|    Depreciation | 5,335 | 4,509 | 3,911 | 3,364 | 2,922 | 2,537 |
|    Amortization (operating only) | 392 | 237 | 105 | 85 | 135 | 130 |
|      EBITDA | 13,702 | 11,442 | 10,602 | 15,615 | 21,414 | 26,271 |

(1) Includes $488 of expense incurred in connection with a project to increase the profitability of our rubber molding facility in Rock Hill, South Carolina.

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Statements of Operations**
**(expressed as a percent of net sales)**

|  | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 84.5 | 83.8 | 81.7 | 74.9 | 71.2 | 68.5 |
| Gross profit | 15.5 | 16.2 | 18.3 | 25.1 | 28.8 | 31.5 |
| Selling & administrative expense | 4.8 | 5.5 | 5.4 | 3.8 | 3.2 | 2.9 |
| Income from operations | 10.7 % | 10.8 % | 12.9 % | 21.2 % | 25.6 % | 28.6 % |
| EBITDA: |  |  |  |  |  |  |
| Income from operations | 10.7 % | 10.8 % | 12.9 % | 21.2 % | 25.6 % | 28.6 % |
| Depreciation | 7.2 | 7.2 | 7.7 | 5.9 | 4.1 | 3.1 |
| Amortization (operating only) | 0.5 | 0.4 | 0.2 | 0.1 | 0.2 | 0.2 |
| EBITDA | 18.4 % | 18.4 % | 20.8 % | 27.3 % | 29.9 % | 31.8 % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Statements of Cash Flows**
**(in thousands of dollars)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Income from operations | 7,975 | 6,696 | 6,586 | 12,166 | 18,357 | 23,604 |
| Depreciation | 5,335 | 4,509 | 3,911 | 3,364 | 2,922 | 2,537 |
| Amortization (operating only) | 392 | 237 | 105 | 85 | 135 | 130 |
| EBITDA | 13,702 | 11,442 | 10,602 | 15,615 | 21,414 | 26,271 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (728) | 3,763 | (1,884) | (1,761) | (2,424) | (1,987) |
| Inventories | (288) | (826) | 1,458 | (911) | (1,843) | (1,400) |
| Prepaid expenses | (20) | (51) | 186 | (159) | (167) | (176) |
| Other current assets | 430 | (1,359) | 485 | (57) | (219) | (211) |
| Accounts payable | 177 | 1,213 | (111) | 2,743 | 972 | 649 |
| Accrued expenses | (91) | 203 | (845) | 255 | 381 | 320 |
| Net change in operating working capital | (520) | 2,943 | (711) | 110 | (3,300) | (2,805) |
| | | | | | | |
| Capital expenditures | (2,068) | (2,343) | (1,806) | (2,959) | (2,550) | (2,650) |
| Sales of P & E, excl. gains or losses on sales | – | 6 | 28 | 3,026 | 4,500 | – |
| Other assets | (337) | (358) | (43) | (122) | (137) | (140) |
| Post-retirement liability, excl. current portion | (12) | (9) | (15) | – | – | (20) |
| Other long-term liabilities | 101 | 75 | 166 | – | (20) | – |
| | | | | | | |
| Net cash provided (used) | 10,866 | 11,756 | 8,221 | 15,670 | 19,907 | 20,656 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Rubber Group Balance Sheets**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 51 | 27 | 24 | 23 | 23 | 23 |
| Trade receivables, net | 8,961 | 5,198 | 7,082 | 8,843 | 11,267 | 13,254 |
| Inventories | 7,268 | 8,094 | 6,636 | 7,547 | 9,390 | 10,790 |
| Prepaid expenses | 646 | 697 | 511 | 670 | 837 | 1,013 |
| Other current assets | (94) | 1,265 | 780 | 837 | 1,056 | 1,267 |
| Total current assets | 16,832 | 15,281 | 15,033 | 17,920 | 22,573 | 26,347 |
| | | | | | | |
| Plant & equipment | | | | | | |
| Land | 1,696 | 2,134 | 2,166 | 2,020 | 720 | 720 |
| Buildings | 11,012 | 11,012 | 11,067 | 8,477 | 8,477 | 8,477 |
| Machinery & equipment | 85,356 | 86,751 | 84,924 | 74,570 | 77,120 | 79,770 |
| | 98,064 | 99,897 | 98,157 | 85,067 | 86,317 | 88,967 |
| Accumulated depreciation | 80,780 | 84,785 | 85,178 | 74,409 | 77,331 | 79,868 |
| Plant & equipment, net | 17,284 | 15,112 | 12,979 | 10,658 | 8,986 | 9,099 |
| | | | | | | |
| Goodwill | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 | 7,623 |
| | | | | | | |
| Other assets | 497 | 511 | 295 | 232 | 198 | 208 |
| | 42,236 | 38,527 | 35,930 | 36,433 | 39,380 | 43,277 |
| | | | | | | |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 4,353 | 1,452 | 1,340 | 4,083 | 5,055 | 5,704 |
| Accrued operating expenses | 2,138 | 2,341 | 1,496 | 1,751 | 2,132 | 2,452 |
| Total current liabilities | 6,491 | 3,793 | 2,836 | 5,834 | 7,187 | 8,156 |
| | | | | | | |
| Liabilities subject to compromise | – | 4,114 | – | | | |
| | | | | | | |
| Long-term portion of post-retirement obligation | 170 | 161 | 146 | 146 | 126 | 106 |
| | | | | | | |
| Other long-term liabilities | 176 | 144 | 156 | 56 | 20 | 20 |
| | | | | | | |
| Invested capital | 35,399 | 30,315 | 32,792 | 30,397 | 32,047 | 34,995 |
| | 42,236 | 38,527 | 35,930 | 36,433 | 39,380 | 43,277 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Statements of Operations**
**(in thousands of dollars)**

|  | Actual 2007 | Actual 2008 | Forecast 2009 | Projected | | |
|---|---|---|---|---|---|---|
|  |  |  |  | 2010 | 2011 | 2012 |
| Net product sales | 13,821 | 10,751 | 9,701 | 15,378 | 21,685 | 25,770 |
| Cost of product sales | 13,490 | 10,934 | 10,110 | 13,887 | 19,038 | 21,981 |
| Gross profit | 331 | (183) | (409) | 1,491 | 2,647 | 3,789 |
| Selling & administrative expense | 523 | 558 | 347 | 452 | 603 | 721 |
| Income (loss) from operations | (192) | (741) | (756) | 1,039 | 2,044 | 3,068 |
| EBITDA: |  |  |  |  |  |  |
| Income (loss) from operations | (192) | (741) | (756) | 1,039 | 2,044 | 3,068 |
| Depreciation | 682 | 536 | 470 | 594 | 612 | 746 |
| Amortization (operating only) | – | – | – | – | – | – |
| EBITDA | 490 | (205) | (286) | 1,633 | 2,656 | 3,814 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Statements of Operations**
**(expressed as a percent of net sales)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Net sales | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |
| Cost of sales | 97.6 | 101.7 | 104.2 | 90.3 | 87.8 | 85.3 |
| Gross profit | 2.4 | (1.7) | (4.2) | 9.7 | 12.2 | 14.7 |
| Selling & administrative expense | 3.8 | 5.2 | 3.6 | 2.9 | 2.8 | 2.8 |
| Income (loss) from operations | (1.4) % | (6.9) % | (7.8) % | 6.8 % | 9.4 % | 11.9 % |
| EBITDA: | | | | | | |
|    Income (loss) from operations | (1.4) % | (6.9) % | (7.8) % | 6.8 % | 9.4 % | 11.9 % |
|    Depreciation | 4.9 | 5.0 | 4.8 | 3.9 | 2.8 | 2.9 |
|    Amortization (operating only) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
|      EBITDA | 3.5 % | (1.9) % | (2.9) % | 10.6 % | 12.2 % | 14.8 % |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Statements of Cash Flows**
**(in thousands of dollars)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | 2012 |
|---|---|---|---|---|---|---|
| Income (loss) from operations | (192) | (741) | (756) | 1,039 | 2,044 | 3,068 |
| Depreciation | 682 | 536 | 470 | 594 | 612 | 746 |
| Amortization (operating only) | – | – | – | – | – | – |
| EBITDA | 490 | (205) | (286) | 1,633 | 2,656 | 3,814 |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (401) | 424 | 479 | (1,131) | (921) | (597) |
| Inventories | (255) | (441) | 702 | (493) | (941) | (610) |
| Prepaid expenses | (67) | 132 | (12) | 14 | (86) | (55) |
| Other current assets | 38 | (84) | (166) | 250 | – | – |
| Accounts payable | 469 | (289) | 104 | 906 | 479 | 141 |
| Accrued expenses | 41 | (73) | 97 | 25 | 197 | 128 |
| Net change in operating working capital | (175) | (331) | 1,204 | (429) | (1,272) | (993) |
| | | | | | | |
| Capital expenditures | (519) | (333) | (176) | (500) | (1,000) | (1,500) |
| Sales of P & E, excl. gains or losses on sales | – | 22 | 118 | – | – | – |
| Other assets | (61) | 28 | 33 | – | – | – |
| Post-retirement liability, excl. current portion | 10 | 7 | (19) | (10) | (10) | (10) |
| | | | | | | |
| Net cash provided (used) | (255) | (812) | 874 | 694 | 374 | 1,311 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Metals Group Balance Sheets**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash | 1 | 2 | 2 | 2 | 2 | 2 |
| Trade receivables, net | 2,020 | 1,596 | 1,117 | 2,248 | 3,169 | 3,766 |
| Inventories | 2,062 | 2,503 | 1,801 | 2,294 | 3,235 | 3,845 |
| Prepaid expenses | 343 | 211 | 223 | 209 | 295 | 350 |
| Other current assets | – | 84 | 250 | – | – | – |
| Total current assets | 4,426 | 4,396 | 3,393 | 4,753 | 6,701 | 7,963 |
| | | | | | | |
| Plant & equipment | | | | | | |
| Land | 121 | 121 | 121 | 121 | 121 | 121 |
| Buildings | 2,325 | 2,330 | 2,330 | 2,330 | 2,330 | 2,330 |
| Machinery & equipment | 25,280 | 25,170 | 25,219 | 25,719 | 26,719 | 28,219 |
| | 27,726 | 27,621 | 27,670 | 28,170 | 29,170 | 30,670 |
| Accumulated depreciation | 24,251 | 24,371 | 24,832 | 25,426 | 26,038 | 26,784 |
| Plant & equipment, net | 3,475 | 3,250 | 2,838 | 2,744 | 3,132 | 3,886 |
| | | | | | | |
| Other assets | 62 | 34 | 1 | 1 | 1 | 1 |
| | 7,963 | 7,680 | 6,232 | 7,498 | 9,834 | 11,850 |
| | | | | | | |
| **Liabilities & Invested Capital:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 1,538 | 21 | 125 | 1,031 | 1,510 | 1,651 |
| Accrued operating expenses | 433 | 360 | 457 | 482 | 679 | 807 |
| Total current liabilities | 1,971 | 381 | 582 | 1,513 | 2,189 | 2,458 |
| | | | | | | |
| Liabilities subject to compromise | – | 1,228 | – | – | – | – |
| | | | | | | |
| Long-term portion of post-retirement obligation | 88 | 95 | 76 | 66 | 56 | 46 |
| | | | | | | |
| Invested capital | 5,904 | 5,976 | 5,574 | 5,919 | 7,589 | 9,346 |
| | 7,963 | 7,680 | 6,232 | 7,498 | 9,834 | 11,850 |

# LEXINGTON PRECISION CORPORATION
# AND SUBSIDIARY

### Corporate Office Statements of Operations
### (in thousands of dollars)

| | Actual 2007 | Actual 2008 | | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|---|
| Net sales | – | – | | – | – | – | – |
| Cost of sales | – | – | | – | – | – | – |
| Gross profit from operations | – | – | | – | – | – | – |
| Selling & administrative expense | 2,410 | 2,210 | (1) | 2,278 | 2,050 | 2,091 | 2,133 |
| Loss from operations | (2,410) | (2,210) | | (2,278) | (2,050) | (2,091) | (2,133) |
| **EBITDA:** | | | | | | | |
| Loss from operations | (2,410) | (2,210) | | (2,278) | (2,050) | (2,091) | (2,133) |
| Depreciation | 19 | 37 | | 39 | 30 | 15 | 15 |
| Amortization (operating only) | 9 | 14 | | 31 | – | – | – |
| EBITDA | (2,382) | (2,159) | | (2,208) | (2,020) | (2,076) | (2,118) |

(1) Amount excludes $508 of expenses incurred during the first quarter of 2008, prior to our chapter 11 filing on April 1, 2008, in connection with our efforts to refinance, restructure, or repay or indebtedness. This amount has been classified as reorganization expense.

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Corporate Office Statements of Operations**
**(expressed as a percent of net sales)**

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Net sales | – % | – % | – % | – % | – % | – % |
| Cost of sales | – | – | – | – | – | – |
| Gross profit from operations | – | – | – | – | – | – |
| Selling & administrative expense | 2.7 | 3.0 | 3.8 | 2.8 | 2.2 | 2.0 |
| Loss from operations | (2.7) % | (3.0) % | (3.8) % | (2.8) % | (2.2) % | (2.0) % |
| EBITDA: | | | | | | |
| Loss from operations | (2.7) % | (3.0) % | (3.8) % | (2.8) % | (2.2) % | (2.0) % |
| Depreciation | – | 0.1 | 0.1 | – | – | – |
| Amortization (operating only) | – | – | 0.1 | – | – | – |
| EBITDA | (2.7) % | (2.9) % | (3.6) % | (2.8) % | (2.2) % | (2.0) % |

## LEXINGTON PRECISION CORPORATION
### AND SUBSIDIARY

### Corporate Office Statements of Cash Flows
#### (in thousands of dollars)

| | Actual 2007 | Actual 2008 | Forecast 2009 | Projected 2010 | Projected 2011 | Projected 2012 |
|---|---|---|---|---|---|---|
| Loss from operations | (2,410) | (2,210) (1) | (2,278) | (2,050) | (2,091) | (2,133) |
| Depreciation | 19 | 37 | 39 | 30 | 15 | 15 |
| Amortization (operating only) | 9 | 14 | 31 | – | – | – |
| EBITDA | (2,382) | (2,159) | (2,208) | (2,020) | (2,076) | (2,118) |
| | | | | | | |
| Changes in operating working capital accounts: | | | | | | |
| Accounts receivable, net | (127) | – | – | – | – | – |
| Prepaid expenses | (200) | (226) | 8 | 32 | 23 | – |
| Other current assets | (140) | 194 | 6 | – | – | – |
| Accounts payable | (458) | 173 | (109) | 57 | 75 | 75 |
| Accrued expenses | 197 | (713) | 319 | 15 | (61) | (38) |
| Net change in operating working capital | (728) | (572) | 224 | 104 | 37 | 37 |
| | | | | | | |
| Capital expenditures | (77) | (19) | – | (30) | (30) | (30) |
| Other assets | 214 | (9) | 16 | (7) | – | – |
| Discontinued operations | (87) | – | – | – | – | – |
| | | | | | | |
| Net cash provided (used) | (3,060) | (2,759) | (1,968) | (1,953) | (2,069) | (2,111) |
| | | | | | | |
| Nonoperating loss incl. income tax expense | (12,211) | (13,809) | (12,205) | (4,858) | (6,489) | (8,520) |
| Amortization of deferred financing costs | 1,249 | 251 | – | 383 | 383 | 384 |
| Deferred financing charges | (1,286) | (214) | (1,150) | – | – | – |
| Income taxes payable, net | (4) | 33 | 38 | (28) | – | – |
| Accrued interest | 5,824 | 5,468 | (198) | – | – | – |
| Accrued reorganization expense | – | 1,168 | (1,168) | – | – | – |
| Noncash 2009 interest expense (converted to equity) | | | 5,729 | | | |
| Term loans | (3,279) | 697 | 1,244 | (4,438) | (4,228) | (2,932) |
| Revolving line of credit | 2,263 | 3,587 | – | – | – | – |
| | | | | | | |
| Net cash flow | (10,504) | (5,578) | (9,678) | (10,894) | (12,403) | (13,179) |
| | | | | | | |
| Add cash on hand at beginning of period | (17) | 160 | 5,511 | 5,007 | 12,155 | 20,033 |
| Less cash on hand at end of period | 160 | 5,511 | 5,007 | 12,155 | 20,033 | 28,821 |
| | | | | | | |
| Net cash transferred to (from) corporate | (10,681) | (10,929) | (9,174) | (18,042) | (20,281) | (21,967) |

(1) Amount excludes $508 of expenses incurred during the first quarter of 2008, prior to our chapter 11 filing on April 1, 2008, in connection with our efforts to refinance, restructure, or repay or indebtedness. This amount has been classified as reorganization expense and is included above in the line entitled "Nonoperating loss incl. income tax expense."

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Corporate Office Balance Sheets**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
|   Cash | 160 | 5,511 | 5,007 | 12,155 | 20,033 | 28,821 |
|   Marketable securities | 214 | 38 | 103 | 103 | 103 | 103 |
|   Trade receivables, net | – | – | – | – | – | – |
|   Inventories | – | – | – | – | – | – |
|   Prepaid expenses | (63) | 163 | 155 | 123 | 100 | 100 |
|   Deferred income taxes | 98 | – | | | | |
|   Other current assets | 200 | 6 | – | – | – | – |
|     Total current assets | 609 | 5,718 | 5,265 | 12,381 | 20,236 | 29,024 |
| Plant & equipment | | | | | | |
|   Land | – | – | – | – | – | – |
|   Buildings | 33 | 36 | 36 | 36 | 36 | 36 |
|   Machinery & equipment | 87 | 101 | 101 | 131 | 161 | 191 |
| | 120 | 137 | 137 | 167 | 197 | 227 |
|   Accumulated depreciation | 25 | 60 | 99 | 129 | 144 | 159 |
|     Plant & equipment, net | 95 | 77 | 38 | 38 | 53 | 68 |
| Deferred financing expenses | 37 | – | 1,150 | 767 | 384 | – |
| Other assets | 79 | 88 | 72 | 79 | 79 | 79 |
| | 820 | 5,883 | 6,525 | 13,265 | 20,752 | 29,171 |

**LEXINGTON PRECISION CORPORATION**
**AND SUBSIDIARY**

**Corporate Office Balance Sheets (cont.)**
**(in thousands of dollars)**

| | Actual 12/31/07 | Actual 12/31/08 | Forecast 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 |
|---|---|---|---|---|---|---|
| **Liabilities & Stockholders' Equity (Deficit):** | | | | | | |
| | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | 667 | 1,918 | 643 | 700 | 775 | 850 |
| Accrued income taxes | (43) | – | 28 | | – | – |
| Accrued interest expense | 7,954 | 199 | – | – | – | – |
| Accrued expenses excl. interest and income taxes | 1,404 | 681 | 1,010 | 1,025 | 964 | 926 |
| Short-term debt | 10,632 | 18,219 | – | – | – | – |
| Current portion of long-term debt | 58,454 | 19,972 | 4,438 | 4,228 | 2,932 | 2,500 |
| Total current liabilities | 79,068 | 40,989 | 6,119 | 5,953 | 4,671 | 4,276 |
| | | | | | | |
| Liabilities subject to compromise | – | 48,497 | – | | | |
| | | | | | | |
| Long-term debt, net of current portion | 5 | – | 40,602 | 36,374 | 33,442 | 30,942 |
| | | | | | | |
| Deferred income taxes | 98 | – | – | – | – | – |
| | | | | | | |
| Intercompany | (42,410) | (37,207) | (39,440) | (36,316) | (39,636) | (44,341) |
| | | | | | | |
| Stockholders' equity (deficit): | | | | | | |
| Common stock | 1,238 | 1,242 | 14,789 | 14,789 | 14,789 | 14,789 |
| Add'l paid-in-capital | 13,187 | 13,197 | 53,818 | 53,818 | 53,818 | 53,818 |
| Accumulated deficit | (50,366) | (60,835) | (69,363) | (61,353) | (46,332) | (30,313) |
| Stockholders' equity (deficit) | (35,941) | (46,396) | (756) | 7,254 | 22,275 | 38,294 |
| | | | | | | |
| | 820 | 5,883 | 6,525 | 13,265 | 20,752 | 29,171 |