# Exhibit G

**Debtors' Liquidation Analysis**

**LEXINGTON PRECISION CORPORATION**

**Liquidation Analysis as of August 31, 2009**
**(in thousands of dollars)**

|  | LRGI | LPC | Debtors |
|---|---:|---:|---:|
| Net proceeds of liquidation before related fees | 30,906 | 9,389 | 40,295 |
| Trustee's commission (3%) | (927) | (282) | (1,209) |
| Legal fees | (600) | (600) | (1,200) |
| Net proceeds of liquidation | 29,379 | 8,507 | 37,886 |
| Secured debt |  |  | (32,152) |
| Interest on secured debt during liquidation period |  |  | (760) |
| Debtor-in-possession loan |  |  | (4,034) |
| Interest on debtor-in-possession loan during liquidation period |  |  | (200) |
| Net proceeds before payment of post-petition accounts payable and chapter 11 professional fees |  |  | 740 |
| Chapter 11 professional fees |  |  | (1,318) |
| Shortfall |  |  | (578) |
| Net proceeds of liquidation available for unsecured creditors |  |  | -0- |