**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____  x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEXINGTON PRECISION CORP, | : | |
| | : | Case No. 08-11153 (MG) |
| *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

_____  x

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2009, I electronically filed **NOTICE OF SUBMISSION OF MONTHLY FEE STATEMENT OF W.Y. CAMPBELL AND COMPANY AS FINANCIAL ADVISORS TO DEBTORS FOR THE PERIOD AUGUST 1, 2009 THROUGH AUGUST 31, 2009** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Aaron R. Cahn    cahn@clm.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Gayle Ehrlich    gehrlich@sandw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- William F. Harmeyer    wharmeyer@harmeyerlaw.com
- Donald N. Jaffe    djaffe@westonhurd.com
- David R. Jury    djury@usw.org
- Richard P. Krasnow    richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Jonathan Levine    jonathanlevine@andrewskurth.com, jlevine@akllp.com
- Christopher Marcus    christopher.marcus@weil.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Raymond Patella    rpatella@foxrothschild.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Joseph Cono Savino    savino@larypc.com, silvestro@larypc.com
- Richard M. Seltzer    rseltzer@cwsny.com
- Dan Shaked  dan@shakedandposner.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Adam P. Strochak    adam.strochak@weil.com, michele.meises@weil.com
- Marc N. Swanson  swansonm@millercanfield.com
- Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com

and by U.S. Mail to the following:

Christopher Marcus
John Lucas
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Paul Kenan Schwartzberg
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10023
Attention: Michael Lubin

Waller, Landsden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Attention: John Tishler

Andrews Kurth, LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attention: Paul Silverstein

O'Melveny & Meyers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attention: Gerald Bender

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10023
Attention: Dennis Wellhouse

enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

DICKINSON WRIGHT PLLC

By: /s/ Allison R. Bach
    Allison R. Bach (5059)
Attorneys for W.Y. Campbell & Company
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
abach@dickinsonwright.com