**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Lexington Precision Corporation          CASE NO.: 08–11153–brl

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  11
22–1830121

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Burton R. Lifland on October 5, 2009 for administration. Please style all future captions with the appropriate judicial suffix (brl ).

Dated: October 5, 2009                                  Vito Genna
                                                        Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-1                User: asuarez                Page 1 of 2                Date Rcvd: Oct 05, 2009
Case: 08-11153                      Form ID: 144                 Total Noticed: 56


The following entities were noticed by first class mail on Oct 07, 2009.
db           +Lexington Precision Corporation,    800 Third Avenue, 15th Floor,    New York, NY 10022-7649
aty          +Paul Kenan Schwartzberg,    Office of the United States Trustee,    33 Whitehall Street,
               21st Floor,    New York, NY 10004-2122
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    290 Broadway,    Insolvency 5th fl,
               New York, NY   10007)
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY   12205-0300
smg           United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
               New York, NY   10007-1701
ust          +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
4570750      +Air Cleaning Technologies, Inc.,    Robert House,    13310 Industrial Pk Blvd. #195,
               Plymouth, MN 55441-3815
4575760      +Audio Video Supply,    Kara Johnson,    4575 Ruffner Street,    San Diego, CA 92111-2215
4516754       Bankruptcy Administration,    Ikon Financial Services,    1738 Bass Road,    P.O. Box 13708,
               Macon, GA 31208-3708
4609133      +Bibb Control Systems,    PO Box 277,    2909 Lanier Heights Road,    Macon, GA 31217-5794
4613816      +Charmilles Technologies,    Laura Schalla,    AGIE Carmilles Corporation,    PO Box 807,
               Mt Prospect, IL 60056-0807
4570751      +Cintas Corporation,    Angela Ladanza,    PO Box 727,    North Jackson, OH 44451-0727
4575761       Conveyer & Caster Equipment for Industry,    Rachel Kutel,    3501 Detroit Ave,
               Cleveland, OH  44113-2792
4523805      +ENCO MANUFACTURING COMPANY INC,    PO BOX 357,    FARMINGDALE, NY 11735-0357
4570869       Engel Canada, Inc,    Petra Catteau,    545 Elmira Road,    Guelph On N1K 1C2,    Canada
4570752      +Engel Machinery,    Helen Olajos,    3740 Board Road,    York, PA 17406-8425
4570753      +Environmental Science Corp.,    Rhodora Saylor,    12065 Lebanon Road,    Mt. Juliet, TN 37122-2508
4570757      +Fair Harbor Capital, LLC,    875 Avenue of the Americas,    Suite 2305,    New York, NY 10001-3507
4575762      +Fluid Power South, Inc.,    Catherine Wells,    2909 Langford Road, Building A-800,
               Norcross, GA 30071-4763
4596947      +Forklifts Unlimited,    Jane League,    PO Box 947,    York, SC 29745-0947
4613817      +Gayson SDI,    Robert Bradley,    30 Second St SW,    Barberton, OH 44203-2620
4514192      +General Cable Industries, Inc.,    4 Tesseneer Drive,    Highland Heights, KY 41076-9167
4517329      +Glenn M. Reisman,    Two Corporate Drive,    Suite 234,    Shelton, CT 06484-6213
4510619      +Gosiger, Inc.,    c/o Richard L. Ferrell,    Taft Stettinius & Hollister LLP,
               425 Walnut Street, Suite 1800,    Cincinnati, Ohio 45202-3957
4570754      +HB Chemical Corporation,    Rick Ravine,    PO Box 75502,    Cleveland, OH 44101-4755
4587618      +Ikon Office Solutions,    Recovery & Bankruptcy Group,    3920 Arkwright Road, Suite 400,
               Macon, GA 31210-1748
4657436      +Iron Mountain Information Management, Inc.,    c/o Frank F. McGinn, Esq.,
               Bartlett Hackett Feinberg P.C.,    155 Federal Street, 9th Floor,    Boston, MA 02110-1610
4578209      +Lianda,    Lee Mao,    1340 Corporate Drive, Suite 500,    Hudson, OH 44236-4445
4523796      +MARK FILIPPINI,    AKZO NOBEL POLYMERS CHEMICALS LLC,    525 WEST VAN BUREN STREET,
               CHICAGO, IL 60607-3845
4735792      +Marc N. Swanson,    Miller Canfield Paddock & Stone PLC,    150 West Jefferson, Suite 2500,
               Detroit, MI 48226-4415
4585541      +Marc N. Swanson, Esq.,    Miller, Canfield, Paddock & Stone, PLC,
               150 W. Jefferson Avenue, Suite 2500,    Detroit, MI 48226-4415
4570755      +Martin Pallet Inc.,    Judith Miller,    1414 Industrial Ave. S.W,    Massillon, OH 44647-7663
4523798      +McMASTER-CARR,    200 AURORA INDUSTRIAL PARKWAY,    AURORA, OHIO 44202-8090,    ATTN: TINA DAVIDSON
4570756      +Millenium Machinery,    Frank Maehr,    2350 Brighton Henrietta Townline Road,
               Rochester, NY 14623-2708
4523800      +OHIO EDISON COMPANY,    BANKRUPTCY DEPT,    6896 MILLER RD RM 204,    BRECKSVILLE, OH 44141-3222
4523801      +PPG INDUSTRIES, INC,    CREDIT DEPARTMENT # 0595047,    ONE PPG PLACE 8-1,
               PITTSBURGH, PA 15272-0001
4597616       Peening Technologies,    5289 Bldg #8,    Bankhead Highway,    Austell, GA  30106
4598345      +Pepper Pike Place Associates, LLC,    c/o Howard A. Marken, Fred Arnoff,    Weston Hurd LLP,
               1301 E.Ninth St., Suite 1900,    Cleveland, Ohio 44114-1862
4613818       R E Conduit Company Inc,    Cheryl Morgan,    3050 Springboro West,    Daton, OH  45439-1716
4575769      +Regional Distributors, Inc.,    David Scalen,    1143 Lexington Avenue,    Rochester, NY 14606-2903
4523943       Signature Aluminum Canada Inc. f/k/a Bon L Canada,    Attention: Melody Dennys, Credit Mgr.,
               500 Edward Avenue,    Richmond Hill, ON L4C4Y9 Canada
4596946      +Standex International Group,    dba Mold Tech Ohio,    Mathew Pinsel,    801 N Merician Road,
               Youngstown, OH 44509-1008
4585540      +Stephen S. LaPlante, Esq.,    Miller, Canfield, Paddock & Stone, PLC,
               150 W. Jefferson Avenue, Suite 2500,    Detroit, MI 48226-4415
4610064      +Tennessee Department of Revenue,    c/o Tennessee Attorney General's Office,    Bankruptcy Division,
               PO Box 20207,    Nashville, Tennessee 37202-4015
4572584      +Thomas M. Wilson, Esq.,    Kelley & Ferraro, LLP,    2200 Key Tower,    127 Public Square,
               Cleveland, Ohio 44114-1217
4593398      +Trade Beam, Inc.,    Two Waters Park Drive,    Suite 200,    San Mateo, CA 94403-1178
4519851      +Travelers,    One Tower Square, 5MN,    Hartford, CT 06183-0002
4601979      +Tri Dim,    PO Box 822001,    Philadelphia, PA 19182-2001
4609132      +Twist, Inc.,    PO Box 177,    Jamestown, OH 45335-0177
4517717       USW,    Five Gateway Center, Suite 807,    Pittsburgh, PA 15222
4523806      +WASTE MANAGEMENT RMC,    2421 W PEORIA AVE,    PHOENIX, ARIZONA 85029-4944
4512701      +Wells Fargo Financial Leasing, Inc.,    800 Walnut Street,    MAC F4031-050,
               Des Moines, IA 50309-3605
4613819      +Yarde Metals,    Cynthia Lawrence,    45 Newell Street,    Southington, CT 06489-1424
```

```
District/off: 0208-1          User: asuarez              Page 2 of 2                Date Rcvd: Oct 05, 2009
Case: 08-11153                Form ID: 144               Total Noticed: 56
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Oct 05, 2009.
```
4517331       +E-mail/Text: WHARMEYER@HARMEYERLAW.COM                              William F. Harmeyer,
               William F. Harmeyer & Associates, P.C,   7322 Southwest Freeway, Suite 475,
               Houston, Texas 77074-2047
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2009**                    **Signature:**    _Joseph Speetjens_