**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11153 (MG)<br><br>(Jointly Administered) |

### ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion dated October 1, 2009 (the "Motion") of Jo Christine Reed, Esq., for an order permitting Robert B. Millner, Esq. ("Admittee") to practice *Pro Hac Vice* before the United States bankruptcy Court for the Southern District of New York to appear and represent Liberty Mutual Insurance Company, under 2090-1(b) of the Local bankruptcy Rules for the Southern District of New York, as more fully set forth in the Motion; and it appearing that admittee is admitted to practice and in good standing in the Bar of the State of Illinois, and submits to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the course of these chapter 11 cases; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Robert B. Millner, Esq., is admitted to practice *Pro Hac Vice* in the above-captioned jointly administered chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the $25.00 filing fee.

Dated:  October 13, 2009
         New York, New York                    /s/Burton R. Lifland
                                                UNITED STATES BANKRUPTCY JUDGE