UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORPORATION,                            :  08- 11153 (MG)
                                                            :
                    Debtor.                                 :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 22, 2009, I caused to be served true and correct copies of the "Notice of Presentment of Stipulation, Agreement and Order Pursuant to Bankruptcy Code Sections 105(A), 361, 362, and 363 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Lenders (Fifth Extension)," dated September 22, 2009, to which is attached the "Stipulation Agreement and Order Pursuant to Bankruptcy Code Sections 105(A), 361, 362, and 363 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Lenders (Fifth Extension)," dated September 22, 2009 [Docket No. 717], enclosed securely in separate postage pre-paid envelopes, delivered via overnight mail to the parties listed on the annexed Exhibit A, and via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
23rd day of September, 2009

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

**EXHIBIT A**

| | |
|---|---|
| BARTLETT HACKETT FEINBERG P.C.<br>ATTN: FRANK F. MCGINN, ESQ.<br>(COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT)<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA  02110 | GEORGIA DEPARTMENT OF REVENUE<br>SALES & USE TAX DIVISION<br>P. O. BOX 105296<br>ATLANTA, GA  30348 |
| HISCOCK & BARCLAY, LLP<br>ATTN: J. ERIC CHARLTON, ESQ.<br>ATTORNEYS FOR H&R OF NEW YORK<br>D/B/A HALEY & ALDRICH OF NEW YORK<br>300 SOUTH STATE STREET<br>ONE PARK PLACE<br>SYRACUSE, NY  13202 | IKON OFFICE SOLUTIONS<br>RECOVERY & BANKRUPTCY GROUP<br>3920 ARKWRIGHT ROAD, SUITE 400<br>MACON, GA  31210 |
| INTERNAL REVENUE SERVICE<br>ATTN:DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY  10007 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA  19114-0326 |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br>ATTN: MARC N. SWANSON<br>(COUNSEL TO: FORD MOTOR COMPANY)<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI  48226 | NEW YORK STATE SALES TAX<br>P.O. BOX 1209<br>NEW YORK, NY  10116 |

| | |
|---|---|
| NEW YORK STATE TAX PROCESSING<br>JAF BUILDING, P.O. BOX 1206<br>NEW YORK, NY  10116 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN:REGIONAL DIRECTOR<br>233 BROADWY<br>NEW YORK, NY  10279 |

```
              *** LPC (LIST2002,REC2002) 29 ***                                    *** LPC (LIST2002,REC2002) 64 ***
AMERICAN EXPRESS                                                   BLANK ROME LLP
ATTN:ANN JACOBS                                                    ATTN: MICHAEL Z. BROWNSTEIN
P.O. BOX 36001                                                     COUNSEL TO GENERAL CABLE INDUSTRIES, INC.
FT. LAUDERDALE, FL 33336-0001                                      THE CHRYSLER BUILDING
                                                                   405 LEXINGTON AVENUE
                                                                   NEW YORK, NY 10174-0208




              *** LPC (LIST2002,REC2002) 42 ***
TECHNICAL MACHINE PRODUCTS
ATTN:SHERRY FESS
5500 WALWORTH AVENUE
CLEVELAND, OH 44102
```

**EXHIBIT B**

| **NAME** | **FAX** |
|---|---|
| AMERICAN EXPRESS ATTNANN JACOBS | 632-492-3884 |
| ANDREWS KURTH LLP ATTNPAUL N SILVERSTEIN | 212-813-8158 |
| ANDREWS KURTH LLP ATTN PAUL SILVERSTEIN ESQ | 212-850-2929 |
| BLANK ROME LLP ATTN MICHAEL Z BROWNSTEIN | 212-885-5502 |
| BLANK ROME LLP ATTN RAYMOND PATELLA | 215-832-5781 |
| BURNT MOUNTAIN CENTER INC ATTNKIM HYDE | 706-277-3689 |
| CAPITALSOURCE FINANCE LLC ATTNAKIM GRATE | 301-841-2889 |
| CAPITALSOURCE FINANCE LLC ATTNTODD GEHRS | 301-841-2889 |
| CARTER LEDYARD & MILBURN LLP ATTN AARON R CAHN | 212-732-3232 |
| CHANNEL PRIME ALLIANCE ATTNCIARA DOLLOWAY | 203-831-4330 |
| CHASE BRASS & COPPER INC ATTNCHERYL NOFZIGER | 419-485-5945 |
| CHINA AUTO GROUP ATTNKIM TAYLOR DOMINES | 949-767-5949 |
| COHEN WEISS AND SIMON LLP ATTN RICHARD M SELTZER | 646-473-8219 |
| COHEN WEISS AND SIMON LLP ATTN ROBIN H GISE | 646-473-8213 |
| COPPER & BRASS SALES ATTNDALE SAWCHIK | 216-883-1066 |
| CSE MORTGAGE LLC ATTNAKIM GRATE | 301-841-2889 |
| CSE MORTGAGE LLC ATTNTODD GEHRS | 301-841-2889 |
| DALTON BOX ATTNSHEILA BLAIR | 706-277-3689 |
| DAY PITNEY LLP ATTN SCOTT A ZUBER ESQ | 973-966-1015 |
| DEGUSSA-HULS CORPORATION ATTNFRED PACINICH | 973-541-8850 |
| DMD SPECIAL SITUTATIONS LLC ATTNAKIM GRATE | 301-841-2889 |
| DMD SPECIAL SITUTATIONS LLC ATTNTODD GEHRS | 301-841-2889 |
| DOW CORNING STI ATTNANNE TIPPLE | 866-804-8812 |
| EARLE M JORGENSEN COMPANY ATTNDAVID O BRIEN | 215-949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES PO BOX 4620 | 315-471-3846 |
| EXCELLUS BLUE CROSS ATTNCUSTOMER SERVICE | 585-238-4348 |
| GEORGIA POWER ATTNCUSTOMER SERVICE | 404-506-3771 |
| GOLD KEY PROCESSING LTD ATTNSTEVE HARSH | 440-632-0929 |
| GOODYEAR TIRE & RUBBER CO ATTNDERICK MCGINNESS | 330-796-1113 |
| GOSIGER MACHINE TOOLS ATTNLINDA DUALE | 440-248-3112 |
| HALEY & ALDRICH INC ATTNSTEVE SCHALABBA | 617-886-7600 |
| IMPERIAL DIE & MFG CO ATTNRON LAPOSSY | 440-268-9040 |
| IUEEMFWORKERS AFL-CIO ATTNKEN REAM | 330-395-4875 |
| KELLEY & FERRARO LLP  ATTN T WILSON | 216-575-0799 |
| KEYSTONE PROFILES ATTNFRANK CREMEENS | 724-846-3901 |
| LEXINGTON PRECISION CORP ATTNMICHAEL A LUBIN | 212-319-4659 |
| LEXINGTON PRECISION CORPORATION ATTNWARREN DELANO | 212-319-4659 |
| LINTECH INTERNATIONAL ATTNJULIE VAN BRUNT | 478-784-1745 |
| LION COPOLYMER ATTNMICHELLE GEIDROZ | 225-267-3411 |
| LOCAL 1811 USWA AFL-CIO ATTNWAYNE ROBINSON | 704-454-7054 |
| MILLER CANFIELD PADDOCK AND STONE PLC S LAPLANTE | 313-496-8452 |
| MOMENTIVE PERF MATERIALS INC ATTNLINDA AYERS | 304-746-1623 |
| OMELVENY & MEYERS LLP ATTNGERALD BENDER ESQ | 212-326-2061 |

| | |
|---|---|
| OFFICE OF THE US TRUSTEE ATTN P SCHWARTZBERG | 212-668-2255 |
| OHIO EDISON ATTNCUSTOMER SERVICE | 877-289-3674 |
| PPG INDUSTRIES INC ATTNANEW JOHNSON | 724-325-5045 |
| PREFERRED RUBBER COMPOUNDING ATTNMICHELLE PARKS | 330-798-4796 |
| PROCESS OILS INC ATTNBOB HOCH | 281-556-6038 |
| SHIN-ETSU SILICONES OF AMERICA ATTNE MCDOWELL | 330-630-9855 |
| SIGNATURE ALUMINUM ATTNCHIP MOORE | 614-262-5036 |
| SULLIVAN & WORCESTER ATTN GAYLE P EHRLICH ESQ | 617-338-2880 |
| TAFT STETTINIUS ET AL LLP ATTN RICHARD FERRELL ESQ | 513-381-0205 |
| TECHNICAL MACHINE PRODUCTS ATTNSHERRY FESS | 281-281-0408 |
| USW ATTN DAVID R JURY ASSOCIATE GENERAL COUNSL | 412-562-2574 |
| VITEX CORPORATION ATTNBRENDA GOODEARL | 603-934-0355 |
| WACKER SILICONES ATTNJAMES LAMMERS | 517-264-8616 |
| WALLER LANDSEN DORTCH & DAVIS ATTN JOHN TISHLER | 615-244-6804 |
| WEBSTER BUSINESS CREDIT CORP ATTNALAN MCKAY | 212-806-4530 |
| WESTON HURD LLC  ATTN H MARKEN | 216-621-8369 |
| WILMINGTON TRUST CO CORP CAP MKTS STEVE CIMALORE | 302-651-8010 |