UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                         :

In re                                    :        Chapter 11 Case No.
                                           :

LEXINGTON PRECISION CORPORATION,   :        08- 11153 (MG)
                                           :

          Debtor.                     :        (Jointly Administered)
                                           :

--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF NEW YORK )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 5, 2009, I caused to be served the following:

    a)   "Notice of Agenda of Matters Scheduled for Hearing on October 6, 2009 at 2:00 P.M.," dated October 5, 2009, [Docket No. 743], and

    b)   "Notice of Amended Agenda of Matters Scheduled for Hearing on October 6, 2009 at 2:00 P.M. (Hearing Adjourned To A Date To Be Determined)," dated October 5, 2009, [Docket No. 747],

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered via facsimile to those parties listed on the annexed Exhibit A.

                                           _____
                                           Christopher Simco

Sworn to before me this
____ day of October, 2009

_____
Notary Public

NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175079
QUALIFIED IN MASS COUNTY
COMMISSION EXPIRES

T:\Clients\LPC\Affidavits\Ntc 743 & 747_Aff_10-05-09.doc

# EXHIBIT "A"

| NAME | FAX |
| --- | --- |
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |