WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEXINGTON PRECISION CORPORATION,              :    08- 11153 (BRL)
                                              :
       Debtor.                                :
                                              :
-------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 21, 2009 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 623,
One Bowling Green, New York, NY 10004.

**I.    STATUS CONFERENCE:**

1. Status Conference

   Related Documents:  None

   Response Deadline:  None.

   Response(s) Received:  None.

Status:  This matter is going forward.

Dated: October 20, 2009
   New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession