UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: | Chapter 11 |
| | Case No. 08-11153 (MG) |
| | (Jointly Administered) |
| Lexington Precision Corp. *et al.*, | In proceedings for a reorganization, application for a fourth interim allowance of fees for financial advisors to the Official Committee of Unsecured Creditors |
| Debtor: | |

## FEES AND EXPENSES APPLICATION
## COVER SHEET

NAME OF APPLICANT:     STOUT RISIUS ROSS, INC.
NAME OF CLIENT:        THE OFFICIAL COMMITTEE OF UNSECURED
                       CREDITORS OF LEXINGTON PRECISION CORP., *ET
                       AL.*

PERIOD COVERED:        APRIL 1, 2009 THROUGH JULY 31, 2009

FOURTH INTERIM APPLICATION:

### SECTION I: FEE SUMMARY

| PERIOD | | TO DATE | CURRENT |
|---|---|---|---|
| 1. | Total fees and expenses requested: | $ 800,296.25 | $ 203,500.39 |
| 2. | Total fees and expenses allowed: | $ 527,763.60 | N/A |
| 3. | Total retainer (if applicable): | N/A | N/A |
| 4. | Total holdback (if applicable): | $  69,032.26 | N/A |
| 5. | Total received by applicant[1]: | $ 611,259.29 | $ 123,650.99 |
| 6. | Total fees and expenses due (1 less 5): | $ 189,036.96 | $  79,849.40 |

---

[1] Payments received as of August 31, 2009.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Re:

Lexington Precision Corp. *et al.*,

Debtor:

---

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a fourth interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your Applicant's retention order was signed on or about June 5, 2008 effective as of May 13, 2008.

B. Your Applicant represents the Official Committee of Unsecured Creditors.

C. This compensation is the Fourth Interim Allowance for the period April 1, 2009 through July 31, 2009.

D. The total amount of the compensation requested is $200,000.00 which consists of $50,000.00 for the "April Monthly Fee," $50,000.00 for the "May Monthly Fee," $50,000.00 for the "June Monthly Fee," and $50,000.00 for the "July Monthly Fee."

E. The total amount of expenses of which reimbursement is sought is $3,500.39.

F. The total amount of previous compensation paid as of August 31, 2009 was $591,612.90.

G. The total amount of previous expenses paid as of August 31, 2009 was $19,646.39.

H. The amount of retainer is not applicable.

STOUT RISIUS ROSS, INC.

Jeffrey M. Risius, CFA, ASA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Re:                                            Chapter 11
                                               Case No. 08-11153 (MG)
                                               (Jointly Administered)
Lexington Precision Corp. *et al.*,            In proceedings for a reorganization,
                                               application for a fourth interim allowance of
                                               fees for financial advisors to the Official
                                               Committee of Unsecured Creditors

                     Debtor:

---

STATE OF NEW YORK     )
                      )  ss:
COUNTY OF NEW YORK    )

Stout Risius Ross, Inc. hereby applies to the court for a fourth interim allowance of fees and expenses, and represents as follows:

1.  The bankruptcy case of Lexington Precision Corp. *et al.* was commenced by a voluntary petition filed on April 1, 2008.

2.  Lexington Precision Corp. *et al.* is a corporation organized and existing under the laws of the State of Delaware. The executive office is currently located at 800 Third Avenue, New York, New York 10022.

3.  By order dated on or about June 5, 2008, the court approved the retention of Stout Risius Ross, Inc. as financial advisors to the Official Committee of Unsecured Creditors. A copy of said Order is attached as Exhibit C.

4.  The engagement of Stout Risius Ross, Inc. is under the direct supervision of Jeffrey M. Risius, CFA, ASA, a Managing Director of the firm with familiarity in the bankruptcy and insolvency area of valuation and accounting.

5.  Stout Risius Ross, Inc. maintains records of time it expended in the rendition of all professional services. The firm's time records were made concurrently with the rendition of professional services, and all such records are available for inspection. Exhibit A-1 hereto sets forth a schedule showing the name, position, hours worked from April 1, 2009 through July 31, 2009 of services rendered for all professionals of Stout Risius Ross, Inc. having devoted time to this case. Exhibit A-2 hereto is a breakdown of all professionals' daily time details, by project category.

6.  Following is a description of the firm's services provided to the Committee of Unsecured Creditors' ("Committee") along with the aggregate time expended by category:

|  |  | **Hours** |
|---|---|---|
| **A.** | **CASE ADMINISTRATION**<br>Review of case status, motions, and docket filings. Prepare information request lists and correspondence in connection with the case. Organize and document electronic files received from the Debtors and the Debtors' financial advisor. | 19.00 |
| **B.** | **BUSINESS ANALYSIS**<br>Review of the Debtors' historical public quarterly reports (10-Q's) and historical financial reports by division. Also, includes monitoring of weekly actual cash flow for comparison with projections from April 1, 2009 through July 31, 2009 and analysis of the Debtors' updated cash flow projections. Also, review and analysis of the Debtors' March through June operating reports. Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 53.00 |
| **C.** | **LITIGATION CONSULTING**<br>Preparation of a business valuation of the Debtors for purposes of mediation and negotiating a proposed plan of reorganization. Preparation includes research and analysis of the Debtors updated projections, operating results of comparable companies, research of industry trends, research of changes in the current economic environment, research of comparable transactions and related multiples, review of historical financial statements for non-recurring events, amongst other procedures. Preparation for and attendance at a mediation hearing. Updating analysis to reflect current financial performance of the Debtors. Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 265.75 |

**D.**  **TELECONFERENCES/MEETINGS – COMMITTEE OF**
**UNSECURED CREDITORS/COUNSEL**
Preparation for and attendance at meetings and teleconferences                    39.50
with the Committee and the Committee's professionals to discuss
the Debtors' financial condition, status of DIP operations,
estimated claims base, mediation, and other matters. Includes
various teleconferences and meetings with Committee Counsel to
discuss on-going case matters, preparation for Committee calls
and case strategy.

**E.**  **TELECONFERENCES/MEETINGS – DEBTOR/COUNSEL**
Preparation for and attendance at various meetings and                             9.25
teleconferences with the Debtors' management and the Debtors'
financial advisors. Issues discussed include historical financial
results, DIP operations, actual vs. projected results, financial
forecasts, status of information requests and ongoing requests for
information, amongst other matters.

**F.**  **FEE APPLICATION**
Preparation of monthly fee statements and time detail for the                      41.25
period April 1, 2009 through July 31, 2009, in advance of
completing an interim fee application in accordance with the U.S.
Trustee's guidelines, as well as preparation of the third interim
fee application.

                                                                                  _____
                                                                                  **427.75**

7.  The total hours worked by the professional staff of Stout Risius Ross, Inc. for the period April 1, 2009 through July 31, 2009 in performing the work described above in paragraph 6 is as follows:

|                             | Hours  |
| --------------------------- | ------ |
| Managing Director           | 31.75  |
| Director and Manager        | 145.75 |
| Senior Analyst and Analysts | 250.25 |
|                             | **427.75** |

8.  Applicant makes this fourth interim application for allowance of fees in the total amount of $200,000.00, for 427.75 hours of work, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters. The fourth interim application for allowance of fees consists of $50,000.00 for the "April Monthly Fee," $50,000.00 for the "May Monthly Fee," $50,000.00 for the "June Monthly Fee," and $50,000.00 for the "July Monthly Fee."

9.  Reimbursement of expenses: The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $3,500.39, listed in Exhibit B.

10. Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $200,000.00, and for reimbursement of out-of-pocket expenses in the amount of $3,500.39.

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before me this 26th day of October 2009

Notary Public

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

**EXHIBIT A-1**

**LEXINGTON PRECISION CORP.** *ET AL.*

TIME SUMMARY
April 1, 2009 through July 31, 2009

| Name/Title | Time |
|---|---|
| Jeffrey M. Risius, Managing Director | 31.75 |
| Jesse A. Ultz, Manager | 145.75 |
| Brian A. Hock, Senior Analyst | 250.25 |
| | **427.75** |

**EXHIBIT A-2**

# LEXINGTON PRECISION CORP. *ET AL.*

## DAILY TIME BY PROFESSIONAL
## BY CATEGORY

See attached details of all professionals' time from April 1, 2009 through July 31, 2009.

Detail of Services Provided By Stout Risius Ross, Inc.    Exhibit A-2
Lexington Precision Corp., et al.
April 1, 2009 Through July 31, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Business Analysis | 4/1/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 4/2/2009 | BAH | Brian A. Hock | 1.00 | Cash flow analysis |
| Business Analysis | 4/3/2009 | BAH | Brian A. Hock | 1.25 | Review and analysis of monthly operating reports |
| Business Analysis | 4/7/2009 | BAH | Brian A. Hock | 1.25 | Cash flow analysis |
| Business Analysis | 4/13/2009 | BAH | Brian A. Hock | 3.00 | Cash flow analysis |
| Business Analysis | 4/21/2009 | BAH | Brian A. Hock | 0.75 | Reviewing cash flow performance |
| Business Analysis | 4/23/2009 | BAH | Brian A. Hock | 1.00 | Cash flow analysis |
| Business Analysis | 4/23/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Business Analysis | 4/24/2009 | BAH | Brian A. Hock | 1.50 | Cash flow analysis |
| Business Analysis | 4/29/2009 | BAH | Brian A. Hock | 2.00 | Cash flow analysis |
| Business Analysis | 4/30/2009 | BAH | Brian A. Hock | 1.25 | Cash flow analysis |
| Business Analysis | 5/1/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of financial results |
| Business Analysis | 5/4/2009 | BAH | Brian A. Hock | 2.50 | Analysis of financial statements |
| Business Analysis | 5/6/2009 | JAU | Jesse A. Ultz | 1.00 | Cash flow analysis |
| Business Analysis | 5/7/2009 | BAH | Brian A. Hock | 3.00 | Cash flow analysis |
| Business Analysis | 5/7/2009 | JAU | Jesse A. Ultz | 2.50 | Working capital analysis |
| Business Analysis | 5/8/2009 | JAU | Jesse A. Ultz | 2.50 | Cash flow analysis |
| Business Analysis | 5/12/2009 | JAU | Jesse A. Ultz | 1.50 | Cash flow analysis |
| Business Analysis | 5/14/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 6/2/2009 | BAH | Brian A. Hock | 2.00 | Cash flow analysis |
| Business Analysis | 6/16/2009 | BAH | Brian A. Hock | 2.00 | Cash flow analysis |
| Business Analysis | 6/29/2009 | BAH | Brian A. Hock | 1.75 | Cash flow analysis |
| Business Analysis | 7/1/2009 | BAH | Brian A. Hock | 3.00 | Cash flow analysis |
| Business Analysis | 7/8/2009 | BAH | Brian A. Hock | 2.00 | Cash flow analysis |
| Business Analysis | 7/9/2009 | BAH | Brian A. Hock | 1.50 | Cash flow analysis |
| Business Analysis | 7/16/2009 | BAH | Brian A. Hock | 0.75 | Cash flow analysis |
| Business Analysis | 7/17/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 7/24/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 7/30/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| | | | | 53.00 | |
| Case Administration | 4/1/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/2/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/9/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/15/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/20/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/24/2009 | BAH | Brian A. Hock | 1.00 | Organization of work papers for document retention purposes |
| Case Administration | 4/30/2009 | BAH | Brian A. Hock | 0.75 | Organization of work papers for document retention purposes |
| Case Administration | 5/14/2009 | BAH | Brian A. Hock | 2.00 | Organization of workpapers for document retention purposes |
| Case Administration | 5/18/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| Case Administration | 6/1/2009 | BAH | Brian A. Hock | 1.25 | Organization of workpapers for document retention purposes |
| Case Administration | 6/15/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| Case Administration | 6/22/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| Case Administration | 7/14/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| Case Administration | 7/15/2009 | BAH | Brian A. Hock | 1.00 | Organization of workpapers for document retention purposes |
| Case Administration | 7/20/2009 | BAH | Brian A. Hock | 2.00 | Organization of workpapers for document retention purposes |
| Case Administration | 7/30/2009 | BAH | Brian A. Hock | 2.00 | Organization of workpapers for document retention purposes |
| | | | | 19.00 | |
| Fee Application | 4/2/2009 | BAH | Brian A. Hock | 1.50 | Preparation of interim fee application |
| Fee Application | 4/21/2009 | BAH | Brian A. Hock | 1.00 | Preparation of interim fee application |
| Fee Application | 4/22/2009 | BAH | Brian A. Hock | 3.50 | Preparation of interim fee application |
| Fee Application | 4/23/2009 | BAH | Brian A. Hock | 1.25 | Preparation of interim fee application |
| Fee Application | 4/23/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of interim fee application |
| Fee Application | 4/30/2009 | BAH | Brian A. Hock | 2.00 | Preparation of interim fee application |
| Fee Application | 5/7/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of interim fee application |
| Fee Application | 5/13/2009 | BAH | Brian A. Hock | 4.75 | Preparation of third interim fee application |
| Fee Application | 5/13/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of third interim fee application |
| Fee Application | 5/14/2009 | BAH | Brian A. Hock | 1.00 | Preparation of third interim fee application |
| Fee Application | 5/15/2009 | JAU | Jesse A. Ultz | 0.75 | Preparation of third interim fee application |
| Fee Application | 5/19/2009 | BAH | Brian A. Hock | 4.00 | Preparation of third interim fee application |
| Fee Application | 5/21/2009 | BAH | Brian A. Hock | 0.50 | Preparation of April fee statement |
| Fee Application | 5/21/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of April fee statement |
| Fee Application | 5/29/2009 | BAH | Brian A. Hock | 1.25 | Preparation of April fee statement |
| Fee Application | 6/23/2009 | BAH | Brian A. Hock | 4.00 | Preparation of May fee application |
| Fee Application | 6/23/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of May fee application |
| Fee Application | 6/24/2009 | BAH | Brian A. Hock | 1.25 | Preparation of May fee application |
| Fee Application | 6/29/2009 | BAH | Brian A. Hock | 2.00 | Preparation of May fee application |
| Fee Application | 7/20/2009 | BAH | Brian A. Hock | 1.50 | Preparation of monthly fee application |
| Fee Application | 7/20/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of monthly fee application |
| Fee Application | 7/22/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of monthly fee application |
| Fee Application | 7/28/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of monthly fee application |
| Fee Application | 7/29/2009 | BAH | Brian A. Hock | 2.00 | Preparation of monthly fee application |
| Fee Application | 7/31/2009 | BAH | Brian A. Hock | 3.00 | Preparation of monthly fee application |
| Fee Application | 7/31/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of monthly fee application |
| | | | | 41.25 | |
| Litigation Consulting | 4/1/2009 | BAH | Brian A. Hock | 3.75 | Analysis of projections |
| Litigation Consulting | 4/1/2009 | JMR | Jeffrey M. Risius | 2.00 | Report review |
| Litigation Consulting | 4/1/2009 | JMR | Jeffrey M. Risius | 1.00 | Review new Lexington projections |
| Litigation Consulting | 4/1/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of valuation report |
| Litigation Consulting | 4/1/2009 | JAU | Jesse A. Ultz | 1.25 | Reviewing revised Lexington projections |
| Litigation Consulting | 4/2/2009 | BAH | Brian A. Hock | 2.75 | Analysis of projections |

**Detail of Services Provided By Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**April 1, 2009 Through July 31, 2009**

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 4/2/2009 | JMR | Jeffrey M. Risius | 2.00 | Review new Lexington projection detail |
| Litigation Consulting | 4/2/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing new Lexington projections |
| Litigation Consulting | 4/3/2009 | BAH | Brian A. Hock | 1.00 | Analysis of projections |
| Litigation Consulting | 4/3/2009 | BAH | Brian A. Hock | 1.00 | Preparation of mediation report |
| Litigation Consulting | 4/3/2009 | JAU | Jesse A. Ultz | 1.50 | Reviewing new Lexington projections |
| Litigation Consulting | 4/4/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing W.Y. Campbell mediation report |
| Litigation Consulting | 4/6/2009 | BAH | Brian A. Hock | 3.75 | Reviewing W.Y. Campbell mediation report |
| Litigation Consulting | 4/6/2009 | JAU | Jesse A. Ultz | 2.00 | Reviewing W.Y. Campbell valuation report |
| Litigation Consulting | 4/7/2009 | BAH | Brian A. Hock | 2.00 | Reviewing projections |
| Litigation Consulting | 4/7/2009 | JAU | Jesse A. Ultz | 1.50 | Reviewing revised Lexington projections |
| Litigation Consulting | 4/8/2009 | BAH | Brian A. Hock | 2.00 | Reviewing projections and analysis |
| Litigation Consulting | 4/8/2009 | JAU | Jesse A. Ultz | 3.00 | Preparing for meeting with mediator |
| Litigation Consulting | 4/8/2009 | BAH | Brian A. Hock | 1.00 | Industry research |
| Litigation Consulting | 4/9/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation for meeting with mediator |
| Litigation Consulting | 4/10/2009 | JAU | Jesse A. Ultz | 1.50 | Preparation for meeting with mediator |
| Litigation Consulting | 4/13/2009 | JAU | Jesse A. Ultz | 8.00 | Traveling to and from New York for meeting with Debtors, UCC, and mediator |
| Litigation Consulting | 4/13/2009 | JAU | Jesse A. Ultz | 7.00 | Preparation for and meeting with Debtors, UCC, and mediator |
| Litigation Consulting | 4/14/2009 | BAH | Brian A. Hock | 3.00 | Analysis of financial statements |
| Litigation Consulting | 4/14/2009 | BAH | Brian A. Hock | 1.00 | Industry research |
| Litigation Consulting | 4/15/2009 | BAH | Brian A. Hock | 1.75 | Analysis of financial statements |
| Litigation Consulting | 4/16/2009 | BAH | Brian A. Hock | 4.00 | Review of mediation documents |
| Litigation Consulting | 4/16/2009 | BAH | Brian A. Hock | 2.50 | Review of W.Y. Campbell report |
| Litigation Consulting | 4/16/2009 | BAH | Brian A. Hock | 2.00 | Reconciliation of W.Y. Campbell reports |
| Litigation Consulting | 4/17/2009 | BAH | Brian A. Hock | 5.00 | Reviewing mediation and W.Y. Campbell report |
| Litigation Consulting | 4/20/2009 | BAH | Brian A. Hock | 3.50 | Mediation preparation |
| Litigation Consulting | 4/20/2009 | JAU | Jesse A. Ultz | 3.00 | Mediation preparation |
| Litigation Consulting | 4/21/2009 | BAH | Brian A. Hock | 4.75 | Mediation preparation |
| Litigation Consulting | 4/21/2009 | JAU | Jesse A. Ultz | 2.25 | Preparation for mediation |
| Litigation Consulting | 4/22/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 4/22/2009 | BAH | Brian A. Hock | 1.00 | Analysis for mediation |
| Litigation Consulting | 4/22/2009 | JAU | Jesse A. Ultz | 1.00 | Mediation preparation |
| Litigation Consulting | 4/24/2009 | BAH | Brian A. Hock | 3.00 | Read hearing transcript |
| Litigation Consulting | 4/24/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for mediation |
| Litigation Consulting | 4/27/2009 | BAH | Brian A. Hock | 3.75 | Read hearing transcript |
| Litigation Consulting | 4/27/2009 | BAH | Brian A. Hock | 1.00 | Mediation preparation |
| Litigation Consulting | 4/27/2009 | JMR | Jeffrey M. Risius | 3.00 | Preparation for mediation |
| Litigation Consulting | 4/27/2009 | JAU | Jesse A. Ultz | 1.50 | Mediation preparation |
| Litigation Consulting | 4/28/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 4/28/2009 | JAU | Jesse A. Ultz | 3.50 | Preparation for mediation |
| Litigation Consulting | 4/28/2009 | JAU | Jesse A. Ultz | 5.00 | Traveling to New York for mediation |
| Litigation Consulting | 4/29/2009 | JMR | Jeffrey M. Risius | 8.50 | Preparation for and attendance at mediation |
| Litigation Consulting | 4/29/2009 | JAU | Jesse A. Ultz | 4.00 | Traveling from New York for mediation |
| Litigation Consulting | 4/29/2009 | JAU | Jesse A. Ultz | 9.00 | Preparation for and attendance at mediation |
| Litigation Consulting | 4/30/2009 | JAU | Jesse A. Ultz | 1.00 | Mediation download, reviewing motions |
| Litigation Consulting | 5/4/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 5/4/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Litigation Consulting | 5/5/2009 | BAH | Brian A. Hock | 1.00 | Industry research |
| Litigation Consulting | 5/5/2009 | BAH | Brian A. Hock | 5.75 | Analysis of cash flow projections |
| Litigation Consulting | 5/5/2009 | JAU | Jesse A. Ultz | 1.25 | Review of current and projected results |
| Litigation Consulting | 5/6/2009 | BAH | Brian A. Hock | 4.50 | Analysis of cash flow projections |
| Litigation Consulting | 5/7/2009 | BAH | Brian A. Hock | 1.75 | Reviewing Debtor's agreements |
| Litigation Consulting | 5/8/2009 | BAH | Brian A. Hock | 0.50 | Analysis of projected financial statements |
| Litigation Consulting | 5/11/2009 | JMR | Jeffrey M. Risius | 1.50 | Reviewing status and financial condition of Debtors |
| Litigation Consulting | 5/11/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing current results |
| Litigation Consulting | 5/12/2009 | BAH | Brian A. Hock | 1.00 | Industry research |
| Litigation Consulting | 5/12/2009 | BAH | Brian A. Hock | 0.25 | Reviewing Debtor's cash flow forecast |
| Litigation Consulting | 5/13/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of cash flow and current results |
| Litigation Consulting | 5/14/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of financial results |
| Litigation Consulting | 5/15/2009 | BAH | Brian A. Hock | 3.00 | Reviewing SEC Form 10-K |
| Litigation Consulting | 5/15/2009 | BAH | Brian A. Hock | 0.50 | Industry research |
| Litigation Consulting | 5/15/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of financial results |
| Litigation Consulting | 5/18/2009 | BAH | Brian A. Hock | 4.50 | Financial statement analysis |
| Litigation Consulting | 5/18/2009 | BAH | Brian A. Hock | 2.00 | Industry research |
| Litigation Consulting | 5/18/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing docket |
| Litigation Consulting | 5/19/2009 | BAH | Brian A. Hock | 0.50 | Industry analysis |
| Litigation Consulting | 5/20/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing filings |
| Litigation Consulting | 5/21/2009 | JMR | Jeffrey M. Risius | 1.50 | Document inventory, review and analysis |
| Litigation Consulting | 5/22/2009 | BAH | Brian A. Hock | 1.50 | Reviewing unaudited monthly operating reports |
| Litigation Consulting | 5/26/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing filings |
| Litigation Consulting | 5/28/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing filings |
| Litigation Consulting | 5/28/2009 | JAU | Jesse A. Ultz | 1.00 | Information request for potential investors |
| Litigation Consulting | 5/29/2009 | BAH | Brian A. Hock | 1.50 | Preparation of information request to be sent to Debtors |
| Litigation Consulting | 5/29/2009 | BAH | Brian A. Hock | 1.50 | Reviewing information received |
| Litigation Consulting | 5/29/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 5/29/2009 | JAU | Jesse A. Ultz | 1.50 | Information request for potential investors |
| Litigation Consulting | 6/1/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing filings |
| Litigation Consulting | 6/2/2009 | JMR | Jeffrey M. Risius | 0.50 | Reviewing filings |
| Litigation Consulting | 6/2/2009 | JAU | Jesse A. Ultz | 0.75 | Data request for potential investors |
| Litigation Consulting | 6/3/2009 | BAH | Brian A. Hock | 1.50 | Analysis of financial results |
| Litigation Consulting | 6/3/2009 | JAU | Jesse A. Ultz | 1.00 | Data request for potential investors |
| Litigation Consulting | 6/4/2009 | JAU | Jesse A. Ultz | 0.75 | Data request for potential investors |
| Litigation Consulting | 6/9/2009 | JMR | Jeffrey M. Risius | 0.75 | Document review |
| Litigation Consulting | 6/9/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing financial results |
| Litigation Consulting | 6/11/2009 | BAH | Brian A. Hock | 2.00 | Reviewing financial results |
| Litigation Consulting | 6/11/2009 | JAU | Jesse A. Ultz | 0.50 | Confidentiality agreement for potential investors |

Detail of Services Provided By Stout Risius Ross, Inc.                                    Exhibit A-2
Lexington Precision Corp., et al.
April 1, 2009 Through July 31, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 6/11/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research and analysis |
| Litigation Consulting | 6/12/2009 | BAH | Brian A. Hock | 5.00 | Financial statement analysis |
| Litigation Consulting | 6/12/2009 | JMR | Jeffrey M. Risius | 1.50 | Review updated research |
| Litigation Consulting | 6/12/2009 | JAU | Jesse A. Ultz | 1.50 | Review of financial performance |
| Litigation Consulting | 6/12/2009 | BAH | Brian A. Hock | 0.50 | Confidentiality agreement for potential investors |
| Litigation Consulting | 6/12/2009 | JAU | Jesse A. Ultz | 0.75 | Industry research |
| Litigation Consulting | 6/15/2009 | BAH | Brian A. Hock | 4.75 | Financial statement analysis |
| Litigation Consulting | 6/15/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of historical financial performance |
| Litigation Consulting | 6/15/2009 | JAU | Jesse A. Ultz | 3.00 | Preparation for investor information disclosure |
| Litigation Consulting | 6/16/2009 | BAH | Brian A. Hock | 2.00 | Industry research |
| Litigation Consulting | 6/16/2009 | BAH | Brian A. Hock | 2.25 | Financial statement analysis |
| Litigation Consulting | 6/16/2009 | JAU | Jesse A. Ultz | 1.50 | Confidentiality agreement for potential investors |
| Litigation Consulting | 6/16/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of financial results |
| Litigation Consulting | 6/17/2009 | JAU | Jesse A. Ultz | 1.00 | Finalizing and distributing confidentiality agreement and historical presentation |
| Litigation Consulting | 6/17/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of historical financial results |
| Litigation Consulting | 6/18/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 6/19/2009 | BAH | Brian A. Hock | 0.50 | Reviewing correspondence from UCC |
| Litigation Consulting | 6/22/2009 | BAH | Brian A. Hock | 1.00 | Industry research |
| Litigation Consulting | 6/22/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing docket and filings |
| Litigation Consulting | 6/23/2009 | JAU | Jesse A. Ultz | 2.00 | Coordinating potential investor confidentiality agreements and information flow |
| Litigation Consulting | 6/25/2009 | BAH | Brian A. Hock | 1.50 | Reviewing financial information |
| Litigation Consulting | 6/25/2009 | JAU | Jesse A. Ultz | 1.25 | Analysis of historical results |
| Litigation Consulting | 6/30/2009 | BAH | Brian A. Hock | 5.00 | Analysis of financial statements |
| Litigation Consulting | 7/2/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 7/2/2009 | BAH | Brian A. Hock | 1.25 | Reviewing proof of claims filings |
| Litigation Consulting | 7/7/2009 | BAH | Brian A. Hock | 3.00 | Financial analysis |
| Litigation Consulting | 7/7/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing new information |
| Litigation Consulting | 7/8/2009 | BAH | Brian A. Hock | 3.00 | Financial analysis |
| Litigation Consulting | 7/8/2009 | JAU | Jesse A. Ultz | 2.00 | Analysis of historical results |
| Litigation Consulting | 7/9/2009 | BAH | Brian A. Hock | 1.00 | Reviewed filing |
| Litigation Consulting | 7/9/2009 | JAU | Jesse A. Ultz | 0.75 | Review of results, checking dockets |
| Litigation Consulting | 7/10/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 7/13/2009 | BAH | Brian A. Hock | 1.50 | Reviewing proof of claims filings |
| Litigation Consulting | 7/14/2009 | BAH | Brian A. Hock | 1.50 | Financial analysis |
| Litigation Consulting | 7/14/2009 | JAU | Jesse A. Ultz | 1.50 | Analysis of Lexington results |
| Litigation Consulting | 7/15/2009 | JAU | Jesse A. Ultz | 2.00 | Industry research |
| Litigation Consulting | 7/15/2009 | JAU | Jesse A. Ultz | 2.50 | Valuation analysis |
| Litigation Consulting | 7/15/2009 | JAU | Jesse A. Ultz | 1.00 | Market research |
| Litigation Consulting | 7/16/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 7/16/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Litigation Consulting | 7/20/2009 | JAU | Jesse A. Ultz | 2.00 | Financial analysis |
| Litigation Consulting | 7/21/2009 | JAU | Jesse A. Ultz | 0.50 | Company research |
| Litigation Consulting | 7/24/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing valuation analysis |
| Litigation Consulting | 7/29/2009 | BAH | Brian A. Hock | 1.50 | Industry research |
| Litigation Consulting | 7/30/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 7/30/2009 | JAU | Jesse A. Ultz | 0.50 | Analysis of claims |
| Litigation Consulting | 7/30/2009 | JAU | Jesse A. Ultz | 1.00 | Emergence analysis |
| Litigation Consulting | 7/31/2009 | JAU | Jesse A. Ultz | 2.00 | Emergence analysis |
|  |  |  |  | 265.75 |  |
|  |  |  |  |  |  |
| Teleconferences/Meetings with Committee/Counsel | 4/14/2009 | BAH | Brian A. Hock | 0.50 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 4/17/2009 | BAH | Brian A. Hock | 1.00 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 4/17/2009 | JMR | Jeffrey M. Risius | 3.50 | Conference call with UCC and preparation for mediation |
| Teleconferences/Meetings with Committee/Counsel | 4/22/2009 | BAH | Brian A. Hock | 0.50 | Correspondence with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/1/2009 | BAH | Brian A. Hock | 1.00 | Calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/1/2009 | JAU | Jesse A. Ultz | 1.00 | Calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/4/2009 | JMR | Jeffrey M. Risius | 1.00 | Preparation for and conference call with UCC and counsel |

Detail of Services Provided By Stout Risius Ross, Inc.                    Exhibit A-2
Lexington Precision Corp., et al.
April 1, 2009 Through July 31, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 5/4/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/5/2009 | BAH | Brian A. Hock | 1.50 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/5/2009 | JMR | Jeffrey M. Risius | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/5/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for and conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/7/2009 | BAH | Brian A. Hock | 0.50 | Telephone call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/8/2009 | BAH | Brian A. Hock | 0.75 | Telephone call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/8/2009 | BAH | Brian A. Hock | 0.50 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/11/2009 | BAH | Brian A. Hock | 1.50 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/13/2009 | BAH | Brian A. Hock | 1.25 | Telephone calls with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/13/2009 | BAH | Brian A. Hock | 0.50 | Conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/15/2009 | JAU | Jesse A. Ultz | 1.00 | Conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/19/2009 | JAU | Jesse A. Ultz | 0.50 | Telephone call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/20/2009 | BAH | Brian A. Hock | 0.50 | Telephone call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 5/22/2009 | JAU | Jesse A. Ultz | 0.50 | Correspondence with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 5/28/2009 | JAU | Jesse A. Ultz | 0.75 | Telephone call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/3/2009 | JAU | Jesse A. Ultz | 0.50 | Conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 6/8/2009 | JAU | Jesse A. Ultz | 0.75 | Preparation for and call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/9/2009 | JMR | Jeffrey M. Risius | 0.75 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/9/2009 | JAU | Jesse A. Ultz | 1.75 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/16/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/17/2009 | BAH | Brian A. Hock | 2.50 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/17/2009 | JMR | Jeffrey M. Risius | 1.25 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/17/2009 | JAU | Jesse A. Ultz | 3.00 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 6/19/2009 | JAU | Jesse A. Ultz | 0.75 | Telephone calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 6/23/2009 | JAU | Jesse A. Ultz | 1.00 | Telephone calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 7/8/2009 | BAH | Brian A. Hock | 0.25 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/8/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/10/2009 | JAU | Jesse A. Ultz | 0.50 | Correspondence with counsel |
| Teleconferences/Meetings with Committee/Counsel | 7/14/2009 | BAH | Brian A. Hock | 1.00 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/17/2009 | JAU | Jesse A. Ultz | 1.50 | Conference call with counsel |
| Teleconferences/Meetings with Committee/Counsel | 7/21/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/27/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/30/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 7/31/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| | | | | 39.50 | |
| Teleconferences/Meetings with Debtors/Counsel | 4/13/2009 | BAH | Brian A. Hock | 4.50 | Preparation for and conference call with Debtors and mediator |
| Teleconferences/Meetings with Debtors/Counsel | 4/13/2009 | JMR | Jeffrey M. Risius | 2.50 | Conference call with Debtors and mediator |
| Teleconferences/Meetings with Debtors/Counsel | 5/15/2009 | BAH | Brian A. Hock | 0.50 | Correspondence with Debtor |
| Teleconferences/Meetings with Debtors/Counsel | 6/3/2009 | JAU | Jesse A. Ultz | 0.25 | Conference call with Debtors |
| Teleconferences/Meetings with Debtors/Counsel | 7/13/2009 | BAH | Brian A. Hock | 1.00 | Conference call with Debtors and UCC |
| Teleconferences/Meetings with Debtors/Counsel | 7/13/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with Debtors and UCC |
| | | | | 9.25 | |

<u>**EXHIBIT B-1**</u>

**LEXINGTON PRECISION CORP.** *ET AL.*

EXPENSE SUMMARY
April 1, 2009 through July 31, 2009

| Expense Category | Amount |
| --- | --- |
| Travel | $ 2,721.77 |
| Lodging | 690.22 |
| Federal Express | 9.37 |
| Working Meals | 71.26 |
| Telephone | 7.77 |
| **TOTAL** | **$ 3,500.39** |

**<u>EXHIBIT B-2</u>**

**LEXINGTON PRECISION CORP. *ET AL.***

DAILY EXPENSES AND AMOUNTS

See attached details of all expenses incurred from April 1, 2009 through July 31, 2009.

**Expense Detail for Stout Risius Ross, Inc.**
**Fourth Interim Fee Application**

Exhibit B-2

| Date | | Amount | Description |
|---|---|---|---|
| 4/14/2009 | $ | 7.72 | Dinner for Brian Hock while working late |
| 4/29/2009 | | 9.70 | Dinner for Jesse Ultz when in New York for mediation |
| 4/29/2009 | | 36.90 | Breakfast for Jeff Risius and Jesse Ultz while in New York for mediation |
| **Total April Working Meals Expense** | **$** | **54.32** | |
| | | | |
| 4/29/2009 | $ | 345.11 | Hotel for Jeff Risius in New York for mediation |
| 4/29/2009 | | 345.11 | Hotel for Jesse Ultz in New York for mediation |
| **Total April Lodging Expense** | **$** | **690.22** | |
| | | | |
| 4/13/2009 | $ | 7.77 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total April Telephone Expense** | **$** | **7.77** | |
| | | | |
| 4/8/2009 | $ | 1,494.20 | Flight to New York for Jesse Ultz for meeting with mediator |
| 4/8/2009 | | 30.25 | Driving to and from airport for Jesse Ultz for flight to New York for meeting with mediator |
| 4/8/2009 | | 35.00 | Cab from airport in New York for Jesse Ultz for meeting with mediator |
| 4/8/2009 | | 34.59 | Cab to airport in New York for Jesse Ultz for meeting with mediator |
| 4/8/2009 | | 20.00 | Parking at airport for flight to New York for Jesse Ultz for meeting with mediator |
| 4/10/2009 | | 724.20 | Flight to New York for Jesse Ultz for mediation |
| 4/20/2009 | | 139.19 | Flight to New York for Jeff Risius for mediation |
| 4/28/2009 | | 33.79 | Cab from airport to hotel in New York for Jesse Ultz for mediation |
| 4/28/2009 | | 34.30 | Cab from airport to hotel in New York for Jeff Risius for mediation |
| 4/28/2009 | | 3.70 | Cab fare to mediation planning meeting for Jeff Risius |
| 4/28/2009 | | 26.40 | Driving to and from airport for Jeff Risius for flight to New York for mediation |
| 4/29/2009 | | 30.25 | Driving to and from airport for Jesse Ultz for flight to New York for mediation |
| 4/29/2009 | | 40.00 | Parking at airport for Jesse Ultz while in New York for mediation |
| 4/29/2009 | | 40.00 | Parking at airport for Jeff Risius while in New York for mediation |
| 4/29/2009 | | 35.50 | Cab to airport in New York for Jesse Ultz and Jeff Risius after mediation |
| **Total April Travel Expense** | **$** | **2,721.77** | |
| | | | |
| **Total April Expenses** | **$** | **3,474.08** | |
| | | | |
| | | | |
| 5/5/2009 | $ | 16.94 | Dinner for Brian Hock while working late |
| **Total May Working Meals Expense** | **$** | **16.94** | |
| | | | |
| 5/19/2009 | $ | 4.67 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total May Federal Express Expense** | **$** | **4.67** | |
| | | | |
| **Total May Expenses** | **$** | **21.61** | |
| | | | |
| | | | |
| 6/22/2009 | $ | 4.70 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total June Federal Express Expense** | **$** | **4.70** | |
| | | | |
| **Total June Expenses** | **$** | **4.70** | |

**EXHIBIT C**

LEXINGTON PRECISION CORP. *ET AL.*

RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :       Case No. 08-11153 (MG)
                                                :
                                                :       (Jointly Administered)
                    Debtors.                    :
-----------------------------------------------------------------x

**ORDER AUTHORIZING EMPLOYMENT OF**
**STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008**

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and

Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") in the above-captioned

Chapter 11 cases for entry of an order, under sections 328(a) and 1103(a) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Stout Risius

Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008, pursuant to the terms of

SRR's engagement letter dated as of May 13, 2008 (the "Engagement Letter"); and the Court

having considered the Application and the Declaration of Jeffrey M. Risius dated May 13, 2008,

in support of the Application; and it appearing that (i) SRR does not hold or represent an interest

adverse to the Committee, (ii) SRR is a "disinterested person" as that term is defined in under

section 101(14) of the Bankruptcy Code, (iii) the retention of SRR by the Committee is

necessary and in the best interest of the Committee, and (iv) the terms and conditions of SRR's

employment as set forth in the Application and the Engagement Letter (as defined in the

Application) are fair and reasonable, including, without limitation, the Fee Structure (as defined

in the Application); and the Court having jurisdiction to consider and determine the Application

as a core proceeding under 28 U.S.C. §§ 157 and 1334; and it appearing that notice has been given and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Application is hereby granted, and SRR is hereby employed as the Committee's financial advisors, as of May 13, 2008, on the terms and conditions set forth in the Engagement Letter; and it is further

ORDERED that, notwithstanding anything in the Engagement Letter to the contrary, SRR's compensation thereunder may not be increased absent further Order of this Court.

ORDERED that SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court; and it is further

ORDERED that, the United States Trustee, Capital Source Finance LLC, as agent, and CSF Mortgage LLC, as agent, retain all rights to object to SRR's interim and final fee applications (including expense reimbursement) on grounds including, without limitation, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and directed to indemnify and hold harmless SRR and the other Indemnified Parties (as defined in the Engagement Letter) pursuant to the indemnification provisions of the Engagement Letter, which requests for payment of indemnity,

2

if any, pursuant thereto shall be made by means of an application and shall be subject to review by the Court to ensure that any such payment conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, provided, however, that in no event shall SRR or the other Indemnified Parties be indemnified for (x) their respective gross negligence, willful misconduct or fraud or (y) a material breach of a term or condition of the Engagement Letter by SRR; and it is further

ORDERED that in no event shall SRR be indemnified if the Debtor or a representative of the estates, assert a claim for, and a court determines by final order that such claim arose out of (x) SRR's or the Indemnified Parties' gross negligence, willful misconduct or fraud or (y) a material breach of a term of condition of the Engagement Letter by SRR; and it is further

ORDERED that in the event SRR seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in SRR's own application (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regards to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that SRR shall not, in the course of its engagement by the Committee under this Order, use any information obtained or work product developed in connection with its prior real estate valuation/appraisal engagement by Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC as agent, CSE Mortgage LLC, as agent, and other Prepetition Senior Lenders (as defined in the Final Order Authorizing Use of Cash Collateral, dated April 17, 2007)

3

and shall keep all such information and work product strictly confidential; and it is further

ORDERED that SRR shall not testify adversely to Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC, as agent, CSE Mortgage LLC, as agent, or any other Prepetition Senior Lenders, with respect to real estate valuation/appraisal previously performed by SRR for or on behalf of such entities; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, Local Rules, any order of this Court or any guidelines regarding submission and approval of fee applications, SRR shall only be required to maintain contemporaneous summary time records for services rendered in hourly increments and shall not be required to file a schedule of rates; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters arising from or related to this Order or the implementation hereof.

Dated: June 5, 2008
    New York, NY

                        /s/ Martin Glenn
                        UNITED STATES BANKRUPTCY JUDGE

NYC:175769.8

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein; I am acquainted with the facts upon which this application is based; I have read the foregoing application and know the contents thereof: the same is true to the knowledge of the deponent, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.


_____
Jeffrey M. Risius, CFA, ASA


Sworn to and subscribed to before
me this 20th day of October 2009

_____
Notary Public,


JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

## CERTIFICATION

STATE OF NEW YORK     )
                        ) ss:
COUNTY OF NEW YORK   )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.  I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein.

2.  I have read the application.

3.  All interested parties have received and are reviewing or have reviewed the application.

4.  In providing a reimbursable service, Applicant does not make a profit on that service.

5.  In charging for a particular service, Applicant does not include the amortization of the cost of any investment equipment or capital outlay.

6.  In seeking reimbursement for third-party services, Applicant requests reimbursement only for the amount billed to the applicant by the third party.

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 24th day of October 2009

Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013,
Acting in the County of Oakland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:

Lexington Precision Corp. *et al.*,


Debtor:

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a fourth interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1. Deponent is a Managing Director of the Applicant named in the foregoing Application for a fourth interim allowance of Fees, for services rendered by Stout Risius Ross, Inc. as financial advisors to the above-named Official Committee of Unsecured Creditors.

2. No arrangement prohibited by 18 U.S.C. Sec. 155 has been made by me or to any member of the said firm of Stout Risius Ross, Inc.

3. Applicant is a disinterested person and represents or holds no interest adverse to the Debtor.

4. No agreements or understandings in any form or guise have been made or exist between Applicant and any other person for a division or sharing of compensation allowed or to be allowed, or paid or to be paid, for services rendered in connection with this proceeding and no agreement has been made which is contrary to the provisions of the Bankruptcy Code.

Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 20th day of October 2009

Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland