**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
LEXINGTON PRECISION CORP, et al.,                         :    Case No. 08-11153 (MG)
                                                          :
                                                          :
                    Debtors.                              :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Joanna Rosenberg, being over the age of eighteen (18) years, and duly sworn, state under oath that on October 27, 2009, I served: (A) the Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the Period June 1, 2009 through June 30, 2009 [Docket# 765] (B) the Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the Period July 1, 2009 through July 31, 2009 [docket # 766], (C) the Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the Period August 1, 2009 through August 31, 2009 [docket #767] and (D) the Monthly Fee Statement of Stout Risius Ross, Inc. as Financial Advisors to the Official

NYC:200426.1

Committee of Unsecured Creditors of Lexington Precision Corp., et al. for the Period September 1, 2009 through September 30, 2009 [docket #768], upon the names listed on the service list attached as Exhibit A via Federal Express Standard Overnight Mail.

/s/ Joanna Rosenberg
Joanna Rosenberg

Subscribed and sworn to before me this
27th day of October, 2009

/s/ Lisa Leavitt
Notary Public

LISA LEAVITT
Notary Public, State of New York
No. 01LE6153458
Qualified in New York County
Commission Expires Oct. 2, 2010

2

NYC:200426.1

## EXHIBIT A

| | |
|---|---|
| Michael A. Lubin<br>Lexington Precision Corporation<br>800 Third Avenue, 15th Floor<br>New York, NY 10012 | Christopher J. Marcus and John W. Lucas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Paul Schwartzenberg<br>the Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | John C. Tischler<br>Waller, Landsden, Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, TV 37219 |
| Gerald Bender<br>O'Melveny & Meyers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | |

NYC:200426.1