**LEXINGTON PRECISION CORPORATION**                                                                                                                      REVISED 9/25/09

**FORECAST OF CASH RECEIPTS, CASH DISBURSEMENTS, AND NET SALES FROM SEPTEMBER 28 THROUGH DECEMBER 25, 2009**
**(in thousands of dollars)**

|  | \|\| Week Ending \|\| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2-Oct | 9-Oct | 16-Oct | 23-Oct | 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov | 4-Dec | 11-Dec | 18-Dec | 25-Dec |
| **Cash receipts** | 1,715 | 1,494 | 1,395 | 1,284 | 1,618 | 1,261 | 1,199 | 1,228 | 1,077 | 1,488 | 1,148 | 1,146 | 989 |
| **Cash disbursements:** | | | | | | | | | | | | | |
| Debt service: | | | | | | | | | | | | | |
|   CapitalSource principal | 269 | - | - | - | - | 269 | - | - | - | 269 | - | - | - |
|   CapitalSource interest | 134 | - | - | - | - | 134 | - | - | - | 134 | - | - | - |
|   CapitalSource miscellaneous fees | 7 | - | - | - | - | 7 | - | - | - | 7 | - | - | - |
|   DIP interest and fees | 33 | - | - | - | - | 34 | - | - | - | 33 | - | - | - |
|   Westfield Bank | - | - | - | - | 70 | - | - | - | 70 | - | - | - | - |
| Lubin, Delano & Co. | 203 | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll and payroll taxes | 479 | 244 | 474 | 247 | 476 | 242 | 466 | 237 | 420 | 278 | 232 | 461 | 227 |
| Retirement & Savings Plan 401(k) | 38 | 14 | 38 | 14 | 38 | 14 | 38 | 14 | 38 | 14 | 38 | 14 | 38 |
| Group Medical Care Plan administrative fees | - | - | 13 | - | - | - | - | 13 | - | - | - | 13 | - |
| Reorganization professional fees and expenses | 160 | 61 | 104 | 61 | 108 | 174 | 122 | 122 | 122 | 103 | 83 | 83 | 82 |
| DIP legal counsel | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ordinary course professionals | - | - | 8 | 42 | - | 20 | 8 | - | 32 | 20 | - | 25 | 9 |
| Vendors: | | | | | | | | | | | | | |
|   Dow Corning | 15 | 15 | 14 | 14 | 14 | 14 | 14 | 15 | 13 | 15 | 14 | 15 | 15 |
|   Wacker Silicones | 109 | 167 | 122 | 99 | 101 | 100 | 80 | 84 | 77 | 79 | 82 | 94 | 93 |
|   All other | 564 | 534 | 457 | 580 | 475 | 462 | 411 | 394 | 468 | 470 | 447 | 434 | 313 |
| State of Ohio BWC and UMR health disbursements | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 111 | 40 | 40 | 40 |
| Commercial Traffic | 15 | 17 | 14 | 17 | 13 | 14 | 12 | 13 | 13 | 13 | 13 | 14 | 13 |
| Disbursements (receipts) related to the Rock Hill fire | 24 | 23 | 24 | 23 | (192) | 24 | 23 | 24 | 23 | - | (94) | - | - |
|   Total cash disbursed | 2,090 | 1,115 | 1,308 | 1,137 | 1,143 | 1,548 | 1,214 | 956 | 1,316 | 1,546 | 855 | 1,193 | 830 |
| **Net cash received (used)** | (375) | 379 | 87 | 147 | 475 | (287) | (15) | 272 | (239) | (58) | 293 | (47) | 159 |
| **Cumulative net cash received (used)** | (375) | 4 | 91 | 238 | 713 | 426 | 411 | 683 | 444 | 386 | 679 | 632 | 791 |
| **Ending cash balance from prior period** | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 | 3,098 |
| **Net cash available** | 2,723 | 3,102 | 3,189 | 3,336 | 3,811 | 3,524 | 3,509 | 3,781 | 3,542 | 3,484 | 3,777 | 3,730 | 3,889 |
| **Net sales (based on date shipped)** | 1,209 | 1,136 | 1,161 | 1,278 | 1,275 | 1,361 | 1,365 | 1,456 | 959 | 1,220 | 1,158 | 1,238 | 762 |
| **Net cumulative sales** | 1,209 | 2,345 | 3,506 | 4,784 | 6,059 | 7,420 | 8,785 | 10,241 | 11,200 | 12,420 | 13,578 | 14,816 | 15,578 |