WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :     **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORPORATION,**    :     **08- 11153 (MG)**
:
  **Debtor.**                                    :
:
---------------------------------------------------------------x

## NOTICE OF CANCELED HEARING ON OCTOBER 29, 2009 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 523,
One Bowling Green, New York, NY 10004.

**PLEASE TAKE NOTICE THAT** the hearing originally scheduled for **October 29, 2009 at 10:00 a.m.** (the "*Hearing*") with respect to the below-scheduled matter has been cancelled.

**I.    RESOLVED MATTERS**

1. Debtors' Sixth Motion for Authorization, Pursuant to 11 U.S.C. 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 755]**

   Response Deadline:         October 23, 2009

   Responses Received:

   A.   Response and Limited Objection of Agents for Prepetition Secured Lenders to Debtors Sixth Motion for Authorization, Pursuant to 11 U.S.C. Section 105, 361, 362 and 363(c), for Continued Use of Cash Collateral **[Docket No. 762]**

Additional Documents:

A.   Notice of the Debtors' Sixth Motion for Authorization, Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363(c), for Continued Use of Cash Collateral **[Docket No. 761]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **An agreed order has been submitted to Chambers and has been entered by the Court.**

Dated: New York, New York
       October 28, 2009

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession