UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEXINGTON PRECISION CORPORATION,                                 :   08- 11153 (MG)
                                                                 :
         Debtor.                                                 :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2009, I caused to be served the "Notice of the Debtors' Sixth Motion for Authorization, Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363(c), for Continued Use of Cash Collateral" dated October 15, 2009, [Docket No. 761], enclosed securely in separate postage-prepaid envelopes, delivered via overnight mail to the parties listed on the annexed Exhibit A, and via facsimile to the parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                  _____
                                                                                  Panagiota Manatakis

Sworn to before me this

19th day of October, 2009

_____
Notary Public

       DIANE M. STREANY
  Notary Public, State of New York
       No. 01ST5003825
  Qualified in Westchester County
Commission Expires November 2, 20 10

T:\Clients\LPC\Affidavits\6th Mtn Ntc_Aff_10-15-09.doc

**EXHIBIT A**

NEW YORK STATE SALES TAX
P.O. BOX 1209
NEW YORK, NY  10116


GEORGIA DEPARTMENT OF REVENUE
SALES & USE TAX DIVISION
P. O. BOX 105296
ATLANTA, GA  30348


HISCOCK & BARCLAY, LLP
ATTN: J. ERIC CHARLTON, ESQ.
ATTORNEYS FOR H&R OF NEW YORK
D/B/A HALEY & ALDRICH OF NEW YORK
300 SOUTH STATE STREET
ONE PARK PLACE
SYRACUSE, NY  13202


IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT ROAD, SUITE 400
MACON, GA  31210


INTERNAL REVENUE SERVICE
ATTN:DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY  10007


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA  19114-0326


BLANK ROME LLP
ATTN: MICHAEL Z. BROWNSTEIN
COUNSEL TO CABLE INDUSTRIES INC.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174-0208


NEW YORK STATE TAX PROCESSING
JAF BUILDING, P.O. BOX 1206
NEW YORK, NY  10116


SECURITIES AND EXCHANGE COMMISSION
ATTN:REGIONAL DIRECTOR
233 BROADWY
NEW YORK, NY  10279


TECHNICAL MACHINE PRODUCTS
ATTN: SHERRY FESS
5500 WALWORTH AVENUE
CLEVELAND OHIO 44102


AMERICAN EXPRESS
ATTN: ANN JACOBS
PO BOX 36001
FORT LAUDERDALE, FL 33336

**EXHIBIT B**

| NAME | FAX |
|---|---|
| AMERICAN EXPRESS ATTNANN JACOBS | 632-492-3884 |
| ANDREWS KURTH LLP ATTN PAUL SILVERSTEIN ESQ | 212-850-2929 |
| ANDREWS KURTH LLP ATTNPAUL N SILVERSTEIN | 212-813-8158 |
| BARTLETT HACKETT FEINBERG: FRANK MCGINN | 617-422-0383 |
| BLANK ROME LLP ATTN MICHAEL Z BROWNSTEIN | 212-885-5502 |
| BLANK ROME LLP ATTN RAYMOND PATELLA | 215-832-5781 |
| BURNT MOUNTAIN CENTER INC ATTNKIM HYDE | 706-277-3689 |
| CAPITALSOURCE FINANCE LLC ATTNAKIM GRATE | 301-841-2889 |
| CAPITALSOURCE FINANCE LLC ATTNTODD GEHRS | 301-841-2889 |
| CARTER LEDYARD & MILBURN LLP ATTN AARON R CAHN | 212-732-3232 |
| CHANNEL PRIME ALLIANCE ATTNCIARA DOLLOWAY | 203-831-4330 |
| CHASE BRASS & COPPER INC ATTNCHERYL NOFZIGER | 419-485-5945 |
| CHINA AUTO GROUP ATTNKIM TAYLOR DOMINES | 949-767-5949 |
| COHEN WEISS AND SIMON LLP ATTN RICHARD M SELTZER | 646-473-8219 |
| COHEN WEISS AND SIMON LLP ATTN ROBIN H GISE | 646-473-8213 |
| COPPER & BRASS SALES ATTNDALE SAWCHIK | 216-883-1066 |
| CSE MORTGAGE LLC ATTNAKIM GRATE | 301-841-2889 |
| CSE MORTGAGE LLC ATTNTODD GEHRS | 301-841-2889 |
| DALTON BOX ATTNSHEILA BLAIR | 706-277-3689 |
| DAY PITNEY LLP ATTN SCOTT A ZUBER ESQ | 973-966-1015 |
| DEGUSSA-HULS CORPORATION ATTNFRED PACINICH | 973-541-8850 |
| DMD SPECIAL SITUTATIONS LLC ATTNAKIM GRATE | 301-841-2889 |
| DMD SPECIAL SITUTATIONS LLC ATTNTODD GEHRS | 301-841-2889 |
| DOW CORNING STI ATTNANNE TIPPLE | 866-804-8812 |
| EARLE M JORGENSEN COMPANY ATTNDAVID O BRIEN | 215-949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES PO BOX 4620 | 315-471-3846 |
| EXCELLUS BLUE CROSS ATTNCUSTOMER SERVICE | 585-238-4348 |
| GEORGIA POWER ATTNCUSTOMER SERVICE | 404-506-3771 |
| GOLD KEY PROCESSING LTD ATTNSTEVE HARSH | 440-632-0929 |
| GOODYEAR TIRE & RUBBER CO ATTNDERICK MCGINNESS | 330-796-1113 |
| GOSIGER MACHINE TOOLS ATTNLINDA DUALE | 440-248-3112 |
| HALEY & ALDRICH INC ATTNSTEVE SCHALABBA | 617-886-7600 |
| IMPERIAL DIE & MFG CO ATTNRON LAPOSSY | 440-268-9040 |
| IUEEMFWORKERS AFL-CIO ATTNKEN REAM | 330-395-4875 |
| Keating Muething & Klekamp PLL ATTN J V STITT | 513-579-6457 |
| KELLEY & FERRARO LLP  ATTN T WILSON | 216-575-0799 |
| KEYSTONE PROFILES ATTNFRANK CREMEENS | 724-846-3901 |
| LEXINGTON PRECISION CORP ATTNMICHAEL A LUBIN | 212-319-4659 |
| LEXINGTON PRECISION CORPORATION ATTNWARREN DELANO | 212-319-4659 |
| LINTECH INTERNATIONAL ATTNJULIE VAN BRUNT | 478-784-1745 |
| LION COPOLYMER ATTNMICHELLE GEIDROZ | 225-267-3411 |
| LOCAL 1811 USWA AFL-CIO ATTNWAYNE ROBINSON | 704-454-7054 |
| MILLER CANFIELD PADDOCK AND STONE PLC M SWANSON | 313-496-8452 |
| MOMENTIVE PERF MATERIALS INC ATTNLINDA AYERS | 304-746-1623 |
| OFFICE OF THE US TRUSTEE ATTN P SCHWARTZBERG | 212-668-2255 |
| OHIO EDISON ATTNCUSTOMER SERVICE | 877-289-3674 |

| | |
|---|---|
| OMELVENY & MEYERS LLP ATTNGERALD BENDER ESQ | 212-326-2061 |
| PPG INDUSTRIES INC ATTNANEW JOHNSON | 724-325-5045 |
| PREFERRED RUBBER  COMPOUNDING ATTNMICHELLE PARKS | 330-798-4796 |
| PROCESS OILS INC ATTNBOB HOCH | 281-556-6038 |
| SHIN-ETSU SILICONES OF AMERICA ATTNE MCDOWELL | 330-630-9855 |
| SIGNATURE ALUMINUM ATTNCHIP MOORE | 614-262-5036 |
| SONNENSCHEIN NATH & ROSENTHAL LLP ATTN J C REED | 212-768-6800 |
| SONNENSCHEIN NATH & ROSENTHAL LLP ATTN R B MILLNER | 312-876-7934 |
| SULLIVAN & WORCESTER ATTN GAYLE P EHRLICH ESQ | 617-338-2880 |
| TAFT STETTINIUS ET AL LLP ATTN RICHARD FERRELL ESQ | 513-381-0205 |
| TECHNICAL MACHINE PRODUCTS ATTNSHERRY FESS | 281-281-0408 |
| USW ATTN DAVID R JURY ASSOCIATE GENERAL COUNSL | 412-562-2574 |
| VITEX CORPORATION ATTNBRENDA GOODEARL | 603-934-0355 |
| WACKER SILICONES ATTNJAMES LAMMERS | 517-264-8616 |
| WALLER LANDSEN DORTCH & DAVIS ATTN JOHN TISHLER | 615-244-6804 |
| WEBSTER BUSINESS CREDIT CORP ATTNALAN MCKAY | 212-806-4530 |
| WESTON HURD LLC  ATTN H MARKEN | 216-621-8369 |
| WILMINGTON TRUST CO CORP CAP MKTS STEVE CIMALORE | 302-651-8010 |