UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                      :        Chapter 11 Case No.
                                                           :
LEXINGTON PRECISION CORPORATION,                           :        08- 11153 (MG)
                                                           :
          Debtor.                                          :        (Jointly Administered)
                                                           :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELLI PETRIS, being duly sworn, deposes and says:

1. I am employed as Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2009, I caused to be served the "Notice of Canceled Hearing on October 29, 2009 at 10:00 A.M.." dated October 28, 2009, [Docket No. 773], to be delivered by facsimile to those parties listed on the annexed Exhibit A.

_____
Elli Petris

Sworn to before me this
____ day of October, 2009

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

T:\Clients\LPC\Affidavits\Agenda 773_Aff_10-28-09.doc

**Exhibit "A"**

| NAME | FAX |
|---|---|
| Andrews Kurth LLP, Attn: Mr.Silverstein, Mr.Levine | 212-850-2929 |
| OMelveny & Meyers, LLP, Attn: Gerald Bender | 212-326-2061 |
| Office of US Trustee, Attn: Paul Schwartzberg | 212-668-2255 |