# EXHIBIT B

**SUMMARY OF FEES WITH RESPECT TO**
**FOURTH INTERIM APPLICATION OF ANDREWS KURTH LLP**
**FOR THE PERIOD OF APRIL 1, 2009 TO JULY 31, 2009**

| NAME | TITLE | YEAR ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | 955 | 28.40 | 27,122.00 |
| GERALD L. BRACHT | Partner | 1976 | 670 | 50.90 | 34,103.00 |
| JONATHAN I. LEVINE | Partner | 2000 | 605 | 22.70 | 13,733.50 |
| CAREY SAKERT | Paralegal | N/A | 230 | 0.50 | 115 |
| ALEXANDRA Z. BUNNELL | Paralegal | N/A | 200 | 10.20 | 2,040.00 |
| JOANNA D. ROSENBERG | Paralegal | N/A | 200 | 4.40 | 880.00 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 117.10 | $77,993.50 |
| BLENDED RATE |  |  | $666.04 |  |  |