# EXHIBIT C

**SUMMARY BY PROJECT CATEGORY OF FEES WITH RESPECT TO**
**FOURTH INTERIM APPLICATION OF ANDREWS KURTH LLP**
**FOR THE PERIOD OF APRIL 1, 2009 TO JULY 31, 2009**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount |
|---|---|---|---|
| 181752 | DIP FINANCING/CASH COLLATERAL | 2,528.00 | 27,122.00 |
| 181754 | EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION | 5,390.00 | 34,103.00 |
| 181756 | PLAN AND DISCLOSURE STATEMENT | 43,555.50 | 13,733.50 |
| 181761 | BUSINESS OPERATIONS | 1,713.00 | 115.00 |
| 181762 | CASE ADMINISTRATION | 16,436.00 | 2,040.00 |
| 181764 | COMMITTEE MATTERS | 8,371.00 | 880.00 |
| | | | |
| TOTAL SERVICES | | | $77,993.50 |
| TOTAL DISBURSEMENTS | | | $7,620.11 |
| CURRENT SERVICES AND DISBURSEMENT | | | $85,613.61 |