# EXHIBIT D

**SUMMARY OF COSTS WITH RESPECT TO**
**FOURTH INTERIM APPLICATION OF ANDREWS KURTH LLP**
**FOR THE PERIOD OF APRIL 1, 2009 TO JULY 31, 2009**

| CostCode | Description | Billed Amount |
|---|---|---|
| CPY | Document Services | 3,251.20 |
| DELF | Delivery Expense - FEDEX | 512.45 |
| EAT | Local Meal Expense | 40.00 |
| FIL | Filing Fees | 15.00 |
| HOT | Hotel & Lodging expense | 513.72 |
| LEXP | Computer Aided Research - Pacer | 21.28 |
| LEXW | Computer Aided Research - Westlaw | 198.05 |
| MLE | Travel-related Exps, Meals | 150.00 |
| MSC | Miscellaneous | 463.20 |
| NFC | Non-Firm Photocopies | 649.50 |
| POS | Postage | 359.94 |
| TEL | Long Dist Telephone | 10.22 |
| TELH | Telephone | 61.25 |
| TRV | Travel Expense | 137.10 |
| TRVA | AMEX Travel Expense | 1,237.20 |
|  |  |  |
|  |  |  |
| **TOTAL** |  | **$7,620.11** |

Billed and Unbilled Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION-AD HOC GROUP]   Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 132.00 | 0.20 | 26.40 | Photocopies - 132 pages | 19197125 |
| 06/09/2009 | | Invoice=10451001 | | 132.00 | 0.20 | 26.40 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 147.00 | 0.20 | 29.40 | Photocopies - 147 pages | 19255936 |
| 06/09/2009 | | Invoice=10451001 | | 147.00 | 0.20 | 29.40 | | |
| 05/12/2009 | 06888 | ELENORA R. MODICA | CPY | 380.00 | 0.20 | 76.00 | Photocopies - 380 pages | 19280399 |
| 10/28/2009 | | Invoice=10467783 | | 380.00 | 0.20 | 76.00 | | |
| 05/15/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 2600.00 | 0.20 | 520.00 | Photocopies - 2600 pages | 19290451 |
| 10/28/2009 | | Invoice=10467783 | | 2600.00 | 0.20 | 520.00 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 147.00 | 0.20 | 29.40 | Photocopies - 147 pages | 19320913 |
| 10/28/2009 | | Invoice=10467783 | | 147.00 | 0.20 | 29.40 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 12200.00 | 0.20 | 2,440.00 | Photocopies - 12200 pages | 19320914 |
| 10/28/2009 | | Invoice=10467783 | | 12200.00 | 0.20 | 2,440.00 | | |
| 06/10/2009 | 06888 | ELENORA R. MODICA | CPY | 84.00 | 0.20 | 16.80 | Photocopies - 84 pages | 19344736 |
| 10/28/2009 | | Invoice=10467784 | | 84.00 | 0.20 | 16.80 | | |
| 06/10/2009 | 06888 | ELENORA R. MODICA | CPY | 84.00 | 0.20 | 16.80 | Photocopies - 84 pages | 19344737 |
| 10/28/2009 | | Invoice=10467784 | | 84.00 | 0.20 | 16.80 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 147.00 | 0.20 | 29.40 | Photocopies - 147 pages | 19385594 |
| 10/28/2009 | | Invoice=10467784 | | 147.00 | 0.20 | 29.40 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 189.00 | 0.20 | 37.80 | Photocopies - 189 pages | 19435775 |
| 10/28/2009 | | Invoice=10467785 | | 189.00 | 0.20 | 37.80 | | |
| 07/28/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 25.00 | 0.20 | 5.00 | Photocopies - 25 pages | 19440777 |
| 10/28/2009 | | Invoice=10467785 | | 25.00 | 0.20 | 5.00 | | |
| 07/28/2009 | 10522 | ALEXANDRA Z. BUNNELL | CPY | 121.00 | 0.20 | 24.20 | Photocopies - 121 pages | 19440778 |
| 10/28/2009 | | Invoice=10467785 | | 121.00 | 0.20 | 24.20 | | |
| | | BILLED TOTALS: WORK: | | | | 3,251.20 | 12 records | |
| | | BILLED TOTALS: BILL: | | | | 3,251.20 | | |
| | | GRAND TOTAL: WORK: | | | | 3,251.20 | 12 records | |
| | | GRAND TOTAL: BILL: | | | | 3,251.20 | | |

Billed and Unbilled Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION-AD HOC GROUP]  Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.71 | 12.71 | FedEx fm:Bunnell, Zoe to:Michael A. Lubin | 19201601 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.71 | 12.71 | | |
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.71 | 12.71 | FedEx fm:Bunnell, Zoe to:Paul Schwartzberg | 19201602 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.71 | 12.71 | | |
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.71 | 12.71 | FedEx fm:Bunnell, Zoe to:Gerald Bender | 19201603 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.71 | 12.71 | | |
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 17.88 | 17.88 | FedEx fm:Bunnell, Zoe to:Dennis J. Welhou | 19201604 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 17.88 | 17.88 | | |
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.71 | 12.71 | FedEx fm:Bunnell, Zoe to:Richard Krasnow | 19201605 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.71 | 12.71 | | |
| 04/02/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 19.75 | 19.75 | FedEx fm:Bunnell, Zoe to:John C. Tishler | 19201606 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 19.75 | 19.75 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Michael A. Lubin | 19258745 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.47 | 12.47 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Paul Schwartzberg | 19258746 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.47 | 12.47 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Gerald Bender | 19258747 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.47 | 12.47 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 17.51 | 17.51 | FedEx fm:Bunnell, Zoe to:Dennis J. Welhou | 19258748 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 17.51 | 17.51 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Richard Krasnow | 19258749 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 12.47 | 12.47 | | |
| 04/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 19.34 | 19.34 | FedEx fm:Bunnell, Zoe to:John C. Tishler | 19258750 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 19.34 | 19.34 | | |
| 05/12/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 19.72 | 19.72 | FedEx fm:PAUL N SILVERST to:MICHAEL LUBIN | 19288826 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 19.72 | 19.72 | | |
| 05/12/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 16.59 | 16.59 | FedEx fm:PAUL N SILVERST to:JOHN TISHLER | 19288827 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 16.59 | 16.59 | | |
| 05/12/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 9.72 | 9.72 | FedEx fm:PAUL N SILVERST to:GRALD BENDER | 19288828 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 9.72 | 9.72 | | |
| 05/12/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 9.72 | 9.72 | FedEx fm:PAUL N SILVERST to:RICHARD KRANSOW | 19288829 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 9.72 | 9.72 | | |
| 05/12/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 9.72 | 9.72 | FedEx fm:PAUL N SILVERST to:PAUL SCHWARTZBE | 19288830 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 9.72 | 9.72 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Michael A. Lubin | 19339189 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 12.47 | 12.47 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Richard Krasnow | 19339190 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 12.47 | 12.47 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:John W. Lucas | 19339191 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 12.47 | 12.47 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Paul Schwartzberg | 19339192 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 12.47 | 12.47 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 19.34 | 19.34 | FedEx fm:Bunnell, Zoe to:John C. Tishler | 19339193 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 19.34 | 19.34 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 12.47 | 12.47 | FedEx fm:Bunnell, Zoe to:Gerald Bender | 19339194 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 12.47 | 12.47 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 17.51 | 17.51 | FedEx fm:Bunnell, Zoe to:Dennis J. Welhou | 19339195 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 17.51 | 17.51 | | |
| 06/10/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 11.64 | 11.64 | FedEx fm:PAUL SILVERSTEI to:DENNIS WELHOUSE | 19349483 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 11.64 | 11.64 | | |

Billed and Unbilled Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION-AD HOC GROUP]                                                                 Page 2
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/10/2009 | 06428 | ERNESTINA J. OPOKU | DELF | 1.00 | 17.67 | 17.67 | FedEx fm:P SILVERSTEIN to:DR MICHAEL LIEBIN | 19349484 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 17.67 | 17.67 | | |
| 06/10/2009 | 01510 | PAUL N. SILVERSTEIN | DELF | 1.00 | 12.57 | 12.57 | FedEx fm:Paul N. Silvers to:Paul Schwartzb | 19349485 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 12.57 | 12.57 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:Dennis J. Welhou | 19444570 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:Gerald Bender | 19444571 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:John C. Tishler | 19444572 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:Paul Schwartzberg | 19444573 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:Richard Krasnow | 19444574 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 06/30/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.00 | 10.00 | FedEx fm:Bunnell, Zoe to:Michael A. Lubin | 19444575 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 10.00 | 10.00 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:Michael A. Lubin | 19444576 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:Richard Krasnow | 19444577 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:John W. Lucas | 19444578 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:Paul Schwartzberg | 19444579 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:John C. Tishler | 19444580 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:Gerald Bender | 19444581 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| 07/27/2009 | 10522 | ALEXANDRA Z. BUNNELL | DELF | 1.00 | 10.10 | 10.10 | FedEx fm:Bunnell, Zoe to:Dennis J. Welhou | 19444582 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 10.10 | 10.10 | | |
| | | BILLED TOTALS:   WORK: | | | | 512.45 | 40 records | |
| | | BILLED TOTALS:   BILL: | | | | 512.45 | | |
| | | GRAND TOTAL:   WORK: | | | | 512.45 | 40 records | |
| | | GRAND TOTAL:   BILL: | | | | 512.45 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]                                                                                Page 1
Currency Code:    10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/07/2009 | 10522 | ALEXANDRA Z. BUNNELL | FIL | 1.00 | 15.00 | 15.00 | Filing Fees - -PAID TO: ZOE BUNNELL COURT | 19420970 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 15.00 | 15.00 | FILING FEES | |
| | | | | | | | Bank ID: 100005 Check Number: 460249 | |
| | | Voucher=1084331 Paid | | | | | Vendor=ZOE BUNNELL  Balance= .00  Amount= 15.00 | |
| | | | | | | | Check #460249  07/17/2009 | |
| | | BILLED TOTALS:    WORK: | | | | 15.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 15.00 | | |
| | | GRAND TOTAL:     WORK: | | | | 15.00 | 1 records | |
| | | GRAND TOTAL:     BILL: | | | | 15.00 | | |

Billed and Unbilled Reacp of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 4/13/2009 | 9620 | JONATHAN I. LEVINE | EAT | 1 | 40.00 | 40.00 | Local Meal Expense - -PAID TO:JONATHAN LEVINE | 19225015 |
| 6/9/2009 | | Invoice=10451001 | | 1 | 40.00 | 40.00 | 4/13/09 LUNCH-J ULTZ (SRR) | |
| | | Voucher=1074347 Paid | | | | | Vendor=JONATHAN LEVINE  Balance= .00  Amount= 40.00 | |
| | | | | | | | Check #454406  04/17/2009 | |
| | | BILLED TOTALS: WORK: | | | | 40.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 40.00 | | |
| | | GRAND TOTAL: WORK: | | | | 40.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 40.00 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]  Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/28/2009 | 08195 | GERALD L. BRACHT | HOT | 1.00 | 513.72 | 513.72 | Hotel & Lodging expense - -PAID TO:GERALD L | 19259809 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 513.72 | 513.72 | BRACHT HOTEL - 4/28 - 4/30 - HEARING IN NEW | |
| | | | | | | | YORK | |
| | | Voucher=1076248 Paid | | | | | Vendor=GERALD L BRACHT  Balance= .00  Amount= 1043.06 | |
| | | | | | | | Check #455497  05/07/2009 | |
| | | BILLED TOTALS:   WORK: | | | | 513.72 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 513.72 | | |
| | | GRAND TOTAL:   WORK: | | | | 513.72 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 513.72 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION ADHOC GROUP]  Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/02/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19284225 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.08 | 0.08 | | |
| 04/02/2009 | 08028 | MARY M. DAVIS | LEXP | 6.00 | 0.08 | 0.48 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19284226 |
| 06/09/2009 | | Invoice=10451001 | | 6.00 | 0.08 | 0.48 | | |
| 04/02/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-11153-MG DOCUMENT 576-0 | 19284227 |
| 06/09/2009 | | Invoice=10451001 | | 2.00 | 0.08 | 0.16 | | |
| 04/30/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19284228 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.08 | 0.08 | | |
| 04/30/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on U.S. SHIPPING | 19284229 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.08 | 0.08 | | |
| 04/30/2009 | 08028 | MARY M. DAVIS | LEXP | 6.00 | 0.08 | 0.48 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19284230 |
| 06/09/2009 | | Invoice=10451001 | | 6.00 | 0.08 | 0.48 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10867 | 19364857 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.08 | 0.08 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-45664 | 19364858 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.08 | 0.08 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-45664-DML11 FIL OR ENT: FIL | 19364859 |
| 10/28/2009 | | Invoice=10467783 | | 2.00 | 0.08 | 0.16 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 4.00 | 0.08 | 0.32 | Pacer research on 08-45664-DML11 DOCUMENT 1659-0 | 19364860 |
| 10/28/2009 | | Invoice=10467783 | | 4.00 | 0.08 | 0.32 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 5.00 | 0.08 | 0.40 | Pacer research on 08-45664-DML11 DOCUMENT 1660-0 | 19364861 |
| 10/28/2009 | | Invoice=10467783 | | 5.00 | 0.08 | 0.40 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 4.00 | 0.08 | 0.32 | Pacer research on 08-45664-DML11 DOCUMENT 1661-0 | 19364862 |
| 10/28/2009 | | Invoice=10467783 | | 4.00 | 0.08 | 0.32 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 5.00 | 0.08 | 0.40 | Pacer research on 08-45664-DML11 DOCUMENT 1662-0 | 19364863 |
| 10/28/2009 | | Invoice=10467783 | | 5.00 | 0.08 | 0.40 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 5.00 | 0.08 | 0.40 | Pacer research on 08-45664-DML11 DOCUMENT 1663-0 | 19364864 |
| 10/28/2009 | | Invoice=10467783 | | 5.00 | 0.08 | 0.40 | | |
| 05/01/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19364865 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.08 | 0.08 | | |
| 05/22/2009 | 08028 | MARY M. DAVIS | LEXP | 11.00 | 0.08 | 0.88 | Pacer research on 08-11153-MG DOCUMENT 636-0 | 19364866 |
| 10/28/2009 | | Invoice=10467783 | | 11.00 | 0.08 | 0.88 | | |
| 05/29/2009 | 08028 | MARY M. DAVIS | LEXP | 30.00 | 0.08 | 2.40 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19364867 |
| 10/28/2009 | | Invoice=10467783 | | 30.00 | 0.08 | 2.40 | | |
| 05/29/2009 | 08028 | MARY M. DAVIS | LEXP | 9.00 | 0.08 | 0.72 | Pacer research on 08-11153-MG DOCUMENT 527-0 | 19364868 |
| 10/28/2009 | | Invoice=10467783 | | 9.00 | 0.08 | 0.72 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on EXPRESS ENERGY SERVICES OPERAT | 19481030 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 30.00 | 0.08 | 2.40 | Pacer research on 07-41365 FIL OR ENT: FILED FRO | 19481031 |
| 10/28/2009 | | Invoice=10467785 | | 30.00 | 0.08 | 2.40 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on BUILDING MATERIALS HOLDING COR | 19481032 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10023 | 19481033 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10867 | 19481034 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 30.00 | 0.08 | 2.40 | Pacer research on 09-12074-KJC DOCUMENT 132-0 | 19481035 |
| 10/28/2009 | | Invoice=10467785 | | 30.00 | 0.08 | 2.40 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 30.00 | 0.08 | 2.40 | Pacer research on 09-12074-KJC DOCUMENT 132-1 | 19481036 |
| 10/28/2009 | | Invoice=10467785 | | 30.00 | 0.08 | 2.40 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]  Page 2
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19481037 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-45664 | 19481038 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2009 | 08028 | MARY M. DAVIS | LEXP | 3.00 | 0.08 | 0.24 | Pacer research on 08-45664-DML11 FIL OR ENT: FIL | 19481039 |
| 10/28/2009 | | Invoice=10467785 | | 3.00 | 0.08 | 0.24 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19481040 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10023 | 19481041 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10867 | 19481042 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-45664 | 19481043 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-45664 | 19481044 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-45664-DML11 FIL OR ENT: FIL | 19481045 |
| 10/28/2009 | | Invoice=10467785 | | 2.00 | 0.08 | 0.16 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 19.00 | 0.08 | 1.52 | Pacer research on 08-11153-MG | 19481046 |
| 10/28/2009 | | Invoice=10467785 | | 19.00 | 0.08 | 1.52 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 3.00 | 0.08 | 0.24 | Pacer research on 08-11153-MG | 19481047 |
| 10/28/2009 | | Invoice=10467785 | | 3.00 | 0.08 | 0.24 | | |
| 07/22/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 09-10867-KG FIL OR ENT: FILED | 19481048 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19481049 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 3.00 | 0.08 | 0.24 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19481050 |
| 10/28/2009 | | Invoice=10467785 | | 3.00 | 0.08 | 0.24 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 6.00 | 0.08 | 0.48 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19481051 |
| 10/28/2009 | | Invoice=10467785 | | 6.00 | 0.08 | 0.48 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 13.00 | 0.08 | 1.04 | Pacer research on 08-11153-MG FIL OR ENT: FILED | 19481052 |
| 10/28/2009 | | Invoice=10467785 | | 13.00 | 0.08 | 1.04 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 1.00 | 0.08 | 0.08 | Pacer research on 08-11153 | 19481053 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.08 | 0.08 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-11153-MG | 19481054 |
| 10/28/2009 | | Invoice=10467785 | | 2.00 | 0.08 | 0.16 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 5.00 | 0.08 | 0.40 | Pacer research on 08-11153-MG | 19481055 |
| 10/28/2009 | | Invoice=10467785 | | 5.00 | 0.08 | 0.40 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 7.00 | 0.08 | 0.56 | Pacer research on 08-11153-MG | 19481056 |
| 10/28/2009 | | Invoice=10467785 | | 7.00 | 0.08 | 0.56 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-11153-MG | 19481057 |
| 10/28/2009 | | Invoice=10467785 | | 2.00 | 0.08 | 0.16 | | |
| 07/27/2009 | 08028 | MARY M. DAVIS | LEXP | 2.00 | 0.08 | 0.16 | Pacer research on 08-11153-MG | 19481058 |
| 10/28/2009 | | Invoice=10467785 | | 2.00 | 0.08 | 0.16 | | |
| | | BILLED TOTALS:   WORK: | | | | 21.28 | 47 records | |
| | | BILLED TOTALS:   BILL: | | | | 21.28 | | |
| | | GRAND TOTAL:   WORK: | | | | 21.28 | 47 records | |
| | | GRAND TOTAL:   BILL: | | | | 21.28 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]     Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/30/2009 | 09831 | CASSANDRA L. PORSCH | LEXW | 1.00 | 15.07 | 15.07 | Westlaw research By PORSCH,CASSANDRA | 19352249 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 15.07 | 15.07 | | |
| 05/30/2009 | 09831 | CASSANDRA L. PORSCH | LEXW | 1.00 | 2.09 | 2.09 | Westlaw research By PORSCH,CASSANDRA | 19352250 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 2.09 | 2.09 | | |
| 05/30/2009 | 09831 | CASSANDRA L. PORSCH | LEXW | 1.00 | 180.89 | 180.89 | Westlaw research By PORSCH,CASSANDRA | 19352251 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 180.89 | 180.89 | | |
| | | BILLED TOTALS:   WORK: | | | | 198.05 | 3 records | |
| | | BILLED TOTALS:   BILL: | | | | 198.05 | | |
| | | GRAND TOTAL:   WORK: | | | | 198.05 | 3 records | |
| | | GRAND TOTAL:   BILL: | | | | 198.05 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]   Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/28/2009 | 08195 | GERALD L. BRACHT | MLE | 1.00 | 185.11 | 185.11 | Travel-related Exps, Meals - -PAID TO:GERALD L | 19259810 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 100.00 | 100.00 | BRACHT 4 MEALS IN HOTEL - HEARING IN NEW YORK | |
| | | Voucher=1076248 Paid | | | | | Vendor=GERALD L BRACHT  Balance= .00  Amount= 1043.06 | |
| | | | | | | | Check #455497  05/07/2009 | |
| 04/28/2009 | 08195 | GERALD L. BRACHT | MLE | 1.00 | 207.13 | 207.13 | Travel-related Exps, Meals - -PAID TO:GERALD L | 19259811 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 50.00 | 50.00 | BRACHT 2 MEALS OUTSIDE HOTEL - HEARING IN NEW YORK | |
| | | Voucher=1076248 Paid | | | | | Vendor=GERALD L BRACHT  Balance= .00  Amount= 1043.06 | |
| | | | | | | | Check #455497  05/07/2009 | |
| | | BILLED TOTALS:   WORK: | | | | 392.24 | 2 records | |
| | | BILLED TOTALS:   BILL: | | | | 150.00 | | |
| | | GRAND TOTAL:   WORK: | | | | 392.24 | 2 records | |
| | | GRAND TOTAL:   BILL: | | | | 150.00 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]          Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/15/2009 | 10522 | ALEXANDRA Z. BUNNELL | MSC | 1.00 | 463.20 | 463.20 | Miscellaneous - -PAID TO:ZOE BUNNELL REIMB | 19225344 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 463.20 | 463.20 | TRANSCRIPT COSTS | |
| | | Voucher=1074428 Paid | | | | | Vendor=ZOE BUNNELL  Balance= .00 Amount= 463.20 | |
| | | | | | | | Check #454450  04/17/2009 | |
| | | BILLED TOTALS:    WORK: | | | | 463.20 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 463.20 | | |
| | | GRAND TOTAL:    WORK: | | | | 463.20 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 463.20 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]    Page 1
Currency Code:    10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/29/2009 | 08791 | CAREY SAKERT | NFC | 1.00 | 324.75 | 324.75 | Non-Firm Photocopies - -PAID TO:IKON OFFICE | 19331639 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 324.75 | 324.75 | SOLUTIONS, INC / DBA IKON DOCUMENT SERVICES | |
| | | | | | | | SERVICES RENDERED | |
| | | Voucher=1079697 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS, INC / DBA IKON DO  Balance= | |
| | | | | | | | .00  Amount= 324.75 | |
| | | | | | | | Check #457504  06/05/2009 | |
| 06/30/2009 | 08791 | CAREY SAKERT | NFC | 1.00 | 324.75 | 324.75 | Non-Firm Photocopies - -PAID TO:IKON OFFICE | 19383912 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 324.75 | 324.75 | SOLUTIONS, INC / DBA IKON DOCUMENT SERVICES | |
| | | | | | | | SERVICES RENDERED | |
| | | Voucher=1082543 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS, INC / DBA IKON DO  Balance= | |
| | | | | | | | .00  Amount= 324.75 | |
| | | | | | | | Check #459171  06/30/2009 | |
| | | BILLED TOTALS:    WORK: | | | | 649.50 | 2 records | |
| | | BILLED TOTALS:    BILL: | | | | 649.50 | | |
| | | GRAND TOTAL:    WORK: | | | | 649.50 | 2 records | |
| | | GRAND TOTAL:    BILL: | | | | 649.50 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]  Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/15/2009 | 10522 | ALEXANDRA Z. BUNNELL | POS | 1.00 | 122.66 | 122.66 | Postage - 100 pieces | 19294215 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 122.66 | 122.66 | | |
| 05/29/2009 | 10522 | ALEXANDRA Z. BUNNELL | POS | 1.00 | 237.28 | 237.28 | Postage - 91 pieces | 19335444 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 237.28 | 237.28 | | |
| | | BILLED TOTALS:   WORK: | | | | 359.94 | 2 records | |
| | | BILLED TOTALS:   BILL: | | | | 359.94 | | |
| | | GRAND TOTAL:   WORK: | | | | 359.94 | 2 records | |
| | | GRAND TOTAL:   BILL: | | | | 359.94 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]   Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/02/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.28 | 0.28 | LD Call toWBLOOMFIEL 12484321214 00:03:18 | 19195687 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.28 | 0.28 | | |
| 04/02/2009 | 09620 | JONATHAN I. LEVINE | TEL | 1.00 | 0.63 | 0.63 | LD Call toWLOSANGELS 13104432347 00:08:04 | 19257763 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.63 | 0.63 | | |
| 04/02/2009 | 09620 | JONATHAN I. LEVINE | TEL | 1.00 | 0.07 | 0.07 | LD Call toSTAMFORD 12038903125 00:00:38 | 19257765 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.07 | 0.07 | | |
| 04/03/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.07 | 0.07 | LD Call toNEW YORK 12125932255 00:00:34 | 19197830 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.07 | 0.07 | | |
| 04/03/2009 | 09620 | JONATHAN I. LEVINE | TEL | 1.00 | 0.49 | 0.49 | LD Call toENID 15802340436 00:06:06 | 19257766 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.49 | 0.49 | | |
| 04/03/2009 | 09620 | JONATHAN I. LEVINE | TEL | 1.00 | 0.07 | 0.07 | LD Call toDALLAS 12147678967 00:00:38 | 19257767 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.07 | 0.07 | | |
| 04/08/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.07 | 0.07 | LD Call toWASHINGTON 12026827001 00:00:22 | 19205829 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.07 | 0.07 | | |
| 04/08/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.21 | 0.21 | LD Call toNEW YORK 19178870558 00:02:32 | 19205830 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.21 | 0.21 | | |
| 04/09/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 3.57 | 3.57 | LD Call toNEW YORK 12125932255 00:50:58 | 19208834 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 3.57 | 3.57 | | |
| 04/09/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.07 | 0.07 | LD Call toWBLOOMFIEL 12484321214 00:00:22 | 19208835 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.07 | 0.07 | | |
| 04/14/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.21 | 0.21 | LD Call toNEW YORK 12125932255 00:02:52 | 19219838 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.21 | 0.21 | | |
| 04/15/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.28 | 0.28 | LD Call toNEW YORK 12125932255 00:03:28 | 19222636 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.28 | 0.28 | | |
| 04/16/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.14 | 0.14 | LD Call toNEW YORK 12125932255 00:01:12 | 19224770 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.14 | 0.14 | | |
| 04/27/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.21 | 0.21 | LD Call toWBLOOMFIEL 12484321214 00:02:30 | 19247155 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.21 | 0.21 | | |
| 04/30/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.91 | 0.91 | LD Call toNEW YORK 12125932255 00:12:42 | 19256675 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 0.91 | 0.91 | | |
| 05/05/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.14 | 0.14 | LD Call toSTAMFORD 12037085901 00:01:36 | 19264026 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.14 | 0.14 | | |
| 05/05/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.49 | 0.49 | LD Call toNEW YORK 12125932255 00:06:12 | 19264027 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.49 | 0.49 | | |
| 05/15/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.14 | 0.14 | LD Call toWBLOOMFIEL 12484321214 00:01:22 | 19291098 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 0.14 | 0.14 | | |
| 06/10/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 1.12 | 1.12 | LD Call toNEW YORK 12126754906 00:15:40 | 19342793 |
| 10/28/2009 | | Invoice=10467784 | | 1.00 | 1.12 | 1.12 | | |
| 07/10/2009 | 09620 | JONATHAN I. LEVINE | TEL | 1.00 | 0.56 | 0.56 | LD Call toSTAMFORD 12037085800 00:07:40 | 19513475 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.56 | 0.56 | | |
| 07/31/2009 | 08195 | GERALD L. BRACHT | TEL | 1.00 | 0.49 | 0.49 | LD Call toNEW YORK 12122484500 00:06:04 | 19448746 |
| 10/28/2009 | | Invoice=10467785 | | 1.00 | 0.49 | 0.49 | | |
| | | BILLED TOTALS:   WORK: | | | | 10.22 | 21 records | |
| | | BILLED TOTALS:   BILL: | | | | 10.22 | | |
| | | GRAND TOTAL:   WORK: | | | | 10.22 | 21 records | |
| | | GRAND TOTAL:   BILL: | | | | 10.22 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/17/2009 | 09620 | JONATHAN I. LEVINE | TELH | 1.00 | 28.71 | 28.71 | Telephone - -PAID TO:AT&T TELECONFERENCE | 19296836 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 28.71 | 28.71 | SERVICES 4/17 TELECONF.CALLS | |
| | | Voucher=1077971 Paid | | | | | Vendor=AT&T TELECONFERENCE SERVICES  Balance= .00  Amount= | |
| | | | | | | | 5001.44 | |
| | | | | | | | Check #456499  05/20/2009 | |
| 05/05/2009 | 09620 | JONATHAN I. LEVINE | TELH | 1.00 | 32.54 | 32.54 | Telephone - -PAID TO:AT&T TELECONFERENCE | 19366798 |
| 10/28/2009 | | Invoice=10467783 | | 1.00 | 32.54 | 32.54 | SERVICES 05/05 TELECONF. CALL SVC | |
| | | Voucher=1081440 Paid | | | | | Vendor=AT&T TELECONFERENCE SERVICES  Balance= .00  Amount= | |
| | | | | | | | 5405.56 | |
| | | | | | | | Check #458625  06/23/2009 | |
| | | BILLED TOTALS:   WORK: | | | | 61.25 | 2 records | |
| | | BILLED TOTALS:   BILL: | | | | 61.25 | | |
| | | GRAND TOTAL:   WORK: | | | | 61.25 | 2 records | |
| | | GRAND TOTAL:   BILL: | | | | 61.25 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]                                            Page 1
Currency Code:   10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/28/2009 | 08195 | GERALD L. BRACHT | TRV | 1.00 | 137.10 | 137.10 | Travel Expense - -PAID TO:GERALD L BRACHT TAXI | 19259812 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 137.10 | 137.10 | (67.00)/ PARKING (35.00)/ MILEAGE (35.10) - | |
| | | | | | | | HEARING IN NEW YORK | |
| | | Voucher=1076248 Paid | | | | | Vendor=GERALD L BRACHT Balance= .00 Amount= 1043.06 | |
| | | | | | | | Check #455497  05/07/2009 | |
| | | BILLED TOTALS:   WORK: | | | | 137.10 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 137.10 | | |
| | | GRAND TOTAL:   WORK: | | | | 137.10 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 137.10 | | |

Billed Recap Of Cost Detail - [0026701 - LEXINGTON PRECISION AD HOC GROUP]    Page 1
Currency Code:    10/29/2009 11:04:55 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/12/2009 | 08195 | GERALD L. BRACHT | TRVA | 1.00 | 55.00 | 55.00 | Tkt for BRACHT/GERALD IAH LGA IAH | 19301575 |
| 06/09/2009 | | Invoice=10451001 | | 0.00 | 0.00 | 0.00 | | |
| 04/13/2009 | 08195 | GERALD L. BRACHT | TRVA | 1.00 | 55.00 | 55.00 | Tkt for BRACHT/GERALD IAH LGA IAH | 19301576 |
| 06/09/2009 | | Invoice=10451001 | | 0.00 | 0.00 | 0.00 | | |
| 04/17/2009 | 08195 | GERALD L. BRACHT | TRVA | 1.00 | 1,237.20 | 1,237.20 | Tkt for BRACHT/GERALD IAH LGA IAH | 19301577 |
| 06/09/2009 | | Invoice=10451001 | | 1.00 | 1,237.20 | 1,237.20 | | |
| | | BILLED TOTALS:    WORK: | | | | 1,347.20 | 3 records | |
| | | BILLED TOTALS:    BILL: | | | | 1,237.20 | | |
| | | GRAND TOTAL:    WORK: | | | | 1,347.20 | 3 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,237.20 | | |