# EXHIBIT E

RE:    DIP FINANCING/CASH COLLATERAL

| Date | Services | Name | Hours |
| --- | --- | --- | --- |
| 04/30/09 | Review cash collateral motion (.3); communicate with Committee regarding same (.1) | J.I. LEVINE | 0.40 |
| 05/01/09 | Communicate with J. Tishler (.1). | J.I. LEVINE | 0.10 |
| 05/08/09 | Communicate with J. Tishler re cash collateral (.2) | J.I. LEVINE | 0.20 |
| 05/11/09 | Attend court conference call re cash collateral (.3); review DIP Order (.1); meet with P. Silverstein re same (.1) | J.I. LEVINE | 0.50 |
| 05/11/09 | Review final cash collateral order (.3); communicate with A. Cahn and J. Levine re same (.2) | P. N. SILVERSTEIN | 0.50 |
| 05/12/09 | Review cashflow forecast (.1) | J.I. LEVINE | 0.10 |
| 05/14/09 | Communicate with J. Tishler (.1) | J.I. LEVINE | 0.10 |
| 05/18/09 | Communicate with Weil re cash collateral (.1) | J.I. LEVINE | 0.10 |
| 05/19/09 | Communicate with Weil re cash collateral (.1) | J.I. LEVINE | 0.10 |
| 05/19/09 | Communicate with US Trustee and J. Levine re cash collateral motion/hearing (.3); communicate with J. Levine re status (.2) | P. N. SILVERSTEIN | 0.50 |
| 05/20/09 | Revise cash collateral order (.4); attend hearing re same (.4) | J.I. LEVINE | 0.80 |
| 07/31/09 | Review June MOR (.2) | J.I. LEVINE | 0.20 |

RE:    EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION

| Date | Services | Name | Hours |
|---|---|---|---|
| 05/01/09 | Work on monthly fee statements (.7) | J.I. LEVINE | 0.70 |
| 05/12/09 | Work on monthly fee statement (1.1) | J.I. LEVINE | 1.10 |
| 05/29/09 | Finalize fee application (.3); review SRR monthly statement (.1) | J.I. LEVINE | 0.40 |
| 05/30/09 | Call with J. Lucas (.1) | J.I. LEVINE | 0.10 |
| 06/23/09 | Call with US Trustee (.2). | J.I. LEVINE | 0.20 |
| 06/25/09 | Review SRR monthly fee application (.2) | J.I. LEVINE | 0.20 |
| 07/22/09 | Attend to amendment of SRR retention (.1); draft retention documents (.4); call with SRR (.1) | J.I. LEVINE | 0.60 |
| 07/23/09 | Review Debtors' objections to fee application (.2) | J.I. LEVINE | 0.20 |
| 07/27/09 | Revise and file SRR amendment (.2) | J.I. LEVINE | 0.20 |
| 07/30/09 | Prepare for and attend hearing on fee application and other matters (3.0); follow up with J. Levine and G. Bracht re hearing (.3) | P. N. SILVERSTEIN | 3.30 |

RE:   PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| 04/01/09 | Receipt and review of revised mediation report of SRR (.70); messages to and from SRR regarding information from debtor on connector seals consolidation and exit financing (.30); messages to and from debtors' counsel regarding mediation (.20). | G. L. BRACHT | 1.20 |
| 04/01/09 | Communicate with SRR re mediation report (.10). | J.I. LEVINE | 0.10 |
| 04/01/09 | Communicate with SRR re document request to Lexington management (.10); attention to S. Preston mediation engagement letter (.10); status of fees and SRR amendment (.20) | P. N. SILVERSTEIN | 0.40 |
| 04/02/09 | Call with R. Krasnow re meeting with S. Preston (.1); communicate with J. Lucas and AK team re same (.1) | P. N. SILVERSTEIN | 0.20 |
| 04/02/09 | Review mediation update letter (.1) | J.I. LEVINE | 0.10 |
| 04/02/09 | Receipt and review of revisions to draft SRR mediation report and messages to and from SRR regarding same (1.20); messages to and from counsel and clients and SRR regarding scheduling and location of mediation and status (1.10); telephone conference with counsel and mediator regarding status and logistics of mediation (.30). | G. L. BRACHT | 2.60 |
| 04/03/09 | Receipt and review of WYC report (.50); messages to and from counsel and mediator regarding April 13 meeting (.30). | G. L. BRACHT | 0.80 |
| 04/03/09 | Communicate with AK team re logistics of S. Preston (.20) | P. N. SILVERSTEIN | 0.20 |
| 04/06/09 | Communicate with J. Levine and G. Bracht re mediation issues and status (.20) | P. N. SILVERSTEIN | 0.20 |
| 04/06/09 | Messages to and from counsel and debtors regarding April 13 meeting (.70); messages to and from clients regarding mediation (.30); receipt and review of Campbell valuation report (1.30); forward SRR report to mediator (.30); telephone conference with mediator regarding April 13 meeting (.10). | G. L. BRACHT | 2.70 |
| 04/07/09 | Call with M. Linett and N. Walsh re mediation structure, timing, etc. | P. N. SILVERSTEIN | 0.40 |

PAYMENT DUE UPON RECEIPT
For Questions or Comments Regarding this Bill, Please Contact the Accounting Department at (713) 220-4606.

NYC:200627.2

RE:   PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| | (.20);communicate with Committee re mediation meeting (.20) | | |
| 04/08/09 | Review communications re Connector Seals (.10); review communications re mediation meeting (.10); communicate with N. Walsh re mediation meeting (.2) | P. N. SILVERSTEIN | 0.40 |
| 04/08/09 | Telephone conference with debtors' counsel and mediator regarding April 13 meeting (.50); telephone conference with SRR regarding same (.60); receipt and review of February 2009 Directors' Package and budget comparison (.60); telephone conference with clients regarding mediation and April 13 meeting (.40). | G. L. BRACHT | 2.10 |
| 04/09/09 | Telephone conference with mediator (1.30); messages to and from clients and counsel regarding mediator's comments and April 13 mediation meeting (.40); telephone conference with SRR regarding April 13 meeting (.30). | G. L. BRACHT | 2.00 |
| 04/09/09 | Communicate with J. Levine re mediation (.1); call with G. Bracht re mediation (.1) | P. N. SILVERSTEIN | 0.20 |
| 04/09/09 | Communicate with P. Silverstein re mediation (.1) | J.I. LEVINE | 0.10 |
| 04/13/09 | Meeting with J. Ultz (1.0) | J.I. LEVINE | 1.00 |
| 04/13/09 | Attend first mediation session (4.00); telephone conference with SRR regarding mediation (.50). | G. L. BRACHT | 4.50 |
| 04/14/09 | Telephone conferences with mediator regarding mediation and scheduling (.70); telephone conference with client regarding same (.30). | G. L. BRACHT | 1.00 |
| 04/14/09 | Communicate with G. Bracht re mediation (.1); communicate with clients re same (.1) | J.I. LEVINE | 0.20 |
| 04/14/09 | Communicate with J. Tishler re mediation and status (.2); communicate with R. Krasnow re breach of protocol issue for mediation meeting (lawyers/none) (.2) | P. N. SILVERSTEIN | 0.40 |
| 04/15/09 | Communicate with Weil, Debtors, etc. re mediation meeting procedure (.10); review S. Preston's suggested outline for presenting valuation argument (.20); review Weil's | P. N. SILVERSTEIN | 0.60 |

RE:   PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| | mediation status report to Court (.20) communicate with G. Bracht re same (.10) | | |
| 04/15/09 | Receipt and review of transcript from exclusivity and cash collateral hearing and excerpt for mediator (1.10); receipt and review of draft of mediation status report and comment (.30); messages to and from mediator, counsel, clients and SRR regarding mediation issues (.50). | G. L. BRACHT | 1.90 |
| 04/16/09 | Review CapSource valuation report (.60); telephone conference with client regarding status of mediation (.30); telephone conference with mediator regarding status (.10). | G. L. BRACHT | 1.00 |
| 04/20/09 | Telephone conference with SRR regarding supplementation of report (.40); prepare for mediation (1.10). | G. L. BRACHT | 1.50 |
| 04/21/09 | Receipt and review of SRR supplement to mediation report and forward to clients for comment (.70); draft letter to mediator regarding same and other issues (.50); telephone conference with client regarding supplement and mediation schedule (.10). | G. L. BRACHT | 1.30 |
| 04/21/09 | Review mediation letter. | J.I. LEVINE | 0.10 |
| 04/22/09 | Review G. Bracht's letter to mediator re "supplement" to SRR valuation report (.10); communicate with G. Bracht re mediation status report to Court (.10) | P. N. SILVERSTEIN | 0.20 |
| 04/22/09 | Receipt and review of revised SRR supplement to mediation report (.60); prepare letter to mediator forwarding mediation materials (.30). | G. L. BRACHT | 0.90 |
| 04/23/09 | Messages to and from mediator and counsel and telephone conference with mediator regarding mediation status and logistics (.50). | G. L. BRACHT | 0.50 |
| 04/24/09 | Call with J. Tishler and J. Levine (.10); call with N. Walsh (.20) | P. N. SILVERSTEIN | 0.30 |
| 04/24/09 | Call with P. Silverstein and J. Tishler (.10). | J.I. LEVINE | 0.10 |
| 04/27/09 | Messages to and from client and counsel regarding mediation status and logistics (.20); telephone conference with SRR regarding same (.40); telephone conference with | G. L. BRACHT | 2.70 |

RE:     PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| | mediator regarding same (.30); prepare for mediation (1.80). | | |
| 04/28/09 | Prepare for mediation session (2.9). | G. L. BRACHT | 2.90 |
| 04/28/09 | Travel to NYC for mediation session (6 hrs x .5 = 3 hrs). | G. L. BRACHT | 3.00 |
| 04/29/09 | Attend mediation session. | G. L. BRACHT | 8.00 |
| 04/29/09 | Communications with G. Bracht re mediation (.30). | J.I. LEVINE | 0.30 |
| 04/30/09 | Call with G. Bracht (.10); communicate with P. Silverstein re mediation (.10). | J.I. LEVINE | 0.20 |
| 04/30/09 | Communicate with J. Levine re mediation (.1); call with N. Walsh (.2) | P. N. SILVERSTEIN | 0.30 |
| 04/30/09 | Travel to Houston from mediation session (6 hrs x .5 = 3 hrs). | G. L. BRACHT | 3.00 |
| 04/30/09 | Receipt and review of status report to court and revise same (.30); messages to and from counsel regarding status report (.20); telephone conference with mediator regarding status of mediation (.40). | G. L. BRACHT | 0.90 |
| 05/01/09 | Review mediation letter (.1) | J.I. LEVINE | 0.10 |
| 05/01/09 | Receipt and review of mediation status report and revise same (.50); receipt and review of March monthly operating report and messages regarding performance to budget (.40); messages to and from clients and counsel regarding public use of valuation reports, information to mediator, and mediation results (.60). | G. L. BRACHT | 1.50 |
| 05/05/09 | Review proposal to Debtors (.1) | J.I. LEVINE | 0.10 |
| 05/05/09 | Telephone conference with committee regarding status of mediation (.60); receipt and review of committee proposal (.20); telephone conference with Linett regarding committee proposal (.20); telephone conference with mediator regarding committee proposal (.30); receipt and review of messages from mediator and committee members regarding committee proposal (.20). | G. L. BRACHT | 1.50 |
| 05/07/09 | Messages to and from counsel regarding chambers' conference (.2). | G. L. BRACHT | 0.20 |
| 05/11/09 | Communicate with S. Preston (.1) | J.I. LEVINE | 0.10 |

RE:    PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| 05/11/09 | Conference with J. Levine (.1) | P. N. SILVERSTEIN | 0.10 |
| 05/12/09 | Review Lexington's response to committee's proposal (.2); communicate with J. Levine re same (.2) | P. N. SILVERSTEIN | 0.40 |
| 05/12/09 | Review Debtor counterproposal (.1) | J.I. LEVINE | 0.10 |
| 05/15/09 | Receipt and review of draft of 4th mediation status report and approve (.20); telephone conference with SRR regarding cash collateral hearing (.30); receipt and review of CapSource objection to motion to extend cash collateral (.50). | G. L. BRACHT | 1.00 |
| 05/20/09 | Meet with P. Silverstein re strategy (.7) | J.I. LEVINE | 0.70 |
| 05/20/09 | Address cash collateral hearing issues and internal memo re same (1.0) | P. N. SILVERSTEIN | 1.00 |
| 05/20/09 | Meet with J. Levine re strategy (.7); call with J. Levine and N. Walsh (.1) | P. N. SILVERSTEIN | 0.80 |
| 05/27/09 | Communicate with J. Levine re confidentiality agreement issues(.1) | P. N. SILVERSTEIN | 0.10 |
| 05/27/09 | Communicate with P. Silverstein re confidentiality agreement (.1) | J.I. LEVINE | 0.10 |
| 06/03/09 | Call with N. Walsh (.3) | J.I. LEVINE | 0.30 |
| 06/03/09 | Communicate with P. Silverstein re investor issues (.3) | J.I. LEVINE | 0.30 |
| 06/03/09 | Review memo detailing debtors proposal (.3); communicate with N. Walsh re same (.3) | P. N. SILVERSTEIN | 0.60 |
| 06/10/09 | Telephone conference with client regarding confidentiality agreement issues (.5). | G. L. BRACHT | 0.50 |
| 06/10/09 | Communicate with J. T. King (.2); communicate with P. Silverstein and N. Walsh (.4) | J.I. LEVINE | 0.60 |
| 06/16/09 | Load new documents into database. | C. SAKERT | 0.50 |
| 06/18/09 | Telephone conference with mediator regarding status of settlement negotiations (.70); receipt and review of most recent settlement proposals (.20); message to client group regarding mediator's proposal (.10). | G. L. BRACHT | 1.00 |
| 06/23/09 | Messages to and from clients regarding status of response to mediator regarding settlement proposal (.2); receipt and review of as-filed 6th mediation status report (.1). | G. L. BRACHT | 0.30 |

RE:    PLAN AND DISCLOSURE STATEMENT

| Date | Services | Name | Hours |
|---|---|---|---|
| 06/23/09 | Call with SRR (.1). | J.I. LEVINE | 0.10 |
| 07/20/09 | Receipt and review of mediation status report and messages regarding same. | G. L. BRACHT | 0.20 |
| 07/21/09 | Receipt and review of messages regarding mediation report. | G. L. BRACHT | 0.10 |
| 07/23/09 | Receipt and review of messages from debtors' counsel regarding mediation status report to court. | G. L. BRACHT | 0.10 |

RE:   BUSINESS OPERATIONS

| Date | Services | Name | Hours |
|---|---|---|---|
| 04/01/09 | Call with SRR re developments/Delphi (.2) | J.I. LEVINE | 0.20 |
| 04/02/09 | Review SRR update (.2) | J.I. LEVINE | 0.20 |
| 04/03/09 | Review forecasts (.7) | J.I. LEVINE | 0.70 |
| 05/01/09 | Review March 2009 MOR (.1) | J.I. LEVINE | 0.10 |
| 05/11/09 | Review March directors package/results (.3) | J.I. LEVINE | 0.30 |
| 05/12/09 | Review cash flow projections (.2) | P. N. SILVERSTEIN | 0.20 |
| 07/08/09 | Review Directors' package (.4); all with Weil re insurance issue (.1) | J.I. LEVINE | 0.50 |
| 07/08/09 | Communicate with clients re insurance motion (.2) | J.I. LEVINE | 0.20 |
| 07/20/09 | Review update memo from Debtors re Baxter volume and cash position (.2) | P. N. SILVERSTEIN | 0.20 |

RE:    CASE ADMINISTRATION

| Date | Services | Name | Hours |
|---|---|---|---|
| 04/01/09 | Communicate with P. Silverstein re hearing (.1) | J.I. LEVINE | 0.10 |
| 04/02/09 | Call with P. Silverstein re update (.1); communicate with P. Silverstein and R. Krasnow (.1) | J.I. LEVINE | 0.20 |
| 04/02/09 | Call with J. Levine re status update (.1); communicate with J. Levine re interim fee app hearing (.1) | P. N. SILVERSTEIN | 0.20 |
| 04/08/09 | Communicate with SRR re various matters (.4) | J.I. LEVINE | 0.40 |
| 04/15/09 | Obtaining transcripts for 2/23 and 2/24 hearings. | A.Z. BUNNELL | 0.50 |
| 04/15/09 | Researching docket for J. Levine. | A.Z. BUNNELL | 0.30 |
| 04/30/09 | Retrieving pleadings from docket and printing for Jon Levine. | A.Z. BUNNELL | 0.50 |
| 04/30/09 | E-filing SRR March fee Statement on PACER. | A.Z. BUNNELL | 0.30 |
| 05/01/09 | Review March 2009 MOR; communicate with N. Walsh re directors fees (.1); communicate with SRR re same (.1) | P. N. SILVERSTEIN | 0.20 |
| 05/04/09 | Communicate with Weil (.1). | J.I. LEVINE | 0.10 |
| 05/05/09 | Communicate with G. Bracht (.1); call with SRR (.1) | J.I. LEVINE | 0.20 |
| 05/06/09 | Communicate with Weil re status conference (.1) | J.I. LEVINE | 0.10 |
| 05/06/09 | Call with SRR (.2) | J.I. LEVINE | 0.20 |
| 05/08/09 | Call with M. Linett (Jefferies) re status and strategy (.2); calls with J. Tishler (.2) | P. N. SILVERSTEIN | 0.40 |
| 05/11/09 | Prepare for and attend court conference call and post-mortem (.8); review March Directors' package (.2) | P. N. SILVERSTEIN | 1.00 |
| 05/11/09 | Call with P. Silverstein (.1) | J.I. LEVINE | 0.10 |
| 05/14/09 | Call with SRR re NDA issues (.2) | P. N. SILVERSTEIN | 0.20 |
| 05/15/09 | E-filing SRR 3rd Fee Application (.7). | A.Z. BUNNELL | 0.70 |
| 05/19/09 | Communicate with P. Silverstein re status (.2) | J.I. LEVINE | 0.20 |
| 05/20/09 | Communicate with N. Walsh and B. Welch re NDAs for potential plan investors/lenders (.3); communicate with J. Tishler and A. Strochak re same (.2) | P. N. SILVERSTEIN | 0.50 |

RE:   CASE ADMINISTRATION

| Date | Services | Name | Hours |
|---|---|---|---|
| 05/21/09 | Communicate with N. Walsh re investors' NDAs (.2); communicate with A. Strochak re same (.2); communicate with J. Levine and N. Walsh re same (.2) | P. N. SILVERSTEIN | 0.60 |
| 05/27/09 | Call with A. Strochak re NDAs (.1) | P. N. SILVERSTEIN | 0.10 |
| 05/29/09 | Obtaining Weil & Gotshal 2nd Fee app from docket (.3). | A.Z. BUNNELL | 0.30 |
| 05/29/09 | E-filing AK 3rd interim fee application and SRR April Fee Statement; service, and filing affidavits of service. (1.9). | A.Z. BUNNELL | 1.90 |
| 06/02/09 | Retrieving pleadings from the docket for J. Levine (.3). | A.Z. BUNNELL | 0.30 |
| 06/03/09 | Call with A. Strochak (.1) | J.I. LEVINE | 0.10 |
| 06/03/09 | Communicate with J. Levine re investor issues (.3); communicate with SRR re NDA issues (.2) | P. N. SILVERSTEIN | 0.50 |
| 06/05/09 | Communicate with J. Levine re case administration issues (.2); draft SRR NDA (.3); communicate with J. Lucas re same (.2); review mediation status report (.3); communicate with J. Levine re same (.1); draft comments to mediation status letter (.2); communicate with J. Lucas re same (.2); call with A. Strochak re same (.2); communicate with SRR re status of NDA (.2) | P. N. SILVERSTEIN | 1.90 |
| 06/05/09 | Review mediation status letter (.1) | J.I. LEVINE | 0.10 |
| 06/09/09 | Review committee confidentiality agreement (.2); communicate with SRR re same (.1) | J.I. LEVINE | 0.30 |
| 06/10/09 | Communicate with J. Levine and N. Walsh re status (.2) | P. N. SILVERSTEIN | 0.20 |
| 06/11/09 | Review Debtors' comments to NDA: communicate with J. Ultz and J. Levine re same (.3) | P. N. SILVERSTEIN | 0.30 |
| 06/12/09 | Review Debtors comments to NDA for prospective investors (.3) | P. N. SILVERSTEIN | 0.30 |
| 06/18/09 | Communicate with J. Levine re status and strategy (.5) | P. N. SILVERSTEIN | 0.50 |
| 06/22/09 | Review Sixth mediation status letter (.1) | P. N. SILVERSTEIN | 0.10 |
| 06/22/09 | Review mediation status update (.1) | J.I. LEVINE | 0.10 |
| 06/26/09 | Work on NDA issues (.3); communicate with N. Walsh regarding same (.1) | J.I. LEVINE | 0.40 |

RE:   CASE ADMINISTRATION

| Date | Services | Name | Hours |
|---|---|---|---|
| 06/26/09 | Communicate with N. Walsh re NDA issues (.2) | P. N. SILVERSTEIN | 0.20 |
| 06/29/09 | Communicate with N. Walsh and potential investors re NDA issues (.3) | P. N. SILVERSTEIN | 0.30 |
| 06/30/09 | Filing SRR May Fee Statement; service via Fed-Ex; creating and filing affidavit of service (.9). | A.Z. BUNNELL | 0.90 |
| 07/02/09 | Revise confidentiality agreement for potential investors (.3); communicate with A. Strochak re same (.2) | P. N. SILVERSTEIN | 0.50 |
| 07/06/09 | Communicate with J. Levine re status of investor NDA (.1); call with investor's counsel re same (.2) | P. N. SILVERSTEIN | 0.30 |
| 07/06/09 | Communicate with B. Adams re investor NDA (.1); communicate with P. Silverstein re same (.1); call with US Trustee (.2) | J.I. LEVINE | 0.40 |
| 07/08/09 | Communicate with SRR (.2) | J.I. LEVINE | 0.20 |
| 07/10/09 | Communicate with A. Strochak re status of investors' NDAs and general status (.2); communicate with N. Walsh re same (.2) | P. N. SILVERSTEIN | 0.40 |
| 07/13/09 | Communicate with Weil re status (.2); communicate with Debtors re status of NDAs (.2) | P. N. SILVERSTEIN | 0.40 |
| 07/15/09 | Call with Debtors (Lubin) and Weil (Strochak) re SRR issues (.9) | P. N. SILVERSTEIN | 0.90 |
| 07/16/09 | Communicate with counsel for investor re NDA negotiations (.2); revise same and email to A. Strochak for review and comments (.2); communicate with N. Walsh re NDA negotiations issues (.2) | P. N. SILVERSTEIN | 0.60 |
| 07/17/09 | Communicate with investor's counsel re NDA negotiations (.2) | P. N. SILVERSTEIN | 0.20 |
| 07/20/09 | Communicate with Weil re status of NDA negotiations (.2); finalize additional investor's NDA (.2); communicate with Weil re confidentiality agreement issues (.2) | P. N. SILVERSTEIN | 0.60 |
| 07/23/09 | Call with court re hearing date (.1) | J.I. LEVINE | 0.10 |
| 07/23/09 | PACER search for "Case Management" filing (.3). | J.D. ROSENBERG | 0.30 |
| 07/24/09 | Set hearing date for the 2nd Amendment to the Retention Application (.1). | J.D. ROSENBERG | 0.10 |
| 07/27/09 | Filing of 2nd amendment to the retention | J.D. ROSENBERG | 1.00 |

RE:   CASE ADMINISTRATION

| Date | Services | Name | Hours |
|---|---|---|---|
| | application to employ SR (1.0). | | |
| 07/27/09 | Printed dockets for attorney review (.3). | J.D. ROSENBERG | 0.30 |
| 07/27/09 | Prepping package for delivery to Judge's chambers (.5). | A.Z. BUNNELL | 0.50 |
| 07/28/09 | Preparing and sending package to the court (.6). | A.Z. BUNNELL | 0.60 |
| 07/28/09 | Preparation of hearing binder for 7/30/09 hearing (1.2). | J.D. ROSENBERG | 1.20 |
| 07/28/09 | Communicate with P. Silverstein re hearing (.2) | J.I. LEVINE | 0.20 |
| 07/29/09 | Communicate with P. Silverstein re hearing (.2) | J.I. LEVINE | 0.20 |
| 07/29/09 | Compile dockets for attorney review (.5). | J.D. ROSENBERG | 0.50 |
| 07/29/09 | Updated hearing binder for 7/30/09 hearing (1.0). | J.D. ROSENBERG | 1.00 |
| 07/29/09 | Communicate with J. Levine re tomorrow's hearing (.2) | P. N. SILVERSTEIN | 0.20 |
| 07/29/09 | Preparing hearing binder for P. Silverstein (.8). | A.Z. BUNNELL | 0.80 |
| 07/30/09 | Communicate with N. Walsh re status of NDA and investor diligence (.2); communicate with SRR re same (.1) | P. N. SILVERSTEIN | 0.30 |
| 07/30/09 | Call with G. Ehrlich (.2); communicate with P. Silverstein re hearing (.2). | J.I. LEVINE | 0.40 |
| 07/31/09 | Communicate with counsel for investor re status of diligence (.2) | P. N. SILVERSTEIN | 0.20 |

RE:     COMMITTEE MATTERS

| Date | Services | Name | Hours |
|---|---|---|---|
| 04/01/09 | Prepping package with order for Paul Silverstein to deliver to Judge Glenn. | A.Z. BUNNELL | 0.30 |
| 04/02/09 | Filing SRR Fee Statement for February. | A.Z. BUNNELL | 0.80 |
| 04/08/09 | Communicate with clients (.2) | J.I. LEVINE | 0.20 |
| 04/14/09 | Call with M. Linett and B. Hock (.1) | J.I. LEVINE | 0.10 |
| 04/15/09 | Communicate with clients (.2) | J.I. LEVINE | 0.20 |
| 04/17/09 | Call with N. Walsh (.1); conference call with Committee (.4) | J.I. LEVINE | 0.50 |
| 04/17/09 | Conference call with Committee (.4) and post-mortem with N. Walsh, etc. (.5) | P. N. SILVERSTEIN | 0.90 |
| 04/24/09 | Call with N. Walsh (.1) | J.I. LEVINE | 0.10 |
| 04/30/09 | Communicate with N. Walsh and G. Bracht (.1); call with N. Walsh (.2); communicate with Committee (.1) | J.I. LEVINE | 0.40 |
| 05/01/09 | Communicate with N. Walsh, et al. (.3); call with G. Bracht (.1) | J.I. LEVINE | 0.40 |
| 05/04/09 | Conference call with Committee subgroup and SRR (.8) | J.I. LEVINE | 0.80 |
| 05/04/09 | Call with SRR and Committee members, B. Welch, N. Walsh, etc.(.7); call with R. Krasnow re status (.1) | P. N. SILVERSTEIN | 0.80 |
| 05/05/09 | Prepare for and attend conference call with Committee and post-mortem follow-up (.9) | P. N. SILVERSTEIN | 0.90 |
| 05/05/09 | Conference call with Committee (.5) | J.I. LEVINE | 0.50 |
| 05/06/09 | Call with Committee members (.3); communicate with M. Linett (.1) | J.I. LEVINE | 0.40 |
| 05/06/09 | Communicate with N. Walsh (.1) | J.I. LEVINE | 0.10 |
| 05/06/09 | Call with Committee members, N. Walsh, etc. (.4) | P. N. SILVERSTEIN | 0.40 |
| 05/11/09 | Call with Committee members (.4) | P. N. SILVERSTEIN | 0.40 |
| 05/11/09 | Communicate with clients (.1); call with Committee (.4) | J.I. LEVINE | 0.50 |
| 05/13/09 | Update call with N. Walsh (.1) | P. N. SILVERSTEIN | 0.10 |
| 05/20/09 | Communicate with Committee (.3); call with P. Silverstein and N. Walsh (.1) | J.I. LEVINE | 0.40 |
| 05/21/09 | Communicate with P. Silverstein and N. Walsh re confidentiality agreement (.2) | J.I. LEVINE | 0.20 |
| 05/27/09 | Call with N. Walsh re status (.2) | P. N. SILVERSTEIN | 0.20 |

RE:    COMMITTEE MATTERS

| Date | Services | Name | Hours | |
|---|---|---|---|---|
| 06/09/09 | Review Committee confidentiality agreement (.1); communicate with SRR regarding same (.1) | J.I. LEVINE | 0.20 | |
| 06/11/09 | Review comments to confidentiality agreement (.1) | J.I. LEVINE | 0.10 | |
| 06/23/09 | Call with N. Walsh (.1) | J.I. LEVINE | 0.10 | |
| 06/23/09 | Communicate with N. Walsh re investor issues (.1) | P. N. SILVERSTEIN | 0.10 | |
| 06/25/09 | Communicate with N. Walsh and SRR re negotiations of terms of NDA for prospective investors (.3) | P. N. SILVERSTEIN | 0.30 | |
| 06/30/09 | Status update with N. Walsh (.3); communicate with Jefferies (.2) | P. N. SILVERSTEIN | 0.50 | |
| 07/01/09 | Communicate with N. Walsh re status update (.2) | J.I. LEVINE | 0.20 | |
| 07/06/09 | Communicate with N. Walsh re status of confidentiality agreements (.2) | P. N. SILVERSTEIN | 0.20 | |
| 07/27/09 | Filing 2nd Amended Fee Application to employ SRR and affidavit of service, serving pleading (1.5). | A.Z. BUNNELL | 1.50 | |
| | **Total Services** | | 3.50 | $ 1,987.00 |