UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                          :
In re                                     :
                                          :        Case No.  08-11153 (MG)
                                          :
LEXINGTON PRECISION CORP., et al.,    :
                                          :        (Jointly Administered)
                                          :
                                          :        (Chapter 11)
                          Debtor.    :
-----------------------------------------------------X

### AMENDED APPOINTMENT OF COMMITTEE OF
### UNSECURED CREDITORS

        Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors
of the above-captioned debtor being among the largest unsecured claimants who are willing to
serve are appointed to the committee of unsecured creditors:

    1.      Wilmington Trust Company
            1100 North Market Street
            Wilmington, Delaware 19890
             Attn: James J. McGinley (212-415-0522)


    2.      Jefferies High Yield Trading
            The Metro Center
            One Station Place, Three North
            Stamford, CT 06902
            Attn: Robert J. Welch  (203-708-5800)


    3.      Wilfrid Aubrey, LLC
            100 William Street, Suite 1850
            New York, NY 10038
            Attn: Nicholas Walsh (212-675-4906)


    4.      Valhalla Capital Partners, LLC
            2527 Nelson Miller Pkwy.
            Suite 207
            Louisville, KY 40223
            ATTN: Ramond P. Mercherle (502-301-8400 ext 14)

5.      Momentive Performance Materials, Inc.
        c/o Janette Wendorf
        260 Hudson River Road
        Waterford, NY 12188
        Attn: Janelle Wendorf (518-233-5608)


6.      Environmental Products & Services of Vermont, Inc.
        532 State Fair Blvd.
        Syracuse, NY 13204
        Attn: Michael J. Lawler (315-451-6666 ext 213)

7.      Sandler Capital Management
        711 5th Ave
        New York, New York 10122
        Attn: Douglas E. Schimmel (212-754-8100)


Dated: New York, New York
        November 16, 2009


                                DIANA G. ADAMS
                                UNITED STATES TRUSTEE

                        By:     /s/ *Paul K. Schwartzberg*
                                Paul K. Schwartzberg
                                Trial Attorney
                                33 Whitehall Street, 21st Floor
                                New York, New York  10004
                                Tel. No. (212) 510-0500