Hearing Date – January 11, 2010 at 10:00 a.m. (Eastern Standard Time)
Objection Deadline – January 4, 2010 at 4:00 p.m. (Eastern Standard Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEXINGTON PRECISION CORP., et al.,          :    08-11153 (BRL)
                                            :
Debtors.                                    :    (Jointly Administered)
                                            :
------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS', SECURED LENDERS',
AND CREDITORS' COMMITTEE'S MOTIONS TO APPROVE
THEIR RESPECTIVE PROPOSED DISCLOSURE STATEMENTS AND
TO SCHEDULE A HEARING AND ESTABLISH NOTICE AND OBJECTION
PROCEDURES FOR CONFIRMATION OF THEIR RESPECTIVE PLANS**

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases, filed a motion, dated October 6, 2009, [Docket No. 750] (the "Debtors' Motion") for entry of an order approving, among other things, the Debtors' proposed disclosure statement [Docket No. 749] (as may be amended, the "Debtors' Disclosure Statement"), for the Debtors' proposed chapter 11 plan (as may be amended, the "Debtors' Proposed Plan").

PLEASE TAKE FURTHER NOTICE that the Official Committee of Unsecured Creditors (the "Committee") filed a motion, dated September 11, 2009, [Docket No. 710] (the

US_ACTIVE:\43222378\03\26690.0008

"Committee's Motion") for entry of an order approving, among other things, the Committee's proposed disclosure statement [Docket No. 726] (as may be amended, the "Committee's Disclosure Statement") for the Committee's proposed chapter 11 plan (as may be amended, the "Committee's Proposed Plan").

PLEASE TAKE FURTHER NOTICE that CapitalSource Finance LLC and CSE Mortgage LLC, as agents to the secured lenders (the "Secured Lenders"), filed a motion, dated September 3, 2009, [Docket No. 698] (the "Secured Lenders' Motion," and together with the Debtors' Motion and the Committee's Motion, the "Motions") for entry of an order approving, among other things, the Secured Lenders' proposed disclosure statement [Docket No. 695] (as may be amended, the "Secured Lenders' Disclosure Statement," and together with the Debtors' Disclosure Statement and Committee's Disclosure Statement, the "Disclosure Statements") for the Secured Lenders' proposed chapter 11 plans (as may be amended, the "Secured Lenders' Proposed Plans").

PLEASE TAKE FURTHER NOTICE that the Motions are available for free at the Debtors' claims agent's website at **http://chapter11.epiqsystems.com/lexington**. The documents are also available at the website for the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at **http://ecf.nysb.uscourts.gov/** (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov/). For hard copies of the Motions, please contact Epiq Bankruptcy Solutions, LLC at **(886) 212-0222** or **(646) 282-2500**.

PLEASE TAKE FURTHER NOTICE that the deadline to file any objections or responses to any of the Motions is **January 4, 2010 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline"). In accordance with General Order M-242, registered users of the

Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at ww.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Burton R. Lifland.

PLEASE TAKE FURTHER NOTICE that all objections or responses, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **January 4, 2010 at 4:00 p.m. (Eastern Standard Time)**, upon: (a) the Debtors, Lexington Precision Corporation, 800 Third Ave. 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin), (b) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Adam Strochak and Victoria Vron); (c) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); (d) the attorneys for the Debtors' Secured Lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee, 37219 (Attn: John C. Tishler); (e) the attorneys for the Committee, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul Silverstein and Jonathan I. Levine); and (f) the attorneys for the Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motions and relief requested therein shall commence before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on **January 11, 2009 at 10:00 a.m**. **(prevailing Eastern Time)** (the "Hearing"), at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: December 1, 2009
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession