# EXHIBIT E

# HISTORICAL CONSOLIDATED INCOME STATEMENTS OF THE DEBTORS

# Historical Consolidated Income Statements

# HISTORICAL CONSOLIDATED INCOME STATEMENTS

**Lexington Precision Corporation**
**Lexington Precision Corporation - Consolidated**
**Income Statements**

*In Thousands of U.S. Dollars*

| | For the Fiscal Year Ended | | | | | 12 Months Ended 10/31/2009 | LTM Calculation For the 10 Months Ended | |
|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | | 10/31/2008 | 10/31/2009 |
| 1  Net Sales | $ 99,565 | $ 84,884 | $ 76,090 | $ 74,587 | $ 62,405 | $ 50,221 | $ 55,961 | $ 43,777 |
| 2  *Growth Rate* | *n/a* | *-14.7%* | *-10.4%* | *-2.0%* | *-16.3%* | *-19.5%* | *n/a* | *-21.8%* |
| 3  Material Cost | 31,986 | 26,545 | 23,147 | 22,444 | 19,102 | 16,290 | 16,929 | 14,117 |
| 4  Direct Labor | 11,945 | 9,733 | 8,744 | 8,487 | 6,260 | 4,247 | 5,746 | 3,733 |
| 5  Factory Overhead | 41,526 | 37,870 | 32,881 | 32,108 | 27,079 | 23,071 | 23,707 | 19,699 |
| 6  Total Cost of Sales | 85,457 | 74,148 | 64,772 | 63,039 | 52,441 | 43,608 | 46,382 | 37,549 |
| 7  Gross Profit from Operations | 14,108 | 10,736 | 11,318 | 11,548 | 9,964 | 6,613 | 9,579 | 6,228 |
| 8  Marketing & Sales | 1,231 | 1,098 | 1,060 | 1,184 | 1,135 | 1,278 | 638 | 781 |
| 9  General & Administrative | 5,423 | 4,926 | 4,929 | 5,497 | 9,836 | 8,783 | 8,296 | 7,243 |
| 10 Total S&A Expenses | 6,654 | 6,024 | 5,989 | 6,681 | 10,971 | 10,061 | 8,934 | 8,024 |
| 11 Operating Profit (Loss) | 7,454 | 4,712 | 5,329 | 4,867 | (1,007) | (3,448) | 645 | (1,796) |
| 12 Gain (Loss) on Repurchase of Debt | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 Total Other Income (Expense) | 8,598 | 77 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 EBIT | 16,052 | 4,789 | 5,329 | 4,867 | (1,007) | (3,448) | 645 | (1,796) |
| 15 Interest Expense | (8,903) | (9,200) | (10,943) | (11,339) | (8,609) | (7,510) | (7,339) | (6,240) |
| 16 Earnings Before Taxes | 7,149 | (4,411) | (5,614) | (6,472) | (9,616) | (10,958) | (6,694) | (8,036) |
| 17 Income Taxes | 196 | 299 | (18) | (6) | (48) | (43) | (40) | (35) |
| 18 Net Income from Continuing Operations | 7,345 | (4,112) | (5,632) | (6,478) | (9,664) | (11,001) | (6,734) | (8,071) |
| 19 Income (Loss) from Discontinued Operations | (2,967) | 644 | (472) | (289) | (162) | (164) | (93) | (95) |
| 20 Net Income | $ 4,378 | $ (3,468) | $ (6,104) | $ (6,767) | $ (9,826) | $ (11,165) | $ (6,827) | $ (8,166) |
| 21 EBIT | $ 16,052 | $ 4,789 | $ 5,329 | $ 4,867 | $ (1,007) | $ (3,448) | $ 645 | $ (1,796) |
| 22 EBITDA | $ 23,020 | $ 12,025 | $ 11,804 | $ 10,622 | $ 3,790 | $ 903 | $ 4,642 | $ 1,755 |

Source: Internal financial statements
Note: Consolidated statements reflect the Rubber Group and Corporate