# EXHIBIT I

# LIQUIDATION ANALYSIS

**LEXINGTON PRECISION CORPORATION**

**Liquidation Analysis as of August 31, 2009**
**(in thousands of dollars)**

|  | LRGI | LPC | Debtors |
|---|---:|---:|---:|
| Net proceeds of liquidation before related fees | 30,906 | 9,389 | 40,295 |
| Trustee's commission (3%) | (927) | (282) | (1,209) |
| Legal fees | (600) | (600) | (1,200) |
| Net proceeds of liquidation | 29,379 | 8,507 | 37,886 |
| Secured debt |  |  | (32,152) |
| Interest on secured debt during liquidation period |  |  | (760) |
| Debtor-in-possession loan |  |  | (4,034) |
| Interest on debtor-in-possession loan during liquidation period |  |  | (200) |
| Net proceeds before payment of post-petition accounts payable and chapter 11 professional fees |  |  | 740 |
| Chapter 11 professional fees |  |  | (1,318) |
| Shortfall |  |  | (578) |
| Net proceeds of liquidation available for unsecured creditors |  |  | -0- |

# LEXINGTON PRECISION CORPORATION

**Projected Consolidating Balance Sheet at August 31, 2009**
(in thousands of dollars)

| ASSETS | Warren | Jasper | Rock Hill | Lexington Rubber Group, Inc. N. Canton | Ellijay | Other | Subtotal | Rochester | Discont. Oper. | Parent Company Corp. Office | Other | Subtotal | Consol. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | | | |
| Cash | 3 | 21 | 1 | | | | 25 | 2 | | 3,045 | | 3,047 | 3,072 |
| Marketable securities | | | | | | | | | | 83 | | 83 | 83 |
| Trade receivables, net | 341 | 4,786 | 2,402 | | | | 7,529 | 1,072 | | | | 1,072 | 8,601 |
| Inventories | 125 | 3,621 | 2,175 | 279 | | | 6,200 | 1,821 | | | | 1,821 | 8,021 |
| Prepaid expenses | 51 | 470 | 318 | 52 | | | 891 | 330 | | 277 | | 610 | 1,501 |
| Deferred income taxes | | | | | | | | | | | | | |
| Other current assets | 79 | 358 | 576 | 29 | | | 1,042 | 295 | 27 | 2 | | 324 | 1,366 |
| Total current assets | 599 | 9,256 | 5,472 | 360 | | | 15,687 | 3,520 | 30 | 3,407 | | 6,957 | 22,644 |
| **Plant & equipment** | | | | | | | | | | | | | |
| Land | 146 | 1,420 | 169 | 439 | | | 2,174 | 121 | | | | 121 | 2,295 |
| Buildings | 2,590 | 2,789 | 2,322 | 3,442 | | | 11,143 | 2,348 | | 36 | | 2,384 | 13,527 |
| Machinery & equipment | 15,777 | 44,301 | 14,269 | 9,802 | | | 84,149 | 25,219 | | 101 | | 25,320 | 109,469 |
| | 18,513 | 48,510 | 16,760 | 13,683 | | | 97,466 | 27,688 | | 137 | | 27,825 | 125,291 |
| Accumulated depreciation | 16,114 | 42,778 | 14,025 | 11,027 | | | 83,944 | 24,667 | | 86 | | 24,753 | 108,697 |
| Plant & equipment, net | 2,399 | 5,732 | 2,735 | 2,656 | | | 13,522 | 3,021 | | 51 | | 3,072 | 16,594 |
| Plant & equipment of discontinued operations | | | | | | | | | 1,159 | | | 1,159 | 1,159 |
| Goodwill | | | | | | 7,623 | 7,623 | | | | | | 7,623 |
| Deferred financing expenses | | | | | | | | | | | | | |
| Other assets | | 48 | 361 | | | | 409 | 17 | | 72 | | 89 | 498 |
| Total assets | 2,998 | 15,036 | 8,568 | 3,016 | | 7,623 | 37,241 | 6,558 | 1,189 | 3,530 | | 11,277 | 48,518 |
| **LIABILITIES & STOCKHOLDERS' DEFICIT** | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | |
| Accounts payable | 1,151 | 3,349 | 946 | 387 | | (4,114) | 1,719 | 1,388 | | 1,394 | (2,128) | 654 | 2,373 |
| Accrued income taxes | | | | | | | | | | | | | |
| Accrued interest expense | | | | | | | | | | | | | |
| Accrued expenses excl. interest and income taxes | 1,134 | 930 | 496 | 206 | | | 2,766 | 509 | | 1,112 | (508) | 1,113 | 3,879 |
| Short-term debt | | | | | | | | | | | | | |
| Current portion of long-term debt | | | | | | | | | | | | | |
| Current liabilities of discontinued operations | | | | | | | | | 325 | | (174) | 151 | 151 |
| Total current liabilities | 2,285 | 4,279 | 1,442 | 593 | | (4,114) | 4,485 | 1,897 | 325 | 2,506 | (2,810) | 1,918 | 6,403 |
| Long-term debt, net of current portion | | | | | | | | | | | | | |
| Long-term portion of post-retirement obligation | | 150 | | | | | 150 | 88 | | | | 88 | 238 |
| Other long-term liabilities | | 11 | 179 | | | | 190 | | | | | | 190 |
| Deferred income taxes | | | | | | | | | | | | | |
| Intercompany | 713 | 10,596 | 6,947 | 2,423 | | 11,737 | 32,416 | 4,573 | 864 | 1,024 | 2,960 | 9,421 | 41,837 |
| **Stockholders' deficit:** | | | | | | | | | | | | | |
| Common stock | | | | | | | | | | | | | |
| Add'l paid-in-capital | | | | | | | | | | | | | |
| Accumulated deficit | | | | | | | | | | | | | |
| Treasury stock | | | | | | | | | | | | | |
| Stockholders' deficit | | | | | | | | | | | | | |
| Total liabilities & stockholders' deficit | 2,998 | 15,036 | 8,568 | 3,016 | | 7,623 | 37,241 | 6,558 | 1,189 | 3,530 | | 11,277 | 48,668 |

**LEXINGTON PRECISION CORPORATION**

Projected Liquidation Value at August 31, 2009
(in thousands of dollars)

| | | Lexington Rubber Group, Inc. | | | | | | | Lexington Precision Corporation (Parent) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Warren | Jasper | Rock Hill | N. Canton | Ellijay | Other | Subtotal | Rochester | Discont. Oper. | Corp. Office | Other | Subtotal | Consol. |
| **ASSETS:** | | | | | | | | | | | | | | |
| Cash | 100% NBV | 3 | 21 | 1 | | | | 25 | 2 | | 3,045 | | 3,047 | 3,072 |
| Marketable securities | 100% NBV | | | | | | | | | | 83 | | 83 | 83 |
| Trade receivables, net | 100% NBV | 341 | 4,786 | 2,402 | 279 | | | 7,529 | 1,072 | | | | 1,072 | 8,601 |
| Inventories | 100% NBV | 125 | 3,621 | 2,175 | 48 | | | 6,200 | 1,821 | | | | 1,821 | 8,021 |
| Prepaid expenses | 91.8% NBV | 47 | 431 | 292 | 29 | | | 818 | 303 | | 254 | | 557 | 1,375 |
| Other current assets | 100% NBV | 79 | 358 | 576 | | | | 1,042 | 295 | 27 | 2 | | 324 | 1,366 |
| Total current assets | | 595 | 9,217 | 5,446 | 356 | | | 15,614 | 3,493 | 27 | 3,384 | | 6,904 | 22,518 |
| Real estate | 80% FMV - 6% | 1,504 | 1,579 | 1,354 | 1,918 | 3,580 | | 9,934 | 752 | 1,241 | | | 1,993 | 11,927 |
| Equipment | 94.0% FLV | 1,232 | 2,279 | 863 | 1,967 | | | 6,341 | 2,584 | | | | 2,584 | 8,925 |
| Aftermarket tooling | 50% Cost | | 3,502 | | | | | 3,502 | | | | | | 3,502 |
| Total assets | | 3,331 | 16,578 | 7,663 | 4,240 | 3,580 | | 35,391 | 6,829 | 1,268 | 3,384 | | 11,481 | 46,872 |
| **LIABILITIES:** | | | | | | | | | | | | | | |
| Accounts payable | 100% NBV | 1,151 | 3,349 | 946 | 387 | | (4,114) | 1,719 | 1,388 | | 1,394 | (2,128) | 654 | 2,373 |
| Accrued expenses | 100% NBV | 1,134 | 930 | 496 | 206 | | | 2,766 | 509 | 325 | 1,112 | (508) | 1,438 | 4,204 |
| Total liabilities | | 2,285 | 4,279 | 1,442 | 593 | | (4,114) | 4,485 | 1,897 | 325 | 2,506 | (2,636) | 2,092 | 6,577 |
| Net assets | | 1,046 | 12,299 | 6,221 | 3,647 | 3,580 | 4,114 | 30,906 | 4,932 | 943 | 878 | 2,636 | 9,389 | 40,295 |