# EXHIBIT J

# PROJECTED CONSOLIDATED INCOME STATEMENTS OF THE REORGANIZED DEBTORS FOR FOUR YEARS ENDING DECEMBER 31, 2013

## Projected Income Statements

### For the Fiscal Year Ending

*In Thousands of U.S. Dollars*

| | Year 1 12/31/2010 | % | Year 2 12/31/2011 | % | Year 3 12/31/2012 | % | Year 4 12/31/2013 | % |
|---|---|---|---|---|---|---|---|---|
| 1  Net Sales | $ 70,449 | 100.0% | $ 74,435 | 100.0% | $ 76,113 | 100.0% | $ 78,397 | 100.0% |
| 2  Growth Rate | -1.6% | | 5.7% | | 2.3% | | 3.0% | |
| 3  Material Cost | 20,806 | 29.5% | 21,883 | 29.4% | 22,172 | 29.1% | 22,837 | 29.1% |
| 4  Direct Labor | 6,493 | 9.2% | 6,787 | 9.1% | 7,035 | 9.2% | 7,246 | 9.2% |
| 5  Factory Overhead | 22,420 | 31.8% | 22,951 | 30.8% | 23,124 | 30.4% | 23,934 | 30.5% |
| 6  Depreciation and Amortization | 3,693 | 5.2% | 3,581 | 4.8% | 3,512 | 4.6% | 3,130 | 4.0% |
| 7  Total Cost of Sales | 53,412 | 75.8% | 55,203 | 74.2% | 55,843 | 73.4% | 57,148 | 72.9% |
| 8  Gross Profit from Operations | 17,037 | 24.2% | 19,232 | 25.8% | 20,271 | 26.6% | 21,249 | 27.1% |
| 9  Marketing & Sales | 1,039 | 1.5% | 1,046 | 1.4% | 1,063 | 1.4% | 1,095 | 1.4% |
| 10 General & Administrative | 4,429 | 6.3% | 4,474 | 6.0% | 4,495 | 5.9% | 4,630 | 5.9% |
| 11 Total S&A Expenses | 5,468 | 7.8% | 5,521 | 7.4% | 5,558 | 7.3% | 5,725 | 7.3% |
| 12 Operating Profit (Loss) | 11,569 | 16.4% | 13,711 | 18.4% | 14,713 | 19.3% | 15,524 | 19.8% |
| 13 Other Income (Expense) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 14 Total Other Income (Expense) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 15 EBIT | 11,569 | 16.4% | 13,711 | 18.4% | 14,713 | 19.3% | 15,524 | 19.8% |
| 16 Interest Expense | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 17 Earnings Before Taxes | 11,569 | 16.4% | 13,711 | 18.4% | 14,713 | 19.3% | 15,524 | 19.8% |
| 18 Income Taxes | (4,200) | -6.0% | (5,000) | -6.7% | (5,300) | -7.0% | (5,700) | -7.3% |
| 19 Net Income | $ 7,369 | 10.5% | $ 8,711 | 11.7% | $ 9,413 | 12.4% | $ 9,824 | 12.5% |
| 20 EBIT | $ 11,569 | 16.4% | $ 13,711 | 18.4% | $ 14,713 | 19.3% | $ 15,524 | 19.8% |
| 21 EBITDA | $ 15,261 | 21.7% | $ 17,293 | 23.2% | $ 18,225 | 23.9% | $ 18,655 | 23.8% |

Reflects the Company's projections, as adjusted by SRR.
Note: Consolidated statements reflect the Rubber Group and Corporate