Hearing Date: **January 11, 2010 at 10:00 a.m. (EST)**
Objection Deadline: **January 4, 2010 at 4:00 p.m. (EST)**

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to the Official Committee
of Unsecured Creditors

WALLER LANSDEN DORTCH
& DAVIS LLP
John C. Tishler (Pro Hac Vice)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

Counsel to CapitalSource Finance LLC
and CSE Mortgage LLC, as Agents

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEXINGTON PRECISION CORP, et al.,** | : | Case No. 08-11153 (BRL) |
| | : | |
| | : | |
| Debtors. | : | |

---------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CAPITALSOURCE FINANCE LLC AND CSE MORTGAGE LLC FOR
ORDER (I) APPROVING PROPOSED DISCLOSURE STATEMENT IN
RESPECT OF THE PLAN PROPONENTS' JOINT CHAPTER 11 PLAN
FOR THE DEBTORS, (II) APPROVING SOLICITATION
PROCEDURES, AND (III) SETTING HEARING AND ESTABLISHING
<u>NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION</u>**

**PLEASE TAKE NOTICE** that on **January 11, 2010 at 10:00 a.m. (EST)** (the "Hearing

Date") a hearing will be held before the Honorable Burton R. Lifland, United States Bankruptcy

Judge, at the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, to consider the Motion of the Official Committee of Unsecured Creditors, (the "Committee"), CapitalSource Finance LLC, as Agent and CSE Mortgage LLC, as Agent (collectively, the "Plan Proponents") for an Order (i) approving the Plan Proponents' proposed Disclosure Statement in respect of their Joint Chapter 11 Plan for the Debtors (the "Plan"), (ii) approving Solicitation Procedures, and (iii) setting hearing and establishing notice and objection procedures for confirmation (the "Motion").[1] **Copies of the Motion, the Plan Proponents' proposed Disclosure Statement and proposed Plan have been provided to all parties who have filed a notice of appearance and request for service in these cases. If you have not been provided with copies of such documents and want to receive copies, please contact the undersigned counsel to the Plan Proponents and you will promptly be provided with all of such documents.**

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefor; and (d) and be filed with the Bankruptcy Court no later than **January 4, 2010, at 4:00 p.m. (EST)**. In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objection and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the Chambers of Judge Burton R. Lifland at the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

2

address set forth above. All objections and responses must be served so as to be received no later than **January 4, 2010, at 4:00 p.m. (EST)** upon: (a) counsel to the Committee, Andrews Kurth LLP, 450 Lexington Avenue, 15th Floor, New York, New York 10017 (Attn: Paul Silverstein and Jonathan Levine); (b) counsel to CapitalSource Finance LLC and CSE Mortgage LLC, as Agents, Waller Lansden Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: John C. Tishler); (c) the Debtors, Lexington Precision Corporation, 800 Third Avenue, 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (d) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Victoria Vron); (e) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul Schwartzberg); and (f) counsel to the Debtors' postpetition agents, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender).

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court on the Hearing Date.

Dated: December 16, 2009
      New York, New York

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein
    Paul N. Silverstein (PS 5098)
    Jonathan I. Levine (JL 9674)
    450 Lexington Avenue, 15th Floor
    New York, New York 10017
    Telephone: (212) 850-2800
    Facsimile: (212) 850-2929

Counsel to the Official Committee of Unsecured Creditors


WALLER LANSDEN DORTCH & DAVIS
By:/s/ John C. Tishler
    John C. Tishler (Pro Hac Vice)
    511 Union Street, Suite 2700
    Nashville, Tennessee 37219
    Telephone: (615) 244-6380
    Facsimile: (615) 244-6804

Counsel to CapitalSource Finance LLC
and CSE Mortgage LLC, as Agents

NYC:203221.2