WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
  :
In re  :  Chapter 11
  :
**LEXINGTON PRECISION CORP.,** et al.,  :  Case No. 08-11153 (MG)
  :
Debtors.  :  (Jointly Administered)
  :
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE JANUARY 11, 2010**
**OMNIBUS HEARING TO JANUARY 25, 2010 AT 10:00 A.M. (EST)**

**PLEASE TAKE NOTICE –**

The omnibus hearing (the "Hearing") scheduled for **Monday January 11, 2010 at 10:00 a.m. (Eastern Standard Time)** before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at Courtroom 623, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, has been adjourned to **Monday January 25, 2010 at 10:00 a.m. (Eastern Standard Time)**.

**Matters to be Considered**

At the Hearing, the Court shall consider, among other things, the motion (as may be supplemented, the "Debtors' D.S. Motion")[1] of Lexington Precision Corporation and, its affiliated debtor, Lexington Rubber Group, Inc. (together, the "Debtors") to approve the Debtors' proposed disclosure statement (as maybe revised, the "Debtors' Disclosure Statement") and the motion (the "Committee/Secured Lenders D.S. Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") and CapitalSource Finance LLC and CSE Mortgage LLC (together with CapitalSource Finance LLC, the "Secured Lenders") to approve the disclosure statement proposed by the Committee and Secured Lenders (the "Committee/Secured Lenders Disclosure Statement").

**Objections and Responses**

The deadline to file any objections or responses to the Debtors' D.S. Motion, the Committee/Secured Lenders D.S. Motion, and/or the related disclosure statements thereto has been extended to **Monday January 18, 2010 at 4:00 p.m. (Eastern Standard Time)** (the "**Objection Deadline**"). In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at ww.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Burton R. Lifland.

---

[1] Docket No. 749.

[2] Docket No. 801.

All objections or responses, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

All objections and responses must be served, so as to be received no later than the Objection Deadline, upon:

*The Debtors*

Lexington Precision Corporation
800 Third Ave. 15th Floor
New York, New York 10023
Attn: Michael A. Lubin

*The Office of the United States Trustee for the Southern District of New York*

33 Whitehall Street, 21st Floor,
New York, New York 10004
Attn: Paul Schwartzberg

*The Attorneys for the Committee*

Andrews Kurth LLP,
450 Lexington Avenue,
New York, New York 10017
Attn: Paul Silverstein and Jonathan I. Levine

*The Attorneys for the Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn: Adam Strochak and Victoria Vron

*The Attorneys for the Secured Lenders*

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee, 37219
Attn: John C. Tishler

*The Attorneys for the Debtors' Postpetition Lenders*

O'Melveny & Meyers, LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Attn: Gerald Bender

The Debtors may further adjourn the Hearing by (a) filing a notice of hearing with the Court and (b) serving said notice of hearing upon (i) the list of parties requesting notice of pleadings in accordance with the Court's order establishing notice procedures,[3] and (ii) all parties that have previously filed an objection or response to the Debtors' and/or the Combined Parties' proposed disclosure statements.

---

[3] Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures, dated April 2, 2008 [Docket No. 22].

Objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: January 4, 2010
      New York, New York

                                  /s/ Adam P. Strochak
                                Richard P. Krasnow
                                Adam P. Strochak

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:   (212) 310-8000
                                Facsimile:    (212) 310-8007
                                Attorneys for Debtors
                                and Debtors in Possession