WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
Christopher E. Siderys (TN# 028449)
Chris.Siderys@wallerlaw.com

*Attorneys for CapitalSource Finance, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - -x
In re:                                          :
                                                :     Chapter 11
LEXINGTON PRECISION                             :     Case No.  08-11153 (BRL)
CORPORATION, et al.,                            :     Jointly Administered
                                                :
        Debtors.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Christopher E. Siderys, a member in good standing of the bar in the State of Tennessee, and the bar of the U.S. District Court for the Middle District of Tennessee, request admission, ***pro hac vice***, before the Honorable Burton R. Lifland, to represent CapitalSource Finance, LLC, a creditor and party-in-interest in the above referenced case.

My address is:      511 Union Street, Suite 2700
                    Nashville, TN 37219
                    Chris.Siderys@wallerlaw.com
                    (615) 244-6380 (phone)
                    (615) 244-6804 (fax)

      I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice***.

3291717.1

Dated: January 8, 2010  Respectfully submitted,
Nashville, TN

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ Christopher E. Siderys
Christopher E. Siderys, Esq. (*Pro Hac Vice pending*)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Chris.Siderys@wallerlaw.com

*Attorneys for CapitalSource Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system on this the 8th day of January, 2010.

/s/ Christopher E. Siderys