WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
Christopher E. Siderys (TN# 028449)
Chris.Siderys@wallerlaw.com

*Attorneys for CapitalSource Finance, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| LEXINGTON PRECISION | : | Case No. 08-11153 (BRL) |
| CORPORATION, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Christopher E. Siderys is admitted to practice, ***pro hac vice,***

in the above referenced case, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated: _____       /s/_____
         New York, New York                    United States Bankruptcy Judge


3291777.1