WALLER LANSDEN DORTCH & DAVIS LLP
John C. Tishler (*Pro Hac Vice*)
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
TEL: (615) 244-6380
FAX: (615) 244-6804
Email: John.Tishler@Wallerlaw.com

and

CARTER LEDYARD & MILBURN LLP
Aaron R. Cahn
2 Wall Street
New York, New York 10005
TEL: (212) 238-8629
FAX: (212) 732-3232
Email: cahn@clm.com

*Counsel to Agents for the Senior Secured Prepetition Lenders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
**In re**                                                   :   **Chapter 11 Case No.**
:
**LEXINGTON PRECISION CORP., et al.,**                      :   **08-11153 (MG)**
:
     **Debtors.**                                           :   **(Jointly Administered)**
:
-----------------------------------------------------------x

# WITHDRAWAL OF THE CHAPTER 11 PLANS AND COMBINED DISCLOSURE STATEMENT OF PREPETITION SECURED LENDERS

CapitalSource Finance LLC, as agent under that certain prepetition Credit and Security Agreement, and CSE Mortgage LLC, as agent under that certain prepetition Loan and Security Agreement, (collectively, in such capacity as agents, the "Agents"), filed, on September 1, 2009, (1) the Chapter 11 Plan of Prepetition Secured Lenders as to Debtor Lexington Precision Corporation (Docket No. 696) ("LPC Plan"); (2) the Chapter 11 Plan of Prepetition Secured

3337323.1                                          1

Lenders as to Debtor Lexington Rubber Group, Inc. (Docket No. 697) ("LRGI Plan"); and (3) the Proposed Combined Disclosure Statement Regarding Prepetition Secured Lenders' Chapter 11 Plans for Lexington Rubber Group, Inc. and Lexington Precision Corporation (Docket No. 695) ("Proposed Disclosure Statement"). The Agents hereby withdraw the LPC Plan, the LRGI Plan, and the Proposed Disclosure Statement without prejudice. Accordingly, the Agents request that the approval of the Proposed Disclosure Statement be removed from the agenda for the hearing scheduled for January 25, 2010, at 10:00 a.m. (prevailing Eastern time).

Dated: January 11, 2010

>WALLER LANSDEN DORTCH & DAVIS LLP
>
>*/s/ John C. Tishler*
>John C. Tishler (*Pro Hac Vice*)
>511 Union Street, Suite 2700
>Nashville, Tennessee  37219-8966
>TEL: (615) 244-6380
>FAX: (615) 244-6804
>Email: John.Tishler@wallerlaw.com
>
>and
>
>CARTER LEDYARD & MILBURN LLP
>
>*/s/ Aaron R. Cahn*
>Aaron R. Cahn
>2 Wall Street
>New York, New York 10005
>TEL: (212) 238-8629
>FAX: (212) 732-3232
>Email: cahn@clm.com
>
>*Counsel to Agents for Senior Secured Prepetition Lenders*