STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Nicholas F. Kajon (NK-1096)
Email:  nfk@stevenslee.com

*Counsel for Liquidity Solutions, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEXINGTON PRECISION CORP. et al., | : | Case No. 08-11153 (BRL) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

-----------------------------------------------------------

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Liquidity Solutions, Inc., a creditor and party-in-interest, pursuant to section 11 U.S.C. § 1109, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears through **STEVENS & LEE, P.C.**, its undersigned attorneys, and demands service of all notices and papers herein upon:

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Attn: Nicholas F. Kajon
email: nfk@stevenslee.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the

1

SL1 972734v1/101912.00002

debtors, their property, or their estates. The undersigned requests that its name be added to the mailing list in each of the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated  New York, New York
       January 11, 2010               STEVENS & LEE, P.C.

                                      By:   */s/ Nicholas F. Kajon*
                                            Nicholas F. Kajon (NK-1096)
                                            485 Madison Avenue, 20th Floor
                                            New York, New York  10022
                                            (212) 319-8500

                                      Counsel for Liquidity Solutions, Inc.