## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 11, 2010 a true and correct copy of the Notice of Appearance and Demand for Service of Papers was served via the Court's CM/ECF system. :


Dated: New York, New York
       January 11, 2010

                                              */s/ Nicholas F. Kajon*
                                              Nicholas F. Kajon

3