**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                       :    Chapter 11 Case No.
                                                            :
**LEXINGTON PRECISION CORP., et al.,**          :    08-11153 (BRL)
                                                            :
           Debtors.                             :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### BRIDGE ORDER EXTENDING DEBTORS' USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS

Upon a Stipulation, Agreement and Order, dated January 12, 2010 (the "Proposed Eighth Cash Collateral Order"), having been filed by Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "Debtors"), pursuant to sections 105(a), 361, 362, and 363 of title 11 of the United States Code (the "Bankruptcy Code") (i) for authority to use Cash Collateral[1] and (ii) the granting of adequate protection to the Prepetition Secured Lenders, all as more fully set forth in the Proposed Eighth Cash Collateral Order; and the Proposed Eighth Cash Collateral Order having been filed on presentment for January 19, 2010 (the "Presentment Date"); and the Debtors having made an oral motion (the "Bridge Motion") for a bridge order extending the Debtors' use of Cash Collateral upon the terms set forth in the Seventh Cash Collateral Order until such time as the Court has entered the Proposed Eighth Cash Collateral Order; and the Prepetition Secured Lenders and the official creditors' committee having consented to the Bridge Motion; and the Court having granted the Bridge Motion; it is hereby

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Proposed Eighth Cash Collateral Order.

ORDERED that the Debtors' use of Cash Collateral pursuant to the Seventh Cash Collateral Order is hereby extended through and including January 19, 2010.

Dated: January 14, 2010
      New York, New York

                              /s/Burton R. Lifland
                              UNITED STATES BANKRUPTCY JUDGE