W.Y. CAMPBELL & COMPANY  
INVESTMENT BANKING


EXHIBIT C

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226  
313-496-9000 • *313-496-9001 FAX*

January 13, 2010

Mr. Dennis Wellhouse  
Lexington Precision Corporation  
800 Third Avenue  
15th Floor  
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (November  2009)<br>(Monthly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | $ 40,000.00 |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**  
Comerica Bank  
ABA# 072000096 (routing number)  
Account # 1850605484



W.Y. CAMPBELL & COMPANY
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                                                    1/13/10

## Monthly Client Expense Report
11/1/09 Through 11/30/09

Lexington Precision

| | |
|---|---:|
| 55100-Legal | 1069.30 |
| 55625-Federal Express | 407.51 |
| 55905-Reproduction | 325.00 |
| 56000-Reference | 525.00 |
| 56230-Telephone | 635.04 |
| 56450-Travel | 2924.11 |

TOTAL EXPENSESDUE                                                $5,885.96

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

## LEXINGTON PRECISION

### Legal

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2009 | | Detroit | 1,069.30 | vendor | various |
| | | | 1,069.30 | | |

IN ACCOUNT WITH


DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

October 19, 2009
Invoice No. 695352

```
    021924    W.Y. CAMPBELL & COMPANY
021924-00020  LEXINGTON PRECISION FEE APPLICATION
              W.Y. CAMPBELL & COMPANY
              ONE WOODWARD AVE., 26TH FLOOR
              DETROIT, MI  48226

              ATTN: ANDRE' A. AUGIER
```

| DATE | | SERVICES | HOURS |
|---|---|---|---|
| 09/01/09 | ARB | Emails with client re: filing of June statement; documents needed for July statement and interim fee application. | .30 |
| 09/04/09 | ARB | Review and respond to email from client with July 2009 fee and expense information. | .20 |
| 09/09/09 | ARB | Draft July monthly fee statement (.4). Coordinate filing of same (.2). | .60 |
| 09/11/09 | ARB | Draft and revise Fourth Interim Fee Application. (1.0). Emails with client re: same. (.2) | 1.20 |
| 09/14/09 | ARB | Review and finalize Fourth Interim Fee Application. | .50 |
| 09/14/09 | WWR | Organization of attachments to Fourth Interim Application for Compensation and Reimbursement Expenses | .80 |
| 09/15/09 | ARB | Coordinate filing of Fourth Interim Fee Application. Email to client re: same. | .30 |

```
                                                ============
        TOTAL SERVICES. . . . . . . . . . .$        852.50
```

IN Account With


DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021924-00020
W.Y. CAMPBELL & COMPANY
LEXINGTON PRECISION FEE APPLICATION

Invoice No. 695352
Page 2

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | REPRODUCTION-INSIDE FIRM | 216.80 |
| | TOTAL DISBURSEMENTS. . . . . . . . $ | 216.80 |
| | TOTAL CURRENT CHARGES. . . . . . . $ | 1,069.30 |

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 07/27/09 | 684635 | $423.90 | $.00 | $423.90 |

## Federal Express

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2009 | Federal Express | Detroit, MI | 407.51 | vendor | various |
|  |  |  | 407.51 |  |  |

**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2009 | color copies | Detroit, MI | 290.00 | 1.00/page | various |
| 10/31/2009 | b/w copies | Detroit, MI | 35.00 | .10/page | various |
| | | | 325.00 | | |

## LEXINGTON PRECISION

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/2/2009 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 11/4/2009 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 11/5/2009 | Reference | Detroit | 125.00 | vendor | A.Schroeder |
| 11/17/09 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 11/25/09 | Reference | Detroit | 50.00 | vendor | A.Schroeder |
| | | | 525.00 | | |

## LEXINGTON PRECISION

### Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2009 | conference calls | Detroit, MI | 635.04 | vendor | various |
| | | | 635.04 | | |

## LEXINGTON PRECISION

### Travel

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/5/09 | Taxi from airport | NYC Lexington | 30.00 | vendor | A. Augier |
| 11/5/09 | Taxi | NYC Lexington | 10.00 | vendor | A. Augier |
| 11/5/09 | Taxi | NYC Lexington | 20.00 | vendor | A. Augier |
| 11/5/09 | Taxi to airport | NYC Lexington | 35.00 | vendor | A. Augier |
| 11/5/09 | Airport Parking | NYC Lexington | 25.00 | vendor | A. Augier |
| 11/5/09 | Airfare + agent fee | NYC Lexington | 1,144.20 | vendor | A. Augier |
| 11/19/09 | Airfare + agent fee | NYC Lexington | 1,164.20 | vendor | A.Augier |
| 12/1 | Mileage | Rock Hill, SC / Jasper, GA | $21.45 | vendor | K. Haras |
| 12/1 | Lodging | Rock Hill, SC / Jasper, GA | $90.06 | vendor | K. Haras |
| 12/1 | Airfare | Rock Hill, SC / Jasper, GA | $334.20 | vendor | K. Haras |
| 12/2 | Airport Parking | Rock Hill, SC / Jasper, GA | $50.00 | vendor | K. Haras |
| | | | **2,924.11** | | |

W.Y. CAMPBELL & COMPANY
Lexington Precision Corporation - Chapter 11 Reorganization
Summary of Services Provided
November 2009

| Name | Function | Title | Number of Hours |
|---|---|---|---|
| André A. Augier | Investment Banking | Managing Director | 58.0 |
| Kurt L. Haras | Investment Banking | Director | 49.0 |
| Gregory S. McGowan | Investment Banking | Vice President | 45.0 |
| Alexander J. Schroeder | Investment Banking | Associate | 69.0 |
| **Total** | | | **221.0** |

Confidential
Lexington Precision Corporation - Time Sheet

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Andre A. Augier, Managing Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 02, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 02, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Monday, November 02, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 03, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Tuesday, November 03, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 04, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Wednesday, November 04, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 05, 2009 | 4.0 hrs | 15 | Travel | Travel - Detroit, MI to New York, NY |
| Thursday, November 05, 2009 | 7.5 hrs | 53 | Discussions with Potential Investors | Meetings with potential investors |
| Thursday, November 05, 2009 | 4.0 hrs | 15 | Travel | Travel - New York, NY to Detroit, MI |
| Friday, November 06, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Friday, November 06, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 09, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Monday, November 09, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 10, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Tuesday, November 10, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 11, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Wednesday, November 11, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 12, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Thursday, November 12, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 13, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Friday, November 13, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 16, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Monday, November 16, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 17, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Tuesday, November 17, 2009 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 18, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Wednesday, November 18, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 19, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Thursday, November 19, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 20, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Friday, November 20, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 23, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 23, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Monday, November 23, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 24, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Tuesday, November 24, 2009 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 25, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Wednesday, November 25, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 30, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Discussions/correspondence with potential investor group |
| Monday, November 30, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - November 2009**    **58.0 hrs**

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Kurt L. Haras, Director*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 02, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 02, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 02, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 03, 2009 | 2.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 03, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 04, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 04, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 05, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 06, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 06, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 09, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 09, 2009 | 2.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 10, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 10, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 11, 2009 | 2.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 11, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 12, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Thursday, November 12, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 13, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 13, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 16, 2009 | 2.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 16, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 17, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 17, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 18, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 18, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 19, 2009 | 1.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Thursday, November 19, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Friday, November 20, 2009 | 2.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 20, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 23, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 23, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 23, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 24, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 24, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 25, 2009 | 2.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 25, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 30, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 30, 2009 | 1.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |

**Total Hours - November 2009**     **49.0 hrs**

Lexington Precision Corporation - Chapter 11 Reorganization

W.Y. CAMPBELL & COMPANY

*Time Sheet - Gregory S. McGowan, Vice President*

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 02, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 02, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 03, 2009 | 1.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Wednesday, November 04, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 04, 2009 | 3.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Thursday, November 05, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 06, 2009 | 3.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 09, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 09, 2009 | 3.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Tuesday, November 10, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 11, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 11, 2009 | 3.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Thursday, November 12, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Thursday, November 12, 2009 | 1.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 16, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 16, 2009 | 3.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Tuesday, November 17, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 17, 2009 | 1.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Wednesday, November 18, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 18, 2009 | 2.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Thursday, November 19, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 20, 2009 | 3.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 23, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 23, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 24, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 25, 2009 | 2.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 30, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 30, 2009 | 2.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |

**Total Hours - November 2009**   **45.0 hrs**

Lexington Precision Corporation - Chapter 11 Reorganization

*Time Sheet - Alexander J. Schroeder, Associate*

W.Y. CAMPBELL & COMPANY

| Date | Time | Task Code | Task | Description of Task |
|---|---|---|---|---|
| Monday, November 02, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 02, 2009 | 2.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Tuesday, November 03, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 03, 2009 | 0.5 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 04, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 04, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 04, 2009 | 5.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Thursday, November 05, 2009 | 3.0 hrs | 61 | Due Diligence Data | Due diligence gathering and data room population |
| Friday, November 06, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 06, 2009 | 5.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 09, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 09, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 10, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 10, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 10, 2009 | 4.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Wednesday, November 11, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Wednesday, November 11, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 11, 2009 | 1.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Thursday, November 12, 2009 | 0.5 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 13, 2009 | 0.5 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 13, 2009 | 2.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 16, 2009 | 1.0 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 16, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 16, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 16, 2009 | 2.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Tuesday, November 17, 2009 | 1.0 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 17, 2009 | 2.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Tuesday, November 17, 2009 | 3.5 hrs | 61 | Due Diligence Data | Due diligence gathering and data room population |
| Wednesday, November 18, 2009 | 0.5 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 18, 2009 | 3.0 hrs | 61 | Due Diligence Data | Due diligence gathering and data room population |
| Thursday, November 19, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Thursday, November 19, 2009 | 1.0 hrs | 55 | Discussions with Potential Investors | Correspondence with potential investor group |
| Thursday, November 19, 2009 | 1.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Friday, November 20, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Friday, November 20, 2009 | 1.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 23, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 23, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Tuesday, November 24, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Tuesday, November 24, 2009 | 1.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Wednesday, November 25, 2009 | 0.5 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Wednesday, November 25, 2009 | 2.5 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |
| Monday, November 30, 2009 | 1.5 hrs | 11 | Meeting/Calls (Internal) | Internal WYC&C planning meeting |
| Monday, November 30, 2009 | 0.5 hrs | 18 | Correspondence with client | Phone/email correspondence with client |
| Monday, November 30, 2009 | 1.0 hrs | 53 | Discussions with Potential Investors | Correspondence with potential investor group |
| Monday, November 30, 2009 | 3.0 hrs | 62 | Data Requests | Fulfillment of/follow-up due diligence requests |

**Total Hours - November 2009**  **69.0 hrs**