

EXHIBIT C

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

September 30, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (August  2009)<br>(Monthly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |

**Total amount due:**                    **$ 40,000.00**

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                          9/30/09

## Monthly Client Expense Report
### 8/1/09 Through 8/31/09

Lexington Precision

| | |
|---|---|
| 55625-Federal Express | 320.38 |
| 55905-Reproduction | 280.00 |
| 56000-Reference | 650.00 |
| 56230-Telephone | 766.53 |

TOTAL EXPENSESDUE                        $2,016.91

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

## Federal Express



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
| --- | --- | --- | --- | --- | --- |
| 8/31/2009 | Federal Express | Detroit, MI | 320.38 | vendor | various |
| | | | 320.38 | | |

# LEXINGTON PRECISION

## Reproduction Costs



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 7/31/2009 | color copies | Detroit, MI | 220.00 | 1.00/page | various |
| 7/31/2009 | b/w copies | Detroit, MI | 60.00 | .10/page | various |
| | | | 280.00 | | |

# LEXINGTON PRECISION

## Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/5/2009 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 8/6/2009 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 8/10/09 | Reference | Detroit | 50.00 | vendor | A.Schroeder |
| 8/17/09 | Reference | Detroit | 200.00 | vendor | A.Schroeder |
| 8/28/09 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| | | | 650.00 | | |

**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 8/31/2009 | conference calls | Detroit, MI | 766.53 | vendor | various |
| | | | 766.53 | | |

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

**EXHIBIT C**

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

November 2, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (September  2009)<br>(Monthly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica

11/2/09

### Monthly Client Expense Report
9/1/09 Through 9/30/09

Lexington Precision

| | |
|---|---|
| 55625-Federal Express | 461.05 |
| 55905-Reproduction | 320.00 |
| 56000-Reference | 530.00 |
| 56230-Telephone | 804.40 |

TOTAL EXPENSESDUE                      $2,115.45

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/30/2009 | Federal Express | Detroit, MI | 461.05 | vendor | various |
| | | | 461.05 | | |

**LEXINGTON PRECISION**

**Reproduction Costs**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/30/2009 | color copies | Detroit, MI | 200.00 | 1.00/page | various |
| 9/30/2009 | b/w copies | Detroit, MI | 120.00 | .10/page | various |
| | | | 320.00 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/11/2009 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 9/28/2009 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 9/29/09 | Reference | Detroit | 130.00 | vendor | A.Schroeder |
| 9/30/09 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| | | | 530.00 | | |

**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 9/30/2009 | conference calls | Detroit, MI | 804.40 | vendor | various |
| | | | **804.40** | | |



**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

**EXHIBIT C**

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

December 11, 2009

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (October  2009)<br>(Monthly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                    12/11/09

### Monthly Client Expense Report
10/1/09 Through 10/31/09

Lexington Precision

| | |
|---|---:|
| 55100-Legal | 1709.43 |
| 55625-Federal Express | 423.18 |
| 55905-Reproduction | 213.00 |
| 56000-Reference | 505.00 |
| 56230-Telephone | 1067.39 |
| 56450-Travel | 1232.20 |

TOTAL EXPENSESDUE                    $5,150.20

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33

**LEXINGTON PRECISION**

Legal

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| | 10/1/2009 | Detroit | 1,285.53 | vendor | various |
| | 10/23/2009 | Detroit | 423.90 | vendor | various |
| | | | 1,709.43 | | |



In Account With



DICKINSON
WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

Lexington

July 27, 2009
Invoice No. 684635

021924   W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 06/18/09 WWR | Receipt/review of expense reports in Lexington bankruptcy (.3); Draft Monthly Fee Statement for April 2009 (.4); Organization of exhibits to fee app (.2) | .90 |
| 06/22/09 ARB | Review monthly fee application for April and coordinate filing of same. | .40 |
| 06/23/09 ARB | Review voicemail from US Trustee re: objections to fee application. | .10 |
| 06/24/09 ARB | TC with US Trustee re: objections to fee application (.2).  TC to client re: same. (.1) | .30 |
| 06/25/09 ARB | TC with client re: US Trustee's objections to fee application. | .20 |

=============

TOTAL SERVICES. . . . . . . . . .$    374.50

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | REPRODUCTION-INSIDE FIRM | 49.40 |

------------

TOTAL DISBURSEMENTS. . . . . . .$    49.40

------------

TOTAL CURRENT CHARGES. . . . . .$    423.90

=============

IN ACCOUNT WITH



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

August 24, 2009
Invoice No. 687671

021924  W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
W.Y. CAMPBELL & COMPANY
ONE WOODWARD AVE., 26TH FLOOR
DETROIT, MI  48226

ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|---|---|---|
| 07/07/09 ARB | Review email from client re: questions about expenses from US Trustee (.2). Draft email to US Trustee re: same (.2). TC with US Trustee re: same. (.1). TC with client re: resolution of informal objections (.1). | .60 |
| 07/20/09 ARB | Review email and supporting documents from client re: May fees and expenses. (.2) Email to W. Rees re: same. (.1) Review objection to third interim fee application filed by US Trustee (.3). | .60 |
| 07/23/09 ARB | Review monthly fee application and coordinate filing of same. | .30 |
| 07/23/09 WWR | Prep of Monthly Fee Application for May 2009 with attached exhibits | .80 |
| 07/27/09 ARB | Email to client re: objections to fee application; hearing on same. | .30 |
| 07/29/09 ARB | Emails with assistant re: setting up telephonic court appearance. | .20 |
| 07/30/09 ARB | TC with client re: hearing (.2). Appear for hearing on third interim fee application. (1.5). Email to client re: outcome of hearing (.2) | 1.90 |

============

TOTAL SERVICES. . . . . . . . . .$    1,040.50



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021924-00020
W.Y. CAMPBELL & COMPANY
LEXINGTON PRECISION FEE APPLICATION

Invoice No. 687671
Page    2

DATE                          DISBURSEMENTS

REPRODUCTION-INSIDE FIRM                                    VALUE

                                                           77.80
                                                        ------------
                    TOTAL DISBURSEMENTS. . . . . . . $
                                                           77.80
                                                        ------------
                    TOTAL CURRENT CHARGES. . . . . . $
                                                          1,118.30
                                                        ============

PRIOR AMOUNT DUE:

INV DATE     INV NO.     BILL AMOUNT      PAYMENTS      BAL DUE

07/27/09     684635       $423.90                       $423.90
                                           $.00

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
        021924   W.Y. CAMPBELL & COMPANY          September 24, 2009
021924-00020   LEXINGTON PRECISION FEE APPLICATION  Invoice No. 692291
                 W.Y. CAMPBELL & COMPANY
                 ONE WOODWARD AVE., 26TH FLOOR
                 DETROIT, MI  48226

                 ATTN: ANDRE' A. AUGIER
```

| DATE | SERVICES | HOURS |
|---|---|---|
| 08/11/09 ARB | Review email from client re: June fees and expenses. Email to WRR re: same. | .20 |

TOTAL SERVICES. . . . . . . . . .$    47.00

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | TELECOMMUNICATIONS | |
| | REPRODUCTION-INSIDE FIRM | 51.00 |
| | TELEPHONE | 53.20 |
| | DELIVERY EXPENSE | 1.68 |
| | | 14.35 |

TOTAL DISBURSEMENTS. . . . . . . $   120.23

TOTAL CURRENT CHARGES. . . . . . $   167.23

PRIOR AMOUNT DUE:

| INV DATE | INV NO. | BILL AMOUNT | PAYMENTS | BAL DUE |
|---|---|---|---|---|
| 07/27/09 | 684635 | $423.90 | $.00 | $423.90 |
| 08/24/09 | 687671 | $1118.30 | $.00 | $1118.30 |



**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2009 | Federal Express | Detroit, MI | 423.18 | vendor | various |
| | | | 423.18 | | |

## LEXINGTON PRECISION

### Reproduction Costs

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2009 | color copies | Detroit, MI | 200.00 | 1.00/page | various |
| 10/31/2009 | b/w copies | Detroit, MI | 13.00 | .10/page | various |
| | | | 213.00 | | |

## LEXINGTON PRECISION

### Reference/Data Base

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/1/2009 | Reference | Detroit | 100.00 | vendor | G. McGowan |
| 10/2/2009 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 10/6/2009 | Reference | Detroit | 100.00 | vendor | G. McGowan |
| 10/6/09 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 10/26/09 | Reference | Detroit | 55.00 | vendor | A.Schroeder |
| | | | 505.00 | | |

## LEXINGTON PRECISION

### Telephone

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2009 | conference calls | Detroit, MI | 1,067.39 | vendor | various |
| | | | **1,067.39** | | |

**LEXINGTON PRECISION**

**Travel**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/2/09 | Airfare+ agent fee | NYC/Lexington | 1,094.20 | vendor | A. Augier |
| 10/2/09 | airport parking | NYC/Lexington | 25.00 | vendor | A. Augier |
| 10/2/09 | taxi from airport | NYC/Lexington | 38.00 | vendor | A. Augier |
| 10/2/09 | Taxi to airport | NYC/Lexington | 75.00 | vendor | A. Augier |
| | | | 1,232.20 | | |

**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

January 13, 2010

Mr. Dennis Wellhouse
Lexington Precision Corporation
800 Third Avenue
15th Floor
New York, NY 10022

| | |
|---|---|
| Monthly Advisory Fees:   (November  2009)<br>(Monthly Advisory Fee $50,000/month x 1) | $ 50,000.00 |
| 80% of Advisory Fees: | x .80 |
| | $ 40,000.00 |
| **Total amount due:** | **$ 40,000.00** |

Wire Transfer Instructions for the account of:

**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484



**W.Y. CAMPBELL & COMPANY**
INVESTMENT BANKING

ONE WOODWARD AVENUE • 26 TH FLOOR • DETROIT, MI 48226
313-496-9000 • *313-496-9001 FAX*

Comerica                                                                    1/13/10

## Monthly Client Expense Report
11/1/09 Through 11/30/09

Lexington Precision

| | |
|---|---|
| 55100-Legal | 1069.30 |
| 55625-Federal Express | 407.51 |
| 55905-Reproduction | 325.00 |
| 56000-Reference | 525.00 |
| 56230-Telephone | 635.04 |
| 56450-Travel | 2924.11 |

TOTAL EXPENSESDUE                              $5,885.96

Wire Transfer Instructions for the account of:
**W. Y. Campbell & Company**
Comerica Bank
ABA# 072000096 (routing number)
Account # 1850605484
Swift code #MNBDUS33



**LEXINGTON PRECISION**

Legal

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| | 11/30/2009 | Detroit | 1,069.30 | vendor | various |
| | | | 1,069.30 | | |



IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

October 19, 2009
Invoice No. 695352

021924    W.Y. CAMPBELL & COMPANY
021924-00020 LEXINGTON PRECISION FEE APPLICATION
         W.Y. CAMPBELL & COMPANY
         ONE WOODWARD AVE., 26TH FLOOR
         DETROIT, MI 48226

         ATTN: ANDRE' A. AUGIER

| DATE | SERVICES | HOURS |
|------|----------|-------|
| 09/01/09 ARB | Emails with client re: filing of June statement; documents needed for July statement and interim fee application. | .30 |
| 09/04/09 ARB | Review and respond to email from client with July 2009 fee and expense information. | .20 |
| 09/09/09 ARB | Draft July monthly fee statement (.4). Coordinate filing of same (.2). | .60 |
| 09/11/09 ARB | Draft and revise Fourth Interim Fee Application. (1.0). Emails with client re: same. (.2) | 1.20 |
| 09/14/09 ARB | Review and finalize Fourth Interim Fee Application. | .50 |
| 09/14/09 WWR | Organization of attachments to Fourth Interim Application for Compensation and Reimbursement Expenses | .80 |
| 09/15/09 ARB | Coordinate filing of Fourth Interim Fee Application.  Email to client re: same. | .30 |

=============

TOTAL SERVICES. . . . . . . . . . .$    852.50

IN ~~Account~~ WITH



**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

021924-00020
W.Y. CAMPBELL & COMPANY
LEXINGTON PRECISION FEE APPLICATION

Invoice No. 695352
Page    2

DATE                          DISBURSEMENTS

              REPRODUCTION-INSIDE FIRM                                VALUE

                                                                      216.80
                                                                ------------
                         TOTAL DISBURSEMENTS. . . . . . . . $       216.80
                                                                ------------

                         TOTAL CURRENT CHARGES. . . . . . . $     1,069.30
                                                                ============

     PRIOR AMOUNT DUE:

     INV DATE    INV NO.    BILL AMOUNT      PAYMENTS       BAL DUE

     07/27/09    684635     $423.90                         
                                             $.00           $423.90

**Federal Express**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2009 | Federal Express | Detroit, MI | 407.51 | vendor | various |
| | | | 407.51 | | |

**LEXINGTON PRECISION**

**Reproduction Costs**



| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/2009 | color copies | Detroit, MI | 290.00 | 1.00/page | various |
| 10/31/2009 | b/w copies | Detroit, MI | 35.00 | .10/page | various |
| | | | 325.00 | | |

**LEXINGTON PRECISION**

**Reference/Data Base**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/2/2009 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 11/4/2009 | Reference | Detroit | 150.00 | vendor | A.Schroeder |
| 11/5/2009 | Reference | Detroit | 125.00 | vendor | A.Schroeder |
| 11/17/09 | Reference | Detroit | 100.00 | vendor | A.Schroeder |
| 11/25/09 | Reference | Detroit | 50.00 | vendor | A.Schroeder |
| | | | 525.00 | | |

**LEXINGTON PRECISION**

**Telephone**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/2009 | conference calls | Detroit, MI | 635.04 | vendor | various |
| | | | 635.04 | | |

**LEXINGTON PRECISION**

**Travel**

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/5/09 | Taxi from airport | NYC Lexington | 30.00 | vendor | A. Augier |
| 11/5/09 | Taxi | NYC Lexington | 10.00 | vendor | A. Augier |
| 11/5/09 | Taxi | NYC Lexington | 20.00 | vendor | A. Augier |
| 11/5/09 | Taxi to airport | NYC Lexington | 35.00 | vendor | A. Augier |
| 11/5/09 | Airport Parking | NYC Lexington | 25.00 | vendor | A. Augier |
| 11/5/09 | Airfare + agent fee | NYC Lexington | 1,144.20 | vendor | A. Augier |
| 11/19/09 | Airfare + agent fee | NYC Lexington | 1,164.20 | vendor | A. Augier |
| 12/1 | Mileage | Rock Hill, SC / Jasper, GA | $21.45 | vendor | K. Haras |
| 12/1 | Lodging | Rock Hill, SC / Jasper, GA | $90.06 | vendor | K. Haras |
| 12/1 | Airfare | Rock Hill, SC / Jasper, GA | $334.20 | vendor | K. Haras |
| 12/2 | Airport Parking | Rock Hill, SC / Jasper, GA | $50.00 | vendor | K. Haras |

2,924.11