Hearing – March 1, 2010 at 10:00 a.m. (EST)
Objection Deadline – February 22, 2010 at 4:00 p.m. (EST)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                         :          Chapter 11
:
**LEXINGTON PRECISION CORP., et al.,**        :          Case No. 08-11153 (MG)
:
Debtors.                       :          (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE JANUARY 25, 2010**
**DISCLOSURE STATEMENT HEARING TO MARCH 1, 2010 AT 10:00 A.M. (EST)**

PLEASE TAKE NOTICE that the hearing (the "**Hearing**") to consider (i) the

motion (as may be supplemented, the "**Debtors' Motion**")[1] of Lexington Precision Corporation

and, its affiliated debtor, Lexington Rubber Group, Inc. (collectively, the "**Debtors**") to approve,

among other things, the Debtors' proposed disclosure statement (as maybe revised, the

"**Debtors' Disclosure Statement**")[2] and (ii) the joint motion (as may be supplemented, the

---

[1] Debtors' Motion to (I) Approve the Proposed Disclosure Statement, (II) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (III) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan, dated October 24, 2008 [Docket No. 446]; Debtors' Supplement to Motion to (I) Approve the Proposed Disclosure Statement, (II) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (III) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan, dated October 6, 2009 [Docket No. 750].

[2] Proposed Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated October 6, 2009 [Docket No. 749].

"**Creditor Parties' Motion**," and together with the Debtors' Motion, the "**Motions**") of the Official Committee of Unsecured Creditors and CapitalSource Finance LLC and CSE Mortgage LLC, each as agents (collectively, the "**Creditor Parties**") to approve, among other things, the Creditor Parties' proposed disclosure statement (as maybe revised, the "**Creditor Parties' Disclosure Statement**," and together with the Debtors' Disclosure Statement, the "**Disclosure Statements**"),[3] which is currently scheduled for **Monday, January 25, 2010 at 10:00 a.m. (Eastern Standard Time)** before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at Courtroom 623, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, has been adjourned to **Monday, March 1, 2010 at 10:00 a.m. (Eastern Standard Time)**.

PLEASE TAKE FURTHER NOTICE that the deadline to file any objections or responses to the Motions and/or the Disclosure Statements has been extended to **Monday, February 22, 2010 at 4:00 p.m. (Eastern Standard Time)** (the "**Objection Deadline**"). In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Burton R. Lifland.

---

[3] Motion of Official Committee of Unsecured Creditors, CapitalSource Finance LLC and CSE Mortgage LLC for Order (I) Approving Proposed Disclosure Statement in Respect of Plan Proponents' Joint Chapter 11 Plan for the Debtors, (II) Approving Solicitation Proceudres, and (III) Setting a Hearing and Establishing Notice and Objection Procedures for Confirmation, dated December 16, 2009 [Docket No. 800].

PLEASE TAKE FURTHER NOTICE that all objections or responses, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore, and (d) be served, so as to be received no later than the Objection Deadline, upon:

*The Debtors*

Lexington Precision Corporation
800 Third Ave. 15th Floor
New York, New York 10023
Attn: Michael A. Lubin

*The Attorneys for the Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn: Adam Strochak and Victoria Vron

*The Office of the United States Trustee for the Southern District of New York*

33 Whitehall Street, 21st Floor,
New York, New York 10004
Attn: Paul Schwartzberg

*The Attorneys for the Secured Lenders*

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee, 37219
Attn: John C. Tishler

*The Attorneys for the Committee*

Andrews Kurth LLP,
450 Lexington Avenue,
New York, New York 10017
Attn: Paul Silverstein and Jonathan I. Levine

*The Attorneys for the Debtors' Postpetition Lenders*

O'Melveny & Meyers, LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Attn: Gerald Bender

PLEASE TAKE FURTHER NOTICE that the Debtors or the Creditor Parties may further adjourn the Hearing by (a) filing a notice of hearing with the Court and (b) serving said notice of hearing upon (i) the list of parties requesting notice of pleadings in accordance with the Court's order establishing notice procedures,[4] and (ii) all parties that have previously filed an objection or response to the Debtors' and/or the Creditor Parties' proposed disclosure statements.

---

[4] Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures, dated April 2, 2008 [Docket No. 22].

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: January 20, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Attorneys for Debtors
and Debtors in Possession