UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEXINGTON PRECISION CORPORATION,                                  :    08- 11153 (MG)
                                                                  :
         Debtor.                                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 816

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2010, I caused to be served the "Notice of Presentment of Stipulation, Agreement and Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, and 363 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Lenders (Eighth Extension)," dated January 12, 2010 [Docket No. 816], by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and via facsimile to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                              Samuel Garcia

Sworn to before me this
15th day of January, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

T:\Clients\LPC\Affidavits\NOP Agmnt & Ord re Cash Collateral_DI_816_AFF_1-12-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| NEW YORK STATE SALES TAX | PO BOX 15173 ALBANY NY 122125173 |
| NEW YORK STATE TAX PROCESSING | PO BOX 15173 ALBANY NY 122125173 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWY NEW YORK NY 10279 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |

**Total Creditor Count 12**

**EXHIBIT B**

| NAME | FAX |
|---|---|
| ANDREWS KURTH LLP ATTN PAUL SILVERSTEIN ESQ | 212-850-2929 |
| ANDREWS KURTH LLP ATTNPAUL N SILVERSTEIN | 212-813-8158 |
| BARTLETT HACKETT FEINBERG: FRANK MCGINN | 617-422-0383 |
| BLANK ROME LLP ATTN RAYMOND PATELLA | 215-832-5781 |
| BURNT MOUNTAIN CENTER INC ATTNKIM HYDE | 706-277-3689 |
| CAPITALSOURCE FINANCE LLC ATTNAKIM GRATE | 301-841-2889 |
| CAPITALSOURCE FINANCE LLC ATTNTODD GEHRS | 301-841-2889 |
| CARTER LEDYARD & MILBURN LLP ATTN AARON R CAHN | 212-732-3232 |
| CHANNEL PRIME ALLIANCE ATTNCIARA DOLLOWAY | 203-831-4330 |
| CHASE BRASS & COPPER INC ATTNCHERYL NOFZIGER | 419-485-5945 |
| CHINA AUTO GROUP ATTNKIM TAYLOR DOMINES | 949-767-5949 |
| COHEN WEISS AND SIMON LLP ATTN RICHARD M SELTZER | 646-473-8219 |
| COHEN WEISS AND SIMON LLP ATTN ROBIN H GISE | 646-473-8213 |
| COPPER & BRASS SALES ATTNDALE SAWCHIK | 216-883-1066 |
| CSE MORTGAGE LLC ATTNAKIM GRATE | 301-841-2889 |
| CSE MORTGAGE LLC ATTNTODD GEHRS | 301-841-2889 |
| DALTON BOX ATTNSHEILA BLAIR | 706-277-3689 |
| DAY PITNEY LLP ATTN SCOTT A ZUBER ESQ | 973-966-1015 |
| DEGUSSA-HULS CORPORATION ATTNFRED PACINICH | 973-541-8850 |
| DMD SPECIAL SITUTATIONS LLC ATTNAKIM GRATE | 301-841-2889 |
| DMD SPECIAL SITUTATIONS LLC ATTNTODD GEHRS | 301-841-2889 |
| DOW CORNING STI ATTNANNE TIPPLE | 866-804-8812 |
| EARLE M JORGENSEN COMPANY ATTNDAVID O BRIEN | 215-949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES PO BOX 4620 | 315-471-3846 |
| EXCELLUS BLUE CROSS ATTNCUSTOMER SERVICE | 585-238-4348 |
| GEORGIA POWER ATTNCUSTOMER SERVICE | 404-506-3771 |
| GOLD KEY PROCESSING LTD ATTNSTEVE HARSH | 440-632-0929 |
| GOODYEAR TIRE & RUBBER CO ATTNDERICK MCGINNESS | 330-796-1113 |
| GOSIGER MACHINE TOOLS ATTNLINDA DUALE | 440-248-3112 |
| HALEY & ALDRICH INC ATTNSTEVE SCHALABBA | 617-886-7600 |
| IMPERIAL DIE & MFG CO ATTNRON LAPOSSY | 440-268-9040 |
| IUEEMFWORKERS AFL-CIO ATTNKEN REAM | 330-395-4875 |
| Keating Muething & Klekamp PLL ATTN J V STITT | 513-579-6457 |
| KELLEY & FERRARO LLP  ATTN T WILSON | 216-575-0799 |
| KEYSTONE PROFILES ATTNFRANK CREMEENS | 724-846-3901 |
| LEXINGTON PRECISION CORP ATTNMICHAEL A LUBIN | 212-319-4659 |
| LEXINGTON PRECISION CORPORATION ATTNWARREN DELANO | 212-319-4659 |
| LINTECH INTERNATIONAL ATTNJULIE VAN BRUNT | 478-784-1745 |
| LION COPOLYMER ATTNMICHELLE GEIDROZ | 225-267-3411 |
| LOCAL 1811 USWA AFL-CIO ATTNWAYNE ROBINSON | 704-454-7054 |
| MILLER CANFIELD PADDOCK AND STONE PLC M SWANSON | 313-496-8452 |
| MOMENTIVE PERF MATERIALS INC ATTNLINDA AYERS | 304-746-1623 |
| OFFICE OF THE US TRUSTEE ATTN P SCHWARTZBERG | 212-668-2255 |
| OHIO EDISON ATTNCUSTOMER SERVICE | 877-289-3674 |
| OMELVENY & MEYERS LLP ATTNGERALD BENDER ESQ | 212-326-2061 |

| | |
|---|---|
| PPG INDUSTRIES INC ATTNANEW JOHNSON | 724-325-5045 |
| PREFERRED RUBBER COMPOUNDING ATTNMICHELLE PARKS | 330-798-4796 |
| PROCESS OILS INC ATTNBOB HOCH | 281-556-6038 |
| SHIN-ETSU SILICONES OF AMERICA ATTNE MCDOWELL | 330-630-9855 |
| SIGNATURE ALUMINUM ATTNCHIP MOORE | 614-262-5036 |
| SONNENSCHEIN NATH & ROSENTHAL LLP ATTN J C REED | 212-768-6800 |
| SONNENSCHEIN NATH & ROSENTHAL LLP ATTN R B MILLNER | 312-876-7934 |
| STEVENS & LEE PC ATTN N KAJON | 212-319-8505 |
| SULLIVAN & WORCESTER ATTN GAYLE P EHRLICH ESQ | 617-338-2880 |
| TAFT STETTINIUS ET AL LLP ATTN RICHARD FERRELL ESQ | 513-381-0205 |
| USW ATTN DAVID R JURY ASSOCIATE GENERAL COUNSL | 412-562-2574 |
| VITEX CORPORATION ATTNBRENDA GOODEARL | 603-934-0355 |
| WACKER SILICONES ATTNJAMES LAMMERS | 517-264-8616 |
| WALLER LANDSEN DORTCH & DAVIS ATTN JOHN TISHLER | 615-244-6804 |
| WEBSTER BUSINESS CREDIT CORP ATTNALAN MCKAY | 212-806-4530 |
| WESTON HURD LLC ATTN H MARKEN | 216-621-8369 |
| WILMINGTON TRUST CO CORP CAP MKTS STEVE CIMALORE | 302-651-8010 |
| WLDD ATTN C E SIDERYS & J C TISHLER | 615-244-6804 |