UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :

In re                                      :

                                            :   Case No.  08-11153 (MG)

LEXINGTON PRECISION CORP., et al.,   :

                                            :   (Jointly Administered)

                                            :

                                            :   (Chapter 11)

                          Debtor.    :
------------------------------------------------------X

## AMENDED APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.    Wilmington Trust Company
       1100 North Market Street
       Wilmington, Delaware 19890
        Attn: James J. McGinley (212-415-0522)


2.    Valhalla Capital Partners, LLC
       2527 Nelson Miller Pkwy.
       Suite 207
       Louisville, KY 40223
       ATTN: Ramond P. Mercherle (502-301-8400 ext 14)


3.    Momentive Performance Materials, Inc.
       c/o Janette Wendorf
       260 Hudson River Road
       Waterford, NY 12188
       Attn: Janelle Wendorf (518-233-5608)


4.    Environmental Products & Services of Vermont, Inc.
       532 State Fair Blvd.
       Syracuse, NY 13204
       Attn: Michael J. Lawler (315-451-6666 ext 213)

    5.      Sandler Capital Management
           711 5th Ave
           New York, New York 10122
           Attn: Douglas E. Schimmel (212-754-8100)

Dated: New York, New York
       February 12, 2010

                                  DIANA G. ADAMS
                                  UNITED STATES TRUSTEE

                      By:    /s/ *Paul K. Schwartzberg*
                                  Paul K. Schwartzberg
                                  Trial Attorney
                                  33 Whitehall Street, 21st Floor
                                  New York, New York  10004
                                  Tel. No. (212) 510-0500