# EXHIBIT B

## SUMMARY OF MATTERS WITH RESPECT TO
## FIFTH INTERIM APPLICATION OF
## ANDREWS KURTH LLP
## FOR THE PERIOD OF AUGUST 1, 2009 TO NOVEMBER 30, 2009

| Professional | Title | Class Year | Rate | Hours Billed | Total Value |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | 955.00 | 55.60 | 53,098.00 |
| ROBIN RUSSELL | Partner | 1993 | 710.00 | 49.60 | 35,216.00 |
| ANDREW FEINER | Partner | 1982 | 790.00 | 24.60 | 19,434.00 |
| WILLIAM MARK YOUNG | Partner | 1988 | 650.00 | 8.60 | 5,590.00 |
| GERALD L. BRACHT | Partner | 1976 | 670.00 | 0.50 | 335.00 |
| JONATHAN I. LEVINE | Associate | 2000 | 605.00 | 123.10 | 74,475.50 |
| JEREMY B. RECKMEYER | Associate | 2005 | 420.00 | 99.60 | 41,832.00 |
| CASSANDRA L. PORSCH | Associate | 2005 | 420.00 | 6.10 | 2,562.00 |
| JESSE R. MYERS | Associate | 2007 | 290.00 | 1.00 | 290.00 |
| WILL S. BECKER | Associate | 2005 | 370.00 | 19.60 | 7,252.00 |
| JULIA GORODETSKY | Associate | 2008 | 340.00 | 5.80 | 1,972.00 |
| DAVID L. CURRY, JR. | Associate | 2008 | 265.00 | 11.20 | 2,968.00 |
| CHASLESS L. YANCY | Associate | 2001 | 425.00 | 12.50 | 5,312.50 |
| JOANNA D. ROSENBERG | Paralegal | | 200.00 | 11.50 | 2,300.00 |
| | | | | | |
| GRAND TOTAL | | | | 429.30 | 252,637.00 |
| BLENDED RATE | | | 588.49 | | |