# EXHIBIT C

**SUMMARY OF MATTERS WITH RESPECT TO
FIFTH INTERIM APPLICATION OF
ANDREWS KURTH LLP
FOR THE PERIOD OF AUGUST 1, 2009 TO NOVEMBER 30, 2009**

| Matter Number | Matter Name | Total Hours | Fee Amount | Disbursement Amount |
|---|---|---|---|---|
| 181752 | DIP FINANCING/CASH COLLATERAL | 0.00 | $1,324.50 | $0.00 |
| 181754 | EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION | 0.00 | $10,168.00 | $1,331.88 |
| 181755 | LEASES AND CONTRACTS | 0.00 | $0.00 | $0.42 |
| 181756 | PLAN AND DISCLOSURE STATEMENT | 0.00 | $174,199.50 | $26,785.37 |
| 181757 | TAX MATTERS | 0.00 | $26,686.00 | $194.02 |
| 181761 | BUSINESS OPERATIONS | 0.00 | $1,273.50 | $0.00 |
| 181762 | CASE ADMINISTRATION | 0.00 | $9,974.00 | $812.56 |
| 181763 | CLAIMS | 0.00 | $0.00 | $387.52 |
| 181764 | COMMITTEE MATTERS | 0.00 | $29,011.50 | $210.96 |

Total Services $252,637.00
Total Disbursements $29,722.73
Total Current Services and Disbursements $282,359.73