UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: | Chapter 11 |
| | Case No. 08-11153 (MG) |
| | (Jointly Administered) |
| Lexington Precision Corp. *et al.*, | In proceedings for a reorganization, application for a fifth interim allowance of fees for financial advisors to the Official Committee of Unsecured Creditors |
| Debtor: | |

## FEES AND EXPENSES APPLICATION
## COVER SHEET

NAME OF APPLICANT:          STOUT RISIUS ROSS, INC.

NAME OF CLIENT:             THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEXINGTON PRECISION CORP., *ET AL.*

PERIOD COVERED:            AUGUST 1, 2009 THROUGH NOVEMBER 30, 2009

FIFTH INTERIM APPLICATION:

### SECTION I:  FEE SUMMARY

| PERIOD | | TO DATE | CURRENT |
|---|---|---|---|
| 1. | Total fees and expenses requested: | $1,005,077.07 | $ 204,780.82 |
| 2. | Total fees and expenses allowed: | $ 527,763.60 | N/A |
| 3. | Total retainer (if applicable): | N/A | N/A |
| 4. | Total allowed holdback (if applicable): | $ 69,032.26 | N/A |
| 5. | Total received by applicant[1]: | $ 816,044.81 | $ 161,607.11 |
| 6. | Total fees and expenses due (1 less 5): | $ 189,032.26 | $ 43,173.71 |

---

[1] Payments received as of January 15, 2010.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re:                                                              Chapter 11
                                                                 Case No. 08-11153 (MG)
                                                                 (Jointly Administered)
Lexington Precision Corp. *et al.*,                              In proceedings for a reorganization,
                                                                 application for a fifth interim allowance of
                                                                 fees for financial advisors to the Official
                                                                 Committee of Unsecured Creditors

                          Debtor:

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

A. Your Applicant's retention order was signed on or about June 5, 2008 effective as of May 13, 2008.

B. Your Applicant represents the Official Committee of Unsecured Creditors.

C. This compensation is the Fifth Interim Allowance for the period August 1, 2009 through November 30, 2009.

D. The total amount of the compensation requested is $200,000.00 which consists of $50,000.00 for the "August Monthly Fee," $50,000.00 for the "September Monthly Fee," $50,000.00 for the "October Monthly Fee," and $50,000.00 for the "November Monthly Fee."

E. The total amount of expenses of which reimbursement is sought is $4,780.82.

F. The total amount of previous compensation paid as of December 31, 2009 was $751,612.90.

G. The total amount of previous expenses paid as of December 31, 2009 was $21,253.50.

H. The amount of retainer is not applicable.

STOUT RISIUS ROSS, INC.

Jeffrey M. Risius, CFA, ASA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

Re:

Lexington Precision Corp. *et al.*,

Debtor:

---

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a fifth interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK   )
                      )  ss:
COUNTY OF NEW YORK  )

Stout Risius Ross, Inc. hereby applies to the court for a fifth interim allowance of fees and expenses, and represents as follows:

1. The bankruptcy case of Lexington Precision Corp. *et al.* was commenced by a voluntary petition filed on April 1, 2008.

2. Lexington Precision Corp. *et al.* is a corporation organized and existing under the laws of the State of Delaware. The executive office is currently located at 800 Third Avenue, New York, New York 10022.

3. By order dated on or about June 5, 2008, the court approved the retention of Stout Risius Ross, Inc. as financial advisors to the Official Committee of Unsecured Creditors. A copy of said Order is attached as Exhibit C.

4. The engagement of Stout Risius Ross, Inc. is under the direct supervision of Jeffrey M. Risius, CFA, ASA, a Managing Director of the firm with familiarity in the bankruptcy and insolvency area of valuation and accounting.

5. Stout Risius Ross, Inc. maintains records of time it expended in the rendition of all professional services. The firm's time records were made concurrently with the rendition of professional services, and all such records are available for inspection. Exhibit A-1 hereto sets forth a schedule showing the name, position, hours worked from August 1, 2009 through November 30, 2009 of services rendered for all professionals of Stout Risius Ross, Inc. having devoted time to this case. Exhibit A-2 hereto is a breakdown of all professionals' daily time details, by project category.

6.    Following is a description of the firm's services provided to the Committee of Unsecured Creditors' ("Committee") along with the aggregate time expended by category:

|  | **Hours** |
|---|---|
| **A.  CASE ADMINISTRATION** | |
| Prepare information request lists and correspondence in connection with the case.  Organize and document electronic files received from the Debtors and the Debtors' financial advisor. | 12.50 |
| | |
| **B.  BUSINESS ANALYSIS** | |
| Review of the Debtors' historical public quarterly reports (10-Q's) and historical financial reports by division.  Also, includes monitoring of weekly actual cash flow for comparison with projections from August 1, 2009 through November 30, 2009 and analysis of the Debtors' updated cash flow projections.  Also, review and analysis of the Debtors' July through October operating reports.  Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 33.50 |
| | |
| **C.  LITIGATION CONSULTING** | |
| Reviewing the financial performance of the Debtors. Interviewing potential management candidates.  Reviewing and assisting in preparation of the Committee's proposed disclosure statement.  Preparation for and attendance at disclosure statement hearing.    Updating analysis to reflect current financial performance of the Debtors.  Preparation of comments and various analyses that were distributed to Counsel and to the Committee. | 282.75 |

**D.    PLAN AND DISCLOSURE STATEMENT**

Review and analysis of Committee's proposed Plan of                    34.75
Reorganization.  Preparation of comments and various analyses
that were distributed to Counsel and the Committee.  Preparation
for disclosure statement hearing.

**E.    TELECONFERENCES/MEETINGS – COMMITTEE OF
UNSECURED CREDITORS/COUNSEL**

Preparation for and attendance at meetings and teleconferences        33.25
with the Committee and the Committee's professionals to discuss
the Debtors' financial condition, status of DIP operations,
estimated claims base, mediation, and other matters.  Includes
various teleconferences and meetings with Committee Counsel to
discuss on-going case matters, preparation for Committee calls
and case strategy.

**F.    TELECONFERENCES/MEETINGS – DEBTOR/COUNSEL**

Preparation for and attendance at meetings and teleconferences        0.50
with the Debtors' management and the Debtors' financial
advisors.  Issues discussed include historical financial results,
DIP operations, actual vs. projected results, financial forecasts,
status of information requests and ongoing requests for
information, amongst other matters.

**G.    FEE APPLICATION**

Preparation of monthly fee statements and time detail for the         41.25
period August 1, 2009 through November 30, 2009, in advance
of completing an interim fee application in accordance with the
U.S. Trustee's guidelines, as well as preparation of the fourth
interim fee application.

                                                                    _____
                                                                    **438.50**

7.  The total hours worked by the professional staff of Stout Risius Ross, Inc. for the period August 1, 2009 through November 30, 2009 in performing the work described above in paragraph 6 is as follows:

|                              | **Hours** |
|------------------------------|-----------|
| Managing Director            | 78.00     |
| Director and Manager         | 154.50    |
| Senior Analyst and Analysts  | 206.00    |
|                              | **438.50** |

8.  Applicant makes this fifth interim application for allowance of fees in the total amount of $200,000.00, for 438.50 hours of work, which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters. The fifth interim application for allowance of fees consists of $50,000.00 for the "August Monthly Fee," $50,000.00 for the "September Monthly Fee," $50,000.00 for the "October Monthly Fee," and $50,000.00 for the "November Monthly Fee."

9.  Reimbursement of expenses: The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $4,780.82, listed in Exhibit B.

10. Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $200,000.00, and for reimbursement of out-of-pocket expenses in the amount of $4,780.82.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2010

_____
Notary Public

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

**EXHIBIT A-1**

**LEXINGTON PRECISION CORP. *ET AL.***

TIME SUMMARY
August 1, 2009 through November 30, 2009

| Name/Title | Time |
|---|---|
| Jeffrey M. Risius, Managing Director | 78.00 |
| Jesse A. Ultz, Manager | 154.50 |
| Brian A. Hock, Senior Analyst | 206.00 |
| | **438.50** |

**LEXINGTON PRECISION CORP.** *ET AL.*

DAILY TIME BY PROFESSIONAL
BY CATEGORY

See attached details of all professionals' time from August 1, 2009 through November 30, 2009.

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

Exhibit A-2

August 1, 2009 Through November 30, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Business Analysis | 8/5/2009 | BAH | Brian A. Hock | 2.00 | Cash flow analysis |
| Business Analysis | 8/6/2009 | BAH | Brian A. Hock | 1.00 | Cash flow analysis |
| Business Analysis | 8/7/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 8/10/2009 | BAH | Brian A. Hock | 1.50 | Cash flow analysis |
| Business Analysis | 8/13/2009 | BAH | Brian A. Hock | 1.00 | Cash flow analysis |
| Business Analysis | 8/14/2009 | BAH | Brian A. Hock | 1.75 | Cash flow analysis |
| Business Analysis | 8/18/2009 | BAH | Brian A. Hock | 1.75 | Cash flow analysis |
| Business Analysis | 8/26/2009 | BAH | Brian A. Hock | 1.25 | Cash flow analysis |
| Business Analysis | 9/16/2009 | BAH | Brian A. Hock | 1.75 | Cash flow analysis |
| Business Analysis | 9/24/2009 | BAH | Brian A. Hock | 1.50 | Cash flow analysis |
| Business Analysis | 9/25/2009 | JAU | Jesse A. Ultz | 2.50 | Cash flow analysis |
| Business Analysis | 9/28/2009 | JAU | Jesse A. Ultz | 3.00 | Cash flow analysis |
| Business Analysis | 10/1/2009 | BAH | Brian A. Hock | 1.00 | Cash flow analysis |
| Business Analysis | 10/7/2009 | JAU | Jesse A. Ultz | 1.00 | Cash flow analysis |
| Business Analysis | 10/9/2009 | BAH | Brian A. Hock | 1.50 | Cash flow analysis |
| Business Analysis | 10/15/2009 | JAU | Jesse A. Ultz | 1.00 | Cash flow analysis |
| Business Analysis | 10/23/2009 | JAU | Jesse A. Ultz | 0.75 | Cash flow analysis |
| Business Analysis | 10/27/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 10/29/2009 | BAH | Brian A. Hock | 2.50 | Cash flow analysis |
| Business Analysis | 10/29/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing financial results |
| Business Analysis | 11/3/2009 | BAH | Brian A. Hock | 1.25 | Cash flow analysis |
| | | | | 33.50 | |
| | | | | | |
| Case Administration | 8/3/2009 | BAH | Brian A. Hock | 1.00 | Work paper organization for document retention purposes |
| Case Administration | 8/7/2009 | BAH | Brian A. Hock | 1.00 | Work paper organization for document retention purposes |
| Case Administration | 8/11/2009 | BAH | Brian A. Hock | 1.75 | Work paper organization for document retention purposes |
| Case Administration | 8/17/2009 | BAH | Brian A. Hock | 1.00 | Work paper organization for document retention purposes |
| Case Administration | 9/18/2009 | BAH | Brian A. Hock | 3.25 | Work paper organization for document retention purposes |
| Case Administration | 10/9/2009 | BAH | Brian A. Hock | 2.50 | Work paper organization for document retention purposes |
| Case Administration | 11/2/2009 | BAH | Brian A. Hock | 2.00 | Work paper organization for document retention purposes |
| | | | | 12.50 | |
| | | | | | |
| Fee Application | 8/12/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of fee application |
| Fee Application | 8/14/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation of fee application |
| Fee Application | 8/19/2009 | JAU | Jesse A. Ultz | 1.75 | Preparation of fee application |
| Fee Application | 9/15/2009 | JAU | Jesse A. Ultz | 2.75 | Preparation of fee application |
| Fee Application | 9/16/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of fee applications |
| Fee Application | 9/17/2009 | BAH | Brian A. Hock | 5.75 | Preparation of fee application |
| Fee Application | 9/21/2009 | JAU | Jesse A. Ultz | 2.25 | Preparation of monthly fee statements and interim fee application |
| Fee Application | 9/22/2009 | BAH | Brian A. Hock | 4.00 | Preparation of monthly fee statements and interim fee application |
| Fee Application | 9/22/2009 | JAU | Jesse A. Ultz | 1.75 | Preparation of monthly fee statements and interim fee application |
| Fee Application | 9/23/2009 | BAH | Brian A. Hock | 1.00 | Preparation of monthly fee statements and interim fee application |
| Fee Application | 9/23/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of monthly fee statements and interim fee application |
| Fee Application | 10/13/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation of fee application |
| Fee Application | 10/26/2009 | BAH | Brian A. Hock | 4.50 | Preparation of fee application |
| Fee Application | 10/26/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of fee application |
| Fee Application | 10/27/2009 | BAH | Brian A. Hock | 2.75 | Preparation of fee application |
| Fee Application | 11/24/2009 | BAH | Brian A. Hock | 3.50 | Preparation of fee application |
| Fee Application | 11/25/2009 | BAH | Brian A. Hock | 2.50 | Preparation of fee application |
| Fee Application | 11/25/2009 | JAU | Jesse A. Ultz | 0.75 | Preparation of fee application |
| Fee Application | 11/30/2009 | BAH | Brian A. Hock | 2.00 | Preparation of fee application |
| Fee Application | 11/30/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation of fee application |
| | | | | 41.25 | |
| | | | | | |
| Litigation Consulting | 8/3/2009 | BAH | Brian A. Hock | 1.50 | Reviewing updated financial information |
| Litigation Consulting | 8/3/2009 | JAU | Jesse A. Ultz | 2.00 | Analysis of financial results |
| Litigation Consulting | 8/3/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation analysis |
| Litigation Consulting | 8/3/2009 | JMR | Jeffrey M. Risius | 1.00 | Document review |
| Litigation Consulting | 8/4/2009 | JAU | Jesse A. Ultz | 1.00 | Coordinating with potential investors |
| Litigation Consulting | 8/4/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research |
| Litigation Consulting | 8/5/2009 | BAH | Brian A. Hock | 4.50 | Financial analysis |
| Litigation Consulting | 8/5/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing financial results |
| Litigation Consulting | 8/5/2009 | JAU | Jesse A. Ultz | 0.75 | Reviewing filings |
| Litigation Consulting | 8/6/2009 | BAH | Brian A. Hock | 2.50 | Financial analysis |
| Litigation Consulting | 8/6/2009 | JAU | Jesse A. Ultz | 0.50 | Industry research |
| Litigation Consulting | 8/7/2009 | JAU | Jesse A. Ultz | 2.00 | Coordinating NDAs and information with potential investors |
| Litigation Consulting | 8/7/2009 | JMR | Jeffrey M. Risius | 2.00 | Document review and market research |
| Litigation Consulting | 8/11/2009 | JAU | Jesse A. Ultz | 0.50 | Financial analysis |
| Litigation Consulting | 8/11/2009 | JMR | Jeffrey M. Risius | 0.75 | Market research review |
| Litigation Consulting | 8/13/2009 | JAU | Jesse A. Ultz | 0.25 | Reviewing dockets |
| Litigation Consulting | 8/14/2009 | BAH | Brian A. Hock | 1.50 | Reviewing dockets |
| Litigation Consulting | 8/17/2009 | BAH | Brian A. Hock | 2.00 | Industry research |
| Litigation Consulting | 8/19/2009 | BAH | Brian A. Hock | 3.00 | Financial analysis |
| Litigation Consulting | 8/21/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing dockets |
| Litigation Consulting | 8/24/2009 | JAU | Jesse A. Ultz | 0.75 | Industry research updates |
| Litigation Consulting | 9/1/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 9/2/2009 | JAU | Jesse A. Ultz | 2.00 | Reviewing CapitalSource proposed disclosure statement and plans |
| Litigation Consulting | 9/3/2009 | JAU | Jesse A. Ultz | 1.00 | Calls on management search |
| Litigation Consulting | 9/8/2009 | BAH | Brian A. Hock | 2.25 | Financial analysis |
| Litigation Consulting | 9/8/2009 | JAU | Jesse A. Ultz | 1.50 | Analysis of historical results |
| Litigation Consulting | 9/8/2009 | JMR | Jeffrey M. Risius | 1.50 | Reviewed financial analysis |
| Litigation Consulting | 9/9/2009 | BAH | Brian A. Hock | 4.25 | Reviewing CapitalSource proposed disclosure statement and plans |
| Litigation Consulting | 9/9/2009 | JAU | Jesse A. Ultz | 2.00 | Preparing financial presentation for prospective investors |
| Litigation Consulting | 9/9/2009 | JAU | Jesse A. Ultz | 1.50 | Financial analysis |
| Litigation Consulting | 9/10/2009 | JAU | Jesse A. Ultz | 2.00 | Financial analysis |
| Litigation Consulting | 9/10/2009 | JAU | Jesse A. Ultz | 2.50 | Review of UCC proposed disclosure statement |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.

Exhibit A-2

August 1, 2009 Through November 30, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 9/11/2009 | JAU | Jesse A. Ultz | 1.50 | Meeting with prospective management candidates |
| Litigation Consulting | 9/11/2009 | JMR | Jeffrey M. Risius | 1.50 | Meeting with prospective management candidates |
| Litigation Consulting | 9/14/2009 | JMR | Jeffrey M. Risius | 2.50 | Reviewing financial analysis |
| Litigation Consulting | 9/15/2009 | BAH | Brian A. Hock | 2.00 | Financial analysis |
| Litigation Consulting | 9/15/2009 | JMR | Jeffrey M. Risius | 2.50 | Reviewing financial analysis |
| Litigation Consulting | 9/16/2009 | BAH | Brian A. Hock | 3.50 | Financial analysis |
| Litigation Consulting | 9/16/2009 | JAU | Jesse A. Ultz | 1.00 | Financial analysis |
| Litigation Consulting | 9/16/2009 | JMR | Jeffrey M. Risius | 3.00 | Financial analysis |
| Litigation Consulting | 9/17/2009 | BAH | Brian A. Hock | 1.00 | Calls with prospective management candidates |
| Litigation Consulting | 9/17/2009 | JAU | Jesse A. Ultz | 2.50 | Calls and meetings with prospective management candidates |
| Litigation Consulting | 9/17/2009 | JMR | Jeffrey M. Risius | 1.50 | Calls and meetings with prospective management candidates |
| Litigation Consulting | 9/18/2009 | BAH | Brian A. Hock | 1.50 | Financial analysis and preparation for hearing |
| Litigation Consulting | 9/18/2009 | JMR | Jeffrey M. Risius | 3.00 | Preparation for hearing |
| Litigation Consulting | 9/21/2009 | BAH | Brian A. Hock | 2.50 | Meeting with prospective management candidate |
| Litigation Consulting | 9/21/2009 | JMR | Jeffrey M. Risius | 4.00 | Meeting with counsel in New York and review of court filings |
| Litigation Consulting | 9/22/2009 | BAH | Brian A. Hock | 1.75 | Financial analysis |
| Litigation Consulting | 9/22/2009 | JMR | Jeffrey M. Risius | 8.00 | Meeting and hearing in New York |
| Litigation Consulting | 9/23/2009 | BAH | Brian A. Hock | 6.00 | Financial analysis |
| Litigation Consulting | 9/23/2009 | JAU | Jesse A. Ultz | 2.50 | Financial analysis |
| Litigation Consulting | 9/24/2009 | BAH | Brian A. Hock | 6.25 | Financial analysis |
| Litigation Consulting | 9/24/2009 | JMR | Jeffrey M. Risius | 3.00 | Review of financial analysis |
| Litigation Consulting | 9/25/2009 | BAH | Brian A. Hock | 3.50 | Financial analysis |
| Litigation Consulting | 9/25/2009 | JAU | Jesse A. Ultz | 1.00 | Meeting with prospective management candidates |
| Litigation Consulting | 9/25/2009 | JMR | Jeffrey M. Risius | 1.50 | Meeting with prospective management candidates |
| Litigation Consulting | 9/28/2009 | BAH | Brian A. Hock | 1.00 | Financial analysis |
| Litigation Consulting | 9/28/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing court filings |
| Litigation Consulting | 9/29/2009 | JAU | Jesse A. Ultz | 2.75 | Preparation for disclosure statement hearing |
| Litigation Consulting | 9/29/2009 | JMR | Jeffrey M. Risius | 2.00 | Preparation for disclosure statement hearing |
| Litigation Consulting | 9/30/2009 | BAH | Brian A. Hock | 2.25 | Financial analysis |
| Litigation Consulting | 9/30/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation for disclosure statement hearing |
| Litigation Consulting | 10/1/2009 | BAH | Brian A. Hock | 1.75 | Financial analysis |
| Litigation Consulting | 10/1/2009 | JAU | Jesse A. Ultz | 3.00 | Reviewing filings and objections, preparing for disclosure statement hearing |
| Litigation Consulting | 10/2/2009 | BAH | Brian A. Hock | 2.50 | Financial analysis |
| Litigation Consulting | 10/5/2009 | BAH | Brian A. Hock | 2.25 | Financial analysis |
| Litigation Consulting | 10/5/2009 | JAU | Jesse A. Ultz | 5.00 | Traveling to New York for disclosure statement hearing |
| Litigation Consulting | 10/5/2009 | JMR | Jeffrey M. Risius | 5.00 | Traveling to New York for disclosure statement hearing |
| Litigation Consulting | 10/6/2009 | BAH | Brian A. Hock | 1.00 | Financial analysis |
| Litigation Consulting | 10/6/2009 | BAH | Brian A. Hock | 2.50 | Reviewing Debtor's plan of reorganization and dockets |
| Litigation Consulting | 10/6/2009 | JAU | Jesse A. Ultz | 2.50 | Reviewing new Lexington disclosure statement and plan of reorganization |
| Litigation Consulting | 10/6/2009 | JAU | Jesse A. Ultz | 4.00 | Traveling back from New York for disclosure statement hearing |
| Litigation Consulting | 10/6/2009 | JMR | Jeffrey M. Risius | 4.00 | Traveling back from New York for disclosure statement hearing |
| Litigation Consulting | 10/7/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 10/8/2009 | BAH | Brian A. Hock | 1.75 | Financial analysis |
| Litigation Consulting | 10/8/2009 | JAU | Jesse A. Ultz | 0.75 | Financial analysis |
| Litigation Consulting | 10/9/2009 | JAU | Jesse A. Ultz | 0.50 | Industry research |
| Litigation Consulting | 10/13/2009 | JAU | Jesse A. Ultz | 1.00 | Financial analysis |
| Litigation Consulting | 10/14/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 10/15/2009 | BAH | Brian A. Hock | 1.50 | Reviewed court filing |
| Litigation Consulting | 10/16/2009 | JAU | Jesse A. Ultz | 1.25 | Reviewing cash collateral motion and cash flow analysis |
| Litigation Consulting | 10/19/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 10/19/2009 | JAU | Jesse A. Ultz | 1.75 | Financial analysis |
| Litigation Consulting | 10/20/2009 | BAH | Brian A. Hock | 4.50 | Financial analysis |
| Litigation Consulting | 10/20/2009 | JAU | Jesse A. Ultz | 0.75 | Financial analysis |
| Litigation Consulting | 10/20/2009 | JMR | Jeffrey M. Risius | 1.00 | Financial analysis |
| Litigation Consulting | 10/20/2009 | JMR | Jeffrey M. Risius | 1.50 | Industry research |
| Litigation Consulting | 10/21/2009 | JAU | Jesse A. Ultz | 1.00 | Financial analysis |
| Litigation Consulting | 10/26/2009 | JAU | Jesse A. Ultz | 0.50 | Reviewing docket |
| Litigation Consulting | 10/27/2009 | JAU | Jesse A. Ultz | 1.00 | Industry research and analysis |
| Litigation Consulting | 10/28/2009 | BAH | Brian A. Hock | 2.75 | Financial analysis |
| Litigation Consulting | 10/28/2009 | JMR | Jeffrey M. Risius | 1.25 | Financial analysis |
| Litigation Consulting | 10/30/2009 | JAU | Jesse A. Ultz | 1.25 | Financial analysis |
| Litigation Consulting | 11/4/2009 | JAU | Jesse A. Ultz | 1.00 | Analysis of financial results |
| Litigation Consulting | 11/4/2009 | JMR | Jeffrey M. Risius | 1.50 | Review of Debtor results and market information |
| Litigation Consulting | 11/5/2009 | BAH | Brian A. Hock | 2.00 | Financial analysis |
| Litigation Consulting | 11/5/2009 | JAU | Jesse A. Ultz | 1.00 | Valuation and industry analysis |
| Litigation Consulting | 11/9/2009 | BAH | Brian A. Hock | 1.25 | Industry analysis |
| Litigation Consulting | 11/9/2009 | JAU | Jesse A. Ultz | 2.00 | Reviewing financials and analyses |
| Litigation Consulting | 11/10/2009 | JAU | Jesse A. Ultz | 1.00 | Review and analysis of new proposed term sheet |
| Litigation Consulting | 11/11/2009 | JAU | Jesse A. Ultz | 2.00 | Analysis related to negotiations with CapitalSource |
| Litigation Consulting | 11/11/2009 | JMR | Jeffrey M. Risius | 1.50 | Review of industry analysis |
| Litigation Consulting | 11/11/2009 | JMR | Jeffrey M. Risius | 2.50 | Review of industry analysis |
| Litigation Consulting | 11/12/2009 | BAH | Brian A. Hock | 10.75 | Financial analysis |
| Litigation Consulting | 11/12/2009 | JAU | Jesse A. Ultz | 4.50 | Analysis for CapitalSource negotiations |
| Litigation Consulting | 11/12/2009 | JMR | Jeffrey M. Risius | 1.50 | Review of summary exhibits - normalized EBITDA |
| Litigation Consulting | 11/13/2009 | BAH | Brian A. Hock | 3.50 | Financial analysis |
| Litigation Consulting | 11/13/2009 | JAU | Jesse A. Ultz | 1.50 | Analysis for CapitalSource negotiations |
| Litigation Consulting | 11/17/2009 | JMR | Jeffrey M. Risius | 1.25 | Financial analysis |
| Litigation Consulting | 11/17/2009 | BAH | Brian A. Hock | 6.50 | Financial analysis |
| Litigation Consulting | 11/17/2009 | JMR | Jeffrey M. Risius | 1.25 | Financial analysis |
| Litigation Consulting | 11/18/2009 | BAH | Brian A. Hock | 7.25 | Financial analysis |
| Litigation Consulting | 11/18/2009 | JAU | Jesse A. Ultz | 2.00 | Analysis of historical financials and adjustments |
| Litigation Consulting | 11/18/2009 | JMR | Jeffrey M. Risius | 2.50 | Financial analysis |
| Litigation Consulting | 11/19/2009 | BAH | Brian A. Hock | 6.25 | Financial analysis |
| Litigation Consulting | 11/19/2009 | JAU | Jesse A. Ultz | 1.00 | Financial analysis |
| Litigation Consulting | 11/19/2009 | JMR | Jeffrey M. Risius | 0.50 | Document review |
| Litigation Consulting | 11/19/2009 | JMR | Jeffrey M. Risius | 0.75 | Review of financial analysis |
| Litigation Consulting | 11/20/2009 | BAH | Brian A. Hock | 6.50 | Financial analysis |

Detail of Services Provided By Stout Risius Ross, Inc.

Lexington Precision Corp., et al.                                                                    Exhibit A-2

August 1, 2009 Through November 30, 2009

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Litigation Consulting | 11/20/2009 | JAU | Jesse A. Ultz | 2.25 | Analysis of financial results and adjustments |
| Litigation Consulting | 11/20/2009 | JMR | Jeffrey M. Risius | 0.75 | Review of financial analysis |
| Litigation Consulting | 11/20/2009 | JMR | Jeffrey M. Risius | 1.50 | Reviewing analysis |
| Litigation Consulting | 11/23/2009 | BAH | Brian A. Hock | 2.75 | Industry analysis |
| Litigation Consulting | 11/23/2009 | BAH | Brian A. Hock | 4.50 | Financial analysis |
| Litigation Consulting | 11/23/2009 | JAU | Jesse A. Ultz | 3.00 | Analysis of financials, adjustments, and capital structure |
| Litigation Consulting | 11/24/2009 | BAH | Brian A. Hock | 4.75 | Financial analysis |
| Litigation Consulting | 11/24/2009 | JAU | Jesse A. Ultz | 0.50 | Financial analysis |
| Litigation Consulting | 11/25/2009 | JAU | Jesse A. Ultz | 0.75 | Financial analysis |
| Litigation Consulting | 11/30/2009 | JAU | Jesse A. Ultz | 1.00 | Review of projections |
| | | | | 282.75 | |
| | | | | | |
| Plan and Disclosure Statement | 9/11/2009 | JAU | Jesse A. Ultz | 3.00 | Reviewing proposed disclosure statement |
| Plan and Disclosure Statement | 9/14/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing filed disclosure statement and exhibits |
| Plan and Disclosure Statement | 9/15/2009 | JAU | Jesse A. Ultz | 1.00 | Reviewing disclosure statements and plans |
| Plan and Disclosure Statement | 9/18/2009 | JAU | Jesse A. Ultz | 3.25 | Analysis of potential plans of reorganization and preparation for hearing |
| Plan and Disclosure Statement | 9/22/2009 | JAU | Jesse A. Ultz | 2.00 | Valuation analysis and preparation of Disclosure Statement |
| Plan and Disclosure Statement | 9/24/2009 | JAU | Jesse A. Ultz | 4.50 | Valuation analysis and preparation of Disclosure Statement |
| Plan and Disclosure Statement | 10/2/2009 | BAH | Brian A. Hock | 5.00 | Preparation for disclosure statement hearing |
| Plan and Disclosure Statement | 10/2/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation for disclosure statement hearing |
| Plan and Disclosure Statement | 10/4/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for disclosure statement hearing |
| Plan and Disclosure Statement | 10/5/2009 | BAH | Brian A. Hock | 5.00 | Preparation for disclosure statement hearing |
| Plan and Disclosure Statement | 10/5/2009 | JAU | Jesse A. Ultz | 2.00 | Preparation for disclosure statement hearing |
| Plan and Disclosure Statement | 10/5/2009 | JMR | Jeffrey M. Risius | 5.00 | Preparation for disclosure statement hearing |
| | | | | 34.75 | |
| | | | | | |
| Teleconferences/Meetings with Committee/Counsel | 8/10/2009 | JAU | Jesse A. Ultz | 0.50 | Call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 8/12/2009 | JAU | Jesse A. Ultz | 0.50 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 8/31/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/1/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/2/2009 | JAU | Jesse A. Ultz | 0.25 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/4/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/8/2009 | JAU | Jesse A. Ultz | 0.75 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/9/2009 | BAH | Brian A. Hock | 1.00 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/9/2009 | BAH | Brian A. Hock | 0.75 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/9/2009 | JAU | Jesse A. Ultz | 3.25 | Preparation for and conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/10/2009 | JAU | Jesse A. Ultz | 3.00 | Preparation for and conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/10/2009 | JMR | Jeffrey M. Risius | 2.00 | Preparation for and conference calls with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/15/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/18/2009 | JAU | Jesse A. Ultz | 1.50 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 9/21/2009 | BAH | Brian A. Hock | 1.00 | Correspondence with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/22/2009 | JAU | Jesse A. Ultz | 0.50 | Conference calls with UCC |
| Teleconferences/Meetings with Committee/Counsel | 9/29/2009 | JAU | Jesse A. Ultz | 1.00 | Preparation for and conference call with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/1/2009 | JAU | Jesse A. Ultz | 1.50 | Calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 10/2/2009 | JAU | Jesse A. Ultz | 0.50 | Calls with UCC counsel |
| Teleconferences/Meetings with Committee/Counsel | 10/2/2009 | JAU | Jesse A. Ultz | 1.00 | Calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 10/6/2009 | JAU | Jesse A. Ultz | 0.50 | Calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 10/8/2009 | BAH | Brian A. Hock | 0.75 | Calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 10/8/2009 | JAU | Jesse A. Ultz | 0.75 | Calls with UCC members |
| Teleconferences/Meetings with Committee/Counsel | 10/12/2009 | JAU | Jesse A. Ultz | 0.50 | Calls with potential management candidates |
| Teleconferences/Meetings with Committee/Counsel | 10/27/2009 | JAU | Jesse A. Ultz | 1.00 | Calls with potential investors |
| Teleconferences/Meetings with Committee/Counsel | 11/10/2009 | JAU | Jesse A. Ultz | 0.75 | Call with potential management candidate |
| Teleconferences/Meetings with Committee/Counsel | 11/11/2009 | JMR | Jeffrey M. Risius | 0.75 | Phone call with Jefferies |
| Teleconferences/Meetings with Committee/Counsel | 11/19/2009 | JMR | Jeffrey M. Risius | 0.75 | Phone call with client |
| Teleconferences/Meetings with Committee/Counsel | 11/20/2009 | BAH | Brian A. Hock | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/20/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for and call with UCC and counsel |

**Detail of Services Provided By Stout Risius Ross, Inc.**
**Lexington Precision Corp., et al.**
**August 1, 2009 Through November 30, 2009**

Exhibit A-2

| Project Category | Date | Initials | Name | Hours | Description |
|---|---|---|---|---|---|
| Teleconferences/Meetings with Committee/Counsel | 11/20/2009 | JMR | Jeffrey M. Risius | 0.50 | Preparation for UCC phone call |
| Teleconferences/Meetings with Committee/Counsel | 11/20/2009 | JMR | Jeffrey M. Risius | 1.25 | Preparation for and call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/23/2009 | JAU | Jesse A. Ultz | 1.25 | Preparation for and conference call with UCC |
| Teleconferences/Meetings with Committee/Counsel | 11/23/2009 | JMR | Jeffrey M. Risius | 0.75 | Phone call with counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/24/2009 | JAU | Jesse A. Ultz | 0.50 | Conference call with UCC and counsel |
| Teleconferences/Meetings with Committee/Counsel | 11/24/2009 | JMR | Jeffrey M. Risius | 0.50 | Phone call with client |
| | | | | 33.25 | |
| | | | | | |
| Teleconferences/Meetings with Debtors/Counsel | 11/12/2009 | JMR | Jeffrey M. Risius | 0.50 | Phone call with counsel |
| | | | | 0.50 | |

**EXHIBIT B-1**

**LEXINGTON PRECISION CORP.** *ET AL.*

EXPENSE SUMMARY
August 1, 2009 through November 30, 2009

| Expense Category | Amount |
|---|---|
| Travel | $ 3,064.97 |
| Lodging | 1,452.78 |
| Federal Express | 39.00 |
| Working Meals | 221.37 |
| Telephone | 2.70 |
| **TOTAL** | **$ 4,780.82** |

**EXHIBIT B-2**

**LEXINGTON PRECISION CORP.** *ET AL.*

DAILY EXPENSES AND AMOUNTS

See attached details of all expenses incurred from August 1, 2009 through November 30, 2009.

Expense Detail for Stout Risius Ross, Inc.
Fifth Interim Fee Application

Exhibit B-2

| Date | | Amount | Description |
|---|---|---|---|
| 8/13/2009 | $ | 2.70 | Chargeable - Telephone - - VENDOR: Infinite Conferencing, LLC |
| **Total August Federal Express Expense** | $ | 2.70 | |
| | | | |
| **Total August Expenses** | $ | 2.70 | |
| | | | |
| | | | |
| 9/9/2009 | $ | 10.99 | Dinner for Jesse Ultz while working late |
| 9/10/2009 | | 12.23 | Dinner for Jesse Ultz while working late |
| 9/21/2009 | | 23.97 | Dinner for Jesse Ultz when in New York for hearing |
| 9/22/2009 | | 12.57 | Breakfast for Jesse Ultz when in New York for hearing |
| 9/22/2009 | | 5.45 | Dinner for Jesse Ultz while working late |
| 9/23/2009 | | 8.68 | Dinner for Jesse Ultz while working late |
| 9/23/2009 | | 14.56 | Dinner for Brian Hock while working late |
| **Total September Working Meals Expense** | $ | 88.45 | |
| | | | |
| 9/22/2009 | $ | 12.98 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total September Federal Express Expense** | $ | 12.98 | |
| | | | |
| 9/22/2009 | $ | 392.36 | Hotel for Jeff Risius in New York for hearing |
| **Total September Lodging Expense** | $ | 392.36 | |
| | | | |
| 9/18/2009 | $ | 947.20 | Airfare for Jeff Risius to New York for hearing |
| 9/21/2009 | | 32.00 | Taxi cab for Jeff Risius from LaGuardia Airport to New York City for hearing |
| 9/21/2009 | | 26.40 | Mileage for Jeff Risius to and from Metro Airport for hearing in New York |
| 9/21/2009 | | 12.00 | Taxi cab for Jeff Risius from Andrews Kurth to hotel in New York |
| 9/22/2009 | | 48.32 | Taxi cab for Jeff Risius from New York City to LaGuardia Airport after hearing |
| 9/22/2009 | | 40.00 | Parking for Jeff Risius at Metro Airport while in New York for hearing |
| **Total September Travel Expense** | $ | 1,105.92 | |
| | | | |
| **Total September Expenses** | $ | 1,599.71 | |
| | | | |
| | | | |
| 9/29/2009 | $ | 16.72 | Dinner for Jesse Ultz while working late |
| 10/2/2009 | | 13.11 | Dinner for Jesse Ultz while working late |
| 10/5/2009 | | 46.24 | Dinner with Jesse Ultz and Jeff Risius while in New York |
| 10/5/2009 | | 31.57 | Lunch for Jesse Ultz and Jeff Risius when traveling to New York for disclosure statement hearing |
| 10/6/2009 | | 19.86 | Breakfast on return trip from New York for Jeff Risius and Jesse Ultz |
| 10/6/2009 | | 5.42 | Food for Jesse Ultz when returning from New York for disclosure statement hearing |
| **Total October Working Meals Expense** | $ | 132.92 | |
| | | | |
| 10/14/2009 | $ | 12.98 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| 10/27/2009 | | 13.04 | Chargeable - Delivery - - VENDOR: Federal Express Corporation |
| **Total October Federal Express Expense** | $ | 26.02 | |
| | | | |
| 10/6/2009 | $ | 530.21 | Hotel in New York for Jeff Risius for disclosure statement hearing |
| 10/6/2009 | | 530.21 | Hotel in New York for Jesse Ultz for disclosure statement hearing |
| **Total October Lodging Expense** | $ | 1,060.42 | |
| | | | |
| 9/30/2009 | $ | 1,642.40 | Flights to New York for Jeff Risius and Jesse Ultz for disclosure statement hearing |
| 10/5/2009 | | 70.00 | Transportation from airport to hotel in New York for Jeff Risius and Jesse Ultz for disclosure statement hearing |
| 10/6/2009 | | 20.00 | Parking at Metro Airport while in New York for Jeff Risius |
| 10/6/2009 | | 26.40 | Mileage for Jeff Risius to and from Metro Airport for trip to New York |
| 10/6/2009 | | 100.00 | Change fee for return flight from New York for Jeff Risius and Jesse Ultz due to canceled disclosure statement hearing |
| 10/6/2009 | | 20.00 | Parking at airport for Jesse Ultz for flight to New York for disclosure statement hearing |
| 10/6/2009 | | 50.00 | Transportation from hotel to airport in New York for Jeff Risius and Jesse Ultz for disclosure statement hearing |
| 10/6/2005 | | 30.25 | Driving to and from airport for Jesse Ultz for flight to New York for disclosure statement hearing |
| **Total October Travel Expense** | $ | 1,959.05 | |
| | | | |
| **Total October Expenses** | $ | 3,178.41 | |

**<u>EXHIBIT C</u>**

LEXINGTON PRECISION CORP. *ET AL.*

RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
LEXINGTON PRECISION CORP, et al.,               :        Case No. 08-11153 (MG)
                                                :
                                                :        (Jointly Administered)
                        Debtors.                :
-------------------------------------------------------------x

## ORDER AUTHORIZING EMPLOYMENT OF
## STOUT RISIUS ROSS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF MAY 13, 2008

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee") of Lexington Precision Corporation ("LEXP") and

Lexington Rubber Group, Inc. (collectively with LEXP, the "Debtors") in the above-captioned

Chapter 11 cases for entry of an order, under sections 328(a) and 1103(a) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Stout Risius

Ross, Inc. ("SRR") as its financial advisor, effective as of May 13, 2008, pursuant to the terms of

SRR's engagement letter dated as of May 13, 2008 (the "Engagement Letter"); and the Court

having considered the Application and the Declaration of Jeffrey M. Risius dated May 13, 2008,

in support of the Application; and it appearing that (i) SRR does not hold or represent an interest

adverse to the Committee, (ii) SRR is a "disinterested person" as that term is defined in under

section 101(14) of the Bankruptcy Code, (iii) the retention of SRR by the Committee is

necessary and in the best interest of the Committee, and (iv) the terms and conditions of SRR's

employment as set forth in the Application and the Engagement Letter (as defined in the

Application) are fair and reasonable, including, without limitation, the Fee Structure (as defined

in the Application); and the Court having jurisdiction to consider and determine the Application

NYC:175769.8

as a core proceeding under 28 U.S.C. §§ 157 and 1334; and it appearing that notice has been given and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, the Application is hereby granted, and SRR is hereby employed as the Committee's financial advisors, as of May 13, 2008, on the terms and conditions set forth in the Engagement Letter; and it is further

ORDERED that, notwithstanding anything in the Engagement Letter to the contrary, SRR's compensation thereunder may not be increased absent further Order of this Court.

ORDERED that SRR shall be compensated and reimbursed in accordance with the terms of the Engagement Letter, pursuant to the standard of review under section 328(a) of the Bankruptcy Code and not subject to review for reasonableness under section 330 of the Bankruptcy Code, except as provided for below, subject to the approval of this Court, and the procedures set forth in the Application, including, without limitation, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by this Court; and it is further

ORDERED that, the United States Trustee, Capital Source Finance LLC, as agent, and CSF Mortgage LLC, as agent, retain all rights to object to SRR's interim and final fee applications (including expense reimbursement) on grounds including, without limitation, the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized and directed to indemnify and hold harmless SRR and the other Indemnified Parties (as defined in the Engagement Letter) pursuant to the indemnification provisions of the Engagement Letter, which requests for payment of indemnity,

2

if any, pursuant thereto shall be made by means of an application and shall be subject to review by the Court to ensure that any such payment conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, provided, however, that in no event shall SRR or the other Indemnified Parties be indemnified for (x) their respective gross negligence, willful misconduct or fraud or (y) a material breach of a term or condition of the Engagement Letter by SRR; and it is further

ORDERED that in no event shall SRR be indemnified if the Debtor or a representative of the estates, assert a claim for, and a court determines by final order that such claim arose out of (x) SRR's or the Indemnified Parties' gross negligence, willful misconduct or fraud or (y) a material breach of a term of condition of the Engagement Letter by SRR; and it is further

ORDERED that in the event SRR seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in SRR's own application (both interim and final) and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code without regards to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code; and it is further

ORDERED that SRR shall not, in the course of its engagement by the Committee under this Order, use any information obtained or work product developed in connection with its prior real estate valuation/appraisal engagement by Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC as agent, CSE Mortgage LLC, as agent, and other Prepetition Senior Lenders (as defined in the Final Order Authorizing Use of Cash Collateral, dated April 17, 2007)

3

and shall keep all such information and work product strictly confidential; and it is further

ORDERED that SRR shall not testify adversely to Waller Lansden Dortch & Davis LLP, CapitalSource Finance LLC, as agent, CSE Mortgage LLC, as agent, or any other Prepetition Senior Lenders, with respect to real estate valuation/appraisal previously performed by SRR for or on behalf of such entities; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, Local Rules, any order of this Court or any guidelines regarding submission and approval of fee applications, SRR shall only be required to maintain contemporaneous summary time records for services rendered in hourly increments and shall not be required to file a schedule of rates; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters arising from or related to this Order or the implementation hereof.


Dated: June 5, 2008

    New York, NY

                              /s/ Martin Glenn
                              UNITED STATES BANKRUPTCY JUDGE

4

## VERIFICATION

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein; I am acquainted with the facts upon which this application is based; I have read the foregoing application and know the contents thereof: the same is true to the knowledge of the deponent, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2010

_____
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

## CERTIFICATION

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )


Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.   I am a Managing Director of the firm of Stout Risius Ross, Inc., Applicant herein.

2.   I have read the application.

3.   All interested parties have received and are reviewing or have reviewed the application.

4.   In providing a reimbursable service, Applicant does not make a profit on that service.

5.   In charging for a particular service, Applicant does not include the amortization of the cost
     of any investment equipment or capital outlay.

6.   In seeking reimbursement for third-party services, Applicant requests reimbursement only
     for the amount billed to the applicant by the third party.


_____
Jeffrey M. Risius, CFA, ASA


Sworn to and subscribed to before
me this 15th day of January 2010

_____
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Re: _____

Lexington Precision Corp. *et al.*,

                Debtor: _____

_____

Chapter 11
Case No. 08-11153 (MG)
(Jointly Administered)
In proceedings for a reorganization,
application for a fifth interim allowance of
fees for financial advisors to the Official
Committee of Unsecured Creditors

STATE OF NEW YORK              )
                               )  ss:
COUNTY OF NEW YORK             )

Jeffrey M. Risius, CFA, ASA, being duly sworn, deposes and says that:

1.    Deponent is a Managing Director of the Applicant named in the foregoing Application for a fifth interim allowance of Fees, for services rendered by Stout Risius Ross, Inc. as financial advisors to the above-named Official Committee of Unsecured Creditors.

2.    No arrangement prohibited by 18 U.S.C. Sec. 155 has been made by me or to any member of the said firm of Stout Risius Ross, Inc.

3.    Applicant is a disinterested person and represents or holds no interest adverse to the Debtor.

4.    No agreements or understandings in any form or guise have been made or exist between Applicant and any other person for a division or sharing of compensation allowed or to be allowed, or paid or to be paid, for services rendered in connection with this proceeding and no agreement has been made which is contrary to the provisions of the Bankruptcy Code.

_____
Jeffrey M. Risius, CFA, ASA

Sworn to and subscribed to before
me this 15th day of January 2010

*Jaclyn Parrish*
Notary Public,

JACLYN PARRISH
Notary Public - Michigan
Wayne County
My Commission Expires Mar 6, 2013
Acting in the County of Oakland