WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEXINGTON PRECISION CORPORATION,** : 08- 11153 (BRL)
:
Debtor. :
:
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 4, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 623,
One Bowling Green, New York, NY 10004.

**I.    STATUS CONFERENCE:**

1. Status Conference

    Related Documents:  None

    Response Deadline:  None.

    Response(s) Received:  None.

<u>Status:</u>  This matter is going forward.

Dated: March 3, 2010
       New York, New York

                     <u>/s/ Adam P. Strochak</u>
                     Richard P. Krasnow
                     Adam P. Strochak

                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, New York  10153
                     Telephone:   (212) 310-8000
                     Facsimile:    (212) 310-8007

                     Attorneys for Debtors
                     and Debtors in Possession