**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEXINGTON PRECISION CORP., et al.,** | : | **08-11153 (BRL)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

--------------------------------------------------------------x

### BRIDGE ORDER EXTENDING DEBTORS'
### USE OF CASH COLLATERAL AND GRANTING
### ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS

Upon that certain Stipulation, Agreement and Order, dated March 3, 2010 (the

"Proposed Ninth Cash Collateral Order"), having been filed by Lexington Precision Corporation

and Lexington Rubber Group, Inc. (together, the "Debtors"), pursuant to sections 105(a), 361, 362,

and 363 of title 11 of the United States Code (i) authorizing the Debtors to use Cash Collateral,[1] and

(ii) granting adequate protection to the Prepetition Secured Lenders, all as more fully set forth in the

Proposed Ninth Cash Collateral Order; and the Debtors having made an oral motion (the "Bridge

Motion") for entry of a bridge order extending the Debtors' use of Cash Collateral upon the terms

set forth in the Eighth Cash Collateral Order until March 10, 2010; and the Prepetition Secured

Lenders having consented to the Bridge Motion; and the Court having granted the Bridge Motion; it

is hereby

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Proposed Ninth Cash Collateral Order [Docket No. 847].

ORDERED that the Debtors' use of Cash Collateral pursuant to the Eighth Cash

Collateral Order is hereby extended until March 10, 2010.

Dated:  March 3, 2010
        New York, New York

                        /s/Burton R. Lifland_____
                        UNITED STATES BANKRUPTCY JUDGE