UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                  :
                                        :    Chapter 11
LEXINGTON PRECISION                     :    Case No.  08-11153 (BRL)
CORPORATION, et al.,                    :    Jointly Administered
                                        :
        Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

IT IS ORDERED that Christopher E. Siderys is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:    March 4, 2010            /s/Burton R. Lifland_____
          New York, New York       United States Bankruptcy Judge