UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
In re:                                      :
                                            :
Lexington Precision Corp., *et al.*,        :    Case No. 08-11153 (BRL)
                                            :
               DEBTORS                      :    Chapter 11
_____ :

REASSIGNMENT

     The above-referenced chapter 11 case No. 08-11153 and all jointly-administered cases [*e.g.*, *In re Lexington Rubber Group, Inc.*, 08-11156] have been reassigned from Judge Burton R. Lifland to Judge Shelley C. Chapman.

                                                  /s/ Vito Genna
                                                  Clerk of Court

Date:   March 8, 2010

Cc:    Judge Burton R. Lifland
        Judge Shelley C. Chapman
        US Trustee
        Automation Specialist
        Supervisors
        Case Administrators
        Courtroom Deputies (BRL) (SCC)