**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Lexington Precision Corporation                    CASE NO.: 08–11153–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER:  11
22–1830121

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Shelley C. Chapman on March 8, 2010 for administration. Please style all future captions with the appropriate judicial suffix (scc ).

Dated: March 8, 2010                                      Vito Genna
                                                          Clerk of the Court