# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: mariarod | Date Created: 3/8/2010 |
| Case: 08–11153–scc | Form ID: 144 | Total: 60 |

**Recipients of Notice of Electronic Filing:**
aty     Adam P. Strochak          adam.strochak@weil.com, michele.meises@weil.com
aty     Elisabetta Gasparini      Elisabetta.G.Gasparini@usdoj.gov
aty     Richard P. Krasnow        richard.krasnow@weil.com, richard.krasnow@weil.com, shai.waisman@weil.com, victoria.vron@weil.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Lexington Precision Corporation     800 Third Avenue, 15th Floor     New York, NY 10023
ust         United States Trustee     33 Whitehall Street     21st Floor     New York, NY 10004
aty         Paul Kenan Schwartzberg     Office of the United States Trustee     33 Whitehall Street     21st Floor     New York, NY 10004
smg         New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205–0300
smg         United States Attorney     One St. Andrew's Plaza     Claims Unit – Room 417     New York, NY 10007–1701
smg         Internal Revenue Service     290 Broadway     Insolvency 5th fl     New York, NY 10007
smg         N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201–0551
smg         New York City Dept. Of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs – Devora Cohn     Brooklyn, NY 11201–3719
4570750     Air Cleaning Technologies, Inc.     Robert House     13310 Industrial Pk Blvd. #195     Plymouth, MN 55441
4575760     Audio Video Supply     Kara Johnson     4575 Ruffner Street     San Diego, CA 92111
4516754     Bankruptcy Administration     Ikon Financial Services     1738 Bass Road     P.O. Box 13708     Macon, GA 31208–3708
4609133     Bibb Control Systems     PO Box 277     2909 Lanier Heights Road     Macon, GA 31217
5067779     CapitalSource Finance, LLC     c/o Waller Lansden Dortch &Davis, LLP     Attn: Christopher E. Siderys     511 Union Street, Suite 2700     Nashville, TN 37219
4613816     Charmilles Technologies     Laura Schalla     AGIE Carmilles Corporation     PO Box 807     Mt Prospect, IL 60056
4570751     Cintas Corporation     Angela Ladanza     PO Box 727     North Jackson, OH 44451
4575761     Conveyer &Caster Equipment for Industry     Rachel Kutel     3501 Detroit Ave     Cleveland, OH 44113–2792
4523805     ENCO MANUFACTURING COMPANY INC     PO BOX 357     FARMINGDALE, NY 11735
4570869     Engel Canada, Inc     Petra Catteau     545 Elmira Road     Guelph On N1K 1C2     Canada
4570752     Engel Machinery     Helen Olajos     3740 Board Road     York, PA 17406
4570753     Environmental Science Corp.     Rhodora Saylor     12065 Lebanon Road     Mt. Juliet, TN 37122
4570757     Fair Harbor Capital, LLC     875 Avenue of the Americas     Suite 2305     New York, NY 10001
4575762     Fluid Power South, Inc.     Catherine Wells     2909 Langford Road, Building A–800     Norcross, GA 30071
4596947     Forklifts Unlimited     Jane League     PO Box 947     York, SC 29745
4613817     Gayson SDI     Robert Bradley     30 Second St SW     Barberton, OH 44203
4514192     General Cable Industries, Inc.     4 Tesseneer Drive     Highland Heights, KY 41076–9753
4517329     Glenn M. Reisman     Two Corporate Drive     Suite 234     Shelton, CT 06484
4510619     Gosiger, Inc.     c/o Richard L. Ferrell     Taft Stettinius &Hollister LLP     425 Walnut Street, Suite 1800     Cincinnati, Ohio 45202
4570754     HB Chemical Corporation     Rick Ravine     PO Box 75502     Cleveland, OH 44101
4587618     Ikon Office Solutions     Recovery &Bankruptcy Group     3920 Arkwright Road, Suite 400     Macon, GA 31210
4657436     Iron Mountain Information Management, Inc.     c/o Frank F. McGinn, Esq.     Bartlett Hackett Feinberg P.C.     155 Federal Street, 9th Floor     Boston, MA 02110
4578209     Lianda     Lee Mao     1340 Corporate Drive, Suite 500     Hudson, OH 44236
4523796     MARK FILIPPINI     AKZO NOBEL POLYMERS CHEMICALS LLC     525 WEST VAN BUREN STREET     CHICAGO, IL 60607
4735792     Marc N. Swanson     Miller Canfield Paddock &Stone PLC     150 West Jefferson, Suite 2500     Detroit, MI 48226
4585541     Marc N. Swanson, Esq.     Miller, Canfield, Paddock &Stone, PLC     150 W. Jefferson Avenue, Suite 2500     Detroit, MI 48226
4570755     Martin Pallet Inc.     Judith Miller     1414 Industrial Ave. S.W     Massillon, OH 44647
4523798     McMASTER–CARR     200 AURORA INDUSTRIAL PARKWAY     AURORA, OHIO 44202     ATTN: TINA DAVIDSON
4570756     Millenium Machinery     Frank Maehr     2350 Brighton Henrietta Townline Road     Rochester, NY 14623
4523800     OHIO EDISON COMPANY     BANKRUPTCY DEPT     6896 MILLER RD RM 204     BRECKSVILLE, OH 44141
4523801     PPG INDUSTRIES, INC     CREDIT DEPARTMENT # 0595047     ONE PPG PLACE 8–1     PITTSBURGH, PA 15272
4597616     Peening Technologies     5289 Bldg #8     Bankhead Highway     Austell, GA 30106

| | | | | | |
|---|---|---|---|---|---|
| 4598345 | Pepper Pike Place Associates, LLC | c/o Howard A. Marken, Fred Arnoff | Weston Hurd LLP | 1301 E.Ninth St., Suite 1900 | Cleveland, Ohio 44114 |
| 4613818 | R E Conduit Company Inc | Cheryl Morgan | 3050 Springboro West | Daton, OH 45439–1716 | |
| 4575769 | Regional Distributors, Inc. | David Scalen | 1143 Lexington Avenue | Rochester, NY 14606 | |
| 4523943 | Signature Aluminum Canada Inc. f/k/a Bon L Canada | Attention: Melody Dennys, Credit Mgr. | 500 Edward Avenue | Richmond Hill, ON L4C4Y9 Canada | |
| 4596946 | Standex International Group | dba Mold Tech Ohio | Mathew Pinsel | 801 N Merician Road | Youngstown, OH 44509 |
| 4585540 | Stephen S. LaPlante, Esq. | Miller, Canfield, Paddock &Stone, PLC | 150 W. Jefferson Avenue, Suite 2500 | Detroit, MI 48226 | |
| 4610064 | Tennessee Department of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division | PO Box 20207 | Nashville, Tennessee 37202–0207 |
| 4572584 | Thomas M. Wilson, Esq. | Kelley &Ferraro, LLP | 2200 Key Tower | 127 Public Square | Cleveland, Ohio 44114 |
| 4593398 | Trade Beam, Inc. | Two Waters Park Drive | Suite 200 | San Mateo, CA 94403 | |
| 4519851 | Travelers | One Tower Square, 5MN | Hartford, CT 06183 | | |
| 4601979 | Tri Dim | PO Box 822001 | Philadelphia, PA 19182 | | |
| 4609132 | Twist, Inc. | PO Box 177 | Jamestown, OH 45335 | | |
| 4517717 | USW | Five Gateway Center, Suite 807 | Pittsburgh, PA 15222 | | |
| 4523806 | WASTE MANAGEMENT RMC | 2421 W PEORIA AVE | PHOENIX, ARIZONA 85029 | | |
| 4512701 | Wells Fargo Financial Leasing, Inc. | 800 Walnut Street | MAC F4031–050 | Des Moines, IA 50309 | |
| 4517331 | William F. Harmeyer | William F. Harmeyer &Associates, P.C | 7322 Southwest Freeway, Suite 475 | Houston, Texas 77074 | |
| 4613819 | Yarde Metals | Cynthia Lawrence | 45 Newell Street | Southington, CT 06489 | |

TOTAL: 57