Hearing – April 12, 2010 at 10:00 a.m. (EST)
Objection Deadline – April 5, 2010 at 4:00 p.m. (EST)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
: 
In re                                                              :         Chapter 11
:
**LEXINGTON PRECISION CORP., et al.,**      :         Case No. 08-11153 (SCC)
:
Debtors.                                                :         (Jointly Administered)
:
----------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF THE MARCH 16, 2010 HEARING ON INTERIM**
**APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF**
**ACTUAL AND NECESSARY EXPENSES TO APRIL 12, 2010 AT 10:00 A.M. (EST)**

PLEASE TAKE NOTICE that the omnibus hearing (the "*Hearing*") to consider the following applications for interim allowance of compensation and reimbursement of expenses (collectively, the "*Applications*"), which is currently scheduled for **Tuesday, March 16, 2010 at 10:00 a.m. (Eastern Standard Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at Courtroom 610, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, has been adjourned to **Monday, April 12, 2010 at 10:00 a.m. (Eastern Standard Time)**.

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 715 | April 1, 2009 to August 31, 2009 | $112,242.50 | $6,031.52 |
| W. Y. Campbell & Company | 713 | April 1, 2009 to August 31, 2009 | $200,000.00 | $18,233.42 |
| Andrews Kurth LLP | 784 | April 1, 2009 to August 31, 2009 | $77,993.50 | $7,620.11 |
| Stout Risius Ross, Inc. | 769 | April 1, 2009 to August 31, 2009 | $200,000.00 | $3,500.39 |
| Weil, Gotshal & Manges LLP | 833 | August 1, 2009 to November 30, 2009 | $170,494.00 | $4,445.85 |
| W. Y. Campbell & Company | 821 | August 1, 2009 to November 30, 2009 | $200,000.00 | $15,168.52 |
| Andrews Kurth LLP | 836 | August 1, 2009 to November 30, 2009 | $252,637.00 | $29,722.73 |
| Stout Risius Ross, Inc. | 837 | August 1, 2009 to November 30, 2009 | $200,000.00 | $4,780.82 |

Dated: March 15, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession