WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                                    :        Chapter 11
                                                         :
**LEXINGTON PRECISION CORP., et al.,**   :        Case No. 08-11153 (SCC)
                                                         :
        Debtors.                                     :        (Jointly Administered)
                                                         :
------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE APRIL 8, 2010 DISCLOSURE**
**STATEMENT HEARING TO A TIME AND DATE TO BE DETERMINED**

**PLEASE TAKE NOTICE** that the hearing (the "*Hearing*") to consider (i) the motion (as may be supplemented, the "*Debtors' Motion*")[1] of Lexington Precision Corporation and, its affiliated debtor, Lexington Rubber Group, Inc. (collectively, the "*Debtors*") to approve, among other things, the Debtors' proposed disclosure statement (as maybe revised, the "*Debtors' Disclosure Statement*")[2] and (ii) the joint motion (as may be supplemented, the "*Creditor Parties' Motion*") of the Official Committee of Unsecured Creditors and CapitalSource Finance

---

[1] Debtors' Motion to (I) Approve the Proposed Disclosure Statement, (II) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (III) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan, dated October 24, 2008 [Docket No. 446]; Debtors' Supplement to Motion to (I) Approve the Proposed Disclosure Statement, (II) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (III) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan, dated October 6, 2009 [Docket No. 750].

[2] Proposed Disclosure Statement for the Debtors' Third Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated October 6, 2009 [Docket No. 749].

LLC and CSE Mortgage LLC, each as agents (collectively, the "**Creditor Parties**") to approve, among other things, the Creditor Parties' proposed disclosure statement (as maybe revised, the "**Creditor Parties' Disclosure Statement**," and together with the Debtors' Disclosure Statement, the "**Disclosure Statements**"),[3] which is currently scheduled for **Thursday, April 8, 2010 at 10:00 a.m. (Eastern Standard Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at Courtroom 610, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, has been adjourned to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving said notice of hearing upon (i) the list of parties requesting notice of pleadings in accordance with the Court's order establishing notice procedures,[4] and (ii) all parties that have previously filed an objection or response to the Disclosure Statements.

Dated: April 1, 2010
       New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[3] Motion of Official Committee of Unsecured Creditors, CapitalSource Finance LLC and CSE Mortgage LLC for Order (I) Approving Proposed Disclosure Statement in Respect of Plan Proponents' Joint Chapter 11 Plan for the Debtors, (II) Approving Solicitation Proceudres, and (III) Setting a Hearing and Establishing Notice and Objection Procedures for Confirmation, dated December 16, 2009 [Docket No. 800].

[4] Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures, dated April 2, 2008 [Docket No. 22].