**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**LEXINGTON PRECISION CORP., <u>et</u> <u>al.</u>,**             :    **08-11153 (SCC)**
                                                                 :
     **Debtors.**                                                :    **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

## BRIDGE ORDER EXTENDING DEBTORS' USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED LENDERS

Upon that certain Stipulation, Agreement and Order, dated March 31, 2010 (the "***Proposed Tenth Cash Collateral Order***"), having been filed by Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "***Debtors***"), pursuant to sections 105(a), 361, 362, and 363 of title 11 of the United States Code, (i) authorizing the Debtors to use Cash Collateral,[1] and (ii) granting adequate protection to the Prepetition Secured Lenders, all as more fully set forth in the Proposed Tenth Cash Collateral Order; and the Debtors having made an oral motion (the "***Bridge Motion***") for entry of a bridge order extending the Debtors' use of Cash Collateral upon the terms set forth in the Ninth Cash Collateral Order until such time as the Court rules on the Debtors' Proposed Tenth Cash Collateral Order; and the Prepetition Secured Lenders having consented to the Bridge Motion; and the Court having granted the Bridge Motion; it is hereby

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Proposed Tenth Cash Collateral Order.

ORDERED that the Debtors' use of Cash Collateral pursuant to the Ninth Cash Collateral Order is hereby extended until such time as the Court has ruled on the Debtors' Proposed Tenth Cash Collateral Order.

Dated: April 1, 2010
      New York, New York

                                        /s/Shelley C. Chapman
                                        UNITED STATES BANKRUPTCY JUDGE