UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
LEXINGTON PRECISION CORP., et al.,      :       08- 11153 (SCC)
                                        :
            Debtors.                    :       (Jointly Administered)
                                        :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On March 26, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              Elli Petris

Sworn to before me this
30th day of March, 2010

Diane M _____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

T:\Clients\LPC\Affidavits\Transfer 337_Aff_3-26-10.doc

# EXHIBIT A

```
In re                                            | Chapter 11 Case No.
                                                 |
LEXINGTON PRECISION CORP., et al                 | 08-11153 (MG)
                                                 |
              Debtors.                           |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   OSBORN INTERNATIONAL
      5401 HAMILTON AVE
      CLEVELAND, OH 44114
```

Please note that your claim # 49 in the above referenced case and in the amount of $4,433.29 has been transferred **(unless previously expunged by court order)** to:

```
LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: OSBORN INTERNATIONAL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 337 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/26/2010                           Vito Genna, Clerk of Court

                                           /s/Elli Petris
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 26, 2010.

**EXHIBIT B**

TIME: 17:16:46
DATE: 03/26/10
PAGE: 1

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

| Name | Address |
|---|---|
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: OSBORN INTERNATIONAL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| OSBORN INTERNATIONAL | 5401 HAMILTON AVE CLEVELAND OH 44114 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

LPC 3-26-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153