Hearing Date and Time: May 26, 2010 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: May 19, 2010 at 4:00 p.m. (prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
**LEXINGTON PRECISION CORP., et al.,** : Case No. 08-11153 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
---------------------------------------------------------------x

# NOTICE OF HEARING OF
# DEBTORS' MOTION TO (I) APPROVE THE PROPOSED
# DISCLOSURE STATEMENT, (II) APPROVE THE PROCEDURES
# TO SOLICIT ACCEPTANCES OF THE DEBTORS' PROPOSED PLAN, AND
# (III) SCHEDULE A HEARING AND ESTABLISH NOTICE AND OBJECTION
# PROCEDURES FOR CONFIRMATION OF THE DEBTORS' PROPOSED PLAN

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly

owned subsidiary, Lexington Rubber Group, Inc. (together, the "Debtors"), as debtors and

debtors in possession in the above-captioned chapter 11 cases, filed a motion, dated October 24,

2008 to (a) approve the Debtors' proposed disclosure statement, (b) approve the solicitation

procedures for the Debtors' proposed plan, and (c) schedule a hearing and establish notice and

objection procedures for confirmation of the Debtors' proposed plan (as subsequently

supplemented, the "Motion").

PLEASE TAKE FURTHER NOTICE that as set forth in the *Notice of*

*Adjournment of the April 8, 2010 Disclosure Statement Hearing to a Time and Date to be*

US_ACTIVE:\43371632\02\26690.0008

*Determined,* filed with the Court on April 1, 2010 [Docket No. 861] (the "Adjournment Notice"), the hearing on the Debtors' proposed disclosure statement (the "Disclosure Statement Hearing"), originally scheduled for November 24, 2008 and later rescheduled, was adjourned to a date to be determined.

PLEASE TAKE FURTHER NOTICE that on April 19, 2010, the Debtors filed (i) the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 869] (the "Proposed Plan"), (ii) a proposed disclosure statement with respect thereto [Docket No. 870] (the "Proposed Disclosure Statement"), and (iii) a second supplement to the Motion [Docket No. 871] (the "Supplement").

PLEASE TAKE FURTHER NOTICE that the Disclosure Statement Hearing with respect to the Proposed Disclosure Statement will take place before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **May 26, 2010 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as determined by the Bankruptcy Court; provided, however, that the Debtors may adjourn the Disclosure Statement Hearing from time to time without further notice other than the announcement in open court of such adjournment on the date scheduled for the Hearing or filing and serving a notice of adjournment upon (i) the list of parties requesting notice of pleadings in these chapter 11 cases in accordance with the Bankruptcy Court's order establishing notice procedures,[1] and (ii) all parties that have previously filed an objection or response to the Debtors' proposed disclosure statement.

---

[1] Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9007 Establishing Notice Procedures, dated April 2, 2008 [Docket No. 22].

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Supplement, the Proposed Disclosure Statement, and the Proposed Plan are available for free at http://chapter11.epiqsystems.com/lexington, and for a fee at the Court's website at www.nysb.uscourts.gov.  Note that a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website (www.nysb.uscourts.gov).

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion, the Supplement, or the Proposed Disclosure Statement, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court no later than **May 19, 2010 at 4:00 p.m. (prevailing Eastern Time)**.  In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses.  General Order M-242 may be found at www.nysb.uscourts.gov.  All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Shelley C. Chapman.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than **May 19, 2009 at 4:00 p.m. (prevailing Eastern Time)**, upon:  (i) the Debtors, Lexington Precision Corporation, 800 Third Ave., 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin), (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow and

US_ACTIVE:\43371632\02\26690.0008         3

Victoria Vron); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg); (iv) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: John C. Tishler); (v) the attorneys for the statutory committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul N. Silverstein and Jonathan I. Levine); and (vi) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender) and (vii) the attorneys for the plan investor, Jones Day LLP, 222 East 41st, New York, New York (Attn: Lisa G. Laukitis).

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: April 21, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

Attorneys for Debtors
and Debtors in Possession