Hearing Date: **May 26, 2010 at 10:00 a.m. (prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                         :

In re                                       :         Chapter 11 Case No.
                                         :
**LEXINGTON PRECISION CORP., et al.,**  :        08-11153 (SCC)
                                         :
        Debtors.               :         (Jointly Administered)
                                         :
------------------------------------------------------------x

**NOTICE OF HEARING ON
INTERIM APPLICATIONS FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that the hearing to consider the following applications for interim allowance of compensation and reimbursement of expenses originally scheduled for March 16, 2010 and later adjourned to a date time to be determined, will take place before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **May 26, 2010 at 10:00 a.m. (prevailing Eastern Time)** or as soon thereafter as determined by the Bankruptcy Court:

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 715 | April 1, 2009 to August 31, 2009 | $112,242.50 | $6,031.52 |
| W. Y. Campbell & Company | 713 | April 1, 2009 to August 31, 2009 | $200,000.00 | $18,233.42 |
| Andrews Kurth LLP | 784 | April 1, 2009 to August 31, 2009 | $77,993.50 | $7,620.11 |
| Stout Risius Ross, Inc. | 769 | April 1, 2009 to August 31, 2009 | $200,000.00 | $3,500.39 |
| Weil, Gotshal & Manges LLP | 833 | August 1, 2009 to November 30, 2009 | $170,494.00 | $4,445.85 |
| W. Y. Campbell & Company | 821 | August 1, 2009 to November 30, 2009 | $200,000.00 | $15,168.52 |
| Andrews Kurth LLP | 836 | August 1, 2009 to November 30, 2009 | $252,637.00 | $29,722.73 |
| Stout Risius Ross, Inc. | 837 | August 1, 2009 to November 30, 2009 | $200,000.00 | $4,780.82 |

Dated: New York, New York
April 22, 2010

/s/ Adam P. Strochak
Richard P. Krasnow
Adam Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession