UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEXINGTON PRECISION CORP., et al.,                  :    08- 11153 (SCC)
                                                    :
        Debtors.                                    :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x    Ref. Docket No.: 874

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On April 29, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ Elli Petris

Sworn to before me this
30th day of April, 2010

/s/ Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LPC\Affidavits\Transfer 874_Aff_4-29-2010.doc

# EXHIBIT A

```
_____
                                                      |
In re                                                 |   Chapter 11 Case No.
                                                      |
LEXINGTON PRECISION CORP., et al                      |   08-11153 (MG)
                                                      |
            Debtors.                                  |
                                                      |
                                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BOULTER INDUSTRIAL
         CONTRACTORS, INC.
         610 SALT ROAD/P.O. BOX 967
         WEBSTER, NY 14580
```

Please note that your schedule in the above referenced case and in the amount of
       $17,427.00 has been transferred **(unless previously expunged by court order)** to:

```
         LIQUIDITY SOLUTIONS, INC.
         TRANSFEROR: BOULTER INDUSTRIAL
         ONE UNIVERSITY PLAZA
         SUITE 312
         HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 874         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2010                           Vito Genna, Clerk of Court

                                           /s/Elli Petris
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 29, 2010.

**EXHIBIT B**

```
TIME: 11:10:42                              LEXINGTON PRECISION CORPORATION                                      PAGE:   1
DATE: 04/29/10                                       CREDITOR LISTING

Name                             Address
BOULTER INDUSTRIAL               CONTRACTORS, INC. 610 SALT ROAD/P.O. BOX 967 WEBSTER NY 14580
LIQUIDITY SOLUTIONS, INC.        TRANSFEROR: BOULTER INDUSTRIAL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601


Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

LPC 4-29-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153