**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                           :          Chapter 11
                                                                                     :
**LEXINGTON PRECISION CORP., et al.,**          :          Case No. 08-11153 (SCC)
                                                                                     :
                                                                                     :          (Jointly Administered)
                                        **Debtors.**                    :
-----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On May 20, 2010, I caused true copies of the Official Committee of Unsecured Creditors' Objection to the Proposed Disclosure Statement in Respect of Debtors' Fourth Amended Joint Plan of Reorganization, [Docket # 879], to be filed on CM/ECF and served on the following parties via the method shown: (a) via Electronic Mail, to the Office of the United States Trustee, G.Gasparini@usdoj.gov, (Attn. Elisabetta Gasparini); (b) via Electronic Mail, to counsel to the Debtors, richard.krasnow@weil.com, adam.strochak@weil.com, and victoria.vron@weil.com (Attn: Richard Krasnow, Adam Strochak, and Victoria Vron); (c) via Electronic Mail, to counsel to Commercial Financial Services 407, LLC, llaukitis@jonesday.com (Attn: Lisa Laukitis); and (d) via ECF, to all parties on the Master Service List filed with this Court.

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

                                                                    /s/ Abhishek Mathur
                                                                    Abhishek Mathur

Dated: May 20, 2010

NYC:212742.1