WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORPORATION,                            :   08- 11153 (SCC)
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 26 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court, Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 610,
One Bowling Green, New York, NY 10004.

**I.   CONTESTED MATTERS**

1.   Debtors' Motion to (i) Approve the Debtors' Proposed **Disclosure Statement**,
(ii) Approve the **Procedures to Solicit Acceptances** of the Debtors' Proposed Plan, and
(iii) Schedule a Hearing and Establish **Notice and Objection Procedures for
Confirmation** of the Debtors' Proposed Plan **[Docket No. 446]**

   **Response Deadline:**        May 19, 2010 at 4:00 p.m.

   **Response(s) Received:**

   A.   **Official Committee of Unsecured Creditors'** Objection to the Proposed
Disclosure Statement In Respect Of Debtors' Fourth Amended Joint Plan of
Reorganization **[Docket No. 879]**

   B.   Objection of **Indenture Trustee** to Debtors' Motion Dated October 24, 2008 As
Supplemented To: (I) Approve the Proposed Disclosure Statement, (II) Approve
the Procedures To Solicit Acceptances of the Debtors' Proposed Plan, and (III)
Schedule a Hearing and Establish Notice and Objection Procedures For
Confirmation of the Debtors' Proposed Plan **[Docket No. 880]**

**Replies/Responses:**

C.    Debtors' Omnibus Reply to Objections to Approval of the Debtors' Proposed Disclosure Statement **[Docket No. 885]**

**Additional Documents:**

A.    Debtors' **Supplement to Motion** to (i) Approve the Proposed Disclosure Statement, (ii) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (iii) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan **[Docket No. 750]**

B.    Debtors' **Fourth Amended Joint Plan** of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 869]**

C.    **Proposed Disclosure Statement** for Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **[Docket No. 870]**

D.    **Debtors' Second Supplement to Motion** to (I) Approve the Proposed Disclosure Statement, (II) Approve the Procedures to Solicit Acceptances of the Debtors' Proposed Plan, and (III) Schedule a Hearing and Establish Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan **[Docket No. 871]**

E.    **Notice of Revised Order** Approving, Among Other Things, the Debtors' Proposed Disclosure Statement **[Docket No. 886]**

F.    **Blackline-Debtors' Fourth Amended Joint Plan** of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 887]**

G.    **Blackline-Proposed Disclosure Statement** for Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 889]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **This matter is going forward**

II.    **UNCONTESTED MATTERS**

1.    **Fourth** Application of **Weil, Gotshal & Manges LLP**, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2009 through August 31, 2009 **[Docket No. 715]**

Response Deadline:        March 9, 2010

Responses Received:

A.    Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

Additional Documents:

A. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

B. Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

C. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Status: **This matter is going forward.**

2. **Fourth** Application for Interim Professional Compensation for **W.Y. Campbell & Company** for Compensation and Reimbursement Expenses **[Docket No. 713]**

   Response Deadline:              March 9, 2010

   Responses Received:

   A. Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

   Additional Documents:

   A. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

   B. Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

   C. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

   Responsible Counsel:  Weil, Gotshal & Manges LLP

   Status: **This matter is going forward.**

3. **Fourth** Interim Application of **Andrews Kurth LLP** under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors **[Docket No. 784]**

Response Deadline:  March 9, 2010

Responses Received:

A. Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

Additional Documents:

A. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

B. Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

C. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

Responsible Counsel:  Andrews Kurth LLP

Status: **This matter is going forward.**

4. **Fourth** Interim Application of **Stout Risius Ross, Inc.** under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors **[Docket No. 769]**

Response Deadline:  March 9, 2010

Responses Received:

A. Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

Additional Documents:

A. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

B. Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

C. Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

    Responsible Counsel:  Andrews Kurth LLP

    Status: **This matter is going forward.**

5.   **Fifth** Application of **Weil, Gotshal & Manges LLP**, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2009 through November 30, 2009 **[Docket No. 833]**

    Response Deadline:        March 9, 2010

    Responses Received:

    A.   Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

    Additional Documents:

    A.   Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

    B.   Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

    C.   Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

    Responsible Counsel:  Weil, Gotshal & Manges LLP

    Status: **This matter is going forward.**

6.   **Fifth** Interim Application of **W.Y. Campbell & Company** for Compensation and Reimbursement Expenses **[Docket No. 821]**

    Response Deadline:        March 9, 2010

    Responses Received:

    A.   Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

    Additional Documents:

    A.   Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

    B.    Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

    C.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

Responsible Counsel: Weil, Gotshal & Manges LLP

Status: **This matter is going forward.**

7. **Fifth** Interim Application of **Andrews Kurth LLP** under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors **[Docket No. 836]**

    Response Deadline:    March 9, 2010

    Responses Received:

    A.    Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

    Additional Documents:

    A.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

    B.    Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

    C.    Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

Responsible Counsel: Andrews Kurth LLP

Status: **This matter is going forward.**

8. **Fifth** Interim Application of **Stout Risius Ross, Inc.** under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors **[Docket No. 837]**

    Response Deadline:    March 9, 2010

Responses Received:

A.  Objection of the United States Trustee to Interim Applications for Compensation and Reimbursement of Expenses **[Docket No. 841] (RESOLVED)**

Additional Documents:

A.  Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 839]**

B.  Notice of Adjournment of the March 16, 2010 Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses to April 12, 2010 at 10:00 A.M. (EST) **[Docket No. 855]**

C.  Notice of Hearing on Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses **[Docket No. 873]**

Responsible Counsel:  Andrews Kurth LLP

Status: **This matter is going forward.**

Dated: New York, New York
       May 25, 2010

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:    (212) 310-8000
Facsimile:     (212) 310-8007

Attorneys for Debtors
and Debtors in Possession