The Official Committee of Unsecured Creditors
of Lexington Precision Corp., <u>et al</u>.
c/o Andrews Kurth LLP
450 Lexington Avenue
New York, New York 10017

May **[__]**, 2010

TO:    HOLDERS OF GENERAL UNSECURED
CLAIMS AGAINST LEXINGTON RUBBER
GROUP, INC. ("<u>Lexington Rubber</u>") (CLASS 17)

RE:    <u>Lexington Precision Corporation, et al., (the "Debtors") Case No. 08-11153 (SCC)</u>

    The Official Committee of Unsecured Creditors (the "<u>Committee</u>") has been appointed as your representative in the Debtors' Chapter 11 cases. The Debtors are seeking to obtain confirmation of their Fourth Amended Joint Plan of Reorganization, dated April 19, 2010 [Docket No. 869] (the "<u>Proposed Plan</u>"). The Debtors seek votes on the Proposed Plan from all holders of Class 17 claims (the "<u>Class 17 Claim Holders</u>") against Lexington Rubber.

    **THE COMMITTEE RECOMMENDS THAT CLASS 17 VOTE <u>AGAINST</u> THE PROPOSED PLAN.**

    Under the Proposed Plan, Class 17 Claim Holders would be entitled to receive either: (i) a cash payment equal to 51% of their Allowed Claims, or (ii) an initial payment equal to 10% of their Allowed Claims, followed by 9 equal quarterly payments of 10.75% of Allowed Claims (the "<u>Proposed Recovery</u>"). Lexington Rubber is a solvent estate and unsecured claims against Lexington Rubber are structurally senior to unsecured claims at Lexington Precision Corporation. **THE COMMITTEE BELIEVES THAT UNDER THE PROPOSED PLAN, THE PROPOSED RECOVERY FOR CLASS 17 CLAIM HOLDERS IS INADEQUATE**

**BECAUSE, AMONG OTHER THINGS, THE INTEREST RATE ON DEFERRED POST EFFECTIVE DATE PAYMENTS TO CLASS 17 IS WOEFULLY INADEQUATE.**

The deadline for receipt of the ballots on the Proposed Plan is **[_____ __]**, 2010. The Committee urges you to vote **AGAINST** the Proposed Plan and submit your ballot so that it is received before **[_____ __]**, 2010.

Should you have any questions about this case, the Proposed Plan or the voting process, please call either Paul N. Silverstein or Jonathan I. Levine at (212) 850-2800, counsel to the Committee at your convenience.

NYC:212892.4