**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                    :        **Chapter 11**
                                          :
**LEXINGTON PRECISION CORP., et al.,**     :        **Case No. 08-11153 (SCC)**
                                          :
                                          :        **(Jointly Administered)**
                           Debtors.        :
-------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On May 25, 2010, I caused true copies of the Official Committee of Unsecured Creditors' Response to Debtors' Omnibus Reply, [Docket # 891], to be filed on CM/ECF and served on the following parties via the method shown: (a) via Electronic Mail, to the Office of the United States Trustee, G.Gasparini@usdoj.gov and Paul.Schwartzberg@usdoj.gov, (Attn. Elisabetta Gasparini and Paul Schwartzberg); (b) via Electronic Mail, to counsel to the Debtors, richard.krasnow@weil.com, adam.strochak@weil.com, and victoria.vron@weil.com (Attn: Richard Krasnow, Adam Strochak, and Victoria Vron); (c) via Electronic Mail, to counsel to Commercial Financial Services 407, LLC, llaukitis@jonesday.com (Attn: Lisa Laukitis); and (d) via ECF, to all parties on the Master Service List filed with this Court.

I certify that the foregoing statement is made by me are true.  I am aware that if the foregoing statement is willfully false, I am subject to punishment.

                              /s/ Abhishek Mathur
                              Abhishek Mathur

Dated: May 25, 2010