ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Abhishek Mathur (AM 1269)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re:**                                          :          **Chapter 11**
                                                    :
**LEXINGTON PRECISION CORP, et al.,**               :          **Case No. 08-11153 (SCC)**
                                                    :
                                                    :
                            **Debtors.**            :
-------------------------------------------------------------x

**WITHDRAWAL OF THE JOINT CHAPTER 11 PLAN AND**
**DISCLOSURE STATEMENT OF UNSECURED CREDITORS,**
**CAPITALSOURCE FINANCE LLC AND CSE MORTGAGE LLC**

The Official Committee of Unsecured Creditors, (the "Committee"), together with CapitalSource Finance LLC and CSE Mortgage LLC, filed (1) the [Proposed] Joint Chapter 11 Plan, on December 16, 2009, as to Lexington Precision Corporation, et. al. (collectively, the "Debtors") [Docket No. 798], and (2) the [Proposed] Disclosure Statement for the Joint Chapter 11 Plan, on December 16, 2009, [Docket No. 799]. The Committee hereby withdraws this plan and proposed disclosure statement without prejudice.

Dated: May 26, 2010
       New York, New York

ANDREWS KURTH LLP


By: /s/ Paul N. Silverstein
    Paul N. Silverstein (PS 5098)
    Jonathan I. Levine (JL 9674)
    Abhishek Mathur (AM 1269)
    450 Lexington Avenue, 15th Floor
    New York, New York 10017
    Telephone:  (212) 850-2800
    Facsimile:  (212) 850-2929

Counsel to the Official Committee of
Unsecured Creditors

2