UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEXINGTON PRECISION CORP., et al.,                             :     Case No. 08- 11153 (SCC)
                                                               :
          Debtors.                                             :     (Jointly Administered)
                                                               :
-----------------------------------------------------------------x   Ref. Docket No. 882

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 21, 2010, I caused to be served the "Preliminary Corporate Monthly Operating Report – April 2010," dated May 20, 2010 [Docket No. 882], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
21st day of May, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LPC\Affidavits\April 2010 MOR_DI_882_AFF_5-21-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN, ESQ. (COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT) 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE 515 PIONEER RD JASPER GA 30143-1225 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152 |
| CHINA AUTO GROUP | 4 MASON STE B IRVINE CA 926182555 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 315 SYRACUSE NY 13209 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE CARTERSVILLE GA 301214283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715 |

| Claim Name | Address Information |
|---|---|
| JONES DAY | ATTN: LISA G. LAUKITIS (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET NEW YORK NY 10017 |
| JONES DAY | ATTN: JENNIFER J. O'NEIL (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET NEW YORK NY 10017 |
| KEATING MUETHING & KLEKAMP, PLL | ATTN: JASON V. STITT (COUNSEL TO: GENERAL CABLE INDUSTRIES, INC.) ONE EAST FOURTH STREET SUITE 1400 CINCINNATI OH 45202 |
| KELLEY & FERRARO, L.L.P. | ATTN: THOMAS M. WILSON, ESQ. 2200 KEY TOWER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732 |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C. | ATTN: MARC N. SWANSON (COUNSEL TO: FORD MOTOR COMPANY) 150 WEST JEFFERSON, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | 22 CORPORATE WOODS BLVD STE 4 ALBANY NY 122112503 |
| NEW YORK STATE SALES TAX | PO BOX 15168 ALBANY NY 122125168 |
| NEW YORK STATE TAX PROCESSING | PO BOX 15168 ALBANY NY 122125168 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER,7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON DEPT. AT 40177 P.O. BOX 40162 ATLANTA GA 31192-0162 |
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH ONE SUGAR CREEK CENTER BLVD. SUITE 920 SUGAR LAND TX 77078 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y9 CANADA |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: JO CHRISTINE REED, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: ROBERT B. MILLNER, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 7800 SEARS TOWER 233 S. WACKER DRIVE CHICAGO IL 60606 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| STEVENS & LEE, P.C. | ATTN: NICHOLAS F. KAJON (COUNSEL TO: LIQUIDITY SOLUTIONS, INC.) 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561 COLUMBUS OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221 |

| Claim Name | Address Information |
|---|---|
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALTER LANSDEN DORTCH & DAVIS, LLP | ATTN: CHRISTOPHER E. SIDERYS, ESQ. & JOHN C. TISHLER, ESQ. (COUNSEL TO: CAPTIALSOURCE FINANCE, LLC) 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5 NEW YORK NY 100176563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ. FRED J. ARNOFF, ESQ. (COUNSEL TO PEPPER PIKE PLACE ASSOCIATES, LLC) THE TOWER AT ERIEVIEW 1301 EAST 9TH STREET, SUITE 1900 CLEVELAND OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |

**Total Creditor count  80**