**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
**In re**                                                       :    Chapter 11 Case No.
                                                                :
**LEXINGTON PRECISION CORP., et al.,**                          :    08-11153 (SCC)
                                                                :
         Debtors.                                               :    (Jointly Administered)
                                                                :
-----------------------------------------------------------------x

### BRIDGE ORDER EXTENDING DEBTORS' USE OF CASH COLLATERAL

Upon the *ex parte* motion (the "**Motion**") by Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (together, the "**Debtors**"), for entry of a bridge order extending the Debtors' use of Cash Collateral[1] upon the terms set forth in the Tenth Cash Collateral Order until such time as the Court rules on the Debtors' Eleventh Cash Collateral Order; and the Prepetition Secured Lenders having consented to the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby

ORDERED that the Debtors' use of Cash Collateral pursuant to the Tenth Cash Collateral Order is hereby extended until such time as the Court enters an order resolving the Debtors' Eleventh Cash Collateral Order.

Dated: May 28, 2010
       New York, New York

                                        /s/Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

US_ACTIVE:\43407832\03\26690.0008