UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEXINGTON PRECISION CORP.**, et al.,                     :    08- 11153 (SCC)
                                                           :
        Debtors.                                           :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x    Ref. Docket Nos. 883 & 884

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 24, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    _____
                                                    Elli Petris

Sworn to before me this
26th day of May, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LPC\Affidavits\Transfers 883 & 884_Aff_5-25-10.doc

# EXHIBIT A

08-11153-scc    Doc 907    Filed 06/01/10    Entered 06/01/10 15:39:19    Main Document
Pg 2 of 8

```
In re                                              | Chapter 11 Case No.
                                                   |
LEXINGTON PRECISION CORP., et al                   | 08-11153 (MG)
                                                   |
            Debtors.                               |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  KEY LASER TECHNOLOGIES
     1669 W. 130TH ST. UNIT #402
     HINCKLEY, OH 44233
```

Please note that your schedule in the above referenced case and in the amount of $779.53 has been transferred **(unless previously expunged by court order)** to:

```
UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: KEY LASER TECHNOLOGIES
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 883    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2010                              Vito Genna, Clerk of Court

                                              /s/ Elli Petris
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2010.

```
In re                                          | Chapter 11 Case No.
                                               |
LEXINGTON PRECISION CORP., et al               | 08-11153 (MG)
                                               |
            Debtors.                           |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  POLYCHEM DISPERSIONS
         16066 INDUSTRIAL PKWY.
         MIDDLEFIELD, OH 44062

Please note that your claim # 59 in the above referenced case and in the amount of
       $518.40 has been transferred **(unless previously expunged by court order)** to:

         UNITED STATES DEBT RECOVERY IV, LLC
         TRANSFEROR: POLYCHEM DISPERSIONS
         940 SOUTHWOOD BL, SUITE 101
         INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 884       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2010                          Vito Genna, Clerk of Court

                                          /s/ Elli Petris
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2010.

# EXHIBIT B

TIME: 11:43:11
DATE: 05/24/10
PAGE: 1

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

| Name | Address |
|---|---|
| KEY LASER TECHNOLOGIES | 1669 W. 130TH ST. UNIT #402 HINCKLEY OH 44233 |
| POLYCHEM DISPERSIONS | 16066 INDUSTRIAL PKWY. MIDDLEFIELD OH 44062 |
| UNITED STATES DEBT RECOVERY IV, LLC | TRANSFEROR: KEY LASER TECHNOLOGIES 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY IV, LLC | TRANSFEROR: POLYCHEM DISPERSIONS 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

LPC 5-24-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153