United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| LEXINGTON RUBBER GROUP INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-11156 |
| Debtor | } Amount **$12,198.48** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**M C SCHROEDER COMPANY**
**405 NORTH PILOT KNOB ROAD**
**DENVER, NC 28037**

The transfer of your claim as shown above in the amount of **$12,198.48** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

497664

TRANSFER NOTICE

M C SCHROEDER COMPANY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Lexington Rubber Group, Inc. ("Debtor"), in the aggregate amount of $12,198.48 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11156.

IN WITNESS WHEREOF, Assignor has signed below as of the ~~7th~~ 28th day of ~~July~~ May, ~~2008~~ 2010.

M C SCHROEDER COMPANY

By: _/s/ Deborah K Schroeder_ (Signature)
Deborah K Schroeder (Print Name and Title) Controller

Kathryn Phillips
Corp Sec / Treasurer

_/s/ Michael Handler_
Michael Handler
Liquidity Solutions Inc

WITNESS: _/s/ Catherine Morrison_
_/s/ Philip N Schroeder_ (Signature)
PHILIP N SCHROEDER (Print Name of Witness)
Catherine Morrison
Accountant

497664