UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
LEXINGTON PRECISION CORP., et al.,      :        08- 11153 (SCC)
                                        :
        Debtors.                        :        (Jointly Administered)
                                        :
-------------------------------------------------------------x        Ref. Docket Nos. 909-911

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On June 9, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Lauren Rodriguez

Sworn to before me this
10 day of June, 2010

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

T:\Clients\LPC\Affidavits\Transfers 909-911_Aff_6-09-10.doc

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEXINGTON PRECISION CORP., *et al.*, | § | Case No. 08-11153-SCC |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     M C SCHROEDER COMPANY
        405 NORTH FILOT KNOB ROAD
        DENVER, NC 28037

Your schedule, in the amount of <u>$12,198.48</u> has been transferred, unless previously expunged by Court Order, to:

        LIQUIDITY SOLUTIONS INC.
        ONE UNIVERSITY PLAZA
        SUITE 312
        HACKENSACK, NJ 07601

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.

Refer to docket number 909 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Elli Petris*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 9, 2010.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEXINGTON PRECISION CORP., *et al.*, | § | Case No. 08-11153-SCC |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     PLUMMER GRAPHICS
        P.O. BOX 680655
        CHARLOTTE, NC 28216

Your schedule, in the amount of <u>$1,617.15</u> has been transferred, unless previously expunged by Court Order, to:

        UNITED STATES DEBT RECOVERY IV LLC
        940 SOUTHWOOD BI, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        ONE BOWLING GREEN
        NEW YORK, NY 10004-1408

        Send a copy of your objection to the transferee.

Refer to docket number 910 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Elli Petris*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 9, 2010.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEXINGTON PRECISION CORP., *et al.*, | § | Case No. 08-11153-SCC |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:     HAGAN KENNINGTON OIL CO
        PO BOX 608
        BESSEMER CITY, NC 280160608

Your claim, in the amount of <u>$2,501.98</u> has been transferred, unless previously expunged by Court Order, to:

        UNITED STATES DEBT RECOVERY V LP
        940 SOUTHWOOD BI, SUITE 101
        INCLINE VILLAGE, NV 89451

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.

Refer to docket number 911 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Elli Petris*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 9, 2010.

**EXHIBIT B**

M C SCHROEDER COMPANY
405 NORTH FILOT KNOB ROAD
DENVER, NC 28037

LIQUIDITY SOLUTIONS INC.
ONE UNIVERSITY PLAZA
SUITE 313
HACKENSACK, NJ 07601

PLUMMER GRAPHICS
P.O. BOX 680655
CHARLOTTE, NC 28216

UNITED STATES DEBT RECOVERY IV LLC
940 SOUTHWOOD BI, SUITE 101
INCLINE VILLAGE, NV 89451

HAGAN KENNINGTON OIL CO
PO BOX 608
BESSEMER CITY, NC 28016-0608

UNITED STATES DEBT RECOVERY V LLC
940 SOUTHWOOD BI, SUITE 101
INCLINE VILLAGE, NV 89451

# EXHIBIT C

LPC 6-09-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153