WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEXINGTON PRECISION CORP., et al.,** | **Case No. 08-11153 (SCC)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF EXTENSION OF USE OF CASH**
**COLLATERAL UNTIL JULY 30, 2010 (TWELFTH EXTENSION)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

In accordance with that certain order, dated June 9, 2010 (the "**Eleventh Cash Collateral Order**"),[1] the use of Cash Collateral[2] by Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**"), as debtors and debtors in possession, is extended through and including July 30, 2010 or until the occurrence of a Termination Event on the same terms and conditions as set forth in the Eleventh Cash Collateral Order.

---

[1] *Stipulation, Agreement and Order Pursuant to Section 11 U.S.C. §§ 105(a), 361, 362, and 363 (I) Authorizing Debtors to Use Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Lenders (Eleventh Extension),*dated June 9, 2010 [Docket No. 913].

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Eleventh Cash Collateral Order.

For purposes of this twelfth extension, the budget through July 30, 2010 is annexed hereto as **Exhibit 1** and the aggregate total of the Debtors' short-term investments and cash available in their Master Operating Account and the DIP Account shall not fall below $1,600,000 for every Friday until July 30, 2010.

Dated: June 22, 2010
New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit 1

**LEXINGTON PRECISION CORPORATION**

**FORECAST OF CASH RECEIPTS, CASH DISBURSEMENTS, AND NET SALES FROM JUNE 7, 2010 THROUGH JULY 30, 2010**
 **(in thousands of dollars)**

| | 11-Jun | 18-Jun | 25-Jun | 2-Jul | 9-Jul | 16-Jul | 23-Jul | 30-Jul |
|---|---|---|---|---|---|---|---|---|
| **Cash receipts** | 1,320 | 1,245 | 1,245 | 1,408 | 1,559 | 1,440 | 1,440 | 1,804 |
| **Cash disbursements:** | | | | | | | | |
| Debt service: | | | | | | | | |
| CapitalSource principal | - | - | - | 269 | - | - | - | - |
| CapitalSource interest | - | - | - | 118 | - | - | - | - |
| CapitalSource miscellaneous fees | - | - | - | 7 | - | - | - | - |
| DIP interest and fees | - | - | - | 33 | - | - | - | - |
| Westfield Bank | - | - | - | - | - | - | - | 71 |
| Lubin, Delano & Co. | - | - | - | 203 | - | - | - | - |
| Payroll and payroll taxes | 271 | 509 | 271 | 510 | 271 | 494 | 271 | 510 |
| Retirement & Savings Plan 401(k) | 14 | 14 | 39 | 14 | 39 | 14 | 39 | 14 |
| Group Medical Care Plan administrative fees | - | 12 | - | - | - | 12 | - | - |
| Reorganization professional fees and expenses | 81 | 112 | 51 | 111 | 158 | 16 | 166 | - |
| DIP legal counsel | - | - | - | - | - | - | - | - |
| Ordinary course professionals | 38 | - | 28 | - | - | - | - | 35 |
| Vendors: | | | | | | | | |
| Dow Corning | 26 | 32 | 25 | 34 | 25 | 36 | 24 | 32 |
| Wacker Silicones | 91 | 154 | 142 | 134 | 183 | 62 | 116 | 124 |
| All other (including capex) | 688 | 498 | 475 | 566 | 658 | 805 | 494 | 439 |
| State of Ohio BWC and UMR health disbursements | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| Commercial Traffic | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Total cash disbursed | 1,265 | 1,387 | 1,087 | 2,055 | 1,390 | 1,495 | 1,166 | 1,281 |
| **Net cash received (used)** | 55 | (142) | 158 | (647) | 169 | (55) | 274 | 523 |
| **Cumulative net cash received (used)** | 55 | (87) | 71 | (576) | (407) | (462) | (188) | 335 |
| **Ending cash balance from prior period** | 2,676 | 2,676 | 2,676 | 2,676 | 2,676 | 2,676 | 2,676 | 2,676 |
| **Net cash available** | 2,731 | 2,589 | 2,747 | 2,100 | 2,269 | 2,214 | 2,488 | 3,011 |
| **Net sales (based on date shipped)** | 1,349 | 1,433 | 1,489 | 1,195 | 758 | 1,557 | 1,690 | 1,690 |
| **Net cumulative sales** | 1,349 | 2,782 | 4,271 | 5,466 | 6,224 | 7,781 | 9,471 | 11,161 |

*Week Ending*