WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEXINGTON PRECISION CORP., <u>et</u> <u>al.</u>,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11153 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF PLAN SUPPLEMENT FOR THE DEBTORS'
FOURTH AMENDED JOINT PLAN OF REORGANIZATION
<u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

In accordance with Section 13.9 of that certain proposed plan of reorganization, dated May 26, 2010 (as it may be further amended, modified, or supplemented, the "**<u>Plan</u>**"),[1] of Lexington Precision Corporation and its debtor subsidiary, Lexington Rubber Group, Inc. (together, the "**<u>Debtors</u>**"), the Debtors have filed the plan supplement for the Plan (the "**<u>Plan Supplement</u>**") containing the following documents:

| Tab | Document | Plan Exhibit or Schedule No. (if applicable) |
|---|---|---|
| A | Charter Amendment (including Terms of New LPC Common Stock) | |

---

[1] *Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010 [Docket No. 894].  Capitalized terms not defined herein shall have the meaning attributed to them in the Plan.

| Tab | Document | Plan Exhibit or Schedule No. (if applicable) |
|---|---|---|
| B | Securityholders Agreement | |
| C | List of Directors and Officers | |
| D | List of Executory Contracts to Be Rejected | Schedule 8.1 |
| E | List of Insurance Policies and Agreements to Be Rejected | Schedule 8.7 |
| F | Restructuring Transactions | |
| G | Stock Purchase Agreement | Exhibit 1.96 |
| H-1 | Revised Summary of Amended and Restated Secured CSE Loan Agreement | |
| H-2 | Revised Summary of Amended and Restated Secured CapitalSource Credit Agreement | |
| I-1 | Revised Amended and Restated Secured CSE Loan Agreement and | Exhibit 1.9 |
| I-2 | Revised Amended and Restated Secured CapitalSource Credit Agreement | Exhibit 1.7 |
| J-1 | Ancillary Documents Related to Amended and Restated Secured CSE Loan Agreement | |
| J-2 | Ancillary Documents Related to Amended and Restated Secured CapitalSource Credit Agreement | |
| K | Management Incentive Plan | |

The Plan Supplement may be inspected at the Office of the Clerk of the United States Bankruptcy Court located at One Bowling Green, New York, New York 10004 during normal business hours and is also available online at http://chapter11.epiqsystems.com/lexington.

Dated: June 22, 2010
New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession