WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEXINGTON PRECISION CORP., <u>et al.</u>,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-11153 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

In accordance with Section 8.1 of that certain proposed plan of reorganization, dated May 26, 2010 (as it may be further amended, modified, or supplemented, the "**Plan**"),[1] of Lexington Precision Corporation and its debtor subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**"), the Debtors propose to assume the executory contracts and unexpired leases listed on **Schedule 1** attached hereto (the "**Assumed Contracts**").  Schedule 1 also lists any proposed cure amounts related to the assumption of the Assumed Contracts.

If you object to the proposed assumption of your contract or lease, you must file a written objection with the United States Bankruptcy Court for the Southern District of New York

---

[1] *Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010 [Docket No. 894].  Capitalized terms not defined herein shall have the meaning attributed to them in the Plan.

and serve the objection on the following parties by **12:00 p.m. (Eastern Daylight Time) on Tuesday, July 13, 2010** (the "**Objection Deadline**"):

*The Debtors*
    Lexington Precision Corporation
    800 Third Ave. 15th Floor
    New York, New York 10023
    Attn: Michael A. Lubin

*The Attorneys for the Debtors*
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue,
    New York, New York 10153
    Attn: Richard P. Krasnow and Victoria Vron

*The Office of the United States Trustee for the Southern District of New York*
    33 Whitehall Street, 21st Floor,
    New York, New York 10004
    Attn: Paul K. Schwartzberg

*The Attorneys for the Secured Lenders*
    Waller, Landsden, Dortch & Davis LLP
    511 Union Street, Suite 2700
    Nashville, Tennessee, 37219
    Attn: John C. Tishler

*The Attorneys for the Committee*
    Andrews Kurth LLP,
    450 Lexington Avenue,
    New York, New York 10017
    Attn: Paul Silverstein and Jonathan I. Levine

*The Attorneys for the Debtors' Postpetition Lenders*
    O'Melveny & Meyers, LLP
    Times Square Tower, 7 Times Square
    New York, New York 10036
    Attn: Gerald Bender

*The Attorneys for the Plan Investor*
    Jones Day
    222 East 41st Street
    New York, New York 10017
    Attn: Lisa Laukitis

If no objections are received by the Objection Deadline, the assumption of your contract or lease shall be authorized, the cure amount set forth on **Schedule 1** shall be final and binding, and you shall be barred from asserting a claim against the Debtors for any amounts in excess of the cure amounts set forth on **Schedule 1**. **If you have any questions about this notice or would like to consensually resolve any issues regarding the assumption of your contract or lease, please contact Marvin Mills at (212) 310-8375 or marvin.mills@weil.com.**

Dated: June 23, 2010
New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Schedule 1

| Assumed Contracts of Lexington Precision Corporation | | |
|---|---|---|
| **Contract/Lease Counterparty** | **Description** | **Cure Amount** |
| CERIDIAN CORPORATION<br>PO BOX 10989<br>NEWARK, NJ 07193 | Service Agreement for Payroll Processing Services | $0.00 |
| EXCELLUS<br>165 COURT ST.<br>ROCHESTER, NY 14647 | Medical Insurance – Blue Choice medical HMO (Rochester, NY Facility) | $0.00 |
| LUBIN, DELANO & COMPANY<br>800 THIRD AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022 | Reimbursement Agreement dated as of February 2007 among Lubin, Delano & Company, a New York general partnership, Lexington Precision Corporation, a Delaware corporation, Lexington Rubber Group, Inc., a Delaware corporation and a subsidiary of LPC, Warren Delano Jr. and Michael A. Lubin | $0.00 |
| PITNEY BOWES CREDIT CORPORATION<br>802 MAIN ST<br>BRIDGEPORT, CT 06604 | Equipment Lease Agreement of 3x Postage Meters, including Equipment Maintenance and Software Maintenance (Rochester, NY Facility) | $0.00 |
| PREFERRED CARE<br>259 MONROE AVE.<br>ROCHESTER, NY 14607 | Medical Insurance – medical HMO (Rochester, NY Facility) | $0.00 |
| PREMIER LAKEWOOD, INC.<br>201 WINCHESTER ROAD<br>LAKEWOOD, NY 14750 | Non-residential lease agreement whereby Lexington Precision Corporation is the lessor of the property and Premier Lakewood, Inc. is the lessee. | $0.00 |
| RELIANCE STANDARD LIFE INSURANCE CO.<br>PO BOX 3124<br>SOUTHEASTERN, PA 19398-3124 | Long-Term Disability, Life Insurance, AD&D, and Supplemental Life Insurance | $0.00 |
| SECURITY MUTUAL LIFE<br>P.O BOX 1625<br>BINGHAMTON, NY 13902-1625 | Short-Term Disability Insurance (Rochester, NY Facility) | $0.00 |
| SECURITY MUTUAL LIFE<br>P.O BOX 1625<br>BINGHAMTON, NY 13902-1625 | Long-Term Disability and Supplemental Life Insurance (Rochester, NY Facility) | $0.00 |
| UNITED MEDICAL RESOURCES<br>PO BOX 14631<br>CINCINNATI, OH 45214 | Third-party administrator for the Lexington Precision Corporation Group Medical Care Plan | $0.00 |

| Assumed Contracts of Lexington Precision Corporation | | |
|---|---|---|
| **Contract/Lease Counterparty** | **Description** | **Cure Amount** |
| VISION SERVICE PLANS<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3399 | Vision Insurance | $0.00 |

| Assumed Contracts of Lexington Rubber Group, Inc. | | |
|---|---|---|
| **Contract/Lease Counterparty** | **Description** | **Cure Amount** |
| ARAMARK<br>4625 RESOURCE DRIVE<br>CHATTANOOGA, TN 37416 | Service agreement for uniforms | $2,365.31 |
| LINDE GAS LLC<br>6055 ROCKSIDE WOODS BLVD.<br>INDEPENDENCE, OH 44131-2329 | Purchasing agreement for liquid nitrogen | $0.00 |
| RELIANCE STANDARD LIFE INSURANCE CO.<br>PO BOX 3124<br>SOUTHEASTERN, PA 19398-3124 | Long-Term Disability, Life Insurance, AD&D, and Supplemental Life Insurance | $0.00 |
| UNITED MEDICAL RESOURCES<br>PO BOX 14631<br>CINCINNATI, OH 45214 | Third-Party administrator for the Lexington Precision Corporation Group Medical Care Plan | $0.00 |
| VISION SERVICE PLANS<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3399 | Vision Insurance | $0.00 |