UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :    08- 11153 (SCC)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x    Ref. Docket No. 917

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   On June 22, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

   3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          _____
                                                                   Elli Petris

Sworn to before me this
23rd day of June, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LPC\Affidavits\Transfer 917_Aff_6-22-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEXINGTON PRECISION CORP., *et al.*, | § | Case No. 08-11153-SCC |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2) OR (4)

To:   HURON TECHNOLOGIES, INC.
      415 INDUSTRIAL DRIVE
      LESLIE, MI 49251-0537


Your claim, in the amount of $616.76 has been transferred, unless previously expunged by Court Order, to:

UNITED STATES DEBT RECOVERY IV LLC
940 SOUTHWOOD BI, SUITE 101
INCLINE VILLAGE, NV 89451


No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Send a copy of your objection to the transferee.

Refer to docket number 917 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


/s/ Elli Petris
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 22, 2010.

# EXHIBIT B

| | |
|---|---|
| HURON TECHNOLOGIES, INC.<br>415 INDUSTRIAL DRIVE<br>LESLIE, MI 49251-0537 | UNITED STATES DEBT RECOVERY IV LLC<br>940 SOUTHWOOD BI, SUITE 101<br>INCLINE VILLAGE, NV 89451 |

# EXHIBIT C

LPC 6-22-10

WEIL, GOTSHAL & MANGES LLP
ATTN: DUKE AMPONSAH
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153