UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                                              Case No. 08-11153-SEC

LEXINGTON PRECISION CORPORATION,                                    Chapter 11

Debtor(s).                                                          Honorable Shelley C. Chapman
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

TO: Clerk of the Court                    Richard P. Krasnow
    US Bankruptcy Court                   Weil, Gotshal & Manges, LLP
    One Bowling Green, Room 534           767 Fifth Ave.
    New York, NY 10004                    New York NY 10153

                                          Epiq Bankruptcy Solutions, LLC
                                          757 Third Avenue, 3rd Floor
                                          New York, NY 10017

   PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Juandisha M. Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

   Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                          MICHAEL A. COX
                                          Attorney General


                                          /s/ Juandisha M. Harris
                                          Juandisha M. Harris (P62978)
                                          Assistant Attorney General
                                          Cadillac Place, Ste. 10-200
                                          3030 W. Grand Blvd.
                                          Detroit, MI 48202
                                          Telephone: (313) 456-0140
                                          E-Mail: harrisjm@michigan.gov

Dated: June 30, 2010