UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                                        Case No. 08-11153-SEC

LEXINGTON PRECISION CORPORATION,                              Chapter 11

        Debtor(s).                                             Honorable Shelley C. Chapman

_____/

## PROOF OF SERVICE

The undersigned certifies that on June 30, 2010, a copy of the Notice of Appearance, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Richard P Krasnow  
Weil, Gotshal & Manges, LLP  
767 Fifth Ave.  
New York NY  10153

Epiq Bankruptcy Solutions, LLC Claims Agent  
Grand Central Station  
P.O. Box 4613  
New York, NY  10163

/s/ *Michael Holcomb*  
Michael Holcomb  
Legal Secretary  
Juandisha M. Harris  (P62978)  
Cadillac Place, Ste. 10-200  
3030 W. Grand Blvd.  
Detroit, MI  48202  
Telephone:  (313) 456-0140  
E-mail:  harrisjm@michigan.gov

Dated:  June 30, 2010