Gayle P. Ehrlich (GE 6649)
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Telecopier: (617) 338-2880, 2883

*Counsel to Wilmington Trust Company
in its capacity as Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                                     :
In re                                                :
                                                     :   Chapter 11
LEXINGTON PRECISION CORP.,                           :
et al.                                               :   Case No. 08-11153(SCC)
                                                     :
          Debtors.                                   :   (Jointly Administered)
_____x

### CERTIFICATE OF SERVICE

I, Gayle P. Ehrlich, hereby certify that on this 2nd day of July, 2010, I caused copies of the *LIMITED OBJECTION OF WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE, TO CONFIRMATION OF THE DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION, AS AMENDED* to be served upon the parties listed on **Exhibit A** hereto.

Dated: July 2, 2010            /s/Gayle P. Ehrlich
Boston, MA                     Gayle P. Ehrlich (6649)
                               SULLIVAN & WORCESTER LLP
                               One Post Office Square
                               Boston, Massachusetts 02109
                               Telephone: (617) 338-2800
                               Telecopier: (617) 338-2880, 2883

{B1125661; 2}

# EXHIBIT A

*The Debtors* (Via US Mail)

Lexington Precision Corporation
800 Third Ave., 15th Floor
New York, New York 10023
Attn: Michael A. Lubin

*The Office of the United States Trustee of The Southern District of New York*
(Via E-mail)

33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Paul K. Schwarzberg
Paul.Schwartzberg@usdoj.gov

*The Attorneys for the Committee*
(Via E-mail)

Andrews Kurth LLP
450 Lexington Avenue
New York, New York 10017
Attn: Paul Silverstein and Jonathan I. Levine
paulsilverstein@andrewskurth.com
jonathanlevine@andrewskurth.com

*The Attorneys for the Plan Investor*
(Via E-Mail)

Jones Day
222 East 41st Street
New York, New York 10017
Attn: Lisa Laukitis
llaukitis@jonesday.com

*The Attorneys for the Debtors* (Via E-mail)

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow and Victoria Vron
richard.krasnow@weil.com
victoria.vron@weil.com

*The Attorneys for the Secured Lenders*
(Via E-Mail)

Waller, Landsden, Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Attn: John C. Tishler
John.tishler@wallerlaw.com

*The Attorneys for the Debtors' Postpetition Lenders* (Via E-Mail)

O'Melveny & Meyers, LLP
Times Square Tower, 7 Times Square
New York, New York 10036
Attn: Gerald Bender
gbender@omm.com

{B1125661; 2}               2