UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                             :       Chapter 11 Case No.
                                                  :
LEXINGTON PRECISION CORP., et al.,                :       Case No. 08- 11153 (SCC)
                                                  :
            Debtors.                              :       (Jointly Administered)
                                                  :
---------------------------------------------------------------x       Ref. Docket No. 920

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRITTANY WHALEN, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2010, I caused to be served the "Notice of Plan Supplement for the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified," dated June 22, 2010 [Docket No. 920], (the "Notice"), by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. Additionally, on June 23, 2010, I caused to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees"), identified on the attached Exhibit B, sufficient copies of the Notice, as well as a Memorandum, annexed hereto as Exhibit C, instructing the Nominees to distribute Notice to the beneficial owners of the Debtors' public securities referenced in the Memorandum.

_/s/ Brittany Whalen_
Brittany Whalen

Sworn to before me this
25th day of June, 2010

_/s/_
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LPC\Affidavits\Ntc of Plan Supp for 4th Amd Joint Plan_DI_920_Aff_6-24-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN, ESQ. (COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT) 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998 |
| BURNT MOUNTAIN CENTER, INC | ATTN:KIM HYDE 515 PIONEER RD JASPER GA 30143-1225 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152 |
| CHINA AUTO GROUP | 4 MASON STE B IRVINE CA 926182555 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION P.O. BOX 1945 MORRISTOWN NJ 07962-1945 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 315 SYRACUSE NY 13209 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE CARTERSVILLE GA 301214283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNATIONAL UNION OF ELECTRONIC,ELECTRICAL | MACHINE AND FURNITURE WORKERS, AFL-CIO, SALARIED, ATTN:KEN REAM 111 WHITEHEAD LANE, SUITE #2 MONROEVILLE PA 15146-2715 |

| Claim Name | Address Information |
|---|---|
| JONES DAY | ATTN: LISA G. LAUKITIS (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET NEW YORK NY 10017 |
| JONES DAY | ATTN: JENNIFER J. O'NEIL (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET NEW YORK NY 10017 |
| KEATING MUETHING & KLEKAMP, PLL | ATTN: JASON V. STITT (COUNSEL TO: GENERAL CABLE INDUSTRIES, INC.) ONE EAST FOURTH STREET SUITE 1400 CINCINNATI OH 45202 |
| KELLEY & FERRARO, L.L.P. | ATTN: THOMAS M. WILSON, ESQ. 2200 KEY TOWER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732 |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C. | ATTN: MARC N. SWANSON (COUNSEL TO: FORD MOTOR COMPANY) 150 WEST JEFFERSON, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | 22 CORPORATE WOODS BLVD STE 4 ALBANY NY 122112503 |
| NEW YORK STATE SALES TAX | PO BOX 15168 ALBANY NY 122125168 |
| NEW YORK STATE TAX PROCESSING | PO BOX 15168 ALBANY NY 122125168 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER,7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON DEPT. AT 40177 P.O. BOX 40162 ATLANTA GA 31192-0162 |
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH ONE SUGAR CREEK CENTER BLVD. SUITE 920 SUGAR LAND TX 77078 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y9 CANADA |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: JO CHRISTINE REED, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: ROBERT B. MILLNER, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 7800 SEARS TOWER 233 S. WACKER DRIVE CHICAGO IL 60606 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| STEVENS & LEE, P.C. | ATTN: NICHOLAS F. KAJON (COUNSEL TO: LIQUIDITY SOLUTIONS, INC.) 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561 COLUMBUS OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221 |

| Claim Name | Address Information |
|---|---|
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALTER LANSDEN DORTCH & DAVIS, LLP | ATTN: CHRISTOPHER E. SIDERYS, ESQ. & JOHN C. TISHLER, ESQ. (COUNSEL TO: CAPTIALSOURCE FINANCE, LLC) 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5 NEW YORK NY 100176563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ. FRED J. ARNOFF, ESQ. (COUNSEL TO PEPPER PIKE PLACE ASSOCIATES, LLC) THE TOWER AT ERIEVIEW 1301 EAST 9TH STREET, SUITE 1900 CLEVELAND OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |

**Total Creditor count  80**

| Claim Name | Address Information |
| --- | --- |
| A QUALITY CLEANERS | PO BOX 9627 CANTON OH 44711 |
| ADVANCED DISPOSAL SERVICES | ATL NORTH P.O. BOX 439 CUMMING GA 30130 |
| ADVANTAGE ENGINEERING INC | P O BOX 407 525 EAST STOP 18 RD GREENWOOD IN 46142 |
| AIR GAS | 5933 MABLETON PKWY SW MABLETON GA 301263403 |
| AIRGAS GREAT LAKES | 1055 N MERIDIAN RD YOUNGSTOWN OH 445091016 |
| AIRGAS NATIONAL WELDERS | P O BOX 31007 CHARLOTTE NC 28231 |
| AKROCHEM CORPORATION | 255 FOUNTAIN STREET AKRON OH 44304 |
| AKRON INDUSTRIAL SUPPLY CO, INC | 2527 MOGADORE ROAD AKRON OH 44312 |
| AKZO NOBEL POLYMERS CHEMICALS LLC | ATTN MARK FILIPPINI CREDIT AND ACCOUNTS RECEIVABLES MANAGER 525 WEST VAN BUREN ST CHICAGO IL 60607 |
| ALLIED WASTE SERVICES # 742 | P. O. BOX 9001099 LOUISVILLE KY 40290-1099 |
| AMERIGAS | 5877 OLD HIGHWAY 5 SOUTH TALKING ROCK GA 30175 |
| ANODIZING SPECIALISTS INC | ATTN: DAVID A. PECJAK 7547 TYLER BLVD MENTOR OH 44060-4869 |
| APPLIED INDUSTRIAL TECH. - DIXIE, INC. | ATTN: BETH ARVAI ONE APPLIED PLAZA EAST 36TH STREET & EUCLID AVE. CLEVELAND OH 44115-5056 |
| ARAMARK | 4625 RESOURCE DRIVE CHATTANOOGA TN 37416 |
| ARNOLD INDUSTRIAL EQUIPMENT | 1025 MT READ BLVD. ROCHESTER NY 14606 |
| ASSOCIATED SPRING | BARNES GROUP, INC. 434 WEST EDGERTON AVENUE MILWAUKEE WI 53207 |
| B & R BUILDERS, INC. | P.O. BOX 543 675 SOUTH MAIN STREET ELLIJAY GA 30540 |
| B & T PLOWING | 795 BEAHAN RD STE 2 ROCHESTER NY 146243550 |
| B.R.B INTERNATIONAL B.V. | BRANSKAMP 10 ITTERVOORT 6014 NLD |
| BELMONT EQUIPMENT CO. | 32055 EDWARD AVE. MADISON HEIGHTS MI 48071-1495 |
| BISHOP WISE CARVER CORP. | 2104 MARTIN WAY PITTSBURG CA 94565-5027 |
| BLICK TOOL & DIE, INC. | 117 E. FRONT ST. DOVER OH 44622 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: TWIST, INC. ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |
| BRAME SPECIALTY CO. INC. | P. O. BOX 271 DURHAM NC 27702 |
| BRAME SPECIALTY CO. INC. | 222 E. 28TH STREET CHARLOTTE NC 28206 |
| BRB INTERNATIONAL B.V. | ATRADIUS COLLECTION, INC. 1200 ARLINGTON HEIGHTS ROAD SUITE 410 ITASCA IL 60143 |
| BRYANT SUPPLY | P. O. BOX 281002 ATLANTA GA 30384-1002 |
| BUCK CONSULTANTS, LLC | DEPT. CH 14061 PALATINE IL 60055-4061 |
| BURGESS PIGMENT COMPANY | P. O. BOX 349 SANDERSVILLE GA 31082 |
| CANNET INTERNET SERVICES | PO BOX 36696 CANTON OH 44735-6696 |
| CANTON ERECTORS INC | 2009 QUIMBY AVENUE S.W. CANTON OH 44706 |
| CAPITALSOURCE FINANCE LLC (AS AGENT) | JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS, LLP 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| CAROLINA BRUSH | PO BOX 2469 GASTONIA NC 28053 |
| CAROLINA ELECTRICAL SUPPLY | ROCK HILL INDUSTRIAL PARK 356 MT GALLANT RD ROCK HILL SC 29730 |
| CATTARAUGUS CONTAINER, INC. | 21-23 ELM STREET P.O. BOX 174 FRANKLINVILLE NY 14737-0174 |
| CCH | 20101 HAMILTON AVE STE 200 TORRANCE CA 905021371 |
| CDW | 200 NORTH MILWAUKEE AVENUE VERNON HILLS IL 60061 |
| CENTENNIAL CARBIDE | ATTN: WILLIAM FLEMING 7649 OLD CENTRAL AVE. NE SUITE A FRIDLEY MN 55432 |
| CHANNEL PRIME ALLIANCE | 800 CONNECTICUT AVENUE NORWALK CT 06854-1631 |
| CHARMILLES TECHNOLOGIES CORP | 560 BOND STREET LINCOLNSHIRE IL 60069-4224 |
| CHASE BRASS & COPPER CO. INC | P.O. BOX 152 MONTPELIER OH 43543-0152 |
| CINTAS CORP. #200 | 6300 HARRIS TECHNOLOGY BLVD. CHARLOTTE NC 28269 |
| CINTAS CORP./SUPPLIES | 333 WEST MAIN STREET ROCHESTER NY 14608 |
| CITY OF ROCK HILL | PO BOX 11646 ROCK HILL SC 29731 |
| CITY OF ROCK HILL | ATTN COLLECTIONS 155 JOHNSTON ST ROCK HILL SC 29731 |

| Claim Name | Address Information |
|---|---|
| CLARK-MCKIBBEN SAFETY | PRODUCTS INC 2001 HAMPTON ROAD ERIE PA 16502 |
| CLEARY DEVELOPMENTS, INC. | DBA BELMONT EQUIPMENT & TECHNOLOGIES 32055 EDWARD AVENUE ATTN: L.J. IANITELLI, CEO MADISON HEIGHTS MI 48071 |
| COMMERCE & INDUSTRY INSURANCE CO., ET AL | AIG BANKRUPTCY COLLECTIONS DAVID A. LEVIN 70 PINE STREET, 28TH FLOOR NEW YORK NY 10270 |
| COPPER & BRASS SALES | 5755 GRANT AVE CLEVELAND OH 44105 |
| CROWLEY TOOL COMPANY | 190 MOLLY WALTON DRIVE HENDERSONVILLE TN 37075 |
| CSC PARTNERSHIP | ATTN JOSEPH CAPLEA PO BOX 357 GREENTOWN OH 44630-0357 |
| CSE MORTGAGE LLC, AS TERM AGENT | JOHN C. TISHLER, ESQ. WALLER LANSDEN DORTCH & DAVIS, LLP 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| DALTON BEARING SERVICE, INC. | 494 RICHARDSON ROAD CALHOUN GA 30701 |
| DALTON BOX | 612 EAST CALLAHAN ROAD DALTON GA 30721 |
| DAMON INDUSTRIES, INC | PO BOX 2120 ALLIANCE OH 44601 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: MENEGAY MACHINE & TOOL CO ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: SIEWERT EQUIPMENT CO., INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: UNITED MECHANICAL ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: BUSCH, INC. ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: HORIZON SOLUTIONS LLC ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DIAMOND METALS | 4635 WEST 160TH ST CLEVELAND OH 44135 |
| DOMINION EAST OHIO | PO BOX 26785 RICHMOND VA 23261-6785 |
| DOMINION EAST OHIO GAS | ATTN: REVENUE RECOVERY – 18TH FLOOR P.O. BOX 26666 RICHMOND VA 23261 |
| DOW CORNING STI | PO BOX 905191 CHARLOTTE NC 28290 |
| DOW CORNING STI | 111 S. PROCESS DR. E KENDALVILLE IN 46755-3268 |
| DOW CORNING STI | C/O ANGELA M. COLE, ESQ. DOW CORNING CORPORATION 2200 W. SALZBURG ROAD, C01222 MIDLAND MI 48640 |
| E&R INDUSTRIAL SALES | DRAWER #5793 PO BOX 79001 DETROIT MI 48279-5793 |
| EASTERN MACHINERY MOVERS | & ERECTORS,INC. 1555 ROSWELL ROAD P.O. BOX 645 MARIETTA GA 30061 |
| EIC, INC. | ATTN: GERALD T. GREEN JR. 1930 AIRPORT IND'L PK. DR. SUITE H MARIETTA GA 30060 |
| ELITE SOLUTIONS | ATTN: JAMES D. MILLER 200 CR 565 PO BOX 496 RIPLEY MS 38663 |
| EMPIRE TOOL COMPANY | 11500 LAMBS ROAD MEMPHIS TN 48041 |
| ENCORE SYSTEMS | 3593 MEDINA RD SUITE #129 MEDINA OH 44256 |
| ENERGETIX, INC. | ATTN: SHAUNA FISKE 81 STATE STREET STEPHENS SQUARE 5TH FL BINGHAMTON NY 13901 |
| ENVIRONMENTAL PRODUCTS AND | SERVICES OF VERMONT ERIC H. LINDENMAN 100 WALL STREET NEW YORK NY 10005 |
| EQUITY TRUST CO FBO DAVID FISHER IRA | TRANSFEROR: WACKER CHEMICAL CORP. 225 BURNS ROAD ELYRIA OH 44035 |
| EQUITY TRUST COMPANY CUSTODIAN FBO | DAVID FISHEL IRA AS ASSIGNEE OF EARLE M. JORGENSEN CO ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| ESTATE OF JOSEPH MAYO AND JOYCE MAYO,THE | SURVIVING SPOUSE C/O 11221 PEARL ROAD STRONGSVILLE OH 44136 |
| ETC COMMUNICATIONS, L.L.C. | 224 DALTON STREET P.O. BOX O ELLIJAY GA 30540 |
| EZ-KOTE, INC. | ATTN: PATRICIA STEPHENS 224 BROWN INDUSTRIAL PARKWAY SUITE 104 CANTON GA 30114 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: AUDIO VIDEO SUPPLY 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |

| Claim Name | Address Information |
|---|---|
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC | 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF | GAYSON SDI 875 AVENUE OF THE AMERICAS, SUITE 2305 NEW YORK NY 10001 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF | RE CONDUIT COMPANY INC 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF | GAYSON SDI 1841 BROADWAY RM 1007 NEW YORK NY 100237649 |
| FAST LANE ENTERPRISES, INC. | 6006 HOLLOW DRIVE WOODSTOCK GA 30189 |
| FIVE STAR TOOL COMPANY, INC. | 125 ELMGROVE PARK ROCHESTER NY 146241359 |
| FLOW POLYMERS, INC. | P. O. BOX 714185 COLUMBUS OH 43271 |
| FLOW POLYMERS, INC. | ATTN MARTY EBLE 12819 COLT RD. CLEVELAND OH 44108 |
| FRANKLYNN INDUSTRIES INC, | 39364 TREASURY CENTER CHICAGO IL 60694-9300 |
| GENERAL CABLE | 3101 PLEASANT VALLEY BOULEVARD ALTOONA PA 16003 |
| GENERAL CABLE INDUSTRIES, INC. | ATTN: ANTONY WOOD 4 TESSENEER DRIVE HIGHLAND HEIGHTS KY 41076 |
| GENERAL EXTRUSION | P.O. BOX 3460 YOUNGSTOWN OH 44513 |
| GENESEE MANUFACTURING CO. | 566 HOLLENBECK STREET ROCHESTER NY 14621 |
| GEORGIA NATURAL GAS | 2015 VAUGHN RD NW STE 150 KENNESAW GA 301447803 |
| GEORGIA POWER COMPANY | 96 ANNEX ROAD ATLANTA GA 30396 |
| GOLD KEY PROCESSING, LTD. | 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOLDSMITH & EGGLETON, INC | 300 FIRST ST WADSWORTH OH 44281 |
| GOODYEAR TIRE & RUBBER CO | REFERENCE: 4079 P. O. BOX 100605 ATLANTA GA 30384-0605 |
| GOSIGER MACHINE TOOLS | PO BOX 712288 CINCINNATI OH 45271-2288 |
| GOSIGER, INC. | PO BOX 712288 CINCINNATI OH 45271 |
| H & D EAVES MACHINE CO | ATTN: HOWARD EAVES PO BOX 856 BESSEMER CITY NC 28016 |
| HAGAN KENNINGTON OIL CO | PO BOX 608 BESSEMER CITY NC 280160608 |
| HAINCO, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD ATTN: GANNA LIBERCHUCK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HAINCO, LLC | TRANSFEROR: EVONIK DEGUSSA CORPORATION ATTN: GANNA LIBERCHUCK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HAINCO, LLC AS ASSIGNEE OF | EVONIK DEGUSSA CORPORATION 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HALLSTAR COMPANY | 1331 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| HANES CONVERTING CO | PO BOX 457 CONOVER NC 28613-0457 |
| HARDINGE INC | PO BOX 1507 ELMIRA NY 14902-1507 |
| HARRISON IND SUPPLY, INC | P.O. BOX 67 EAST SYRACUSE NY 13057-0067 |
| HARWICK STANDARD | DISTRIBUTING CORPORATION 60 S. SEIBERLING STREET P.O. BOX 9360 AKRON OH 44305-0360 |
| HI-TECH PLATING | 1015 WEST 18TH ST. ERIE PA 16502 |
| HOME INSURANCE CO. IN LIQUIDATION, THE | KAREN TISDELL 55 SOUTH COMMERCIAL STREET MANCHESTER NH 03101 |
| HUGHES HITECH, LLC | 9685 MAIN STREET CLARENCE NY 14031 |
| HYDRAULIC CONNECTIONS, INC | 2848 INTERSTATE PKWY BRUNSWICK OH 44212 |
| IKON FINANCIAL SERVICES | BANKRUPTCY ADMINISTRATION P.O. BOX 13708 MACON GA 31208 |
| IKON OFFICE SOLUTIONS | GREAT LAKES DISTRICT P O BOX 802558 CHICAGO IL 60680-2558 |
| IMR TEST LABS INC. | 131 WOODSEDGE DRIVE LANSING BUS & TECH PARK LANSING NY 14882 |
| INDUSTRIAL PACKAGING SUPPLIES | P.O. BOX 2009 FOUNTAIN INN SC 29644 |
| INDUSTRIAL SUPPLY SOLUTION | P. O. BOX 798012 ST. LOUIS MO 63179-8000 |
| INTER-LAKES | 17480 MALYN BLVD FRASER MI 48026 |
| INTERNATIONAL MOLD STEEL, INC | 6796 POWERLINE DRIVE FLORENCE KY 41042 |
| INTERSTATE WELDING & | STEEL SUPPLY, INC. P.O. BOX 1112 MURPHY NC 28906 |
| INTERSTATE WELDING AND STEEL SUPPLY | PO BOX 1112 ATTN: GREGORY E BRADSHAW, OFFICE MANAGER MURPHY NC 28906 |
| J & L INDUSTRIAL SUPPLY | 1020 SOLUTIONS CENTER CHICAGO IL 60677 |
| KELLER RIGGING & CONST | 1247 EASTWOOD AVE. TALLMADGE OH 44278 |

LEXINGTON PRECISION CORPORATION
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KELLEY & FERRARO, LLP FOR CREDITORS | LISTED ON EXHIBIT A TO CLAIM C/O THOMAS M. WILSON 127 PUBLIC SQUARE, SUITE 2200 KEY TOWER CLEVELAND OH 44114 |
| KENCO PLASTICS, INC. | P.O. BOX 364 LA PORTE IN 46352 |
| KENNETH I. GREENSTEIN | 18 SHETLAND COURT EAST HAMPTON NY 11937 |
| KEYSTON PROFILES, LTD. | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP ATTN KARI B CONIGLIO 200 PUBLIC SQUARE, SUITE 2300 CLEVELAND OH 44114-2378 |
| KINGS GRAVE ROAD | STORAGE/WAREHOUSE ATTN: ANDREW D. SHOLOGA PO BOX 68 CORTLAND OH 44410 |
| L.A. TOOL & SUPPLY CO., JEFFREY SHIRKMAN | PO BOX 26277 AKRON OH 44319 |
| LAIRD PLASTICS | PO BOX 751298 CHARLOTTE NC 28275-1298 |
| LAUREL STEEL | 5400 HARVESTER ROAD BURLINGTON ON L7R3Y8 CANADA |
| LINTECH INTERNATIONAL | P.O. BOX 10225 MACON GA 31297 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | RONDY & CO INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | DISPERSION TECHNOLOGY INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | SIGNATURE ALUMINUM ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | KENCO TOYOTA LIFT ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | CONTAINER SERVICE CORP ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | S&S INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | CHEMETALL OAKITE PRODUCTS ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | GRAYBAR ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | LAKEWOOD AUTOMATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | H&C TOOL SUPPLY CO ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | PREFERRED ACQUISITION CO LLC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | TECH PRO, INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | SOLAR ATMOSPHERES, INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | PIEDMONT PLASTICS, INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | PREFERRED RUBBER ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC AS ASSIGNEE OF | CHINA AUTO GROUP ONE UNIVERSITY PLAZA, STE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ASSOCIATED SPRING BARNES GRP D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ULINE, INC. D/B/A REVENUE MANAGEMENT ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: OSBORN INTERNATIONAL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BOULTER INDUSTRIAL ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIVINGSTON & HAVEN, LLC | P. O. BOX 890218 CHARLOTTE NC 28289-0218 |
| LONE STAR QUALITY SERVICES | 11372 W US HIGHWAY 90 LOT 80 DEL RIO TX 788403449 |
| LYDEY AUTOMATION | 1650 INDIAN WOOD CIRCLE SUITE 900 MAUMEE OH 43537 |
| M C SCHROEDER COMPANY | 405 NORTH PILOT KNOB ROAD DENVER NC 28037 |
| MARTINS FERRY GLOVE | P. O. BOX 503 MARTINS FERRY OH 43935 |
| MAZUR & KITTEL, PLLC, FOR ASBESTOS | CLAIMANTS LISTED ON EXHIBIT A TO CLAIM 30665 NORTHWESTERN HIGHWAY, SUITE 30665 FARMINGTON MI 48334 |
| MC MASTER-CARR SUPPLY CO. | 200 AURORA IND. PARKWAY AURORA OH 44202 |
| MC MASTER-CARR SUPPLY CO. | P.O. BOX 740100 ATLANTA GA 30374-0100 |
| MC MASTER-CARR SUPPLY CO. | P O BOX 7690 CHICAGO IL 60680-7690 |
| MCMASTER-CARR | ATTN TINA DAVIDSON 200 AURORA INDUSTRIAL PARKWAY AURORA OH 44202 |
| MOMENTIVE PERFORMANCE | ATTN: JANELLE WENDORF 260 HUDSON RIVER ROAD WATERFORD NY 12188 |
| MSC INDUSTRIAL SUPPLY | 6700 DISCOVERY BOULEVARD MABELTON GA 30059 |
| MSC INDUSTRIAL SUPPLY | DEPT CH 0075 PALANTINE IL 60055-0075 |

| Claim Name | Address Information |
| --- | --- |
| MSC INDUSTRIAL SUPPLY COMPANY | 75 MAXESS ROAD ATTN: DAISY WALROND MELVILLE NY 11747 |
| MURPHY & NOLAN, INC. | P.O. BOX 6689 SYRACUSE NY 13217 |
| N-D TOOL GRINDING, INC. | 325 MT. READ BOULEVARD ROCHESTER NY 14611 |
| NATIONAL INSTRUMENTS CORP | ATTN: LAURA X. HUNSAKER 11500 MOPAC EXPRESSWAY AUSTIN TX 78759-3504 |
| NIAGARA LUBRICANT CO., INC. | 164 CHANDLER STREET P.O. BOX 369 BUFFALO NY 14207 |
| NOVA MACHINARY | 22720 WOODWARD AVE. PO BOX 20400 FERDALE MI |
| NUSIL SILICONE TECHNOLOGY | 1050 CINDY LANE CARPINTERIA CA 93013 |
| NUSIL TECHNOLOGY LLC | 1050 CINDY LANE CARPINTERIA CA 93013 |
| OHIO EDISON COMPANY | BANKRUPTCY DEPT 6896 MILLER RD RM 204 BRECKSVILLE OH 44141 |
| OHIO EDISON COMPANY | P. O. BOX 3637 AKRON OH 44309-3637 |
| OHIO EDISON COMPANY | 1910 W MARKET ST AKRON OH 44313 |
| ORTON INDUSTRIES | P.O. BOX 2648 3180 REPS MILLER ROAD SUITE 200 NORCROSS GA 30091-2648 |
| OSBORN INTERNATIONAL | 5401 HAMILTON AVENUE CLEVELAND OH 44114-3997 |
| OSS CO | 2592 ELM ROAD NE WARREN OH 44483 |
| OXCO, INC. | P.O. BOX 33462 CHARLOTTE NC 28233 |
| P P G INDUSTRIES INC | DEPT AT 40177 ATLANTA GA 31192 |
| PALLET EXPRESS, INC. | 2365 SOUTH UNION STREET SPENCERPORT NY 14559 |
| PALLET ONE | POST OFFICE BOX 363 HIGHWAY 415 SMARR GA 31086 |
| PATTON'S INC | 3201 SOUTH BLVD CHARLOTTE NC 28209 |
| PATTONS INC | P O BOX 63128 CHARLOTTE NC 28263-3128 |
| PERKIN ELMER LIFE & ANALYTICA | 710 BRIDGEPORT AVE. SHELTON CT 06484-4794 |
| PERKINELMER LIFE & ANALYTICA | 13633 COLLECTIONS CENTER DR. CHICAGO IL 60693-3685 |
| POLYMER PACKAGING INC | P O BOX 74640 CLEVELAND OH 44194-4640 |
| POLYMER PACKAGING, INC. | ATTN JEFFREY S DAVIS 8333 NAVARRE RD SE MASSILLON OH 44646 |
| POLYMER VALLEY | CHEMICALS, INC. 1872 AKRON-PENNINSULA ROAD AKRON OH 44313-9100 |
| POWELL ELECTRONICS | 6767 MADISON PIKE, N.W. SUITE 100 HUNSVILLE AL 35806 |
| POWER DRIVES INC. | 640 NORTH WINTON ROAD ROCHESTER NY 14609 |
| POWER SYSTEMS, INC. | ATTN: PATRICIA FREE PO BOX 525 ALPHARETTA GA 30009-0525 |
| PRATT INDUSTRIES-STATESVILLE | P. O. BOX 933912 ATLANTA GA 31193-3912 |
| PRIME TECH SALES, INC. | 35 REGENCY OAKS BLVD ROCHESTER NY 146245902 |
| PROCESS OILS, INC. | WILLIAM F HARMEYER WILLIAM F HARMEYER & ASSOCIATES PC 7322 SOUTHWEST FREEWAY SUITE 475 HOUSTON TX 77074 |
| PROCESS OILS, INC. | ONE SUGAR CREEK CENTER BLVD. #920 SUGAR LAND TX 77478 |
| QAD | 10000 MIDLANTIC DRIVE SUITE 200 EAST MT LAUREL NJ 8054 |
| R. T. VANDERBILT COMPANY INC | R. T. VANDERBUILT CO. INC. 30 WINFIELD STREET NORWALK CT 06855 |
| R. T. VANDERBILT COMPANY INC | P.O. BOX 8500-1361 PHILADELPHIA PA 19178-1361 |
| R. W. LINDSAY INC. | 581 ROCK BEACH ROAD ROCHESTER NY 14617 |
| REM ENTERPRISE | PO BOX 1581 GASTONIA NC 28053 |
| RENE SWISS CORPORATION | 14-16 TOWN LINE ROAD 1-E WOLCOTT CT 6716 |
| RHEIN CHEMIE | ATTN: ROBIN SAVAGE 145 PARKER COURT CHARDON OH 44024 |
| RIDDLE OFFICE SUPPLIES | CANTON OFFICE SUPPLIES, INC. P.O. BOX 925 185 WEST MAIN STREET CANTON GA 30114 |
| RIVERSIDE CLAIMS LLC | TRANSFEROR: QUALITY PLUS, INC. POST OFFICE BOX 626 PLANETARIUM STATION NEW YORK NY 10024-0540 |
| ROCHESTER GAS & ELECTRIC | 89 EAST AVENUE ROCHESTER NY 14604 |
| ROCHESTER WATER TECHNOLOGY | CONCEPTS, INC. DBA CULLIGAN WATER CONDITIONING 1475 NORTH CLINTON AVENUE ROCHESTER NY 14621 |
| ROSEMONT ANALYTICAL | 2400 BARRANCA PARKWAY IRVINE CA 92606 |
| RUDOLPH BROS. & CO | DEPT L1324 COLUMBUS OH 43260-1324 |
| SAFETY-KLEEN SYSTEMS, INC. | P.O. BOX 382066 PITTSBURGH PA 15250-8066 |
| SCALES SYSTEMS, INC. | 4274-B2 SHACKLEFORD RD. NORCROSS GA 30093 |

| Claim Name | Address Information |
|---|---|
| SCHNEEBERGER CORP. | 1380 GATEWAY DRIVE SUITE #8 ELGIN IL 60124 |
| SCHWARZ PARTNERS PACKAGING, LLC | D/B/A DALTON BOX 612 CALLAHAN ROAD DALTON GA 30721 |
| SEBRING CONTAINER, CORP. | 964 BENTON RD P.O. BOX 359 SALEM OH 44460-0359 |
| SEBRING CONTAINER, CORP. | P O BOX 44719 MADISON WI 53744-4719 |
| SECONDARY SERVICE & SUPPLY | 757 EAST FERRY STREET BUFFALO NY 14211 |
| SHELL LUBRICANTS | 7330 SERENITY PLACE CUMMING GA 30041 |
| SHI, J. STEPHEN | 584 LINE CHURCH ROAD ALTO GA 30510 |
| SILCO TEC | 707 BOYD BOULEVARD LA PORTE IN 46350 |
| SOPUS PRODUCTS | ANNA HATHAWAY 910 LOUSIANA ST. HOUSTON TX 77002 |
| SPRING TEAM, INC. | ATTN: NANCY S. SIDLEY PO BOX 215 AUSTINBURG OH 44010-0215 |
| STANDARD MOTOR PRODUCTS | 845 SOUTH NINTH STREET EDWARDSVILLE KS 66113 |
| STANLEY & BARBARA JACOBSON | 518 SUSQUEHANNA ROAD PHILADELPHIA PA 19111 |
| STAR ELECTRIC | 9360 INDUSTRIAL TRACE ALPHARETTA GA 30004 |
| SUPPLIER INSPECTION SERVICES, INC. | ATTN: PAUL A. BOWELL 2941 S. GETTYSBURG AVENUE DAYTON OH 45418 |
| SUPPLY ONE | ATTN: NANCY C KAZIK 26401 RICHMOND ROAD CLEVELAND OH 44146 |
| TCB PRODUCTS | P.O. BOX 1580 TALLEVAST FL 34270-1580 |
| TECHNICAL MACHINE PRODUCTS | 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| TESSY PLASTICS | PO BOX 160 ELBRIDGE NY 13060 |
| THE C.P. HALL COMPANY | MEMPHIS ORDER FULFILLMENT CENTER 2500 CHANNEL AVENUE MEMPHIS TN 38113 |
| TIGER DIRECT, INC. | 7795 WEST FLAGLER STREET #35 MIAMI FL 33144-2367 |
| TURNING CONCEPTS INC. | 701 MATTHEWS MINT HILL RD MATTHEWS NC 281051706 |
| U.S. SILICA | P.O. BOX 187 BERKLEY SPRINGS WA 25411 |
| UDDEHOLM | P. O. BOX 75827 CHICAGO IL 60675-5827 |
| UNITED MECHANICAL CORPORATION | ATTN KELLY BUTLER, OFFICE MANAGER 2811 CENTRAL AVENUE CHARLOTTE NC 28205 |
| UNITED TELEPHONE COMPANY OF OHIO/EMBARQ | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNIVERSAL CARGO MANAGEMENT | 2227 GODBY ROAD SUITE 230 ATLANTA GA 30349 |
| USEPA | REGION 4, ATLANTA FEDERAL CENTER 61 FORSYTH STREET ATLANTA GA 30303-8960 |
| VITEX EXTRUSION, LLC | C/O CRAIG AND MACAULEY PC ATTN: KATHLEEN RAHBANY 600 ATLANTIC AVENUE BOSTON MA 02210 |
| W. W. GRAINGER | 2255 NORTHWEST PKWY., S.E. MARIETTA GA 30067-8729 |
| W. W. GRAINGER | DEPT. 801433392 PALANTINE IL 60038-0001 |
| W.W. GRAINGER, INC. | 7300 N. MELVINA AVE. M240 NILES IL 60714-3998 |
| WACKER (SIL-MIX) | P. O. BOX 91773 CHICAGO IL 60693 |
| WALMART | GALLERIA MALL ROCK HILL SC 29731 |
| WASTE MANAGEMENT OF OHIO | YOUNGSTOWN P. O. BOX 368 NORTH JACKSON OH 44451 |
| WASTE MANAGEMENT RMC | 2625 GRANDVIEW RD STE 170 PHOENIX AZ 850233113 |
| WELLS FARGO FINANCIAL LEASING, INC. | ATTN RICHARD BEHLING 800 WALNUT STREET MAC F4031-050 DES MOINES IA 50309 |
| WILCOX STEEL LLC | 1240 CONTRACT DRIVE GREEN BAY WI 54304 |
| WILLIAMS SCOTSMAN, INC. | 8211 TOWN CENTER DRIVE BALTIMORE MD 21236 |
| WINDSOR INDUSTRIAL DEVELOPMENT LAB | 3310 LONGFELLOW AVE. WINDSOR ON N9E 2L6 CANADA |
| WINTERHALTER FLUID POWER INC | 6571 RIDGE ROAD WADSWORTH OH 44281 |
| WINTERHALTER FLUID POWER INC | PO BOX 35905 CANTON OH 44735 |
| YORK COUNTY NATURAL GAS | P O BOX 11907 ROCK HILL SC 29731 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | ATTN MARY PERLICK 1400 AMERICAN LANE 9TH FLOOR, TOWER 2 SCHAUMBURG IL 60196 |

**Total Creditor count  264**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BROADRIDGE INVESTOR COMMUNICATIONS | JOB # N33684 (CUSIPS 529529AE9 / 529529AD1) 51 MERCEDES WAY EDGEWOOD NY 11717 |
| CHARLES SCHWAB & CO., INC. (0164) | PROXY MGR 211 MAIN STREET SAN FRANCISCO CA 94105 |
| CITIGROUP GLOBAL MARKETS INC. (0418) | PAT HALLER OR PROXY MGR 111 WALL ST 6TH FLOOR NEW YORK NY 10005 |
| FIRST SOUTHWEST CO (0309) | JOE WALSH OR PROXY MGR. 911 W LOOP 281 STE. 411 LONGVIEW TX 75604 |
| J.P. MORGAN CLEARING CORP (0352) | VINCENT MARZELLA OR PROXY MGR 3 CHASE METROTECH CENTER PROXY DEPARTMENT NY1-H034 BROOKLYN NY 11245 |
| JEFFERIES & COMPANY, INC. (0019) | CHARLES ERRIGO OR PROXY MGR HARBORSIDE FINANCIAL CENTER 705 PLAZA 3 JERSEY CITY NJ 07311 |
| MERRILL LYNCH, PIERCE (5198) | VERONICA E. O'NEILL OR PROXY MGR 101 HUDSON STREET 8TH FLOOR JERSEY CITY NJ 07302 |
| MORGAN STANLEY & CO. (0050) | MICHELLE FORD OR PROXY MGR 901 SOUTH BOND ST 6TH FLOOR BALTIMORE MD 21231 |
| MORGAN STANLEY & CO. (0015) | DAVID SAFRAN OR PROXY MGR 601 HARBORSIDE FINANCIAL CENTER PLAZA 3, 6TH FLOOR JERSEY CITY NJ 07311 |
| NATIONAL FINANCIAL SERVICES LLC (0226) | LOU TREZZA OR PROXY MGR 1 WORLD FINANCIAL CENTER 200 LIBERTY STREET, 5TH FLOOR NEW YORK NY 10281 |
| OPPENHEIMER (0571) | JOE CALDER OR PROXY MGR 125 BROAD STREET 15TH FLOOR NEW YORK NY 10004 |
| PERSHING LLC (0443) | AL HERNANDEZ OR PROXY MGR SECURITIES CORPORATION 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| STANLEY & BARBARA JACOBSON | 518 SUSQUEHANNA ROAD PHILADELPHIA PA 19111 |
| TD AMERITRADE CLEARING, INC. (0188) | GARY SWAIN OR PROXY MGR 1005 NORTH AMERITRADE PLACE BELLVIEW NE 68005 |
| THE DEPOSITORY TRUST COMPANY | HORACE DALEY 55 WATER STREET 25TH FLOOR NEW YORK NY 10004 |
| THE DEPOSITORY TRUST COMPANY | EDWARD HAIDUK 55 WATER STREET 25TH FLOOR NEW YORK NY 10004 |

**Total Creditor count  16**

**EXHIBIT C**

# EPIQ BANKRUPTCY SOLUTIONS, LLC
## M E M O R A N D U M

TO:             All Banks, Brokers and Other Intermediaries

DATE:          June 23, 2010

SUBJECT:   LEXINGTON PRECISION CORP., et al.

RECORD DATE: May 26, 2010

VOTING DEADLINE: July 2, 2010 – 5:00 PM (E.D.T.)

| CUSIPs | Broadridge Job # |
|---|---|
| 529529AE9 | N33684 |
| 529529AD1 | |

Enclosed for *immediate distribution* to the beneficial holders of the above-referenced CUSIPs is the following document:

- **Notice of Plan Supplement:** "Notice of Plan Supplement for the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified"

Should you require additional copies of the enclosed materials, please contact tabulation@epiqsystems.com .

Invoices regarding distribution of the above materials should be directed to:

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017
Attn: Lucy Merino