WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEXINGTON PRECISION CORP., et al.,            :    Case No. 08-11153 (SCC)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF THE JULY 14, 2010 CONFIRMATION HEARING**
**TO WEDNESDAY, JULY 21, 2010 AT 11:00 A.M. (EASTERN DAYLIGHT TIME)**

PLEASE TAKE NOTICE that the hearing to consider confirmation of the Proposed Plan,[1] scheduled for Wednesday, July 14, 2010 at 10:00 a.m. (Eastern Daylight Time), has been adjourned to **Wednesday, July 21, 2010 at 11:00 a.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Disclosure Statement Order, the Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than adjournments announced in open court at the Confirmation Hearing or any subsequent adjourned Confirmation Hearing or any notice of

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and the Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (i) Approving the Proposed Disclosure Statement, (ii) Approving the Procedures to Solicit Acceptances of Debtors' Proposed Plan, and (iii) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan*, entered May 26, 2010 [Docket No. 897] (the "**Disclosure Statement Order**").

Pg 2 of 2

adjournment filed with the Court and served on the master service list in these chapter 11 cases and any party that filed objections to the Proposed Plan.

Dated: July 12, 2010
     New York, New York

/a/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession