HARRIS BEACH PLLC
One Park Place, 4th Floor
300 South State Street
Syracuse, New York 13202
Telephone: (315) 423-7100
Facsimile: (315) 422-9331
Lee E. Woodard, Esq.

Attorneys for Excellus Health Plan, Inc.
and its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-11153 (SCC) |
| LEXINGTON PRECISION CORPORATION, et al. | Chapter 11 Case |
| Debtors. | |

## CERTIFICATION OF SERVICE

I, Joanne Simmons, of Harris Beach, PLLC, hereby certify that on the 12th day of July, 2010, I served by overnight delivery via Federal Express Mail the Objection of Excellus Health Plan, Inc. and Its Affiliates to the Notice of Debtors' Intent to Assume Executory Contracts and Unexpired Leases on the following parties:

Lexington Precision Corporation
800 Third Ave., 15th Floor
New York, NY 10023
Attn: Michael A. Lubin

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Paul K. Schwartzberg

Andrews Kurth, LLP
450 Lexington Avenue
New York, NY 10017
Attn: Paul Silverstein and Jonathan I. Levine

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow and
            Victoria Vron

Waller, Landsden, Dortch
 & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Attn: John C. Tishler

Jones Day                           O'Melveny & Meyers, LLP
222 East 41st Street                Times Square Tower
New York, NY 10017                  7 Times Square
Attn:  Lisa Laukitis                New York, NY 10036
                                    Attn:  Gerald Bender


Also, I hereby certify that on the 13th day of July, 2010, I electronically filed the
Objection of Excellus Health Plan, Inc. and its Affiliates to the Notice of Debtors' Intent
to Assume Executory Contracts and Unexpired Leases, with the Clerk of the Bankruptcy
Court using the CM/ECF system, on all CM/ECF participants receiving electronic notice.


Dated:  July 13, 2010.

                                    Joanne Simmons

234283 1412733.1