UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                           :

In re                                      :                     Chapter 11
                                           :

**LEXINGTON PRECISION CORP.**, **et al.**,      :                     Case No. 08-11153 (SCC)
                                           :

                  Debtors.                       :                     (Jointly Administered)
                                           :
------------------------------------------------------------------------x

### AGREED SCHEDULING ORDER REGARDING CONFIRMATION HEARING

        Upon an oral motion (the "**Motion**") of Lexington Precision Corp. and its wholly-owned subsidiary, Lexington Rubber Group, Inc., (together, the "**Debtors**") to adjourn the hearing to consider confirmation of the Debtors' Plan[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Disclosure Statement Order having provided that the Debtors may adjourn the Confirmation Hearing; and after due deliberation, it is hereby

        ORDERED that the Confirmation Hearing is adjourned to **Wednesday, July 21, at 11:00 a.m.** (**Eastern Daylight Time**); and it is further

        ORDERED that the deadline to file with the Court and serve upon the Notice Parties the Debtors' memorandum of law in support of confirmation (the "**Confirmation Brief**"), the proposed order confirming the Plan, and any additional documents in support of confirmation of the Plan is extended to **Thursday, July 15, 2010 at 5:00 p.m. (Eastern Daylight Time)**; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and the Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Proposed Disclosure Statement, (Ii) Approving the Procedures to Solicit Acceptances of Debtors' Proposed Plan, and (Iii) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan*, dated May 26, 2010 [Docket No. 897] (the "**Disclosure Statement Order**").

ORDERED that the deadline for the Creditors' Committee to file with the Court and serve upon the Notice Parties a brief addressing the issues raised by its objection to confirmation of the Plan [Docket No. 938] shall be **Thursday, July 15, 2010 at 5:00 p.m. (Eastern Daylight Time)**; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: July 13, 2010
New York, New York                    /s/Shelley C. Chapman

                                         HONORABLE SHELLEY C. CHAPMAN
                                         UNITED STATES BANKRUPTCY JUDGE