UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                :
In re:                                  :         Chapter 11
                                :
LEXINGTON PRECISION CORP., et al.,    :         Case No. 08-11153 (SCC)
                                :
        Debtors.                    :         (Jointly Administered)
                                :
------------------------------------------------------------------------x

**ORDER ESTABLISHING PROCEDURES TO
DEEM THE DEBTORS' SCHEDULES AMENDED**

Upon the motion, dated June 25, 2010 (the "**Motion**") Lexington Precision Corporation and Lexington Rubber Group, Inc., as debtors and debtors in possession (together, the "**Debtors**"), to implement procedures to deem their Schedules[1] amended, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that the Debtors shall file the Notice of Satisfied Claims and the List of Satisfied Claims with the Court and serve them upon all creditors listed on the List of Satisfied Claims; and it is further

ORDERED that, if a creditor does not object within 30 days after the date of service of the List of Satisfied Claims and the Notice of Satisfied Claims, such creditor's claim shall be deemed amended as reflected in the List of Satisfied Claims; and it is further

ORDERED that to the extent the Debtors have satisfied a prepetition claim outside of the plan process and such claim is not on the List of Satisfied Claims, the Debtors may file with the Court and serve the affected creditor a Notice of Satisfied Claims and a Supplemental List of Satisfied Claims that includes such claim; and it is further

ORDERED that, if a creditor does not object within 30 days after the date of service of the Supplemental List of Satisfied Claims and the Notice of Satisfied Claims, such creditor's claim shall be deemed amended as reflected in the Supplemental List of Satisfied Claims; and it is further

ORDERED that the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions LLC, is authorized and directed to modify the official claims register as necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: July 15, 2010
      New York, New York

    /s/Shelley C. Chapman
    UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**Notice of Satisfied Claim**

Objection Deadline: _____, 2010 at 4:00 p.m. (EDT)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                 :
In re:                                           :        Chapter 11
                                                 :
**LEXINGTON PRECISION CORP., et al.,**           :        Case No. 08-11153 (SCC)
                                                 :
          Debtors.                               :        (Jointly Administered)
                                                 :
------------------------------------------------------------------------x

## NOTICE OF SATISFIED CLAIMS

PLEASE TAKE NOTICE that, on June __, 2010, the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**") entered an order[1] (the "**Order**") approving the motion (the "**Motion**") of Lexington Precision Corporation and its wholly owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases, dated June __, 2010,[2] establishing procedures to deem the Debtors' Schedules[3] amended.

PLEASE TAKE FURTHER NOTICE that, as reflected on the attached **Exhibit "I"** (the "**List of Satisfied Claims**"), the Debtors originally scheduled you in the

---

[1] *Order Establishing Procedures to Deem Debtors' Schedules Amended*, entered June __, 2010 [Docket No. __]

[2] *Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code to Implement Procedures to Deem Their Schedules Amended*, dated June __, 2010 [Docket No. __].

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Schedules as having a claim (the "**Claim**") against one or more of the Debtors. However, because you received postpetition payment(s) from the Debtors in satisfaction of your Claim, the Debtors have identified your Claim as satisfied. If you disagree that your Claim has been satisfied, pursuant to the Order, you must object **no later than _____, 2010 at 4:00 p.m. (prevailing Eastern Time)**, otherwise your Claim shall be deemed amended as reflected in the List of Satisfied Claims attached hereto.

PLEASE TAKE FURTHER NOTICE that any objections or responses must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and (c) set forth your name, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court **no later than _____, 2010 at 4:00 p.m. (prevailing Eastern Time)**. In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Shelley C. Chapman, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received **no later than _____, 2010 at 4:00 p.m. (prevailing Eastern Time)**, upon: (i) the Debtors, Lexington Precision Corporation, 800 Third Ave., 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 1300 Eye Street, NW, Suite 900, Washington, DC 20005 (Attn: Adam P.

Strochak, Esq.), 767 Fifth Avenue, New York, New York 10153 (Attn: Marvin Mills); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg); and (iv) the attorneys for the plan investor, Jones Day LLP, 222 East 41st, New York, New York (Attn: Lisa G. Laukitis).

Dated: June __, 2010
      New York, New York

                                           Richard P. Krasnow
                                           Adam P. Strochak

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone:   (212) 310-8000
                                           Facsimile:    (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession

## Exhibit I

**List of Satisfied Claims**

08-11153-scc    Doc 956    Filed 07/15/10    Entered 07/15/10 16:16:11    Main Document
Pg 7 of 8

## List of Satisfied Claims

| Name of Creditor | Debtor | Original Scheduled Amount | Amended Scheduled Amount |
|---|---|---|---|
|  |  |  |  |

08-11153-scc    Doc 956    Filed 07/15/10    Entered 07/15/10 16:16:11    Main Document
Pg 8 of 8