UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re:                                      :        Chapter 11
                                            :
**LEXINGTON PRECISION CORP., et al.,**      :        Case No. 08-11153 (SCC)
                                            :
          Debtors.                          :        (Jointly Administered)
                                            :
------------------------------------------------------------x

### DECLARATION OF CHRISTINA F. PULLO OF EPIQ BANKRUPTCY SOLUTIONS, LLC CERTIFYING VOTING ON, AND TABULATION OF BALLOTS ACCEPTING AND REJECTING, THE DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AS MODIFIED

Christina F. Pullo, being duly sworn, declares, under penalty of perjury:

1. I am the Vice President, Director of Solicitation Services of Epiq Bankruptcy Solutions, LLC, ("Epiq"), located at 757 Third Avenue, New York, New York 10017. I am authorized to submit this Declaration on behalf of Epiq. I am over the age of 18 years and not a party to the within action.

2. I submit this Declaration with respect to the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, As Modified*, dated May 26, 2010 (as may be modified and/or amended, the "Plan").[1] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Pursuant to 28 U.S.C. § 156(c) and Local Rule 5075-1(a) Authorizing the Employment of Financial Balloting Group LLC as*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined below).

*Solicitation and Balloting Agent for the Debtors Nunc Pro Tunc to August 5, 2008*, dated September 2, 2008 [Docket No. 350], and (b) *Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and the Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Proposed Disclosure Statement, (II) Approving the Procedures to Solicit Acceptances of Debtors' Proposed Plan, and (III) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan*, dated May 26, 2010 [Docket No. 897] (the "Disclosure Statement Order"), Epiq was appointed to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating the ballots accepting or rejecting the Plan.

4. Pursuant to the Plan, only holders of Claims in the following Classes were entitled to vote to accept or reject the Plan:

| **Class** | **Description** |
|---|---|
| Class 2(a) | CapitalSource Secured Claims against LPC |
| Class 2(b) | CSE Secured Claims against LPC |
| Class 5 | Senior Subordinated Note Claims |
| Class 7 | General Unsecured Claims against LPC |
| Class 9 | Asbestos-Related Claims |
| Class 14(a) | CapitalSource Secured Claims against LRGI |
| Class 14(b) | CSE Secured Claims against LRGI |
| Class 17 | General Unsecured Claims against LRGI |

(collectively, the "Voting Classes").

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed to solicit, review, determine the

validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by the holders of Claims in the Voting Classes.

6. As specified in the Disclosure Statement Order, May 26, 2010 (the "Record Date") was established as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan.

7. In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the Record Date.

8. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in New York, New York. All ballots received by Epiq were date stamped upon receipt and were processed in accordance with the Disclosure Statement Order.

9. In order for a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by the deadline of 5:00 p.m. (Eastern Daylight Time) on July 2, 2010 (the "Voting Deadline"). All validly executed ballots cast by holders of Claims in the Voting Classes and received by Epiq on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order. I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed ballots received by Epiq.

10. A report of all ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such ballots is attached as Exhibit B hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
      July 9, 2010

                                              _____
                                                  Christina F. Pullo

**<u>Exhibit A</u>**

# Exhibit A

# TABULATION SUMMARY

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| **LEXINGTON PRECISION CORP., et al.** | | | | |
| Class 2(a) CapitalSource Secured Claims against LPC | $1.00 **100%** | 1 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 2(b) CSE Secured Claims against LPC | $1.00 **100%** | 1 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 5 Senior Subordinated Note Claims | $31,896,609.00 **100%** | 26 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 7 General Unsecured Claims against LPC | $1,073,715.52 **86.36%** | 29 **93.55%** | $169,646.01 **13.64%** | 2 **6.45%** |
| Class 9 Asbestos-Related Claims | $4,158 **100%** | 4,158 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 14(a) CapitalSource Secured Claims against LRGI | $1.00 **100%** | 1 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 14(b) CSE Secured Claims against LRGI | $1.00 **100%** | 1 **100%** | $0.00 **0.00%** | 0 **0.00%** |
| Class 17 General Unsecured Claims against LRGI | $902,157.37 **44.33%** | 37 **61.67%** | $1,132,922.16 **55.67%** | 23 **38.33%** |

**Exhibit B**

Exhibit B

**LEXINGTON PRECISION CORP., et al.**

Report of Ballots Excluded from Tabulation

| Claim Number | Schedule Number | Plan Class | Name | Voting Amount | Accept/Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 71 | 153000700 | 7 | ARNOLD INDUSTRIAL EQUIPMENT | $1.00 | **REJECT** | 16 | Convenience Election - Not Entitled to Vote |
| 237 | | 7 | CANNET INTERNET SERVICES | $2,219.64 | **REJECT** | 46 | Convenience Election - Not Entitled to Vote |
| | 153029420 | 7 | DEBT ACQUISITION COMPANY OF AMERICA V | $2,600.41 | ACCEPT | 11 | Convenience Election - Not Entitled to Vote |
| 46 | | 7 | DOW CORNING STI | $570,505.94 | ACCEPT | 136 | Ballot Received After Vote Deadline |
| 46 | | 7 | DOW CORNING STI | $570,505.94 | ACCEPT | 138 | Ballot Received After Vote Deadline |
| 180 | 156002030 | 7 | GENERAL CABLE INDUSTRIES, INC. | $7,200.00 | ACCEPT | 115 | Ballot Received After Vote Deadline |
| 180 | 156002030 | 7 | GENERAL CABLE INDUSTRIES, INC. | $7,200.00 | ACCEPT | 151 | Ballot Received After Vote Deadline |
| 15 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,232.72 | ACCEPT | 3 | Convenience Election - Not Entitled to Vote |
| 14 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,155.68 | ACCEPT | 4 | Convenience Election - Not Entitled to Vote |
| 13 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $3,352.83 | ACCEPT | 5 | Convenience Election - Not Entitled to Vote |
| 11 | 153022400 | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $12,288.19 | ACCEPT | 159 | Ballot Received After Vote Deadline |
| 15 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,232.72 | ACCEPT | 161 | Ballot Received After Vote Deadline |
| 13 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $3,352.83 | ACCEPT | 162 | Ballot Received After Vote Deadline |
| 14 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,155.68 | ACCEPT | 176 | Ballot Received After Vote Deadline |
| 13 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $3,352.83 | ACCEPT | 177 | Ballot Received After Vote Deadline |
| 15 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,232.72 | ACCEPT | 179 | Ballot Received After Vote Deadline |
| 11 | 153022400 | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $12,288.19 | ACCEPT | 180 | Ballot Received After Vote Deadline |
| 15 | | 7 | MSC INDUSTRIAL SUPPLY COMPANY | $2,232.72 | ACCEPT | 190 | Ballot Received After Vote Deadline |
| 4475 | 153025690 | 7 | PRIME TECH SALES, INC. | $2,555.82 | ACCEPT | 66 | Convenience Election - Not Entitled to Vote |
| | 153026590 | 7 | RENE SWISS CORPORATION | $2,250.07 | ACCEPT | 51 | Convenience Election - Not Entitled to Vote |
| | 153028760 | 7 | SECONDARY SERVICE & SUPPLY | $2,418.00 | ACCEPT | 18 | Convenience Election - Not Entitled to Vote |
| | 156000130 | 17 | AIR GAS | $13,931.26 | ACCEPT | 121 | Ballot Received After Vote Deadline |
| | 156000130 | 17 | AIR GAS | $13,931.26 | ACCEPT | 153 | Ballot Received After Vote Deadline |
| | 156000140 | 17 | AIRGAS GREAT LAKES | $9,931.08 | ACCEPT | 192 | Ballot Received After Vote Deadline |
| | 156000150 | 17 | AIRGAS NATIONAL WELDERS | $13,548.88 | ACCEPT | 122 | Ballot Received After Vote Deadline |
| | 156000150 | 17 | AIRGAS NATIONAL WELDERS | $13,548.88 | ACCEPT | 152 | Ballot Received After Vote Deadline |
| 187 | 156000160 | 17 | AKROCHEM CORPORATION | $2,005.00 | ACCEPT | 185 | Ballot Received After Vote Deadline |
| 165 | 156000270 | 17 | ANODIZING SPECIALISTS INC | $20,967.21 | ACCEPT | 117 | Ballot Received After Vote Deadline |
| 165 | 156000270 | 17 | ANODIZING SPECIALISTS INC | $20,967.21 | ACCEPT | 141 | Ballot Received After Vote Deadline |
| | 156000350 | 17 | ASSOCIATED SPRING | $14,850.00 | ACCEPT | 168 | Ballot Received After Vote Deadline |
| | 156000440 | 17 | B & R BUILDERS, INC. | $7,287.00 | ACCEPT | 127 | Ballot Received After Vote Deadline |
| | 156000440 | 17 | B & R BUILDERS, INC. | $7,287.00 | ACCEPT | 189 | Ballot Received After Vote Deadline |
| | 156000580 | 17 | BLICK TOOL & DIE, INC. | $4,995.00 | ACCEPT | 128 | Ballot Received After Vote Deadline |
| | 156000580 | 17 | BLICK TOOL & DIE, INC. | $4,995.00 | ACCEPT | 158 | Ballot Received After Vote Deadline |
| | 156000700 | 17 | BURGESS PIGMENT COMPANY | $46,080.00 | ACCEPT | 110 | Convenience Election |
| | 156000700 | 17 | BURGESS PIGMENT COMPANY | $46,080.00 | ACCEPT | 171 | Ballot Received After Vote Deadline |
| 147 | 156000730 | 17 | C.S.C.PARTNERSHIP | $3,316.31 | ACCEPT | 130 | Ballot Received After Vote Deadline |
| 147 | 156000730 | 17 | C.S.C.PARTNERSHIP | $3,316.31 | ACCEPT | 157 | Ballot Received After Vote Deadline |
| | 156000810 | 17 | CANTON ERECTORS INC | $21,833.10 | ACCEPT | 113 | No Original Signature |
| | 156000820 | 17 | CANTON ERECTORS INC | $22,212.10 | ACCEPT | 114 | No Original Signature |
| | 156001150 | 17 | CITY OF ROCK HILL | $42,078.15 | ACCEPT | 165 | Ballot Received After Vote Deadline |
| | 156001150 | 17 | CITY OF ROCK HILL | $42,078.15 | ACCEPT | 186 | Ballot Received After Vote Deadline |
| | 156001350 | 17 | DALTON BEARING SERVICE, INC. | $4,242.47 | ACCEPT | 125 | Ballot Received After Vote Deadline |
| | 156001350 | 17 | DALTON BEARING SERVICE, INC. | $4,242.47 | ACCEPT | 147 | Ballot Received After Vote Deadline |
| | 156001400 | 17 | DIAMOND METALS | $4,121.16 | ACCEPT | 191 | Ballot Received After Vote Deadline |
| | 156001490 | 17 | DOW CORNING STI | $476,005.75 | ACCEPT | 134 | Ballot Received After Vote Deadline |
| | 156001480 | 17 | DOW CORNING STI | $60,946.91 | ACCEPT | 135 | Ballot Received After Vote Deadline |
| | 156001490 | 17 | DOW CORNING STI | $476,005.75 | ACCEPT | 144 | Ballot Received After Vote Deadline |
| | 156001480 | 17 | DOW CORNING STI | $60,946.91 | ACCEPT | 145 | Ballot Received After Vote Deadline |
| | 156001510 | 17 | DOW CORNING STI | $30,842.78 | ACCEPT | 133 | Ballot Received After Vote Deadline |
| | 156001510 | 17 | DOW CORNING STI | $30,842.78 | ACCEPT | 143 | Ballot Received After Vote Deadline |
| 136 | 156001580 | 17 | EIC, INC. | $2,120.00 | ACCEPT | 62 | Convenience Election |
| | 156001690 | 17 | ETC COMMUNICATIONS, L.L.C. | $3,008.24 | ACCEPT | 187 | Ballot Received After Vote Deadline |
| 45 | 156001670 | 17 | FAIR HARBOR CAPITAL, LLC | $2,300.00 | ACCEPT | 34 | Convenience Election |
| 249 | | 17 | FLOW POLYMERS, INC. | $8,904.86 | ACCEPT | 118 | Ballot Received After Vote Deadline |
| | 156002160 | 17 | GOSIGER MACHINE TOOLS | $46,044.51 | ACCEPT | 129 | Ballot Received After Vote Deadline |
| | 156002160 | 17 | GOSIGER MACHINE TOOLS | $46,044.51 | ACCEPT | 148 | Ballot Received After Vote Deadline |
| 169 | 156002230 | 17 | H & D EAVES MACHINE CO | $10,197.00 | ACCEPT | 170 | Ballot Received After Vote Deadline |
| | 156002280 | 17 | HANES CONVERTING CO | $10,408.29 | ACCEPT | 160 | Ballot Received After Vote Deadline |
| | 156002280 | 17 | HANES CONVERTING CO | $10,408.29 | ACCEPT | 182 | Ballot Received After Vote Deadline |

Exhibit B

**LEXINGTON PRECISION CORP., et al.**

Report of Ballots Excluded from Tabulation

| Claim Number | Schedule Number | Plan Class | Name | Voting Amount | Accept/Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 236 | 156002320 | 17 | HARWICK STANDARD | $6,780.76 | ACCEPT | 175 | Ballot Received After Vote Deadline |
| | 156002670 | 17 | KELLER RIGGING & CONST | $2,850.00 | ACCEPT | 169 | Ballot Received After Vote Deadline |
| 159 | 156002730 | 17 | KINGS GRAVE ROAD | $2,632.43 | ACCEPT | 42 | Convenience Election |
| | 156002900 | 17 | LIVINGSTON & HAVEN, LLC | $4,374.45 | ACCEPT | 164 | Ballot Received After Vote Deadline |
| | 156002900 | 17 | LIVINGSTON & HAVEN, LLC | $4,374.45 | ACCEPT | 174 | Ballot Received After Vote Deadline |
| 4466 | 156002950 | 17 | LYDEY AUTOMATION | $2,153.34 | ACCEPT | 50 | Convenience Election |
| | 156003020 | 17 | MARTINS FERRY GLOVE | $3,256.80 | ACCEPT | 173 | Ballot Received After Vote Deadline |
| | 156003310 | 17 | MSC INDUSTRIAL SUPPLY | $14,497.59 | ACCEPT | 163 | Ballot Received After Vote Deadline |
| | 156003310 | 17 | MSC INDUSTRIAL SUPPLY | $14,497.59 | ACCEPT | 178 | Ballot Received After Vote Deadline |
| | 156003540 | 17 | ORTON INDUSTRIES | $4,354.17 | ACCEPT | 126 | Ballot Received After Vote Deadline |
| | 156003540 | 17 | ORTON INDUSTRIES | $4,354.17 | ACCEPT | 146 | Ballot Received After Vote Deadline |
| 281 | 156003570 | 17 | OXCO, INC. | $9,249.23 | NO VOTE | 139 | Ballot Received After Vote Deadline |
| 282 | 156003580 | 17 | OXCO, INC. | $6,140.00 | NO VOTE | 140 | Ballot Received After Vote Deadline |
| 282 | 156003580 | 17 | OXCO, INC. | $6,140.00 | ACCEPT | 166 | Ballot Received After Vote Deadline |
| 281 | 156003570 | 17 | OXCO, INC. | $9,249.23 | ACCEPT | 167 | Ballot Received After Vote Deadline |
| 281 | 156003570 | 17 | OXCO, INC. | $9,249.23 | ACCEPT | 183 | Ballot Received After Vote Deadline |
| 282 | 156003580 | 17 | OXCO, INC. | $6,140.00 | ACCEPT | 184 | Ballot Received After Vote Deadline |
| | 156003620 | 17 | PALLET ONE | $6,250.08 | ACCEPT | 155 | Ballot Received After Vote Deadline |
| | 156003900 | 17 | POWELL ELECTRONICS | $4,235.54 | ACCEPT | 193 | Ballot Received After Vote Deadline |
| 94 | 156004090 | 17 | R. T. VANDERBILT COMPANY INC | $2,313.00 | ACCEPT | 137 | Ballot Received After Vote Deadline |
| | 156004250 | 17 | RIDDLE OFFICE SUPPLIES | $2,606.10 | ACCEPT | 123 | Ballot Received After Vote Deadline |
| | 156004250 | 17 | RIDDLE OFFICE SUPPLIES | $2,606.10 | ACCEPT | 156 | Ballot Received After Vote Deadline |
| | 156004410 | 17 | SEBRING CONTAINER, CORP. | $7,881.66 | ACCEPT | 188 | Ballot Received After Vote Deadline |
| 72 | 156004450 | 17 | SHI, J. STEPHEN | $3,125.83 | ACCEPT | 124 | Ballot Received After Vote Deadline |
| 72 | 156004450 | 17 | SHI, J. STEPHEN | $3,125.83 | ACCEPT | 149 | Ballot Received After Vote Deadline |
| | 156004670 | 17 | STAR ELECTRIC | $6,019.16 | ACCEPT | 172 | Ballot Received After Vote Deadline |
| | 156004670 | 17 | STAR ELECTRIC | $6,019.16 | ACCEPT | 181 | Ballot Received After Vote Deadline |
| 166 | 156004770 | 17 | SUPPLY ONE | $2,687.09 | ACCEPT | 23 | Convenience Election - Not Entitled to Vote |
| | 156004820 | 17 | TCB PRODUCTS | $6,608.00 | ACCEPT | 116 | Ballot Received After Vote Deadline |
| | 156004820 | 17 | TCB PRODUCTS | $6,608.00 | ACCEPT | 150 | Ballot Received After Vote Deadline |
| 161 | 156004860 | 17 | TECHNICAL MACHINE PRODUCTS | $50,776.53 | ACCEPT | 132 | Ballot Received After Vote Deadline |
| 161 | 156004860 | 17 | TECHNICAL MACHINE PRODUCTS | $50,776.53 | ACCEPT | 154 | Ballot Received After Vote Deadline |
| | 156005090 | 17 | UDDEHOLM | $24,601.92 | ACCEPT | 131 | Ballot Received After Vote Deadline |
| | 156005090 | 17 | UDDEHOLM | $24,601.92 | ACCEPT | 142 | Ballot Received After Vote Deadline |
| 212 | 156005410 | 17 | WINTERHALTER FLUID POWER INC | $4,170.63 | ACCEPT | 101 | No Original Signature |
| 212 | 156005410 | 17 | WINTERHALTER FLUID POWER INC | $4,170.63 | ACCEPT | 119 | Ballot Received After Vote Deadline |
| 213 | 156005400 | 17 | WINTERHALTER FLUID POWER INC | $2,049.99 | ACCEPT | 102 | No Original Signature |
| 213 | 156005400 | 17 | WINTERHALTER FLUID POWER INC | $2,049.99 | ACCEPT | 120 | Ballot Received After Vote Deadline |