Hearing Date: July 21, 2010 at 11:00 a.m. (EDT)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEXINGTON PRECISION CORP., et al.,            :    08-11153 (SCC)
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

## DEBTORS' WITNESS AND
## EXHIBIT LISTS FOR HEARING ON JULY 21, 2010

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

        Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., as debtors and debtors in possession (the "**Debtors**"), hereby submit the following witness and exhibit lists for the July 21, 2010 hearing (the "**Hearing**") to consider, among other things, confirmation of the Proposed Plan.[1]

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and the Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (i) Approving the Proposed Disclosure Statement, (ii) Approving the Procedures to Solicit Acceptances of Debtors' Proposed Plan, and (iii) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan*, entered May 26, 2010 [Docket No. 897] (the "**Disclosure Statement Order**").

## WITNESS LIST

1. Michael A. Lubin, Chairman of the Debtors' Boards of Directors;

2. Kurt L. Haras, Director at W. Y. Campbell & Company;

3. Christina F. Pullo, Vice President, Director of Solicitation Services of Epiq Bankruptcy Solutions, LLC;

4. Any witness designated by any other party; and

5. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## EXHIBIT LIST

1. Any pleadings on file or to be filed with the Court, including without limitation, the Proposed Plan, the Disclosure Statement, and any documents or exhibits attached thereto;

2. Any declaration or affidavit on file or to be filed with the Court in support of the Proposed Plan;

3. Any certificates of service or publication on file with the Court;

4. Any exhibits designated or offered by any other party; and

5. Any exhibits needed to rebut the testimony or evidence presented by any other party.

## Reservation of Rights

The Debtors reserve the right to supplement the foregoing witness and exhibit lists as necessary and to introduce additional exhibits or call additional witnesses as may be necessary and appropriate at the Hearing.

Dated: July 15, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession