Hearing Date: July 21, 2010 at 11:00 a.m. (prevailing Eastern Time)

ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
Abhishek Mathur (AM 1269)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| **LEXINGTON PRECISION CORP., et al.,** | : | Case No. 08-11153 (SCC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
----------------------------------------------------------------x

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS**
**AND EXHIBIT LISTS FOR HEARING ON JULY 21, 2010**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors, Lexington Precision Corporation ("Lexington Precision") and Lexington Rubber Group, Inc. ("Lexington Rubber Group" and, collectively with Lexington Precision, the "Debtors"), hereby submits the following witness and exhibit lists for the July 21, 2010 hearing (the "Hearing") to consider, among other things, the confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization [Docket No. 894] (the "Proposed Plan").[1]

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Proposed Plan.

NYC:215202.3

## WITNESS LIST

1. Any witness designated by any other party; and

2. Any witness necessary to rebut the testimony of a witness called or designated by any other party, including without limitation Jeffrey M. Risius, Managing Director, Stout Risius Ross, Inc.

## EXHIBIT LIST

3. Any pleading on file or to be filed with the Court, including without limitation, the Proposed Plan, the Disclosure Statement, and any documents or exhibits attached thereto;

4. Any declaration or affidavit on file or to be filed with the Court in support of the Proposed Plan;

5. Any certificates of service or publication on file with the Court;

6. Any exhibits designated or offered by any other party; and

7. Any exhibits needed to rebut the testimony or evidence presented by any other party.

## Reservation of Rights

The Committee reserves the right to supplement the foregoing witness and exhibit lists as necessary and to introduce additional exhibits or call additional witnesses as may be necessary and appropriate at the Hearing.

Dated: New York, New York
       July 16, 2010

                ANDREWS KURTH LLP

                By: /s/ Paul N. Silverstein
                   Paul N. Silverstein (PS 5098)
                   Jonathan I. Levine (JL 9674)
                   Abhishek Mathur (AM 1269)
                   450 Lexington Avenue, 15th Floor
                   New York, New York 10017
                   Telephone: (212) 850-2800
                   Facsimile: (212) 850-2929

                *Counsel to the Official Committee*
                *of Unsecured Creditors*

NYC:215202.3