**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
**LEXINGTON PRECISION CORP., et al.,**            :        Case No. 08-11153 (SCC)
                                                  :
                                                  :        (Jointly Administered)
                           Debtors.               :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On July 16, 2010, I caused true copies of the Official Committee of Unsecured Creditors' Witness and Exhibit Lists for Hearing on July 21, 2010, [Docket # 964], to be filed on CM/ECF and served on the following parties via the method shown: (a) via Electronic Mail, to the Office of the United States Trustee, Paul.Schwartzberg@usdoj.gov, (Attn: Paul Schwartzberg); (b) via Electronic Mail, to counsel to the Debtors, richard.krasnow@weil.com, adam.strochak@weil.com, and victoria.vron@weil.com (Attn: Richard Krasnow, Adam Strochak, and Victoria Vron); (c) via Electronic Mail, to counsel to Commercial Financial Services 407, LLC, llaukitis@jonesday.com (Attn: Lisa Laukitis); and (d) via ECF, to all parties on the Master Service List filed with this Court.

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

/s/ Abhishek Mathur
Abhishek Mathur

Dated: July 16, 2010