WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
: 
**LEXINGTON PRECISION CORPORATION,** : **08- 11153 (SCC)**
: 
Debtor. : 
: 
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JULY 21, 2010 AT 11:00 A.M.

Location of Hearing:  United States Bankruptcy Court, Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 610, One Bowling Green, New York, NY 10004.

**I.    RESOLVED MATTERS**

    1.    Request for Payment of Indenture Trustee Fee Claims **[Docket No. 924]**

        Response Deadline:    July 4, 2010

        Response(s) Received:

        Responsible Counsel:  Sullivan & Worcester LLP

        Status: **This matter has been resolved. An agreed order will be presented to the Court at the hearing.**

II. **CONTESTED MATTERS**

1. Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 894]**

    Response Deadline:           July 2, 2010 at 5:00 p.m.

    Response(s) Received:

    A. Official Committee of Unsecured Creditors' Objection to the Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization **[Docket No. 938]**

    B. Objection of Wilmington Trust Company, as Indenture Trustee, to Confirmation of the Debtors Fourth Amended Joint Plan of Reorganization, as Amended **[Docket No. 943] [RESOLVED]**

    C. Objection of Excellus Health Plan, Inc. and its Affiliates to the Notice of Debtors' Intent to Assume Executory Contracts and Unexpired Leases **[Docket No. 951] [ADJOURNED]**

    D. Official Committee of Unsecured Creditors' Supplemental Objection to the Confirmation of Debtors' Fourth Amended Joint Plan of Reorganization **[Docket No. 954]**

    Additional Documents:

    A. Disclosure Statement for Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 895]**

    B. Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and the Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Proposed Disclosure Statement, (II) Approving the Procedures to Solicit Acceptances of Debtors' Proposed Plan, and (III) Scheduling a Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtors' Proposed Plan **[Docket No. 897]**

    C. Affidavit of Solicitation Mailing **[Docket No. 915]**

    D. Plan Supplement for the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 919]**

    E. Notice of Plan Supplement for the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 920]**

F. Notice of Adjournment of the July 14, 2010 Confirmation Hearing to Wednesday, July 21, 2010 at 11:00 A.M. (Eastern Daylight Time) **[Docket No. 950]**

G. Agreed Scheduling Order Regarding Confirmation Hearing **[Docket No. 952]**

H. Stipulated Interim Order Regarding Supplemental Disclosure to Holders of Claims in Class 5 (Senior Subordinated Note Claims) **[Docket No. 953]**

I. Declaration of Christina F. Pullo of Epiq Bankruptcy Solutions, LLC Certifying Voting on, and Tabulation of Ballots Accepting and Rejecting, the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 958]**

J. Memorandum of Law in Support of Confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Amended **[Docket No. 959]**

K. Declaration of Michael A. Lubin in Support of Confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 960]**

L. Declaration and Statement of Kurt L. Haras in Support of the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Amended **[Docket No. 961]**

M. [Proposed] Order Confirming Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified **[Docket No. 962]**

N. Affidavit of Solicitation Mailing **[Docket No. 966]**

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

<u>Status:</u> **This matter is going forward. The Debtors and the Creditors' Committee have reached an agreement in principle to resolve the Creditors' Committee's objection.**

**All other objections to the confirmation of the Plan other than the cure amount objection by Excellus Health Plan, Inc. have been resolved. The Excellus Health Plan, Inc.'s objection is being adjourned to a date to be agreed to by the parties.**

**A revised proposed Confirmation Order will be presented to the Court at the hearing.**

Dated: New York, New York
      July 20, 2010

                                      /s/ Adam P. Strochak
                                      Richard P. Krasnow
                                      Adam P. Strochak

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York  10153
                                      Telephone:   (212) 310-8000
                                      Facsimile:   (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession