CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 367-9500
Facsimile:  (617) 742-1788
Christopher J. Panos, Esq. (CP 4959)
Joseph J. Koltun, Esq. (JK 3309)
Kathleen A. Rahbany, Esq. (KR 0520)

Attorneys for Vitex Extrusion, LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEXINGTON PRECISION CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-11153 (MG)<br>Jointly Administered |

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Pursuant to sections 503(a) and 503(b)(9) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), this Court's order of July 21, 2010 [Docket No. 975] (the "Confirmation Order") confirming the above-captioned debtors' *Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified* [Exhibit A. to Docket No. 975] (the "Confirmed Plan"), Vitex Extrusion, LLC (the "Seller") hereby moves this Court for an order allowing the Seller an administrative claim in the amount of $62,699.15 (the "Administrative Claim") and directing payment of the Administrative Claim in accordance with the Confirmed Plan.  In support hereof and in compliance with Section IV(d) of the Confirmation Order and Section 2.1(a) of the Confirmed Plan, the Seller states as follows:

1.      On April 1, 2008 (the "Petition Date"), the above-captioned debtors commenced these bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      The Seller shipped goods to Lexington Precision Corp. ("LPC"), one of the above-captioned debtors, which LPC received within twenty (20) days of the Petition Date (the "Goods"). Copies of the invoices reflecting the Goods are attached hereto as Exhibit A. The value of the Goods is $62,699.15.

3.      The Seller asserts the Administrative Claim on account of LPC's receipt of the Goods.

4.      LPC has made no payment to the Seller on account of the Goods.

5.      Accordingly, the Seller asserts that LPC and/or Reorganized LPC (as that term is defined in the Confirmed Plan) is liable for the Administrative Claim.

WHEREFORE, the Seller respectfully requests that this Court enter an order:

A.      Allowing the Seller's Administrative Claim pursuant to section 503(b)(9) of the Bankruptcy Code in the amount of $62,699.15;

B.      Ordering and directing the Reorganized Debtors (as that term is defined in the Confirmed Plan ) to pay the Seller's Administrative Claim in accordance with the Confirmed Plan; and

2

C.     Granting such other relief as is just and proper.

Respectfully Submitted,

July 26, 2010                         VITEX EXTRUSION, LLC

By one of its attorneys

/s/ Joseph J. Koltun
Christopher J. Panos
Joseph J. Koltun
Kathleen A. Rahbany
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210

# EXHIBIT A

## Summary of Invoices

| Shipment Date | Invoice Number | Total Due |
|---|---|---|
| 3/12/2008 | 734705 | $5,821.88 |
| 3/12/2008 | 734706 | $10,537.70 |
| 3/12/2008 | 734707 | $4,106.05 |
| 3/12/2008 | 734708 | $8,066.79 |
| 3/27/2008 | 734886 | $19,563.36 |
| 3/27/2008 | 734887 | $4,134.00 |
| 3/27/2008 | 734888 | $10,469.37 |
| **TOTAL** | | **$62,699.15** |



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

EXTRUSION

# INVOICE

REMIT TO:  VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 734705 | 3/12/2008 |

IMPORTANT: PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL INSURE PROPER CREDIT TO YOUR ACCOUNT.

| SHIPPING MANIFEST | OUR ORDER NUMBER |
|---|---|
| 34666 | 21395 |

| SHIP VIA | CUSTOMER P.O. NUMBER |
|---|---|
| Hartley | P3705 |

| PAYMENT TERMS | DATE OF SHIPMENT |
|---|---|
| Net 30 | 3/12/2008 |

| SHIP TERMS | PROMISE DATE |
|---|---|
| FOB Destination | 3/12/2008 |

**SOLD TO**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO**
SAME

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901119 | J10-9 | .855-.865 HEX 6061/T6 | 120" +0.25 -0.00" | Mill Finish | 345 | 3,125 | 1.863 | Lb | 5,821.88 |
| | | | | | | | | Item Subtotal | | 5,821.88 |
| | | | | | | | | TOTAL DUE | | 5,821.88 |

PAGE 1

STRAIGHT BILL OF LADING—SHORT FORM
ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  34446          Date 3/12/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification of tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 45 Industrial Park Dr., Franklin, NH 03235

Lexington Machine
677 Buffalo Road
Rochester, NY 14611

Ship To: Lexington Machine
677 Buffalo Road
Rochester, NY 14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO COR.) | |
|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| Length 2'0" | PO: P3705          Sales Order: 21395 Desc: .855-.865 HEX          Item:     1 Section: 901119  Part J10-9  Alloy/Temp:6061/T6 | | The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. VITEX EXTRUSION |
| Ticket 81843 81844 81845 Item Total | Pieces          Net Pounds          Gross 125              1117               1138 125              1117               1138 99               891                912 345              3125 | | (Signature of Consignor) Freight is PREPAID unless otherwise checked: ☐ COLLECT ☐ 3rd Party Billing |
| | SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY.Customer receives on Thursdays.  CALL JIM KLOS AT 585-235-0880 EXT 145(BETWEEN 9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00 A.M. | | apply in prepayment of the charges on the property described hereon. |
| | FOR Destination | | Agent of Cashier Per (The signature here acknowledges only the amount prepaid.) Charges advanced: $ |
| | | | The shipment is correctly described Correct Wt. is ___ lbs. Subject to Verification by the Governing Freight and Inspection Bureau Agreement No. VITEX EXTRUSION |
| | 3 Tickets | 3125 | PER ___ Shipper The Fibre Boxes used for this shipment conform to the specifica-tions set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification. |

Per ___          Agent, Per ___
Permanent post-office address of shipper,



# Vitex Extrusion

**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

# INVOICE

**REMIT TO:** VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

**SOLD TO:**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO:**
SAME

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| **734706** | 3/12/2008 |

IMPORTANT: PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL INSURE PROPER CREDIT TO YOUR ACCOUNT.

| SHIPPING MANIFEST | OUR ORDER NUMBER |
|---|---|
|  | 21396 |

| SHIP VIA | CUSTOMER P.O. NUMBER |
|---|---|
| 34667 | P3885 |

| PAYMENT TERMS | DATE OF SHIPMENT |
|---|---|
| Hartley | 3/12/2008 |

| SHIP TERMS | PROMISE DATE |
|---|---|
| Net 30 | 3/12/2008 |

FOB Destination

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | U/M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901530 | S82-8 | CUSTOM SHAPE 6061/T6 | 120" +0.125 -0.000" | Mill Finish | 140 | 5,552 | 1.898 | Lb | 10,537.70 |

Item Subtotal 10,537.70

TOTAL DUE 10,537.70

PAGE 1

ORIGINAL — NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  34467              Date 3/12/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment or (2) in the applicable motor carrier classification of tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 45 Industrial Park Dr., Franklin, NH 03235

Lexington Machine                         Ship To:  Lexington Machine
477 Buffalo Road                                    477 Buffalo Road

Rochester, NY 14611                                 Rochester, NY 14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | | *WEIGHT (SUB. TO COR.) | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement |
|---|---|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | | | The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. |
| | PO: PS895              Sales Order: 21396 | | | | VITEX EXTRUSION |
| Length 2'0" | Desc: CUSTOM SHAPE              Item:      1 Section: 901550  Part SS2-6  Alloy/Temp:6061/T6 | | | | |
| Ticket | Pieces | Net Pounds | Gross | | (Signature of Consignor) |
| 81849 | 24 | 952 | 968 | | Freight is PREPAID unless otherwise checked: |
| 81850 | 24 | 952 | 968 | | ☐ COLLECT |
| 81851 | 24 | 952 | 968 | | |
| 81852 | 24 | 952 | 968 | | ☐ 3rd Party Billing |
| 81853 | 24 | 952 | 968 | | |
| 81854 | 20 | 792 | 806 | | Rec'd $                         to apply in prepayment of the charges on the property described hereon. |
| Item Total | 140 | 5552 | | | |

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY. Customer receives on
Thursdays.  CALL JIM KLOS AT 585-235-0900 EXT 145(BETWEEN
9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN
ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00

FOB Destination

6 Tickets              5552

Agent of Cashier

Per A.M.
(The signature here acknowledges only the amount prepaid.)
Charges advanced:

$

The shipment is correctly described

Correct Wt  is                    lbs.

Subject to Verification by the
Governing Freight and Inspection Bureau
Agreement No.
VITEX EXTRUSION

PER                          Shipper

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

Per _____              Agent, Per _____
Permanent post-office address of shipper.



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-3275
Fax: 603-934-0355

# INVOICE

REMIT TO: VEC Acquisition, LLC
PO Box 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 734707 | 3/12/2008 |

IMPORTANT! PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL ENSURE PROPER CREDIT TO YOUR ACCOUNT.

| | |
|---|---|
| SHIPPING MANIFEST | OUR ORDER NUMBER |
| | 21397 |
| SHIP VIA | CUSTOMER P.O. NUMBER |
| 34668 | P3577 |
| PAYMENT TERMS | DATE OF SHIPMENT |
| Net 30 | 3/12/2008 |
| SHIP TERMS | PROMISE DATE |
| FOB Destination | 3/12/2008 |

SOLD TO

Lexington Machine
677 Buffalo Road
Rochester, NY 14611

SHIP TO

SAME

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | U/M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901199 | I20-6 | EGG SHAPE BAR 6061/T6 | 120" +0.25 -0.00" | Mill Finish | 62 | 2,204 | 1.863 | Lb | 4,106.05 |
| | | | | | | | | Item Subtotal | | 4,106.05 |
| | | | | | | | | TOTAL DUE | | 4,106.05 |

PAGE 1

ORIGINAL - NOT NEGOTIABLE

STRAIGHT BILL OF LADING - SHORT FORM

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  34668              Date 3/12/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment or (2) in the applicable motor carrier classification of tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transporation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 43 Industrial Park Dr., Franklin, NH 03235

Lexington Machine          Ship To:  Lexington Machine
677 Buffalo Road                     677 Buffalo Road
Rochester, NY  14611                 Rochester, NY  14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO COR.) | |
|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.
VITEX EXTRUSION |
| | PO: P3577              Sales Order:  21397 | | (Signature of Consignor) |
| Length 12'0" | Desc: EGG SHAPE BAR        Item:      1 Section: 901199  Part I20-6  Alloy/Temp:6061/T6 | | Freight is PREPAID unless otherwise checked:
☐ COLLECT
☐ 3rd Party Billing |
| Ticket 81866 81867 | Pieces        Net Pounds        Gross 31            1102            1120 31            1102            1120 | | Rec'd $              to apply in prepayment of the charges on the property described hereon. |
| Item Total | 62            2204 | | |

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY.Customer received on
Thursdays.  CALL JIM KLOS AT 585-235-0980 EXT 145(BETWEEN
9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00 A.M.

FOB Destination

                                          2 Tickets        2204

Per _____  Agent, Per _____
Permanent post-office address of shipper,



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

# INVOICE

REMIT TO: VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| **734708** | 3/12/2008 |

IMPORTANT: PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL ENSURE PROPER CREDIT TO YOUR ACCOUNT.

| | |
|---|---|
| SHIPPING MANIFEST | OUR ORDER NUMBER |
| | 21475 |
| SHIP VIA | CUSTOMER P.O. NUMBER |
| 34669 Hartley | P3500 |
| PAYMENT TERMS | DATE OF SHIPMENT |
| Net 30 | 3/12/2008 |
| SHIP TERMS | PROMISE DATE |
| FOB Destination | 3/12/2008 |

**SOLD TO**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO**
SAME

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | U/M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901121 | I20-10 | Custom shape 6061/T6 | 120" +0.25 -0.00" | Mill Finish | 246 | 4,330 | 1.863 | Lb | 8,066.79 |
| | | | | | | | | Item Subtotal | | 8,066.79 |
| | | | | | | | | TOTAL DUE | | 8,066.79 |

PAGE 1

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest 34669                    Date 3/12/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail water shipment; or (2) in the applicable motor carrier classification of tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 45 Industrial Park Dr., Franklin, NH 03235

Lexington Machine              Ship To:  Lexington Machine
677 Buffalo Road                         677 Buffalo Road
Rochester, NY 14611                      Rochester, NY 14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | *WEIGHT (SUB. TO COR.) | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
|---|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | | The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. |
| | PO: P5500          Sales Order: 21475 | | | VITEX EXTRUSION |
| Length 2'0" | Desc: Custom shape        Item:    1 Section: 901121  Part I20-10  Alloy/Temp:6061/T6 | | | (Signature of Consignor) |
| Ticket | Pieces      Net Pounds       Gross | | | Freight is PREPAID unless otherwise checked: |
| 81834 | 55           250            988 | | | ☐ COLLECT |
| 81835 | 55           968            988 | | | ☐ 3rd Party Billing |
| 81836 | 55           968            988 | | | |
| 81840 | 55           968            988 | | | Rec'd $ ____ to apply in prepayment of the charges on the property described hereon. |
| 81841 | 26           458            475 | | | On ____ |
| Item Total | 246         4330 | | | |

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY. Customer received on ____
Thursdays.  CALL JIM KLOS AT 585-235-0880 EXT 145(BETWEEN               Agent of Cashier
9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN    Per ____
ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12:00 AM AND 10:00 A.M.
                                                            (The signature here acknowledges only the amount prepaid.)
FOB Destination                                             Charges advanced:

                                                            $ ____
                                                            The shipment is correctly described

                                                            Correct Wt. is _____ lbs.
                                                                Subject to Verification by the
                                                              Governing Freight and Inspection Bureau
                                                            Agreement No. ____
                                                            VITEX EXTRUSION

                         5 Tickets           4330           PER _____ Shipper
                                                            The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

Per _____        Agent, Per _____
Permanent post-office address of shipper.



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

# INVOICE

**REMIT TO:** VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 734886 | 3/27/2008 |

IMPORTANT: PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL INSURE PROPER CREDIT TO YOUR ACCOUNT.

| | |
|---|---|
| SHIPPING MANIFEST | OUR ORDER NUMBER |
| | 21398 |
| SHIP VIA | CUSTOMER P.O. NUMBER |
| 34867 | P3187 |
| | Hartley |
| PAYMENT TERMS | DATE OF SHIPMENT |
| Net 30 | 3/27/2008 |
| SHIP TERMS | PROMISE DATE |
| FOB Destination | 3/26/2008 |

**SOLD TO**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO**
SAME

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 900860 | I20-1 | CUSTOM SHAPE | 120" +0.125 -0.000" | Mill Finish | 632 | 10,501 | Lb | 1.863 | 19,563.36 |
| | | | 6061/T6 | | | | | | | |
| | | | | | | | | | Item Subtotal | 19,563.36 |
| | | | | | | | | | TOTAL DUE | 19,563.36 |

PAGE 1

**STRAIGHT BILL OF LADING—SHORT FORM**
**ORIGINAL—NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  54867                    Date 3/27/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 43 Industrial Park Dr., Franklin, NH 03235

Lexington Machine            Ship To:  Lexington Machine
677 Buffalo Road                       677 Buffalo Road

Rochester, NY  14611                   Rochester, NY  14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | *WEIGHT (SUB. TO COR.) | Subject to Section 7 of Conditions |
|---|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | | of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. |
| | PO: P3187              Sales Order:  21578 | | | VITEX EXTRUSION |
| Length 12'0" | Desc: CUSTOM SHAPE          Item:      1 Section: 900860  Part I20-1  Alloy/Temp:6041/T6 | | | (Signature of Consignor) |
| Ticket | Pieces | Net Pounds | Gross | Freight is PREPAID unless otherwise checked: |
| 85038 | 60 | 997 | 1019 | ☐ COLLECT |
| 85039 | 60 | 997 | 1019 | |
| 85040 | 60 | 997 | 1019 | ☐ 3rd Party Billing |
| 85041 | 60 | 997 | 1019 | |
| 85044 | 60 | 997 | 1019 | |
| 85045 | 60 | 997 | 1019 | Rec'd $           to apply in prepayment of the charges on the property described hereon. |
| 85046 | 60 | 997 | 1019 | |
| 85047 | 60 | 997 | 1019 | |
| 85049 | 60 | 997 | 1019 | |
| 85050 | 60 | 997 | 1019 | Agent of Cashier |
| 85051 | 32 | 531 | 550 | |
| Item Total | 632 | 10501 | | Per |

(The signature here acknowledges only the amount prepaid.)
Charges advanced:

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY. Customer receives
Thursdays.  CALL JIM KLOS AT 585-235-0980 EXT 145 BETWEEN
9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN
ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00 A.M.

FOB Destination

The shipment is correctly described
Correct Wt. is _____ lbs.
Subject to Verification by the Governing Freight and Inspection Bureau
Agreement No. _____
VITEX EXTRUSION
PER _____ Shipper

11 Tickets          10501

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

Hartley
Trans.

Per _____ Lown Trans 175th   Agent, Per _____
Permanent post-office address of shipper,



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

# INVOICE

REMIT TO:   VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 734887 | 3/27/2008 |

IMPORTANT: PLEASE REFER TO THIS INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL INSTILL PROPER CREDIT TO YOUR ACCOUNT.

| OUR ORDER NUMBER | |
|---|---|
| | 21630 |

| CUSTOMER P.O. NUMBER | |
|---|---|
| | P3510 |

**SOLD TO**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO**
SAME

| SHIPPING MANIFEST | | |
|---|---|---|
| | | 34868 |
| SHIP VIA | | Hartley |
| PAYMENT TERMS | | Net 30 |
| DATE OF SHIPMENT | | 3/27/2008 |
| PROMISE DATE | | 3/26/2008 |
| SHIP TERMS | | FOB Destination |

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901129 | I20-3 | EGG SHAPE BAR 6061/T6 | 120" +0.3125 -0.0000" | Mill Finish | 39 | 2,219 | 2.219 | Lb | 4,134.00 |
| | | | | | | | | Item Subtotal | | 4,134.00 |
| | | | | | | | | TOTAL DUE | | 4,134.00 |

PAGE 1

STRAIGHT BILL OF LADING—SHORT FORM
ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  34860                    Date 3/27/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 43 Industrial Park Dr., Franklin, NH 03235

Lexington Machine                    Ship To:  Lexington Machine
677 Buffalo Road                                677 Buffalo Road

Rochester, NY  14611                            Rochester, NY  14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (SUB. TO COR.) | Subject to Section 7 of Conditions |
|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. |
| | PO: P3510              Sales Order:  21430 | | VITEX EXTRUSION |
| Length 12'0" | Desc: EGG SHAPE BAR            Item:      1 Section: 901129   Part I20-3   Alloy/Temp:6061/T6 | | |
| Ticket 83035 83036 | Pieces        Net Pounds        Gross 21           1195           1219 18           1024           1043 | | (Signature of Consignor) Freight is PREPAID unless otherwise checked: |
| Item Total | 39            2219 | | ☐ COLLECT ☑ 3rd  Party Billing |

bundle tags must have "QC AUDIT APPROVED" labels attached by before shipping.

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY.Customer receive apply, if prepayment of the charges on the property described hereon.
Thursdays.   CALL JIM FLOS AT 585-235-0880 EXT 145(BETWEEN
9:00AM-NOON) OR DON COOK AT EXT 104. CALL AT LEAST 48 HOURS IN
ADVANCE.   DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00 A.M.

FOB Destination

2 Tickets                    2219

Per
(The signature here acknowledges only the amount prepaid.)
Charges advanced:

$
Recd $                         to

Agent of Cashier

The shipment is correctly described
Correct Wt. is _____ lbs.
Subject to Verification by the Governing Freight and Inspection Bureau.
Agreement No. _____
VITEX EXTRUSION
PER _____ Shipper
The Fibre Boxes used for this shipment conform to the specifications set forth in this box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

Hartley
Trans.

Per _____  Lowry trans  175th  Agent, Per _____
Permanent post-office address of shipper,



**Vitex Extrusion**
43 Industrial Park Drive
PO Box 6149
Franklin, NH 03235
Tel: 603-934-5275
Fax: 603-934-0355

**INVOICE**

REMIT TO: VEC Acquisition, LLC
PO Box # 842564
Boston, MA 02284-2564

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 734888 | 3/27/2008 |

IMPORTANT: PLEASE REFER TO OUR INVOICE NUMBER IN ANY CORRESPONDENCE AND WHEN PAYING THIS INVOICE. THIS WILL INSURE PROPER CREDIT TO YOUR ACCOUNT.

| SHIPPING MANIFEST | OUR ORDER NUMBER |
|---|---|
| 34869 | 21631 |
| SHIP VIA | CUSTOMER P.O. NUMBER |
| Hartley | P3895 |
| PAYMENT TERMS | DATE OF SHIPMENT |
| Net 30 | 3/27/2008 |
| SHIP TERMS | PROMISE DATE |
| FOB Destination | 3/26/2008 |

**SOLD TO**
Lexington Machine
677 Buffalo Road
Rochester, NY 14611

**SHIP TO**
SAME

| ITEM NO. | DIE NUMBER | CUSTOMER PART NO. | DESCRIPTION ALLOY/TEMPER | LENGTH | FINISH | PIECES | POUNDS | UNIT PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 901530 | S82-6 | CUSTOM SHAPE 6061/T6 | 120" +0.125 -0. 000" | Mill Finish | 139 | 5,516 | 1.898 | Lb | 10,469.37 |
| | | | | | | | | Item Subtotal | | 10,469.37 |
| | | | | | | | | TOTAL DUE | | 10,469.37 |

PAGE 1

**STRAIGHT BILL OF LADING—SHORT FORM**
**ORIGINAL—NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

Manifest  34869                                    Date 3/27/2008

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment; or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

VITEX EXTRUSION, 45 Industrial Park Dr., Franklin, NH 03235

Lexington Machine                          Ship To:  Lexington Machine
677 Buffalo Road                                      677 Buffalo Road

Rochester, NY  14611                                  Rochester, NY  14611

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | | *WEIGHT (SUB. TO COR.) | Subject to Section 7 of Conditions of applicable Bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
|---|---|---|---|---|
| | NOTE: RATING/CLASS (Unless noted otherwise) Aluminum Extrusions 20#/Cu. Ft. | | | The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. |
| | PO: P3825              Sales Order:  21631 | | | VITEX EXTRUSION |
| Length 12'0" | Desc: CUSTOM SHAPE              Item:      1 Section: 901530  Part S82-6  Alloy/Temp:6061/T6 | | | |
| Ticket | Pieces            Net Pounds          Gross | | | (Signature of Consignor) |
| 82942 | 28               1110                1128 | | | Freight is PREPAID unless otherwise checked: |
| 82943 | 28               1110                1128 | | | ☐ COLLECT |
| 82944 | 28               1110                1128 | | | |
| 82945 | 28               1110                1128 | | | ☐ 3rd Party Billing |
| 82946 | 27               1076                1094 | | | |
| Item Total | 139               5516 | | | Rec'd $            to apply in prepayment of the charges on the property described hereon. |

SHIPPING: DELIVERIES ARE BY APPOINTMENT ONLY.Customer received on
Thursdays.  CALL JIM KLOS AT 585-235-0880 EXT 145(BETWEEN _____
9:00AM-NOON) OR DON COOK AT EXT 106. CALL AT LEAST 48 HOURS IN                Agent of Cashier
ADVANCE.  DELIVERIES NEED TO BE MADE BETWEEN 12.00 AM AND 10:00 A.M.
                                                                 Per _____
FOB Destination                                                  (The signature here acknowledges only the amount prepaid.)
                                                                 Charges advanced:

                                                                 $ _____
                                                                 The shipment is correctly described
                                                                 Correct Wt. is            lbs.
                                                                      Subject to Verification by the
                                                                      Governing Freight and Inspection Bureau
                                                                 Agreement No. _____
                                                                 VITEX EXTRUSION

                                      5 Tickets        5516      PER  _____  Shipper
                                                                 The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

                                                                 Hartley
                                                                 Trans.

Per _____  Cowne Trans  175  Agent, Per _____
Permanent post-office address of shipper,

EDP 000-5364-799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEXINGTON PRECISION CORP., *et al.*,

Debtors.

Chapter 11
Case No. 08-11153 (MG)
Jointly Administered

## ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE CLAIM

Upon the *Motion for Allowance of Administrative Claim* (the "Motion") filed by Vitex

Extrusion, LLC (the "Seller"); notice having been sufficient, no objections having been filed,

or any such objections having been overruled or withdrawn as appropriate,

**IT IS ORDERED**,

1.    The Seller is hereby granted an allowed administrative claim in the amount of $62,699.15 (the "Administrative Claim"); and

2.    The Reorganized Debtors[1] are ordered to pay the Administrative Claim in accordance with the Confirmed Plan.

Dated: _____

New York, New York

_____
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

LEXINGTON PRECISION CORP., *et al.*,

Debtors.

Chapter 11
Case No. 08-11153 (MG)
Jointly Administered

---

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that on July 26, 2010, I caused a true and accurate

copy of the foregoing document to be served on the parties set forth below, which parties include

the above-captioned debtors and the United States Trustee, at the addresses set forth below by

first class mail, postage prepaid.

July 26, 2010

/s/ Kathleen A. Rahbany
Kathleen A. Rahbany

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY 10022
Attn: Michael A. Lubin
Title: Chairman of the Board

Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.

Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Paul K. Schwartzberg