CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 367-9500
Facsimile:   (617) 742-1788
Christopher J. Panos, Esq. (CP 4959)
Joseph J. Koltun, Esq. (JK 3309)
Kathleen A. Rahbany, Esq. (KR 0520)

Attorneys for Vitex Extrusion, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEXINGTON PRECISION CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-11153 (MG)<br>Jointly Administered |

### WITHDRAWAL OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

      Vitex Extrusion, LLC ("Vitex") hereby withdraws its *Motion for Allowance of*

*Administrative Claim* [Docket No. 978] without prejudice.

                Respectfully Submitted,

July 27, 2010                VITEX EXTRUSION, LLC

                            By one of its attorneys

                            /s/  Joseph J. Koltun
                            Christopher J. Panos
                            Joseph J. Koltun
                            Kathleen A. Rahbany
                            Craig and Macauley Professional Corporation
                            Federal Reserve Plaza
                            600 Atlantic Avenue
                            Boston, Massachusetts  02210

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEXINGTON PRECISION CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-11153 (MG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that on July 27, 2010, I caused a true and accurate copy of the foregoing document to be served on the parties set forth below, which parties include the above-captioned debtors and the United States Trustee, at the addresses set forth below by first class mail, postage prepaid.

| | |
|---|---|
| July 27, 2010 | /s/ Kathleen A. Rahbany<br>Kathleen A. Rahbany |

Lexington Precision Corporation
800 Third Avenue, 15th Floor
New York, NY  10022
Attn: Michael A. Lubin
Title: Chairman of the Board

Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Richard P. Krasnow, Esq.

Office of the United States Trustee for
 the Southern District of New York
33 Whitehall Street
21st Floor
New York, NY  10004
Attn: Paul K. Schwartzberg