**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                    :

In re                           :          Chapter 11 Case No.
                                    :

**LEXINGTON PRECISION CORP., et al.,**   :         08- 11153 (SCC)
                                    :

Debtors.                    :         (Jointly Administered)
                                    :

---------------------------------------------------------------x   Ref. Docket Nos. 944 & 968

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

     1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

     2.     On June 21, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

     3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            Lauren Rodriguez

Sworn to before me this
22nd day of June, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al | 08-11153 (MG) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  INTERNATIONAL MOLD STEEL, INC
             6796 POWERLINE DRIVE
             FLORENCE, KY 41042

Please note that your claim # 160 in the above referenced case and in the amount of $3,972.00 has been transferred **(unless previously expunged by court order)** to:

        SIERRA LIQUIDITY FUND, LLC
        TRANSFEROR: INTERNATIONAL MOLD STEEL INC
        2699 WHITE RD., SUITE # 255
        IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 944        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2010.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          | Chapter 11 Case No.

LEXINGTON PRECISION CORP., et al               | 08-11153 (MG)

            Debtors.

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ANODIZING SPECIALISTS INC
             ATTN: DAVID A. PECJAK
             7547 TYLER BLVD
             MENTOR, OH 44060-4869

Please note that your claim # 165 in the above referenced case and in the amount of $20,967.21 has been transferred **(unless previously expunged by court order)** to:

         SIERRA LIQUIDITY FUND, LLC
         TRANSFEROR: ANODIZING SPECIALISTS INC
         2699 WHITE RD., SUITE # 255
         IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 968        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2010                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2010.

# EXHIBIT B

TIME: 13:27:00
DATE: 07/21/10

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| ANODIZING SPECIALISTS INC | ATTN: DAVID A. PECJAK 7547 TYLER BLVD MENTOR OH 44060-4869 |
| INTERNATIONAL MOLD STEEL, INC | 6796 POWERLINE DRIVE FLORENCE KY 41042 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: ANODIZING SPECIALISTS INC 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: INTERNATIONAL MOLD STEEL INC 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |

Total Number of Records Printed        4

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

LPC 7-21-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153