WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re: : Chapter 11
: 
**LEXINGTON PRECISION CORP., <u>et al.</u>,** : Case No. 08-11153 (SCC)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------------x

**NOTICE OF (A) ENTRY OF AN ORDER**
**CONFIRMING THE DEBTORS' FOURTH AMENDED JOINT PLAN**
**OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY**
**CODE, AS MODIFIED, AND (B) OCCURRENCE OF THE EFFECTIVE DATE**

TO CREDITORS, EQUITY INTEREST HOLDERS,
AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, on July 21, 2010, the Honorable Shelley C. Chapman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), entered an order (the "**Confirmation Order**") confirming the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010 (as further modified, the "**Plan**"), of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**"), as debtors and debtors in possession in the above-captioned Chapter 11 Cases.[1]

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available at http://chapter11.epiqsystems.com/lexington.

---

[1] Unless otherwise defined in this notice, capitalized terms shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **July 30, 2010**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 1141(a) of the Bankruptcy Code and Section 13.15 of the Plan, the Plan shall be binding upon (a) the Debtors, (b) all holders of Claims and Interests, whether or not the Claim or Interest is impaired under the Plan and whether or not such holder has filed a proof of Claim or accepted the Plan, (c) any and all non-debtor counterparties to any assumed executory contracts or unexpired leases, (d) any other party in interest in the Chapter 11 Cases, and (e) any and all of the foregoing parties' respective successors and assigns, including, without limitation, the Reorganized Debtors.

**PLEASE TAKE FURTHER NOTICE** that, except as provided in the Plan, the rights afforded in, and the payments made under the Plan, are in exchange for and in complete satisfaction, discharge, and release of all Interests and all existing debts and Claims of any kind, nature, or description whatsoever, including any interest accrued on such Claims from and after the Commencement Date, against the Debtors or any of their assets or properties to the fullest extent permitted by section 1141 of the Bankruptcy Code. In addition, except as provided in the Plan, as of the Effective Date, all existing Claims and Interests against the Debtors are, and are deemed to be, discharged and terminated, and all holders of Claims and Interests are precluded and enjoined from asserting against the Reorganized Debtors, their successors or assignees, or any of their assets or properties, any other or further Claim or Interest based upon any act or omission, transaction, or other activity of any kind or nature that occurred prior to the Effective Date, whether or not such holder has filed a proof of Claim or proof of Interest, and whether or not the facts or legal bases therefor were known or existed prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in the Plan, all Administrative Expense Claim Requests must be filed with the Lexington Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 3rd Avenue, 3rd Floor, New York, New York 10017, no later than **Tuesday, September 28, 2010 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in the Plan, professionals' final fee applications (collectively, the "**Final Fee Applications**") must be (i) filed with the Bankruptcy Court and (ii) served on the Reorganized Debtors and the U.S. Trustee no later than **Tuesday, September 28, 2010 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that all objections or responses to the Final Fee Applications must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

**PLEASE TAKE FURTHER NOTICE** that all objections and responses to the Final Fee Applications must be filed with the Bankruptcy Court no later than **Wednesday, October 20, 2010 at 4:00 p.m. (Eastern Daylight Time)** (the "**Objection Deadline**"). In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. General Order M-242 may be

found at www.nysb.uscourts.gov. All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Shelley C. Chapman.

**PLEASE TAKE FURTHER NOTICE** that all objections and responses to the Final Fee Applications must be served, so as to be received no later than the Objection Deadline, upon: (i) the Reorganized Debtors, Lexington Precision Corporation, 800 Third Ave., 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 1300 I Street, N.W., Suite 900, Washington, D.C. 20005 (Attn: Adam P. Strochak), and 767 Fifth Avenue, New York, New York 10153 (Attn: Victoria Vron); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg); (iv) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: John C. Tishler); (v) the attorneys for the statutory committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul N. Silverstein and Jonathan I. Levine); and (vi) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender); and (vii) the attorneys for the plan investor, Jones Day LLP, 222 East 41st, New York, New York (Attn: Lisa G. Laukitis).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Final Fee Applications (the "**Final Fee Hearing**") will take place before Judge Chapman, at the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **October 27, 2010 at 10:00 a.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that all parties objecting to a Final Fee Application are required to attend the Final Fee Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: July 30, 2010
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Adam P. Strochak
　　　　　　　　　　　　　　　　　　　　Richard P. Krasnow
　　　　　　　　　　　　　　　　　　　　Adam P. Strochak

　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 310-8000
　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 310-8007

　　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　　and Debtors in Possession