WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                      :
**In re**                                             :       **Chapter 11**
                                                      :
**LEXINGTON PRECISION CORP., et al.,**                :       **Case No. 08-11153 (SCC)**
                                                      :
              **Debtors.**                            :       **(Jointly Administered)**
                                                      :
------------------------------------------------------------------------x

### STIPULATION AND AGREED ORDER BETWEEN THE DEBTORS AND LIQUIDITY SOLUTIONS, INC RESOLVING CERTAIN PROOFS OF CLAIM

Lexington Precision Corporation ("**LPC**") and its affiliated debtor subsidiary,

Lexington Rubber Group, Inc. ("**LRGI**" and together with LPC, the "**Debtors**"), respectfully

submit this Stipulation and Agreed Order ("**Stipulation and Order**").

### RECITALS

A.       On April 1, 2008, the Debtors commenced voluntary cases under

chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") before the United

States Bankruptcy Court for the Southern District of New York (the "**Court**").

B.       On June 13, 2008, the Debtors filed their schedules of assets and

liabilities. By that certain order, dated June 30, 2010 the Court established September 15, 2008

as the deadline to file proofs of claim in these chapter 11 cases.

C.       Throughout the chapter 11 cases, Liquidity Solutions, Inc. ("**LSI**" and

together with the Debtors, the "**Parties**") purchased the claims (collectively, the "**LSI Claims**")[1]

from the parties (collectively, the "**Original Holders**") as set forth on Exhibit 1 attached hereto.

D.      To resolve the LSI Claims, the Parties have negotiated this Stipulation and

Order in good faith and at arms' length and desire that it be binding on each of them.

## STIPULATION AND ORDER

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by

and between the Parties that:

1.      Upon entry of this Order, the LSI Claims shall be ALLOWED in the

amounts and in the priority status as set forth on Exhibit 2 (collectively, the "**Allowed LSI**

**Claims**").

2.      The Allowed LSI Claims shall not be subject to further reduction, offset,

setoff, reclassification or disallowance pursuant to 11 U.S.C. § 502(d) or otherwise.

3.      Other than payment on account of the Allowed LSI Claims in the manner

set forth under the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of*

*the Bankruptcy Code, as Modified*, dated May 26, 2010 (the "**Plan**"), LSI shall have no further

rights of payment from the Debtors or reorganized Debtors with respect to the LSI Claims.

4.       As long as (i) the Allowed LSI Claims are granted the treatment set forth

on Exhibit 2 and (ii) the distribution scheme for such Allowed LSI Claims remains unchanged

under the Plan, LSI shall not put any Allowed LSI Claims back to the Original Holders of such

claims nor seek to recover any monies or amounts from such Original Holders on account of

such claims.

5.      Epiq Bankruptcy Solutions, LLC, as the court-appointed claims and

---

[1] For the avoidance of doubt, this Stipulation and Order shall have no effect on the claim of
Wacker Chemical Corp. (claim number 246) now owned by an entity affiliated with LSI.

noticing agent in these chapter 11 cases, is authorized and directed to update the official claims

register to reflect the allowance of claims set forth herein and take any further actions related to

the relief granted herein.

6.    Choice of Law.  This Stipulation and Order shall be governed, in all

respects, by the laws of the State of New York, irrespective of its choice of law rules.

7.    Authority.  Each of the Parties hereby expressly represents and warrants

that, subject to approval by the Court and entry of this Stipulation and Order as an order of the

Court, it has the requisite power, authority, and legal capacity to enter into and execute this

Stipulation and Order.

8.    Complete Agreement.  This Stipulation and Order is the entire agreement

between the Parties with respect to the subject matter of this Stipulation and Order.  All

representations, warranties, inducements, and/or statements of intention made by the Parties are

embodied in this Stipulation and Order, and no party hereto relied upon, shall be bound by, or

shall be liable for any alleged representation, warranty, inducement, or statement of intention that

is not expressly set forth in this Stipulation and Order.

9.    Modifications.  No modification, amendment or waiver of any of the terms

or provisions of this Stipulation and Order shall bind any Party unless such modification,

amendment or waiver is in writing, has been approved by the Court, and has been executed by a

duly authorized representative of the Party against whom such modification, amendment or

waiver is sought to be enforced.

10.    Counterparts.  This Stipulation and Order may be executed in any number

of  counterparts, and all such counterparts, taken together, shall be deemed to constitute one and

the same instrument.

11.    <u>Drafting and Construction</u>.  The Parties acknowledge that this Stipulation and Order is the joint work product of all of the Parties, and that, accordingly, in the event of ambiguities in this Stipulation and Order, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation and Order.

12.    <u>Retention of Jurisdiction</u>.  The Court shall retain exclusive jurisdiction over any and all disputes arising out of or otherwise relating to this Stipulation and Order.

13.    <u>Binding Effect</u>.  This Stipulation and Order shall be binding on the Parties from the date of its execution, but is expressly subject to and contingent upon its approval by the Court.  If the Court does not approve this Stipulation and Order, this Stipulation and Order shall be null and void.

/s/ Adam P. Strochak                              /s/ Norman D. Schoenfeld
Richard P. Krasnow                                Norman D. Schoenfeld
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP        LIQUIDITY SOLUTIONS, INC.
767 Fifth Avenue                                  One University Plaza, Suite 312
New York, New York  10153                  Hackensack, New Jersey 07601
Telephone:    (212) 310-8000              Telephone:    (201) 968-0001 Ext. 126
Facsimile:    (212) 310-8007               Facsimile:    (201) 968-0010

Attorneys for Debtors
and Debtors in Possession

IT IS SO ORDERED.

Dated: New York, New York
          August 3, 2010

                                                  /s/Shelley C. Chapman
                                                  HONORABLE SHELLY C. CHAPMAN
                                                  UNITED STATES BANKRUPTCY JUDGE

### Exhibit 1

### Asserted LSI Claims

| Claim No. | Transferor | Debtor | Asserted 503(b)(9) Claim Amount | Asserted Priority Claim Amount | Asserted Unsecured Claim Amount | Asserted Total Claim Amount |
|---|---|---|---|---|---|---|
| 53 | Associated Spring Barnes | LPC | | | $14,850.00 | $14,850.00 |
| Scheduled | Boulter Industrial | LPC | | | $17,427.00 | $17,427.00 |
| 200 | Earle M. Jorgensen Co | LPC | $141,945.02 | | $6,878.78 | $148,823.80 |
| 243 | H&C Tools Supply Corp. | LPC | $5,666.61 | | $12,274.35 | $17,940.96 |
| 196 | J. Grippe Industrial Supply | LPC | $1,495.54 | | $1,108.46 | $2,604.00 |
| 199 | JTI | LPC | | | $467.50 | $467.50 |
| 49 | Osborn International | LPC | | | $4,433.29 | $4,433.29 |
| 198 | Signature Aluminum | LPC | | $38,383.94 | $69,866.58 | $108,250.52 |
| 259 | SMC Metal | LPC | $220.00 | | $180.00 | $400.00 |
| Scheduled | Uline Inc | LPC | | | $426.71 | $426.71 |
| **Total** | | | **$149,327.17** | **$38,383.94** | **$127,912.67** | **$315,623.78** |
| 271 | Alpha Technologies Services | LRGI | | | $1,315.00 | $1,315.00 |
| 195 | Astrodyne Corp | LRGI | | | $546.65 | $546.65 |
| 201 | Bertelkamp Automotive | LRGI | | $1,158.24 | | $1,158.24 |
| 227 | Chemetall Oakite Products | LRGI | $476.84 | | $5,630.22 | $6,107.06 |
| 280 | China Auto Group | LRGI | $32,657.50 | | $7,610.00 | $40,267.50 |
| 228 | CMI-Specialty Systems | LRGI | $1,961.70 | | | $1,961.70 |
| 203 | Container Service | LRGI | | | $6,694.10 | $6,694.10 |
| 241 | Cunningham Supply Co | LRGI | $566.50 | | $1,065.14 | $1,631.64 |
| 197 | Dispersion Technology Inc. | LRGI | $338.45 | | $15,397.94 | $15,736.39 |
| 229 | Graybar | LRGI | $357.12 | | $3,845.93 | $4,203.05 |
| 202 | Kenco Toyota Lift | LRGI | | | $6,918.57 | $6,918.57 |
| 242 | Lakewood Automation Inc. | LRGI | $1,175.12 | | $28,733.58 | $29,908.70 |
| 100 | M H Equipment | LRGI | | | $1,107.74 | $1,107.74 |
| Scheduled | MC Schroeder Company | LRGI | | | $12,198.48 | $12,198.48 |
| 272 | Piedmont Plastics | LRGI | $2,633.78 | | $13,566.79 | $16,200.57 |
| 257 | Preferred Acquisition Co | LRGI | | | $7,970.00 | $7,970.00 |
| 274 | Preferred Rubber | LRGI | $14,246.95 | | $26,865.28 | $41,112.23 |
| 193 | Rondy & Co., Inc. | LRGI | | | $3,903.90 | $3,903.90 |
| 226 | S&S | LRGI | $1,045.28 | | $3,658.48 | $4,703.76 |
| 273 | Schoen Insulation SVS | LRGI | | | $1,785.90 | $1,785.90 |
| 194 | Signa Stortech | LRGI | | | $1,231.84 | $1,231.84 |
| 260 | Solar Atmosphere Inc | LRGI | $3,950.00 | | $10,010.00 | $13,960.00 |
| 258 | Tech Pro | LRGI | | | $3,185.89 | $3,185.89 |
| Scheduled | Uline Inc | LRGI | | | $9,220.82 | $9,220.82 |
| **Total** | | | **$59,409.24** | **$1,158.24** | **$172,462.25** | **$233,029.73** |
| **Grand Total** | | | **$208,736.41** | **$39,542.18** | **$300,374.92** | **$548,653.51** |

### Exhibit 2

### Allowed LSI Claims

| Claim No. | Transferor | Debtor | Allowed 503(b)(9) Claim Amount | Allowed Unsecured Claim Amount | Total Allowed Claim Amount |
|---|---|---|---|---|---|
| Scheduled | Boulter Industrial | LPC | | $17,427.00 | $17,427.00 |
| 200 | Earle M Jorgensen Co | LPC | $142,344.62 | $6,479.18 | $148,823.80 |
| 229 | Graybar | LPC | $357.12 | $3,845.93 | $4,203.05 |
| 243 | H & C Tools Supply Corp | LPC | $6,221.71 | $11,063.79 | $17,285.50 |
| 196 | J. Grippe Industrial Supply | LPC | $1,215.28 | $1,108.46 | $2,323.74 |
| 199 | JTI | LPC | | $467.50 | $467.50 |
| 8/198 | Signature Aluminum Canada | LPC | $38,383.94 | $69,866.58 | $108,250.52 |
| 259 | SMC Metal | LPC | $220.00 | $180.00 | $400.00 |
| Scheduled | Uline Inc | LPC | | $426.71 | $426.71 |
| **Total** | | | **$188,742.67** | **$110,865.15** | **$299,607.82** |
| | | | | | |
| 271 | Alpha Technologies Services | LRGI | | $1,315.00 | $1,315.00 |
| 53 | Associated Spring Barnes | LRGI | $170.69 | 14,850.00 | $15,020.69 |
| 195 | Astrodyne Corp | LRGI | | $546.65 | $546.65 |
| 201 | Bertelkamp Automotive | LRGI | $1,158.24 | | $1,158.24 |
| 119/227 | Chemetall Oakite Products | LRGI | $476.84 | $5,630.22 | $6,107.06 |
| 280 | China Auto Group | LRGI | $32,657.50 | $7,160.00 | $39,817.50 |
| 228 | CMI-Specialty Systems | LRGI | | $1,961.70 | $1,961.70 |
| 203 | Container Service | LRGI | | $6,694.10 | $6,694.10 |
| 241 | Cunningham Supply CO | LRGI | $566.50 | $1,065.14 | $1,631.64 |
| 197 | Dispersion Technology Inc | LRGI | | $15,397.94 | $15,397.94 |
| 202 | Kenco Toyota Lift | LRGI | | $6,156.57 | $6,156.57 |
| 242 | Lakewood Automation Inc | LRGI | $2,991.39 | $25,261.75 | $28,253.14 |
| 54 / 100 | M H Equipment | LRGI | | $1,107.74 | $1,107.74 |
| Scheduled | MC Schroeder Company | LRGI | | $12,198.48 | $12,198.48 |
| 49 | Osborn International | LRGI | $3,017.32 | $1,415.97 | $4,433.29 |
| 272 | Piedmont Plastics | LRGI | $2,633.78 | $13,566.79 | $16,200.57 |
| 257 | Preferred Acquisition Co | LRGI | | $7,970.00 | $7,970.00 |
| 274/182 | Preferred Rubber | LRGI | $14,246.95 | $26,865.28 | $41,112.23 |
| 193 | Rondy & Co Inc | LRGI | | $3,903.90 | $3,903.90 |
| 226 | S&S Inc | LRGI | $1,045.28 | $3,658.48 | $4,703.76 |
| 273 | Schoen Insulation SVS | LRGI | | $1,785.90 | $1,785.90 |
| 194 | Signa Stortech | LRGI | | $246.00 | $246.00 |
| 260 | Solar Atmospheres Inc | LRGI | $3,750.00 | $9,785.00 | $13,535.00 |
| 258 | Tech Pro Inc | LRGI | | $3,185.89 | $3,185.89 |
| Scheduled | Uline Inc | LRGI | $7,359.09 | $3,658.53 | $11,017.62 |
| **Total** | | | **$70,073.58** | **$175,387.03** | **$245,460.61** |
| | | | | | |
| **Grand Total** | | | **$258,816.25** | **$286,252.18** | **$545,068.43** |