B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC,**                                    Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Wacker Chemical Corp** | **Equity Trust Company Custodian FBO David Fishel IRA** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Wacker Chemical Corp
3301 Sutton Road
Adrian, MI 49221**

Court Claim # (if known): 246
Amount of Claim: **$610,753.78**
Date Claim Filed: 08-13-2008

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Michael Handler                        Date:  8/16/2010
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497086**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEXINGTON RUBBER GROUP INC,**                                       Case No. **08-11156**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **246** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **8/16/2010**.

| | |
|---|---|
| **Wacker Chemical Corp** | **Equity Trust Company Custodian FBO David Fishel IRA** |
| Name of Alleged Transferee | Name of Transferor |
| Address of Alleged Transferee:<br>**3301 Sutton Road**<br>**Adrian, MI 49221** | Address of Transferor:<br>**Equity Trust Company Custodian**<br>**FBO David Fishel IRA**<br>**225 BURNS ROAD**<br>**ELYRIA, OH 44035** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                   _____
                                                                                          **CLERK OF THE COURT**

                                                                                                                   **497086**

## TRANSFER NOTICE / EVIDENCE OF TRANSFER

Equity Trust Company Custodian FBO David Fishel IRA ("Assignor") transfers and assigns unto Wacker Chemical Corp. with an address at 3301 Sutton Road, Adrian, MI 49221, its successors and assigns ("Assignee"), all of Assignor's right, title and interest in, to and under Claim Number 246 of Assignor in the aggregate amount of $610,753.58, against Lexington Rubber Group, Inc. in the United States Bankruptcy Court, Southern District of New York, jointly administered as Case No. 08-11156.

**Equity Trust Company**
**Custodian FBO David Fishel IRA**

_____
(Signature)

**Dan Youngers**
(Print Name and Title)

**Corporate Alternate Signer**

3107819