UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEXINGTON PRECISION CORP., et al.,                          :    08- 11153 (SCC)
                                                            :
       Debtors.                                             :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x    Ref. Docket Nos. 991

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELLI PETRIS, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On August 18, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Elli Petris

Sworn to before me this
20th day of August, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LPC\Affidavits\Transfer 991_Aff_8-18-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
LEXINGTON PRECISION CORP., et al              |    08-11153 (MG)
                                              |
                Debtors.                      |
                                              |
                                              |
                                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:   EQUITY TRUST CO FBO DAVID FISHER IRA
              TRANSFEROR: WACKER CHEMICAL CORP.
              225 BURNS ROAD
              ELYRIA, OH 44035
```

Please note that your claim # 246 in the above referenced case and in the amount of
       $610,753.78 has been transferred **(unless previously expunged by court order)** to:

```
              WACKER CHEMICAL CORP.
              TRANSFEROR: EQUITY TRUST CO. CUSTODIAN
              FBO DAVID FISHEL IRA
              3301 SUTTON ROAD
              ADRIAN, MI 49221
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 991       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2010                         Vito Genna, Clerk of Court

                                         /s/ Elli Petris
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 18, 2010.

**EXHIBIT B**

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

| Name | Address |
|---|---|
| EQUITY TRUST CO FBO DAVID FISHER IRA | TRANSFEROR: WACKER CHEMICAL CORP. 225 BURNS ROAD ELYRIA OH 44035 |
| WACKER CHEMICAL CORP. | TRANSFEROR: EQUITY TRUST CO. CUSTODIAN FBO DAVID FISHEL IRA 3301 SUTTON ROAD ADRIAN MI 49221 |

Total Number of Records Printed    2

**EXHIBIT C**

LPC 8-18-10

Weil, Gotshal & Manges LLP
Attn: Duke Amponsah
767 Fifth Avenue
New York, New York 10153