**Objection Deadline – Wednesday September 8, 2010 at 12:00 p.m. (EDT)**
**Presentment Date – Friday September 10, 2010 at 12:00 p.m. (EDT)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
**LEXINGTON PRECISION CORP., et al.,**     :    Case No. 08-11153 (SCC)
                                                             :
          Debtors.                                    :    (Jointly Administered)
                                                             :
------------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF
POST-CONFIRMATION ORDER AND NOTICE**

PLEASE TAKE NOTICE that Lexington Precision Corporation and its wholly owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases, will present the order establishing post-confirmation procedures to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on **Friday, September 10, 2010 at 12:00 p.m. (EDT)**.

PLEASE TAKE FURTHER NOTICE that copies of the proposed order are available for free at http://chapter11.epiqsystems.com/lexington, and for a fee at the Court's website at www.nysb.uscourts.gov.  Note that a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website (www.nysb.uscourts.gov).

US_ACTIVE:\43484516\01\26690.0008

PLEASE TAKE FURTHER NOTICE that any objections or responses to the proposed order, if any, must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be filed with the Bankruptcy Court no later than **Wednesday September 8, 2010 at 12:00 p.m. (EDT)** (the "**Objection Deadline**").  In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses.  General Order M-242 may be found at www.nysb.uscourts.gov.  All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Shelley C. Chapman.

PLEASE TAKE FURTHER NOTICE that all objections and responses must be served, so as to be received no later than the Objection Deadline, upon:  (i) the Debtors, Lexington Precision Corporation, 800 Third Ave., 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 1300 I Street, N.W., Suite 900, Washington, D.C. 20005 (Attn:  Adam P. Strochak), and 767 Fifth Avenue, New York, New York 10153 (Attn: Victoria Vron); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg); (iv) the attorneys for the Debtors' prepetition lenders, Waller, Landsden, Dortch & Davis LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: John C. Tishler); (v) the attorneys for the statutory committee of unsecured creditors, Andrews Kurth LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Paul

N. Silverstein and Jonathan I. Levine); and (vi) the attorneys for Debtors' postpetition lenders, O'Melveny & Meyers, LLP, Times Square Tower, 7 Times Square, New York, New York 10036 (Attn: Gerald Bender); and (vii) the attorneys for the plan investor, Jones Day LLP, 222 East 41st, New York, New York (Attn: Lisa G. Laukitis).

Dated: August 30, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Attorneys for Debtors
and Debtors in Possession

Objection Deadline – Wednesday September 8, 2010 at 12:00 p.m. (EDT)
Presentment Date – Friday September 10, 2010 at 12:00 p.m. (EDT)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
LEXINGTON PRECISION CORP., et al.,            :    Case No. 08-11153 (SCC)
                                              :
            Reorganized Debtors.              :    (Jointly Administered)
                                              :
------------------------------------------------------------------------x

## POST-CONFIRMATION ORDER AND NOTICE

WHEREAS, by that certain order, dated July 21, 2010 (the "**Confirmation Order**"),[1] the Court has confirmed the chapter 11 plan (the "**Plan**")[2] of Lexington Precision Corporation and its debtor subsidiary, Lexington Rubber Group, Inc. (together, the "**Reorganized Debtors**"), and whereas it is the responsibility of the Debtors to inform the Court of the progress made towards (a) consummation of the Plan under 11 U.S.C. § 1101(2), (b) entry of a final decree under Rule 3022 of the Federal Rules of Bankruptcy Procedure, and (c) case closing under 11 U.S.C. § 350; it is therefore

ORDERED, that the Debtors shall comply with the following except to the extent the Court orders otherwise:

> Periodic Status Reports. The Debtors shall file, within 45 days after the date of this Order, a status report detailing the actions taken by the Debtors and the progress made toward consummation of the Plan. The Debtors shall file reports thereafter every January 15th, April 15th, July 15th, and October 15 until a final decree has been entered.
>
> Notices. The Debtors shall mail a copy of this Order to all parties who have filed a notice of appearance in these chapter 11 cases.

---

[1] *Order Confirming Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated July 21, 2010 [Docket No. 975].

[2] *Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010, Exhibit "A" to the Confirmation Order.

<u>Closing Report and Final Decree</u>.  Within 14 days after the final adjudication of all pending matters, including, without limitation, any claims objections, in these chapter 11 cases, the Debtors shall file a closing report in accordance with Local Rule 3022-1 of the Local Bankruptcy Rules of the Southern District of New York and an application for a final decree.

Dated:  September ___, 2010
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE