UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK

In Re:                                          )
                                                )
                                                )  Case No: 08-11153
Lexington Precision Corp                        )
                                                )
                  Debtors,                      )
                                                )

RECEIVED AUG 27 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## NOTICE OF WITHDRAWAL OF CLAIM FILED BY WELLS FARGO FINANCIAL LEASING, INC.

COMES NOW Wells Fargo Financial Leasing, Inc. and withdraws its claim pursuant to Federal Rules of Bankruptcy Procedure § 3006, filed in the Lexington Precision Corp; Case No: 08-11153. Wells Fargo Financial Leasing, Inc. filed a Proof of Claim on or about April 8, 2008 in the amount of $13,167.27.

The claim filed by Wells Fargo Financial Leasing, Inc. ("Wells Fargo") has not been objected to, no adversary proceeding has been filed against Wells Fargo, and Wells Fargo has not voted on a plan or otherwise participated significantly in the case.

This Notice serves as Wells Fargo Financial Leasing, Inc.'s withdraw of its proof of claim.

Respectfully submitted,

Richard Behling   /s/ Tara Raymond
Richard Behling
Bankruptcy Specialist
Wells Fargo Financial Leasing, Inc.
MAC F4031-050
800 Walnut Street
Des Moines, IA 50309
Phone: (515) 557-4000
Facsimile: (877) 240-2190