**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                            :
In re:                                                      :      Chapter 11
                                                            :
**LEXINGTON PRECISION CORP., <u>et al.</u>,**               :      Case No. 08-11153 (SCC)
                                                            :
            Reorganized Debtors.                            :      (Jointly Administered)
                                                            :
---------------------------------------------------------------------x

## POST-CONFIRMATION ORDER AND NOTICE

WHEREAS, by that certain order, dated July 21, 2010 (the "**Confirmation Order**"),[1] the Court has confirmed the chapter 11 plan (the "**Plan**")[2] of Lexington Precision Corporation and its debtor subsidiary, Lexington Rubber Group, Inc. (together, the "**Reorganized Debtors**"), and whereas it is the responsibility of the Debtors to inform the Court of the progress made towards (a) consummation of the Plan under 11 U.S.C. § 1101(2), (b) entry of a final decree under Rule 3022 of the Federal Rules of Bankruptcy Procedure, and (c) case closing under 11 U.S.C. § 350; it is therefore

ORDERED, that the Debtors shall comply with the following except to the extent the Court orders otherwise:

> <u>Periodic Status Reports</u>.  The Debtors shall file, within 45 days after the date of this Order, a status report detailing the actions taken by the Debtors and the progress made toward consummation of the Plan.  The Debtors shall file reports thereafter every January 15th, April 15th, July 15th, and October 15 until a final decree has been entered.
>
> <u>Notices</u>.  The Debtors shall mail a copy of this Order to all parties who have filed a notice of appearance in these chapter 11 cases.

---

[1] *Order Confirming Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated July 21, 2010 [Docket No. 975].

[2] *Debtors' Fourth Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010, Exhibit "A" to the Confirmation Order.

<u>Closing Report and Final Decree</u>.  Within 14 days after the final adjudication of all pending matters, including, without limitation, any claims objections, in these chapter 11 cases, the Debtors shall file a closing report in accordance with Local Rule 3022-1 of the Local Bankruptcy Rules of the Southern District of New York and an application for a final decree.

Dated:  September 15, 2010
      New York, New York

                                     /s/Shelley C. Chapman
                                     UNITED STATES BANKRUPTCY JUDGE