DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300
SCOTT A. ZUBER, ESQ. (S.Z. - 9728)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR WEBSTER BUSINESS CREDIT CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEXINGTON PRECISION CORPORATION, et al., | Case No. 08-11153 (MG) Jointly Administered |
| Debtors. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE take notice that, as of August 16, 2010, the New Jersey office of Day Pitney LLP has moved into new offices. The new address is:

> Day Pitney LLP
> One Jefferson Road
> Parsippany, NJ 07054-2891

Telephone numbers and e-mail addresses remain the same. Please note that this address change applies only to Day Pitney LLP's New Jersey office.

> DAY PITNEY LLP
> Attorneys for Webster Business Credit Corp.
>
> By:   /s/ Scott A. Zuber
>         SCOTT A. ZUBER

Dated: September 16, 2010
       Parsippany, NJ

83419210.1 437598-119710