Hearing Date and Time: Thursday, October 28, 2010 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: Thursday, October 21, 2010 at 4:00 p.m. (prevailing Eastern time)

> **PARTIES RECEIVING NOTICE OF THE THIRD OMNIBUS OBJECTION SHOULD REVIEW THE THIRD OMNIBUS OBJECTION TO SEE IF THEIR NAMES AND/OR CLAIMS ARE LOCATED IN EXHIBIT A ATTACHED THERETO.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                              :     Chapter 11 Case No.
:
**LEXINGTON PRECISION CORP., et al.,**     :     08-11153 (SCC)
:
Reorganized Debtors.              :     (Jointly Administered)
:
------------------------------------------------------------x

# NOTICE OF REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CERTAIN WRONG DEBTOR CLAIMS

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") to consider the third omnibus objection, dated September 24, 2010 (the "**Third Omnibus Objection**"), of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., (together, the "**Debtors**" or the "**Reorganized Debtors**") to certain claims filed in the Debtors' chapter 11 cases, which the Debtors believe assert liability against the incorrect Debtor, shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **Thursday, October 28, 2010 at 10:00 a.m. (prevailing Eastern Time)**.

US_ACTIVE:\43480340\06\26690.0008

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Third Omnibus Objection must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure and the local rules of the Bankruptcy Court; and (c) set forth the name of the objecting party, the basis for the objection, and specific grounds therefore.

**PLEASE TAKE FURTHER NOTICE** that all objections and responses must be filed with the Bankruptcy Court no later than **Thursday, October 21, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "**Response Deadline**").  In accordance with General Order M-242, registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses.  General Order M-242 may be found at www.nysb.uscourts.gov.  All other parties-in-interest must file their objections and responses on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) and deliver a hard copy directly to the chambers of Judge Shelley C. Chapman.

**PLEASE TAKE FURTHER NOTICE** that all objections and responses must be served, so as to be received no later than the Response Deadline, upon: (i) the Reorganized Debtors, Lexington Precision Corporation, 800 Third Ave., 15th Floor, New York, New York 10023 (Attn: Michael A. Lubin); (ii) the attorneys for the Reorganized Debtors, Weil, Gotshal & Manges LLP, 1300 I Street, N.W., Suite 900, Washington, D.C. 20005 (Attn: Adam P. Strochak), and 767 Fifth Avenue, New York, New York 10153 (Attn: Marvin Mills); and (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Paul K. Schwartzberg).

Dated: September 24, 2010
      New York, New York

                                 /s/ Adam P. Strochak
                                 Richard P. Krasnow
                                 Adam P. Strochak
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession

Hearing Date and Time: Thursday, October 28, 2010 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: Thursday, October 21, 2010 at 4:00 p.m. (prevailing Eastern time)

> **PARTIES RECEIVING NOTICE OF THE THIRD OMNIBUS OBJECTION SHOULD REVIEW THE THIRD OMNIBUS OBJECTION TO SEE IF THEIR NAMES AND/OR CLAIMS ARE LOCATED IN EXHIBIT A ATTACHED THERETO.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEXINGTON PRECISION CORP., et al.,** : **08-11153 (SCC)**
: 
**Reorganized Debtors.** : **(Jointly Administered)**
: 
----------------------------------------------------------------x

### REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CERTAIN WRONG DEBTOR CLAIMS

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

Lexington Precision Corporation ("**LPC**") and its wholly-owned subsidiary, Lexington Rubber Group, Inc. ("**LRGI**," and together, the "**Debtors**" or the "**Reorganized Debtors**"), hereby object on an omnibus basis (the "**Objection**") to certain proofs of claim, and respectfully represent:

### Background

1. On April 1, 2008 (the "**Commencement Date**"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

US_ACTIVE:\43480340\06\26690.0008

2. The Debtors' chapter 11 cases were consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3. On April 11, 2008, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**"), appointed the statutory committee of creditors (the "**Creditors' Committee**").

4. Pursuant to an order of the Court, dated, April 2, 2008, the Debtors retained Epiq Bankruptcy Solutions, LLC ("**Epiq**"), as the Debtors' claims agent.

5. On July 21, 2010, the Court entered an order (the "**Confirmation Order**"), confirming the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified*, dated May 26, 2010 (as further modified, the "**Plan**"). The effective date of the Plan occurred on July 30, 2010.

## The Bar Date and Schedules

6. On June 13, 2008, the Debtors filed their schedules and statements of financial affairs [Docket Nos. 174, 176] (collectively, the "**Schedules**").

7. By order, dated June 30, 2008 (the "**Bar Date Order**"), the Court established August 15, 2008 (the "**General Bar Date**") as the deadline for each person or entity other than a Government Unit (as defined by section 101(27) of the Bankruptcy Code) to file proofs of claim against the Debtors. Pursuant to the Bar Date Order, September 29, 2008 (the "**Government Bar Date**," and together with the General Bar Date, the "**Bar Dates**") was the deadline for Government Units to file proofs of claim.

8.      Pursuant to an order of the Court, dated July 15, 2010 (the "**Omnibus Objection Order**"),[1] the Debtors are authorized to file omnibus objections to claims on the bases set forth in Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the additional grounds set forth in the Omnibus Objection Order.  In accordance with the Omnibus Objection Order, the Debtors may file omnibus objections to claims that:

(a)     duplicate other claims;

(b)     have been filed in the wrong case;

(c)     have been amended by subsequently filed proofs of claim;

(d)     were not timely filed;

(e)     have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order;

(f)     were presented in a form that does not comply with applicable rules, and the Debtors are unable to determine the validity of the claims because of the noncompliance;

(g)     are interests, rather than claims;

(h)     assert priority in an amount that exceeds the maximum amount under section 507 of the Code;

(i)     claim an amount that contradicts the Debtors' books and records;

(j)     were incorrectly classified;

(k)     seek recovery of amounts for which the Debtors are not liable;

(l)     do not include sufficient documentation to ascertain the validity of the claims, or the secured or priority status thereof; or

(m)     are objectionable under section 502(e)(1) of the Bankruptcy Code.[2]

---

[1] *Order Expanding Authorization for the Debtors to File Omnibus Claims Objections,* dated July 15, 2010 [Docket No. 957.

[2] *Id.*

### Wrong Debtor Claims

9.    Based upon their books and records, the Debtors believe that the holders of the claims listed on **Exhibit A** (the "**Wrong Debtor Claims**"), have asserted claims against a Debtor that is not liable for such claims, and that the liability for such claims, if any, should be properly asserted against the other Debtor. In each instance, the Debtors believe that the claimant does not have a valid and independent basis (e.g., the existence of a guaranty) for asserting a claim against the given Debtor.

10.    **By this Objection, the Debtors do not seek to disallow or expunge any Wrong Debtor Claim from these chapter 11 cases**. The Debtors respectfully request, however, that the Court enter an order deeming each of the Wrong Debtor Claims to have been asserted against the respective Debtor set forth in the column labeled "Correct Debtor" in **Exhibit A** (collectively, the "**Reclassified Claims**").[3] The Debtors further request that, because Proof of Claim 51 was improperly filed against both LPC and LRGI, such claim should be reduced and deemed filed only against LPC, and that a new claim be added to the claims register against LRGI in favor of the holder of Proof of Claim 51, as set forth in **Exhibit A**. As a result of the proposed reclassification, the holders of the Reclassified Claims will receive different treatment pursuant to the Plan and Confirmation Order on account of their claims. Specifically, the Plan provides that allowed claims against LPC will be entitled to receive:

---

[3] W.W. Grainger, Inc. filed Proof of Claim No. 51 against both LPC and LRGI asserting a general unsecured claim of $33,248.64. The Debtors' books and records indicate that, of the $33,248.64, $3,647.09 should be asserted against LPC and $29,601.55 should be asserted against LRGI. The Debtors request that Proof of Claim 51 be reduced to a general unsecured claim of $3,647.09 asserted only against LPC and a new claim be added to the claims register asserting a general unsecured claim of $18,332.17 and a priority claim of $11,269.38 claim against LRGI in favor of W.W. Grainger, Inc.

> (i) Cash in the amount of eight percent (8%) of such Allowed General Unsecured Claim as soon as reasonably practicable after the later of (a) the Effective Date and (b) the date such General Unsecured Claim becomes Allowed, and (ii) an additional nine (9) equal quarterly Cash payments, each in an amount equal to eight and six-tenths percent (8.6%) of such Allowed Claim commencing three (3) months after the later of (a) the Effective Date and (b) the date such claim becomes Allowed; provided, however, that in lieu of such distribution, such holder may instead elect to make the Class 7 Cash Election.

Plan, § 4.8. Allowed claims against LRGI will be entitled to receive:

> Unless a holder of an Allowed General Unsecured Claim against LRGI has timely elected the Class 17 Cash Election, such holder will receive under the Plan Cash payments in the aggregate amount of 111.7% of such Claim (which includes interest from the Commencement Date through the date of last payment) as follows: (a) ten percent (10%) of the sum of (i) its Allowed General Unsecured Claim against LRGI and (ii) postpetition interest from the Commencement Date through and including the Effective Date, calculated at the federal judgment rate as of the Effective Date, in Cash as soon as reasonably practicable after the later of the Effective Date and the date such Claim is Allowed and (b) an additional nine (9) equal quarterly Cash payments, each in an amount equal to eleven and three-tenths percent (11.3%) of the sum of (i) its Allowed General Unsecured Claim, and (ii) postpetition interest from the Commencement Date through and including the Effective Date, calculated at the federal judgment rate as of the Effective Date, commencing three (3) months after the later of the Effective Date and the date such Claim is Allowed.

11. Confirmation Order, ¶ 17. Because the proposed reclassification will deem each of the Wrong Debtor Claims as having been asserted against LRGI, the Debtors submit that the relief requested is favorable to all of the affected creditors.

## Reservation of Rights

12. Because this Objection does not constitute an objection to the Reclassified Claims, the Reorganized Debtors limit this Objection to the grounds stated herein and reserve all rights and defenses, including, among other things, the right to object to the Reclassified Claims on any basis. As the Reorganized Debtors continue to analyze and reconcile claims, the Reorganized Debtors intend to file additional objections as appropriate.

**Jurisdiction**

13.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Notice**

14.  The Reorganized Debtors have provided notice of this Objection to (i) the U.S. Trustee, and (ii)  each holder of a claim listed on **Exhibit A** hereto, and (vi) all other parties that have requested notice in these chapter 11 cases (collectively, the "**Notice Parties**").  The Reorganized Debtors submit that no other or further notice need be provided.

15.  Pursuant to Bankruptcy Rule 3007, the Reorganized Debtors have provided all claimants affected by the Objection with at least thirty days' notice of the hearing to consider the Objection.

WHEREFORE the Reorganized Debtors respectfully request the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated:  September 24, 2010
         New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for the Reorganized Debtors

## EXHIBIT A

## Wrong Debtor Claims[1]

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 1. | Akzo Nobel Polymers Chemicals LLC<br>Attn: Mark Filippini<br>Credit And Accounts Receivables Manager<br>525 West Van Buren St<br>Chicago, IL 60607 | 27 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 2. | Brame Specialty Co. Inc.<br>222 E. 28th Street<br>Charlotte, NC 28206 | 181 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 3. | CDW Corporation<br>c/o Receivable Management Services (Rms)<br>P.O. Box 5126<br>Timonium, MD 21094 | 4478 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 4. | City of Rock Hill<br>Attn: Collections<br>155 Johnston St<br>Rock Hill, SC 29731 | 4487 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 5. | Cleary Developments, Inc.<br>Dba Belmont Equipment & Technologies<br>32055 Edward Avenue<br>Attn: L.J. Ianitelli, CEO<br>Madison Heights, MI 48071 | 19 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 6. | Diamond Metals Distribution<br>4635 W 160th St<br>Cleveland, OH 44135 | 216 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 7. | Dominion East Ohio Gas<br>Attn: Revenue Recovery - 18th Floor<br>P.O. Box 26666<br>Richmond, VA 23261 | 41 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 8. | Dow Corning STI<br>c/o Angela M. Cole, Esq.<br>Dow Corning Corporation<br>2200 W. Salzburg Road, C01222<br>Midland, MI 48640 | 46 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 9. | Encore Systems<br>3593 Medina Rd. Ste. 129<br>Medina, OH 44256 | 155 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 10. | Flow Polymers, Inc.<br>Attn: Marty Eble<br>12819 Colt Rd.<br>Cleveland, OH 44108 | 249 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

---

[1] Third Omnibus Objection, pp. 4-5.

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 11. | General Cable Industries, Inc.<br>Attn: Antony Wood<br>4 Tesseneer Drive<br>Highland Heights, KY 41076 | 180 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 12. | Gosiger, Inc.<br>Po Box 712288<br>Cincinnati, OH 45271 | 111 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 13. | Interstate Welding and Steel Supply<br>P.O. Box 1112<br>Attn: Gregory E Bradshaw, Office Manager<br>Murphy, NC 28906 | 7 | Lexington Precision Corporation and Lexington Rubber Group, Inc. | Lexington Rubber Group, Inc. |
| 14. | Hainco, LLC as assignee of<br>Evonik Degussa Corporation<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 219 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 15. | Hainco, LLC<br>Transferor: Hain Capital Holdings, Ltd<br>Attn: Ganna Liberchuck<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 22 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 16. | McMaster-Carr<br>Attn: Tina Davidson<br>200 Aurora Industrial Parkway<br>Aurora, OH 44202 | 24 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 17. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 10 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 18. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 13 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 19. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 14 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 20. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 15 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 21. | Nusil Technology LLC<br>1050 Cindy Lane<br>Carpinteria, CA 93013 | 33 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 22. | Ohio Edison Company<br>Bankruptcy Dept.<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 26 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 23. | Patton's Inc<br>3201 South Blvd<br>Charlotte, NC 28209 | 98 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 24. | Perkin Elmer Life & Analytica<br>710 Bridgeport Ave.<br>Shelton, CT 06484-4794 | 138 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 25. | Polymer Packaging, Inc.<br>Attn: Jeffrey S. Davis<br>8333 Navarre Rd SE<br>Massillon, OH 44646 | 39 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 26. | Process Oils, Inc.<br>William F. Harmeyer<br>William F. Harmeyer & Associates PC<br>7322 Southwest Freeway Suite 475<br>Houston, TX 77074 | 1 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 27. | Schwarz Partners Packaging, LLC<br>d/b/a Dalton Box<br>612 Callahan Road<br>Dalton, GA 30721 | 52 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 28. | Sebring Container, Corp.<br>964 Benton Rd<br>P.O. Box 359<br>Salem, OH 44460-0359 | 270 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 29. | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | 38 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 30. | W.W. Grainger, Inc.<br>7300 N. Melvina Ave. M240<br>Niles, IL 60714-3998 | 51[2] | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 31. | Waste Management RMC<br>2625 Grandview Rd Ste 170<br>Phoenix, AZ 85023-3113 | 16 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

---

[2] W.W. Grainger, Inc. filed Proof of Claim No. 51 against both LPC and LRGI asserting a general unsecured claim of $33,248.64. The Debtors' books and records indicate that, of the $33,248.64, $3,647.09 should be asserted against LPC and $29,601.55 should be asserted against LRGI. The Debtors request that Proof of Claim 51 be reduced to a general unsecured claim of $3,647.09 asserted only against LPC and a new claim be added to the claims register asserting a general unsecured claim of $18,332.17 and a priority claim of $11,269.38 claim against LRGI in favor of W.W. Grainger, Inc.

## Exhibit B

**Proposed Order**

US_ACTIVE:\43480340\06\26690.0008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEXINGTON PRECISION CORP., et al.,** : 08-11153 (SCC)
:
Reorganized Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

### ORDER GRANTING REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO WRONG DEBTOR CLAIMS

Upon consideration of the third omnibus objection to proofs of claim, dated September 24, 2010 (the "**Objection**")[1] of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**" or the "**Reorganized Debtors**"); and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court having found and determined that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the Notice Parties; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates, and creditors; and the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and therefore it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

US_ACTIVE:\43480340\06\26690.0008

ORDERED that each of the claims listed on **Exhibit 1** attached hereto (the "**Wrong Debtors Claims**") is deemed to have been asserted against the applicable Debtor identified in the column labeled "Correct Debtor" (the "**Reclassified Claims**"); and it is further

ORDERED that nothing herein shall prejudice the Reorganized Debtors' rights and defenses with respect to the Reclassified Claims, including, among other things, the right to object to the Reclassified Claims on any basis; and it is further

ORDERED that Epiq is authorized and directed to make any necessary changes to the official claims registry to reflect the terms of this Order; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: October __, 2010
       New York, New York

 

HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Wrong Debtor Claims

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 1. | Akzo Nobel Polymers Chemicals LLC<br>Attn:  Mark Filippini<br>Credit And Accounts Receivables Manager<br>525 West Van Buren St<br>Chicago, IL 60607 | 27 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 2. | Brame Specialty Co. Inc.<br>222 E. 28th Street<br>Charlotte, NC 28206 | 181 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 3. | CDW Corporation<br>c/o Receivable Management Services (Rms)<br>P.O. Box 5126<br>Timonium, MD 21094 | 4478 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 4. | City of Rock Hill<br>Attn:  Collections<br>155 Johnston St<br>Rock Hill, SC 29731 | 4487 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 5. | Cleary Developments, Inc.<br>Dba Belmont Equipment & Technologies<br>32055 Edward Avenue<br>Attn:  L.J. Ianitelli, CEO<br>Madison Heights, MI 48071 | 19 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 6. | Diamond Metals Distribution<br>4635 W 160th St<br>Cleveland, OH 44135 | 216 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 7. | Dominion East Ohio Gas<br>Attn: Revenue Recovery - 18th Floor<br>P.O. Box 26666<br>Richmond, VA 23261 | 41 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 8. | Dow Corning STI<br>c/o Angela M. Cole, Esq.<br>Dow Corning Corporation<br>2200 W. Salzburg Road, C01222<br>Midland, MI 48640 | 46 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 9. | Encore Systems<br>3593 Medina Rd. Ste. 129<br>Medina, OH 44256 | 155 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 10. | Flow Polymers, Inc.<br>Attn:  Marty Eble<br>12819 Colt Rd.<br>Cleveland, OH 44108 | 249 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 11. | General Cable Industries, Inc.<br>Attn: Antony Wood<br>4 Tesseneer Drive<br>Highland Heights, KY 41076 | 180 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 12. | Gosiger, Inc.<br>Po Box 712288<br>Cincinnati, OH 45271 | 111 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 13. | Interstate Welding and Steel Supply<br>P.O. Box 1112<br>Attn: Gregory E Bradshaw, Office Manager<br>Murphy, NC 28906 | 7 | Lexington Precision Corporation and Lexington Rubber Group, Inc. | Lexington Rubber Group, Inc. |
| 14. | Hainco, LLC as assignee of<br>Evonik Degussa Corporation<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 219 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 15. | Hainco, LLC<br>Transferor: Hain Capital Holdings, Ltd<br>Attn: Ganna Liberchuck<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 22 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 16. | McMaster-Carr<br>Attn: Tina Davidson<br>200 Aurora Industrial Parkway<br>Aurora, OH 44202 | 24 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 17. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 10 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 18. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 13 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 19. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 14 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 20. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 15 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 21. | Nusil Technology LLC<br>1050 Cindy Lane<br>Carpinteria, CA 93013 | 33 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 22. | Ohio Edison Company<br>Bankruptcy Dept.<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 26 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 23. | Patton's Inc<br>3201 South Blvd<br>Charlotte, NC 28209 | 98 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 24. | Perkin Elmer Life & Analytica<br>710 Bridgeport Ave.<br>Shelton, CT 06484-4794 | 138 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 25. | Polymer Packaging, Inc.<br>Attn: Jeffrey S. Davis<br>8333 Navarre Rd SE<br>Massillon, OH 44646 | 39 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 26. | Process Oils, Inc.<br>William F. Harmeyer<br>William F. Harmeyer & Associates PC<br>7322 Southwest Freeway Suite 475<br>Houston, TX 77074 | 1 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 27. | Schwarz Partners Packaging, LLC<br>d/b/a Dalton Box<br>612 Callahan Road<br>Dalton, GA 30721 | 52 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 28. | Sebring Container, Corp.<br>964 Benton Rd<br>P.O. Box 359<br>Salem, OH 44460-0359 | 270 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 29. | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | 38 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 30. | W.W. Grainger, Inc.<br>7300 N. Melvina Ave. M240<br>Niles, IL 60714-3998 | 51[1] | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 31. | Waste Management RMC<br>2625 Grandview Rd Ste 170<br>Phoenix, AZ 85023-3113 | 16 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

---

[1] Proof of Claim 51 is hereby reduced to a general unsecured claim of $3,647.09 asserted only against LPC and a new claim be added to the claims register asserting a general unsecured claim of $18,332.17 and a priority claim of $11,269.38 claim against LRGI in favor of W.W. Grainger, Inc.

US_ACTIVE:\43480340\06\26690.0008         3