# EXHIBIT C
COPIES OF W.Y. CAMPBELL'S INVOICES AND ITS ITEMIZED EXPENSES HAVE PREVIOUSLY BEEN FILED IN THIS CASE.

**PLEASE SEE THE FOLLOWING ECF DOC. NOS. BELOW**

| DATE | ECF DOC. NO. | DESCRIPTION |
|---|---|---|
| **9/15/2008** | **397** | **Interim Application (4-1-2008 to 7-31-2008)** |
| 10/30/2008 | 454 | Monthly Fee Statement Letter (8-1-2008 to 8-31-2008) and (9-1-2008 to 9-31-2008) |
| 12/01/2008 | 473 | Monthly Fee Statement Letter (10-1-2008 to 10-31-2008) |
| 12/23/2008 | 500 | Monthly Fee Statement Letter (11-1-2008 to 11-30-2008) |
| **1/15/2009** | **523** | **Second Application for Interim Compensation (8-1-2008 to 11-30/2008)** |
| 2/5/2009 | 546 | Monthly Fee Statement Letter (12-1-2008 to 12-31-2008) |
| 3/5/2009 | 582 | Monthly Fee Statement Letter (1-1-2009 to 1-31-2009) |
| 4/3/2009 | 610 | Monthly Fee Statement Letter (2-1-2009 to 2-28-2009) |
| 5/8/2009 | 623 | Monthly Fee Statement Letter (3-1-2009 to 3-31-2009) |
| **5/15/2009** | **629** | **Third Application for Interim Compensation (12-1-2008 to 3/31/2009)** |
| 6/22/2009 | 654 | Monthly Fee Statement Letter (4-1-2009 to 4-30-2009) |
| 7/23/2009 | 665 | Monthly Fee Statement Letter (5-1-2009 to 5-31-2009) |
| 8/26/2009 | 693 | Monthly Fee Statement Letter (6-1-2009 to 6-30-2009) |
| 9/9/2009 | 706 | Monthly Fee Statement Letter (7-1-2009 to 7-31-2009) |
| **9/15/2009** | **713** | **Fourth Application for Interim Compensation (4-1-2009 to 7-31-2009)** |
| 10/7/2009 | 751 | Monthly Fee Statement Letter (8-1-2009 to 8-31-2009) |
| 11/2/2009 | 774 | Monthly Fee Statement Letter (9-1-2009 to 9-30-2009) |
| 12/14/2009 | 796 | Monthly Fee Statement Letter (10-1-2009 to 10-31-2009) |
| 1/15/2010 | 820 | Monthly Fee Statement Letter (11-1-2009 to 11-30-2009) |
| **1/15/2010** | **821** | **Fifth Application for Interim Compensation (8-1-2009 to 11-30-2009)** |
| 2/2/2010 | 828 | Monthly Fee Statement Letter (12-1-2009 to 12-31-2009) |
| 5/27/2010 | 898 | Monthly Fee Statement Letter (1-1-2010 to 1-31-2010) |
| 5/27/2010 | 899 | Monthly Fee Statement Letter (2-1-2010 to 2-28-2010) |
| 5/27/2010 | 900 | Monthly Fee Statement Letter (3-1-2010 to 3-31-2010) |
| 7/2/2010 | 939 | Monthly Fee Statement Letter (4-1-2010 to 4-30-2010) |
| 8/2/2010 | 984 | Monthly Fee Statement Letter (5-1-2010 to 6-30-2010) |