ANDREWS KURTH LLP
Paul N. Silverstein (PS 5098)
Jonathan I. Levine (JL 9674)
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEXINGTON PRECISION CORP, et al.,** | : | Case No. 08-11153 (SCC) |
| | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------x

**CERTIFICATION OF PAUL N. SILVERSTEIN**

Paul N. Silverstein, certifies as follows:

1. I have been designated by Andrews Kurth LLP (the "Applicant") as the professional with responsibility in this case for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (collectively, the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in the certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described in Exhibit D to the Application, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to

NYC:218211.1

recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:

   a. As mutually agreed, the Applicant did not provide a copy of the Application to the Debtors or the United States Trustee for the Southern District of New York fourteen (14) days prior to the date hereof.

Dated: New York, New York
       September 28, 2010

                                        /s/ Paul N. Silverstein_____
                                        Paul N. Silverstein

-2-

NYC:218211.1