**SUMMARY OF MONTHLY APPLICATION OF FEES**
**ANDREWS KURTH LLP**
**FOR THE PERIOD OF APRIL 1, 2008 TO SEPTEMBER 28, 2010**

| Name | Title | Class Year | Rate | Hours Billed | Total Value |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | 929.04 | 457.80 | 425,315.00 |
| ANDREW FEINER | Partner | 1982 | 769.01 | 81.90 | 62,982.00 |
| THOMAS TAYLOR | Partner | 1982 | 507.92 | 6.00 | 3,047.50 |
| WILLIAM MARK YOUNG | Partner | 1988 | 670.10 | 20.20 | 13,536.00 |
| PETER S. GOODMAN | Partner | 1986 | 700.00 | 6.30 | 4,410.00 |
| GREG SULLIVAN | Partner | 1977 | 565.66 | 18.20 | 10,295.00 |
| GERALD L. BRACHT | Partner | 1976 | 648.42 | 631.10 | 409,220.00 |
| ROBIN RUSSELL | Partner | 1993 | 701.40 | 68.00 | 47,695.50 |
| JASON S. BROOKNER | Partner | 1994 | 592.50 | 5.60 | 3,318.00 |
| JONATHAN I. LEVINE | Partner | 2000 | 568.43 | 923.00 | 524,663.00 |
| TIM MCCONN | Partner | 2001 | 407.52 | 222.00 | 90,469.50 |
| LISA E. MORFEY | Counsel | 1999 | 497.15 | 12.30 | 6,115.00 |
| TIMOTHY A. DAVIDSON II | Counsel | 1999 | 450.00 | 1.40 | 630.00 |
| MONICA SUSAN BLACKER | Counsel | 1996 | 525.00 | 2.40 | 1,260.00 |
| GRACE D. O'MALLEY | Associate | 1997 | 300.00 | 0.40 | 120.00 |
| BASIL UMARI | Associate | 2000 | 425.68 | 29.20 | 12,430.00 |
| CHASLESS L. YANCY | Associate | 2001 | 415.02 | 20.80 | 8,632.50 |
| JEFFREY M. BUTLER | Associate | 2002 | 375.00 | 13.90 | 5,212.50 |
| MATTHEW WILLCOX | Associate | 2002 | 350.00 | 2.10 | 735.00 |
| WILL S. BECKER | Associate | 2004 | 366.61 | 21.70 | 7,955.50 |
| ALISON CHEN | Associate | 2004 | 335.00 | 0.70 | 234.50 |
| JEREMY B. RECKMEYER | Associate | 2005 | 425.65 | 171.30 | 72,913.50 |
| ABHISHEK MATHUR | Associate | 2005 | 445.00 | 127.50 | 56,737.50 |
| CASSANDRA L. PORSCH | Associate | 2005 | 345.33 | 57.00 | 19,684.00 |
| JEFFREY B. SCHWARCZ | Associate | 2005 | 350.00 | 0.80 | 280.00 |
| SARAH J. KITTLEMAN | Associate | 2005 | 275.00 | 47.90 | 13,172.50 |
| TARYN A. SINGER | Associate | 2007 | 275.00 | 14.10 | 3,877.50 |
| ADRIAN GREEN | Associate | 2007 | 250.00 | 17.50 | 4,375.00 |
| JESSE P. MYERS | Associate | 2007 | 290.95 | 13.20 | 3,840.50 |
| DAVID L. CURRY, JR. | Associate | 2008 | 265.00 | 14.40 | 3,816.00 |
| MARCELA X. BERDION-STRAUB | Associate | 2008 | 250.00 | 1.00 | 250.00 |
| SHAY BRYSON | Associate | 2009 | 125.00 | 17.30 | 2,162.50 |
| CAREY SAKERT | Paralegal | | 220.25 | 20.40 | 4,493.00 |
| KAREEN SIMON-EICHMANN | Paralegal | | 178.86 | 91.70 | 16,401.50 |
| JAKELYNE GARCIA | Paralegal | | 205.00 | 3.90 | 799.50 |
| JULIA GORODETSKY | Paralegal | | 313.04 | 20.70 | 6,480.00 |
| ELIZABETH A. MCDERMOTT | Paralegal | | 170.00 | 19.30 | 3,281.00 |
| ALEXANDRA Z. BUNNELL | Paralegal | | 181.67 | 51.40 | 9,338.00 |
| JOANNA D. ROSENBERG | Paralegal | | 211.53 | 32.30 | 6,832.50 |
| | | | | | |
| GRAND TOTAL | | | 571.53 | 3,266.70 | 1,867,011.00 |

## SUMMARY OF MONTHLY APPLICATION OF FEES
## ANDREWS KURTH LLP
## FOR THE PERIOD OF DECEMBER 1, 2009 TO SEPTEMBER 28, 2010

| Name | Title | Class Year | Rate | Hours Billed | Total Value |
|---|---|---|---|---|---|
| PAUL N. SILVERSTEIN | Partner | 1981 | 976.70 | 53.10 | 51,863.00 |
| WILLIAM MARK YOUNG | Partner | 1988 | 685.00 | 11.60 | 7,946.00 |
| JASON S. BROOKNER | Partner | 1994 | 645.00 | 0.70 | 451.50 |
| JONATHAN I. LEVINE | Partner | 2000 | 635.06 | 72.00 | 45,724.00 |
| JEREMY B. RECKMEYER | Associate | 2005 | 434.27 | 69.40 | 30,138.00 |
| ABHISHEK MATHUR | Associate | 2005 | 445.00 | 127.50 | 56,737.50 |
| JESSE P. MYERS | Associate | 2007 | 291.02 | 12.20 | 3,550.50 |
| JULIA GORODETSKY | Paralegal | | 340.00 | 1.60 | 544.00 |
| JOANNA D. ROSENBERG | Paralegal | | 222.71 | 16.40 | 3,652.50 |
| | | | | | |
| | | | | | |
| GRAND TOTAL | | | 550.36 | 364.50 | 200,607.00 |