SUMMARY OF MONTHLY APPLICATION OF FEES BY MATTER
ANDREWS KURTH LLP
FOR THE PERIOD OF APRIL 1, 2008 TO SEPTEMBER 28, 2010

| Matter | Description | Blended Rate | Hours | Value |
|---|---|---|---|---|
| 181752 | DIP FINANCING/CASH COLLATERAL | 634.95 | 69.80 | 44,319.50 |
| 181754 | EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION | 534.22 | 217.30 | 116,086.50 |
| 181756 | PLAN AND DISCLOSURE STATEMENT | 570.81 | 2125.30 | 1,213,140.00 |
| 181757 | TAX MATTERS | 675.43 | 118.70 | 80,173.50 |
| 181759 | TRUSTEE/EXAMINER | 581.5 | 2.00 | 1,163.00 |
| 181761 | BUSINESS OPERATIONS | 643.23 | 28.60 | 18,396.50 |
| 181762 | CASE ADMINISTRATION | 451.88 | 164.40 | 74,288.50 |
| 181763 | CLAIMS | 576.54 | 81.90 | 47,219.00 |
| 181764 | COMMITTEE MATTERS | 593.47 | 458.70 | 272,224.50 |
|  | GRAND TOTAL |  | 3266.70 | 1,867,011.00 |

## SUMMARY OF MONTHLY APPLICATION OF FEES BY MATTER
### ANDREWS KURTH LLP
### FOR THE PERIOD OF DECEMBER 1, 2009 TO SEPTEMBER 28, 2010

| Matter | Description | Blended Rate | Hours | Value |
|---|---|---|---|---|
| 181752 | DIP FINANCING/CASH COLLATERAL | 0.00 | 0.00 | 0.00 |
| 181754 | EMPLOYMENT OF PROFESSIONALS/FEE APPLICATION | 517.76 | 41.30 | 21,383.50 |
| 181756 | PLAN AND DISCLOSURE STATEMENT | 560.63 | 266.50 | 149,296.50 |
| 181757 | TAX MATTERS | 0 | 0.00 | 0.00 |
| 181759 | TRUSTEE/EXAMINER | 0 | 0.00 | 0.00 |
| 181761 | BUSINESS OPERATIONS | 631.67 | 0.30 | 189.50 |
| 181762 | CASE ADMINISTRATION | 323.45 | 20.70 | 6,695.50 |
| 181763 | CLAIMS | 558.70 | 2.70 | 1,508.50 |
| 181764 | COMMITTEE MATTERS | 648.60 | 33.20 | 21,533.50 |
| | GRAND TOTAL | | 364.70 | 200,607.00 |