**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                           :        Chapter 11
                                                                 :
**LEXINGTON PRECISION CORP., et al.,**          :        Case No. 08-11153 (SCC)
                                                                 :
                                                                 :        (Jointly Administered)
                              Debtors.                    :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

JEREMY B. RECKMEYER, being of full age, hereby certifies as follows:

On September 28, 2010, I caused true copies of the Application for Final Professional Compensation for Andrews Kurth LLP [Docket # 1010], to be filed on CM/ECF and served on the following parties via the method shown: (a) via First Class Mail, to (i) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Paul Schwartzberg); and (ii) counsel to the Debtors, Weil, Gotshal & Manges, LLP, 1300 Eye Street, NW, Suite 900, Washington, DC 20005 (Attn: Richard Krasnow, Adam Strochak, and Victoria Vron); and (b) via ECF, to all parties on the Master Service List filed with this Court.

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

/s/ Jeremy B. Reckmeyer
Jeremy B. Reckmeyer

Dated: October 1, 2010

NYC:218835.1