UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:

LEXINGTON PRECISION CORPORATION,

Debtor(s).

Case No. 08-11153-SEC

Chapter 11

Honorable Shelley C. Chapman

## PROOF OF SERVICE

The undersigned certifies that on October 04, 2010, a copy of the Response of the Michigan Department of Treasury to Debtor's Second Omnibus Claims Objection, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Richard P Krasnow
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York NY  10153

Epiq Bankruptcy Solutions, LLC Claims Agent
Grand Central Station
P.O. Box 4613
New York, NY  10163

*/s/ Patricia A. Klein*
Patricia A. Klein
Legal Secretary
Juandisha M. Harris  (P62978)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone: (313) 456-0140
E-mail:  harrisjm@michigan.gov

Dated:  October 04, 2010