UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
**LEXINGTON PRECISION CORP., et al.,**         :    Case No. 08- 11153 (SCC)
                                               :
      **Reorganized Debtors.**      :    (Jointly Administered)
                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 1004, 1005,
    and 1006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 27, 2010, I caused to be served the:

   a. "Notice of Reorganized Debtors' Second Omnibus Objection to Certain (A) Late-Filed Claims, (B) Books and Records Claims, and (C) No Liability Claims," dated September 24, 2010, to which was attached the "Reorganized Debtors' Second Omnibus Objection to Certain (A) Late-Filed Claims, (B) Books and Records Claims, and (C) No Liability Claims," dated September 24, 2010 [Docket No. 1004], (the "2nd Omni Objection"),

   b. "Notice of Reorganized Debtors' Third Omnibus Objection to Certain Wrong Debtor Claims," dated September 24, 2010, to which was attached the "Reorganized Debtors' Third Omnibus Objection to Certain Wrong Debtor Claims," dated September 24, 2010 [Docket No. 1005], (the "3rd Omni Objection"), and

   c. "Notice of Reorganized Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code to Deem their Schedules Further Amended," dated September 24, 2010, to which was attached the "Reorganized Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code to Deem their Schedules Further Amended," dated September 24, 2010 [Docket No. 1006], (the "Amended Notice"),

by causing true and correct copies of the:

    i. 2nd Omni Objection, 3rd Omni Objection and Amended Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. 2nd Omni Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. 3rd Omni Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

    iv. Amended Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
27th day of September, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| ANDREWS KURTH LLP | ATTN:PAUL N. SILVERSTEIN 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ANDREWS KURTH LLP | ATTN: JONATHAN LEVINE, ESQ. 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN, ESQ. (COUNSEL TO IRON MOUNTAIN INFORMATION MANAGEMENT) 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| BLANK ROME LLP | ATTN: RAYMOND PATELLA COUNSEL TO GENERAL CABLE INDUSTRIES, INC. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998 |
| CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CARTER, LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN COUNSEL TO CAPITAL SOURCE FINANCE, LLC. 2 WALL STREET NEW YORK NY 10005 |
| CHANNEL PRIME ALLIANCE | ATTN:CIARA DOLLOWAY 800 CONNECTICUT AVE NORWALK CT 06854 |
| CHASE BRASS & COPPER, INC. | ATTN:CHERYL NOFZIGER P.O. BOX 152 MONTPELIER OH 43543-0152 |
| CHINA AUTO GROUP | 4 MASON STE B IRVINE CA 92618-2555 |
| COHEN, WEISS AND SIMON LLP | ATTN: RICHARD M. SELTZER COUNSEL FOR: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION 330 WEST 42ND STREET NEW YORK NY 10036 |
| COPPER & BRASS SALES | ATTN:DALE SAWCHIK 5755 GRANT AVENUE CLEVELAND OH 44105 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CSE MORTGAGE, LLC C/O CAPITALSOURCE FINANCE LLC | ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DALTON BOX | ATTN:SHEILA BLAIR 612 EAST CALLAHAN RD DALTON GA 30721 |
| DAY PITNEY LLP | ATTN: SCOTT A. ZUBER, ESQ. COUNSEL TO WEBSTER BUSINESS CREDIT CORPORATION ONE JEFFERSON ROAD PARSIPPANY NJ 07054-2891 |
| DEGUSSA-HULS CORPORATION | ATTN:FRED PACINICH 379 INTERPACE PARKWAY PARSIPPANY NJ 07660 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:AKIM GRATE 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DMD SPECIAL SITUTATIONS, LLC | C/O CAPITALSOURCE FINANCE LLC ATTN:TODD GEHRS 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| DOW CORNING STI | ATTN:ANNE TIPPLE 111 S. PROGRESS DRIVE KENDALLVILLE IN 46755 |
| EARLE M. JORGENSEN COMPANY | ATTN:DAVID O' BRIEN 2060 ENTERPRISE PARKWAY TWINSBURG OH 44087 |
| ENVIRONMENTAL PRODUCTS AND SERVICES | PO BOX 315 SYRACUSE NY 13209 |
| EXCELLUS BLUE CROSS | ATTN:CUSTOMER SERVICE PO BOX 4752 ROCHESTER NY 14692 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| GEORGIA POWER | 41 MASSELL DR SE CARTERSVILLE GA 30121-4283 |
| GOLD KEY PROCESSING, LTD | ATTN:STEVE HARSH 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOODYEAR TIRE & RUBBER CO. | ATTN:DERICK MCGINNESS 5055 MLK DRIVE BEAUMONT TX 38024 |
| GOSIGER MACHINE TOOLS | ATTN:LINDA DUALE PO BOX 712288 CINCINNATI OH 45271 |
| HALEY & ALDRICH, INC. | ATTN:STEVE SCHALABBA 465 MEDFORD STREET, STE 2200 BOSTON MA 02129-1400 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| IMPERIAL DIE & MFG CO. | ATTN:RON LAPOSSY 22930 ROYALTON ROAD STRONGSVILLE OH 44149 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| JONES DAY | ATTN: LISA G. LAUKITIS (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET NEW YORK NY 10017 |
| JONES DAY | ATTN: JENNIFER J. O'NEIL (COUNSEL TO: AURORA RESURGENCE) 222 EAST 41ST STREET |

| Claim Name | Address Information |
|---|---|
| JONES DAY | NEW YORK NY 10017 |
| JONES DAY | ATTN: LISA LAUKITIS (COUNSEL TO COMMERCIAL FINANCIAL SERVICES 407,LLC, PLAN INVESTOR) 222 EAST 41ST STREET NEW YORK NY 10017 |
| KEATING MUETHING & KLEKAMP, PLL | ATTN: JASON V. STITT (COUNSEL TO: GENERAL CABLE INDUSTRIES, INC.) ONE EAST FOURTH STREET SUITE 1400 CINCINNATI OH 45202 |
| KELLEY & FERRARO, L.L.P. | ATTN: THOMAS M. WILSON, ESQ. 2200 KEY TOWER 127 PUBLIC SQUARE CLEVELAND OH 44114 |
| KEYSTONE PROFILES | ATTN:FRANK CREMEENS 220 SEVENTH AVENUE BEAVER FALLS PA 15010 |
| LEXINGTON PRECISION CORPORATION | ATTN:MICHAEL A. LUBIN 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LEXINGTON PRECISION CORPORATION | ATTN:WARREN DELANO 800 THIRD AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| LINTECH INTERNATIONAL | ATTN:JULIE VAN BRUNT P.O. BOX 10225 MACON GA 31297 |
| LION COPOLYMER | ATTN:MICHELLE GEIDROZ 36191 HIGHWAY 30 GEISMAR LA 70734 |
| LOCAL 1811, UNITED STEELWORKERS OF | AMERICA, AFL-CIO, CLC C/O LEXINGTON MEDICAL ATTN:WAYNE ROBINSON P.O. BOX 4477 ROCK HILL SC 29732 |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C. | ATTN: MARC N. SWANSON (COUNSEL TO: FORD MOTOR COMPANY) 150 WEST JEFFERSON, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: STEPHEN S LAPLANTE, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARK N. SWANSON, ESQ. ATTORNEYS FOR FORD MOTOR COMPANY 150 W. JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MOMENTIVE PERFORMANCE MATERIALS, INC. | 22 CORPORATE WOODS BLVD STE 4 ALBANY NY 12211-2503 |
| NEW YORK STATE SALES TAX | PO BOX 15168 ALBANY NY 12212-5168 |
| NEW YORK STATE TAX PROCESSING | PO BOX 15168 ALBANY NY 12212-5168 |
| O'MELVENY & MEYERS, LLP | ATTN:GERALD BENDER, ESQ. TIMES SQUARE TOWER,7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR ATTN: PAUL KENAN SCHWARTZBERG NEW YORK NY 10004 |
| OHIO EDISON | ATTN:CUSTOMER SERVICE P.O. BOX 3637 AKRON OH 44309-3637 |
| PPG INDUSTRIES, INC. | ATTN:ANEW JOHNSON DEPT. AT 40177 P.O. BOX 40162 ATLANTA GA 31192-0162 |
| PREFERRED RUBBER COMPOUNDING | ATTN:MICHELLE PARKS 1020 LAMBERT STREET BARBERTON OH 44203 |
| PROCESS OILS, INC. | ATTN:BOB HOCH ONE SUGAR CREEK CENTER BLVD. SUITE 920 SUGAR LAND TX 77078 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279 |
| SHIN-ETSU SILICONES OF AMERICA, INC. | ATTN:ELAINE MCDOWELL 1150 DAMAR DRIVE AKRON OH 44305 |
| SIGNATURE ALUMINUM | ATTN:CHIP MOORE 500 EDWARD AVE RICHMOND HILL ON L4C4Y9 CANADA |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: JO CHRISTINE REED, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SONNENSCHEIN NATH & ROSENTHAL LLP | ATTN: ROBERT B. MILLNER, ESQ. (COUNSEL TO: LIBERTY MUTUAL INSURANCE COMPANY) 7800 SEARS TOWER 233 S. WACKER DRIVE CHICAGO IL 60606 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| STEVENS & LEE, P.C. | ATTN: NICHOLAS F. KAJON (COUNSEL TO: LIQUIDITY SOLUTIONS, INC.) 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| SULLIVAN & WORCESTER LLP | ATTN: GAYLE P. EHRLICH, ESQ. COUNSEL TO WILMINGTON TRUST COMPANY ONE POST OFFICE SQUARE BOSTON MA 02109 |
| TAFT STETTINIUS & HOLLISTER LLP | ATTN: RICHARD FERRELL, ESQ. COUNSEL TO GOSIGER, INC. 425 WALNUT STREET, SUITE 1800 CINCINNATI OH 45202 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| TREASURER OF THE STATE OF OHIO | P. O. BOX 16561 COLUMBUS OH 43266 |
| UNITED STEEL WORKERS | ATTN: DAVID R. JURY ASSOCIATE GENERAL COUNSEL FIVE GATEWAY CENTER, SUITE 807 PITTSBURGH NY 15222 |
| VITEX CORPORATION | ATTN:BRENDA GOODEARL 43 INDUSTRIAL PARK DRIVE P.O. BOX 6149 FRANKLIN NH 03235 |
| WACKER SILICONES | ATTN:JAMES LAMMERS, CREDIT ANALYST 3301 SUTTON ROAD ADRIAN MI 49221 |

| Claim Name | Address Information |
|---|---|
| WALLER LANDSEN DORTCH & DAVIS, LLP | ATTN: JOHN C. TISHLER ROBERT J. WELHOELTER COUNSEL TO CAPITAL SOURCE FINANCE LLC. 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALLER, LANSDEN, DORTCH, & DAVIS, LLP | ATTN:JOHN C. TISHLER 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WALTER LANSDEN DORTCH & DAVIS, LLP | ATTN: CHRISTOPHER E. SIDERYS, ESQ. & JOHN C. TISHLER, ESQ. (COUNSEL TO: CAPTIALSOURCE FINANCE, LLC) 511 UNION STREET, SUITE 2700 NASHVILLE TN 37219 |
| WEBSTER BUSINESS CREDIT CORPORATION | 360 LEXINGTON AVE FL 5 NEW YORK NY 10017-6563 |
| WESTON HURD LLC | ATTN: HOWARD A. MARKEN, ESQ. DONALD N. JAFFE, ESQ. FRED J. ARNOFF, ESQ. (COUNSEL TO PEPPER PIKE PLACE ASSOCIATES, LLC) THE TOWER AT ERIEVIEW 1301 EAST 9TH STREET, SUITE 1900 CLEVELAND OH 44114-1862 |
| WILMINGTON TRUST COMPANY CORPORATE CAPITAL MARKETS | ATTN:STEVE CIMALORE 11100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19890 |

**Total Creditor count  79**

# EXHIBIT B

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAKER, KENNETH C | 1410 HICKORY COURT STILLWATER OK 74075 |
| CSC PARTNERSHIP | ATTN JOSEPH CAPLEA PO BOX 357 GREENTOWN OH 44630-0357 |
| EZ-KOTE, INC. | ATTN: PATRICIA STEPHENS 224 BROWN INDUSTRIAL PARKWAY SUITE 104 CANTON GA 30114 |
| GEI OF COLUMBIANA, INC. | C/O FREDERICK S. COOMBS III, ESQ. PO BOX 6077 YOUNGSTOWN OH 44501-6077 |
| GENERAL ELECTRIC CAPITAL CORP | 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS IA 52404 |
| GENERAL EXTRUSIONS INC. | C/O FREDERICK S. COOMBS III, ESQ. PO BOX 6077 YOUNGSTOWN OH 44501-6077 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION PO BOX 161108 ATLANTA GA 30321 |
| GEORGIA NATURAL GAS | 2015 VAUGHN RD NW STE 150 KENNESAW GA 30144-7803 |
| HAZEN, CAROLINE | 450 N MCDONALD AV APT 196 DELAND FL 32724-3607 |
| HERITAGE CRYSTAL CLEAN, LLC | ATTN: GARY M. VANEK, ATTORNEY AT LAW 1250 LARKIN AVENUE, SUITE 100 ELGIN IL 60123 |
| IKON FINANCIAL SERVICES | BANKRUPTCY ADMINISTRATION P.O. BOX 13708 MACON GA 31208 |
| LINCOLN, EDWARD W | 6256 SOUTH RD CHERRY CREEK NY 14723-9716 |
| MSC INDUSTRIAL SUPPLY COMPANY | 75 MAXESS ROAD ATTN: DAISY WALROND MELVILLE NY 11747 |
| NEW YORK STATE DEPT OF TAX AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| OHIO BUREAU OF WORKERS' COMPENSATION | LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS OH 43215-0567 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PEPPER PIKE PLACE ASSOCIATES, LLC | 30195 CHAGRIN BLVD. PEPPER PIKE OH 44124 |
| RIZZO, BLAISE V. | 21 PARK SQUARE #21 HILTON NY 14468 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | CADILLAC PLACE, STE 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | JUANDISHA M. HARRIS, ASST. ATTORNEY GEN. CADILLAC PLACE, STE 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| TECHNICAL MACHINE PRODUCTS | 5500 WALWORTH AVENUE CLEVELAND OH 44102 |
| TENNESSSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| UNITED TELEPHONE COMPANY OF OHIO/EMBARQ | PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |

**Total Creditor count  23**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AKZO NOBEL POLYMERS CHEMICALS LLC | ATTN MARK FILIPPINI CREDIT AND ACCOUNTS RECEIVABLES MANAGER 525 WEST VAN BUREN ST CHICAGO IL 60607 |
| BRAME SPECIALTY CO. INC. | 222 E. 28TH STREET CHARLOTTE NC 28206 |
| CDW CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM MD 21094 |
| CITY OF ROCK HILL | ATTN COLLECTIONS 155 JOHNSTON ST ROCK HILL SC 29731 |
| CLEARY DEVELOPMENTS, INC. | DBA BELMONT EQUIPMENT & TECHNOLOGIES 32055 EDWARD AVENUE ATTN: L.J. IANITELLI, CEO MADISON HEIGHTS MI 48071 |
| DIAMOND METALS DISTRIBUTION | 4635 W 160TH ST CLEVELAND OH 44135 |
| DOMINION EAST OHIO GAS | ATTN: REVENUE RECOVERY - 18TH FLOOR P.O. BOX 26666 RICHMOND VA 23261 |
| DOW CORNING STI | C/O ANGELA M. COLE, ESQ. DOW CORNING CORPORATION 2200 W. SALZBURG ROAD, C01222 MIDLAND MI 48640 |
| ENCORE SYSTEMS | 3593 MEDINA RD. STE. 129 MEDINA OH 44256 |
| FLOW POLYMERS, INC. | ATTN MARTY EBLE 12819 COLT RD. CLEVELAND OH 44108 |
| GENERAL CABLE INDUSTRIES, INC. | ATTN: ANTONY WOOD 4 TESSENEER DRIVE HIGHLAND HEIGHTS KY 41076 |
| GOSIGER, INC. | PO BOX 712288 CINCINNATI OH 45271 |
| HAINCO, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD ATTN: GANNA LIBERCHUCK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HAINCO, LLC AS ASSIGNEE OF | EVONIK DEGUSSA CORPORATION 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| INTERSTATE WELDING AND STEEL SUPPLY | PO BOX 1112 ATTN: GREGORY E BRADSHAW, OFFICE MANAGER MURPHY NC 28906 |
| MCMASTER-CARR | ATTN TINA DAVIDSON 200 AURORA INDUSTRIAL PARKWAY AURORA OH 44202 |
| MSC INDUSTRIAL SUPPLY COMPANY | 75 MAXESS ROAD ATTN: DAISY WALROND MELVILLE NY 11747 |
| NUSIL TECHNOLOGY LLC | 1050 CINDY LANE CARPINTERIA CA 93013 |
| OHIO EDISON COMPANY | BANKRUPTCY DEPT 6896 MILLER RD RM 204 BRECKSVILLE OH 44141 |
| PATTON'S INC | 3201 SOUTH BLVD CHARLOTTE NC 28209 |
| PERKIN ELMER LIFE & ANALYTICA | 710 BRIDGEPORT AVE. SHELTON CT 06484-4794 |
| POLYMER PACKAGING, INC. | ATTN JEFFREY S DAVIS 8333 NAVARRE RD SE MASSILLON OH 44646 |
| PROCESS OILS, INC. | WILLIAM F HARMEYER WILLIAM F HARMEYER & ASSOCIATES PC 7322 SOUTHWEST FREEWAY SUITE 475 HOUSTON TX 77074 |
| SCHWARZ PARTNERS PACKAGING, LLC | D/B/A DALTON BOX 612 CALLAHAN ROAD DALTON GA 30721 |
| SEBRING CONTAINER, CORP. | 964 BENTON RD P.O. BOX 359 SALEM OH 44460-0359 |
| UNITED MECHANICAL CORPORATION | ATTN KELLY BUTLER, OFFICE MANAGER 2811 CENTRAL AVENUE CHARLOTTE NC 28205 |
| W.W. GRAINGER, INC. | 7300 N. MELVINA AVE. M240 NILES IL 60714-3998 |
| WASTE MANAGEMENT RMC | 2625 GRANDVIEW RD STE 170 PHOENIX AZ 85023-3113 |

**Total Creditor count  28**

**EXHIBIT D**

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVANTAGE ENGINEERING INC | P O BOX 407 525 EAST STOP 18 RD GREENWOOD IN 46142 |
| AIR GAS | 5933 MABLETON PKWY SW MABLETON GA 30126-3403 |
| AIRGAS GREAT LAKES | 1055 N MERIDIAN RD YOUNGSTOWN OH 44509-1016 |
| AIRGAS NATIONAL WELDERS | P O BOX 31007 CHARLOTTE NC 28231 |
| AKRON INDUSTRIAL SUPPLY CO, INC | 2527 MOGADORE ROAD AKRON OH 44312 |
| AKZO NOBEL POLYMER CHEMICALS | 525 WEST VAN BUREN CHICAGO IL 60607-3823 |
| AMERIGAS | 5877 OLD HIGHWAY 5 SOUTH TALKING ROCK GA 30175 |
| APPLIED INDUSTRIAL | CONTROLS P.O. BOX 819 BUFORD GA 30515 |
| B.R.B INTERNATIONAL B.V. | BRANSKAMP 10 ITTERVOORT 6014 NLD |
| BELMONT EQUIPMENT CO. | 32055 EDWARD AVE. MADISON HEIGHTS MI 48071-1495 |
| BLICK TOOL & DIE, INC. | 117 E. FRONT ST. DOVER OH 44622 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | TRANSFEROR: TWIST, INC. ATTN: CLAIMS PROCESSING DEPARTMENT 5315 NORTH KINGS HIGHWAY MYRTLE BEACH SC 29577 |
| BRAME SPECIALTY CO. INC. | P. O. BOX 271 DURHAM NC 27702 |
| BURGESS PIGMENT COMPANY | P. O. BOX 349 SANDERSVILLE GA 31082 |
| CAROLINA ELECTRICAL SUPPLY | PO BOX 3027 ROCK HILL SC 29732 |
| CDW | 200 NORTH MILWAUKEE AVENUE VERNON HILLS IL 60061 |
| CENTENNIAL CARBIDE | ATTN: WILLIAM FLEMING 7649 OLD CENTRAL AVE. NE SUITE A FRIDLEY MN 55432 |
| CHANNEL PRIME ALLIANCE | 800 CONNECTICUT AVENUE NORWALK CT 06854-1631 |
| CLARK-MCKIBBEN SAFETY | PRODUCTS INC 2001 HAMPTON ROAD ERIE PA 16502 |
| DALTON BEARING SERVICE, INC. | 494 RICHARDSON ROAD CALHOUN GA 30701 |
| DALTON BOX | 612 EAST CALLAHAN ROAD DALTON GA 30721 |
| DEBT ACQUISITION COMPANY OF AMERICA V | TRANSFEROR: UNITED MECHANICAL ATTN: TRACI FETTE 1565 HOTEL CIRCLE SOUTH, #310 SAN DIEGO CA 92108 |
| DIAMOND METALS | 4635 WEST 160TH ST CLEVELAND OH 44135 |
| DOW CORNING STI | C/O ANGELA M. COLE, ESQ. DOW CORNING CORPORATION 2200 W. SALZBURG ROAD, C01222 MIDLAND MI 48640 |
| E&R INDUSTRIAL SALES | DRAWER #5793 PO BOX 79001 DETROIT MI 48279-5793 |
| ELITE SOLUTIONS | ATTN: JAMES D. MILLER 200 CR 565 PO BOX 496 RIPLEY MS 38663 |
| EULER HERMES ACI | ASSIGNEE OF TIGERDIRECT INC. 800 RED BROOK BOULEVARD OWINGS MILLS MD 21117 |
| FRANKLYNN INDUSTRIES INC, | 39364 TREASURY CENTER CHICAGO IL 60694-9300 |
| GOLD KEY PROCESSING, LTD. | 14910 MADISON ROAD MIDDLEFIELD OH 44062 |
| GOLDSMITH & EGGLETON, INC | 300 FIRST ST WADSWORTH OH 44281 |
| HAINCO, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD ATTN: GANNA LIBERCHUCK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HAINCO, LLC | TRANSFEROR: EVONIK DEGUSSA CORPORATION ATTN: GANNA LIBERCHUCK 301 ROUTE 17, 6TH FLOOR RUTHERFORD NJ 07070 |
| HALLSTAR COMPANY | 1331 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| HANES CONVERTING CO | PO BOX 457 CONOVER NC 28613-0457 |
| HYDRAULIC CONNECTIONS, INC | 2848 INTERSTATE PKWY BRUNSWICK OH 44212 |
| INDUSTRIAL PACKAGING SUPPLIES | P.O. BOX 2009 FOUNTAIN INN SC 29644 |
| INTERSTATE WELDING & | STEEL SUPPLY, INC. P.O. BOX 1112 MURPHY NC 28906 |
| KENCO PLASTICS, INC. | P.O. BOX 364 LA PORTE IN 46352 |
| L.A. TOOL & SUPPLY CO., JEFFREY SHIRKMAN | DBA L.A. TOOL & SUPPLY CO 1175 JOHNS ROAD CLINTON OH 44216 |
| L.A. TOOL & SUPPLY CO., JEFFREY SHIRKMAN | PO BOX 26277 AKRON OH 44319 |
| LAIRD PLASTICS | 6800 BROKEN SOUND PARKWAY SUITE 150 BOCA RATON FL 33487 |
| LINTECH INTERNATIONAL | P.O. BOX 10225 MACON GA 31297 |
| LYDEY AUTOMATION | 1650 INDIAN WOOD CIRCLE SUITE 900 MAUMEE OH 43537 |

# LEXINGTON PRECISION CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MARTINS FERRY GLOVE | P. O. BOX 503 MARTINS FERRY OH 43935 |
| MC MASTER-CARR SUPPLY CO. | P.O. BOX 740100 ATLANTA GA 30374-0100 |
| MC MASTER-CARR SUPPLY CO. | P O BOX 7690 CHICAGO IL 60680-7690 |
| MSC INDUSTRIAL SUPPLY | 6700 DISCOVERY BOULEVARD MABELTON GA 30059 |
| MSC INDUSTRIAL SUPPLY COMPANY | 75 MAXESS ROAD ATTN: DAISY WALROND MELVILLE NY 11747 |
| ORTON INDUSTRIES | P.O. BOX 2648 3180 REPS MILLER ROAD SUITE 200 NORCROSS GA 30091-2648 |
| OXCO, INC. | P.O. BOX 33462 CHARLOTTE NC 28233 |
| PALLET ONE | POST OFFICE BOX 363 HIGHWAY 415 SMARR GA 31086 |
| PATTON'S INC | 3201 SOUTH BLVD CHARLOTTE NC 28209 |
| POLYMER PACKAGING INC | P O BOX 74640 CLEVELAND OH 44194-4640 |
| POLYMER VALLEY | CHEMICALS, INC. 1872 AKRON-PENNINSULA ROAD AKRON OH 44313-9100 |
| PROCESS OILS, INC. | ONE SUGAR CREEK CENTER BLVD. #920 SUGAR LAND TX 77478 |
| RHEIN CHEMIE | ATTN: ROBIN SAVAGE 145 PARKER COURT CHARDON OH 44024 |
| RIDDLE OFFICE SUPPLIES | CANTON OFFICE SUPPLIES, INC. P.O. BOX 925 185 WEST MAIN STREET CANTON GA 30114 |
| RUDOLPH BROS. & CO | DEPT L1324 COLUMBUS OH 43260-1324 |
| SEBRING CONTAINER, CORP. | P O BOX 44719 MADISON WI 53744-4719 |
| SHELL LUBRICANTS | 7330 SERENITY PLACE CUMMING GA 30041 |
| SILCO TEC | 707 BOYD BOULEVARD LA PORTE IN 46350 |
| SPRING TEAM, INC. | ATTN: NANCY S. SIDLEY PO BOX 215 AUSTINBURG OH 44010-0215 |
| STANDARD MOTOR PRODUCTS | 845 SOUTH NINTH STREET EDWARDSVILLE KS 66113 |
| STAR ELECTRIC | 9360 INDUSTRIAL TRACE ALPHARETTA GA 30004 |
| SUPPLY ONE | ATTN: NANCY C KAZIK 26401 RICHMOND ROAD CLEVELAND OH 44146 |
| TCB PRODUCTS | PO BOX 995 PALMETTO FL 34220-0995 |
| TIGER DIRECT, INC. | 7795 WEST FLAGLER ST. SUITE 35 MIAMI FL 33144 |
| U.S. SILICA | P.O. BOX 187 BERKLEY SPRINGS WA 25411 |
| UDDEHOLM | P. O. BOX 75827 CHICAGO IL 60675-5827 |
| UNITED STATES DEBT RECOVERY V, LP | TRANSFEROR: HAGAN KENNINGTON OIL CO 940 SOUTHWOOD BL, SUITE 101 INCLINE VILLAGE NV 89451 |

**Total Creditor count  70**