MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Lexington Precision Corporation |
| Case Number: | 08-11153 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 14,476,408.11 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) | Federal Taxes | | 339,069.08 |
| (iii) | State Taxes | | 67,446.99 |
| (iv) | Other Taxes | | 59,628.06 |
| b. | All Other Operating Expenses: | $ | $ 12,194,284.81 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ | $ 255,152.32 |
| (ii) | Class 7 | | 64,388.94 |
| (iii) | Class 8 | | 48,554.34 |
| (iv) | | | |
| (v) | | | |
| | (Attach additional pages as needed) | | |
| | Total Disbursements (Operating & Plan) | $ | $ 13,041,524.54 |
| 1. | CASH (End of Period) | $ | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual _[signature]_    Date  October 14, 2010

Printed Name of Authorized Individual  Dennis J. Welhouse    Date  October 14, 2010
Senior vice President and CFO

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Lexington Rubber Group, Inc.
Case Number: 08-11156
Date of Plan Confirmation: July 21, 2010

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 16,349,597.47 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) | Federal Taxes | | 905,743.07 |
| (iii) | State Taxes | | 195,384.79 |
| (iv) | Other Taxes | | 17,554.96 |
| b. | All Other Operating Expenses: | $ | $ 11,781,795.19 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ | $ 230,586.29 |
| (ii) | Class 16 | | 16,005.24 |
| (iii) | Class 17 | | 31,891.85 |
| (iv) | Class 18 | | 131,034.02 |
| (v) | | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 13,322,995.41 |
| 1. | CASH (End of Period) | $ | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual    Date October 14, 2010
Printed Name of Authorized Individual Dennis J. Welhouse    Date October 14, 2010
Senior vice President and CFO