WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                   :    **Chapter 11 Case No.**
                                        :
**LEXINGTON PRECISION CORPORATION,**    :    **08- 11153 (SCC)**
                                        :
**Debtor.**                             :
                                        :
------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 28 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
        Alexander Hamilton U.S. Custom House, Courtroom 610,
        One Bowling Green, New York, NY 10004.

**I.    UNCONTESTED MATTERS**

  1.   Sixth and Final Application of W.Y. Campbell & Company for Compensation and Reimbursement of Expenses **[Docket No. 1009]**

       Response Deadline:       October 20, 2010 at 4:00 p.m.

       Responses Received:      None

       Responsible Counsel:  Weil, Gotshal & Manges LLP

       Status: **This matter is going forward.**

  2.   Sixth Interim and Final Fee Application of Weil, Gotshal & Manges LLP as Attorneys for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the (I) Interim Compensation Period December 1, 2009 Through

July 30, 2010 and (II) Total Compensation Period April 1, 2008 Through July 30, 2010 **[Docket No. 1012]**

<u>Response Deadline:</u>         October 20, 2010 at 4:00 p.m.

<u>Responses Received:</u>       None

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

<u>Status:</u> **This matter is going forward.**

3. Application of Stout Risius Ross, Inc. under 11 U.S.C. 330 for Final Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors **[Docket No. 1007]**

<u>Response Deadline:</u>         October 20, 2010 at 4:00 p.m.

<u>Responses Received:</u>       None

<u>Responsible Counsel:</u>  Andrews Kurth LLP

<u>Status:</u> This matter is going forward.

4. Reorganized Debtors' Second Omnibus Objection to Certain (A) Late-Filed Claims, (B) Books and Records Claims, and (C) No Liability Claims **[Docket No. 1004]**

<u>Response Deadline:</u>         October 21, 2010 at 4:00 p.m.

<u>Responses Received:</u>

A. Response of the State of Michigan, Department of Treasury to Debtor's Second Omnibus Claims Objection **[Docket No. 1016] [RESOLVED]**

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

<u>Status:</u> **This matter is going forward.**

5. Reorganized Debtors' Third Omnibus Objection to Certain Wrong Debtor Claims **[Docket No. 1005]**

<u>Response Deadline:</u>         October 21, 2010 at 4:00 p.m.

<u>Responses Received:</u>       None

<u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

<u>Status:</u> **This matter is going forward.**

6.  Reorganized Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code to Deem Their Schedules Further Amended **[Docket No. 1006]**

    <u>Response Deadline:</u>    October 21, 2010 at 4:00 p.m.

    <u>Responses Received:</u>    None

    <u>Responsible Counsel:</u>  Weil, Gotshal & Manges LLP

    <u>Status:</u> This matter is going forward.

II. **CONTESTED MATTERS**

1.  Final Application of Andrews Kurth LLP under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors **[Docket No. 1010]**

    <u>Response Deadline:</u>    October 20, 2010 at 4:00 p.m.

    <u>Responses Received:</u>

    A.  Official Committee of Unsecured Creditors Memorandum in Support of Final Application of Andrews Kurth LLP Under 11 U.S.C. § 330 for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors**[Docket No. 1011]**

    B.  Debtors' Limited Objection to the Final Fee Application of Andrews Kurth LLP **[Docket No. 1023]**

<u>Responsible Counsel:</u>  Andrews Kurth LLP

<u>Status:</u> **This matter is going forward.**


Dated: New York, New York
October 26, 2010

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession