UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTIRCT OF NEW YORK

---

In re: :
:  Chapter 11
LEXINGTON PRECISION CORP., ET AL. :
:  Case No. 08-11153
:
Debtors. :  (Jointly Administered)

---

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Air Gas, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Air Gas
5933 Mableton Pkwy SW
Mableton, GA 30126-3403

New Address

Air Gas
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

Air Gas
By: _Halstermer_
Its: _CREDIT MGR_
Date: _10/19/10_

Notary Public



AYDEE DE LEON
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-16-11