Hearing: Tuesday, November 16, 2010 at 10:00 a.m. (EST)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
**LEXINGTON PRECISION CORP., et al.,**      :    Case No. 08-11153 (SCC)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE OCTOBER 28, 2010 HEARING ON INTERIM AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES TO NOVEMBER 16, 2010 AT 10:00 A.M. (EST)

PLEASE TAKE NOTICE that the hearing (the "**Hearing**") to consider the following applications for interim and final allowance of compensation and reimbursement of expenses, which is currently scheduled for **Thursday, October 28, 2010 at 10:00 a.m. (EDT)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, at Courtroom 610, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, has been adjourned to **Tuesday, November 16, 2010 at 10:00 a.m. (EST)**.

- Application of Stout Risius Ross, Inc. under 11 U.S.C. 330 for Final Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors **[Docket No. 1007]**

- Sixth and Final Application of W.Y. Campbell & Company for Compensation and Reimbursement of Expenses **[Docket No. 1009]**

- Final Application of Andrews Kurth LLP under 11 U.S.C. 330 for Interim Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors **[Docket No. 1010]**

- Sixth Interim and Final Fee Application of Weil, Gotshal & Manges LLP as Attorneys for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the (I) Interim Compensation Period December 1, 2009 Through July 30, 2010 and (II) Total Compensation Period April 1, 2008 Through July 30, 2010 **[Docket No. 1012]**

Dated: October 27, 2010
New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession