UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
LEXINGTON PRECISION CORP, et al.,                 :    Case No. 08-11153 (SCC)
                                                  :
                                                  :
                    Debtors.                      :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Joanna Rosenberg, being over the age of eighteen (18) years, and duly sworn, state under oath that on October 26, 2010, I served the Official Committee of Unsecured Creditors' Response to Debtors' Limited Objection to the Final Fee Application of Andrews Kurth LLP [Docket # 1028] on the following parties via the method shown: (a) via First Class Mail, to (i) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Paul Schwartzberg); and (ii) counsel to the Debtors, Weil, Gotshal & Manges, LLP, 1300 Eye Street, NW, Suite 900, Washington, DC 20005 (Attn: Richard Krasnow, Adam Strochak, and Victoria Vron); and (b) via ECF, to all parties on the Master Service List filed with this Court.

_____
Joanna Rosenberg

Subscribed and sworn to before me this
27th day of October, 2010

_____
Notary Public

CASSANDRA PORSCH
Notary Public, State of New York
No. 02PO6146284
Qualified in New York County
Commission Expires May 15, 2014

NYC:220085.1