WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11
                                                                     :
**LEXINGTON PRECISION CORP., et al.,**                               :    Case No. 08-11153 (SCC)
                                                                     :
      Debtors.                                                       :    (Jointly Administered)
                                                                     :
---------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION
### TO PROOF OF CLAIM FILED BY WACKER CHEMICAL CORP. (CLAIM NO. 246)

**PLEASE TAKE NOTICE** that, on the date hereof, Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc., as reorganized debtors, hereby withdraw the *Debtors' Objection to Proof of Claim Filed by Wacker Chemical Corp. (Claim No. 246)*, filed July 21, 2010 [Docket No. 973], and the counterclaim asserted therein.

Dated:  October 28, 2010
        New York, New York

                                            /s/ Adam S. Strochak
                                            Richard P. Krasnow
                                            Adam P. Strochak

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone:    (212) 310-8000
                                            Facsimile:    (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession