DYER & RUSBRIDGE, P.C.
291 East Main Street
Canton, GA 30114
(770) 479-7418
(770) 479-7750 (fax)
S. Jeffrey Rusbridge
Alicia M. Argo

Attorneys for Creditor EZ-Kote, Inc.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al. | ) | 08-11153(SCC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

### CREDITOR EZ-KOTE, INC.'S RESPONSE TO REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (A) LATE-FILED CLAIMS, (B) BOOKS AND RECORDS CLAIMS, AND (C) NO LIABILITY CLAIMS

COMES NOW Creditor EZ-Kote, Inc. and responds to the Reorganized Debtors' Second Omnibus Objection to Certain (A) Late-Filed Claims, (B) Books and Records Claims, and (C) No Liability Claims, showing the Court the following:

Creditor EZ-Kote, Inc. has filed a claim against the Debtors for the amount of $5,778.00. In their Second Omnibus Objection, the Reorganized Debtors object to the claim of EZ-Kote, Inc. (claim no. 130) on the grounds that the amount of the claim contradicts the Debtors' books and records. However, Debtors' have not cited or produced any support for their objection to EZ-Kote's claim other than the statement that "Debtors' books and records reflect that claimant is not entitled to the amount claimed."

EZ-Kote, Inc., however, has previously filed with the court, and produces concurrently herewith once again, all of the invoices in support of its claim. Attached hereto are copies of invoices for materials provided to Debtors in January through March of 2008. The total amount

1

of the four invoices is $5,778.00, which is the exact amount of their proof of claim filed with the Court.

Therefore, because Creditor EZ-Kote, Inc. has produced invoices supporting its claim, this Court should now deny Reorganized Debtors' Second Omnibus Objection, as it pertains to EZ-Kote's claim (claim no. 130).

This 15th day of October, 2010.

S. JEFFREY RUSBRIDGE
Georgia Bar. No. 619533
ALICIA M. ARGO
Georgia Bar No. 859330
Attorneys for Creditor EZ-Kote, Inc.

Dyer & Rusbridge, P.C.
291 East Main Street
Canton, Georgia 30114
(770) 479-7418

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case No. |
| LEXINGTON PRECISION CORP., et al. | ) | 08-11153(SCC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing

**CREDITOR EZ-KOTE, INC.'S RESPONSE TO REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (A) LATE-FILED CLAIMS, (B) BOOKS AND RECORDS CLAIMS, AND (C) NO LIABILITY CLAIMS** via U.S. mail to the following parties:

> Richard P. Krasnow
> Adam P. Strochnak
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

This 15th day of October, 2010.

_____
S. JEFFREY RUSBRIDGE
Georgia Bar. No. 619533
ALICIA M. ARGO
Georgia Bar No. 859330
Attorneys for Creditor EZ-Kote, Inc.

Dyer & Rusbridge, P.C.
291 East Main Street
Canton, Georgia  30114
(770) 479-7418

# Invoice

**EZK EZ-Kote, Inc.**
224 Brown Ind. Pkwy. #104
Canton, GA 30114
Toll Free   888-720-1811
Telephone 770-720-1811

| Date | Invoice # |
|---|---|
| 1/23/2008 | 1715 |

| Bill To | Ship To |
|---|---|
| Lexington Insulators<br>Attn: Accounts Payable<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 | Lexington Insulators<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 23127 | Net 30 | D | 1/23/2008 | direct | Canton GA. | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | RS1 | Semi-permanent mold release | 45.00 | 1,350.00T |
| | | Pickens County Sales Tax | 7.00% | 94.50 |

It's a pleasure working with you!

**Total**  $1,444.50

# Invoice

**EZK EZ-Kote, Inc.**
224 Brown Ind. Pkwy. #104
Canton, GA 30114
Toll Free   888-720-1811
Telephone 770-720-1811

| Date | Invoice # |
|---|---|
| 2/12/2008 | 1730 |

| Bill To |
|---|
| Lexington Insulators<br>Attn: Accounts Payable<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 |

| Ship To |
|---|
| Lexington Insulators<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 23127 | Net 30 | D | 2/12/2008 | direct | Canton GA. | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | RS1 | Semi-permanent mold release | 45.00 | 1,350.00T |
| | | Pickens County Sales Tax | 7.00% | 94.50 |

It's a pleasure working with you!

**Total** $1,444.50

# Invoice

**EZ-Kote, Inc.**
224 Brown Ind. Pkwy. #104
Canton, GA 30114
Toll Free   888-720-1811
Telephone 770-720-1811

| Date | Invoice # |
|---|---|
| 2/27/2008 | 1742 |

| Bill To | Ship To |
|---|---|
| Lexington Insulators<br>Attn: Accounts Payable<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 | Lexington Insulators<br>1076 Ridgewood Rd.<br>Jasper, GA  30143 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 23127 | Net 30 | D | 2/27/2008 | direct | Canton GA. | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | RS1 | Semi-permanent mold release | 45.00 | 1,350.00T |
|  |  | Pickens County Sales Tax | 7.00% | 94.50 |

It's a pleasure working with you!

**Total**    $1,444.50

# Invoice

**EZK EZ-Kote, Inc.**
224 Brown Ind. Pkwy. #104
Canton, GA 30114
Toll Free 888-720-1811
Telephone 770-720-1811

| Date | Invoice # |
|---|---|
| 3/11/2008 | 1746 |

| Bill To | Ship To |
|---|---|
| Lexington Insulators<br>Attn: Accounts Payable<br>1076 Ridgewood Rd.<br>Jasper, GA 30143 | Lexington Insulators<br>1076 Ridgewood Rd.<br>Jasper, GA 30143 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 23127 | Net 30 | D | 3/11/2008 | direct | Canton GA. | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30 | RS1 | Semi-permanent mold release | 45.00 | 1,350.00T |
| | | Pickens County Sales Tax | 7.00% | 94.50 |

Thank you for your business.

**Total** $1,444.50