DYER & RUSBRIDGE, P.C.
291 East Main Street
Canton, GA 30114
(770) 479-7418
(770) 479-7750 (fax)
S. Jeffrey Rusbridge
Alicia M. Argo

Attorneys for Creditor EZ-Kote, Inc.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11 Case No.** |
| **LEXINGTON PRECISION CORP., et al.** | ) | **08-11153(SCC)** |
| | ) | |
| **Reorganized Debtors.** | ) | **(Jointly Administered)** |

### NOTICE OF WITHDRAWAL OF CREDITOR EZ-KOTE, INC.'S RESPONSE TO REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (A) LATE-FILED CLAIMS, (B) BOOKS AND RECORDS CLAIMS, AND (C) NO LIABILITY CLAIMS

COMES NOW Creditor EZ-Kote, Inc. and withdraws its Response to Reorganized

Debtors' Second Omnibus Objection to Certain (A) Late-Filed Claims, (B) Books and Records

Claims, and (C) No Liability Claims.

This _22nd_ day of _October_ , 2010.

_____
S. JEFFREY RUSBRIDGE
Georgia Bar. No. 619533
ALICIA M. ARGO
Georgia Bar No. 859330
Attorneys for Creditor EZ-Kote, Inc.

Dyer & Rusbridge, P.C.
291 East Main Street
Canton, Georgia  30114
(770) 479-7418

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11 Case No.** |
| **LEXINGTON PRECISION CORP., et al.** | ) | **08-11153(SCC)** |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **NOTICE OF WITHDRAWAL OF CREDITOR EZ-KOTE, INC.'S RESPONSE TO REORGANIZED DEBTORS' SECOND OMNIBUS OBJECTION TO CERTAIN (A) LATE-FILED CLAIMS, (B) BOOKS AND RECORDS CLAIMS, AND (C) NO LIABILITY CLAIMS** via U.S. mail to the following parties:

Richard P. Krasnow
Adam P. Strochnak
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

This 22nd day of October, 2010.

S. JEFFREY RUSBRIDGE
Georgia Bar. No. 619533
ALICIA M. ARGO
Georgia Bar No. 859330
Attorneys for Creditor EZ-Kote, Inc.

Dyer & Rusbridge, P.C.
291 East Main Street
Canton, Georgia 30114
(770) 479-7418