UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                        :

In re:                                                 :         Chapter 11

LEXINGTON PRECISION CORP., et al.,      :         Case No. 08-11153 (SCC)

         Debtors.                              :         (Jointly Administered)

------------------------------------------------------------------------x

### ORDER DEEMING DEBTORS' SCHEDULES AMENDED

Upon the motion, dated September 24, 2010 (the "**Motion**") Lexington Precision Corporation and Lexington Rubber Group, Inc., (together, the "**Debtors**" or the "**Reorganized Debtors**"), to deem their schedules of liabilities further amended, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties,[1] and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that each of the claims listed on **Exhibit 1** is deemed amended as set forth therein; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions LLC, is authorized and directed to modify the official claims register as necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: October 28, 2010
      New York, New York

                                         /s/Shelley C. Chapman
                                        UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Scheduled Claims**

| No. | Claimant | Amount of Scheduled General Unsecured Claim | Amount of Amended General Unsecured Claim | Amount of Amended Priority Claim |
|---|---|---|---|---|
| 1. | Advantage Engineering Inc | $3,250.00 | $0.00 | $3,250.00 |
| 2. | Air Gas | $13,931.26 | $10,568.16 | $3,363.10 |
| 3. | Airgas Great Lakes | $9,931.08 | $5,291.58 | $4,639.50 |
| 4. | Airgas National Welders | $13,548.88 | $9,540.68 | $4,008.20 |
| 5. | Akron Industrial Supply Co | $4,934.13 | $3,330.29 | $1,603.84 |
| 6. | Akzo Nobel Polymer Chemicals | $6,102.40 | $3,051.20 | $3,051.20 |
| 7. | Amerigas | $2,590.58 | $1,917.35 | $673.23 |
| 8. | Applied Industrial Tech. | $3,157.98 | $1,393.89 | $1,764.09 |
| 9. | B.R.B International B.V. | $32,786.42 | $26,165.70 | $6,620.72 |
| 10. | Belmont Equipment Co. | $10,231.83 | $5,863.03 | $4,368.80 |
| 11. | Blick Tool & Die, Inc. | $4,995.00 | $0.00 | $4,995.00 |
| 12. | Blue Heron Micro Opps Fund | $23,395.20 | $11,697.60 | $11,697.60 |
| 13. | Brame Specialty Co. Inc. | $2,936.82 | $2,714.22 | $222.60 |
| 14. | Burgess Pigment Company | $46,080.00 | $19,520.00 | $26,560.00 |
| 15. | Carolina Electrical Supply | $4,307.01 | $3,838.05 | $468.96 |
| 16. | CDW | $4,119.71 | $2,859.35 | $1,260.36 |
| 17. | Centennial Carbide | $8,610.22 | $6,934.20 | $1,676.02 |
| 18. | Channel Prime Alliance | $86,493.00 | $43,244.00 | $43,249.00 |
| 19. | Clark-Mckibben Safety | $3,967.49 | $1,177.82 | $2,789.67 |
| 20. | Dalton Bearing Service | $4,242.47 | $2,234.83 | $2,007.64 |
| 21. | Dalton Box | $57,331.05 | $43,936.05 | $13,395.00 |
| 22. | Debt Acq. Company of America | $5,214.77 | $3,395.81 | $1,818.96 |
| 23. | Diamond Metals | $4,121.16 | $3,011.85 | $1,109.31 |
| 24. | Dow Corning STI | $570,505.94 | $409,237.39 | $161,268.55 |
| 25. | E&R Industrial Sales | $4,806.19 | $3,330.14 | $1,476.05 |

| | | | | |
|---|---|---:|---:|---:|
| 26. | Elite Solutions | $22,865.15 | $4,538.24 | $18,326.91 |
| 27. | Euler Hermes ACI | $2,425.80 | $2,225.14 | $200.66 |
| 28. | Franklynn Industries | $5,731.00 | $3,135.00 | $2,596.00 |
| 29. | Gold Key Processing, Ltd. | $51,451.37 | $41,410.84 | $10,040.53 |
| 30. | Goldsmith & Eggleton | $7,500.71 | $0.00 | $7,500.71 |
| 31. | Hainco, LLC | $98,065.29 | $56,305.29 | $41,760.00 |
| 32. | Hainco, LLC | $93,135.00 | $53,220.00 | $39,915.00 |
| 33. | Hainco, LLC | $125,560.63 | $95,596.63 | $29,964.00 |
| 34. | Hainco, LLC | $71,580.72 | $53,220.72 | $18,360.00 |
| 35. | Hallstar Company | $4,342.75 | $3,584.00 | $758.75 |
| 36. | Hanes Converting Co | $10,408.29 | $7,551.02 | $2,857.27 |
| 37. | Hydraulic Connections, Inc | $4,035.58 | $1,344.36 | $2,691.22 |
| 38. | Industrial Packaging | $30,817.73 | $17,363.18 | $13,454.55 |
| 39. | Interstate Welding & | $5,029.10 | $4,383.80 | $645.30 |
| 40. | MSC Ind'l Supply (2758044) | $2,232.72 | $1,729.49 | $503.23 |
| 41. | Kenco Plastics, Inc. | $13,045.34 | $11,224.01 | $1,821.33 |
| 42. | L.A. Tool & Supply Co. | $8,590.90 | $4,683.44 | $3,907.46 |
| 43. | Laird Plastics | $2,692.31 | $2,205.76 | $486.55 |
| 44. | Lintech International | $72,368.40 | $42,832.40 | $29,536.00 |
| 45. | Lydey Automation | $2,153.34 | $62.28 | $2,091.06 |
| 46. | Martins Ferry Glove | $3,256.80 | $1,628.40 | $1,628.40 |
| 47. | Mc Master-Carr Supply | $12,427.17 | $8,398.10 | $4,029.07 |
| 48. | Mc Master-Carr Supply | $3,362.33 | $2,581.05 | $781.28 |
| 49. | Mc Master-Carr Supply | $4,467.97 | $3,985.11 | $482.86 |
| 50. | MSC Ind'l Supply (302134) | $3,352.83 | $2,114.51 | $1,238.32 |
| 51. | MSC Ind'l Supply (313884) | $14,433.42 | $11,728.48 | $2,704.94 |
| 52. | MSC Ind'l Supply (498921) | $2,155.68 | $1,396.91 | $758.77 |
| 53. | Orton Industries | $4,354.17 | $2,881.54 | $1,472.63 |
| 54. | Oxco, Inc. | $9,249.23 | $4,611.00 | $4,638.23 |

| | | | | |
|---|---|---:|---:|---:|
| 55. | Oxco, Inc. | $6,140.00 | $3,080.00 | $3,060.00 |
| 56. | Pallet One | $6,250.08 | $0.00 | $6,250.08 |
| 57. | Pattons Inc | $5,442.89 | $3,968.99 | $1,473.90 |
| 58. | Polymer Packaging Inc | $14,019.53 | $10,005.17 | $4,014.36 |
| 59. | Polymer Valley | $9,918.72 | $4,959.36 | $4,959.36 |
| 60. | Process Oils, Inc. | $104,063.27 | $77,454.34 | $26,608.93 |
| 61. | Rhein Chemie | $3,353.40 | $1,676.70 | $1,676.70 |
| 62. | Riddle Office Supplies | $2,606.10 | $1,988.85 | $617.25 |
| 63. | Rudolph Bros. & Co | $16,548.63 | $9,870.25 | $6,678.38 |
| 64. | Sebring Container | $7,881.66 | $6,139.00 | $1,742.66 |
| 65. | Shell Lubricants | $7,393.14 | $4,658.14 | $2,735.00 |
| 66. | Silco Tec | $9,903.13 | $5,822.75 | $4,080.38 |
| 67. | Spring Team, Inc. | $15,700.60 | $12,415.70 | $3,284.90 |
| 68. | Standard Motor Products | $2,400.00 | $0.00 | $2,400.00 |
| 69. | Star Electric | $6,019.16 | $4,461.40 | $1,557.76 |
| 70. | Supply One | $2,687.09 | $108.50 | $2,578.59 |
| 71. | TCB Products | $6,608.00 | $1,900.00 | $4,708.00 |
| 72. | Tiger Direct, Inc. | $5,756.76 | $333.23 | $5,423.53 |
| 73. | U.S. Debt Recovery IV, LLC | $2,501.98 | $1,403.43 | $1,098.55 |
| 74. | U.S. Silica | $30,504.39 | $20,336.26 | $10,168.13 |
| 75. | Uddeholm | $24,601.92 | $19,915.79 | $4,686.13 |
| 76. | W. W. Grainger, Inc | $29,601.55 | $18,332.17 | $11,269.38 |