**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEXINGTON PRECISION CORP., et al.,**         :    08-11153 (SCC)
                                                                :
        Reorganized Debtors.                        :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**ORDER GRANTING REORGANIZED DEBTORS'**
**THIRD OMNIBUS OBJECTION TO WRONG DEBTOR CLAIMS**

Upon consideration of the third omnibus objection to proofs of claim, dated September 24, 2010 (the "**Objection**")[1] of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together, the "**Debtors**" or the "**Reorganized Debtors**"); and the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Objection; the Court having found and determined that, pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, due and proper notice has been provided to the Notice Parties; and no other or further notice is necessary; and the relief requested in the Objection is in the best interests of the Debtors, their estates, and creditors; and the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and therefore it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

ORDERED that each of the claims listed on **Exhibit 1** attached hereto (the "**Wrong Debtors Claims**") is deemed to have been asserted against the applicable Debtor identified in the column labeled "Correct Debtor" (the "**Reclassified Claims**"); and it is further

ORDERED that nothing herein shall prejudice the Reorganized Debtors' rights and defenses with respect to the Reclassified Claims, including, among other things, the right to object to the Reclassified Claims on any basis; and it is further

ORDERED that Epiq is authorized and directed to make any necessary changes to the official claims registry to reflect the terms of this Order; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: October 28, 2010
       New York, New York

    /s/Shelley C. Chapman
    HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

## **Wrong Debtor Claims**

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 1. | Akzo Nobel Polymers Chemicals LLC<br>Attn: Mark Filippini<br>Credit And Accounts Receivables Manager<br>525 West Van Buren St<br>Chicago, IL 60607 | 27 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 2. | Brame Specialty Co. Inc.<br>222 E. 28th Street<br>Charlotte, NC 28206 | 181 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 3. | CDW Corporation<br>c/o Receivable Management Services (Rms)<br>P.O. Box 5126<br>Timonium, MD 21094 | 4478 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 4. | City of Rock Hill<br>Attn: Collections<br>155 Johnston St<br>Rock Hill, SC 29731 | 4487 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 5. | Cleary Developments, Inc.<br>Dba Belmont Equipment & Technologies<br>32055 Edward Avenue<br>Attn: L.J. Ianitelli, CEO<br>Madison Heights, MI 48071 | 19 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 6. | Diamond Metals Distribution<br>4635 W 160th St<br>Cleveland, OH 44135 | 216 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 7. | Dominion East Ohio Gas<br>Attn: Revenue Recovery - 18th Floor<br>P.O. Box 26666<br>Richmond, VA 23261 | 41 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 8. | Dow Corning STI<br>c/o Angela M. Cole, Esq.<br>Dow Corning Corporation<br>2200 W. Salzburg Road, C01222<br>Midland, MI 48640 | 46 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 9. | Encore Systems<br>3593 Medina Rd. Ste. 129<br>Medina, OH 44256 | 155 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 10. | Flow Polymers, Inc.<br>Attn: Marty Eble<br>12819 Colt Rd.<br>Cleveland, OH 44108 | 249 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 11. | General Cable Industries, Inc.<br>Attn: Antony Wood<br>4 Tesseneer Drive<br>Highland Heights, KY 41076 | 180 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 12. | Gosiger, Inc.<br>Po Box 712288<br>Cincinnati, OH 45271 | 111 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 13. | Interstate Welding and Steel Supply<br>P.O. Box 1112<br>Attn: Gregory E Bradshaw, Office Manager<br>Murphy, NC 28906 | 7 | Lexington Precision Corporation and Lexington Rubber Group, Inc. | Lexington Rubber Group, Inc. |
| 14. | Hainco, LLC as assignee of<br>Evonik Degussa Corporation<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 219 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 15. | Hainco, LLC<br>Transferor: Hain Capital Holdings, Ltd<br>Attn: Ganna Liberchuck<br>301 Route 17, 6th Floor<br>Rutherford, NJ 07070 | 22 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 16. | McMaster-Carr<br>Attn: Tina Davidson<br>200 Aurora Industrial Parkway<br>Aurora, OH 44202 | 24 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 17. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 10 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 18. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 13 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 19. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 14 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 20. | MSC Industrial Supply Company<br>75 Maxess Road<br>Attn: Daisy Walrond<br>Melville, NY 11747 | 15 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 21. | Nusil Technology LLC<br>1050 Cindy Lane<br>Carpinteria, CA 93013 | 33 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 22. | Ohio Edison Company<br>Bankruptcy Dept.<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | 26 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

| No. | Creditor Name and Address | Claim No. | Asserted Against | Correct Debtor |
|---|---|---|---|---|
| 23. | Patton's Inc<br>3201 South Blvd<br>Charlotte, NC 28209 | 98 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 24. | Perkin Elmer Life & Analytica<br>710 Bridgeport Ave.<br>Shelton, CT 06484-4794 | 138 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 25. | Polymer Packaging, Inc.<br>Attn: Jeffrey S. Davis<br>8333 Navarre Rd SE<br>Massillon, OH 44646 | 39 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 26. | Process Oils, Inc.<br>William F. Harmeyer<br>William F. Harmeyer & Associates PC<br>7322 Southwest Freeway Suite 475<br>Houston, TX 77074 | 1 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 27. | Schwarz Partners Packaging, LLC<br>d/b/a Dalton Box<br>612 Callahan Road<br>Dalton, GA 30721 | 52 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 28. | Sebring Container, Corp.<br>964 Benton Rd<br>P.O. Box 359<br>Salem, OH 44460-0359 | 270 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 29. | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | 38 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 30. | W.W. Grainger, Inc.<br>7300 N. Melvina Ave. M240<br>Niles, IL 60714-3998 | 51[1] | Lexington Precision Corporation | Lexington Rubber Group, Inc. |
| 31. | Waste Management RMC<br>2625 Grandview Rd Ste 170<br>Phoenix, AZ 85023-3113 | 16 | Lexington Precision Corporation | Lexington Rubber Group, Inc. |

---

[1] Proof of Claim 51 is hereby reduced to a general unsecured claim of $3,647.09 asserted only against LPC and a new claim be added to the claims register asserting a general unsecured claim of $18,332.17 and a priority claim of $11,269.38 claim against LRGI in favor of W.W. Grainger, Inc.