UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al.,               :    08- 11153 (SCC)
:
Debtors.                                     :    (Jointly Administered)
:
------------------------------------------------------------x    Ref. Docket Nos. 1026

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)" (the "Personalized Transfer"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit B, on November 4, 2010. I also caused to be served copies of the personalized Transfers, enclosed securely in a separate postage pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit C, on November 5, 2010.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Kossivas
Eleni Kossivas

Sworn to before me this
8th day of November, 2010

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LPC\Affidavits\Transfer 1026_Aff_11-4-5-10.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEXINGTON PRECISION CORP., et al<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-11153 (MG) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AIR GAS
     5933 MABLETON PKWY SW
     MABLETON, GA 30126-3403
```

Please note that your schedule in the above referenced case and in the amount of $13,931.26 has been transferred (unless previously expunged by court order) to:

```
LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AIR GAS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1026 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/04/2010                             Vito Genna, Clerk of Court

                                             /s/ Craig Fallon
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 4, 2010.

**EXHIBIT B**

TIME: 18:10:19
DATE: 12/04/10

LEXINGTON PRECISION CORPORATION
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AIR GAS LIQUIDITY SOLUTIONS, INC. | 5933 MABLETON PKWY SW MABLETON GA 30126-3403
TRANSFEROR: AIR GAS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

WEIL, GOTSHAL & MANGES LLP
ATTN: DUKE AMPONSAH
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

08-11153-scc    Doc 1047    Filed 12/03/10    Entered 12/03/10 12:56:22    Main Document
        Pg 7 of 7