WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**LEXINGTON PRECISION CORPORATION,**                         :    **08- 11153 (SCC)**
                                                             :
     **Debtor.**                                             :
                                                             :
-------------------------------------------------------------x

### NOTICE OF ADJOURNMENT AND RESOLUTION OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 8 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court, Southern District of New York,
     Alexander Hamilton U.S. Custom House, Courtroom 610,
     One Bowling Green, New York, NY 10004.

**I.     RESOLVED/ADJOURNED MATTERS**

   1.   Reorganized Debtors' Fourth Omnibus Objection to Claims (Books and Records) **[Docket No. 1024]**

        Response Deadline:      December 1, 2010 at 4:00 p.m.

        Responses Received:     Informal response from Commerce and Industry Co., et al. (Proof of Claim 4512)

        Responsible Counsel:    Weil, Gotshal & Manges LLP

Status:  Consideration of the objection with respect to Proof of Claim No. 4512 filed by Commerce and Industry Insurance Co., et al. has been adjourned to a date to be determined by the parties pending resolution of the objection by the parties.

Because no responses were received with respect to the only other claim subject to the objection (*i.e.*, Proof of Claim 4510 filed by the Tennessee Department of Revenue), the Court will enter an order granting the objection with respect to Proof of Claim 4510 without a hearing.

Because no other matters are before the Court for the December 8, 2010 hearing, the hearing is cancelled.

Dated: New York, New York
   December 7, 2010

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Debtors
and Debtors in Possession