**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                            :    Chapter 11 Case No.
                                                             :
**LEXINGTON PRECISION CORP., et al.,**    :    08-11153 (SCC)
                                                             :
     Reorganized Debtors.              :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### SCHEDULING ORDER FOR PRETRIAL
### PROCEEDINGS REGARDING THE REORGANIZED DEBTORS'
### OBJECTION TO PROOF OF CLAIM 263 OF LORRAINE CERIMELE

Upon the motion, dated December 20, 2010 of Lexington Precision Corporation and its wholly-owned subsidiary, Lexington Rubber Group, Inc. (together as debtors and debtors in possession, the "**Debtors**" and, as reorganized entities, the "**Reorganized Debtors**") for entry of a scheduling order to establish a time line for pretrial proceedings related to the adjudication of their objection to Proof of Claim 263 filed by Lorraine Cerimele (the "**Objection**"),[1] all as more fully set forth in the motion; and the Court having jurisdiction to consider the motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the motion having been provided; and no other or further notice is necessary; and the Court having determined the relief sought in the motion is in the best interest of the Debtors, their estates, and their creditors; and the Court having determined that the legal and factual bases set forth in the motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therfor; it is

---

[1] *Debtors' Objection to Proof of Claim 262 of Lorraine Cerimele*, dated December 30, 2008 [Docket No. 503].

ORDERED that all written discovery related to the Objection shall be served no later than 30 days after the entry of this Order.

ORDERED that depositions of all witnesses other than expert witnesses shall be completed no later than **February 28, 2011.**

ORDERED that the Cerimele's expert report, if any, must be provided to the Reorganized Debtors no later than **March 14, 2011**; the Reorganized Debtors' expert report, if any, must be provided to Plaintiff no later than **April 14, 2011**.

ORDERED that any motions for summary judgment regarding the Objection must be filed no later than **April 29, 2011.**

ORDERED that the Court shall hold a further status conference on **May 10, 2011**, by which counsel may appear telephonically.

Dated: January 4, 2010
      New York, New York

                                             /s/Shelley C. Chapman
                                             UNITED STATES BANKRUPTCY JUDGE