UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEXINGTON PRECISION CORPORATION,    :    Case No. 08-11153 (SCC)
                                                             :
        Debtor.                                              :    (Jointly Administered)
                                                             :
------------------------------------------------------------x    Ref. Docket No. 1049

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2010, I caused to be served the "Notice of Adjournment and Resolution of Matters Scheduled for Hearing on December 8 at 10:00 A.M.," dated December 7, 2010 [Docket No. 1049], by causing true and correct copies to be:

   a) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b) delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
8th day of December, 2010

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LPC\Affidavits\Ntc of Adj Hrg_DI 1049_AFF_12-7-10.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS | ATTN:ANN JACOBS P.O. BOX 36001 FT. LAUDERDALE FL 33336-0001 |
| BLANK ROME LLP | ATTN: MICHAEL Z. BROWNSTEIN COUNSEL TO GENERAL CABLE INDUSTRIES, INC. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-0208 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX DIVISION P. O. BOX 105296 ATLANTA GA 30348 |
| HISCOCK & BARCLAY, LLP | ATTN: J. ERIC CHARLTON, ESQ. ATTORNEYS FOR H&R OF NEW YORK D/B/A HALEY & ALDRICH OF NEW YORK 300 SOUTH STATE STREET ONE PARK PLACE SYRACUSE NY 13202 |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| INTERNAL REVENUE SERVICE | ATTN:DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | P.O. BOX 21126 PHILADELPHIA PA 19114-0326 |
| NEW YORK STATE SALES TAX | PO BOX 15168 ALBANY NY 12212-5168 |
| NEW YORK STATE TAX PROCESSING | PO BOX 15168 ALBANY NY 12212-5168 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN:REGIONAL DIRECTOR 233 BROADWAY NEW YORK NY 10279 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE AND TAXATION | SALES TAX RETURN COLUMBIA SC 29214 |
| TECHNICAL MACHINE PRODUCTS | ATTN:SHERRY FESS 5500 WALWORTH AVENUE CLEVELAND OH 44102 |

**Total Creditor count  12**

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207
(ATTN: WILBUR E. HOOKS, DIRECTOR)

COMMERCE AND INDUSTRY
INSURANCE CO., ET AL.
C/O ZEICHNER ELLMAN & KRAUSE LLP
575 LEXINGTON AVENUE
NEW YORK, NY 10022
(ATTN: MICHAEL S. DAVIS, MARY G. MCCARTHY)

CHANNEL PRIME ALLIANCE
ATTN: CIARA DOLLOWAY
800 CONNECTICUT AVE
NORWALK, CT 06854

HALEY & ALDRICH, INC.
ATTN: STEVE SCHALABBA
465 MEDFORD STREET, STE 2200
BOSTON, MA 02129-1400

**EXHIBIT B**

| NAME | FAX |
|---|---|
| ANDREWS KURTH LLP ATTN PAUL N SILVERSTEIN | 212-813-8158 |
| ANDREWS KURTH LLP ATTN PAUL SILVERSTEIN ESQ | 212-850-2929 |
| BARTLETT HACKETT FEINBERG FRANK MCGINN | 617-422-0383 |
| BLANK ROME LLP ATTN RAYMOND PATELLA | 215-832-5781 |
| BURNT MOUNTAIN CENTER INC ATTN KIM HYDE | 706-277-3689 |
| CAPITALSOURCE FINANCE LLC ATTN AKIM GRATE | 301-841-2889 |
| CAPITALSOURCE FINANCE LLC ATTN TODD GEHRS | 301-841-2889 |
| CARTER LEDYARD MILBURN LLP ATTN AARON R CAHN | 212-732-3232 |
| CHANNEL PRIME ALLIANCE ATTN CIARA DOLLOWAY | 203-831-4330 |
| CHASE BRASS COPPER INC ATTN CHERYL NOFZIGER | 419-485-5945 |
| CHINA AUTO GROUP ATTN KIM TAYLOR DOMINES | 949-767-5949 |
| COHEN WEISS AND SIMON LLP ATTN RICHARD M SELTZER | 646-473-8219 |
| COHEN WEISS AND SIMON LLP ATTN ROBIN H GISE | 646-473-8213 |
| COPPER BRASS SALES ATTN DALE SAWCHIK | 216-883-1066 |
| CSE MORTGAGE LLC ATTN AKIM GRATE | 301-841-2889 |
| CSE MORTGAGE LLC ATTN TODD GEHRS | 301-841-2889 |
| DALTON BOX ATTN SHEILA BLAIR | 706-277-3689 |
| DAY PITNEY LLP ATTN SCOTT A ZUBER ESQ | 973-966-1015 |
| DEGUSSAHULS CORPORATION ATTN FRED PACINICH | 973-541-8850 |
| DMD SPECIAL SITUTATIONS LLC ATTN AKIM GRATE | 301-841-2889 |
| DMD SPECIAL SITUTATIONS LLC ATTN TODD GEHRS | 301-841-2889 |
| DOW CORNING STI ATTN ANNE TIPPLE | 866-804-8812 |
| EARLE M JORGENSEN COMPANY ATTN DAVID O BRIEN | 215-949-6637 |
| ENVIRONMENTAL PRODUCTS AND SERVICES PO BOX 4620 | 315-471-3846 |
| EXCELLUS BLUE CROSS ATTN CUSTOMER SERVICE | 585-238-4348 |
| GEORGIA POWER ATTN CUSTOMER SERVICE | 404-506-3771 |
| GOLD KEY PROCESSING LTD ATTN STEVE HARSH | 440-632-0929 |
| GOODYEAR TIRE RUBBER CO ATTN DERICK MCGINNESS | 330-796-1113 |
| GOSIGER MACHINE TOOLS ATTN LINDA DUALE | 440-248-3112 |
| HALEY ALDRICH INC ATTN STEVE SCHALABBA | 617-886-7600 |
| IMPERIAL DIE MFG CO ATTN RON LAPOSSY | 440-268-9040 |
| IUEEMFWORKERS AFLCIO ATTN KEN REAM | 330-395-4875 |
| JONES DAY ATTN L G LAUKITIS & J J ONEIL | 212-755-7306 |
| Keating Muething Klekamp PLL ATTN J V STITT | 513-579-6457 |
| KELLEY FERRARO LLP ATTN T WILSON | 216-575-0799 |
| KEYSTONE PROFILES ATTN FRANK CREMEENS | 724-846-3901 |
| LEXINGTON PRECISION CORP ATTN MICHAEL A LUBIN | 212-319-4659 |
| LEXINGTON PRECISION CORP ATTN WARREN DELANO | 212-319-4659 |
| LINTECH INTERNATIONAL ATTN JULIE VAN BRUNT | 478-784-1745 |
| LION COPOLYMER ATTN MICHELLE GEIDROZ | 225-267-3411 |
| LOCAL 1811 USWA AFLCIO ATTN WAYNE ROBINSON | 704-454-7054 |
| MILLER CANFIELD; STEPHEN LAPLANTE, MARC SWANSON | 313-496-8452 |
| MOMENTIVE PERF MATERIALS INC ATTN LINDA AYERS | 304-746-1623 |

| | |
|---|---|
| OFFICE OF THE US TRUSTEE ATTN P SCHWARTZBERG | 212-668-2255 |
| OHIO EDISON ATTN CUSTOMER SERVICE | 877-289-3674 |
| OMELVENY MEYERS LLP ATTN GERALD BENDER ESQ | 212-326-2061 |
| PPG INDUSTRIES INC ATTN ANEW JOHNSON | 724-325-5045 |
| PREFERRED RUBBER COMP ATTN MICHELLE PARKS | 330-798-4796 |
| PROCESS OILS INC ATTN BOB HOCH | 281-556-6038 |
| SHINETSU SILICONES OF AMERICA ATTN E MCDOWELL | 330-630-9855 |
| SIGNATURE ALUMINUM ATTN CHIP MOORE | 614-262-5036 |
| SONNENSCHEIN NATH ROSENTHAL ATTN J C REED | 212-768-6800 |
| SONNENSCHEIN NATH ROSENTHAL ATTN R B MILLNER | 312-876-7934 |
| STEVENS LEE PC ATTN N KAJON | 212-319-8505 |
| SULLIVAN WORCESTER ATTN GAYLE P EHRLICH | 617-338-2880 |
| TAFT STETTINIUS ET AL ATTN RICHARD FERRELL | 513-381-0205 |
| USW ATTN DAVID R JURY ASSOC | 412-562-2574 |
| VITEX CORP ATTN BRENDA GOODEARL | 603-934-0355 |
| WACKER SILICONES ATTN JAMES LAMMERS | 517-264-8616 |
| WALLER LANDSEN DORTCH DAVIS ATTN JOHN TISHLER | 615-244-6804 |
| WEBSTER BUSINESS CREDIT CORP ATTN ALAN MCKAY | 212-806-4530 |
| WESTON HURD LLC ATTN H MARKEN | 216-621-8369 |
| WILMINGTON TRUST CO CORP CAP MKTS S CIMALORE | 302-651-8010 |
| WLDD ATTN C E SIDERYS J C TISHLER | 615-244-6804 |