UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEXINGTON PRECISION CORP., et al.,             :   08- 11153 (SCC)
                                               :
            Reorganized Debtors.               :   (Jointly Administered)
                                               :
---------------------------------------------------------------x   Ref. Docket No. 1053

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2011, I caused to be served the "Scheduling Order for Pretrial Proceedings Regarding the Reorganized Debtors' Objection to Proof of Claim 263 of Lorraine Cerimele," dated January 4, 2010 [sic] [Docket No. 1053], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos

Sworn to before me this
11th day of January, 2011

/s/
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LPC\Affidavits\Scheduling Ord_DI 1053_AFF_1-7-11.doc

**EXHIBIT A**

LPC Scheduling order 1/07/11

CERIMELE, LORRAINE
c/o FRANK R BODOR ATTY AT LAW
157 PORTER STREET
WARREN OH 44483-5016