MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Lexington Precision Corporation |
|---|---|
| Case Number: | 08-11153 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 4,414,495.41 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) | Federal Taxes | | 572,757.95 |
| (iii) | State Taxes | | 96,294.93 |
| (iv) | Other Taxes | | 10,026.90 |
| b. | All Other Operating Expenses: | $ | $ 8,652,149.25 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ | $ 21,710.30 |
| (ii) | Class 7 | | 164,517.48 |
| (iii) | Class 8 | | 10,192.27 |
| (iv) | | | |
| (v) | | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 9,540,649.08 |
| 1. | CASH (End of Period) | $ | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual /s/ Dennis J. Welhouse    Date  January 14, 2011

Printed Name of Authorized Individual  Dennis J. Welhouse    Date  January 14, 2011
Senior Vice President and CFO

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Lexington Rubber Group, Inc. |
| Case Number: | 08-11156 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 18,416,811.10 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) | Federal Taxes | | 888,492.40 |
| (iii) | State Taxes | | 204,401.87 |
| (iv) | Other Taxes | | 119,311.79 |
| b. | All Other Operating Expenses: | $ | $ 11,616,377.60 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ | $ 660,955.08 |
| (ii) | Class 17 | | 493,651.36 |
| (iii) | Class 18 | | 62,169.59 |
| (iv) | | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 14,058,359.69 |
| 1. | CASH (End of Period) | $ | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual* _____   Date  January 14, 2011

Printed Name of Authorized Individual  Dennis J. Welhouse   Date  January 14, 2011
Senior Vice President and CFO