WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re:                                                          :        Chapter 11
                                                                :
**LEXINGTON PRECISION CORP., et al.,**           :        Case No. 08-11153 (SCC)
                                                                :
           Reorganized Debtors.                         :        (Jointly Administered)
                                                                :
----------------------------------------------------------------------x

**NOTICE OF DEPOSITION OF LORRAINE CERIMELE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure and Rule 30 of the Federal Rules of Civil Procedure, Lexington Precision Corp. will take the deposition of Lorraine Cerimele on **March 8, 2011 at 9:00 a.m. (Eastern Standard Time)**, by oral examination before a notary public or other officer authorized by law to administer oaths. The deposition will be recorded by audiovisual means and shall take place at the office of Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, Ohio 44114.

**PLEASE TAKE FURTHER NOTICE** that the examination will commence on the date and time indicated and will continue thereafter from day to day until completed.

Dated: February 25, 2011
      New York, New York

/s/ *Adam P. Strochak*
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310·8000
Facsimile:  (212) 310~8007

Attorneys for the Reorganized Debtors