UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re : Chapter 11 Case No.
:
LEXINGTON PRECISION CORP., et al., : 08- 11153 (SCC)
:
Reorganized Debtors. : (Jointly Administered)
:
------------------------------------------------------------x Ref. Docket No. 1062

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2011, I caused to be served the "Notice of Presentment of Revised Pretrial Scheduling Order Regarding Reorganized Debtors' Objection to Proof of Claim 263 of Lorraine Cerimele," dated April 11, 2011 [Docket No. 1062], by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to Frank R Bodor, Attorney At Law, (Re: Lorraine Cerimele), 157 Porter Street, Warren, OH 44483-5016.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
11th day of April, 2011

/s/ Notary Public
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LPC\Affidavits\Notice of Presentment of Lorraine Cerimele Scheduling Order_DI 1062_AFF_4-11-11.docx