**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                      :     Chapter 11 Case No.
                                                           :
**LEXINGTON PRECISION CORP., et al.,**         :     08-11153 (SCC)
                                                           :
      Reorganized Debtors.                   :     (Jointly Administered)
                                                           :
------------------------------------------------------------x

### REVISED SCHEDULING ORDER FOR PRETRIAL PROCEEDINGS REGARDING THE REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM 263 OF LORRAINE CERIMELE

Upon the Court having entered that certain *Scheduling Order for Pretrial Proceedings Regarding the Reorganized Debtors' Objection to Proof of Claim 263 of Lorraine Cerimele* [ECF No. 1053] (the "**Scheduling Order**"), establishing a timeline for pretrial proceedings related to the adjudication of the objection (the "**Objection**") filed by Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "**Reorganized Debtors**") to Proof of Claim 263 filed by Lorraine Cerimele ("**Plaintiff**"); and the Reorganized Debtors and Plaintiff having consensually agreed to the extension of certain of the deadlines set forth in the Scheduling Order; it is

        ORDERED that the Scheduling Order is hereby modified in accordance with the decretal paragraphs below; and it is further

        ORDERED that the Reorganized Debtors' expert report, if any, must be provided to Plaintiff no later than **May 27, 2011**; and it is further

        ORDERED that any motions for summary judgment regarding the Objection must be filed no later than **June 10, 2011**; and it is further

ORDERED that the Court shall hold a further status conference on **June 14, 2011**, by which counsel may appear telephonically.

Dated: April 14, 2011
      New York, New York

                                         /S/ Shelley C. Chapman
                                         UNITED STATES BANKRUPTCY JUDGE