MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Lexington Precision Corporation |
| Case Number: | 08-11153 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. CASH (Beginning of Period) | $ | $ |
| 2. INCOME or RECEIPTS during the Period | $ | $ 3,900,325.45 |

3. DISBURSEMENTS
   a. Operating Expenses (Fees/Taxes):

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i) U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) Federal Taxes | | 623,208.15 |
| (iii) State Taxes | | 223,647.13 |
| (iv) Other Taxes | | 30,836.40 |
| b. All Other Operating Expenses: | $ | $ 7,316,510.49 |
| c. Plan Payments:* | | |
| (i) Administrative Claims | $ | $ 0.00 |
| (ii) Class 7 | | 84,502.20 |
| (iii) Class 8 | | 2,864.00 |
| (iv) | | |
| (v) | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ | $ 8,294,568.37 |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1. CASH (End of Period) | $ | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual _[signature]_    Date  April 15, 2011

Printed Name of Authorized Individual  Dennis J. Welhouse    Date  April 15, 2011
Senior Vice President and CFO

MONTHLY OPERATING REPORT -  ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Lexington Rubber Group, Inc. |
|---|---|
| Case Number: | 08-11156 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 14,842,538.56 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| | (ii) Federal Taxes | | 1,125,830.69 |
| | (iii) State Taxes | | 487,851.60 |
| | (iv) Other Taxes | | 216,495.95 |
| b. | All Other Operating Expenses: | $ | $ 11,546,076.68 |
| c. | Plan Payments:* | | |
| | (i) Administrative Claims | $ | $ 7,275.33 |
| | (ii) Class 17 | | 267,483.85 |
| | (iii) Class 18 | | 15,371.15 |
| | (iv) | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 13,679,385.25 |
| 1. | CASH (End of Period) | $ | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual _[signature]_   Date   April 15, 2011

Printed Name of Authorized Individual   Dennis J. Wellhouse   Date   April 15, 2011
Senior Vice President and CFO