WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Adam P. Strochak

Attorneys for the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                  :    Chapter 11
:
**LEXINGTON PRECISION CORP.**, **et al.**,   :    Case No. 08-11153 (SCC)
:
    Reorganized Debtors.                     :    (Jointly Administered)
:
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE**
**REGARDING THE REORGANIZED DEBTORS'**
**OBJECTION TO PROOF OF CLAIM 263 OF LORRAINE CERIMELE**

PLEASE TAKE NOTICE that the status conference regarding the objection of Lexington Precision Corp., and its affiliate-subsidiary, Lexington Rubber Group, Inc., to proof of claim 263 of Lorraine Cerimele, which is currently scheduled for **Tuesday, June 14, 2011 at 10:00 a.m. (EDT),** has been adjourned to **Wednesday, July 27, 2011 at 10:00 a.m. (EDT)**.

Dated: June 9, 2011
       New York, New York

                                    /s/ Adam P. Strochak
                                    Adam P. Strochak

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:    (212) 310-8000
                                    Facsimile:    (212) 310-8007

                                    Attorneys for the Reorganized Debtors

US_ACTIVE:\43731653\01\26690.0009