UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :       Chapter 11 Case No.
                                                               :
LEXINGTON PRECISION CORP., et al.,                             :       08- 11153 (SCC)
                                                               :
            Reorganized Debtors.                               :       (Jointly Administered)
                                                               :
-----------------------------------------------------------------x     Ref. Docket No. 1071

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2011, I caused to be served the "Notice of Adjournment of Status Conference Regarding the Reorganized Debtors' Objection to Proof of Claim 263 of Lorraine Cerimele," dated June 9, 2011 [Docket No. 1071], by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to Lorraine Cerimele, c/o Frank R. Bodor Atty at Law, 157 Porter Street, Warren, OH 44483-5016.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Eleni Kossivas
                                                                    Eleni Kossivas

Sworn to before me this
10th day of June, 2011

/s/ Panagiotis Caris
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LPC\Affidavits\Cerimele Status Conf NOA_DI 1071_AFF_6-9-11.doc