MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Lexington Precision Corporation |
|---|---|
| Case Number: | 08-11153 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 4,337,592.38 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| (ii) | Federal Taxes | | 625,756.38 |
| (iii) | State Taxes | | 95,495.33 |
| (iv) | Other Taxes | | 3,842.50 |
| b. | All Other Operating Expenses: | $ | $ 6,983,689.02 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Class 7 | | 79,322.43 |
| (iii) | Class 8 | | 2,684.91 |
| (iv) | | | |
| (v) | | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 7,803,790.57 |
| 1. | CASH (End of Period) | $ | $ |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual [signature]   Date   July 27, 2011

Printed Name of Authorized Individual   Dennis J. Welhouse   Date   July 27, 2011
Senior Vice President and CFO

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Lexington Rubber Group, Inc. |
|---|---|
| Case Number: | 08-11156 |
| Date of Plan Confirmation: | July 21, 2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ | $ |
| 2. | INCOME or RECEIPTS during the Period | $ | $ 16,381,354.60 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ | $ 13,000.00 |
| | (ii) Federal Taxes | | 946,905.86 |
| | (iii) State Taxes | | 276,280.92 |
| | (iv) Other Taxes | | 1,049.44 |
| b. | All Other Operating Expenses: | $ | $ 11,523,314.62 |
| c. | Plan Payments:* | | |
| | (i) Administrative Claims | $ | $ |
| | (ii) Class 17 | | 253,055.27 |
| | (iii) Class 18 | | |
| | (iv) | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ | $ 13,013,606.11 |
| 1. | CASH (End of Period) | $ | $ |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

Signature of Authorized Individual _____ Date July 27, 2011

Printed Name of Authorized Individual Dennis J. Welhouse    Date July 27, 2011
Senior Vice President and CFO