UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                    :    Chapter 11 Case No.
                                                         :
LEXINGTON PRECISION CORP., et al.,                       :    08- 11153 (SCC)
                                                         :
        Reorganized Debtors.                             :    (Jointly Administered)
                                                         :
------------------------------------------------------------x    Ref. Docket No. 1074

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 28, 2011, I caused to be served the "Chapter 11 Post-Confirmation Schedule of Receipts and Disbursements," *regarding Lexington Precision Corporation and Lexington Rubber Group, Inc.*, dated July 27, 2011 [Docket No. 1074], by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to *FRANK R. BODOR, ATTY AT LAW, COUNSEL FOR LORRAINE CERIMELE, 157 PORTER STREET, WARREN, OH 44483-5016*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Eleni Manners
                                                              Eleni Manners

Sworn to before me this
29th day of July, 2011

/s/ Eleni Kossivas
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LPC\Affidavits\Post Confirmation MOR_DI 1074_AFF_7-28-11_PM.doc