Frank R. Bodor (0005387)
157 Porter Street NE
Warren, Ohio 44483
Telephone: (330) 399-2233
Facsimile: (330) 399-5165

Attorney for Lorraine Cerimele

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
**LEXINGTON PRECISION CORP., et al.,**                      :   Case No. 08-11153 (SCC)
                                                            :
        Debtors.                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**
**FILED BY LORRAINE CERIMELE (CLAIM NO. 263)**

**PLEASE TAKE NOTICE** that, on the date hereof, Lorraine Cerimele hereby withdraws Proof of Claim No. 263 and any and all claims asserted therein.

Dated: August 5th, 2011

New York, New York

*Frank R. Bodor*
Frank R. Bodor (0005387)
157 Porter Street NE
Warren, Ohio 44483
Telephone: (330) 399-2233
Facsimile: (330) 399-5165
frank.bodor@gmail.com
Attorney for Lorraine Cerimele