Frank R. Bodor
157 Porter Street NE
Warren, Ohio 44483
Telephone: (330) 399-2233
Facsimile: (330) 399-5165

Attorney for Lorraine Cerimele

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
LEXINGTON PRECISION CORP., et al.,                     :    Case No. 08-11153 (SCC)
                                                       :
        Debtors.                                       :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY LORRAINE CERIMELE (CLAIM NO. 262)

PLEASE TAKE NOTICE that, on the date hereof, Lorraine Cerimele hereby withdraws Proof of Claim No. 262 and any and all claims asserted therein.

Dated: August 16, 2011
       New York, New York

_/s/ Frank R. Bodor_
Frank R. Bodor

157 Porter Street NE
Warren, Ohio 44483
Telephone: (330) 399-2233
Facsimile: (330) 399-5165

Attorney for Lorraine Cerimele