WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Adam P. Strochak

Attorneys for the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEXINGTON PRECISION CORP., et al.,**<br><br>Reorganized Debtors. | **Chapter 11 Case No. 08-11153 (SCC)**<br><br>**(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 1076

PLEASE TAKE NOTICE that the *Notice of Withdrawal of Proof of Claim Filed by Lorraine Cerimele (Claim No. 263)*, dated August 5, 2011 [ECF No. 1076] is hereby withdrawn.

Dated: August 17, 2011
        New York, New York

/s/ Adam P. Strochak
Adam P. Strochak

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for the Reorganized Debtors

US_ACTIVE:\43788589\01\26690.0009