

5151 Pfeiffer Rd. ML 400
Cincinnati, OH 45242-4805
Phone: (800) 436-3100
Fax: (513) 830-9583

June 2, 2008

CHAD MCGOWAN
MCGOWAN, HOOD & FELDER, LLC
1539 HEALTH CARE DR
ROCK HILL SC 29732-

RE:   Employer:         LEXINGTON PRECISION
      Health Plan:      UMR
      Date of Injury:   9/10/2007
      Member Name:      JUSTIN E PRESLEY
      Event Number:     UMR-128960-132872
      Your File Number:

To Whom It May Concern:

Please provide us with the status of this case by making the appropriate indications below.

| Case Status |
|---|
| ☑ Case not settled. When do you expect case to settle? _Unknown at this time._ |
| ☐ Claim Pending. Health Plan's interest is noted and will be protected. |
| ☐ The case settled on   /   /   for $ |
| ☐ Settlement funds were disbursed to _____ on   /   /   . |
| ☐ Medicals *were* included in the settlement. ***Documents proving this are attached.*** |
| ☐ Medicals *were not* included in the settlement. ***Documents proving this are attached.*** |
| ☐ Case in litigation/arbitration.<br>Court Date: _____<br>Case Number: _____<br>Court Filed In: _____ |
| ☐ We no longer represent the member. |
| This form was completed by:<br>*(Please print name and date)* Chad A. McGowan   6/6/08 |

Your prompt response is appreciated. For your convenience our fax number is (513) 830-9583 should you decide to fax us your response.

Sincerely,

*Jennifer L. Layman*

Jennifer Layman
(513) 830-0992

128960-132872/ACSTA