

5151 Pfeiffer Rd. ML 400
Cincinnati, OH 45242-4805
Phone: (800) 436-3100
Fax: (513) 830-9583

October 9, 2008

CHAD MCGOWAN
MCGOWAN, HOOD & FELDER, LLC
1539 HEALTH CARE DR
ROCK HILL SC 29732-

RE:  Employer:        LEXINGTON PRECISION
     Health Plan:     UMR
     Date of Injury:  9/10/2007
     Member Name:     JUSTIN E PRESLEY
     Event Number:    UMR-128960-132872
     Your File Number:

To Whom It May Concern:

Please provide us with the status of this case by making the appropriate indications below.

| Case Status |
| --- |
| ☑ Case not settled. When do you expect case to settle?  **unknown** |
| ☐ Claim Pending. Health Plan's interest is noted and will be protected. |
| ☐ The case settled on    /   /       for $ |
| ☐ Settlement funds were disbursed to                    on    /   / |
| ☐ Medicals *were* included in the settlement. **Documents proving this are attached.** |
| ☐ Medicals *were not* included in the settlement. **Documents proving this are attached.** |
| ☐ Case in litigation/arbitration. <br> Court Date: _____ <br> Case Number: _____ <br> Court Filed In: _____ |
| ☐ We no longer represent the member. |
| This form was completed by: <br> (Please print name and date)   *Robert Phillips    10/20/08* |

Your prompt response is appreciated. For your convenience our fax number is (513) 830-9583 should you decide to fax us your response.

Sincerely,

*Jennifer L. Layman*

Jennifer Layman
(513) 830-0992

128960-132872/ACSTA