TO:  **UMR** ATTN: Jennifer Layman

5151 Pfeiffer Rd. ML 400
Cincinnati, OH 45242-4805
Phone: (800) 436-3100
Fax: (513) 830-9583

January 22, 2009

From:
CHAD MCGOWAN
MCGOWAN, HOOD & FELDER, LLC
1539 HEALTH CARE DR
ROCK HILL SC 29732-

RE:   Employer:        LEXINGTON PRECISION
      Health Plan:     UMR
      Date of Injury:  9/10/2007
      Member Name:     JUSTIN E PRESLEY
      Event Number:    UMR-128960-132872
      Your File Number:

To Whom It May Concern:

Please provide us with the status of this case by making the appropriate indications below.

| Case Status |
| --- |
| ☑ Case not settled.  When do you expect case to settle? |
| ☐ Claim Pending. Health Plan's interest is noted and will be protected. |
| ☐ The case settled on      /     /      for $ |
| ☐ Settlement funds were disbursed to                on    /    / . |
| ☐ Medicals *were* included in the settlement. ***Documents proving this are attached.*** |
| ☐ Medicals *were not* included in the settlement. ***Documents proving this are attached.*** |
| ☑ Case in litigation/arbitration. |
| Court Date: __N/A__ |
| Case Number: __09-CP-46-00208__ |
| Court Filed In: __York County Court of Common Pleas__ |
| ☐ We no longer represent the member. |
| This form was completed by: |
| **(Please print name and date)**   Robert Phillips   1/28/09 |

Your prompt response is appreciated. For your convenience our fax number is (513) 830-9583 should you decide to fax us your response.

Sincerely,

*Jennifer L. Layman*

Jennifer Layman
(513) 830-0992

128960-132872/ACSTA