

5151 Pfeiffer Rd. ML 400
Cincinnati, OH 45242-4805
Phone: (800) 436-3100
Fax: (513) 830-9583

June 30, 2009

CHAD MCGOWAN
MCGOWAN, HOOD & FELDER, LLC
1539 HEALTH CARE DR
ROCK HILL SC 29732-

RE:  Employer:        LEXINGTON PRECISION
     Health Plan:     UMR
     Date of Injury:  9/10/2007
     Member Name:     JUSTIN E PRESLEY
     Event Number:    UMR-128960-132872
     Your File Number:

To Whom It May Concern:

Please provide us with the status of this case by making the appropriate indications below.

| Case Status |
|---|
| [✓] Case not settled. When do you expect case to settle? |
| [ ] Claim Pending. Health Plan's interest is noted and will be protected. |
| [ ] The case settled on    /    /       for $ |
| [ ] Settlement funds were disbursed to                                on    /    / |
| [ ] Medicals *were* included in the settlement. ***Documents proving this are attached.*** |
| [ ] Medicals *were not* included in the settlement. ***Documents proving this are attached.*** |
| [✓] Case in litigation/arbitration. |
|     Court Date: __N/A__ |
|     Case Number: __09-CP-46-0208__ |
|     Court Filed In: __York County Court of Common Pleas__ |
| [ ] We no longer represent the member. |
| This form was completed by: |
| (Please print name and date)   __Kary Hill__   __7/8/09__ |

Your prompt response is appreciated. For your convenience our fax number is (513) 830-9583 should you decide to fax us your response.

Sincerely,

*Jennifer L. Layman*

Jennifer Layman
(513) 830-0992

128960-132872/ACSTA