# MCGOWAN HOOD & FELDER, LLC

W. Jones Andrews, Jr.
John G. Felder, Jr.
Lara Harrill
S. Randall Hood
Chad A. McGowan (SC,
William A. McKinnon (SC
Daniel "Ernie" Peagler
Robert V. Phillips
Kevin H. Sitnik
William Dixon
Robertson, III*
Jay F. Wright
Joseph G. Wright, III*
   *Of Counsel
J. Steven Welch*
   *Of Counsel



Rock Hill • Columbia •
Anderson

www.mcgowanhood.com

1539 Health Care Drive
Rock Hill, South Carolina 29732

803.327.7800
Toll Free 877.327.3800
Fax 803.328.5656

Writer's E-mail:
cmcgowan@mcgowanhood.com

November 22, 2010

Mr. Justin Presley
889 Lacebark Drive
Rock Hill, SC 29732

Re: *Justin Presley vs. Aaron Edward Cook*

Dear Justin:

Per our conversation of today, I will continue to hold the funds in trust. If you want to pay the medical lien off, the total is $50,342.54, which should be a cashier's check made payable to Lexington Precision Corp.

I understand that you have contacted another attorney, Robert Rikard, about this matter and that I am not in a position to give you any advice on what you should do due to the actual or apparent conflict. I await your direction on what to do with the trust funds.

Thank you for your prompt attention to this matter.

Very truly yours,

Chad A. McGowan