UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11
                                                                  :
**LEXINGTON PRECISION CORP., et al.,**                            :    Case No. 08-11153 (SCC)
                                                                  :
        Debtors.                                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### FINAL DECREE CLOSING
### THE REORGANIZE DEBTORS' CHAPTER 11 CASES
### PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULE 3022, AND LOCAL BANKRUPTCY RULE 3022-1

Upon the motion (the "**Motion**"),[1] of Lexington Precision Corporation and Lexington Rubber Group, Inc. (together, the "**Reorganized Debtors**") for entry of a final decree closing the chapter 11 cases of the Debtors pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; the Court hereby finds and determines that (a) the relief sought in the Motion and granted herein is in the best interests of the Reorganized Debtors, their estates and creditors, and all parties in interest, (b) due and proper notice of the Motion has been given, and (c) the legal and factual

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

bases set forth in the Motion demonstrate sufficient and just cause for the relief granted herein; therefore, it is

ORDERED that, pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the chapter 11 cases of the Reorganized Debtors are hereby closed, **provided**, **however**, that the Court shall retain such jurisdiction as is provided in Article XII (Retention of Jurisdiction) of the Plan, and the entry of this final decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen these chapter 11 cases for good cause shown.

Dated: October 20, 2011
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE